# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STATE OF SOUTH CAROLINA
c/o Attorney General ALAN WILSON
Rembert Dennis Building, Room 519
1000 Assembly Street
Columbia, South Carolina 29201,

                Plaintiff,

v.

UNITED STATES OF AMERICA; and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,

                Defendants.

## APPLICATION FOR THREE-JUDGE COURT

For the reasons set forth in the accompanying memorandum of points and authorities, the State of South Carolina, pursuant to Local Civil Rule 9.1 and Section 5 of the Voting Right Act, 42 U.S.C. § 1973c, respectfully requests the appointment of a three-judge court to hear this lawsuit seeking preclearance of its newly enacted Voter-ID law.

Respectfully submitted,

/s/ Paul D. Clement

Paul D. Clement
DDC Bar No. 433215
BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
(202) 234-0090

Alan Wilson
*Attorney General of South Carolina*
Rembert Dennis Building, Room 519
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3970

February 8, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF SOUTH CAROLINA
c/o Attorney General ALAN WILSON
Rembert Dennis Building, Room 519
1000 Assembly Street
Columbia, South Carolina 29201,

                Plaintiff,

v.

UNITED STATES OF AMERICA; and ERIC H.
HOLDER, JR., in his official capacity as
Attorney General of the United States,

                Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SOUTH CAROLINA'S APPLICATION FOR THREE-JUDGE COURT

Plaintiff the State of South Carolina respectfully submits this memorandum of points of authorities in support of its application for a three-judge court.

The State of South Carolina filed this action under Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c, seeking a declaratory judgment that its recently enacted Voter-ID Law, also know as Act R54, "neither has the purpose nor will have the effect of denying or abridging the right to vote on account of race or color, nor will it deny or abridge the right of any citizen of the United States to vote because he is a member of a language minority group." 42 U.S.C. § 1973c(a).

Section 5 provides that "[a]ny action under this section shall be heard and determined by a court of three judges in accordance with the provisions of section 2284

of Title 28 and any appeal shall lie to the Supreme Court." 42 U.S.C. § 1973c(a). Under 28 U.S.C. § 2284(a), "[a] district court of three judges shall be convened when otherwise required by Act of Congress."[1]

## Conclusion

The State of South Carolina respectfully requests that the Court grant its application for a three-judge court and direct the Clerk of this Court to notify the Chief Judge of the United States Court of Appeals for the District of Columbia of this request so that he can designate two additional judges.

Respectfully submitted,

_____
Paul D. Clement
DDC Bar No. 433215
BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
(202) 234-0090

Alan Wilson
*Attorney General of South Carolina*
Rembert Dennis Building, Room 519
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3970

February 8, 2012

---

[1] Section 2284 also provides that: "Upon the filing of a request for three judges, the judge to whom the request is presented shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit, who shall designate two other judges, at least one of whom shall be a circuit judge." 28 U.S.C. § 2284(b)(1).