AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-00203

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  the United States of America

was received by me on *(date)*  February 8, 2012  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: At my direction, Stacy Lima, Case Manager at Bancroft PLLC, personally served this summons on Daesha McCain, Docket Clerk, who is designated to accept service of process on behalf of United States Attorney's Office c/o Ronald C. Machen.  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  February 8, 2012             _____
                                     *Server's signature*

                                     Paul D. Clement, Partner
                                     *Printed name and title*

                                     Bancroft PLLC
                                     1919 M Street, NW, Suite 470
                                     Washington, DC 20036
                                     *Server's address*

Additional information regarding attempted service, etc: