UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Civil Action No. 12-203 (CKK) |

**ORDER**
(February 13, 2012)

Plaintiff, the State of South Carolina, filed this action on February 8, 2012, seeking a declaratory judgment that certain voting-related changes enacted by Plaintiff are entitled to preclearance under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c. Compl., ECF No. [1], at 1. Pursuant to Local Civil Rule 9.1 and Section 5, Plaintiff contemporaneously filed a [2] Application for Three-Judge Court, asking this Court to convene a three-judge panel to hear the case. Section 5 subsection (a) of the Voting Rights Act provides that "[a]ny action under this section shall be heard and determined by a court of three judges in accordance with the provisions of section 2284 of Title 28 and any appeal shall lie to the Supreme Court." 42 U.S.C. § 1973c(a). The Court agrees that this action is required to be heard by a three-judge panel. Defendants were served with process on February 8, 2012, but as of the date of this Order have not indicated any objection to Plaintiff's Application. Therefore, pursuant to 28 U.S.C. § 2284, the Court shall file a request for designation of a three-judge panel with the Honorable David B. Sentelle, Chief Judge of the United States Court of Appeals for the District of Columbia Circuit.

Accordingly, it is, this 13th day of February, 2012, hereby

**ORDERED** that Plaintiff's [2] Application for Three-Judge Court is GRANTED; it is

**FURTHER ORDERED** that once the three-judge is convened, each party shall submit to the Clerk two additional copies of all pleadings and papers previously filed by that party; it is

**FURTHER ORDERED** that all subsequent filings in this case shall be in quadruplicate.

**SO ORDERED.**

                                             _/s/ Colleen Kollar-Kotelly_
                                             **COLLEEN KOLLAR-KOTELLY**
                                             UNITED STATES DISTRICT JUDGE