# United States Court of Appeals
### For The District of Columbia Circuit

September Term, 2011
No. 467         12cv00203



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 16 2012

**CLERK**

State of South Carolina,

    Plaintiff,

v.

United States, et al.,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Colleen Kollar-Kotelly, Judge, United States District Court for the District of Columbia, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Brett M. Kavanaugh, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable John D. Bates, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Colleen Kollar-Kotelly as members of the court to hear and determine this case. Judge Kavanaugh will preside.

*/s/ David B. Sentelle*
David B. Sentelle
Chief Judge

Date: 02/15/2012