AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of South Carolina | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-CV-00203-CKK-BMK-JDB |
| United States of America, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America and Eric H. Holder, Jr., in his official capacity as Attorney General   .

Date:   03/09/2012

/s/ Catherine Meza
*Attorney's signature*

Catherine Meza (admitted to NY bar)
*Printed name and bar number*

Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, N.W., Room 7151-NWB
Washington, D.C. 20530
*Address*

catherine.meza@usdoj.gov
*E-mail address*

(202) 305-0132
*Telephone number*

(202) 307-3961
*FAX number*