UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF SOUTH CAROLINA,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

**Civil Action No. 12-203-CKK-BMK-JDB**

**ORDER**
(March 20, 2012)

Before the Court is the [7] Motion to Intervene as Defendants by James Dubose, Junior Glover, Family Unit, Inc., Brenda C. Williams, and Amanda Wolf (collectively "Putative Intervenors"). The Putative Intervenors seek leave to intervene in this action either as of right, *see* Fed. R. Civ. P. 24(a)(2), or permissively, *see* Fed. R. Civ. P. 24(b)(1). Defendants oppose intervention as of right, but do not oppose permissive intervention. Atty Gen.'s Resp. to Mot. to Intervene, ECF No. [9]. Plaintiff did not file a response to the Motion to Intervene. Upon consideration of the parties' submissions, the relevant authorities, and the record as a whole, it is, this 20th day of March, 2012, hereby

**ORDERED** that Putative Intervenors' [7] Motion to Intervene as Defendants is GRANTED pursuant to Rule 24(b)(1) of the Federal Rules of Civil Procedure; it is further

**ORDERED** that the Defendant-Intervenors shall confer with Defendants prior to the filing of any motion, responsive filing, brief, or discovery request to determine whether Defendant-Intervenors' positions can be set forth in a consolidated fashion so that duplication of

effort and redundant filings are avoided. Separate filings by Defendant-Intervenors shall include certificates of compliance with this requirement and a brief description of the need for separate filings; and it is further

**ORDERED** that Defendant-Intervenors shall file their Answer(s) to the [1] Complaint for Declaratory Judgment by no later than **April 9, 2012**.

**SO ORDERED.**

_____
**BRETT M. KAVANAUGH**
UNITED STATES CIRCUIT JUDGE

_____
**JOHN D. BATES**
UNITED STATES DISTRICT JUDGE

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE