**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| STATE OF SOUTH CAROLINA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br>ERIC HIMPTON HOLDER, JR., in his<br>official capacity as Attorney General of the<br>United States,<br><br>Defendants,<br><br>JAMES DUBOSE, *et al.*,<br><br>Defendant-Intervenors. |

**Civil Action No. 12-203-CKK-BMK-JDB**

**ORDER**
(March 21, 2012)

Upon consultation with the parties, it is, this 21st day of March, 2012, hereby

**ORDERED** that a scheduling conference shall be held on **April 13, 2012, at 3:00 P.M.**

before the Panel in Courtroom 28A of the Courthouse for the United States District Court for the

District of Columbia at 333 Constitution Ave, N.W., Washington, D.C. 20001. While all

counsel that have entered appearances in this action to date are welcome to attend and will be

accommodated with seating in the well of the Courtroom to the extent possible, only one

representative of South Carolina, one representative of the United States, and one representative

of Defendant-Intervenors shall be permitted to speak during the scheduling conference; it is

further

1

**ORDERED** that the parties shall promptly meet and confer, and by no later than **April 11, 2012 at 4:00 P.M.**, file a Joint Status Report briefly addressing the following:

(a)     Whether the United States will take the position that in addition to having a retrogressive effect, the photo identification law was adopted with a discriminatory purpose;

(b)     To the extent the parties can agree, a joint scheduling order detailing all discovery deadlines, anticipated briefing schedule for dispositive motions, anticipated trial date, and the estimated number of days for trial, should one be necessary;

(c)     The deadline for the amendment of pleadings;

(d)     Whether the parties are requesting discovery, and if so,

    (i)     the subjects on which discovery will be sought;

    (ii)    whether discovery should be limited to exclude particular issues;

    (iii)   the timing and form of written discovery, including proposed dates for document requests, interrogatories, requests for admissions, and responses thereto;

    (iv)    the timing and number of any depositions and the identity of potential deponents;

    (v)     the form or forms in which electronically stored information might be requested and produced;

    (vi)    the timing and procedure for the assertion of claims of privilege and work product protection, including whether the parties agree to

assert such claims after production;

(vii)    the timing of any discovery-related motions, including motions to

compel, motions to quash, and motions for sanctions under Fed. R.

Civ. P. 37;

(e)    The timing, form, and requirement for initial disclosures under Fed. R.

Civ. P. 26(a)(1);

(f)    The timing, form, and requirement for expert disclosures under Fed. R.

Civ. P. 26(a)(2), including any rebuttal expert disclosures;

(g)    Whether some or all of the factual and/or legal issues can be agreed upon,

stipulated, or narrowed;

(h)    Whether the parties anticipate proceeding directly to briefing proposed

findings of fact and conclusions of law after the close of discovery (if

necessary), or whether they instead anticipate a preceding round of

motions for summary judgment;

(i)    Such other matters that the parties believe may assist the Court in crafting

an appropriate scheduling order; it is further

ORDERED that South Carolina shall, by no later than **April 10, 2012**, file an affidavit

identifying the latest date on which the photo identification law must become effective if it is to

apply to elections in November 2012 and providing a detailed explanation therefor; and it is

further

//

//

ORDERED that the parties are otherwise excused from complying with the requirements of Fed. R. Civ. P. 26(f)(3) and Local Civil Rule 16.3(c) at this time.

**SO ORDERED.**

**BRETT M. KAVANAUGH**
UNITED STATES CIRCUIT JUDGE

**JOHN D. BATES**
UNITED STATES DISTRICT JUDGE

**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE