IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA, | ) |
|     Plaintiff, | ) |
|         v. | ) |
| UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., Attorney General of the United States, | ) ) No. 1:12-cv-00203-CKK-BMK-JDB |
|     Defendants, | ) |
| and | ) |
| JAMES DUBOSE, JUNIOR GLOVER, FAMILY UNIT, INC., BRENDA C. WILLIAMS, M.D., and AMANDA WOLF, | ) |
|     Applicants for Intervention. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

      Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

      I, the undersigned, counsel of record for the Family Unit, Inc., certify that to the best of my knowledge and belief, the Family Unit, Inc., has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

      These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
ARTHUR B. SPITZER (D.C. Bar. No. 235960)
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
(202) 457-0800
(202) 457-0805 (fax)
artspitzer@gmail.com

LAUGHLIN McDONALD
NANCY ABUDU
KATIE O'CONNOR
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, N.W., Suite 1440
Atlanta, Georgia  30303-1227
(404) 523-2721
(404) 653-0331 (fax)
lmcdonald@aclu.org
nabudu@aclu.org
koconnor@aclu.org

SUSAN DUNN
American Civil Liberties Union of South Carolina
Post Office Box 20998
Charleston, South Carolina 29413
sdunn@aclusouthcarolina.org

Attorneys for Applicants