AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:12-CV-203-CKK-BMK-JDB |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants United States of America and Eric H. Holder, Jr., in his official capacity as Attorney General.

Date:   03/21/2012

s/ Bradley E. Heard
*Attorney's signature*

Bradley E. Heard (DC Bar No. 458309)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section - NWB
950 Pennsylvania Ave, NW
Washington, DC 20530
*Address*

bradley.heard@usdoj.gov
*E-mail address*

(202) 305-4196
*Telephone number*

(202) 307-3961
*FAX number*