AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | | |
|---|---|---|---|
| State of South Carolina | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 12-203-CKK-BMK-JDB |
| United States of America, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of South Carolina                                                                                      .

Date:     03/22/2012                                                    /s/H. Christopher Bartolomucci
                                                                                *Attorney's signature*

                                                              H. Christopher Bartolomucci # 453423
                                                                          *Printed name and bar number*

                                                                                Bancroft PLLC
                                                                        1919 M St. NW, Ste. 470
                                                                        Washington, DC 20036

                                                                                    *Address*

                                                              cbartolomucci@bancroftpllc.com
                                                                              *E-mail address*

                                                                            (202) 234-0090
                                                                            *Telephone number*

                                                                            (202) 234-2806
                                                                                *FAX number*