IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>                 Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>                 Defendants,<br><br>    and<br><br>JAMES DUBOSE, JUNIOR GLOVER,<br>FAMILY UNIT, INC., BRENDA C.<br>WILLIAMS, M.D., and AMANDA WOLF,<br><br>                 Defendant-<br>                 Intervenors,<br><br>    and<br><br>LEAGUE OF WOMEN VOTERS OF<br>SOUTH CAROLINA,<br><br>                 Proposed Defendant-<br>                 Intervenor. | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## APPLICANT'S MOTION TO INTERVENE AS DEFENDANT

Pursuant to Fed. R. Civ. P. 24, the League of Women Voters of South Carolina ("Applicant") respectfully moves to intervene in this case as a party defendant. Pursuant to Local Civil Rule 7(j), a copy of the Complaint (Dkt. No. 1), which sets forth the claims for which intervention is sought, is attached as Exhibit 1. Applicant's proposed Answer to that Complaint is attached at Exhibit 2.

For the reasons set forth in the accompanying memorandum, Applicant is entitled to intervention as of right under Fed. R. Civ. P. 24(a); in the alternative, this Court should permit Applicant to intervene permissively under Fed. R. Civ. P. 24(b).

Pursuant to Local Civil Rule 7(m), the undersigned states that Applicant has sought to confer with Plaintiff's attorneys, but has not received a response to date.  Counsel for the Applicant also conferred with the attorneys of Defendant-Intervenors James Dubose, Junior Glover, Family Unit, Inc.., Brenda C. Williams, M.D., and Amanda Wolf, who advised they do not oppose intervention, and with Defendants' attorneys, who advised that they do not oppose permissive intervention.

Dated:  March 26, 2012

                                          Respectfully submitted,

                                          /s/ Mark A. Posner
                                          Jon M. Greenbaum (D.C. Bar No. 489887)
Mark A. Posner (D.C. Bar No. 457833)
Robert A. Kengle
LAWYERS' COMMITTEE FOR
    CIVIL RIGHTS UNDER LAW
1401 New York Ave. NW
Ste. 400
Washington, D.C.  20005
Tel:  (202) 662-8389
Fax:  (202) 628-2858
mposner@lawyerscommittee.org

Michael A. Cooper *(pro hac vice pending)*
Garrard R. Beeney *(pro hac vice to be*
   *sought)*
Theodore A.B. McCombs *(pro hac vice to*
   *be sought)*
Sambo Dul *(pro hac vice to be sought)*
Sean A. Camoni *(pro hac vice to be*
   *sought)*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498

Tel: (212) 558-4000
Fax: (212) 291-9007
beeneyg@sullcrom.com

Wendy R. Weiser (*pro hac vice to be sought*)
Keesha M. Gaskins (*pro hac vice to be sought*)
Mimi Marziani (*pro hac vice to be sought*)
Elisabeth Genn (*pro hac vice to be sought*)
THE BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
161 Avenue of the Americas, Floor 12
New York, NY 10013-1205
Tel: (646) 292-8310
Fax: (212) 463-7308
keesha.gaskins@nyu.edu

Armand Derfner (*Bar renewal pending*)
DERFNER, ALTMAN & WILBORN
575 King Street, Suite B
P.O. Box 600
Charleston, SC 29402
Tel: (843) 723-9804
Fax: (843) 723-7446
aderfner@dawlegal.com

## CERTIFICATE OF SERVICE

I, Mark A. Posner, certify that on March 26, 2012, I filed and served the foregoing Motion to Intervene (including Exhibits 1 and 2 thereto), a supporting memorandum (including Exhibits A and B thereto), a proposed order, a Local Civil Rule 7.1 certificate, notices of appearance, and motions for admission *pro hac vice* by emailing PDF copies of the same to the Clerk's Office (dcd_cmecf@dcd.uscourts.gov) and the following counsel:

Paul Clement
BANCROFT PLLC
1919 M Street, NW
Suite 470
Washington, DC 20036
Tel:  (202) 234-0090
Fax:  (202) 234-2806
pclement@bancroftpllc.com

*Attorney for Plaintiff State of South Carolina*

Catherine Meza
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Room 7151-NWB
Washington, DC 20530
Tel:  (202) 305-0132
catherine.meza@usdoj.gov

*Attorney for Defendants United States of American and Eric H. Holder, Jr.*

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
OF THE NATION'S CAPITAL
4301 Connecticut Avenue, NW
Suite 434
Washington, DC 20008
Tel:  (202) 457-0800 x113
Fax:  (202) 457-0805
artspitzer@gmail.com

*Attorney for Defendant-Intervenors Family Unit, Inc., Amanda Wolf, Brenda C. Williams, James Dubose and Junior Glover*