IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>    Defendants,<br><br> and<br><br>JAMES DUBOSE, JUNIOR GLOVER,<br>FAMILY UNIT, INC., BRENDA C.<br>WILLIAMS, M.D., and AMANDA WOLF,<br>    Proposed Defendant-<br>    Intervenors,<br><br> and<br><br>LEAGUE OF WOMEN VOTERS OF<br>SOUTH CAROLINA,<br><br>    Proposed Defendant-<br>    Intervenor. | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## [PROPOSED] **ORDER**

   This matter is before the Court on motion by the League of Women Voters of South Carolina (the "Applicant") for leave to intervene as a defendant.  Having reviewed the motion, as well as the memorandum of points and authorities in support of the motion, and the positions of the parties, the Court finds that the Applicant meets the requirements for intervention under Rule 24 of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that the motion to intervene is GRANTED, and Applicant is given leave to participate as a party to this action as a Defendant-Intervenor.

The Clerk of the Court is directed to docket the Answer of Defendant-Intervenor (a copy of which was attached to the motion to intervene) and to forward a copy of this Order to all Counsel of record in this action.

_____                            _____
Date                                                                                           United States Judge


Copies to:

Paul Clement
BANCROFT PLLC
1919 M Street, NW
Suite 470
Washington, DC 20036
Tel:  (202) 234-0090
Fax:  (202) 234-2806
pclement@bancroftpllc.com

*Attorney for Plaintiff State of South Carolina*

Catherine Meza
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Room 7151-NWB
Washington, DC 20530
Tel: (202) 305-0132
catherine.meza@usdoj.gov

*Attorney for Defendants United States of American and Eric H. Holder, Jr.*

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
OF THE NATION'S CAPITAL
4301 Connecticut Avenue, NW
Suite 434
Washington, DC 20008
Tel:  (202) 457-0800 x113
Fax:  (202) 457-0805
artspitzer@gmail.com

*Attorney for Proposed Defendant-Intervenors Family Unit, Inc., Amanda Wolf, Brenda C. Williams, James Dubose and Junior Glover*