IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>          Defendants,<br><br>     and<br><br>JAMES DUBOSE, JUNIOR GLOVER,<br>FAMILY UNIT, INC., BRENDA C.<br>WILLIAMS, M.D., and AMANDA WOLF,<br><br>          Defendant-<br>          Intervenors,<br><br>     and<br><br>LEAGUE OF WOMEN VOTERS OF<br>SOUTH CAROLINA,<br><br>          Proposed Defendant-<br>          Intervenor. | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

**APPLICANT'S CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1**

I, the undersigned, as counsel of record for intervenor Applicant the League of Women Voters of South Carolina ("Applicant"), certify that to the best of my knowledge and belief there are no parent companies, subsidiaries, or affiliates of the Applicant which have any outstanding securities in the hands of the public.

   This representation is being made in order that the judges of this Court may determine the need for recusal.

Dated: March 26, 2012

              Respectfully submitted,

              /s/ Mark A. Posner
              Jon M. Greenbaum (D.C. Bar No. 489887)
              Mark A. Posner (D.C. Bar No. 457833)
              Robert A. Kengle
              LAWYERS' COMMITTEE FOR
                CIVIL RIGHTS UNDER LAW
              1401 New York Ave. NW
              Ste. 400
              Washington, D.C.  20005
              Tel:  (202) 662-8389
              Fax:  (202) 628-2858
              mposner@lawyerscommittee.org

              Michael A. Cooper *(pro hac vice to be sought)*
              Garrard R. Beeney *(pro hac vice to be sought)*
              Theodore A.B. McCombs *(pro hac vice to be sought)*
              Sambo Dul *(pro hac vice to be sought)*
              Sean A. Camoni *(pro hac vice to be sought)*
              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York  10004-2498
              Tel:  (212) 558-4000
              Fax:  (212) 291-9007
              beeneyg@sullcrom.com

              Wendy R. Weiser (*pro hac vice to be sought)*
              Keesha M. Gaskins (*pro hac vice to be sought*)
              Mimi Marziani (*pro hac vice to be sought*)
              Elisabeth Genn (*pro hac vice to be sought*)
              THE BRENNAN CENTER FOR JUSTICE
                AT NYU SCHOOL OF LAW
              161 Avenue of the Americas, Floor 12

New York, NY  10013-1205
Tel:  (646) 292-8310
Fax:  (212) 463-7308
keesha.gaskins@nyu.edu

Armand Derfner (*Bar renewal pending*)
DERFNER, ALTMAN & WILBORN
575 King Street, Suite B
P.O. Box 600
Charleston, SC 29402
Tel:  (843) 723-9804
Fax:  (843) 723-7446
aderfner@dawlegal.com