**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA; and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>*Defendants*,<br><br>SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, KENYDA BAILEY, CHARMAINE BEAL, KIAKA DAVIS, EVIN PERCIVAL, AND SEQUIOA WALLER,<br><br>*Defendant-Intervenors*. | Civ. No. 1:12-cv-00203-CKK-BMK-JDB |

**ORDER GRANTING PROPOSED DEFENDANT-INTERVENORS'**
**MOTION TO INTERVENE AS DEFENDANTS**

This matter is before the Court on the Motion of Proposed Defendant-Intervenors, the South Carolina State Conference of the NAACP, Kenyda Bailey, Charmaine Beal, Kiaka Davis, Evin Percival, and Sequioa Waller (collectively, "Proposed Defendant-Intervenors"), by their undersigned counsel, to Intervene as Defendants in this action as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Defendant-Intervenors seek permissive intervention pursuant to Federal Rule of Civil Procedure 24(b)(1).

Having considered the Motion and other materials on file in the record, the Court finds that just cause exists for the granting of such Motion pursuant to _____.

Accordingly, it is ORDERED, that the Motion of Proposed Defendant-Intervenors to intervene is hereby GRANTED pursuant to Federal Rule of Civil Procedure 24 _____.

_____
UNITED STATES DISTRICT JUDGE

This ___ day of _____, 2012.