# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    *Plaintiff*<br><br>    v.<br><br>UNITED STATES OF AMERICA; and ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    *Defendants*,<br><br>SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, KENYDA BAILEY, CHARMAINE BEAL, KIAKA DAVIS, EVIN PERCIVAL, AND SEQUIOA WALLER,<br><br>    *Proposed Defendant-Intervenors*. | Civ. No. 1:12-cv-00203-CKK-BMK-JDB |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joshua Civin, counsel of record for Proposed Defendant-Intervenors, hereby certifies that, to the best of my knowledge and belief, Proposed Organizational Defendant-Intervenor the South Carolina State Conference of the NAACP, and its parent non-profit corporation, the NAACP, have no outstanding securities in the hands of the public.

Dated: March 29, 2012

                                    Respectfully submitted,

                                    /s Joshua Civin
                                    Joshua Civin (DC Bar No. 494496)
                                    NAACP Legal Defense and
                                     Educational Fund, Inc.
                                    1444 I Street, NW, 10th Floor
                                    Washington, DC 20005
                                    (202) 682-1300
                                    jcivin@naacpldf.org

                                    *Counsel for Proposed Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, I filed the foregoing with the Clerk of Court and served all counsel of record by electronic mail, pursuant to the ECF User's Manual of the U.S. District Court for the District of Columbia.

/s/ Joshua Civin
Joshua Civin (DC Bar No. 494496)
NAACP Legal Defense &
 Educational Fund, Inc.
1444 I Street, NW, 10th Floor
Washington, DC 20005
(202) 682-1300
jcivin@naacpldf.org

*Counsel for Proposed
Defendant-Intervenors*