IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) No. 1:12-cv-00203-CKK-BMK-JDB |
| Defendants, | ) |
| and | ) |
| JAMES DUBOSE, et al., | ) |
| Defendant-Intervenors. | ) |

[proposed]
**ORDER**

This matter is before the Court on motion by Defendant-Intervenors James Dubose, *et al.*, to add Delores Freelon, Naomi Gordon, Joseph Riley, Raymond Rutherford, and the South Carolina Progressive Network as defendant-intervenors in this action.

Having reviewed the motion as well as the memorandum of points of authorities in support of the motion, the Court finds that the addition of these parties will not prejudice any existing party nor cause any delay in the litigation. Therefore, the motion to add parties is GRANTED. AND IT IS SO ORDERED, this ___ day of _____, 2012.

_____
United States District Judge