IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>        Defendants,<br><br>  and<br><br>JAMES DUBOSE, JUNIOR GLOVER,<br>FAMILY UNIT, INC., BRENDA C.<br>WILLIAMS, M.D., and AMANDA WOLF,<br><br>        Defendant-<br>        Intervenors,<br><br>  and<br><br>LEAGUE OF WOMEN VOTERS OF<br>SOUTH CAROLINA and CRAIG<br>DEBOSE,<br><br>        Defendant-<br>        Intervenors,<br><br>  and<br><br>SOUTH CAROLINA STATE<br>CONFERENCE OF THE NAACP,<br>KENYDA BAILEY, CHARMAINE BEAL,<br>KIAKA DAVIS, EVIN PERCIVAL, and<br>SEQUIOA WALLER,<br><br>        Defendant-<br>        Intervenors | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

### MOTION OF DEFENDANT-INTERVENORS FOR LEAVE
### TO SUBMIT INFORMATION ON THE IMPACT OF ACT R54
### AS TO SOUTH CAROLINA VOTERS LACKING PHOTO ID

Defendant-Intervenors submit this motion to seek the Court's permission to make a very brief submission, not to exceed five pages, by 2:00 PM on Monday, April 23, 2012 that will address the steps that South Carolina voters must take under Act R54 to qualify to vote after the State has implemented the Act pursuant to its terms. The Intervenors seek permission to make such a submission in light of the issues discussed with the Court during the telephonic conference held on April 20, 2012, and because Intervenors believe that such submission would be useful to the Court in its further deliberations over the case schedule. Counsel for South Carolina and the United States have informed the undersigned that they have no objection to Intervenors making the filing described above.

Dated: April 20, 2012
      New York, New York

Respectfully submitted,

/s/ Garrard R. Beeney

| | |
|---|---|
| Arthur B. Spitzer (DC Bar No. 235960) | Jon M. Greenbaum (D.C. Bar No. 489887) |
| AMERICAN CIVIL LIBERTIES UNION | Mark A. Posner (D.C. Bar No. 457833) |
| OF THE NATION'S CAPITAL | Robert A. Kengle |
| 4301 Connecticut Avenue, NW, Suite 434 | LAWYERS' COMMITTEE FOR |
| Washington, DC 20008 |   CIVIL RIGHTS UNDER LAW |
| (202) 457-0800 | 1401 New York Ave. NW |
| (202) 457-0805 (fax) | Ste. 400 |
| artspitzer@gmail.com | Washington, D.C. 20005 |
| | Tel: (202) 662-8389 |
| Laughlin McDonald | Fax: (202) 628-2858 |
| Nancy Abudu | mposner@lawyerscommittee.org |
| Katie O'Connor | |
| AMERICAN CIVIL LIBERTIES UNION | Michael A. Cooper *(pro hac vice)* |
| FOUNDATION, INC. | Garrard R. Beeney *(pro hac vice)* |
| 230 Peachtree Street, N.W., Suite 1440 | Theodore A.B. McCombs *(pro hac vice)* |
| Atlanta, GA 30303-1227 | Sambo Dul *(pro hac vice)* |
| (404) 523-2721 | Sean A. Camoni *(pro hac vice)* |

2

(404) 653-0331 (fax)
koconnor@aclu.org

Susan Dunn
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
P.O. Box 20998
Charleston, SC 29413
sdunn@aclusouthcarolina.org

*Attorneys for Defendant-Intervenors
James Dubose,* et al.


Joshua Civin (D.C. Bar No. 494496)
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
1444 I Street, NW, 10th Floor
Washington, DC 20005
(202) 682-1300


Debo P. Adegbile (D.C. Bar No. NY0143)
Elise C. Boddie
Ryan P. Haygood
Dale E. Ho (D.C. Bar No. NY0142)
Natasha M. Korgaonkar
Leah C. Aden
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Douglas H. Flaum
Michael B. de Leeuw
Adam M. Harris
FRIED, FRANK, HARRIS,
  SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Victor L. Goode
NATIONAL ASSOCIATION FOR THE
  ADVANCEMENT OF
  COLORED PEOPLE

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 291-9007
beeneyg@sullcrom.com

Wendy R. Weiser (*pro hac vice*)
Keesha M. Gaskins (*pro hac vice*)
Mimi Marziani (*pro hac vice*)
Elisabeth Genn (*pro hac vice*)
THE BRENNAN CENTER FOR
   JUSTICE AT NYU SCHOOL OF
   LAW
161 Avenue of the Americas, Floor 12
New York, NY  10013-1205
Tel:  (646) 292-8310
Fax:  (212) 463-7308
keesha.gaskins@nyu.edu

Armand Derfner (*Bar renewal pending*)
DERFNER, ALTMAN & WILBORN
575 King Street, Suite B
P.O. Box 600
Charleston, SC 29402
Tel:  (843) 723-9804
Fax:  (843) 723-7446
aderfner@dawlegal.com

*Counsel for Defendant-Intervenors the
League of Women Voters of South
Carolina,* et al.

3

4805 Mt. Hope Dr.
Baltimore, Maryland 21215

*Counsel for Defendant-Intervenors South Carolina State Conference of the NAACP*

## CERTIFICATION PURSUANT TO THE COURT'S APRIL 4, 2012 ORDER

Pursuant to the Court's Minute Order of April 4, 2012, the Defendant-Intervenors have consolidated their request for relief into a single motion. Further consolidation with the United States is inappropriate in this instance because, unlike the United States, the Defendant-Intervenors, who include both individuals affected by Act R54 and institutions whose voter empowerment activities will be affected by Act R54, can speak directly to the prejudice of a rushed implementation on South Carolina voters.

Dated: April 12, 2012

Respectfully submitted,

/s/  Garrard R. Beeney_____
Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 291-9007
beeneyg@sullcrom.com

## CERTIFICATE OF SERVICE

      I certify that on April 20, 2012, I filed the foregoing Motion for Leave with the Court's electronic filing system, which will provide notice to all counsel of record.

      /s/ Theodore A.B. McCombs
      Theodore A.B. McCombs