# **EXHIBIT B**

**Procedure for Issuing Photo Voter Registration Cards**
**April 26, 2012**

Voter registration cards are produced when a person registers to vote. There are three types of voter registration cards issued in South Carolina:

1. Standard voter registration card without a photo
2. Voter registration card with photo
3. Temporary voter registration card with photo

**New Registrations**

A. By Mail

   1. Voter submits voter registration by mail application.

   2. If the application is approved, the county enters voter in statewide voter registration database.

   3. Voter is mailed a standard voter registration card without a photo. The card provides the following information:

      a. Confirmation that the voter is registered to vote.

      b. Photo ID is required to vote at his polling place, voter must present one of the five qualified photo IDs.

      c. Voter may obtain an Identification Card from DMV or may obtain a Voter Registration Card with a photo from his county voter registration office, both free of charge.

   4. If voter chooses to obtain a photo voter registration card, he must appear at the county voter registration and elections office.

B. Through Motor Voter Agency (DMV, DHEC, DSS, DMH, etc)

   1. Voter completes a voter registration application.

   2. If the application is approved, the county enters voter in statewide voter registration database.

   3. Voter is mailed a standard voter registration card without photo. This notification provides following information:

      a. Confirmation that the voter is registered to vote.

   b. Photo ID is required to vote at his polling place, voter must present one of the five qualified photo IDs

   c. Voter may obtain an Identification Card from DMV or may obtain a Voter Registration Card with a photo from his county voter registration office, both free of charge

  4. If voter chooses to obtain a photo voter registration card, he must appear at the county voter registration and elections office

C. In Person – In Voter Registration Office

  1. Voter completes a voter registration application.

  2. If the application is approved, the county enters voter in statewide voter registration database.

  3. Office informs voter photo ID is required to vote at his polling place, voter must present one of the five qualified photo IDs.

  4. If the voter already has a valid photo IDs, voter is issued a standard voter registration card without photo

  5. If the voter does not have a photo ID, office staff takes a photograph of voter and saves it to the voter's record in the statewide voter registration database, prints the voter a temporary voter registration card with a photo and submits the photo voter registration card information to the State Election Commission (SEC) so that a permanent card can be produced.

  6. Photo voter registration card is printed by the SEC and mailed directly to the voter.

**Already Registered to Vote - Issuing Initial Voter Registration Card with Photo**

A. Voter previously registered to vote

  1. Office staff verifies that the HAVA ID requirement has been satisfied if the voter registered by mail.

  2. Voter must verify identification to office staff by presenting a standard voter registration card without photo, by presenting a permissible HAVA ID, or by verbally confirming the last four digits of the voter's social security number and the voter's date of birth.

    3.    Office staff takes a photograph of voter and saves it to the voter's record in the statewide voter registration database, prints the voter a temporary voter registration card with a photo and submits the photo voter registration card information to the State Election Commission (SEC) so that a permanent card can be produced.

    4.    Photo voter registration card is printed by the SEC and mailed directly to the voter.

**Already Registered to Vote - Issuing a Duplicate Voter Registration Card (with or without photo)**

A. Voter may request a duplicate voter registration card (with or without photo) in person, by phone, by fax, or by email.

    1.    If the voter is requesting a voter registration card with photo,

        a. Office staff submits the voter registration card for printing at the State Election Commission (SEC).

        b. Voter registration card is printed by the SEC and mailed directly to the voter.

        c. When necessary, such as on Election Day, office staff may print a voter registration card with photo and deliver it directly to a voter appearing in person.

            i. This card is printed on paper stock and is intended to be used temporarily until the voter receives the more durable card. However, the paper card has no expiration date and could be used indefinitely as a photo voter registration card for the purposes of voting at the polling place. Office staff submits the more durable voter registration card with photo for printing at the SEC. The voter receives the more durable card by mail.

    2.    If the voter is requesting a voter registration card without photo, office staff prints the card and provides it directly to the voter.