# EXHIBIT C

# Photo ID Voter Education Plan

## Introduction

The following lays out a Voter Education Campaign to be conducted by the South Carolina Election Commission (SEC) to inform the state's registered voters and citizens of changes in voting procedures as a result of passage of "Voter ID" legislation by the South Carolina General Assembly and federal preclearance under the Voting Rights Act.

## Purpose

The requirement for a voter to present photo identification at the polling place is a significant change to South Carolina's voting procedures. This plan is intended to reach the broadest audience possible to inform voters of the change while also targeting those most likely to be without photo identification.

The vast majority of the state's registered voters already have one or more forms of photo identification, and many voters already use a South Carolina driver's license as identification at the polling place.

However, it is estimated that approximately 200,000 registered voters do not currently have one of the forms of identification required by this legislation. For this reason, the S.C. General Assembly mandated that the SEC conduct a vigorous voter education effort to inform voters of the change. In addition, the legislature provided for the development and implementation of a system to issue voter registration cards with a photo.

## Timing

For maximum effectiveness and efficiency, the campaign will begin the day preclearance is obtained and last through the General Election in November 2012.  Voter education efforts would continue leading up to future elections as needed and as funding becomes available.  Voter outreach efforts will take place in all counties in South Carolina.

## Voter Education Materials and Delivery Channels

SCEC will use a variety of educational materials and delivery channels in this campaign, including:

- Print materials
- SCVotes.org
- Social media
- Print and electronic media
- Public relations
- Media relations
- Voter outreach

## Day 1

Upon preclearance, the SEC will issue a press release to media outlets statewide and spokespersons will be available for interviews and to provide background to reporters.  In addition, SEC will provide all county registration and elections offices with a press release template for their own use.

The SCVotes website will be immediately updated with information on the new requirements, and all SEC social media channels will be used to spread news about the change.

*While voters who lack photo identification are not as likely to be internet and social media users, the viral nature of these media make them essential for reaching other influencers who regularly interact with our target audiences.*

Examples of these materials and communications channels are shown on the following pages.

## Press Release



**FOR IMMEDIATE RELEASE**
Contact: Chris Whitmire
(803) 734-9070
cwhitmire@elections.sc.gov

### NEW PHOTO ID REQUIREMENTS NOW IN EFFECT

**COLUMBIA, S.C. (*insert preclearance date*)** – The U.S. Department of Justice today approved a new law requiring South Carolina voters to present a photo ID in order to vote. The law is effective immediately.

"The State Election Commission and county voter registration and election offices have been making preparations and are ready to implement the new law immediately," said Marci Andino, executive director of the S.C. State Election Commission. "If you already have a photo ID, you are ready to vote. Be sure to bring your ID with you to your polling place. If you do not have a photo ID, you need to get one before voting."

Voters must present one of the following current and valid forms of photo identification at the polling place:

- S.C. Drivers License
- S.C. Identification Card issued by the Department of Motor Vehicles
- S.C. Voter Registration Card with photograph (available later this year)
- Federal Military ID
- United States Passport

S.C. Identification Cards are available free of charge from the S.C. Department of Motor Vehicles. Also, voter registration cards featuring a photograph will be available to voters by (**insert date here**).

Andino said the Agency is kicking off a voter education campaign today designed to inform voters of the new requirements before they reach their polling place. State and county election officials are also beginning the process of training the approximately 20,000 poll workers who will work elections in the coming year on how to handle changes in voting procedures. "The State Election Commission will take every step possible to ensure every S.C. voter is aware of the new rules so that they are prepared to vote in the next election."

For more information, visit www.scVOTES.org.

### ###



## SCVotes Homepage



## SCVotes Facebook Page



## SCVotes Twitter Feed



## Production of Print Materials

Also on Day 1, production of print materials to be distributed throughout the state will begin. Electronic versions of these materials will be immediately posted to the SCVotes.org website and made available for use by any individual or organization.

