# EXHIBIT D

**SOUTH CAROLINA ELECTION COMMISSION**

October 25, 2011

C. Havird Jones, Jr.
Office of the Attorney General
PO Box 11549
Columbia, SC  29211

Dear Sonny:

I am writing as a follow-up to the conversation we had on the conference call held on Monday, October 24, 2011.  The following is an explanation of why certain inactive voters were included in the latest voter registration database and DMV database matching comparison.  (Note: only active voters were included in the comparison from January 2010.)

At the request of your office, inactive voters were included in the latest photo identification comparison.  While SC uses a number of inactive statuses, only voters who were flagged as having moved or as having failed to respond to a confirmation mailing were included.  In choosing these statuses, the SEC sought to identify the groups of inactive voters who are most likely to present themselves to vote in future elections.  As a result of including these inactive voters, the number of non-matches increased by approximately 20,000 voters.

In determining which groups of inactive voters to include, the SEC sought to narrow the field to those groups of inactive voters that are most likely to include voters that are likely to present themselves to vote in future elections.  Any voter who has been made inactive but presents himself to vote on election day, and who otherwise remains qualified, is allowed to vote.

South Carolina has millions of voter records dating back to 1967 when S.C. first implemented a statewide voter registration system.  All active records are stored in the statewide voter registration database (approx. 2.7 million).  Some inactive voters are also in the database (approx. 121,000).  The vast majority of inactive voters (approx. 3.2 million) are archived and are stored outside of the system.  The SEC did not include archived inactive voters for the following reasons:

- SEC staff experience tells us that inactive voters who present themselves to vote are more often those who were recently made inactive.  Most archived inactive voters have been inactive for many years.
- The pool of archived inactive voters is vast.  Experience tells us only a handful of those will present themselves to vote.  Including these millions of voters would water down any statistics produced from the comparison and miss the target of identifying real voters.

COMMISSIONERS

JOHN H. HUDGENS, III
Chairperson

CYNTHIA M. BENSCH

MARK A. BENSON

MARILYN BOWERS

THOMAS WARING

MARCI ANDINO
Executive Director

2221 Devine Street
P.O. Box 5987
Columbia, SC 29250

803.734.9060
Fax: 803.734.9366
www.scvotes.org

EVERY VOTE MATTERS. EVERY VOTE COUNTS.

- Conducting a comparison of archived inactive voters presents a technical challenge as these records are no longer in the statewide voter registration database.

We further narrowed the pool of inactive voters that remain in the database by looking at the reasons for which the voters were made inactive. The following are the status codes for inactive voters including the reason for the code: I-C (Conviction), I-D (Death), I-F (Failure to respond to confirmation mailing), I-H (Hold due to newly issued voter certificate being returned), I-L (Moved out of the county), I-M (Moved within county or location unknown), I-O (Other), I-S (Switched county), I-T (Registered twice), I-W (Written request for removal); I-Z (Identified as registered in another state through database match with another state).

The SEC identified two codes, I-F and I-M, that stand out above the rest as groups of inactive voters that are most likely to present themselves to vote for the following reasons:

- All I-F voters were made inactive pursuant to a confirmation card mailing conducted in 2009 pursuant to the National Voter Registration Act of 1993 (NVRA) (Section 8) and S.C. Code of Laws §7-5-340). NVRA and state law acknowledge the importance of maintaining an accurate and current list of registered voters and provide guidance on conduct of list maintenance. A confirmation card mailing involves sending a postcard to voters who have not voted or otherwise had contact with the voter registration office for a period of approximately four years. This postcard requests that the voter respond to affirm their registration. If no response is received, the voter is made I-F. Experience tells us that many of these voters present themselves to vote in future elections because the voters either never receive the card through the U.S. Postal Service (USPS), discarded the postcard as "junk mail," or did not respond for other reasons unrelated to their actual qualifications as voters. For this reason I-Fs were included in the comparison.
- The most common reason for a voter to be made I-M is that election officials have sent a mail piece to a voter and received a notice from the USPS that the forwarding order for that address has expired or that the mail piece was undeliverable. This can be the result of a confirmation card mailing but can also be the result of other mail pieces sent from election officials. Experience tells us that these inactive voters, more often than others, present themselves to vote in future elections. For this reason I-Ms were included in the comparison.

To summarize, I-Fs and I-Ms were included because in both cases election officials have not received positive information from the voter or other authority indicating the voter is no longer eligible to vote.

Sincerely,

*Marci Andino*

Marci Andino
Executive Director

/mba