**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendants,<br><br>JAMES DUBOSE, *et al.*,<br><br>    Defendant-Intervenors. | **Civil Action No. 12-203**<br>**(BMK) (JDB) (CKK)** |

**ORDER**
(June 11, 2012)

Pursuant to the Court's April 26, 2012 Scheduling and Procedures Order, on June 9, 2012, the parties contacted Judge Kollar-Kotelly's Chambers to indicate that they had reached an impasse over the scheduling of three depositions. The Court has reviewed the parties' correspondence on this issue. On the basis of that correspondence, it is hereby **ORDERED** that:

1. South Carolina's motion for a protective order is granted. Sen. Cleary, Sen. Campsen, and Lt. Gov. McConnell need not appear for their depositions at the noticed times.

2. The deadline for expert disclosures and initial expert reports is hereby extended from June 15, 2012 to June 19, 2012.

3. With those parameters, the parties shall schedule the depositions of Sen. Cleary, Sen. Campsen, and Lt. Gov. McConnell.

4. Further intervention by the Court is not anticipated.

**SO ORDERED.**

                */s/*
**BRETT M. KAVANAUGH**
UNITED STATES CIRCUIT JUDGE

                */s/*
**JOHN D. BATES**
UNITED STATES DISTRICT JUDGE