# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF SOUTH CAROLINA,

     *Plaintiff,*

v.

UNITED STATES OF AMERICA, and ERIC
HIMPTON HOLDER, JR., in his official
capacity as Attorney General of the United
States,

     *Defendants,*

     and

JAMES DUBOSE, *et al.,*

     *Defendant-Intervenors.*

Civil Action No.  12-203

1:12-CV-203-CKK-BMK-JDB
(Three Judge Court)

**SOUTH CAROLINA'S REBUTTAL EXPERT DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's Third Revised

Scheduling Order (Dkt. 121), the State of South Carolina hereby discloses the following

individual as a rebuttal expert witness:

     Scott Eugene Buchanan, Ph.D.
     Department of Political Science
     The Citadel
     171 Moultrie Street
     Charleston, SC 29409

Dr. Buchanan will testify in rebuttal to expert testimony offered by United States expert Dr.

Vernon Burton and Defendant-Intervenors expert Dr. Theodore Arrington.  A copy of Dr.

Buchanan's expert report is being served herewith.

Respectfully submitted,

/s/ H. Christopher Bartolomucci
Paul D. Clement (D.C. Bar No. 433215)
H. Christopher Bartolomucci (D.C. Bar No. 453423)
Conor B. Dugan (D.C. Bar No. 1006458)
Stephen V. Potenza (*pro hac vice*)
Brian J. Field (D.C. Bar No. 985577)
Michael H. McGinley (D.C. Bar No. 1006943)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090

Dated: August 6, 2012                    *Counsel for the State of South Carolina*