# Exhibit G

# Camoni, Sean August

| | |
|---|---|
| **From:** | Steve Potenza <spotenza@bancroftpllc.com> |
| **Sent:** | Sunday, June 24, 2012 5:24 PM |
| **To:** | Beeney, Garrard R.; 'Heard, Bradley (CRT)' |
| **Cc:** | Christopher Bartolomucci; Paul Clement; Conor Dugan; Brian Field; Michael McGinley; Meza, Catherine (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Velandy, Erin (CRT); artspitzer@gmail.com; nabudu@aclu.org; koconnor@aclu.org; rhaygood@naacpldf.org; dho@naacpldf.org; laden@naacpldf.org; dadegbile@naacpldf.org; jcivin@naacpldf.org; douglas.flaum@friedfrank.com; adam.harris@friedfrank.com; michael.deleeuw@friedfrank.com; mposner@lawyerscommittee.org; McCombs, Theodore A.B.; Camoni, Sean August; elisabeth.genn@nyu.edu; keesha.gaskins@nyu.edu; mimi.marziani@nyu.edu; wendy.weiser@nyu.edu; aderfner@dawlegal.com |
| **Subject:** | Expert Deposition Schedule -- South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB) |
| **Categories:** | Voting Rights - SC v. Holder |

Garrard and Brad:

We are able to rearrange schedules on our end and can use this schedule (which is consistent with Garrard's understanding outlined below):

June 29: Arrington; Quinn

July 2: Burton; Hood

July 3: Martin; Stewart

All depositions in Washington. Please confirm that this works.

Regards,
Steve

---

**From:** Beeney, Garrard R. [mailto:Beeneyg@sullcrom.com]
**Sent:** Friday, June 22, 2012 4:26 PM
**To:** 'Heard, Bradley (CRT)'; Michael McGinley; Meza, Catherine (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Velandy, Erin (CRT); artspitzer@gmail.com; nabudu@aclu.org; koconnor@aclu.org; rhaygood@naacpldf.org; dho@naacpldf.org; laden@naacpldf.org; dadegbile@naacpldf.org; jcivin@naacpldf.org; douglas.flaum@friedfrank.com; adam.harris@friedfrank.com; michael.deleeuw@friedfrank.com; mposner@lawyerscommittee.org; McCombs, Theodore A.B.; Camoni, Sean August; elisabeth.genn@nyu.edu; keesha.gaskins@nyu.edu; mimi.marziani@nyu.edu; wendy.weiser@nyu.edu; aderfner@dawlegal.com
**Cc:** Christopher Bartolomucci; Paul Clement; Conor Dugan; Steve Potenza; Brian Field
**Subject:** RE: South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

**Here is what I understand to be the current state of the schedule for expert depositions (all in Washington):**
**June 29: Arrington and Quinn**
**July 2: Hood**

**July 3: Stewart**
**July 2 or 3 (at the option of SC): Burton and Martin**
**Thanks, Garrard**

---

**From:** Heard, Bradley (CRT) [mailto:Bradley.Heard@usdoj.gov]
**Sent:** Friday, June 22, 2012 4:08 PM
**To:** Michael McGinley; Meza, Catherine (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Velandy, Erin (CRT); artspitzer@gmail.com; nabudu@aclu.org; koconnor@aclu.org; rhaygood@naacpldf.org; dho@naacpldf.org; laden@naacpldf.org; dadegbile@naacpldf.org; jcivin@naacpldf.org; douglas.flaum@friedfrank.com; adam.harris@friedfrank.com; michael.deleeuw@friedfrank.com; mposner@lawyerscommittee.org; Beeney, Garrard R.; McCombs, Theodore A.B.; Camoni, Sean August; elisabeth.genn@nyu.edu; keesha.gaskins@nyu.edu; mimi.marziani@nyu.edu; wendy.weiser@nyu.edu; aderfner@dawlegal.com
**Cc:** Christopher Bartolomucci; Paul Clement; Conor Dugan; Steve Potenza; Brian Field
**Subject:** RE: South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Michael:

It appears that Dr. Arrington is available on June 29, as noticed. Thanks.

