# EXHIBIT 1

| | |
|---|---|
| **From:** | Marziani, Mimi |
| **To:** | Brian Field; Baldwin, Anna (CRT); Steve Potenza; Heard, Bradley (CRT); Meza, Catherine (CRT); Slade, Jared (CRT); adam.harris@friedfrank.com; aderfner@dawlegal.com; Beeney, Garrard R.; bkengle@lawyerscommittee.org; Camoni, Sean August; Cooper, Michael A.; Dvorkis, Taly; keesha.gaskins@nyu.edu; laden@naacpldf.org; McCombs, Theodore A.B.; mposner@lawyerscommittee.org; nabudu@aclu.org; rhaygood@naacpldf.org; sdunn@aclusouthcarolina.org; Weiser, Wendy; amdura@sullcrom.com; Genn, Elisabeth |
| **Cc:** | Christopher Bartolomucci; Chris Coates; Conor Dugan; Michael McGinley |
| **Subject:** | RE: SC v. Holder: Int-Def Rebuttal Report |
| **Date:** | Tuesday, August 07, 2012 7:20:49 AM |

Dear Brian,

Good morning and thank you for your email.  Respectfully, we see no reason why Dr. Quinn's deposition should not go forward this morning at 9:00 a.m.

When the parties arranged the expert deposition schedule, everyone agreed that two depositions would occur before the final, August 6th deadline for expert reports – specifically, Dr. Burton's deposition was scheduled for last Thursday and Dr. Hood's was scheduled for yesterday.  Accordingly, the State requested that Dr. Burton file his supplemental report before deadline, and we requested that Dr. Hood file his rebuttal report last Friday.  Dr. Quinn's deposition has long been scheduled for today (after the final expert report deadline), but the State never requested that Dr. Quinn submit any report in advance.   Experts for every party in this litigation filed additional reports yesterday evening, and the State was definitively aware of the August 6th deadline.

Moreover, practically speaking, Dr. Quinn lives and works in California.  Accordingly, he will not be in DC this Thursday.

Unless I hear otherwise from you, I look forward to seeing you at the Bancroft firm at 9:00 a.m. this morning.

Best,

Mimi

Mimi Murray Digby Marziani
Counsel, Democracy Program
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
(646) 292-8327
mimi.marziani@nyu.edu
_____
From: Brian Field [bfield@bancroftpllc.com]
Sent: Tuesday, August 07, 2012 12:29 AM
To: Marziani, Mimi; Baldwin, Anna (CRT); Steve Potenza; Heard, Bradley (CRT); Meza, Catherine (CRT); Slade, Jared (CRT); adam.harris@friedfrank.com; aderfner@dawlegal.com; Beeney, Garrard R.; bkengle@lawyerscommittee.org; Camoni, Sean August; Cooper, Michael A.; Dvorkis, Taly; keesha.gaskins@nyu.edu; laden@naacpldf.org; McCombs, Theodore A.B.; mposner@lawyerscommittee.org; nabudu@aclu.org; rhaygood@naacpldf.org; sdunn@aclusouthcarolina.org; Weiser, Wendy; amdura@sullcrom.com; Genn, Elisabeth
Cc: Christopher Bartolomucci; Chris Coates; Conor Dugan; Michael McGinley
Subject: RE: SC v. Holder: Int-Def Rebuttal Report

Mimi -

I wish that you would have told us today (when we discussed moving Professor Quinn's deposition start time earlier) that you intended to serve a rebuttal report at 11:30 this evening.  As you know, the parties in this litigation have offered one another the professional courtesy of providing expert reports at

least a few days before an individual's deposition.  For instance, we agreed to serve Prof. Hood's rebuttal report early-this past Friday-so as to allow both DOJ and the Intervenors adequate time to review it before today's deposition.

In light of the fact that you have served a 25-page rebuttal report on behalf of Prof. Quinn-a report that addresses entirely different topics and opinions than those addressed in his initial report-not even ten hours before his deposition, please advise whether Prof. Quinn is available to have his deposition taken on Thursday, August 9, 2012, rather than tomorrow (Tuesday).

Regards,

Brian


-----Original Message-----
From: Marziani, Mimi [mailto:marziani@exchange.law.nyu.edu]
Sent: Monday, August 06, 2012 11:21 PM
To: Baldwin, Anna (CRT); Steve Potenza; Heard, Bradley (CRT); Meza, Catherine (CRT); Slade, Jared (CRT); adam.harris@friedfrank.com; aderfner@dawlegal.com; Beeney, Garrard R.; bkengle@lawyerscommittee.org; Camoni, Sean August; Cooper, Michael A.; Dvorkis, Taly; keesha.gaskins@nyu.edu; laden@naacpldf.org; McCombs, Theodore A.B.; mposner@lawyerscommittee.org; nabudu@aclu.org; rhaygood@naacpldf.org; sdunn@aclusouthcarolina.org; Weiser, Wendy; amdura@sullcrom.com; Genn, Elisabeth
Cc: Christopher Bartolomucci; Chris Coates; Conor Dugan; Brian Field; Michael McGinley
Subject: SC v. Holder: Int-Def Rebuttal Report

Dear counsel,

On behalf of Intervenor-Defendants, please find a rebuttal report from Dr. Kevin Quinn.

Best,

Mimi

Mimi Murray Digby Marziani
Counsel, Democracy Program
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
(646) 292-8327
mimi.marziani@nyu.edu