UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>   *Plaintiff*,<br><br> v.<br><br>UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General,<br><br>   *Defendants*,<br><br> and<br><br>JAMES DUBOSE, *et al.*,<br><br>   *Defendant-Intervenors*. | Case No. 1:12-cv-203 (CKK-BMK-JDB) |

## PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF THEODORE ARRINGTON AND ORVILLE BURTON

For the reasons set forth in the attached Memorandum, South Carolina hereby moves to exclude the testimony of Theodore Arrington and Orville Burton under Federal Rule of Evidence 702.

              Respectfully submitted,

              /s/ H. Christopher Bartolomucci
              Paul D. Clement (DC Bar No. 433215)
              H. Christopher Bartolomucci (DC Bar No. 453423)
              Stephen V. Potenza (admitted *pro hac vice*)
              Brian J. Field (DC Bar No. 985577)
              Michael H. McGinley (DC Bar No. 1006943)
              BANCROFT PLLC
              1919 M Street, N.W., Suite 470
              Washington, D.C. 20036
              (202) 234-0090

Dated: August 13, 2012        *Counsel for the State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, I filed the foregoing notice with the Court's electronic filing system, which will provide notice to all counsel of record.

/s/ H. Christopher Bartolomucci

H. Christopher Bartolomucci
(D.C. Bar No. 453423)