**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF SOUTH CAROLINA, | |
| *Plaintiff*, | |
| v. | |
| UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General, | Case No. 1:12-cv-203 (CKK-BMK-JDB) |
| *Defendants*, | |
| and | |
| JAMES DUBOSE, *et al.*, | |
| *Defendant-Intervenors*. | |

**PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF**
**CHARLES STEWART**

For the reasons set forth in the attached Memorandum, South Carolina hereby moves to

exclude the testimony of Charles Stewart under Federal Rule of Evidence 702.

/s/ H. Christopher Bartolomucci
Paul D. Clement (DC Bar No. 433215)
H. Christopher Bartolomucci (DC Bar No. 453423)
Stephen V. Potenza (admitted *pro hac vice*)
Brian J. Field (DC Bar No. 985577)
Michael H. McGinley (DC Bar No. 1006943)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090

Dated: August 13, 2012                    *Counsel for the State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, I filed the foregoing notice with the Court's

electronic filing system, which will provide notice to all counsel of record.

/s/ H. Christopher Bartolomucci

H. Christopher Bartolomucci
(D.C. Bar No. 453423)