# EXHIBIT 4

| | |
|---|---|
| From: | Jay Smith |
| To: | vot1973c@usdoj.gov |
| CC: | Sonny Jones |
| Sent: | 12/21/2011 4:45:04 PM |
| Subject: | Section 5 File No. 2011-2495 (SC Voter ID): Letter from SC DMV regarding data |
| Attachments: | SCEC update to AttyGen.PDF |

Hey Catherine and Arati -

Please see attached. Also, please note that I am still waiting on the updated list of voters from the State Election Commission. Thanks for your patience.

Please feel free to call me with questions.

Thanks,
Jay

Jay W. Smith
Director of Consumer Protection and Antitrust
South Carolina Attorney General's Office
1000 Assembly Street, Room 519
Columbia, SC 29201
Direct: 803.734.3733
Cell: 803.206.4262
Fax: 803.734.3677
jsmith@scag.gov


>>> "Shwedo, Kevin A" <Kevin.Shwedo@scdmv.net> 12/21/2011 4:38 PM >>>
Was told some of you did not get my attachment so resending. Please let me know if you do not get this attachment and I will work on alternate delivery means. thanks

Kevin A. Shwedo
Executive Director
South Carolina Department of Motor Vehicles
10311 Wilson Boulevard
Post Office Box 1498
Blythewood, South Carolina 29016

(O) (803) 896-8925
(C) (803) 609-4218

Your SCDMV -- Each a Role Model - Competent, Committed, Courteous!

From: Shwedo, Kevin A
Sent: Wednesday, December 21, 2011 4:00 PM
To: Jay Smith Mr.
Cc: Sanderson, Jeffrey R; Valenta, Val; Wilson, Alan Mr. ; Padgett, John A; Pitts, Ted Mr.; Hall, Taylor Mr.
Subject: Letter to Atty Gen Office (ref SCEC Data)

Jay - attached you will find info on our review of the SCEC data. Hope you have a very Merry Christmas!

Kevin A. Shwedo
Executive Director
South Carolina Department of Motor Vehicles
10311 Wilson Boulevard
Post Office Box 1498
Blythewood, South Carolina 29016

(O) (803) 896-8925
(C) (803) 609-4218


EXHIBIT
Shwedo
Int.13
6.7.12   SB

Your SCDMV -- Each a Role Model - Competent, Committed, Courteous!

```
--- Scanned by M+ Guardian Messaging Firewall ---
```

Confidential

SC_00059800

*Nikki R. Haley*
*Governor*



*Kevin A. Shwedo*
*Executive Director*

# State of South Carolina
## Department of Motor Vehicles

Jay W. Smith
Director of Consumer Protection and Antitrust
South Carolina Attorney General's Office
1000 Assembly Street, Room 519
Columbia, SC 29201
jsmith@scag.gov

Dear Mr. Smith:

     As you are aware, in October of this year, the State Election Commission queried its database of registered voters to determine which records in their database lacked a matching record in the Department of Motor Vehicles' database of individuals with valid photo IDs. Through their query, the State Election Commission identified 239,333 records. The numbers appeared to be excessive, so I asked the Elections Commission to come talk with me and my staff about how they arrived at the number. We did this to enable us to better identify citizens that may need credentials for state and federal entitlements. We met with the Executive Director of the Elections Commission, and her staff, as well as with the SC Division of State Information Technology Division Director. During this conversation we discussed the all aspects of the issue.

     Following that meeting, I directed my staff to conduct the analysis of their known and common databases to analyze the State Election Commission's results. Below are our findings and observations. I hope this analysis helps clarify the potential reasons the State Election Commission may have identified 239,333 records as lacking matches in the Department of Motor Vehicles' database.

- According to the information obtained from the Department of Health and Environmental Control's Division of Vital Records and the Social Security Administration, 37,295 of the 239,333 records appear to refer to deceased individuals.

- Of the remaining 202,038 records, 20,508 actually appear to have matches in the Department of Motor Vehicles' database. It appears that these records were flagged as non-matching by the State Election Commission because the records were not exact matches; for example, a first name may be listed as "Chris" in the State Election Commission's database but as "Christopher" in the Department of Motor Vehicles' database.

*Post Office Box 1498, Blythewood, South Carolina 29016*

- Of the remaining 181,530 records, 96,017 records had a matching record in the Department of Motor Vehicles' master database; however, the record was no longer listed as in the Department of Motor Vehicles' database of valid photo IDs because the ID had been canceled. 91,466 of those 96,017 records had been canceled by the Department of Motor Vehicles in response to a notification from another state's department of motor vehicles that the individual had registered for a driver's license in that state.

- Of the remaining 85,513 records, 58,241 records had a matching record in the Department of Motor Vehicles' master database; however, the record was no longer listed as in the Department of Motor Vehicles' database of valid photo IDs because the ID had expired.

- 27,272 records did not fall into any of the above categories. It is interesting to note that a very large number of these individuals are under the age of 60 and most would have required birth certificates to enroll in grammar school.

In addition, my staff identified several instances of seemingly incongruous, illogical, or nonconforming data: 19 voters appear to be registered at the Myrtle Beach Post Office; 334 voters appear to be registered at a single address, which appears to be the main address for a college campus; 25 appear to be registered at the Sumter County Correctional Center and one voter appears to be 130 years old. Of significance was the Commission's acknowledgement that some of these records have Social Security numbers that were either all 0's or all 9's! They even told us that they knowingly changed Social Security numbers by a single digit when they moved from one county to another because their computers were incapable of acknowledging the same number as part of the transfer process from one county to another.

We set up a meeting to brief the results of our analysis to the Executive Director of the Elections Commission. At the last minute, she pulled out of the meeting and sent the head of her Information Technology section. We explained our findings in detail and offered to answer any additional questions they may have on our research. Finally, we also provided the SCEC with our newly updated database.

As we have discussed, the State Election Commission is in the process of performing another query using updated databases. It is currently my intention to perform an analysis similar to the one above on the updated query results. My staff and I concluded that while we could conduct further analysis on the data, it was not our core mission and would require a significant level of effort using our internal resources. We now wait patiently to see whether the SCEC will acknowledge our research or knowingly pass on flawed data.

Kevin A. Shwedo
Executive Director
South Carolina Department of Motor Vehicles