# EXHIBIT 5

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   STATE OF SOUTH CAROLINA,

 4        Plaintiff,

 5     vs.                    C/A No. 1:12-CV-203-CKK-BMK-JDB

 6   UNITED STATES OF AMERICA, AND
     ERIC HAMPTON HOLDER, JR., IN HIS
 7   OFFICIAL CAPACITY AS ATTORNEY GENERAL
     OF THE UNITED STATES,
 8
          Defendants,
 9        and

10   JOHN DUBOSE, et al.,

11        Defendants-Intervenors.

12

13                   D E P O S I T I O N

14   WITNESS:      COL. KEVIN SHWEDO

15   DATE:        Thursday, June 7, 2012

16   TIME:        9:46 a.m.

17   LOCATION:    Unites States Attorney's Office
                  1441 Main Street, Suite 500
18                Columbia, South Carolina

19
     TAKEN BY:    Attorneys for the United States of
20                America

21   REPORTED BY: SHERI L. BYERS
                  Registered Professional Reporter
22   ----------------------------------------------------
                       COMPUSCRIPTS, INC.
23           A Full-Service Court Reporting Agency
                      Post Office Box 7172
24            Columbia, South Carolina 29202
                         803-988-0086
25                      1-888-988-0086
```

1   00059807, was marked for identification.)

2   BY MR. MCCOMBS:

3       Q.   This is a letter from Alan Wilson to Bill
4   Nettles dated January 19, 2012.  I don't see you as a
5   recipient of this, Colonel, but have you ever seen this
6   document?

7       A.   I believe I've seen it, yes.

8       Q.   If you go down to the paragraph starting
9   "additionally."  "Additionally, the examination
10  discovered 4,965 voters that after they had
11  South Carolina IDs canceled because they applied for
12  IDs in other states had voted in South Carolina state
13  and federal elections.  That is not to say they voted
14  in both states and therefore voted illegally."

15          Is that 4,965 figure based on your data or
16  DMV's analysis?

17      A.   It's not data that I used, so without
18  screening the data, I couldn't speak to how they wrote
19  the letter.

20      Q.   Do you recognize that number as a figure that
21  DMV's analysis had determined?

22      A.   I don't recall running an excursion on it.

23      Q.   Does the fact of this number, 4,965 voters
24  with canceled IDs who had voted in South Carolina, does
25  that suggest to you that some or all of that figure

1   were, in fact, South Carolina residents still?

2           MR. POTENZA:  Objection.

3           THE WITNESS:  It's vague.  It says that they

4   were -- after their South Carolina IDs had been

5   canceled because they applied for IDs in other states.

6   It doesn't say that they were applied for and received

7   other IDs.  So without further defining that, it would

8   be difficult for me to speculate.

9   BY MR. MCCOMBS:

10      Q.   Turning back to what I think is Number 13,

11  the letter to Mr. Smith.  Does the -- if you look at

12  the top bullet in which these canceled IDs are

13  described on the second page of the attachment, does

14  that indicate that the individual had received an ID

15  from another state?

16      A.   Where are you referring to now?

17      Q.   The top bullet on page 2 of the remaining

18  181,530 records.

19      A.   Okay.

20      Q.   And if you go down to the description of

21  91,000 number, it's canceled by the DMV in response to

22  a notification from another state's Department of Motor

23  Vehicles, but the individual had registered for a

24  driver's license in that state.

25      A.   If you're referring to the 91,466, those

1    individuals to my knowledge are individuals that had

2    applied to and received a credential in another state.

3        Q.   So they had received them?

4        A.   I just don't know if the number that you're

5    referring to is a subset of that 91,466.

6        Q.   Okay.  Those 4,965 voters that had voted in

7    South Carolina elections after their IDs were canceled,

8    do you think that they should be included on Election

9    Commission's list?

10       A.   I think that the 4,000, if you're referring

11   to this document, should have been referred to SLED for

12   investigation.  I don't believe that I am qualified to

13   go ahead and address what they should or not done.

14            At some point in time I determined that

15   further investigation in this area was not in my area

16   of expertise, which is why we passed the investigations

17   to the AG who referred it to SLED.

18       Q.   Is your conclusion from this that these 4,900

19   people had voted illegally?

20            MR. POTENZA:  Objection.

21            THE WITNESS:  That is a conclusion that SLED

22   would have to make.

23   BY MR. MCCOMBS:

24       Q.   Going back to Number 15, headline of this

25   article is DMV -- that you forwarded, "DMV Official,