# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>   *Plaintiff*,<br><br> v.<br><br>UNITED STATES OF AMERICA and ERIC H. HOLDER, JR., in his official capacity as Attorney General,<br><br>   *Defendants*,<br><br> and<br><br>JAMES DUBOSE, *et al.*,<br><br>   *Defendant-Intervenors*. | Case No. 1:12-cv-203 (CKK-BMK-JDB) |

## PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TRIAL TESTIMONY OF DR. JOHN C. RUOFF

For the reasons set forth in the attached Memorandum, South Carolina hereby moves to exclude the testimony of Charles Stewart under Federal Rule of Civil Procedure 37.

              /s/ H. Christopher Bartolomucci
              Paul D. Clement (DC Bar No. 433215)
              H. Christopher Bartolomucci (DC Bar No. 453423)
              Stephen V. Potenza (admitted *pro hac vice*)
              Brian J. Field (DC Bar No. 985577)
              Michael H. McGinley (DC Bar No. 1006943)
              BANCROFT PLLC
              1919 M Street, N.W., Suite 470
              Washington, D.C. 20036
              (202) 234-0090

Dated: August 15, 2012        *Counsel for the State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I filed the foregoing notice with the Court's electronic filing system, which will provide notice to all counsel of record.

/s/ H. Christopher Bartolomucci

H. Christopher Bartolomucci
(D.C. Bar No. 453423)