# EXHIBIT 2

Draft 8/10/12

Defendant Intervenor's Witness
List Pursuant to Paragraph 2(a)
of the Trial Procedures Order

Subject to confirmation that the State of South Carolina will call those witnesses listed in its Amended Notice dated July 20, 2012, Defendant Intervenors intend to call the following witnesses in the mode indicated and in the following order:

1. Dr. Andrew D. Martin*

2. Mr. Craig Debose

3. Dr. Kevin M. Quinn*

4. Dr. John Ruoff*

5. Ms. Nancy Bloodgood

6. Dr. Orville Burton*

7. Dr. Brenda Williams

8. Ms. Barbara Zia*

9. Ms. Delores Freelon

10. Mr. Dwight James

11. Senator C. Bradley Hutto*

11. Senator Gerald Malloy

13. Senator John Scott*

14. Rep. Gilda Cobb-Hunter

---

\*   Witness will present direct testimony in written form, although direct may commence with a short overview of the written testimony.

SC1:3287607.1