# EXHIBIT 3

Tab 32

Highly Confidential

USA_00000493

# The Retrogressive Effect of South Carolina's Photo Voter ID Law
by
John C. Ruoff, Ph.D.
The Ruoff Group
October 19, 2011

**Introduction**

A coalition of South Carolina organizations concerned about the racially disparate effects of Act 27 (H. 3003, R. 54) of 2011 on minority voters in South Carolina engaged The Ruoff Group to examine the effects of that Act on the ability of minority voters to participate in the electoral process.[1] Dr. John Ruoff, the Principal of the Ruoff Group, has studied voting and racial disparities in South Carolina for over twenty years, frequently appearing as an expert witness in litigation related to challenges under the Voting Rights Act and redistricting. He has provided expert demographic assistance to numerous clients, principally those representing minority interests, on redistricting over that time with respect to jurisdictions ranging from municipal Boards of Public Works to the United States Congress. He is the co-author (with Herb Buhl) of "Voting Rights in South Carolina: 1982-2006," 17(2) *So. Cal. Rev. Law & Soc. Justice* (Spring 2008) 643-711.

**The Act**

The South Carolina General Assembly passed, in 2011, H. 3003, sponsored by seventy-one members of the South Carolina House of Representatives Republican Caucus, all of whom are white. The legislation was adopted by both bodies and signed by Governor Nikki R. Haley on May 18, 2011. This legislation was a successor to H. 3418

---

[1] This analysis will not specifically look at the asserted justification for the new requirements: preventing voter fraud. As someone who has participated in South Carolina elections as a participant, including having been responsible for conducting the Democratic Primary in Fairfield County as the Democratic Party Chair in 1986, and studied elections in South Carolina for a quarter of a century, however, I don't believe that in-person voter fraud is an issue. I have heard, in all those years, two unproven allegations of in-person fraud. The reality is that the greatest opportunities for fraud exist in mailed absentee ballots. This legislation does nothing to change our mail-in absentee ballots procedures which have no requirement for photo identification.

Highly Confidential

USA_00000494

(http://www.scstatehouse.gov/sess118_2009-2010/bills/3418.htm), introduced in the previous session. A Conference Report on legislation failed passage on the final day of the session in 2010 when the Senate failed to adopt it prior to final adjournment. In 2008, nonwhite voters made up 30.6 % of the General Election electorate in South Carolina, up from 26.6% in 2004 and 23.6 % in 2006. Nonwhite voters, predominantly African-American, have traditionally voted in very high proportions Democratic.

The legislation which passed addresses domicile (amending Section 7-1-25 of the SC Code of Laws), replacement of lost or defaced registration cards (amending Section 7-1-125 of the SC Code of Laws), consideration of challenges (amending Section 7-5-230 of the SC Code of Laws), and issuance of voter registration cards with a photograph of the voter (amending Section 7-1-25 of the SC Code of Laws). However, the parts of the legislation attracting the most attention have been those requiring presentation of photo identification at the time of voting and related provisions.

The legislation would change South Carolina to require voters to present photo identification. Currently, "When any person presents himself to vote, he shall produce his valid South Carolina driver's license or other form of identification containing a photograph issued by the Department of Motor Vehicles, if he is not licensed to drive, or the written notification of registration provided for by Sections 7-5-125 and 7-5-180 if the notification has been signed by the elector." (Section 7-13-710). The current written notification of registration does not contain a photograph of the voter.

The new legislation, at Section 7-13-710(A), would require instead that voters produce a "valid and current"

"(1)  South Carolina driver's license; or
(2)  other form of identification containing a photograph issued by the Department of Motor Vehicles; or
(3)  passport; or
(4)  military identification containing a photograph issued by the federal government; or
(5)  South Carolina voter registration card containing a photograph of the voter pursuant to Section 7-5-675."

2

Highly Confidential                                                                 USA_00000495

A voter who lacks a "valid and current" South Carolina driver's license, Department of Motor Vehicles identification card, passport, military identification, or new voter registration card with a photograph will be unable to vote, except by provisional ballot after completing an affidavit of religious objection (Section 7-13-710(D)(1)(a)) or that "the elector suffers from a reasonable impediment that prevents the elector from obtaining photograph identification."

