# EXHIBIT 4

# The Ruoff Group

*Thinking about South Carolina and where we're headed*

Home    About    South Carolina Policy Updates

## About

### THE RUOFF GROUP

The Ruoff Group formed in 2011 to provide both expert research and policy analysis for South Carolina organizations and tools for South Carolinians better to participate in the decisions which impact their lives. The particular policy focuses of The Ruoff Group are budget and tax policy and health care policy.


Photo by David Y. Lee

Dr. John Ruoff, the Group's Principal, brings over thirty-five years experience as a researcher, policy analyst and advocate for nonprofit organizations, principally in South Carolina. He has appeared numerous times as an expert in state and federal courts, testifying on statistics, demography, Southern history and Southern politics. As a long-time staffer at South Carolina Fair Share, Dr. Ruoff was responsible for production of Fair Share's *Legislative Updates* and its *Policy Perspectives* as well as representing Fair Share to the South Carolina General Assembly for twenty-five years.

He is the author of *Nonprofits 101: A Guide for Staff and Board Members of New and Smaller Charitable [501(c)(3)] Nonprofits (*3rd ed., 2008*)* and served on the South Carolina Association of Nonprofit Organizations' (SCANPO) Blue Ribbon Panel which developed *Guiding Principles and Best Practices:  Preserving the Public Trust.*  He regularly conducts trainings on nonprofit ethics, transparency, legal compliance and accountability.

Contact:
The Ruoff Group
6142 Crabtree Rd.
Columbia, SC  29206
803-603-3224

JRuoff@TheRuoffGroup.com

**Like this:**    Like    Be the first to like this.

### Recent Posts

- Medicaid Expansion: Costs or Savings for South Carolina?
- Governor Haley's Vetoes and Budget Policy: what seventy-four vetoes to the General Appropriations bill and seven in the Capital Reserve Fund bill mean for teachers, the arts and our oceans
- Cutting School Taxes to Fix School Funding?
- Much Ado About Nothing: SC Sales Tax "Reform"
- Rewarding Work and Building Wealth: A State Earned Income Tax Credit

### Archives

- August 2012
- July 2012
- May 2012
- April 2012
- March 2012
- February 2012
- January 2012
- December 2011
- November 2011

### Categories

- Economy
- Education Funding
- Health Care
- SC Budget
- Taxes
- Transparency

### Meta

- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.com

Follow    Follow "The Ruoff Group"

Get every new post delivered to your Inbox.

## Leave a Reply

Enter your comment here...

Powered by WordPress.com

- Governor Haley's Vetoes and Budget Policy: what seventy-four vetoes to the General Appropriatio... wp.me/p1xrhL-30 via @wordpressdotcom
  1 month ago
- Obama spending binge never happened - Rex Nutting - MarketWatch marketwatch.com/story/obama-sp... via @MarketWatch
  2 months ago

Follow @JRuoff

### Follow Blog via Email

Enter your email address to follow this blog and receive notifications of new posts by email.

Join 11 other followers

### Blogroll

- Investing in Kids
- Palmetto Public Record
- Off the Charts Blog
- SC Schools Report
- Beat the Press
- SC Fair Share Policy Perspectives
- SC Health Care Voices
- Jared Bernstein — On the Economy
- SC Justice Watch
- Unconflicted

### Comments

Understanding the sa... on Medicaid Expansion: Costs or S...

On Record: Does the ... on Leighton Ku Analysis

Al Clarke on Governor Haley's Vetoes and Bu...

Possible solution to... on Cutting School Taxes to Fix Sc...

theruoffgroup on SC Senate on Verge of Giving S...

---

**The Ruoff Group**

Theme: Customized Twenty Ten  Blog at WordPress.com.