**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br><br>in his official capacity as Attorney General,<br><br>    *Defendants*,<br><br>  and,<br><br>JAMES DUBOSE, JUNIOR GLOVER,<br>FAMILY UNIT, INC., BRENDA C.<br>WILLIAMS, M.D., AMANDA WOLF,<br>DELORES FREELON, NAOMI GORDON,<br>JOSEPH RILEY, RAYMOND<br>RUTHERFORD, and THE SOUTH<br>CAROLINA PROGRESSIVE NETWORK,<br><br>    *Defendant-<br>    Intervenors*,<br>  and,<br><br>LEAGUE OF WOMEN VOTERS OF SOUTH<br>CAROLINA and CRAIG DEBOSE,<br><br>    *Defendant-<br>    Intervenors*,<br>  and,<br><br>SOUTH CAROLINA STATE CONFERENCE<br>OF THE NAACP, and KENYDA BAILEY,<br><br>    *Defendant-<br>    Intervenors*. | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

**AUGUST 17 JOINT PRETRIAL SUBMISSION**

Pursuant to the Court's August 16 Minute Order, the August 10 Order (No. 160), the Court's August 7 Trial Procedures Order (No. 155), and the Court's Clarification of the August 7 Trial Procedures Order (No. 164), Plaintiff, Defendants, and Defendant-Intervenors hereby identify each party's revised list of witnesses that the party expects to call at trial, list of exhibits, deposition designations, and objections and responses to each (the "August 17 Pretrial submission").

Plaintiff, the State of South Carolina, expects to call the following witnesses at trial in the following order, and all via the presentation of live testimony:

1. Senator George E. "Chip" Campsen, III
2. Representative Alan Clemmons
3. Representative Robert W. Harrell
4. Lt. Governor Glenn McConnell
5. Ms. Marci Andino
6. Ms. Marilyn Bowers
7. Dr. Trey Hood
8. Dr. R. Scott Buchanan (rebuttal only)

The United States expects to call the following witnesses at trial in the following order, and all via the presentation of live testimony:

1. Senator George E. "Chip" Campsen, III
2. Lt. Governor Glenn McConnell
3. Representative Bakari Sellers
4. Ms. Marci Andino
5. Dr. Ted Arrington

      6. Dr. Charles Stewart

Defendant-Intervenors expect to call the following witnesses at trial in the following order:

      1. Dr. Andrew D. Martin*

      2. Mr. Craig Debose

      3. Dr. Kevin M. Quinn*

      4. Dr. John Ruoff*

      5. Ms. Nancy Bloodgood

      6. Dr. Orville Burton*

      7. Dr. Brenda Williams

      8. Ms. Barbara Zia*

      9. Ms. Delores Freelon

      10. Mr. Dwight James

      11. Senator C. Bradley Hutto*

      12. Senator Gerald Malloy

      13. Senator John Scott*

      14. Rep. Gilda Cobb-Hunter

Defendant-Intervenors expect that Dr. Andrew Martin, Dr. Kevin Quinn, Dr. John Ruoff, Dr. Orville Burton, Ms. Barbara Zia, Senator C. Bradley Hutto, and Senator John Scott will present direct testimony in written form, although direct may commence with a short overview of the written testimony.

South Carolina identifies its list of exhibits, with responses to the United States' and Defendant-Intervenors' objections, in the attached Exhibit A and B, respectively; and list of deposition designations, with responses to the United States' and Defendant-Intervenors'

objections, in the attached Exhibit C and D, respectively. The United States identifies its list of exhibits, with responses to South Carolina's objections, in the attached Exhibit E, and list of deposition designations, with responses to South Carolina's objections, in the attached Exhibit F. Defendant-Intervenors identify their list of exhibits, with responses to South Carolina's objections, in the attached Exhibit G, and list of deposition designations, with responses to South Carolina's objections, in the attached Exhibit H.

Respectfully submitted this 17th day of August, 2012.

**s/ H. Christopher Bartolomucci**
Paul D. Clement (DC Bar No. 433215)
H. Christopher Bartolomucci (DC Bar No. 453423)
Stephen V. Potenza (admitted *pro hac vice*)
Conor B. Dugan (DC Bar No. 1006458)
Brian J. Field (DC Bar No. 985577)
Michael H. McGinley (DC Bar No. 1006943)
BANCROFT PLLC
1919 M Street NW Suite 470
Washington, DC 20036
Telephone: (202) 234-0090
Fax: (202) 234-2806
pclement@bancroftpllc.com

*Attorneys for Plaintiff, State of South Carolina*

RONALD C. MACHEN, JR.
United States Attorney
District of Columbia

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

**s/ Bradley E. Heard**
T. Christian Herren, Jr.
Richard Dellheim
Bradley E. Heard (DC Bar No. 458309)
Catherine Meza
Jared M. Slade
Anna M. Baldwin (DC Bar No. 998713)
Erin M. Velandy
Attorneys, Voting Section
Civil Rights Division

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 305-4196
Facsimile: (202) 307-3961
Bradley.Heard@usdoj.gov

*Attorneys for Defendants United States of America and Eric H. Holder, Jr.*

        **s/ Garrard R. Beeney**
        Garrard R. Beeney
        Michael A. Cooper
        Theodore A.B. McCombs
        Taly Dvorkis
        Sean August Camoni
        Peter A. Steciuk
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY 10004-2498
        Tel: (212) 558-4000
        Fax: (212) 291-9007
        beeneyg@sullcrom.com

        *Attorneys for Defendant-Intervenor League of Women Voters of South Carolina, and Coordinating Counsel for All Defendant-Intervenors*

## **CERTIFICATE OF SERVICE**

I certify that on August 17, 2012, I filed the foregoing pretrial submission with the Court's electronic filing system, which will provide notice to all counsel of record.

Dated: August 17, 2012

/s/  Theodore A.B. McCombs _____
Sullivan & Cromwell LLP