# EXHIBIT B

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Act R54 | n/a | SC_00085933 | SC_00085944 | | X | | | |
| 2 | Legislative History of H.3418 | n/a | JA_000488 | JA_001025 | | X | | | |
| 3 | Legislative History of H.3003 | n/a | JA_000001 | JA_000468 | | X | | | |
| 4 | Legislative History of S.1 | n/a | JA_000469 | JA_000487 | | X | | | |
| 5 | Legislative History of S.334 | n/a | JA_001026 | JA_001046 | | X | | | |
| 6 | Transcript of Senate Legislative Session | 1/20/10 | SC_00159944 | SC_00160087 | | | X | | |
| 7 | Transcript of Senate Legislative Session | 1/26/10 | SC_00160968 | SC_00161041 | | | X | | |
| 8 | Transcript of Senate Legislative Session | 1/27/10 | SC_00161042 | SC_00161537 | | | X | | |
| 9 | Transcript of Senate Legislative Session | 1/28/10 | SC_00160088 | SC_00160243 | | | X | | |
| 10 | Transcript of Senate Legislative Session | 2/2/10 | SC_00161538 | SC_00161604 | | | X | | |
| 11 | Transcript of Senate Legislative Session | 2/3/10 | SC_00160244 | SC_00160465 | | | X | | |
| 12 | Transcript of Senate Legislative Session | 5/11/10 | SC_00160466 | SC_00160782 | | | X | | |
| 13 | Transcript of Senate Legislative Session | 5/12/10 | SC_00161605 | SC_00161803 | | | X | | |
| 14 | Transcript of Senate Legislative Session | 6/15/10 | SC_00161804 | SC_00162151 | | | X | | |
| 15 | Transcript of Senate Legislative Session | 6/16/10 | SC_00162152 | SC_00162591 | | | X | | |
| 16 | Transcript of Senate Legislative Session | 10/27/10 | SC_00160783 | SC_00160839 | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Transcript of Senate Committee | 3/26/09 | S&CTR000001 | S&CTR000090 | | | X | | |
| 18 | Transcript of Senate Committee | 4/2/09 | S&CTR000001 | S&CTR000090 | | | X | | |
| 19 | Transcript of Senate Committee | 4/16/09 | SC_00160840 | SC_00160967 | | | X | | |
| 20 | Transcript of Senate Committee | 5/7/09 | S&CTR000091 | S&CTR000127 | | | X | | |
| 21 | Transcript of Senate Committee | 5/12/09 | SC_00159801 | SC_00159943 | | | X | | |
| 22 | Transcript of Senate Committee | 5/14/09 | S&CTR000128 | S&CTR000267 | | | X | | |
| 23 | Transcript from Conference Committee | 5/19/10 | S&CTR000618 | S&CTR000646 | | | X | | |
| 24 | Transcript from Conference Committee | 5/26/10 | S&CTR000666 | S&CTR000691 | | | X | | |
| 25 | Transcript from Conference Committee | 6/2/10 | S&CTR000647 | S&CTR000665 | | | X | | |
| 26 | Transcript from Conference Committee | 6/3/10 | SC_00163912 | SC_00163958 | | | X | | |
| 27 | Transcript of House Legislative Session | 1/28/11 | S&CTR000469 | S&CTR000617 | | | X | | |
| 28 | Transcript of House Legislative Session | 1/25/11 | S&CTR000469 | S&CTR000617 | | | X | | |
| 29 | Transcript of House Legislative Session | 1/26/11 | SC1-#3233330-v1 | SC1-#3233330-v1 | | | X | | |
| 30 | Transcript of House Legislative Session | 1/27/11 | SC1-#3233330-v1 | SC1-#3233330-v1 | | | X | | |
| 31 | Transcript of House Legislative Session | 4/6/11 | SC1-#3233330-v1 | SC1-#3233330-v1 | | | X | | |
| 32 | Transcript of House Legislative Session | 4/26/11 | SC1-#3233330-v1 | SC1-#3233330-v1 | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Transcript of Senate Legislative Session | 2/8/11 | S&CTR000695 | S&CTR000802 | | | X | | |
| 34 | Transcript of Senate Legislative Session | 2/9/11 | S&CTR000803 | S&CTR000925 | | | X | | |
| 35 | Transcript of Senate Legislative Session | 2/10/11 | S&CTR000926 | S&CTR000974 | | | X | | |
| 36 | Transcript of Senate Legislative Session | 2/15/11 | S&CTR000975 | S&CTR001061 | | | X | | |
| 37 | Transcript of Senate Legislative Session | 2/16/11 | S&CTR001062 | S&CTR001254 | | | X | | |
| 38 | Transcript of Senate Legislative Session | 2/17/11 | S&CTR001255 | S&CTR001382 | | | X | | |
| 39 | Transcript of Senate Legislative Session | 2/22/11 | S&CTR001383 | S&CTR001414 | | | X | | |
| 40 | Transcript of Senate Legislative Session | 2/23/11 | SC1:3237743.1 | SC1:3237743.1 | | | X | | |
| 41 | Transcript of Senate Legislative Session | 2/24/11 | SC1:3237743.1 | SC1:3237743.1 | | | X | | |
