# EXHIBIT C

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Bailey, Kenyda | 6/12/2012 | 1:1-3:14<br>5:17-5:20<br>8:6-18:20<br>21:1-27:8<br>33:12-34:6<br>35:23-37:15<br>49:1-50:25 | | | |
| Boles, Jr., Roy L. | 7/20/2012 | 1:1-3:15<br>31:16-38:17<br>55:14-67:17<br>73:7-74:18<br>75:3-78:22<br>92:2-94:15<br>96:17-97:1<br>98:1-99:25 | 80:13-83:7<br>95:3-96:13 | | |
| Brannon, Rep. Norman D. | 6/14/2012 | 1:1-3:3<br>10:7-14:13<br>14:19-15:1<br>66:23-67:21<br>92:1-92:25 | | | |
| Bursey, Brett | 7/13/2012 | 1:01-4:16<br>19:10-22:25<br>28:22-29:24<br>33:5-40:8<br>43:15-49:23<br>67:1-73:15<br>82:3-85:6<br>91:1-92:25 | | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (DOJ Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Cleary, Sen. Raymond | 6/14/2012 | 1:1-3:9<br>25:1-25:19<br>27:6-29:2<br>68:1-68:25<br>70:9-72:10<br>72:17-73:10<br>187:21-188:9<br>246:1-247:25 | 188:10-189:2 | | |
| Debney, Joseph | 7/16/2012 | 1:1-3:15<br>6:8-8:23<br>10:15-11:22<br>31:6-31:23<br>36:13-43:25<br>104:6-105:25<br>134:14-136:23<br>141:1-142:25 | 103:14-104:5 | | |
| Dennis, Patrick | 6/4/2012 | 1:1-3:9<br>19:13-19:25<br>21:22-23:2<br>34:8-36:7<br>79:19-80:8<br>93:22-94:3<br>145:6-145:16<br>151:1-152:25 | | | |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Donehue, John W. | 6/20/2012 | 1:1-3:3<br>25:12-27:3<br>28:12-29:3<br>36:4-36:12<br>38:9-38:13<br>39:15-40:21<br>41:10-42:24<br>56:17-60:1<br>102:18-107:15<br>142:1-143:25 | 60:2-61:3<br>135:17-137:2 | | |
| Dubose, James | 6/5/2012 | 1:1-4:13<br>5:5-5:8<br>13:10-14:10<br>16:8-16:19<br>22:8-22:10<br>23:18-24:8<br>26:1-26:25 | | | |
| Glover, Junior | 6/5/2012 | 1:1-4:14<br>7:1-7:4<br>9:15-10:8<br>13:18-16:7<br>22:12-22:13<br>24:18-25:7<br>28:1-28:25 | | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)

South Carolina Deposition Designations (DOJ Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Gordon, Naomi | 6/7/2012 | 1:1-4:18<br>6:6-6:10<br>9:22-10:8<br>12:2-12:5<br>13:2-14:21<br>21:6-21:15<br>23:1-24:25 | | | |
| Harrison, Rep. James H. | 6/12/2012 | 1:1-3:2<br>31:14-32:2<br>37:15-39:8<br>44:19-46:6<br>47:2-47:21<br>88:14-88:20<br>160:1-160:25 | | | |
| Knotts, Jr., Sen. John M. | 7/19/2012 | 1:1-3:2<br>23:21-24:13<br>41:12-44:10<br>59:20-60:15<br>85:11-87:3<br>88:1-89:25 | 28:16-29:7 | | |
| Lowe, Rep. Phillip | 6/13/2012 | 1:1-3:5<br>22:18-28:9<br>29:20-30:20<br>72:21-75:10<br>76:6-77:9<br>83:4-85:21<br>127:5-128:1<br>144:1-145:25 | 86:15-86:25<br>128:2-128:19 | | |

4

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**

**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---------|------|-------------------------|---------------------------------|-----------|----------|
| Martin, Sen. Larry A. | 6/13/2012 | 1:1-3:2<br>32:2-32:18<br>37:20-38:6<br>40:2-40:8<br>47:10-49:20<br>50:20-51:14<br>63:5-66:25<br>68:1-68:21<br>82:6-83:11<br>83:21-84:11<br>84:14-84:24<br>85:6-87:17<br>99:7-99:20<br>100:10-101:16<br>201:1-202:25 | | | |
| Pearson, Timothy | 6/15/2012 | 1:1-3:2<br>76:18-77:12<br>90:23-91:10<br>97:22-98:6<br>100:3-100:19<br>100:22-101:9<br>108:13-109:7<br>172:1-173:25 | 98:7-100:1<br>101:10-17 | | |
| Peeler, Sen. Harvey | 6/13/2012 | 1:1-3:8<br>20:5-20:8<br>22:1-24:23<br>26:15-27:1<br>28:20-28:25<br>97:1-98:25 | | | |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Riley, Joseph | 6/6/2012 | 1:1-4:15<br>7:4-7:7<br>8:16-8:21<br>11:12-14:19<br>17:7-17:16<br>19:6-19:9<br>19:18-19:19<br>22:18-23:12<br>24:1-24:25 | | | |
| Rutherford, Karen | 7/20/2012 | 1:1-5:17<br>26:5-26:7<br>31:13-35:22<br>63:9-64:9<br>79:6-80:19<br>82:1-83:25 | | | |
| Rutherford, Raymond | 6/6/2012 | 1:1-4:15<br>6:15-6:16<br>7:24-8:21<br>11:17-11:20<br>14:19-15:6<br>16:2-16:6<br>17:14-18:14<br>20:14-21:4<br>24:8-24:18<br>26:1-26:25 | | | |

6

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Shwedo, Col. Kevin | 6/7/2012 | 1:1-3:8<br>15:2-24:15<br>25:1-42:8<br>62:5-62:19<br>67:3-67:21<br>70:21-81:9<br>83:11-84:7<br>84:23-86:20<br>95:12-97:15<br>100:10-103:12<br>105:9-106:10<br>112:24-123:4<br>145:12-152:22<br>162:9-170:17<br>195:18-197:22<br>199:1-200:25 | | | |
| Whitmire, Christopher | 6/8/2012 | 1:1-3:3<br>12:17-18:6<br>18:20-19:13<br>45:10-49:24<br>51:16-58:3<br>59:13-61:22<br>68:19-79:21<br>82:1-118:6<br>133:4-137:6<br>145:4-151:1<br>175:5-182:8<br>201:1-202:25 | | | |

7

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Deposition Designations (DOJ Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Wolf, Amanda | 6/7/2012 | 1:1-4:17<br>6:1-6:4<br>9:19-10:22<br>11:12-11:25<br>13:12-13:13<br>14:9-15:19<br>21:14-22:11<br>28:1-29:25 | | | |