# EXHIBIT D

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Bailey, Kenyda | 6/12/2012 | 1:1-3:14<br>5:17-5:20<br>8:6-18:20<br>21:1-27:8<br>33:12-34:6<br>35:23-37:15<br>49:1-50:25 | Original designations | | |
| Boles, Jr., Roy L. | 7/20/2012 | 1:1-3:15<br>31:16-38:17<br>55:14-67:17<br>73:7-74:18<br>75:3-78:22<br>92:2-94:15<br>96:17-97:1<br>98:1-99:25 | | | |
| Brannon, Rep. Norman D. | 6/14/2012 | 1:1-3:3<br>10:7-14:13<br>14:19-15:1<br>66:23-67:21<br>92:1-92:25 | Original designations | | |

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Bursey, Brett | 7/13/2012 | 1:01-4:16<br>19:10-22:25<br>28:22-29:24<br>33:5-40:8<br>43:15-49:23<br>67:1-73:15<br>82:3-85:6<br>91:1-92:25 | Original designations and 40:9-40:13 | 44:10-45:5: hearsay; 67:21-68:17: speculation, question was vague and ambiguous; 82:3-85:6: question calls for speculation | 44:10-45:5: No objection entered on the record. The questions do not seek hearsay, but rather explicitly ask about Mr. Bursey's knowledge of instances of fraud. Mr. Bursey's response was limited to his personal knowledge.<br>67:21-68:17: No objection entered on record. The questions ask about Mr. Bursey's specific actions and the purposes behind them. The witness was not required to speculate to respond to such questions. The question is neither vague nor ambiguous, when read in context with the questions preceding.<br>82:3-82:6: No objection entered on record. The question specifically asks Mr. Bursey for, and he provides, his personal knowledge of whether there are people who would be unable to obtain an ID under the new law. |
| Cleary, Sen. Raymond | 6/14/2012 | 1:1-3:9<br>25:1-25:19<br>27:6-29:2<br>68:1-68:25<br>70:9-72:10<br>72:17-73:10<br>187:21-188:9<br>246:1-247:25 | Original designations | | |

2

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Debney, Joseph | 7/16/2012 | 1:1-3:15<br>6:8-8:23<br>10:15-11:22<br>31:6-31:23<br>36:13-43:25<br>104:6-105:25<br>134:14-136:23<br>141:1-142:25 | Original designations | | |
| Dennis, Patrick | 6/4/2012 | 1:1-3:9<br>19:13-19:25<br>21:22-23:2<br>34:8-36:7<br>79:19-80:8<br>93:22-94:3<br>145:6-145:16<br>151:1-152:25 | Original designations | | |
| Donehue, John W. | 6/20/2012 | 1:1-3:3<br>25:12-27:3<br>28:12-29:3<br>36:4-36:12<br>38:9-38:13<br>39:15-40:21<br>41:10-42:24<br>56:17-60:1<br>102:18-107:15<br>142:1-143:25 | Original designations | 57:13-60:1 and 102:18-107:15: Hearsay, lack of foundation, irrelevant, prejudicial | Intervenors waived any objection to these questions by (i) asking the questions and (ii) not stating an objection to the answer on the record. |

3

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Dubose, James | 6/5/2012 | 1:1-4:13<br>5:5-5:8<br>13:10-14:10<br>16:8-16:19<br>22:8-22:10<br>23:18-24:8<br>26:1-26:25 | | Objection as to entire deposition on the ground that Mr. Dubose lacked the mental capacity to testify given his use of medications that affected his memory (4:15-5:4). | Mr. Dubose was able to proceed through his deposition and answer questions. If Mr. Dubose does indeed lack the capacity to stand for a deposition for the "rest of his life" (5:5), then all parties should be prohibited from relying upon any statement made by him, unless Intervenors can satisfy the requirements of FRE 804. |
| Glover, Junior | 6/5/2012 | 1:1-4:14<br>7:1-7:4<br>9:15-10:8<br>13:18-16:7<br>22:12-22:13<br>24:18-25:7<br>28:1-28:25 | Original designations | | |
| Gordon, Naomi | 6/7/2012 | 1:1-4:18<br>6:6-6:10<br>9:22-10:8<br>12:2-12:5<br>13:2-14:21<br>21:6-21:15<br>23:1-24:25 | | | |

4

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Deposition Designations (Intervenor Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Harrison, Rep. James H. | 6/12/2012 | 1:1-3:2<br>31:14-32:2<br>37:15-39:8<br>44:19-46:6<br>47:2-47:21<br>88:14-88:20<br>160:1-160:25 | Original designations and 39:10-41:9 ; 47:22-51:2 | | |
| Knotts, Jr., Sen. John M. | 7/19/2012 | 1:1-3:2<br>23:21-24:13<br>41:12-44:10<br>59:20-60:15<br>85:11-87:3<br>88:1-89:25 | Original designations | | |
| Lowe, Rep. Phillip | 6/13/2012 | 1:1-3:5<br>22:18-28:9<br>29:20-30:20<br>72:21-75:10<br>76:6-77:9<br>83:4-85:21<br>127:5-128:1<br>144:1-145:25 | Original designations | | |