**Voting In South Carolina Brochure**

This brochure is widely available across South Carolina and includes information on voter registration, the electronic voting system, absentee ballots and curbside voting. The new Voter ID requirements are prominently featured in the updated version of this brochure, including the process for obtaining photo identification and covers procedures for those who have a religious objection or reasonable impediment to being photographed for identification. In addition to the print version, an electronic version of this brochure will be available on the SCVotes website.

**Voter Identification Information Poster**

This poster is designed to immediately draw attention to the new photo identification requirement for voting in South Carolina. The colors and other graphical elements are specifically designed to be eye-catching and to demand attention.  The poster measurements are 20" H X 14" W.  The posters will be displayed in each county voter registration and elections office as well as all polling places.

**Voter Identification Information Card**

Like the poster, this 4" x 9" card is designed to demand attention. As with the brochure, the card outlines the process for obtaining photo identification and covers procedures for those who have a religious objection or reasonable impediment to being photographed for identification. In addition to the print version, an electronic version of this brochure will be available on the SCVotes website.

Brochures, posters and cards will initially be provided to the following for local distribution:

- All county voter registration and elections offices
- S.C. Department of Motor Vehicles offices
- State and local councils on aging
- Senior centers
- S.C. colleges and universities
- S.C. high schools
- S.C. Commission for the Blind
- S.C. School for the Deaf and the Blind
- The Commission for Minority Affairs

Brochures, posters and cards will also be distributed to other governmental offices, schools, churches, and community organizations upon request.  Materials will also be available and distributed at public festivals and upcoming voter outreach events.

Samples of the materials are shown on the following pages.

## Sample Voting in South Carolina Brochure (Print)



## Sample Voting in South Carolina Brochure (Electronic)





## Sample Voter Identification Information Poster (20" x 14")



## Sample Voter Identification Information Card (Print)





## Sample Voter Identification Information Card (Electronic)



**IF YOU ALREADY HAVE A PHOTO ID, YOU ARE READY TO VOTE.** Be sure to bring your ID with you to your polling place.

**IF YOU DO NOT HAVE A PHOTO ID, YOU SHOULD GET ONE BEFORE GOING TO VOTE.** Free identification cards are available at the Department of Motor Vehicles and your county voter registration and elections office.

**A VOTER WHO HAS A PHOTO ID** (or the ability to obtain one), but who does not present the ID at the polls, may cast a provisional ballot that will be counted if the voter brings the ID to the county voter registration and elections office prior to the certification of the election.

**A VOTER WHO DOES NOT HAVE A PHOTO ID** due to a religious objection to being photographed, or because the voter suffers from a reasonable disability or obstacle preventing the voter from obtaining a photo ID, may cast a provisional ballot at the polls after completing an affidavit under penalty of perjury stating the objection, disability or obstacle.

**A PHOTO ID IS NOT REQUIRED TO VOTE ABSENTEE BY MAIL.** A photo ID is required to vote absentee in person.

**IF YOUR REGISTRATION CARD IS LOST OR MISPLACED,** a duplicate card may be obtained, even on election day, at your county voter registration and elections office.

FOR MORE INFORMATION, VISIT SCVOTES.ORG
FOLLOW SCVOTES ON
FACEBOOK & TWITTER



## Media Planning and Placement

The use of paid media will be essential for reaching the most critical group of voters.  The SEC will make every effort to partner with the state's radio and television stations to produce Public Service Announcements concerning the photo identification requirement.  Utilizing the S.C. Press Association, print ads will be placed statewide in both dailies and weeklies as seen on the following pages.

Statewide **QuarterPage+ ads** . Standard regions are shown below. Call for customized proposals.