--

*Bradley E. Heard*
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Phone: (202) 305-4196

---

**From:** Heard, Bradley (CRT)
**Sent:** Friday, June 22, 2012 3:09 PM
**To:** Michael McGinley; Meza, Catherine (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Velandy, Erin (CRT); 'artspitzer@gmail.com' (artspitzer@gmail.com); 'nabudu@aclu.org' (nabudu@aclu.org); 'koconnor@aclu.org' (koconnor@aclu.org); 'rhaygood@naacpldf.org' (rhaygood@naacpldf.org); 'dho@naacpldf.org' (dho@naacpldf.org); 'laden@naacpldf.org' (laden@naacpldf.org); dadegbile@naacpldf.org; 'jcivin@naacpldf.org' (jcivin@naacpldf.org); douglas.flaum@friedfrank.com; adam.harris@friedfrank.com; michael.deleeuw@friedfrank.com; 'mposner@lawyerscommittee.org' (mposner@lawyerscommittee.org); 'beeneyg@sullcrom.com' (beeneyg@sullcrom.com); 'mccombst@sullcrom.com' (mccombst@sullcrom.com); Sean Camoni (camonis@sullcrom.com); Elisabeth Genn (elisabeth.genn@nyu.edu); Keecia Gaskins (keesha.gaskins@nyu.edu); Mimi Marziani (mimi.marziani@nyu.edu); Wendy Weiser (wendy.weiser@nyu.edu); Armand Derfner (aderfner@dawlegal.com)
**Cc:** Christopher Bartolomucci; Paul Clement; Conor Dugan; Steve Potenza; Brian Field
**Subject:** RE: South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Dear Michael:

Dr. Stewart is unavailable for a deposition on June 28, due to other prior professional commitments. We can make him available in DC on July 3. Please confirm that date will work for you, and we'll let Dr. Stewart know. Thanks.

Also, we are still checking on Dr. Arrington's availability on June 29.

Regards,
Brad

--

*Bradley E. Heard*
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Phone: (202) 305-4196

---

**From:** Michael McGinley [mailto:mmcginley@bancroftpllc.com]
**Sent:** Thursday, June 21, 2012 9:08 PM
**To:** Heard, Bradley (CRT); Meza, Catherine (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Velandy, Erin (CRT); 'artspitzer@gmail.com' (artspitzer@gmail.com); 'nabudu@aclu.org' (nabudu@aclu.org); 'koconnor@aclu.org' (koconnor@aclu.org); 'rhaygood@naacpldf.org' (rhaygood@naacpldf.org); 'dho@naacpldf.org' (dho@naacpldf.org); 'laden@naacpldf.org' (laden@naacpldf.org); dadegbile@naacpldf.org; 'jcivin@naacpldf.org' (jcivin@naacpldf.org); douglas.flaum@friedfrank.com; adam.harris@friedfrank.com; michael.deleeuw@friedfrank.com; 'mposner@lawyerscommittee.org' (mposner@lawyerscommittee.org); 'beeneyg@sullcrom.com' (beeneyg@sullcrom.com); 'mccombst@sullcrom.com' (mccombst@sullcrom.com); Sean Camoni (camonis@sullcrom.com); Elisabeth Genn (elisabeth.genn@nyu.edu); Keecia Gaskins (keesha.gaskins@nyu.edu); Mimi Marziani (mimi.marziani@nyu.edu); Wendy Weiser (wendy.weiser@nyu.edu); Armand Derfner (aderfner@dawlegal.com)
**Cc:** Christopher Bartolomucci; Paul Clement; Conor Dugan; Steve Potenza; Brian Field
**Subject:** South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Counsel,

Please find attached South Carolina's Notice of Expert Depositions for Orville Vernon Burton, Charles Stewart III, Theodore S. Arrington, Kevin M. Quinn, and Andrew D. Martin.

Please let us know if you require subpoenas for these individuals' attendance at the depositions. If so, please advise whether you would accept service on their behalf.

Regards,

Michael H. McGinley
Associate
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, DC 20036
Tel: (202) 234-0090

Bancroft PLLC Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

## Gosewehr, Kaitlyn A.

**From:** Beeney, Garrard R.
**Sent:** Sunday, July 08, 2012 10:49 AM
**To:** 'Steve Potenza'; Bradley E. Heard (bradley.heard@usdoj.gov); Baldwin, Anna (CRT); Christopher Bartolomucci
**Subject:** RE: Intervenors' experts' depositions

Thanks Steve: August 6 will work for Intervenors if you agree to serve any rebuttal report Dr. Hood may provide no later than Friday August 3. If that does not work for you, please provide other dates for Dr. Hood during August 8-10. Thanks

**From:** Steve Potenza [mailto:spotenza@bancroftpllc.com]
**Sent:** Friday, July 06, 2012 1:51 PM
**To:** Beeney, Garrard R.; Bradley E. Heard (bradley.heard@usdoj.gov); Baldwin, Anna (CRT); Christopher Bartolomucci
**Subject:** RE: Intervenors' experts' depositions

Garrard:  Prof. Hood is not available for deposition on August 7.  But he is available on August 6.