**The Effects of the Act**

The first issue here is whether minority voters disproportionately do not have drivers' licenses or photo identification issued by the Department of Motor Vehicles (DMV). The clear answer, based upon the apparently incomplete lists provided by the South Carolina Elections Commission (SCEC) of "South Carolina Registered Voters with No SCDMV ID Demographics" (September 26, 2011) is that there are significant racial disparities between those who have a photo ID and those who do not. The initial reports provided did not include Inactive voters in its tabulations of registered voters without DMV photographic identification. Although the SCEC later supplemented reporting with reports on those who were Inactive and had moved (1,466 of whom 70.5 % were white, 25.3 % black and 4.2 % other) or who were Inactive and had failed to respond to SCEC mailings (20,919 of whom 62.2 % were white, 34.9 % black and 2.9 % other). Because SCEC does not produce a report on Inactive voters by race,[2] I could not conduct an analysis of disparate effect on registered voters.

Those classified as Inactive on the registration rolls are disproportionately Nonwhite. In the May 2010 list of registered voters in my possession, 295,671 (10.3 %) were listed as Inactive out of 2,876,492. Among White registrants, 9.7 % were inactive compared to 11.5 % of Black/AA, 11.0 % of Hispanic, 18.2 % of Native American, 12.6 % of Asian and 11.3 % Other registrants.

The SC Elections Commission website (http://www.state.sc.us/cgi-bin/scsec/96vr?countykey=ALL&D1=RACE) provided voter registration by race data as of October 1, 2011 for active voters. I then compared this to the September 26, 2011, data on registrants without DMV identification. As Table 1 (next page) shows, 7.6 % of white registrants

---

[2] Personal communication, Chris Whitmire, SCEC, to author October 20, 2011, in possession of author.

3

Highly Confidential                                                                                      USA_00000496

and 8.9 % of nonwhite voters[3] lack photographic identification from the DMV which could be used at the polls to vote. A 1.3 % absolute disparity may not appear large. However, the reality is that a nonwhite voter in South Carolina is 17.6 % (100% - (8.9 %/7.6 %)) more likely than a white voter not to have photo identification from the DMV.



% NonWhite More Likely to Lack DMV ID

Figure 1

---

[3] In South Carolina, nonwhite voters and black or African-American voters are still largely the same. In the 2010 General Election Turnout, African-American voters made up 95.8 % of the Nonwhite Turnout.

| Total | BLK/AA | WHITE | HISPANIC | ASIAN | NATAMR | OTHER | NonWhite |
|---|---|---|---|---|---|---|---|
| 1,358,548 | 371,379 | 970,989 | 5,937 | 4,878 | 506 | 3,859 | 386,559 |
| | 27.3% | 71.5% | 0.4% | 0.4% | 0.0% | 0.3% | 28.5% |

4

Highly Confidential

USA_00000497

The proportions are fairly close in the urban counties of South Carolina — Charleston, Richland and Greenville. In the rural counties, the differences are much more stark. Figure 1 on page 4 (above) clearly shows that the problem is much greater in rural counties. In Dillon the proportion of nonwhite voters without DMV ID is nearly twice that of white voters. In Hampton, 9.8 % of nonwhite and 5.5 % of white voters lack DMV ID. For the most part, the counties with the greatest disparities are also the counties in which African-American citizens struggle hardest to fully participate in the electoral process.

Breaking the Nonwhite registrants into black and other, shows that for non-black minorities (Hispanic, Asian, Native Americans and others), the disparities are even starker. Among non-black minorities, 12.8 % of registered voters lack DMV identification or a drivers license. That represents a 68.5 % higher likelihood of not having that identification than for a white registrant. For active black registered voters alone, 8.6 % lack DMV identification or a drivers license. That represents a 13.5 % higher likelihood of not having that identification than for a white registrant.

The disparities are especially stark for older South Carolinians. Among white registered voters aged 45-64, 4.9 % lacked DMV ID or a drivers license, compared to 6.2 % of black registered voters and 10.4 % of other registered voters. Those represent increased likelihood of possessing these identifications of 26.6 % (black) and 110.7 % (other). For those aged 65 and above, 10.7 % of white registered voters, 16.0 % of black registered voters and 13.0 % of other registered voters lacks DMV ID or a drivers license. . Those represent increased likelihood of possessing these identifications of 48.9 % (black) and 21.4 % (other).