| 42 | Transcript of Senate Legislative Session | 4/13/11 | SC1:3237259.1 | SC1:3237259.1 | | | X | | |
| 43 | Transcript of Senate Legislative Session | 4/14/11 | SC1:3237259.1 | SC1:3237259.1 | | | X | | |
| 44 | Transcript of Senate Legislative Session | 5/11/11 | SC1:3237259.1 | SC1:3237259.1 | | | X | | |
| 45 | Transcript of Senate Committee | 1/6/11 | S&CTR000268 | S&CTR000378 | | | X | | |
| 46 | Transcript of Senate Committee | 2/1/11 | S&CTR000379 | S&CTR000468 | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Building Confidence in U.S. Elections, Report of the Commission on Federal Election Reform | 9/2005 | SC_00164690 | SC_00164802 | | X | | Hearsay.  Intervenors will use for impeachment if use of this document is allowed. | This is a public record. FRE 803(8). |
| 48 | Revitalizing our Nation's Election System | 11/6/01 | SC_00164803 | SC_00164932 | | | X | Hearsay.  Intervenors will use for impeachment if use of this document is allowed. | This is a public record.  FRE 803(8). |
| 49 | Declaration of M.V. Hood III and exhibits | 7/19/12 | JA_001047 | JA_001080 | | X | | | |
| 50 | Supplemental Declaration of M.V. Hood III and exhibits | 7/28/12 | JA_001081 | JA_001097 | | X | | | |
| 51 | Rebuttal Declaration of M.V. Hood III and exhibits | 8/3/12 | JA_001098 | JA_001103 | | X | | | |
| 52 | Declaration of Scott Eugene Buchanan, Ph.D. and exhibits | 8/6/12 | JA_001104 | JA_001206 | | X | | | |
| 53 | Declaration of Orville Vernon Burton and exhibits | 6/19/12 | JA_001537 | JA_001686 | | | X | | |
| 54 | Supplemental Report of Orville Vernon Burton and exhibits | 7/26/12 | JA_001739 | JA_001758 | | | X | | |
| 55 | Declaration of Charles Stewart III, Ph.D. and exhibits | 7/26/12 | JA_001207 | JA_001305 | | | X | | |
| 56 | Rebuttal Declaration of Charles Stewart III, Ph.D. and exhibits | 8/6/12 | JA_001306 | JA_001377 | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Declaration of Theodore Arrington, Ph.D. and exhibits | 6/19/12 | JA_001380 | JA_001453 | | | X | | |
| 58 | Curriculum Vitae of Theodore Arrington, Ph.D. | 6/19/12 | JA_001454 | JA_001471 | | | X | | |
| 59 | Supplemental Declaration of Theodore S. Arrington Ph.D. and exhibits | 7/28/12 | JA_001488 | JA_001517 | | | X | | |
| 60 | Rebuttal Declaration of Theodore S. Arrington, Ph.D. and exhibits | 8/6/12 | JA_001518 | JA_001536 | | | X | | |
| 61 | Declaration of Andrew D. Martin, Ph.D. and exhibits | 6/19/12 | JA_001759 | JA_001791 | | | X | | |
| 62 | Supplemental Report of Andrew D. Martin, Ph.D. and exhibits | 7/28/12 | JA_001792 | JA_001799 | | | X | | |
| 63 | Declaration of Kevin M. Quinn, Ph.D. and exhibits | 6/18/12 | JA_001800 | JA_001835 | | | X | | |
| 64 | Rebuttal Declaration of Kevin M. Quinn, Ph.D. and exhibits | 8/6/12 | JA_001836 | JA_001862 | | | X | | |
| 65 | M.V. Hood III and Charles S. Bullock III, An Empirical Assessment of the Georgia Voter Identification Statute | Mar. 2012 | | | Hood Depo U.S. Ex. 9 | X | | | |

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 66 | Kenyda Bailey Georgia Registration Material | 8/3/12 | SCNAACP0000001 85 | SCNAACP0000000 185 | | X | | | |
| 67 | Voter Registration Card of Delores Freelon | n/a | | | Freelon Depo. Ex. 1 | | X | | |
| 68 | "Attention SC Voters", SC Progressive Network Press Release | n/a | ACLU_00000127 | ACLU_00000127 | Bursey Depo. Ex. 1 | | X | | |
| 69 | "On May 28, 2011, Gov. Haley signed the nation's most restrictive voter photo ID law", SC Progressive Network Press Release | n/a | ACLU_00000073 | ACLU_00000073 | Bursey Depo. Ex. 2 | | X | | |
| 70 | "South Carolina just passed the nation's most restrictive voter photo ID law", SC Progressive Network Press Release | n/a | ACLU_00000072 | ACLU_00000072 | Bursey Depo. Ex. 4 | | X | | |
| 71 | E-mail from B. Bursey to Ronald and Mary Bain | n/a | ACLU_00000119 | ACLU_00000120 | Bursey Depo. Ex. 5 | | X | | |