Case 1:12-cv-00203-CKK-BMK-JDB   Document 186-4   Filed 08/17/12   Page 7 of 10

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Martin, Sen. Larry A. | 6/13/2012 | 1:1-3:2<br>32:2-32:18<br>37:20-38:6<br>40:2-40:8<br>47:10-49:20<br>50:20-51:14<br>63:5-66:25<br>68:1-68:21<br>82:6-83:11<br>83:21-84:11<br>84:14-84:24<br>85:6-87:17<br>99:7-99:20<br>100:10-101:16<br>201:1-202:25 | Original designations | | |
| Pearson, Timothy | 6/15/2012 | 1:1-3:2<br>76:18-77:12<br>90:23-91:10<br>97:22-98:6<br>100:3-100:19<br>100:22-101:9<br>108:13-109:7<br>172:1-173:25 | Original designations and 86:9-89:11; 101:10-102:5; 110:17-111:25; 115:8-116:4 | | |
| Peeler, Sen. Harvey | 6/13/2012 | 1:1-3:8<br>20:5-20:8<br>22:1-24:23<br>26:15-27:1<br>28:20-28:25<br>97:1-98:25 | Original designations | | |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Riley, Joseph | 6/6/2012 | 1:1-4:15<br>7:4-7:7<br>8:16-8:21<br>11:12-14:19<br>17:7-17:16<br>19:6-19:9<br>19:18-19:19<br>22:18-23:12<br>24:1-24:25 | Original designations | | |
| Rutherford, Karen | 7/20/2012 | 1:1-5:17<br>26:5-26:7<br>31:13-35:22<br>63:9-64:9<br>79:6-80:19<br>82:1-83:25 | Original designations | 31:13-35:22: lack of relevance, prejudicial | 31:13-35:22: Ms. Rutherford was identified on Intervenors' July 21, 2012 Notice of Intent to Call Live Witnesses (ECF 136) for testimony about facts she witnessed at Benedict College and as a voting rights activist. Ms. Rutherford's testimony about her work with Benedict College students regarding voter registration and identification is relevant because it has a tendency to make the fact that out-of-state students register in South Carolina more probable than it would be without the testimony. |

SOUTH CAROLINA V. UNITED STATES (DDC 12-203)
South Carolina Deposition Designations (Intervenor Objections and SC Responses)

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Rutherford, Raymond | 6/6/2012 | 1:1-4:15<br>6:15-6:16<br>7:24-8:21<br>11:17-11:20<br>14:19-15:6<br>16:2-16:6<br>17:14-18:14<br>20:14-21:4<br>24:8-24:18<br>26:1-26:25 | Original designations | | |
| Shwedo, Col. Kevin | 6/7/2012 | 1:1-3:8<br>15:2-24:15<br>25:1-42:8<br>62:5-62:19<br>67:3-67:21<br>70:21-81:9<br>83:11-84:7<br>84:23-86:20<br>95:12-97:15<br>100:10-103:12<br>105:9-106:10<br>112:24-123:4<br>145:12-152:22<br>162:9-170:17<br>195:18-197:22<br>199:1-200:25 | Original designations | 197:15-22: lack of foundation, speculation | 197:15-22: The question did not require the witness to speculate.  Mr. Shwedo was asked, and he testified about, whether he has personal knowledge concerning subject matter covered during Intervenors' and DOJ's examination.  He did not.  The question, taken in context, included sufficient foundation based upon the previous questions regarding other, non DMV-issued identification (197:1-197:5; 197:9-197:11). |

8

**SOUTH CAROLINA V. UNITED STATES (DDC 12-203)**
**South Carolina Deposition Designations (Intervenor Objections and SC Responses)**

| Witness | Date | Designation (Page:Line) | Counter Designation (Page:Line) | Objection | Response |
|---|---|---|---|---|---|
| Whitmire, Christopher | 6/8/2012 | 1:1-3:3<br>12:17-18:6<br>18:20-19:13<br>45:10-49:24<br>51:16-58:3<br>59:13-61:22<br>68:19-79:21<br>82:1-118:6<br>133:4-137:6<br>145:4-151:1<br>175:5-182:8<br>201:1-202:25 | Original designations | 45:19-22: hearsay | 45:19-22: Intervenors waived any objection by (i) asking the question and (ii) failing to state an objection on the record to the answer. |
| Wolf, Amanda | 6/7/2012 | 1:1-4:17<br>6:1-6:4<br>9:19-10:22<br>11:12-11:25<br>13:12-13:13<br>14:9-15:19<br>21:14-22:11<br>28:1-29:25 | Original designations | | |