## Upstate
**27 papers**
Anderson Independent-Mail (D)
Belton-Honea Path, News-Chronicle
Blacksburg Times
Boiling Springs Sentry
The Chesnee Tribune
The Clinton Chronicle
Cowpens, Spartanburg County News
Gaffney, The Cherokee Chronicle
The Gaffney Ledger
Greenville, LINK
The Greenville News (D)
Greenwood, The Index-Journal (D)
The Greer Citizen
The Inman Times
Landrum, The News Leader
Laurens County Advertiser
Lyman, Middle Tyger Times
Pickens County Courier
Seneca, The Daily Journal (D)
Simpsonville, Tribune-Times
Spartanburg, The Herald-Journal (D)
The Travelers Rest Monitor
Union County News
Walhalla, Keowee Courier
Westminster News
Williamston, The Journal
The Woodruff News

## Lowcountry
**17 papers**
Beaufort Gazette (D)
Beaufort, The Island News
Bluffton Today (W)
Charleston Chronicle
Charleston, The Post and Courier (D)
Daniel Island News
Goose Creek, The Gazette
Hampton County Guardian
Hardeeville Today
Hilton Head Island, The Island Packet (D)
Moncks Corner, Berkeley Independent
Mt. Pleasant, The Moultrie News
Ridgeland, Jasper County Sun
St. George, Dorchester Eagle-Record
Summerville, The Journal Scene
Walterboro, Press & Standard
Walterboro, The Colletonian

## Midlands
**36 papers**
Aiken Standard (D)
The Allendale Sun
Bamberg, Advertizer-Herald
Barnwell, The People-Sentinel
Batesburg-Leesville, The Twin-City News
Bishopville, Lee County Observer
Blythewood, Country Chronicle
Camden, Chronicle - Independent
Camden, Fort Jackson Leader
The Chapin Times
Cheraw, The Link
Chester, The News & Reporter
Clarendon Citizen
The Columbia Star
Columbia, The Free Times
Columbia, The State (D)
Edgefield, The Citizen News
Elgin, West Wateree Chronicle
Fort Mill Times
The Holly Hill Observer
Kershaw, The News-Era
Lake Wylie Pilot
Lancaster, Carolina Gateway
The Lancaster News
North Trade Journal
North Augusta, The Star
Orangeburg, Times and Democrat (D)
The Pageland Progressive-Journal
Rock Hill, The Herald (D)
Saluda Standard-Sentinel
The Santee Striper
St. Matthews, The Calhoun Times
Shaw Air Force Base/The Shaw News
Sumter, The Item (D)
The Whitmire News
York, Enquirer-Herald

## Pee Dee
**21 papers**
Bennettsville, Marlboro Herald Advocate
Conway, Horry Independent
Darlington, News and Press
The Dillon Herald
Florence, The Morning News (D)
Florence, The News Journal
Georgetown Times
Hartsville News Journal
Hartsville, The Messenger
Hemingway, The Weekly Observer
Kingstree, The News
Lake City News & Post
The Loris Scene
The Manning Times
Marion County News Journal
Marion Star & Mullins Enterprise
Myrtle Beach, Carolina Forest Chronicle
Myrtle Beach Herald
Myrtle Beach, The Sun News (D)
North Myrtle Beach Times
Pawleys Island, Coastal Observer

## OneCall. OneOrder. OneInvoice.

SCNN is a subsidiary of the
S.C. Press Association



## Sample Print Ad



**IF YOU ALREADY HAVE A PHOTO ID, YOU ARE READY TO VOTE.** Be sure to bring your ID with you to your polling place.

**IF YOU DO NOT HAVE A PHOTO ID, YOU SHOULD GET ONE BEFORE GOING TO VOTE.** Free identification cards are available at the Department of Motor Vehicles and your county voter registration and elections office.

**A VOTER WHO HAS A PHOTO ID** (or the ability to obtain one), but who does not present the ID at the polls, may cast a provisional ballot that will be counted if the voter brings the ID to the county voter registration and elections office prior to the certification of the election.