Regards,
Steve

**From:** Beeney, Garrard R. [mailto:Beeneyg@sullcrom.com]
**Sent:** Friday, July 06, 2012 12:28 PM
**To:** Beeney, Garrard R.; Bradley E. Heard (bradley.heard@usdoj.gov); Baldwin, Anna (CRT); Christopher Bartolomucci; Steve Potenza
**Subject:** RE: Intervenors' experts' depositions

Confirming our request for Dr. Hood on August 7th. We would appreciate a response from the State to the e-mail below as soon as possible. Thanks, Garrard

**From:** Beeney, Garrard R.
**Sent:** Wednesday, July 04, 2012 10:57 AM
**To:** Bradley E. Heard (bradley.heard@usdoj.gov); Baldwin, Anna (CRT); Christopher Bartolomucci (cbartolomucci@bancroftpllc.com); Steve Potenza
**Subject:** Intervenors' experts' depositions

Counsel: we wanted to let you know that two of our three experts have very little flexibility in their schedule so that you can plan well ahead for their depositions.
Professor Burton is not available the week of August 6. We do not anticipate that he will submit a rebuttal report and ask that his deposition occur on August 2. We do anticipate that he will submit a supplemental initial report on July 28. We will let you know no later than July 29 If our plan for Professor Burton to not submit a rebuttal report changes as a result of any supplemental report that Dr. Hood may submit on July 28. Otherwise, we will plan for a deposition on August 2 . If Professor Burton does submit a rebuttal report we may have to seek the Court's approval to have his deposition the week of August 13.
Professor Martin is only available commencing at 11:00 AM on August 10.

Professor Quinn is available at your convenience the week of August 6, but ask that you select a date as soon as possible so we can fix schedules.

We will confirm tomorrow, but would like to depose Dr. Hood on August 7.

I hope you are all enjoying the 4th holiday.

Best, Garrard

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

# Dvorkis, Taly

| | |
|---|---|
| **From:** | Beeney, Garrard R. |
| **Sent:** | Thursday, July 12, 2012 12:48 PM |
| **To:** | Christopher Bartolomucci; Heard, Bradley (CRT); Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley |
| **Cc:** | Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT) |
| **Subject:** | RE: SC v. US - Deposition Stipulation |

Chris: this works for Intervenors, thanks. So as I understand it we have a deal as follows:
July 26 Burton Supplemental Report
August 2 Burton Deposition
August 3 Hood Rebuttal Report
August 6 Hood deposition
August 7 Quinn Deposition
August 9 Stewart Deposition
August 10 Martin Deposition
August 10 Arrington Deposition

I suggest all depositions in Washington, D.C. at 10 AM in the office of the deposing counsel (happy to do anything on these issues that others may prefer).

Thanks

---

**From:** Christopher Bartolomucci [mailto:cbartolomucci@bancroftpllc.com]
**Sent:** Wednesday, July 11, 2012 5:35 PM
**To:** Beeney, Garrard R.; Heard, Bradley (CRT); Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

Garrard,

I responded yesterday about Burton and asked why he is not available at all during the week that your own proposed schedule contemplated for expert depositions.  Thank you for letting us know.  We can try accommodate Dr. Burton's schedule and depose him on August 2 if you will agree that he will serve any supplemental report by Thursday, July 26, instead of the Saturday, July 28 deadline.  If so, we can similarly agree to serve any rebuttal report by Dr. Hood on Friday, August 3, so you can depose him on Monday, August 6.

Assuming that is acceptable for Burton and Hood, we can depose Martin on Friday, August 10, at 10 a.m., and will depose Quinn on Tuesday, August 7, at 10:00 a.m.

Please let us know.

Thanks,

Chris

**From:** Beeney, Garrard R. [mailto:Beeneyg@sullcrom.com]
**Sent:** Wednesday, July 11, 2012 5:13 PM
**To:** Christopher Bartolomucci; Heard, Bradley (CRT); Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

Chris: while we're getting all this settled, I gather you and The DOJ have confirmed Dr. Stewart for August 9 and Dr. Arrington for August 10.
I want to ask for the third time (see e-mails of July 4 and July 9) about other experts. Dr. Burton has long standing plans to care for his grandchildren the week of August 6 –10; hence my offer regarding him. I also have made proposals for Dr Hood and for Professor Martin and Professor Quinn on two prior occasions. Can I get a response ? Thanks, Garrard

**From:** Christopher Bartolomucci [mailto:cbartolomucci@bancroftpllc.com]
**Sent:** Wednesday, July 11, 2012 4:59 PM
**To:** Heard, Bradley (CRT); Beeney, Garrard R.; Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

We are fine with a limit of 4 hours or time remaining for re-depositions.

**From:** Heard, Bradley (CRT) [mailto:Bradley.Heard@usdoj.gov]
**Sent:** Wednesday, July 11, 2012 4:55 PM
**To:** Beeney, Garrard R.; Christopher Bartolomucci; Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

Hi Chris –

Just following up with you again on our email from yesterday morning. If we could get a response from you on this sometime today, we'd appreciate it. Thanks.