Highly Confidential

USA_00000498

| TABLE 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| South Carolina Registered Voters (10/1/2011) Compared to Registered Voters Lacking DMV ID (9/26/2011) | | | | | | | | |
| County | Total Registered | White Registered | Nonwhite Registered | White No DMV ID | % | NonWhite No DMV ID | % | Total No DMV ID | % NonWhite More Likely to Not Have DMV ID |
| DILLON | 19,035 | 9,187 | 9,848 | 641 | 7.0% | 1,347 | 13.7% | 1,988 | 96.0% |
| HAMPTON | 12,505 | 5,320 | 7,185 | 290 | 5.5% | 704 | 9.8% | 994 | 79.7% |
| WILLIAMSBURG | 21,289 | 6,686 | 14,603 | 462 | 6.9% | 1,666 | 11.4% | 2,128 | 65.1% |
| CALHOUN | 10,070 | 5,511 | 4,559 | 328 | 6.0% | 441 | 9.7% | 769 | 62.5% |
| DARLINGTON | 39,589 | 22,244 | 17,345 | 1,424 | 6.4% | 1,715 | 9.9% | 3,139 | 54.5% |
| CLARENDON | 22,193 | 10,791 | 11,402 | 820 | 7.6% | 1,324 | 11.6% | 2,144 | 52.8% |
| CHESTERFIELD | 22,838 | 14,553 | 8,285 | 862 | 5.9% | 743 | 9.0% | 1,605 | 51.4% |
| MARION | 21,092 | 8,729 | 12,363 | 662 | 7.6% | 1,412 | 11.4% | 2,074 | 50.6% |
| BAMBERG | 8,827 | 3,307 | 5,520 | 250 | 7.6% | 621 | 11.3% | 871 | 48.8% |
| BARNWELL | 12,983 | 7,144 | 5,839 | 368 | 5.2% | 445 | 7.6% | 813 | 48.0% |
| COLLETON | 22,835 | 13,272 | 9,563 | 711 | 5.4% | 743 | 7.8% | 1,454 | 45.0% |
| SALUDA | 11,048 | 7,740 | 3,308 | 441 | 5.7% | 269 | 8.1% | 710 | 42.7% |
| ORANGEBURG | 58,661 | 20,164 | 38,497 | 1,676 | 8.3% | 4,544 | 11.8% | 6,220 | 42.0% |
| GEORGETOWN | 39,730 | 26,562 | 13,168 | 2,021 | 7.6% | 1,357 | 10.3% | 3,378 | 35.4% |
| PICKENS | 61,763 | 56,675 | 5,088 | 3,766 | 6.6% | 454 | 8.9% | 4,220 | 34.3% |
| ALLENDALE | 5,632 | 1,398 | 4,234 | 141 | 10.1% | 561 | 13.2% | 702 | 31.4% |
| LEE | 11,853 | 4,379 | 7,474 | 341 | 7.8% | 753 | 10.1% | 1,094 | 29.4% |
| KERSHAW | 37,405 | 26,986 | 10,419 | 1,544 | 5.7% | 759 | 7.3% | 2,303 | 27.3% |
| LANCASTER | 44,142 | 33,199 | 10,943 | 2,068 | 6.2% | 867 | 7.9% | 2,935 | 27.2% |
| JASPER | 13,241 | 6,386 | 6,855 | 610 | 9.6% | 829 | 12.1% | 1,439 | 26.6% |
| FLORENCE | 78,197 | 45,327 | 32,870 | 3,512 | 7.7% | 3,205 | 9.8% | 6,717 | 25.8% |
| LEXINGTON | 153,399 | 129,656 | 23,743 | 8,100 | 6.2% | 1,804 | 7.6% | 9,904 | 21.6% |
| ABBEVILLE | 14,045 | 9,643 | 4,402 | 601 | 6.2% | 332 | 7.5% | 933 | 21.0% |
| BERKELEY | 94,608 | 65,035 | 29,573 | 3,559 | 5.5% | 1,958 | 6.6% | 5,517 | 21.0% |
| UNION | 16,813 | 11,316 | 5,497 | 682 | 6.0% | 400 | 7.3% | 1,082 | 20.7% |
| MARLBORO | 16,720 | 7,443 | 9,277 | 871 | 11.7% | 1,278 | 13.8% | 2,149 | 17.7% |
| EDGEFIELD | 15,152 | 9,525 | 5,627 | 818 | 8.6% | 568 | 10.1% | 1,386 | 17.5% |
| CHESTER | 19,476 | 11,526 | 7,950 | 816 | 7.1% | 647 | 8.1% | 1,463 | 15.0% |
| CHEROKEE | 30,230 | 23,361 | 6,869 | 1,654 | 7.1% | 550 | 8.0% | 2,204 | 13.1% |
| SUMTER | 62,113 | 29,753 | 32,360 | 2,517 | 8.5% | 3,058 | 9.4% | 5,575 | 11.7% |
| AIKEN | 96,756 | 72,453 | 24,303 | 6,103 | 8.4% | 2,221 | 9.1% | 8,324 | 8.5% |
| HORRY | 158,594 | 136,252 | 22,342 | 11,311 | 8.3% | 1,974 | 8.8% | 13,285 | 6.4% |
| ANDERSON | 103,410 | 86,209 | 17,201 | 5,446 | 6.3% | 1,143 | 6.6% | 6,589 | 5.2% |