| 72 | Karen Rutherford, "Making it Harder for Poor People, Black People and College Students to Vote," ACLU | 4/18/12 | | | K. Rutherfor d Depo. Ex. 4 | | X | | |
| 73 | Declaration of Mozelle Hughes | 4/19/12 | ACLU_00000095 | ACLU_00000095 | | | X | | |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 74 | Declaration of Willie Blair | 5/16/11 | USA_00001137 | USA_00001137 | | | X | | |
| 75 | Declaration of Raymond Rutherford | 5/16/11 | USA_00001139 | USA_00001139 | | | X | | |
| 76 | Declaration of Thelma Hodge | 4/11/12 | ACLU_00000101 | ACLU_00000101 | | | X | | |
| 77 | Declaration of Cathline Jennings | 4/13/12 | ACLU_00000099 | ACLU_00000099 | | | X | | |
| 78 | Declaration of Donna Suggs Dubose | 3/2/12 | ACLU_00000098 | ACLU_00000098 | | | X | | |
| 79 | Voter Registration and Election Commission Handbook | 6/1/12 | SC_00159034 | SC_00159185 | | | X | | |
| 80 | State Election Commission's Absentee Voting in South Carolina Poster (web version) | 12/13/11 | SC_00085866 | SC_00085867 | | | X | | |
| 81 | State Election Commission's Newspaper Advertisement Publicizing Act R54 Requirements | 12/13/11 | SC_00085868 | SC_00085868 | | | X | | |
| 82 | State Election Commission's Poster Publicizing Act R54 Requirements | 12/13/11 | SC_00085869 | SC_00085869 | | | X | | |
| 83 | State Election Commission's Handout Publicizing Act R54 Requirements | 12/13/11 | SC_00085871 | SC_00085872 | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 84 | State Election Commission's Internet Advertisement Publicizing Act R54 Requirements | 12/13/11 | SC_00085873 | SC_00085873 | | X | | | |
| 85 | State Election Commission's "Voting in South Carolina Poster" | 12/13/11 | SC_00085878 | SC_00085879 | | X | | | |
| 86 | State Election Commission's provisional ballot under Act R54 | | USA_00000078 | USA_00000080 | | | X | | |
| 87 | Procedure for Issuing Photo Voter Registration Cards | 4/26/12 | USA_00017498 | USA_0017500 | Andino U.S. Ex. 12 | | X | | |
| 88 | Photo ID Voter Education Plan | | USA_00017502 | USA_00017518 | Andino U.S. Ex. 12 | | X | | |
| 89 | Voter Education Postcard | | USA_00017519 | USA_00017520 | Andino U.S. Ex. 12 | X | | | |
| 90 | Poll Manager's Handbook Supplement | | USA_00017521 | USA_00017521 | Andino U.S. Ex. 13 | X | | | |
| 91 | South Carolina Attorney General's Opinion Interpreting Act R54's Reasonable Impediment Exception | 8/16/11 | SC_00085896 | SC_00085900 | | | X | | |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 92 | Letter from Marci Andino to Sonny Jones re: administrative preclearance | 9/29/11 | USA_00000091 | USA_00000126 | | | X | | |
| 93 | Press Release, State Election Commission Calls for Investigation into Allegations of Voter Fraud | 1/11/12 | SC_00085923 | SC_00085923 | | X | | Hearsay. Irrelevant.  The press release and events described therein post-date R54's passage by 7 months and cannot go to show legislative purpose. In addition, the substantive allegations in the document have been refuted by a State Law Enforcement Division ("SLED") report that the State has refused to produce.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8)(B).This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. That other state agencies may have made contrary statements does not alter the document's trustworthiness. The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 94 | Email from State Budget and Control Board to the State Election Commission approving the Election Commission's request to "carry forward" funds for implementing Act R54 | 8/1/12 | SC_00164933 | SC_00164942 | | | X | This document was provided as part of an untimely and selective production. | This document was not produced in violation of any discovery order or rule as it was created on or after the close of discovery in this litigation (ECF 174). |
| 95 | Letter from Marci Andino to Sonny Jones re: "inactive" status | 10/25/11 | USA_00017523 | USA_00017524 | Ex. A to U.S. Requests for Admissions | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 96 | Letter from Marci Andino to Sonny Jones re: creation of list under Section 8 of Act R54 | 1/10/12 | SC_00001093 | SC_00001095 | Ex. B to U.S. Requests for Admissions | | X | | |