**A VOTER WHO DOES NOT HAVE A PHOTO ID** due to a religious objection to being photographed, or because the voter suffers from a reasonable disability or obstacle preventing the voter from obtaining a photo ID, may cast a provisional ballot at the polls after completing an affidavit under penalty of perjury stating the objection, disability or obstacle.

**A PHOTO ID IS NOT REQUIRED TO VOTE ABSENTEE BY MAIL.** A photo ID is required to vote absentee in person.

**IF YOUR REGISTRATION CARD IS LOST OR MISPLACED,** a duplicate card may be obtained, even on election day, at your county voter registration and elections office.

**FOR MORE INFORMATION, VISIT SCVOTES.ORG**
**FOLLOW SCVOTES ON FACEBOOK & TWITTER** 



## Public Relations

The SEC is prepared to undertake an aggressive public and media relations effort to make all S.C. voters aware of the change in voting procedures. We will actively seek opportunities to appear at venues such as:

- Civic club meetings
- Advocacy group meetings
- Religious organizations
- S.C. fairs and festivals

Several advocacy groups have understandable concerns about the potential impact of the photo identification requirement on their constituencies. To address these concerns upon preclearance, the SEC will strengthen its existing relationships and establish new working partnerships with these groups and organizations. This effort is aimed at ensuring that impacted voters are fully aware of the new requirement and have access to information on how to obtain photo identification.

Our primary public relations efforts will be centered on media relations and a voter outreach campaign known as SCVotes Tours as discussed below.

## Media Relations

The media relations campaign will include:

**Sponsorships and PSAs**
 We will seek sponsorship opportunities with major media outlets in each market, as well working toward production and placement of 30- and 60-second public service announcements.

**Radio**
SEC representatives will be booked for interviews on radio stations statewide.  Efforts will be targeted to talk and urban formats and shows likely to reach seniors, minorities, and other groups more likely to be impacted by the photo identification requirement.  Wherever possible, we will seek to make joint appearances with representatives of senior, minority and other advocacy groups to ensure wider messaging.

**Television**
As with radio, we will actively seek opportunities for SEC and local voter registration and elections officials to appear on television statewide. Again, we will be especially attentive to appearing on programs targeted to seniors, minorities, and other groups more likely to be impacted by the new requirement. Examples include WIS-TV's "Awareness," S.C. Educational Television's "The Big Picture" and "Connections," and WACH-TV 57's "To the Point with Cynthia Hardee," all of which regularly cover minority affairs.

**Editorial Board Meetings**

SEC will seek to schedule meetings with the editorial boards and appropriate local reporters at all statewide daily newspapers.

## Voter Outreach: SCVotes Tour

SEC has had great success with a multi-year voter education effort that began when the state instituted a uniform electronic voting system in 2004.  The core component of this effort was the "SC Votes Tour" utilizing a highly visible bus that traveled to local fairs and festivals and other community gathering spots throughout the state.

We will renew this tour to specifically focus on the new photo identification requirement. In addition, local election officials will be on hand to provide voters with on-the-spot access to new voter registration cards that include a photo.

From the date of preclearance through November 2012 General Election, this tour will be targeted in those counties and municipalities with the highest percentage of voters without photo IDs and in counties and municipalities with the highest numbers of voters without photo IDs.

 In those counties where no festival or fair is held during this timeframe, we will create an event by having the SCVotes Tour Bus set up at a prominent local landmark. We will also use these events to anchor local media relations efforts.

## Conclusion

 In addition to the voter education campaign outlined here, the SEC will also conduct intensive training on the new requirement with county voter registration and elections office staff.  In turn, we will provide these officials with materials, and where needed, assist in the training of local poll workers to make them fully aware of the procedures for instituting the photo identification requirement on Election Day.  As elections are held throughout the state, SEC staff will be available to assist in any problems which may arise in regards to the new requirement, to provide support to local officials, and answer questions from all voters.

All SEC efforts will be focused on ensuring every South Carolina voter is aware of the new requirements and procedures, as well as their options for obtaining proper identification.