--

*Bradley E. Heard*
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Phone: (202) 305-4196

**From:** Heard, Bradley (CRT)
**Sent:** Tuesday, July 10, 2012 10:25 AM
**To:** Beeney, Garrard R.; 'Christopher Bartolomucci'; Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

Chris,

In addition to the issues Garrard notes, given the large volume of the new material produced, it's quite likely that the scope of examination of previously deposed witnesses will include topics previously covered with some deponents. Had the State produced all the relevant and responsive information prior to depositions, this might have been avoidable, but that's just not where we are at this point. As Garrard indicated, the Court did not limit the scope of discovery during this extended period, nor did any party request such a limitation. Thus, what we were trying to do was come to a common understanding of the time limits governing the continued depositions, so that we're not arguing those issues next week in Columbia. I trust you can agree that having clarity on this issue prior to commencing another round of depositions is preferable for all concerned. To that end, can we at least agree to the first part of the originally proposed stipulation ("Depositions of any witnesses previously deposed shall be permitted, but shall be limited to 4 hours, or the time remaining on the original 7-hour deposition, whichever is greater. )? And if you're not agreeable to that, what is your proposal as to how we should handle timing on the continued depositions?

--

*Bradley E. Heard*
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Phone: (202) 305-4196

---

**From:** Beeney, Garrard R. [mailto:Beeneyg@sullcrom.com]
**Sent:** Monday, July 09, 2012 12:53 PM
**To:** 'Christopher Bartolomucci'; Heard, Bradley (CRT); Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

**Chris: Intervenors can't agree to part (b). Among other reasons, we don't see any such limitation in the modified scheduling order and the State has noticed depositions of people it could have deposed during the earlier period . Thus, limiting only continued depositions to newly produced material seems largely to disadvantage one side. Thanks, Garrard**

---

**From:** Christopher Bartolomucci [mailto:cbartolomucci@bancroftpllc.com]
**Sent:** Monday, July 09, 2012 12:22 PM
**To:** Heard, Bradley (CRT); Steve Potenza; Conor Dugan; curriecoates@gmail.com; Brian Field; Michael McGinley
**Cc:** Beeney, Garrard R.; Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; McCombs, Theodore A.B.; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** RE: SC v. US - Deposition Stipulation

Brad,

South Carolina is amenable to your proposed stipulation that "depositions of previously deposed witnesses shall be permitted, but shall be limited to 4 hours, or the time remaining on the original 7-hour deposition, whichever is greater," so long as the examination of previously deposed witnesses is limited to information disclosed in the transcripts or other materials produced since the earlier deposition.

With respect to nonparties, we do not believe that the parties should by stipulation alter the rules governing nonparty witnesses.

3

Our suggested stipulation therefore is as follows:

"Depositions of any witnesses previously deposed shall be permitted, but shall be (a) limited to 4 hours, or the time remaining on the original 7-hour deposition, whichever is greater; and (b) be limited in scope to examination of the witness concerning information disclosed in transcripts or other materials produced after the original deposition."

Please let us know whether all Defendants are amendable to this stipulation.

Many thanks,

Chris

---

**From:** Heard, Bradley (CRT) [mailto:Bradley.Heard@usdoj.gov]
**Sent:** Thursday, July 05, 2012 12:00 PM
**To:** Christopher Bartolomucci; Steve Potenza; Conor Dugan; curriecoates@gmail.com
**Cc:** Beeney, Garrard R.; Steciuk, Peter A.; Camoni, Sean August; Dvorkis, Taly; Theodore McCombs; Baldwin, Anna (CRT); Slade, Jared (CRT); Meza, Catherine (CRT); Velandy, Erin (CRT); Dellheim, Richard (CRT)
**Subject:** SC v. US - Deposition Stipulation

Dear Chris:

Since the Court didn't put it in the Third Revised Scheduling Order, I just wanted to clarify with you whether the State was amenable to the following conditions, which the United States and Defendant-Intervenors suggested should govern parties previously deposed:

> Depositions of any witnesses previously deposed shall be permitted, but shall be limited to 4 hours, or the time remaining on the original 7-hour deposition, whichever is greater. Any nonparty witness subpoena for testimony only must be served at least three business days in advance of any deposition. Any nonparty witness subpoena for documents (in addition to or in lieu of testimony) must be served at least five business days in advance of the return date.

Please let us know.  Thanks.

--
**Bradley E. Heard**
*Trial Attorney*
U.S. Department of Justice
Civil Rights Division, Voting Section
Room 7200–NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530
Phone: (202) 305-4196
Fax: (202) 307-3961
www.justice.gov/crt/voting/

**CONFIDENTIALITY NOTICE**: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and may contain information that is privileged, confidential and exempt from disclosure under applicable law. All rights are reserved. If you have received this message in error, please notify the sender immediately by reply e-mail and delete the original message and any copies.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.