6

Highly Confidential

USA_00000499

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| YORK | 132,292 | 104,254 | 28,038 | 7,965 | 7.6% | 2,248 | 8.0% | 10,213 | 4.9% |
| NEWBERRY | 21,475 | 14,768 | 6,707 | 836 | 5.7% | 398 | 5.9% | 1,234 | 4.8% |
| GREENWOOD | 38,082 | 25,958 | 12,124 | 1,469 | 5.7% | 716 | 5.9% | 2,185 | 4.4% |
| SPARTANBURG | 153,358 | 116,400 | 36,958 | 7,455 | 6.4% | 2,464 | 6.7% | 9,919 | 4.1% |
| OCONEE | 43,405 | 39,647 | 3,758 | 3,102 | 7.8% | 305 | 8.1% | 3,407 | 3.7% |
| MCCORMICK | 6,538 | 3,764 | 2,774 | 360 | 9.6% | 273 | 9.8% | 633 | 2.9% |
| FAIRFIELD | 15,006 | 6,305 | 8,701 | 379 | 6.0% | 537 | 6.2% | 916 | 2.7% |
| GREENVILLE | 269,399 | 211,087 | 58,312 | 16,120 | 7.6% | 4,440 | 7.6% | 20,560 | -0.3% |
| LAURENS | 35,508 | 25,492 | 10,016 | 1,783 | 7.0% | 697 | 7.0% | 2,480 | -0.5% |
| DORCHESTER | 79,690 | 57,347 | 22,343 | 4,912 | 8.6% | 1,889 | 8.5% | 6,801 | -1.3% |
| RICHLAND | 225,521 | 112,131 | 113,390 | 11,145 | 9.9% | 11,087 | 9.8% | 22,232 | -1.6% |
| BEAUFORT | 99,399 | 79,149 | 20,250 | 9,290 | 11.7% | 2,298 | 11.3% | 11,588 | -3.3% |
| CHARLESTON | 225,926 | 157,199 | 68,727 | 12,935 | 8.2% | 5,385 | 7.8% | 18,320 | -4.8% |
| State Totals | 2,701,843 | 1,881,233 | 820,610 | 143,167 | 7.6% | 73,429 | 8.9% | 216,596 | 17.6% |

Highly Confidential

USA_00000500

The Act provides limited additional acceptable forms of identification. However, we have no good data on the extent or racial demographics of passport holders.[4] We do not have good data on the number of South Carolinians holding passports. Nor do we know the number of military personnel and their families with military identification or their demographics.[5]

Two questions then follow. First, even if a voter has a "valid and current" photo ID, how likely is that to be the case in future years and are there racial disparities with regard to that and, second, is the burden of obtaining new photographic identification racially disparate?

According to the recently released data from the Bureau of the Census's 2010 American Community Survey (ACS) one year estimates, 47.1 % of NonHispanic Black[6] residents and 60.1 % of Hispanic residents were renters, compared to 23.6 % of NonHispanic White residents. Owners are more likely not to change their address. The ACS data only tracks residents who had moved in the past year. Some 16.4 % of Black residents and 23.0 % of Hispanic residents in South Carolina lived in a different residence when surveyed than they had one year before, compared to 13.9 %. Each move will impose a new burden to correct both the Voter Registration address and the DMV information.