| 97 | South Carolina Election Commission Poll Managers Handbook | 5/1/12 | | | | X | | | |
| 98 | South Carolina Notary Public Reference Manual | 7/2/05 | | | | X | | | |
| 99 | Reasonable Impediment / Religious Objection Procedures | 8/14/11 | SC_00164943 | SC_00164946 | Andino U.S. Ex. 2 | | X | This document was provided as part of an untimely and selective production. | This document was not produced in violation of any discovery order or rule as it was created on or after the close of discovery in this litigation (ECF 174). |
| 100 | Voter Education Postcard | 8/14/11 | SC_00164947 | SC_00164949 | | | X | This document was provided as part of an untimely and selective production. | This document was not produced in violation of any discovery order or rule as it was created on or after the close of discovery in this litigation (ECF 174). |
| 101 | Resolving Issues with Identification, State Election Commission, Poll Manager Training Document | 9/10/08 | SC_00081714 | SC_00081715 | Andino (#3) Int. Ex. 31 | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 102 | Letter from Marci Andino to Kevin Shwedo regarding methodology for comparing the State's voter registration list with the DMV ID list | 12/22/11 | SC_00100248 | SC_00100248 | Andino (#2) Int. Ex. 22 | | X | | |
| 103 | United States Citizen's Checklist for First Time Issuance of Driver's License, Beginner's Permit, and Identification Card | | SC_00059611 | SC_00059612 | Shwedo Int. Ex. 7 | | X | | |
| 104 | South Carolina Department of Motor Vehicles, Office Locations, Hours and Wait Times | 5/17/12 | | | Shwedo U.S. Ex. 2 | | X | | |
| 105 | State Law Enforcement Division, Investigative Report regarding alleged election fraud in Dillon County | 7/13/11 | SC_00159385 | SC_00159386 | | | X | Irrelevant. Inadmissible duplicate. The document appears to be the first page of a multi-page record and the remaining pages have not been produced. FRE 1003. FRE 403 (misleading; confusing the issues). | This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. This document is admissible as there are no genuine questions about the original's authenticity. FRE 1003. The probative value of this document outweighs any risk of confusion. FRE 403. |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|--------|---------------------|------|-----------|-----------|--------------|------------------|-----------|-----------|----------|
| 106 | State Law Enforcement Division, Investigative Report regarding alleged election fraud in Marion County | 12/7/11 | SC_00159387 | SC_00159388 | | | X | Irrelevant. Inadmissible duplicate. The document appears to be the first page of a multi-page record and the remaining pages have not been produced. FRE 1003. FRE 403 (misleading; confusing the issues). | This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. The probative value of this document outweighs any risk of confusion. FRE 403. |
| 107 | Conviction documents in Richland v. Campbell | 2/29/08 | SC_00159389 | SC_00159391 | Shwedo Int. Ex. 16 | X | | Irrelevant. Hearsay. FRE 403 (misleading; confusing the issues). | This is a public record. FRE 803(8). This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. The probative value of this document outweighs any risk of confusion. FRE 403. |
| 108 | Indictment in Richland v. Campbell | 6/12/07 | SC_00159392 | SC_00159399 | | X | | Irrelevant. Hearsay. FRE 403 (misleading; confusing the issues). | This is a public record. FRE 803(8). This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. The probative value of this document outweighs any risk of confusion. FRE 403. |