**State Election Commission**
**P.O. Box 5987**
**Columbia, SC 29250-9862**

EVERYMATTERS.
EVERYVOTECOUNTS.

Presorted
Standard mail
U.S. Postage Paid
Columbia SC

Permit ████

*Postal Barcode here*
Brian Leach
2221 Devine Street, Suite 105
Columbia, SC 29205

(Detach Here)

**South Carolina Photo Identification Requirements**

**Brian Leach  401234567**

You have been identified as a voter who may not have a SC driver's license or ID card issued by Department of Motor Vehicles. Free ID cards are available at DMV, and photo voter registration cards will be available at your county voter registration and elections office beginning in mid-October.

Please check one of the options below and return this card.

☐ **I have a current**
___ SC driver's license or identification card issued by DMV
___ military identification card issued by the federal government
___ passport

☐ **I do not have a current photo ID.**

Please complete and return the attached postage paid card within 30 days.

### South Carolina Photo Identification Requirements

Voting in SC now requires one of the following forms of photo ID:

- SC Driver's License
- SC ID Card issued by the Department of Motor Vehicles *
- SC Voter Registration Card **with photo****
- Military ID issued by the federal government
- Passport

If you already have a photo ID, you are ready to vote. Be sure to bring your photo ID with you to your polling place.

For more information visit scvotes.org

\* Now available free of charge from DMV for persons age 17 and older
\*\* Photo VR cards will be available from your county voter registration and elections office in mid-October.

(Detach Here)

No Postage
Necessary If
Mailed
In The United
States

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO.3386   COLUMBIA SC

POSTAGE WILL BE PAID BY ADDRESSEE

հվիհահեհիհումիվեկահվումիհիհ
**State Election Commission**
**P.O. Box 5987**
**Columbia, South Carolina 29250-9862**



# SOUTH CAROLINA
## ELECTION COMMISSION

## NEW PHOTO ID REQUIREMENTS NOW IN EFFECT

**Poll Managers Handbook Supplement – (Insert Date)**
*Some rules and procedures found in this handbook are no longer accurate. Please familiarize yourself with the important changes in this supplement before exercising your duties as a poll manager on Election Day.*

### ID Required to Vote

Voters must present one of the following current (not expired) and valid photo IDs to vote:

- S.C. Driver's License
- ID Card issued by S.C. DMV
- S.C. Voter Registration Card <u>with photo</u>*
- Military ID issued by the federal government
- Passport

*Photo VR cards available beginning (insert date).

**Purpose of ID** – To confirm the person presenting himself to vote is the voter on the poll list. The poll manager must compare the photo on the ID to the person presenting himself to vote and verify the photo is of that person. If the poll manager disputes the photo is that of the person, then the voter casts a provisional ballot.

**Address on ID** – The address listed on the ID does not have to match the voter's address on the voter registration list. If the address on the ID differs from the address on the voter registration list, follow procedures on page 10 under "Presentation of Identification", #2.

**Voters without ID** – If a voter has no valid ID, the poll manager must ask,

- *"Is there something beyond your control keeping you from getting one of these IDs?"*
- *"Do you have a religious objection to being photographed?"*

If voter answers **"yes"** to either question – voter must be allowed to cast a provisional ballot after completing affidavit on back of provisional ballot envelope. Poll manager provides voter with "Notice of Provisional Ballot Hearing."

If voter answers **"no"** to both questions – voter must be allowed to cast a provisional ballot. Poll manager must notify voter that his ballot will not count unless he provides proper ID to the county election commission no later than the provisional ballot hearing. Poll manager provides voter with "Notice of Provisional Ballot Hearing."

**Affidavit** – The affidavit for voters with reasonable impediments to obtaining ID and voters with religious objections to being photographed is now located on the back of the provisional ballot envelope. Additional procedures for issuing provisional ballots are found on page 16 under "Challenge by Managers (Provisional Ballots)."