Voting scholar Charles L. Stewart III notes in his blog "What More Can We Learn from South Carolina" that he and his colleagues in compiling the 2008 Survey of the Performance of the

---

[4] We do know that in the past four years 593,749 passports were issued in South Carolina. (http://travel.state.gov/passport/ppi/stats/stats_890.html) Even if those rates applied for the last ten years (the term of a passport), less than a third of South Carolinians would hold "valid and current" passports. We do not have data on the racial breakout of passport holders.

[5] I have, however, tallied the number of on-post voting age population at the major military institutions and their associated housing in South Carolina. That produces a total of 27,596 persons of voting age living on post. [These will differ from estimates of "institutional population" because I have attempted to include all military housing, not just barracks housing.] They were 64 % non-Hispanic White, 19 % non-Hispanic Black and 13 % Hispanic. However, when I matched a geo-coded voter registration list from May 2010, only 3,470 of those were registered then. The registrants were 61 % White, 31 % Black and 5 % Hispanic. On post military personnel in South Carolina register at very low levels. Although I have not done a systematic study, my experience is that voting levels near these bases tends to be low as well.

Although there were 408,747 veterans in South Carolina in November of 2010, we do not know how many of them are retired and thus entitled to military identification nor their racial composition. *South Carolina and the U.S. Department of Veterans Affairs* (November 2010) viewed at http://www.va.gov/opa/publications/factsheets/ss_southcarolina.pdf, on October 7, 2011.

[6] Racial categories for Black, White, Asian and Native-American are for NonHispanic populations throughout this report unless otherwise indicated.

8

American Electorate that "9% of whites and 16% of blacks who had a D[rivers] L[icense] said that the address on the license was not their current address." In addition, that sample included a limited number from South Carolina: "We only had 200 responses from SC, so it is difficult to know whether this pattern extends to the Palmetto State. Among the 141 white respondents, 98% had a drivers license, 90% had a drivers license with the correct address. Among the 56 black respondents, the corresponding percentages were 87% and 78%. (Stewart, viewed at http://electionupdates.caltech.edu/?p=4185 on October 7, 2011.)

The combined evidence suggests that nonwhite registered voters will more frequently be required to undertake efforts to change DMV information in order to remain eligible to vote than will white voters. A data run of the matched DMV photographic identification and registered voters would be necessary to determine the actual current state of address synchronicity. Only the state has those lists.

There are 67 DMV offices in South Carolina which issue drivers licenses. All are open Monday through Friday from 8:30 am to 5:00 pm. Only five offices (in Greenville, Lexington, Rock Hill, Charleston and Florence) are open on Saturday from 8:30 am to 1:00 pm. Every county has a DMV office and several of the more urban counties have more than one. SCDMV, Office Hours and Locations at http://www.scdmvonline.com/DMVNew/offloclist.aspx.

If I lived in the northwest corner of Fairfield County, in the area once known as Dark Corner and now in the Feasterville precinct, I would have to get 26 miles to the DMV office in Winnsboro ... and somehow back home. If I lived in McBee in Chesterfield County, I could choose to go 27 miles to Chesterfield or 28 miles to Camden in Kershaw County ... and somehow back home.

One in 6 (16.1 %) black households in South Carolina did not a car available to it in 2010 according to the ACS. That is four times higher than the 4.1 % of white South Carolina households which lacked a car. Hispanic households had a no vehicle rate of 6.4 %.

9

Highly Confidential

USA_00000502

Seven of South Carolina's 46 counties lack general transit services: Abbeville, Cherokee, Greenwood, Lancaster, Laurens, Saluda and Union.[7]

In general, our cities have better public transportation than small towns and rural areas. But even those fail to provide adequate coverage for zero-vehicle households. A recent study by the Brookings' Metropolitan Policy Program of the 100 largest cities in America ranked Greenville's system worst in the nation with 45.9 % transit coverage for the metro area, but only 32.8 % for the suburbs. Columbia was scarcely better, ranking 92d with 58.1 % coverage, including 38.4 % in the suburban areas. Charleston's system did better but ranked only 63 with 79.8 % coverage of the metro area, including 71.7 %.[8] Those suburban populations are increasing African-American.