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Letter from Alan Wilson to William Nettles discussing potential voter fraud in South Carolina | 1/19/12 | SC_00059931 | SC_00059931 | | | X | Irrelevant.  The events described therein post-date R54's passage by 7 months and cannot go to show legislative purpose.  Hearsay.  In addition, the substantive allegations in the document have been refuted by a State Law Enforcement Division ("SLED") report that the State has refused to produce.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence.  That other state agencies may have made contrary statements does not alter the document's trustworthiness.  The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 110 | Defendant-Intervenors' Responses and Objections to South Carolina's Requests for Admissions | 7/31/12 | | | | | X | | |
| 111 | United States' Responses to the State of South Carolina's Requests for Admissions | 7/31/12 | | | | | X | | |
| 112 | United States' Objections and Responses to South Carolina's First Set of Interrogatories to the United States | 5/16/12 | | | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 113 | United States' Objections and Responses to South Carolina's First Set of Interrogatories to the United States and Defendant-Intervenors | 5/16/12 | | | | | X | | |
| 114 | Defendant-Intervenors' Responses and Objections to South Carolina's First Set of Interrogatories to Defendant-Intervenors | 5/9/12 | | | | X | | | |
| 115 | Defendant-Intervenors' Responses and Objections to South Carolina's First Set of Interrogatories to the United States and Defendant-Intervenors | 5/9/12 | | | | X | | | |
| 116 | Defendant-Intervenors' Supplemental Responses to South Carolina's First Set of Interrogatories to Defendant-Intervenors | 5/16/12 | | | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 117 | Letter from Adam Harris providing supplemental reponse of Kenyda Bailey to South Carolina's Interrogatory to Defendant-Intervenors No. 7 | 7/19/12 | | | | | X | | |
| 118 | South Carolina's Responses to Defendant-Intervenors' First Set of Interrogatories | 5/16/12 | | | | | X | | |
| 119 | South Carolina's Supplemental Response to Defendant-Intervenors' Interrogatory No. 8 | 6/8/12 | | | | | X | | |
| 120 | Letter from Department of Justice denying preclearance of Act R54 | 12/23/11 | USA_00000004 | USA_00000008 | | | X | | |
| 121 | Letter from Department of Justice preclearing Sections 1 and 3 of Act R54 and requesting more information on the remaining Sections of Act R54 | 8/29/11 | USA_00000137 | USA_00000140 | | X | | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|--------|---------------------|------|-----------|-----------|--------------|------------------|-----------|-----------|----------|
| 122 | Letter from Gerald Malloy to the Department of Justice | 12/20/11 | USA_00000482 | USA_00000485 | | | X | | |
| 123 | Letter from Gerald Malloy to the Department of Justice | 8/25/11 | USA_00000703 | USA_00000716 | | X | | | |
| 124 | Letter from John C. Land III | 7/11/11 | USA_00001093 | USA_00001095 | | | X | | |
| 125 | E-mail from Heather Anderson and attachments | 1/22/10 | SC_00068146 | SC_00068150 | | | X | | |
| 126 | Village of Arlington Heights et al. v. Metropolitan Housing Development Corp. | | | | Arrington St. Ex. 5 | | X | Hearsay. | Public record. FRE 803(8) |
| 127 | William Crawford et al. v. Marion County Election Bd. | | | | Arrington St. Ex. 7 | X | | Hearsay. FRE 403 (misleading; confusing the issues). | Public record. FRE 803(8).  The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 128 | United States v. Charleston County | | | | Arrington St. Ex. 6 | | X | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | Public record. FRE 803(8)(B).  This document, extensively relied upon by DOJ's expert, is relevant because it tends to make the fact that there are no remaining lingering effects of past discrimination more probable than it would be without the evidence.  The probative value of this document outweighs any risk of confusion.  FRE 403. |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 129 | United States v. Ike Brown | | | | Arrington St. Ex. 2 | | X | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud more probable than it would be without the evidence.  