The transit systems serving rural South Carolina tend to have one of two purposes: commuter service to get folks to the jobs that don't exist in their communities or specialized transportation for seniors. The Palmetto Breeze, for example, operates in Beaufort, Jasper, Hampton and Colleton Counties. As the state Department of Transportation so felicitously describes it, "Having proximity to the popular Hilton Head tourist destination, the Palmetto Breeze provides work-related commuter trips from rural communities in the region to employment destinations at Hilton Head Island …."[9] Palmetto Breeze is hauling black and Latino housekeepers, cooks and custodial workers from the predominantly black and Hispanic hinterlands to services the upscale hotels and resorts of Hilton Head Island. Similarly, "The Pee Dee RTA currently provides commuter trips to the Myrtle Beach area for residents who are employed or seeking employment in the Grand Strand region." (p.4) In other rural parts of South Carolina, the focus of transportation systems is either on getting folks to jobs in neighboring cities or getting seniors to health care or community services.

---

[7] Office of Planning, South Carolina Department of Transportation, South Carolina Transit Trends Annual Report, FY 2009-2010: Public Transportation Performance Report (January 2011), 8, viewed at http://www.scdot.org/getting/pdfs/FY2010TransitTrendsAnnualReport.pdf on October 7, 2011.
[8] Adie Tomer, Transit Access and Zero-Vehicle Households (August 2011) viewed at http://www.brookings.edu/~/media/Files/rc/papers/2011/0818_transportation_tomer/0818_transportation_tomer.pdf on October 7, 2011.
[9] South Carolina Transit Trends at 3.

10

Highly Confidential                                      USA_00000503

They are not carrying people to the DMV. And the commuter buses leave early and get their riders home late ... too early and too late for the 8:30 am to 5:00 pm hours of our DMV offices.

For those without vehicles living in rural areas, transportation is largely a matter of waiting on family and/or paying someone to carry you to town to go by the DMV. A fifty mile trip to town is no trivial matter to the economically stressed black and Hispanic citizens in South Carolina. Median black household income in South Carolina is $27,643 and for Hispanic households in the 2010 ACS only $33,592. That compares to much better resourced white households with a median household income of $49,163.

Unemployment is very disparate by race in South Carolina. Leaving aside those who have left the work force because of long-term discouragement, 11.6 % of black South Carolinians were unemployed, compared to 6.2 % of white South Carolinians who were 16 years and over, according to the 2010 ACS 1 year estimates.

The 2010 ACS 1 year estimates don't provide detailed information on many counties. However, the samples are large enough in the 2005-2009 5-year estimates to look at individual counties. Dillon, with the largest disparity between white and nonwhite registered voters with no DMV identification, has a median black household income of $20,557, but a median white household income of $34,996.[10] In no county did the ratio of white to black median household income fall below 1.34 and typically they ranged from 1.7 up to 2.381 (Edgefield). Poverty status applied to 26.2 % of black families, 31.5 % of Hispanic families and only 8.4 % of white families for who poverty status was determined in the 2010 ACS 1 year estimates. For families with related children under 18 years, black poverty stood at 35.8 %, Hispanic poverty at 39.6 % and white poverty at only 14.1 %.

The General Assembly sought to avoid claims that South Carolina's Voter ID law effectively enacted a poll tax by eliminating the fee for obtaining a DMV photo identification card for voting age persons (proposed Section 56-1-3350). But the reality of life for South Carolina's

---

[10] With small sample sizes, Hispanic median household income at the county level jumps all over the place, so I will not report it.

11

Highly Confidential                                              USA_00000504

lower-income citizens, who are disproportionately nonwhite, is that getting to the DMV to obtain photo identification is, especially but not exclusively, in our rural areas a significant challenge with very real costs. Public transportation scarcely exists in our rural and suburban communities for the many African-American households who lack a vehicle. It costs a lot of money to be poor and having to pay a family member or a neighbor to carry you on a 50 mile round trip has the same effect as a poll tax, reducing minority voter participation.

Transportation is an important barrier to registered African-American voters being able to obtain the photographic identification required to vote under the South Carolina legislation, whether through a drivers license, DMV identification or the photographic voter registration cards authorized in the legislation.