The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 130 | Glover v. South Carolina Democratic Party, No. 4:04-CV-2171, 2004 WL 3262756 (D.S.C. Sept. 30, 2004) | | | | | X | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence.  The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 131 | Reaves v. South Carolina Democratic Party, No. 04:04-CV-2047, 2007 WL 895440 (D.S.C. Mar. 21, 2007) | | | | | X | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence.  The probative value of this document outweighs any risk of confusion.  FRE 403. |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 132 | Dawn Hinshaw, Eastover mayor guilty; chief cleared: Campbell sentenced to 18 months for forgery, misconduct, Columbia State, Mar. 1, 2008, Section b. | | | | | X | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This document will be used not for the truth of the matter asserted therein, but rather for the fact that the events described in the document were reported.  FRE 801(c).  The probative value of this document outweighs any risk of confusion.  FRE 403.  This document is relevant because it makes the fact that there were reports of voter fraud in South Carolina more probable than it would be without the evidence. |
| 133 | Scott Dodd & Ted Mellnik, Voters Found on Both N.C., S.C. Rolls: Miscount, Fraud Possible as Elections Officials Not Cross-Checking Lists, Charlotte Observer, Oct. 24, 2004, at 1A | | | | | X | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This document will be used not for the truth of the matter asserted therein, but rather for the fact that the events described in the document were reported.  FRE 801(c).  The probative value of this document outweighs any risk of confusion.  FRE 403.  This document is relevant because it makes the fact that there were reports of voter fraud in South Carolina more probable than it would be without the evidence. |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Trial Exhibits (Intervenor Objections and SC Responses)**

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 134 | State of South Carolina v. Terrence Hines, Case No. H705166 (Twelfth Judicial Circuit Court) (available at Florence County Twelfth Circuit Public Index) (June 22, 2006) (Guilty Plea Record – Fraudulent Registration or Voting) | | | | | x | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence.   The probative value of this document outweighs any risk of confusion.  FRE 403. |
| 135 | State of South Carolina v. Terrence Hines, Case No. H705166 (Twelfth Judicial Circuit Court) (available at Florence County Twelfth Circuit Public Index) (June 22, 2006) (Sentencing Record) | | | | | X | | Hearsay.  Irrelevant.  FRE 403 (misleading; confusing the issues). | This is a public record.  FRE 803(8).  This document is relevant because it tends to make the fact that there have been allegations of voter fraud in South Carolina more probable than it would be without the evidence. |
| 136 | South Carolina Senate Rule 33 | | | | | | X | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Trial Exhibits (Intervenor Objections and SC Responses)

| PX No. | Title / Description | Date | Beg Bates | End Bates | Depo Ex. No. | Expects to Offer | May Offer | Objection | Response |
|---|---|---|---|---|---|---|---|---|---|
| 137 | Alvarez, et al., Voter Opinions about Election Reform: Do They Support Making Voting More Convenient?, Election Law Journal, Vol. 10, No. 2 (2011) | | N/A | | Stewart 3 | | X | Hearsay. | This document is not hearsay to the extent that it is used in accordance with 803(18). |
| 138 | Demonstrative: Voter Identification Timeline | | N/A | | | x | | Reserve objections | |
| 139 | Demonstrative: Comparison of Voter Identification Legislation | | N/A | | | x | | Reserve objections | |
| 140 | Demonstrative: Hood Tables & Exhibits | | N/A | | | x | | Reserve objections | |