Another important barrier is access to the documents identification necessary to obtain a drivers license or DMV identification card. The DMV requirements are set out in their Document MV-93 and require for applicants applying for a first time S.C. Driver's License, Beginner's Permit, or Identification Card, or for applicants previously licensed in S.C. who are returning after having been licensed in another state:

> ☐ "**Proof of U.S. Citizenship/Proof of Identity and Date of Birth -** *Applicants must provide one of the following:*
>
> • Birth Certificate with birth/file number and registrar's signature issued by the county or Bureau of Vital Statistics.
> • Birth Certificate from U.S. Territory (Must be translated if not in English) - Puerto Rico, Guam, U.S. Virgin Islands and U.S. Samoa.
> • Delayed birth certificate – If birth certificate is not issued at time of birth, customer can apply for birth certificate from Bureau of Vital Statistics.
> • Current U.S. Passport or U.S. Passport that has not been expired more than 10 years.
> • Current U.S. Passport Card
> • Certificate of Naturalization -- USCIS Form (N-550 or N-570).
> • U.S. government issued Consular Report of Birth Abroad.
> • Certificate of Citizenship (N-560 or N-561)."

For the 98.8 % of black South Carolinians who are native-born, according to the 2010 ACS 1 year data, that means a birth certificate or delayed birth certificate if they do not have a passport. If a South Carolinian does not already possess a copy of their South Carolina, they must pay a fee of $12.00, a further financial burden especially to lower income citizens.

However, in order to get a copy of your birth certificate, "All applicants must provide a photocopy or show a valid government, school or employer issued photo identification."

12

Highly Confidential                                                                                                      USA_00000505

(http://www.scdhec.gov/administration/vr/birth.htm. If a person lacks a school or employer-issued photo identification, they have reached Catch 22. To get a photo ID from the DMV, they have to have a document which requires a photo ID. There is a DHEC office in every county (http://www.scdhec.gov/administration/vr/locations.htm) and mail in service is available.

An even larger problem arises for a person who was never issued a birth certificate. There has been attention to this issue in the South Carolina press with respect to this legislation particularly because midwife-attended births were so common in South Carolina in the past, especially for births to black mothers in rural communities.[11] Of the 2.9 million registered voters in South Carolina in May 2010, 7,369 show birth dates prior to the January 1, 1915, beginning date for required filing of birth certificates. One-third (2,433) are black and only a handful (35) of other minority races or ethnicities.

What is not clear is how many persons, white or nonwhite, did not have their births registered or, if registered, have registered births lacking names or differently spelled. In 1935, 84.2 % of black births were by midwives, compared to 12.0 % white births. Those proportions for black births dropped to 62.1 % in 1948 and 44.5 % in 1953. Among whites, midwife births had essentially disappeared by 1953, making up only .6 % of white births.[12]

But requirements that midwives register births faced the realities of limited control and limited support, all of it steeped in racial attitudes and politics of the time. "A nascent midwifery program" only began in South Carolina in the 1920s. Midwives were issued permits by county registrars and made responsible for registering births.[13] However, as Fraser notes: "The bureaucratization of childbirth sometimes placed midwives in situations in which a conflict of interest existed between themselves and the birthing woman." (p. 44.) Nowhere was this

---

[11] See, for example, Dawn Hinshaw, "S.C. Husband-And-Wife Doctor Couple At Center of Voting-Rights Movement' *The State* (July 18, 2011) viewed online at http://www.thestate.com/2011/07/18/1901858/no-photo-id-these-doctors-are.html#storylink=misearch on October 9, 2011; Hinshaw, "Many Face Fight to Prove ID," *The State* (July 17, 2011) viewed online at http://www.thestate.com/2011/07/17/1900835/many-face-fight-to-prove-id.html#storylink=misearch on October 9, 2011.

[12] Paul H. Jacobson, "Hospital Care and the Vanishing Midwife," 34(3) *Milbank Memorial Fund Quarterly* (July 1956) 253, 257 (Table 2).

[13] Gertrude J. Fraser, *African American Midwifery in the South: Dialogues of Birth, Race, and Memory* (Harvard 1998), 35 - 37

13

Highly Confidential                              USA_00000506

more true than with birth registration requirements, including especially having a child's name ready before birth, contrary to cultural norms in a context of high birth mortality. Giving a child a name before birth dared God to end that child's life early. "In this manner, the guidelines for registration tore at the foundation of what midwives believed to be "the Lords work." (pp. 48 – 49.)

We don't know the rates at which midwife birth registration did not happen or was inadequate to modern needs for identical spelling and more precise names than "Baby Boy" or "Baby Girl". We do know, however, that insofar as non-hospital births has created issues for South Carolinians needing a birth certificate to establish identity in order to procure a photo identification in order to vote, it is very largely an issue for African-Americans and not for their fellow white citizens.

Although there are procedures for obtaining a delayed birth certificate (http://www.scdhec.gov/administration/vr/faq.htm ), that is one which is issued later in life, those procedures require documentation which may by hard to come by and, especially for those most likely not to have a birth certificate, a significant increase in the costs, both financial and in time and effort, of procuring the documents and getting them to DHEC. Those added costs, including time and effort, may well push the decision to vote off the table. If documents acceptable to DHEC are not available, then the person needing the birth certificate to obtain photo identification from DMV will be forced to petition the Family Court for an order. More costs to those least able to bear costs.

Section 4 of the Act provides: "Section 7-5-675. The State Elections Commission shall implement a system in order to issue voter registration cards with a photograph of the elector. This voter registration card may be used for voting purposes only." It is unclear how this system will function and what standards of proof for photo identification will be required.

Historically, a major process for registration of minority voters has been registration drives carried out by NAACP Branches, community organizations and committed individuals. By doing that, they lowered the cost of registration for the most vulnerable in our communities. If we move to a system in which mail in or carry in registrations have little effect because you can't

14

Highly Confidential

USA_00000507

take a picture to be part of the registration identification or because the person will have to go significant extra steps to qualify to vote, then efforts to register minority citizens will be seriously hampered.

As a substitute for a DMV drivers license or identification card, obtaining a photo ID at a county voter registration office imposes the same disparate effects as obtaining one of the other forms of photo identification, especially in rural communities. You still need a car or a way to get to the office and that is much more likely to be difficult for a minority South Carolinians because of the racial disparities in vehicle ownership and other resources and poor systems of public transportation.

**Conclusions**

Act 27 of 2011, South Carolina's Voter ID law, is retrogressive within the meaning of Section 5 of the United States Voting Rights Act. The evidence is clear from data provided by the State that nonwhite South Carolinians are 17.6 % more likely not to have a drivers license or photo ID from the South Carolina Department of Motor vehicles. They are thus significantly more at risk of not being able to vote when faced by a requirement to produce one of the small number of acceptable forms of photo identification required by the Act. That disparity especially applies in South Carolina's rural areas.

Remedying the lack of ID imposes burdens disproportionately on white and nonwhite South Carolinians. Four times the proportions of nonwhite South Carolinians than of white South Carolinians lack a vehicle to get to a DMV facility. Even the most vital mass transit systems in South Carolina are among the worst in the nation at serving zero-vehicle households. Seven of our state's forty-six counties lack any mass transit. In most rural communities, what public transportation there is exists principally to get residents to jobs in other communities or to serve limited needs of our senior population. If you are in one of the one in six black households in South Carolina lacking a vehicle, you will have to somehow find a ride to a DMV office that may be 25 miles away and only open 8:30 am to 5:00 pm. You are likely to have to pay someone.

15

Highly Confidential                                                                                                                USA_00000508

These transportation challenges especially hit our senior populations who are especially likely not possess the required identifications. Among those aged 65 and above, black registered voters are nearly half-again (48.9 %) as likely as senior white registered voters to lack a DMV ID or drivers license.

All of this adds to the cost of registering and voting, disproportionately to those least able to afford added costs. Statewide, the median household income for black households is only 56 % of that of white households. Black families are more than three times more likely to live in poverty than white families. Unemployment rates for Black persons 16 and over are 87 % higher than for white persons.

A requirement for photo identification in order to vote already puts nonwhite citizens at a disadvantage because of the higher proportions without a drivers license or DMV identification. Black South Carolinians are much more likely to face difficulties obtaining that DMV identification because of the challenges of obtaining birth certificates. Even if they have a birth certificate, South Carolina's minority citizens have substantially fewer resources with which to get to and obtain those required identifications, especially those who live in rural communities where the disparities between white and nonwhite voters already possessing DMV drivers licenses or DMV identification are especially acute.

The effect of these factors is that more of South Carolina's minority citizens—including those who have already qualified and registered to vote—will be disqualified from voting by this new election procedure. Minority voters in South Carolina will have a lessened ability to fully participate in the electoral process as a result of this legislation.

Highly Confidential

USA_00000509