EXHIBIT G

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**

**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 1 | Office of Human Resources, S.C. Budget and Control Bd., S.C. Workforce Plan (2009) & Employee Demographic Sheet | 2009 | N/A | | X | Relevance | Probative of legislative purpose, specifically legislators' knowledge of higher proportion of African-Americans in state workforce when deciding whether to include state IDs as an acceptable form of identification. |
| 2 | South Carolina Notary Public Reference Manual (Exhibit B to DOJ RTA to Plaintiff) | 2010 | N/A | X | | | |
| 3 | SEC Annual Report | 2010 | SC_00014453-SC_00014508 | | X | | |
| 4 | Email with attachment from Marilyn Bowers to Edith Redden and others, Subject: RE: SCARE Legislative Priorities | 8/18/2008 | SC_00067020-SC_00067023 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Redden | Not offered for any statement by Redden. |
| 5 | SC Training manual - "Resolving Issues with Identification" | 9/10/2008 | SC_00081714-SC_00081715 | | X | Hearsay to the extent offered for the truth of the matter asserted | Opposing party statement |
| 6 | Lessons Learned 2008 General Election - Based on meeting with SEC and county directors on December 10, 2008 | 12/10/2008 | SC_00147092-SC_00147103 | X | | | |
| 7 | S. 334: Senate Journal, Introduced and read first time/Referred to Committee on Judiciary | 1/28/2009 | JA_001027-JA_001040 | | X | | |
| 8 | S. 334: Bill Text, Introduced | 1/28/2009 | JA_001041-JA_001046 | | X | | |
| 9 | H. 3418: House Journal, Introduced and read first time/Referred to Committee on Judiciary | 2/3/2009 | JA_000490-JA_000491 | | X | | |
| 10 | H. 3418: Bill Text, Introduced | 2/3/2009 | JA_000492-JA_000493 | | X | | |
| 11 | H. 3418: House Journal, Member(s) request name added as sponsor: Clemmons | 2/5/2009 | JA_000494-JA_000495 | | X | | |
| 12 | H. 3418: House Journal, Committee report: Favorable with amendment Judiciary | 2/11/2009 | JA_000496-JA_000497 | | X | | |
| 13 | H. 3418: Bill Text, Committee Report | 2/11/2009 | JA_000498-JA_000503 | | X | | |
| 14 | H. 3418: House Journal, Member(s) request name added as sponsor: Owens, Parker | 2/12/2009 | JA_000504-JA_000506 | | X | | |
| 15 | Email from Marilyn Bowers to Alan Clemmons; HOUSE SPEAKER MAILBOX, Subject: Voter ID - Address verification question | 2/17/2009 | SC_00143169 | X | | | |
| 16 | H. 3418: House Journal, Objection by Rep. Kennedy, JE Smith, Sellers, King, Rutherford, andMack/Requests for debate‑Rep(s). Clemmons and JR Smith | 2/18/2009 | JA_000507-JA_000509 | | X | | |
| 17 | H. 3418: House Journal, Member(s) request name added as sponsor: Toole, M.A.Pitts | 2/19/2009 | JA_000510-JA_000511 | | X | | |
| 18 | H. 3418: House Journal, Member(s) request name added as sponsor: Lowe | 2/24/2009 | JA_000512-JA_000513 | | X | | |
| 19 | House Journal, 118th Gen. Assembly, 1st Sess., at 1351-82 | 2/26/2009 | SC_00089002-SC_00089033 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 20 | H. 3418: House Journal, Member(s) request name added as sponsor: Bingham, Umphlett, Sandifer,Edge/Amended/Read second time/Roll call Yeas-65 Nays-14/Motion to reconsider tabled | 2/26/2009 | JA_000514-JA_000593 | | X | | |
| 21 | H. 3418: Bill Text, Amended | 2/26/2009 | JA_000594-JA_000600 | | X | | |
| 22 | H. 3418: House Journal, Read third time and sent to Senate/Roll call Yeas-67 Nays-44 | 3/3/2009 | JA_000601-JA_000604 | | X | | |
| 23 | H. 3418: Senate Journal, Introduced and read first time/Referred to Committee on Judiciary | 3/4/2009 | JA_000605-JA_000606 | | X | | |
| 24 | Email with attachments from Marilyn Bowers to Marci Andino, cci'ng Chris Whitmire, Subject: Senate Subcommittee Meeting | 3/10/2009 | SC_00028851-SC_00028852 | X | | | |
| 25 | The League of Women Voters of South Carolina Press Release | 3/16/2009 | SCNAACP0000000053-SCNAACP0000000054 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for truth of the matter asserted |
| 26 | Minutes, Minutes of Senate Judiciary Subcommittee Meeting on H. 3418 | 3/26/2009 | JA_001708-JA_001708 | | X | | |
| 27 | Transcript, Senate Sub-Committee File 1 of 2: March 26, 2009, April 2, 2009 | 3/26/2009 | JA_001863-JA_001925 | | X | | |
| 28 | Transcript, Senate Sub-Committee File 2of 2: March 26, 2009, April 2, 2009 | 3/26/2009 | JA_001926-JA_001952 | | X | | |
| 29 | Testimony of LWV and others before the Senate Judiciary Sub-committee | 4/2/2009 | SC_00044241-SC_00044261 | X | | The State objects to the document bearing Bates number SC_00044241 as hearsay to the extent offered for the truth of the matter asserted. The State objects to the remainder of the documents identified as being a part of this exhibit on the grounds that they are beyond the scope of the description provided, appearing to be a collection of unrelated documents. To the extent that these documents are intended to be a part of the exhibit, the State objects to them on the grounds that they are hearsay, irrelevant, and beyond the scope of the exhibit's description. | Exhibit description was inadvertently underinclusive and is hereby amended. The documents are not offered primarily for truth of the matter asserted; but to the extent they are, the testimonies before the sub-committee are present sense impressions, recorded recollections, and/or bear equivalent guarantees of trustworthiness under FRE 807. The State has had ample notice of the documents and opportunity to depose the declarants, many of whom are listed on Intervenors' initial disclosures. Indeed, Sen. Cleary authenticated this document at his deposition. Any challenge to reliability should go to weight. |
| 30 | Minutes, Minutes of Senate Judiciary Subcommittee Meeting on H. 3418 | 4/2/2009 | JA_001709-JA_001709 | | X | | |
| 31 | Minutes, Minutes of Senate Judiciary Subcommittee Meeting on H. 3418 | 4/16/2009 | JA_001710-JA_001710 | | X | | |
| 32 | Transcript, Senate Judiciary Sub-Committee: April 16, 2009 | 4/16/2009 | JA_001953-JA_002080 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 33 | Letter from ACLU to Chip Campsen | 4/27/2009 | SC_00095818-SC_00095819 | X | | Hearsay to the extent offered for the truth of the matter asserted | Exhibit duplicates #29 and Intervenors will strike |
| 34 | Minutes, Minutes of Senate Judiciary Subcommittee Meeting on H. 3418 | 5/7/2009 | JA_001711-JA_001711 | | X | | |
| 35 | Transcript, Senate Sub-Committee File 1 of 1: May 7, 2009 | 5/7/2009 | JA_002081-JA_002117 | | X | | |
| 36 | Email from Marilyn Bowers to Senate Judiciary Committee, Senate Rules Committee | 5/11/2009 | SC_00100166 | X | | | |
| 37 | Sections of the Georgia Code and email from Marci Andino to Heather Anderson | 5/12/2009 | SC_00162706-SC_00162708 SC_00162710-SC_00162714 | | X | | |
| 38 | Transcript, Senate Judicial Session: May 12, 2009 | 5/12/2009 | JA_002118-JA_002260 | | X | | |
| 39 | H. 3418: Senate Journal, Committee report: Majority favorable with amend., minority unfavorableJudiciary | 5/14/2009 | JA_000607-JA_000608 | | X | | |
| 40 | H. 3418: Bill Text, Committee Report | 5/14/2009 | JA_000609-JA_000626 | | X | | |
| 41 | H. 3418: Bill Text, Committee Report (SEC May 15, 2009) | 5/15/2009 | JA_000627-JA_000644 | | X | | |
| 42 | Transcript, Senate Floor Session: October 27, 2009 (incorrectly marked October 27, 2010) | 10/27/2009 | JA_002261-JA_002317 | | X | | |
| 43 | Email from Donna Royson to Chris Whitmire re: 3418 info | 12/18/2009 | SC_00029088-SC_00029092 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Royson | Not offered for the truth of the matter asserted by Royson |
| 44 | Email with attachments from Marilyn Bowers to Belangia Conway and others, Subject: SCARE Priorities (as amended) | 1/20/2010 | SC_00066337-SC_00066339 | X | | | |
| 45 | H. 3418: Senate Journal, Motion For Special Order Failed | 1/20/2010 | JA_000645-JA_000648 | | X | | |
| 46 | Transcript, Senate Floor Session: January 20, 2010 | 1/20/2010 | JA_002318-JA_002461 | | X | | |
| 47 | Email from Marci Andino to Joseph Debney re: Early Voting/Photo ID – Update | 1/21/2010 | SC_00068121 | | X | | |
| 48 | Email from Heather Anderson to AllSenate, cc'ing Marci Andino, Subject: re: Registered Voter Information | 1/22/2010 | SC_00068146-SC_00068150 | X | | | |
| 49 | Journal of the Senate of the State of South Carolina, Regular Session Beginning Tuesday, Jan. 12, 2010 | 1/26/2010 | SC_00092504-SC_00092507 | X | | | |
| 50 | Email thread between Marilyn Bowers, Marci Andino, and county election officials | 1/26/2010 | SC_00066544-SC_00066545 | | X | | |
| 51 | H. 3418: Senate Journal, Special order, set for January 26, 2010 | 1/26/2010 | JA_000649-JA_000652 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 52 | Transcript, Senate Legislative Session: January 26, 2010 | 1/26/2010 | JA_002462-JA_002535 | | X | | |
| 53 | H. 3418: Senate Journal, Debate interrupted | 1/27/2010 | JA_000653-JA_000660 | | X | | |
| 54 | Transcript, Senate Session: January 27, 2010 | 1/27/2010 | JA_002536-JA_003031 | | X | | |
| 55 | H. 3418: Senate Journal, Amended/Read second time | 1/28/2010 | JA_000661-JA_000679 | | X | | |
| 56 | H. 3418: Bill Text, Amended | 1/28/2010 | JA_000680-JA_000696 | | X | | |
| 57 | Transcript, Senate Floor Session: January 28, 2010 | 1/28/2010 | JA_003032-JA_003187 | | X | | |
| 58 | H. 3418: Bill Text, Amended (SEC January 29, 2010) | 1/29/2010 | JA_000697-JA_000713 | | X | | |
| 59 | S.C. State Human Affairs Comm'n, Annual Report to the General Assembly: The Status of Equal Employment Opportunity in South Carolina State Government (2010) | 2/1/2010 | N/A | | X | Relevance | Probative of legislative purpose, specifically legislators' knowledge of higher proportion of African-Americans in state workforce when deciding whether to include state IDs as an acceptable form of identification. |
| 60 | H. 3418: Senate Journal, Debate interrupted | 2/2/2010 | JA_000714-JA_000716 | | X | | |
| 61 | Transcript, Senate Floor Session: February 2, 2010 | 2/2/2010 | JA_003188-JA_003254 | | X | | |
| 62 | H. 3418: Senate Journal, Amended/Read third time and returned to House with amendments | 2/3/2010 | JA_000717-JA_000726 | | X | | |
| 63 | H. 3418: Bill Text, Amended | 2/3/2010 | JA_000727-JA_000741 | | X | | |
| 64 | H. 3418: Bill Text, As Passed by the Senate | 2/3/2010 | JA_000742-JA_000756 | | X | | |
| 65 | Transcript, Senate Floor Session: February 3, 2010 | 2/3/2010 | JA_003255-JA_003476 | | X | | |
| 66 | H. 3418: Bill Text, As Passed by the Senate (SEC February 4, 2010) | 2/4/2010 | JA_000757-JA_000771 | | X | | |
| 67 | H. 3418: Bill Text, As Passed by the Senate (SEC February 5, 2010) | 2/5/2010 | JA_000772-JA_000786 | | X | | |
| 68 | H. 3418: House Journal, Debate adjourned until Thursday, February 18, 2010 | 2/17/2010 | JA_000787-JA_000789 | | X | | |
| 69 | H. 3418: House Journal, Debate adjourned until Tuesday, February 23, 2010 | 2/18/2010 | JA_000790-JA_000792 | | X | | |
| 70 | H. 3418: House Journal, Debate adjourned until Thursday, February 25, 2010 | 2/24/2010 | JA_000793-JA_000795 | | X | | |
| 71 | Email from Marilyn Bowers to County election officials regarding H3418 | 2/25/2010 | SC_00066574 | | X | | |
| 72 | H. 3418: House Journal, Debate adjourned | 2/25/2010 | JA_000796-JA_000798 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 73 | Poll Managers Handbook | Mar-10 | SC_00026557-26620 | | X | | |
| 74 | H. 3418: House Journal, Debate adjourned on amendments | 3/2/2010 | JA_000799-JA_000801 | | X | | |
| 75 | H. 3418: House Journal, Debate adjourned until Thursday, March 4, 2010 | 3/3/2010 | JA_000802-JA_000804 | | X | | |
| 76 | H. 3418: House Journal, Debate adjourned until Tuesday, March 9, 2010 | 3/4/2010 | JA_000805-JA_000807 | | X | | |
| 77 | H. 3418: House Journal, Debate adjourned until Wednesday, March 10, 2010 | 3/9/2010 | JA_000808-JA_000810 | | X | | |
| 78 | H. 3418: House Journal, Debate adjourned until Thursday, March 11, 2010 | 3/10/2010 | JA_000811-JA_000813 | | X | | |
| 79 | H. 3418: House Journal, Debate adjourned until Monday, March 15, 2010 | 3/11/2010 | JA_000814-JA_000834 | | X | | |
| 80 | H. 3418: House Journal, Debate adjourned until Wednesday, March 24, 2010 | 3/23/2010 | JA_000835-JA_000837 | | X | | |
| 81 | H. 3418: House Journal, Debate adjourned until Tuesday, March 30, 2010 | 3/24/2010 | JA_000838-JA_000840 | | X | | |
| 82 | H. 3418: House Journal, Debate adjourned on amendments | 4/20/2010 | JA_000841-JA_000843 | | X | | |
| 83 | H. 3418: House Journal, Debate adjourned until Tuesday, April 27, 2010 | 4/21/2010 | JA_000844-JA_000846 | | X | | |
| 84 | H. 3418: House Journal, Debate adjourned until Tuesday, May 4, 2010 | 4/27/2010 | JA_000847-JA_000849 | | X | | |
| 85 | H. 3418: House Journal, Senate amendment amended/Returned to Senate with amendments | 5/5/2010 | JA_000850-JA_000914 | | X | | |
| 86 | H. 3418: Bill Text, Amended --Not Printed in the House | 5/5/2010 | JA_000915-JA_000929 | | X | | |
| 87 | Email, Alan Clemmons to Ralph Panzrino | 5/6/2010 | JA_001472-JA_001473 | | X | | |
| 88 | H. 3418: Senate Journal, Non‑concurrence in House amendment | 5/11/2010 | JA_000930-JA_000934 | | X | | |
| 89 | Transcript, Senate Floor Session: May 11, 2010 | 5/11/2010 | JA_003477-JA_003793 | | X | | |
| 90 | H. 3418: House Journal, House insists upon amendment and conference committee appointedReps. Clemmons, Cato, and Mitchell | 5/12/2010 | JA_000935-JA_000937 | | X | | |
| 91 | H. 3418: Senate Journal, Conference committee appointed Malloy, Campsen, and Shoopman | 5/12/2010 | JA_000938-JA_000940 | | X | | |
| 92 | Transcript, Senate Floor Session: May 12, 2010 | 5/12/2010 | JA_003794-JA_003992 | | X | | |
| 93 | Email and attachment from M. Andino to M. Bowers subject: comparison of House/Senate versions of H. 3418 | 5/13/2010 | SC_00068346-SC_00068347 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 94 | Email from Marilyn Bowers to multiples recipients, Subject: Follow up - H3418 | 5/17/2010 | SC_00068452-SC_00068453 | X | | | |
| 95 | Email from Marilyn Bowers to legislators and election officials re SCARE priorities | 5/17/2010 | SC_00068454-SC_00068455 | | X | | |
| 96 | Transcript, Conference Committee on H. 3418 (Track_01): May 19, 2010 | 5/19/2010 | JA_003993-JA_004011 | | X | | |
| 97 | Transcript, Conference Committee on H. 3418 (Track_02): May 19, 2010 | 5/19/2010 | JA_004012-JA_004021 | | X | | |
| 98 | Email from Alan Clemmons to Lanneau Siegling re: R's...Voter ID | 5/20/2010 | SC_00000609-SC_00000610 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Siegling | Not offered for truth of the matter asserted by Siegling. |
| 99 | Email from Alan Clemmons to Patrick Dennis re: Voter ID Conference | 5/21/2010 | SC_00000611 | | X | | |
| 100 | Email from Don Hottel on behalf of Bobby Harrell to Brad Wright, cci'ng Tricia Miller, Subject: FW: H3418 - Conference Committee Meeting | 5/24/2010 | SC_00012439-SC_00012440 | X | | | |
| 101 | Transcript, Conference Committee on H. 3418: May 26, 2010 | 5/26/2010 | JA_004022-JA_004047 | | X | | |
| 102 | Email from Marilyn Bowers to Joseph Debney, ccin'g multiple recipients, Subject: RE: 3418 | 5/27/2010 | SC_00068495-SC_00068496 | X | | | |
| 103 | Transcript, Conference Committee on H. 3418: June 2, 2010 | 6/2/2010 | JA_004048-JA_004066 | | X | | |
| 104 | H. 3418: House Journal, Debate adjourned on Conference Report, cloture having been ordered | 6/3/2010 | JA_000941-JA_000958 | | X | | |
| 105 | Transcript, Conference Committee on H. 3418: June 3, 2010 | 6/3/2010 | JA_004067-JA_004069 | | X | | |
| 106 | H. 3418: House Journal, Debate adjourned on Conference Report, cloture having been ordered/Conference report received and adopted | 6/15/2010 | JA_000959-JA_000996 | | X | | |
| 107 | H. 3418: Senate Journal, Consideration of Conference Report interrupted by adjournment | 6/15/2010 | JA_000997-JA_001008 | | X | | |
| 108 | Transcript, Senate Floor Session: June 15, 2010 | 6/15/2010 | JA_004070-JA_004417 | | X | | |
| 109 | Email from Alan Clemmons to Lanneau Siegling re: voter ID bill as priority | 6/16/2010 | SC_00000630-SC_00000631 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Lanneau | Will not be offered for truth of the matters asserted by Lanneau Siegling. |
| 110 | H. 3418: Senate Journal, Consideration of Conference Report interrupted by recess | 6/16/2010 | JA_001009-JA_001025 | | X | | |
| 111 | Transcript, Senate Floor Session: June 16, 2010 | 6/16/2010 | JA_004418-JA_004857 | | X | | |
| 112 | Email, Alan Clemmons to Lanneau Siegling | 6/17/2010 | JA_001474-JA_001474 | | X | | |
| 113 | Email, Alan Clemmons to Jason Zacher | 6/17/2010 | JA_001475-JA_001475 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 114 | Email from Heather Anderson to Senator Cleary | 6/18/2010 | SC_00096567-SC_00096570 | | X | | |
| 115 | Email from Alan Clemmons to Lanneau Siegling  re: Ask House Leadership to Accept Senate Voter ID Compromise | 6/18/2010 | SC_00000635-SC_00000636 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Lanneau | Not offered for truth of the matter asserted by Lanneau Siegling. |
| 116 | Email, Alan Clemmons to Walter Whetsell | 6/22/2010 | JA_001693-JA_001693 | | X | | |
| 117 | Email from Alan Clemmons to Joe Dugan, Subject: Re: Next Tuesday you will have a very important influence on the outcome of the Voter ID legislation | 6/26/2010 | SC_00000642-SC_00000644 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | Not offered for truth of the matter asserted by Dugan. |
| 118 | Email from Marilyn Bowers to legislators and County election officials regarding H3418/Early voting | 6/28/2010 | SC_00068915-SC_00068916 | | X | | |
| 119 | Email from Alan Clemmons to Patrick Dennis re: conference committee negotiations for voter ID bill | 7/26/2010 | SC_00000665 | | X | | |
| 120 | S. 1: Bill Text, Introduced | 12/1/2010 | JA_000470-JA_000484 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 121 | H. 3003: Bill Text, Introduced | 12/7/2010 | JA_000004-JA_000017 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 122 | Email from Chris Whitmire to Marci Andino re: Prefiled Legislation | 12/9/2010 | SC_00070008-SC_00070009, | | X | | |
| 123 | Email from Chris Whitmire to Marci Andino re: voter fraud survey results | 1/4/2011 | SC_00024217-SC_00024219 | | X | | |
| 124 | Email from Alan Clemmons to Patrick Dennis re: conversations with Rep. Harrison on scheduling of Judiciary Committee meeting | 1/4/2011 | SC_00000696-SC_00000699 | | X | | |
| 125 | Email from Chris Whitmire to Marci Andino re: voter fraud survey results | 1/5/2011 | SC_00024220-SC_00024222 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 126 | Testimony of Carol Cato, League of Women Voters before the Election Law Sub-committee | 1/6/2011 | SC_00095825-SC_00095828 | X | | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for truth of the matter asserted, written testimony to General Assembly is a present sense impression, recorded recollection, and/or bears circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 127 | Letter from Gloria Prevost of Protection and Advocacy For People With Disabilities, Inc. to George Campsen | 1/6/2011 | SC_00095829-SC_00095830 | X | | Relevance; not related to § 5 | Probative of the burdens imposed by the ID requirement and deficiencies of reasonable impediment affidavit process and legislators' knowledge of such burdens and deficiencies. |
| 128 | Minutes, Minutes from Senate Judiciary Subcommittee Meeting on S.1 | 1/6/2011 | JA_001712-JA_001712 | | X | | |
| 129 | Transcript, Senate Sub-Committee Hearing File 1 of 2: January 6, 2011 | 1/6/2011 | JA_004942-JA_005017 | | X | | |
| 130 | Transcript, Senate Sub-Committee Hearing File 2 of 2: January 6, 2011 | 1/6/2011 | JA_005018-JA_005052 | | X | | |
| 131 | H. 3003: House Journal, Introduced and read first time/Referred to Committee on Judiciary | 1/11/2011 | JA_000018-JA_000022 | | X | | |
| 132 | S. 1: Senate Journal, Introduced and read first time/Referred to Committee on Judiciary | 1/11/2011 | JA_000485-JA_000487 | | X | | |
| 133 | H. 3003: House Journal, Member(s) request name added as sponsor: Atwater | 1/12/2011 | JA_000023-JA_000024 | | X | | |
| 134 | House Election Laws Subcommittee Minutes | 1/13/2011 | SC_00101016 | | X | | |
| 135 | Letter, League of Women Voters to Sub-Committee | 1/13/2011 | JA_001689-JA_001690 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 136 | H. 3003: House Journal, Member(s) request name added as sponsor: Henderson, Quinn, Tallon, Patrick,J.R.Smith, Hixon, Taylor, Young, Bedingfield, Corbin, Pitts, Chumley, Spires, Pope, Bikas, Pinson | 1/18/2011 | JA_000025-JA_000026 | | X | | |
| 137 | Transcript, Senate Judiciary Committee File 1 of 2: January 18, 2011, January 25, 2011 | 1/18/2011 | JA_005053-JA_005114 | | X | | |
| 138 | Transcript, Senate Judiciary Committee File 2 of 2: January 18, 2011, January 25, 2011 | 1/18/2011 | JA_005115-JA_005201 | | X | | |
| 139 | H. 3003: House Journal, Committee report: Favorable with amendment Judiciary | 1/19/2011 | JA_000027-JA_000030 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 140 | H. 3003: Bill Text, Committee Report | 1/19/2011 | JA_000031-JA_000047 | | X | | |
| 141 | H. 3003: House Journal, Member(s) request name added as sponsor: D.C. Moss | 1/20/2011 | JA_000048-JA_000049 | | X | | |
| 142 | Memo from the Office of State Budget, Budget and Control Board to The Hon. James H. Harrison re: Fiscal Impact Statement on Bill No. H.3003 | 1/24/2011 | SC_00012106-SC_00012107 | | X | | |
| 143 | Letter with enclosure from H.B. Limehouse, Jr. to the Hon. Bakari Sellers re: fiscal impact to SCDOT from H.3003 | 1/25/2011 | SC_00094148-SC_00094149 | | X | | |
| 144 | H. 3003: House Journal, Member(s) request name added as sponsor: Erickson, Willis/Objection by Rep. Cobb‑Hunter and Sellers/Requests for debate‑Rep(s). Clemmons, Crawford, JE Smith, Hart, Govan, McEachern, Erickson, Brantley, King, Jefferson, Munnerlyn, Forrester, Parker, Allison, Mack, Mitchell, Bikas, DC Moss, JR Smith, Hixon, Taylor, Young, RL Brown, GA Brown, Anderson, Clyburn, Hosey, Brannon, Hayes, Battle, Gilliard, McCoy, Stringer, Sandifer, Whitmire, VS Moss, Nanney, Bedinfield, Henderson, Allen, Hearn, Dillard, Corbin, Hardwick, Loftis, Pope, Whipper, Ott, and Vick | 1/25/2011 | JA_000050-JA_000054 | | X | | |
| 145 | House Journal, 119th Gen. Assembly, 1st Sess., at 646-49 (statement of Rep. Sellers) | 1/26/2011 | SC_00086299-SC_00086302 | | X | | |
| 146 | House Journal, 119th Gen. Assembly, 1st Sess., at 652-53 (proposed amendment by Rep. McEacham) | 1/26/2011 | SC_00086305-SC_00086306 | | X | | |
| 147 | House Journal, 119th Gen. Assembly, 1st Sess., at 656-57 (proposed amendment by Rep. Smith) | 1/26/2011 | SC_00086309-SC_00086310 | | X | | |
| 148 | House Journal, Jan. 26, 2011, at 673 (Statement of Rep. Brown). | 1/26/2011 | SC_00086306 | | X | | |
| 149 | House Journal, Jan. 26, 2011 | 1/26/2011 | SC_00094325 | X | | | |
| 150 | Email with attachment from Janet Reynolds to Chris Whitmire, Subject: RE: fiscal impact for 3003 | 1/26/2011 | SC_00024223-SC_00024225 | | X | | |
| 151 | H. 3003: House Journal, Member(s) request name added as sponsor: Brady, Herbkersman, Nanney, Brannon, Whitmire/Amended/Read second time/Roll call Yeas‑74 Nays‑45 | 1/26/2011 | JA_000055-JA_000093 | | X | | |
| 152 | H. 3003: Bill Text, Amended | 1/26/2011 | JA_000094-JA_000109 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 153 | Transcript, House Legislative Hearings: Special Public Service/South Carolina Voting Rights(900001/2608): January 26, 2011, April 6, 2011 | 1/26/2011 | JA_005202-JA_005419 | | X | | |
| 154 | House Journal, Jan. 27, 2011 (Statement of Rep. Whipper). | 1/27/2011 | SC_00087340-SC_00087341 | | X | | |
| 155 | H. 3003: House Journal, Read third time and sent to Senate | 1/27/2011 | JA_000110-JA_000114 | | X | | |
| 156 | H. 3003: Senate Journal, Introduced and read first time/Referred to Committee on Judiciary | 1/27/2011 | JA_000115-JA_000118 | | X | | |
| 157 | Email from Alan Clemmons to George Edwards and Joe Dugan re: House and Senate versions of voter ID bill | 1/30/2011 | SC_00000774-SC_00000776 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Edwards and Dugan | Will not be offered for truth of the matters asserted by Edwards or Dugan. |
| 158 | S.C. State Human Affairs Comm'n, Annual Report to the General Assembly: The Status of Equal Employment Opportunity in South Carolina State Government (2011) | 2/1/2011 | N/A | | X | Relevance | Probative of legislative purpose, specifically legislators' knowledge of higher proportion of African-Americans in state workforce when deciding whether to include state IDs as an acceptable form of identification. |
| 159 | Transcript, Senate Judiciary Committee, File 1 of 2: February 1, 2011 | 2/1/2011 | JA_005420-JA_005467 | | X | | |
| 160 | Transcript, Senate Judiciary Committee, File 2 of 2: February 1, 2011 | 2/1/2011 | JA_005468-JA_005509 | | X | | |
| 161 | Memo from Office of the State Budget, Budget and Control Board to The Hon. Glenn McConnell re: Fiscal Impact of Voter ID | 2/2/2011 | SC_00098016 | X | | | |
| 162 | H. 3003: Bill Text, Committee Report | 2/2/2011 | JA_000119-JA_000148 | | X | | |
| 163 | H. 3003: Bill Text, Committee Report (SEC February 3, 2011) | 2/3/2011 | JA_000149-JA_000178 | | X | | |
| 164 | Letter from Marci Andino to Sen. Chip Campsen re: February 3, 2011 inquiry regarding registrations to vote in more than one state | 2/4/2011 | SC_00099930-SC_00099931 | | X | | |
| 165 | Email from Alan Clemmons to Joe Dugan re:  voter ID bill as priority | 2/6/2011 | SC_00000783-SC_00000784 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | Will not be offered for truth of the matters asserted by Dugan. |
| 166 | Email from Alan Clemmons to George Edwards re: political pressure for voter ID bill | 2/7/2011 | SC_00000787-SC_00000789 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Edwards | Will not be offered for truth of the matters asserted by Edwards. |
| 167 | Letter from George Campsen to J. Christian Adams | 2/8/2011 | SC_00099932 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 168 | H. 3003: Senate Journal, Motion For Special Order Failed/Roll call Ayes–25 Nays–15 | 2/8/2011 | JA_000179-JA_000183 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 169 | Transcript, South Carolina State Senate Session: February 8, 2011 | 2/8/2011 | JA_005510-JA_005617 | | X | | |
| 170 | H. 3003: Senate Journal, Motion For Special Order Failed/Roll call Ayes–26 Nays–14 | 2/9/2011 | JA_000184-JA_000188 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 171 | Transcript, South Carolina State Senate Session: February 9, 2011 | 2/9/2011 | JA_005618-JA_005740 | | X | | |
| 172 | H. 3003: Senate Journal, Special order, set for February 10, 2011/Roll call Ayes–26 Nays–17 | 2/10/2011 | JA_000189-JA_000193 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 173 | Transcript, South Carolina State Senate Session: February 10, 2011 | 2/10/2011 | JA_005741-JA_005789 | | X | | |
| 174 | Email from Alan Clemmons to Earl Capps re:  political pressure for voter ID bill and comparison to other states | 2/11/2011 | SC_00000792 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Capps | Will not be offered for truth of the matters asserted by Capps. |
| 175 | H. 3003: Senate Journal, Debate interrupted | 2/15/2011 | JA_000194-JA_000197 | | X | | |
| 176 | Transcript, South Carolina State Senate Session: February 15, 2011 | 2/15/2011 | JA_005790-JA_005876 | | X | | |
| 177 | Senate Journal, Feb. 16, 2011 (Amendment No. P1) | 2/16/2011 | SC_00088249 | | X | | |
| 178 | H. 3003: Senate Journal, Debate interrupted | 2/16/2011 | JA_000198-JA_000204 | | X | | |
| 179 | Transcript, South Carolina State Senate Session: February 16, 2011 | 2/16/2011 | JA_005877-JA_006069 | | X | | |
| 180 | H. 3003: Senate Journal, Debate interrupted | 2/17/2011 | JA_000205-JA_000212 | | X | | |
| 181 | Transcript, South Carolina State Senate Session: February 17, 2011 | 2/17/2011 | JA_006070-JA_006197 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 182 | H. 3003: Senate Journal, Debate interrupted | 2/22/2011 | JA_000213-JA_000217 | | X | | |
| 183 | Transcript, South Carolina State Senate Session: February 22, 2011 | 2/22/2011 | JA_006198-JA_006229 | | X | | |
| 184 | Email chain between Rep. Alan Clemmons and Lanneau Siegling re: passage of Voter ID bill | 2/23/2011 | SC_00000853-SC_00000855 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Siegling | Not offered for truth of the matter asserted by Siegling. |
| 185 | Email chain between Rep. Alan Clemmons and Lanneau Siegling re: weakening of Voter ID bill | 2/23/2011 | SC_00000857-SC_00000859 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Siegling | Not offered for truth of the matter asserted by Siegling. |
| 186 | Senate Journal, Feb. 23, 2011 (Amendment No. P4) | 2/23/2011 | SC_00087625 | | X | | |
| 187 | H. 3003: Senate Journal, Committee Amendment Amended and Adopted/Read second time/Roll call Ayes‑26 Nays‑15 | 2/23/2011 | JA_000218-JA_000252 | | X | | |
| 188 | H. 3003: Bill Text, Committee Amendment Amended and Adopted | 2/23/2011 | JA_000253-JA_000269 | | X | | |
| 189 | Transcript, House Legislative Hearings: Special Public Service/South Carolina Voting Rights(900001/2608): February 23, 2011, February 24, 2011, April 13, 2011, May 6,2011, May 11, 2011 | 2/23/2011 | JA_006230-JA_006572 | | X | | |
| 190 | H. 3003: Senate Journal, Read third time and returned to House with amendments/Roll call Ayes‑24Nays‑15 | 2/24/2011 | JA_000270-JA_000298 | | X | | |
| 191 | H. 3003: Bill Text, Committee Amendment Amended and Adopted (SEC February 24, 2011) | 2/24/2011 | JA_000299-JA_000315 | | X | | |
| 192 | Transcript, House Legislative Hearings: Special Public Service/South Carolina Voting Rights(900001/2608): February 24, 2011 | 2/24/2011 | JA_006573-JA_006593 | | X | | |
| 193 | H. 3003: Bill Text, Committee Amendment Amended and Adopted (SEC February 25, 2011) | 2/25/2011 | JA_000316-JA_000332 | | X | | |
| 194 | Email from Alan Clemmons to Joe Dugan re:  voter ID bill constitutional issues | 2/27/2011 | SC_00000884-SC_00000887 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | Will not be offered for truth of the matters asserted by Dugan. |
| 195 | H. 3003: House Journal, Debate adjourned until Thursday, March 3, 2011 | 3/2/2011 | JA_000333-JA_000335 | | X | | |
| 196 | H. 3003: House Journal, Debate adjourned until Tuesday, March 8, 2011 | 3/3/2011 | JA_000336-JA_000338 | | X | | |
| 197 | Statement of Sen. Gerald Malloy on Voter ID Bill | 3/7/2011 | SC_00156114-SC_00156115 | | X | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for the truth of the matter asserted, legislator's public statement is circumstantially trustworthy under FRE 807 and any challenge to reliability should go to weight. |
| 198 | Email from Alan Clemmons to Patrick Dennis re: Voter ID amendment | 3/8/2011 | SC_00000893 | X | | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 199 | H. 3003: House Journal, Debate adjourned until Wednesday, March 9, 2011 | 3/8/2011 | JA_000339-JA_000341 | | X | | |
| 200 | H. 3003: House Journal, Debate adjourned on amendments | 3/9/2011 | JA_000342-JA_000344 | | X | | |
| 201 | H. 3003: House Journal, Debate adjourned on amendments | 3/10/2011 | JA_000345-JA_000348 | | X | | |
| 202 | H. 3003: House Journal, Debate adjourned on Senate amendments until Wednesday, March 30, 2011 | 3/29/2011 | JA_000349-JA_000351 | | X | | |
| 203 | H. 3003: House Journal, Debate adjourned on Senate amendments until Thursday, March 31, 2011 | 3/30/2011 | JA_000352-JA_000354 | | X | | |
| 204 | H. 3003: House Journal, Debate adjourned on amendments | 3/31/2011 | JA_000355-JA_000357 | | X | | |
| 205 | H. 3003: House Journal, Debate adjourned on Senate amendments until Wednesday, April 6, 2011 | 4/5/2011 | JA_000358-JA_000360 | | X | | |
| 206 | H. 3003: House Journal, Senate amendment amended/Returned to Senate with amendments | 4/6/2011 | JA_000361-JA_000382 | | X | | |
| 207 | H. 3003: Bill Text, Amended--Not Printed in the House | 4/6/2011 | JA_000383-JA_000390 | | X | | |
| 208 | Email chain between Alan Clemmons to Joe Dugan re: Fwd: Action Alert ? We need your help on the Voter ID Bill | 4/7/2011 | SC_00000908-SC_00000910 | X | | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | There is no statement by Dugan in this document. |
| 209 | Email from Mary Ann Taylor to Glenn McConnell re: voter ID bill political pressure and provisions | 4/7/2011 | SC_00045057-SC_00045059 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Taylor | Will not be offered for truth of the matters asserted by Taylor. |
| 210 | Email, Alan Clemmons to Ralph Panzrino | 4/7/2011 | JA_001478-JA_001479 | | X | | |
| 211 | Email, Martin, Joe and Kathryn to Alan Clemmons | 4/7/2011 | JA_001695-JA_001697 | | X | | |
| 212 | Email, Clemmons to distribution list | 4/7/2011 | JA_001731-JA_001732 | | X | | |
| 213 | Senate Journal excerpt – Statement by Senators McConnell, Campsen, et al. | 4/13/2011 | SC_00087841 | | X | | |
| 214 | Senate Journal Statements | 4/13/2011 | SC_00094151-SC_00094162 | | X | | |
| 215 | H. 3003: Senate Journal, Non‑concurrence in House amendment/Roll call Ayes‑28 Nays‑15 | 4/13/2011 | JA_000391-JA_000397 | | X | | |
| 216 | Email, Whitmire to Andino | 4/13/2011 | JA_001724-JA_001726 | | X | | |
| 217 | Email chain between aide Danny Verat and Rep. Lee Bright re: constituent email | 4/14/2011 | SC_00100059-SC_00100060 | | X | Hearsay to the extent offered for the truth of the matter asserted | Opposing party statements |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 218 | H. 3003: House Journal, House insists upon amendment and conference committee appointedReps. Clemmons, Lucas, and Merrill | 4/14/2011 | JA_000398-JA_000400 | | X | | |
| 219 | H. 3003: Senate Journal, Conference committee appointed McConnell, Campsen, and Scott | 4/14/2011 | JA_000401-JA_000403 | | X | | |
| 220 | Email from Alan Clemmons to Joe Dugan re: voter ID bill conference committee | 4/15/2011 | SC_00000942-SC_00000944 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | Will not be offered for truth of the matters asserted by Dugan. |
| 221 | Email from Alan Clemmons to Joe Dugan re: voter ID bill political pressure | 4/15/2011 | SC_00000945-SC_00000947 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Dugan | Will not be offered for truth of the matters asserted by Dugan. |
| 222 | Letter from J. Christian Adams to George Campsen | 4/18/2011 | SC_00099926-SC_00099927 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for truth of the matter asserted |
| 223 | House Conference Report | 4/20/2011 | SC_00070568-SC_00070574 | X | | | |
| 224 | Email from Chris Whitmire to Stephen Largen re: Info request | 4/20/2011 | SC_00024367-SC_00024369 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Largen | Not offered for truth of matters asserted by Largen. |
| 225 | Email from Annie Phelps to Kevin Schwedo, Subject: RE: voter id bill 3003 | 4/20/2011 | SC_00059560 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Phelps | Opposing party statement; excited utterance |
| 226 | Letter from Colonel Kevin Shwedo to Glenn McConnell, George Campsen III, and John Scott, Jr. re: cost and impact of voter ID bill | 4/20/2011 | SC_00098054-SC_00098056 | | X | | |
| 227 | Email from Wendy Nicholas to Rolf Dolder, re: Voter ID H. 3003 | 4/20/2011 | SC_00078922-SC_00078923 | | X | | |
| 228 | Letter, Shwedo, DMV, to Sens. McConnell, Campsen, and Scott | 4/20/2011 | JA_001737-JA_001737 | | X | | |
| 229 | Email from Edwin Taylor to Bobby Harrell, Subject: Re: Huge Victory for Voter ID! | 4/22/2011 | SC_00093882-SC_00093884 | | X | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for the truth of the matter asserted, it is an opposing party statement |
| 230 | H. 3003: House Journal, House conference report received and adopted/Roll call Yeas-71 Nays-36 | 4/26/2011 | JA_000404-JA_000416 | | X | | |
| 231 | Statehouse Report of Apr. 29 on Redistricting | 4/29/2011 | SC_00143629-SC_00143631 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Tends to show redistricting overlapped with R54 (purpose); not offered for truth of the matter asserted |
| 232 | Clemmons Intervenor Dep. Ex. 4 (Spartanburg Tea Party website - "A little SWAG from the convention") | 5/8/2011 | N/A | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Rep. Clemmons' statement comes from an opposing party. His views about the Obama administration are relevant to the purpose behind R54, as voter ID was first proposed after the 2008 elections, to be implemented for the 2012 elections. The newspaper article is circumstantially trustworthy under FRE 807, as Rep. Clemmons verified its reportage under oath. |
| 233 | Senate Journal excerpt – Remarks by Senator Campsen | 5/10/2011 | SC_00145093-SC_00145103 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 234 | H. 3003: Senate Journal, Conference report received and adopted/Roll call Ayes-26 Nays-16/Orderedenrolled for ratification | 5/11/2011 | JA_000417-JA_000450 | | X | | |
| 235 | H. 3003: Bill Text, Conference Committee Report Adopted--Not Printed | 5/11/2011 | JA_000451-JA_000460 | | X | | |
| 236 | H. 3003: House Journal, Ratified R 54 | 5/17/2011 | JA_000461-JA_000468 | | X | | |
| 237 | Voter ID Action Plan (Draft) | 5/19/2011 | SC_00017674-SC_00017678 | X | | | |
| 238 | SEC Voter Registration & Election Commission Handbook | 5/20/2011 | SC_00080512-SC_00080664 | X | | | |
| 239 | Email from Donna Mahn to Chris Whitmire re: requirements for ID at DMV | 5/26/2011 | SC_00017733-SC_00017734 | X | | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for truth of the matter asserted, statement is one of present intention to commit future acts. |
| 240 | Table of Registered Voters and ID status by County | 5/26/2011 | SC_00029752-SC_00029754 | | X | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for truth of the matter asserted, Whitmire authenticated the document as an SEC study in his deposition, where it was introduced as an exhibit.  Whitmire Dep. U.S. Ex. 2.  As such, it is admissible as a statement of party-opponent. |
| 241 | Email from Jay Smith to Bryan Stirling, John W. McIntosh, Bob Cook, Sonny Jones, Patricia Simmons re: preclearance submission | 6/13/2011 | SC_00112482-SC_00112483 | | X | | |
| 242 | Email from Brian Leach to Marci Andino, subject: Fwd: Photo Voter Registration Cards | 6/28/2011 | SC_00070875-SC_00070876 | X | | | |
| 243 | Letter, Clemmons to Smith | 6/28/2011 | JA_001729-JA_001729 | | X | | |
| 244 | Senate Journal excerpt – Remarks by Senator Campsen | 6/29/2011 | SC_00145087-SC_00145092 | | X | | |
| 245 | Memorandum of Telephonic Communications with Rep. Gilda Cobb-Hunter | 7/12/2011 | USA_00000419 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection. Legislator's first-hand account to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden and legislative purpose given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures. Any challenge to reliability should go to weight. |
| 246 | Letter from Marci Andino to Sen. John C. Land re: inquiry regarding voter fraud | 7/13/2011 | SC_00070975 | X | | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 247 | Memorandum of Telephonic Communication with Raymond Rutherford | 7/20/2011 | USA_00000412 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 248 | Memorandum of Telephonic Communication with Dr. Brenda Williams | 7/20/2011 | USA_00000408-USA_00000409 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 249 | Email from D.C. James to Gladys Wallace; Subject: FW: VOTER ID REQUIRED IN SC | 7/21/2011 | SCNAACP0000000138 - SCNAACP0000000139 | | X | Hearsay to the extent offered for the truth of the matter asserted | Without conceding the objection, Intervenors will strike this exhibit. |
| 250 | OpEd by Phillip Lowe | 7/22/2011 | N/A | X | | Objection as to relevance | Tends to show legislators' understanding of the effects of suppressing minority votes on their electoral chances, which is relevant to purpose |
| 251 | Letter from Brett Bursey to Ronald and Mary Bain re: matters related to identification | 7/31/2011 | ACLU_00000119-ACLU_00000120 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for the truth of the matter asserted |
| 252 | Comment: Section 5 Submission from ACLU & exhibits | 8/5/2011 | USA_00001067-USA_00001090 | | X | Hearsay to the extent offered for the truth of the matter asserted | Well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  Any challenge to reliability should go to weight. |
| 253 | Email from Carole Cato to SHAW, TODD; grated@email.sc.edu; DC JAMES; Subject: Re: Voter ID—Student registration and voting | 8/8/2011 | SCNAACP0000000113 | | X | Hearsay to the extent offered for the truth of the matter asserted | Email forwards an opposing party statement by Chris Whitmire |
| 254 | Letter from Robert Cook, South Carolina Deputy Attorney General to Marci Andino | 8/16/2011 | SC_00018003-SC_00018007 | X | | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 255 | Brett Bursey, South Carolina Progressive Network, Comment on R54 and attachments | 8/16/2011 | USA_00001011-USA_00001030 | | X | Hearsay to the extent offered for the truth of the matter asserted | First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 256 | Email from Chris Whitmire to Brian Leach and Marci Andino re: Sample Card for Photo ID Mailer | 8/18/2011 | SC_00013129-SC_00013130 | | X | | |
| 257 | Email from Brian Leach to Chris Whitmire and Marci Andino Re: Sample Card for Photo ID Mailer | 8/18/2011 | SC_00018018-SC_00018019 | | X | | |
| 258 | Email from Kevin Schwedo to Phleisha Lewis, cc'ing others, Subject: re: Tucker Summary Letter | 8/24/2011 | SC_00059593-SC_00059595 | | X | Hearsay to the extent offered for the truth of the matter asserted | Opposing party statement |
| 259 | Section 5 Comment Letter from the Hon. Gerald Malloy & exhibits to footnotes tabs 1 (comparison of legislative priorities from 2008-2009); 6 (email and attachment re: reasons for license suspensions); and 8 (email and attachment re: data on license suspensions) | 8/25/2011 | USA_00000703-USA_00000716; USA_00000724-55; USA_00000789-92; USA_00000797-808 | | X | Hearsay to the extent offered for the truth of the matter asserted | Recorded recollection.  Legislators' well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden and legislative purpose given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 260 | Email Section 5 Comment from Dr. Brenda Williams identifying additional individuals unable to procure photo ID and efforts undertaken to help them obtain ID | 8/25/2011 | USA_00017108-USA_00017109 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 261 | Email from Chip Campsen to Jim Davis re: use of utility bill | 8/27/2011 | SC_00138642-SC_00138643 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by Davis | Not offered for truth of matters asserted by Davis |
| 262 | Email from Dr. Brenda Williams to DOJ re: Willie Blair inability to procure birth certificate for ID | 8/27/2011 | USA_00017190-USA_00017191 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 263 | Section 5 Submission to the DOJ from the Legislative Black Caucus | 8/29/2011 | USA_00000958-USA_00000959 | | X | Hearsay to the extent offered for the truth of the matter asserted | Recorded recollection.  Legislators' submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden and legislative purpose given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarants, who were listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 264 | Comment Letter from SC State Conference of NAACP | 8/29/2011 | USA_00000953-USA_00000957 | | X | Hearsay to the extent offered for the truth of the matter asserted | Well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 265 | Email from Brett Bursey to vot1973c(CRT); Subject 2011-2495 Comment | 8/29/2011 | USA_00000960-USA_00000964 | | X | Hearsay to the extent offered for the truth of the matter asserted | Well-researched submission to DOJ has circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time. The State has had ample notice of the document and opportunity to depose the declarant on the document during his deposition.  Any challenge to reliability should go to weight. |
| 266 | Letter from Dr. Lonnie Randolph, Jr. and Dwight C. James to Mr. T. Christian Herren Re: Comment: South Carolina Section 5 Submission No. 2011-2495 | 8/29/2011 | SCNAACP0000000095-SCNAACP0000000098 | | X | Hearsay to the extent offered for the truth of the matter asserted | Exhibit duplicates #264 and Intervenors will strike |
| 267 | Email from Scott Marshall to Chris Whitmire re: Beaufort County | 8/30/2011 | SC_00018065-SC_00018066 | | X | Hearsay to the extent offered for the truth of the matter asserted | To the extent offered for truth of the matter asserted, statements by Scott Marshall are opposing party statements |
| 268 | Email from Betsy Hatman to Jimmy Earley, Subject: FW: Voter/DMV Id Comparison | 8/30/2011 | SC_00002727-SC_00002731 | | X | | |
| 269 | SC DMV Press Release | 8/31/2011 | SC_00084625-SC_00084630 | X | | | |
| 270 | Press Release - DMV Offers Transportation to Citizens Seeking Photo ID Cards | 8/31/2011 | SC_00059607-SC_00059612 | | X | | |

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**
**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 271 | Email from Dr. Brenda Williams to DOJ re: Vitalchek credit card requirements for obtaining documents required for securing ID | 9/2/2011 | USA_00017091-USA_00017093 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 272 | Emails between Rep. Phillip Lowe and Nick McCormac re: SLED remark to Dr. Williams | 9/2/2011 | SC_00159689-SC_00159690 | | X | Hearsay to the extent offered for the truth of the matter asserted as to statements by McCormac | Not offered for truth of the matter asserted by McCormac |
| 273 | Letter from Kevin Schwedo to Marci Andino re U.S. Department of Justice Request about Identification Cards Requirement | 9/2/2011 | SC_00060621-SC_00060623 | | X | | |
| 274 | Email from Dr. Brenda Williams to DOJ forwarding communications with SC DMV regarding obtaining card for Clyde Nathaniel | 9/4/2011 | USA_00016976-USA_00016981 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 275 | Letter from Marci Andino to C. Havird Jones, DOJ | 9/13/2011 | SC_00015781–SC_00015815 | | X | | |
| 276 | Email from J. Reynolds to C. Whitmire (SEC) re: updates to accountability report | 9/13/2011 | SC_00024478 | | X | | |
| 277 | Attachment to email from J. Reynolds to C. Whitmire containing accountability report updates for 2011 | 9/13/2011 | SC_00024479-SC_00024483 | | X | Relevance | Tends to show the SEC has insufficient capacity to implement Act R54 in a non-retrogressive manner |
| 278 | Email from Jeffrey Sanderson to Kevin Shwedo, Subject: Jury Pool Numbers and 178K numbers | 9/16/2011 | SC_00116917-SC_00116918 | X | | | |
| 279 | SC DMV Press Release | 9/27/2011 | SC_00001717-SC_00001719 | X | | | |
| 280 | Email with attachment from Chris Whitmire to Jay Smith re: DMV Comparison - Race Statistics Compared to Total VR | 9/27/2011 | SC_00142402 | | X | | |
| 281 | Email from Jeffrey Sanderson to Beth Parks, re: Second Draft | 9/27/2011 | SC_00059061-SC_00059063 | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 282 | Email from Dr. Brenda Williams to DOJ re: aiding individuals procure ID and barriers faced, such as limited transportation to DMV | 9/29/2011 | USA_00002057-USA_00002058 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 283 | Email from Chris Whitmire to Michael Cooper re: comparison statistics | 9/30/2011 | SC_00018173-SC_00018174 | | X | | |
| 284 | Email from Dr. Brenda Williams to DOJ re: difficulties in obtaining absentee ballots | 10/1/2011 | USA_00001988-USA_00001990 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 285 | Email w/attachments from Jeffrey R. Sanderson to Kevin Shwedo | 10/6/2011 | SC_00059694-SC_00059702 | | X | | |
| 286 | Email with attachment from Chris Whitmire to Marci Andino and DeAnne Gray, Subject: RE: Precinct Data | 10/19/2011 | SC_00061141-SC_00061142 | | X | | |
| 287 | Letter, DMV Response to FOIA Request | 10/25/2011 | JA_001698-JA_001703 | | X | | |
| 288 | Letter from C. Havird Jones, Jr. to Mr. T. Christian Herren, Jr. re:  Request for additional information relating to Act. R54 (A27 H3003) of 2011, DOJ File No. 2011-2495 | 10/26/2011 | SC_00080978-SC_00081024 | | X | | |
| 289 | "Voter ID ads overlook absentee option" by Jim Davenport, Associated Press | 10/26/2011 | SC_00159231-SC_00159232 | | X | Hearsay to the extent offered for the truth of the matter asserted | Opposing party statements by Chris Whitmire.  The newspaper article is circumstantially trustworthy under FRE 807, as Mr. Whitmire verified its reportage under oath. |
| 290 | Email from Dr. Brenda Williams to DOJ re: individuals who have sought help to procure ID and attorneys helping individuals obtain birth certificates | 11/2/2011 | USA_00001963-USA_00001965 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**
**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 291 | Letter from Marci Andino to C. Havird Jones, Jr. re: Support for expedited consideration (ECF No. 50-7) | 11/2/2011 | N/A | | X | | |
| 292 | Letter from Chris Whitmire to The Editor re: S.C. Election Commission | 11/2/2011 | SC_00063843 | | X | | |
| 293 | Letter from Marci Andino to Les Boles re: submission of budget request for 2012-13 fiscal year for the State Election Commission | 11/18/2011 | N/A | | X | | |
| 294 | Email from Dr. Brenda Williams to DOJ re: Naomi Rutherford, Raymond Rutherford, and other individuals lacking ID | 11/21/2011 | USA_00001953-USA_00001955 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 295 | Letter from Marci Andino to Kevin Shwedo re:  DMV Efforts in Voter Analysis | 11/22/2011 | SC_00001784 | | X | | |
| 296 | Memorandum of Telephonic Communication with Dr. Brenda Williams | 11/29/2011 | USA_00000349-USA_00000350 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 297 | Memorandum of Telephonic Communication with Dwight James and Lonnie Randolph | 11/29/2011 | USA_00000351-USA_00000352 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarants, one of whom was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 298 | Comment, Section 5 Submission from Brennan Center, Lawyers' Committee, and ACLU | 12/7/2011 | USA_00001781-USA_00001788 | | X | Hearsay to the extent offered for the truth of the matter asserted | Well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  Any challenge to reliability should go to weight. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 299 | Email from Dr. Brenda Williams re: concerns over intimidation for reasonable impediment affidavit | 12/8/2011 | USA_00017151-USA_00017152 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 300 | Attached photograph to Williams email | 12/8/2011 | USA_00017153 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Present sense impression.  Tends to show African-Americans who are burdened by R54. |
| 301 | Email from Dr. Brenda Williams to DOJ re: additional barrier, in light of literacy levels of those lacking ID, posed by requiring voter to provide written explanation of reasonable impediment to vote provisional ballot | 12/13/2011 | USA_00017149-USA_00017150 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 302 | Email from Dr. Brenda Williams to DOJ re: African-Americans seeking help and expressing desire to avoid going to polls because of anticipated intimidation | 12/14/2011 | USA_00002000-USA_00002001 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 303 | State Election Commission - December 14, 2011 Meeting | 12/14/2011 | SC_00145644-SC_00145646 | X | | | |
| 304 | Senate Democratic Caucus Additional Submission 2 (attempts to amend legislation and supporting documentation) | 12/16/2011 | USA_00000556-USA_00000655 | | X | Hearsay to the extent offered for the truth of the matter asserted | The senators' statements to DOJ (cover letter and timeline) are circumstantially trustworthy under FRE 807; the rest of the exhibit consists of public records. |
| 305 | Hon. Gerald Malloy, Supplemental Comment Under Section 5 and attached exhibits in tab 33 | 12/20/2011 | USA_00001693-USA_00001696; USA_00001721-USA_00001731 | | X | Hearsay to the extent offered for the truth of the matter asserted | Recorded recollection.  Legislator's well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 306 | Email w/attachment from Jay Smith to vot1973@usdoj.gov, Cc'ing Sonny Jones, Subject: Section 5 File No. 2011-2495 (SC Voter ID): Letter from SC MV regarding data SCEC update to AttyGen.PF | 12/21/2011 | SC_00059799-SC_00059802 | | X | | |
| 307 | Affidavits, Gerald Malloy; John C. Land, III, and Kent M. Williams | 12/21/2011 | JA_001713-JA_001723 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 308 | Email from Dr. Brenda Williams to DOJ re: Raymond and Naomi Rutherford Gordon efforts to obtain birth certificate | 12/22/2011 | USA_00001942 - USA_00001943 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 309 | Email from Dr. Brenda Williams to DOJ re: Kenneth Williams inability to procure ID | 12/22/2011 | USA_00001959-USA_00001960 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 310 | Email from Dr. Brenda Williams to DOJ re: additional individuals lacking ID and unable to procure it | 1/7/2012 | USA_00002865-USA_00002866 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  Any challenge to reliability should go to weight. |
| 311 | Email from Dr. Brenda Williams to DOJ re: Junior Glover inability to procure ID | 1/7/2012 | USA_00002872-USA_00002874 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 312 | Email from Kevin Schwedo to William Neiswonger, cc'ing Jeffrey Sanderson, Subject: RE: Date Last voted is available in the data provided by SCSEC | 1/9/2012 | SC_00116892-SC_00116893 | | X | | |
| 313 | Email from Marci Andino to Alan Clemmons re: Photo ID – Leter with Dec Comparison Data | 1/10/2012 | SC_00001092-SC_00001095 | | X | | |
| 314 | Letter with attachment from Marci Andino to C. Havird Jones, Jr. re: List of voters without verified ID | 1/10/2012 | SC_00001093, SC_00001095, SC_00001099-SC_00001122 | | X | | |
| 315 | Email from Chris Whitmire to Jim Davenport re: Dead people voting? | 1/11/2012 | SC_00027167-SC_00027169 | | X | | |
| 316 | Email from Chris Whitmire to Marci Andino re: please call | 1/11/2012 | SC_00027135-SC_00027136 | | X | | |
| 317 | Email from Brian Leach to Janet Reynolds | 1/12/2012 | SC_00084513-SC_00084514 | | X | | |
| 318 | Email from Dr. Brenda Williams to DOJ re: Junior Glover and other individuals without ID depicted on CBS evening news | 1/16/2012 | USA_00002851-USA_00002852 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time. The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures. Any challenge to reliability should go to weight. |
| 319 | Email from Dr. Brenda Williams forwarding communication from Philip Lowe re: using SLED rewards to fund operation | 1/18/2012 | USA_00002846-USA_00002847 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Rep. Lowe's email is an opposing party statement. Dr. William's statement is circumstantially trustworthy under FRE 807 per the above responses. Rep. Lowe's suggestion to have Dr. Williams' clients who lack ID arrested is at best callous, at worst racist, and is therefore relevant to show purpose under the first and fifth Arlington Heights prongs |
| 320 | Email to DOJ re: Amanda Wolf and attachment of letter sent to Judge Ruben L. Grey | 1/19/2012 | USA_00017026-USA_00017028 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time. The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures. Any challenge to reliability should go to weight. |
| 321 | State Election Commission - January 27, 2012 Meeting | 1/27/2012 | SC_00145653-SC_00145654 | | X | | |

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**
**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 322 | Email from Dr. Brenda Williams to DOJ re: voter registration efforts and aiding others procure birth certificates | 1/28/2012 | USA_00002898-USA_00002901 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 323 | Email from Dr. Brenda Williams to DOJ identifying registered voters lacking photo ID who sought help in obtaining it | 2/8/2012 | USA_00002877-USA_00002881 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 324 | Quote for Services; voter registration application form | 2/10/2012 | SC_00084522-SC_00084524 | | X | | |
| 325 | State Election Commission - February 15, 2012 Meeting | 2/15/2012 | SC_00145638-SC_00145640 | | X | | |
| 326 | Letter from Marci Andino to Hon. Alan Wilson re: partial review of information provided by the S.C. DMV regarding deceased voters | 2/22/2012 | N/A | | X | | |
| 327 | SEC Press Release:  SEC Releases Findings on "Dead Voters" Investigation | 2/22/2012 | SC_00145618-SC_00145619 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Opposing party statement; Paragraph 6 of Clarification Order is inapplicable, as document is neither a declaration nor affidavit. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 328 | Declaration of Junior Glover | 2/23/2012 | ACLU_00000089 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | The State similarly intends to rely on declarations at trial (see S.C. Trial Exhibits at entries 73, 74, 75, 76, 77, and 78).  If the State would let us know the purpose of placing these on your exhibit list, we may be able to resolve the objections. Intervenors understand that the Trial Clarification Order  (Dkt. 164, at ¶6) prohibits any of the parties from obtaining new affidavits or declarations which the other parties have not had an opportunity to review and including them in the Joint or Supplemental Appendices. This declaration was produced to all parties on May 16.  Intervenors intend to rely on this and similar declarations listed to demonstrate how specific individuals would be affected by R54, an issue of central importance.  The State had ample opportunity to depose the declarant.  Intervenors had not sought the deposition of this individual because the affidavit was available, and the Procedures Orders that governed the entire discovery period allowed for the introduction of affidavits and declarations (see Orders of April 26 and July 3 (ECF No. 64, 121  at 5(b)(1)). The affidavit is a recorded recollection, has equivalent circumstantial guarantees of trustworthiness and is a more efficient presentation of cumulative evidence of burden given limited trial time.  Any challenge to its reliability should go to weight. |
| 329 | Declaration of Dr. Brenda Williams, M.D. | 2/23/2012 | ACLU_00000090 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 330 | Declaration of Amanda Elizabeth Wolf | 2/23/2012 | ACLU_00000091 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 331 | Email from Dianne Carraway to Janet Reynolds | 3/27/2012 | SC_00155944-SC_00155945 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 332 | Declaration of Joseph Riley | 3/30/2012 | ACLU_00000093 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 333 | Declaration of Raymond Rutherford | 3/30/2012 | ACLU_00000094 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 334 | Declaration of Daisy Keith | 3/30/2012 | ACLU_00000104 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 335 | Declaration of Dinelle James Oliver | 4/2/2012 | ACLU_00000102 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 336 | Affidavit of Marci Andino - ECF No. 47 | 4/10/2012 | N/A | X | | Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | The State similarly intends to rely on declarations at trial (see S.C. Trial Exhibits at entries 73, 74, 75, 76, 77, and 78).  If the State would let us know the purpose of placing these on its exhibit list, we may be able to resolve the objections. Intervenors understand that the Trial Clarification Order  (Dkt. 164, at ¶6) prohibits any of the parties from obtaining new affidavits or declarations which the other parties have not had an opportunity to review and including them in the Joint or Supplemental Appendices.  This declaration was produced to all parties on April 10, by the State.  Intervenors intend to rely on this and other declarations listed to demonstrate how specific individuals would be affected by R54; an issue of central importance.  The State has had ample opportunity to depose Ms. Andino. |
| 337 | Declaration of Darleen Washington | 4/11/2012 | ACLU_00000103 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 338 | Declaration of Cornella Davis | 4/11/2012 | ACLU_00000100 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 339 | Declaration of Cathline Jennings | 4/13/2012 | ACLU_00000099 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 340 | Declaration of Mozelle Hughes | 4/19/2012 | ACLU_00000095 | | X | | |
| 341 | Declaration of Mr. Janerette S. McQuiller | 4/20/2012 | ACLU_00000097 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |

Case 1:12-cv-00203-CKK-BMK-JDB   Document 186-7   Filed 08/17/12   Page 29 of 37
South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 342 | South Carolina's Initial Disclosures | 4/20/2012 | | | X | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | Document was submitted by counsel in the litigation; this objection appears to be an error ("the identified Bates range"). |
| 343 | Email with Attachments, Alan Clemmons to Patrick Dennis with attachment | 4/20/2012 | JA_001480-JA_001487 | | X | | |
| 344 | Declaration of Mr. Joseph House | 4/21/2012 | ACLU_00000096 | | X | Hearsay to the extent offered for the truth of the matter asserted; Violates Trial Procedures Clarification Order (Dkt. 164) Paragraph 6 | Same response as to #328, above. |
| 345 | Email from Dianne Carraway to Earle Powell, Subject: FW: Question Re; Gov's Budget Recommendations | 4/25/2012 | SC_00154790-SC_00154792 | | X | | |
| 346 | Letter from Bancroft LLP on behalf of SC to T. Christian Herren, DOJ | 4/30/2012 | USA_00017479-USA_00017480, USA_00017498-USA_00017500, USA_00017488-USA_00017496, USA_00017502-USA_00017521, USA_00017523-USA_00017524 | X | | | |
| 347 | Notice of Final Procedures Pursuant to Sections 4, 7 and 8 of Act R54 - ECF No. 65 | 4/30/2012 | N/A | X | | | |
| 348 | SEC, Poll Managers Handbook for the Conduct of Elections, 2012 Edition (Ex. A to DOJ RTA to Plaintiff) | May-12 | N/A | | X | | |
| 349 | Email from Dr. Brenda Williams to Nancy Abudu, Subject:  Fw: File#: 2011-2495 | 5/8/2012 | ACLU_00000003-ACLU_00000005 | | X | Hearsay to the extent offered for the truth of the matter asserted | DMV employee's statement is one by a party opponent. Dr. Williams' first-hand account submitted to DOJ is circumstantially trustworthy under FRE 807.  Document was produced on May 16 and the State has had ample opportunity to depose declarant.  Any challenge to reliability should go to weight. |
| 350 | South Carolina's Objections to Defendant-Intervenors' First Request for Production | 5/9/2012 | | | X | | |
| 351 | South Carolina's Objections to Defendant-Intervenors' First Set of Interrogatories | 5/9/2012 | | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 352 | Defendant-Intervenors' Section 5 Submission No. 2011-2495 | 5/9/2012 | USA_00006227-31 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The information in the submission is relevant to the burden R54 imposes on those without acceptable photo ID.   Any challenge to reliability should go to weight. |
| 353 | South Carolina's Responses to Defendant-Intervenors' First Set of Interrogatories | 5/16/2012 | | | X | | |
| 354 | South Carolina Department of Motor Vehicles  Office and Locations | 5/17/2012 | N/A | | X | | |
| 355 | ACLU Article – Karen Rutherford- Making It Harder for Poor, Black People and College Students to Vote | 5/18/2012 | N/A | | X | Hearsay to the extent offered for the truth of the matter asserted | Statement carries equivalent circumstantial guarantees of trustworthiness under FRE 807.  Plaintiff deposed Ms. Rutherford, introduced the document as an exhibit in her deposition and  had her authenticate, and-examined her on it. Any challenge to reliability should go to weight. |
| 356 | Memorandum of Telephonic Conversation with Matthew Richardson, Sens. Gerald Malloy, John Matthews, John Scott, Bradley Hutto | 5/31/2012 | USA_00018115-USA_00018116 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection. Legislators' first-hand account to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarants, who were listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 357 | Voter Registration & Election Commission Handbook | 6/1/2012 | SC_00159034-SC_00159185 | | X | Hearsay to the extent offered for the truth of the matter asserted | Opposing party statement; public record. |
| 358 | Email from Gladys Wallace regarding Voter Photo ID Town Hall meeting | 6/4/2012 | SCNAACP0000000075 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for truth of the matter asserted |
| 359 | South Carolina's Supplemental Responses to United States and Intervenors' Requests for Production | 6/8/2012 | | | X | | |
| 360 | Memorandum of Telephonic Conversation with Matthew Richardson, Sens. Gerald Malloy, John Matthews, John Scott, and others | 6/11/2012 | USA_00018111-USA_00018112 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression.  Recorded Recollection.  Legislators' first-hand account to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  The State has had ample notice of the document and opportunity to depose the declarants, who were listed on Intervenors' initial disclosures.  Any challenge to reliability should go to weight. |
| 361 | South Carolina's Supplemental Responses to Defendant-Intervenors' Interrogatories 1-2, 16 | 6/11/2012 | | | X | | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 362 | Section 5 Comment from Defendant-Intervenors re: deficiencies in sections 4, 7, and 8 final procedures | 6/12/2012 | USA_00019318-USA_00019325 | | X | Hearsay to the extent offered for the truth of the matter asserted | Well-researched and cited submission to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time.  Any challenge to reliability should go to weight. |
| 363 | Expert Report Initial, Arrington: Declaration of Theordore S. Arrington, Ph.D. | 6/18/2012 | JA_001380-JA_001453 | | X | | |
| 364 | Expert Report Initial, Quinn: Declaration of Kevin M. Quinn | 6/18/2012 | JA_001800-JA_001835 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 365 | Expert Report Initial, Hood: Declaration of M.V. Hood III | 6/19/2012 | JA_001047-JA_001080 | | X | | |
| 366 | Curriculum Vitae, Arrington: Theodore S. Arrington | 6/19/2012 | JA_001454-JA_001471 | | X | | |
| 367 | Expert Report Initial, Burton: Declaration of Oville Vernon Burton | 6/19/2012 | JA_001537-JA_001686 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 368 | Expert Report Initial, Martin: Declaration of Andrew D. Martin, Ph.D. | 6/19/2012 | JA_001759-JA_001791 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 369 | Expert Report Initial, Stewart: Declaration of Charles Stewart III, Ph.D. | 6/26/2012 | JA_001207-JA_001305 | | X | | |
| 370 | Letter from Robert D. Cook to H. Christopher Bartolomucci re: legal opinion on R54 | 6/29/2012 | N/A | X | | | |
| 371 | H.4813 General Appropriations Bill for 2012-13, Part IA, Section 79 | 7/6/2012 | N/A | | X | Relevance | Probative of funds available to SEC for implementation |
| 372 | H.4813 General Appropriations Bill for 2012-13, Part IB | 7/6/2012 | N/A | | X | Relevance | Probative of funds available to SEC for implementation |
| 373 | Maps and schedules of South Carolina public transit systems | 7/20/2012 | PUBTR_00000001-PUBTR_00000287 | | X | Relevance | Tends to show burden R54 imposes in requiring individuals lacking vehicles to travel to county election offices and DMV offices |

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**
**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 374 | Expert ReportSupplemental, Burton: Supplemental Declartion of Orville Vernon Burton | 7/26/2012 | JA_001739-JA_001758 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 375 | Expert ReportSupplemental, Hood: Supplemental Declaration of M.V. Hood III | 7/28/2012 | JA_001081-JA_001097 | | X | | |
| 376 | Expert ReportSupplemental, Arrington: Supplemental Declaration of Theordore S. Arrington, Ph.D. | 7/28/2012 | JA_001488-JA_001517 | | X | | |
| 377 | Expert ReportSupplemental, Martin: Supplemental Declaration of Andrew D. Martin, Ph.D. | 7/28/2012 | JA_001792-JA_001799 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 378 | SC's Objections and Responses to Defendant-Intervenors' Requests for Admissions | 7/31/2012 | | | X | | |
| 379 | Letter, Beeney to Bartolomucci correcting a citation in Dr. Burton's initial expert report of June 19, 2012 | 7/31/2012 | JA_001687-JA_001688 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 380 | Expert Report Rebuttal, Hood: Rebuttal Declaration of M.V. Hood III | 8/3/2012 | JA_001098-JA_001103 | | X | | |
| 381 | Expert Report Rebuttal, Buchanan: Declaration of Scott Eugene Buchanan, Ph.D. | 8/6/2012 | JA_001104-JA_001206 | | X | | |
| 382 | Expert Report Rebuttal, Stewart: Rebuttal Declaration of Charles Stewart III, Ph.D. | 8/6/2012 | JA_001306-JA_001377 | | X | | |
| 383 | Expert Report Rebuttal, Arrington: Rebuttal Declaration of Theordore S. Arrington, Ph.D. | 8/6/2012 | JA_001518-JA_001536 | | X | | |
| 384 | Expert Report Rebuttal, Quinn: Rebuttal Declaration of Kevin M. Quinn | 8/6/2012 | JA_001836-JA_001862 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 385 | Email and attachment from M. Andino to D. James subject: Photo ID slides and Post for Counties | 8/9/2012 | SCNAACP0000000 186 - SCNAACP0000000 198 | | X | | |
| 386 | Voter Citizenship Verification Act (S.304) Status Information | 1/9/2012-12/15/2012 | SC_00084537-SC_00084540 | | X | Relevance | Contemporary legislation to restrict voting against a certain class likely to be minorities is highly relevant to discriminatory purpose under Arlington Heights factors. |
| 387 | Craig Debose's Voter Registration Card, Department of Veterans Affairs card, and documentation | 3/27/12, N/A | LWV_00000930-LWV_00000937 | X | | | |
| 388 | South Carolina's Objections to United States' First Request for Production; South Carolina's Objections to United States' First Set of Interrogatories; South Carolina's Responses to United States' First Set of Interrogatories; SC's Objections and Responses to United States' Requests for Admissions | 5/9/12; 5/9/12; 5/16/12; 7/31/12 | | | X | | |
| 389 | Memorandum of Telephonic Communication with Dwight James | 7/12/2011; 7/20/2011 | USA_00000406-USA_00000407 | | X | Hearsay to the extent offered for the truth of the matter asserted | Present sense impression. Recorded Recollection. First-hand account submitted to DOJ has equivalent circumstantial guarantees of trustworthiness under FRE 807, and is a more efficient presentation of cumulative evidence of burden given limited trial time. The State has had ample notice of the document and opportunity to depose the declarant, who was listed on Intervenors' initial disclosures. Any challenge to reliability should go to weight. |
| 390 | Selected newspaper articles from S.C. Press Clipping Bureau | 7/27-30/2011 | SC_00047155-SC_00047168 | | X | Hearsay to the extent offered for the truth of the matter asserted; Relevance | Document was introduced as Int. Ex. 4 to Harrison Dep. and Rep. Harrison testified about the document, and authenticated the quotation attributed to him, which is an opposing party statement. To the extent further portions are offered for the truth of the matter asserted, they are offered to show Rep. Harrison's knowledge gleaned from redistricting. Document probative of legislative intent, in particular decision-maker's view of retrogression and his knowledge of impact of voting changes on minority populations. |
| 391 | Email from Chris Whitmire to Marci Andino, Subject: FW: [possible voter fraud in Beaufort] and Email from Marci Andino to Katy Smith, Subject: RE: Conference Call to Discuss Voter ID | 8/30/2011 8/23/2011 | SC_00060432-SC_00060433, SC_00060388-SC_00060389 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)
Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 392 | H. 3003: Bill History, H. 3003 Bill History Page | n.d. | JA_000001-JA_000003 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 393 | S. 1: Bill History, S. 1 Bill History Page | n.d. | JA_000469-JA_000469 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 394 | H. 3418: Bill History, H. 3418 Bill History Page | n.d. | JA_000488-JA_000489 | X | | Insufficient information is provided for the state to determine whether it objects to some or all documents within the identified Bates range. Objection as necessary to the extent any document is offered for the truth of the matter asserted. | |
| 395 | S. 334: Bill History, S. 334 Bill History Page | n.d. | JA_001026-JA_001026 | | X | | |
| 396 | Letter, Letter from Kevin Shwedo to Jay Smith | n.d. | JA_001378-JA_001379 | | X | | |
| 397 | Email, SC GOP to distribution list | n.d. | JA_001733-JA_001734 | | X | | |
| 398 | Transcript, Conference Committee South Carolina Voter ID | n.d. | JA_004858-JA_004941 | | X | | |
| 399 | Marci Andino's hand-written notes regarding pending legislation | N/A | SC_00071807-SC_00071808 | X | | | |
| 400 | "Major Achievements of the Fiscal Year" | N/A | SC_00024479-SC_00024483 | X | | Relevance | Tends to show the SEC has insufficient capacity to implement Act R54 in a non-retrogressive manner |
| 401 | S.C. State Election Commission - Fiscal Year 2011 Accountability Report | N/A | SC_00079113-SC_00079165 | X | | | |
| 402 | Vital Records Birth/Death Application | N/A | ACLU_00000070 | | X | | |
| 403 | Vital Records Application for Birth and Death Certificates:  Instructions and Information | N/A | ACLU_00000071 | | X | | |
| 404 | SC Progressive Network Outreach Press Release | N/A | ACLU_00000127 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for the truth of the matter asserted. |
| 405 | SC Progressive Network Outreach Press Release | N/A | ACLU_00000073 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for the truth of the matter asserted. |
| 406 | SC Progressive Network Outreach Advertisement - Press Release | N/A | ACLU_00000072 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for the truth of the matter asserted. |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 407 | Letter from Brett Bursey to Donna  re: matters relating to identification | N/A | ACLU_00000110 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for truth of the matter asserted |
| 408 | LWV Presentation outline | N/A | LWV00000124-LWV00000125 | | X | Hearsay to the extent offered for the truth of the matter asserted | Without conceding the objection, Intervenors will strike the exhibit. |
| 409 | S.C. Election Commission Training and Certification Program - 2012 Training Schedule | N/A | SC_00145698-SC_00145703 | | X | | |
| 410 | S.C. Department of Motor Vehicles - United States Citizen's Checklist for First Time Issuance of Driver's License, Beginner's Permit, and Identification Cards | N/A | SC_00139167-SC_00139180 | | X | | |
| 411 | South Carolina Election Commission Training and Certification Program - 2009 Training Year | N/A | SC_00135185-SC_00185188 | | X | | |
| 412 | SC DMV, Form MV-93, Checklist for First-Time Issuance of Driver's Licenses, Permits, and Identification Cards | Revised 7/2011 | SC_00001683-SC_00001687 | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 413 | Demonstrative: Excerpts of the legislative history of H.3418 and H.3003 | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 414 | Demonstrative: Methodology and requirements for voting under current South Carolina law | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 415 | Demonstrative: Requirements for obtaining the photo IDs required under Act R54 | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |

**South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)**
**Defendant-Intervenors' Trial Exhibits**

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 416 | Demonstrative: Map of South Carolina Counties showing the non-Hispanic Black Percentage of Voting Age Population | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 417 | Demonstrative: Map of South Carolina Counties with non-Hispanic Black Percentage of Voting Age Population showing location of DMV and Voter Registration Offices | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 418 | Demonstrative: Map of South Carolina Counties showing Public Transportation fixed regular routes and non-Hispanic Black Percentage of Voting Age Population | | N/A | X | | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 419 | Map of Registered Voters in South Carolina without DMV IDs | | SC_00017666 | X | | | |
| 420 | SC SEC R54 voter education materials | | N/A | X | | | |
| 421 | Email with attachments from Marci Andino to Alan Clemmons and others, Subject: Photo ID - Registered Voters w/out Driver's License of ID | | SC_00066543 SC_00068184-SC_00068187 | X | | | |
| 422 | Demonstrative: Map showing Transit Route from McClellanville to Charleston Voter Registration Office | | N/A | | X | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 423 | Demonstrative: Map of Orangeburg County Polling Places and Transit Route | | N/A | | X | The State has insufficient information to evaluate the proposed demonstrative based upon the description provided. The State reserves the right to object at the time it is provided, at least 24 hours before introduction at trial, with a copy of the actual demonstrative. | |
| 424 | Delores Freelon's State of S.C. Voter Registration Notification | | N/A | X | | | |
| 425 | Alpha Kappa Alpha Notes | | LWV00001217-LWV00001219 | | X | Hearsay to the extent offered for the truth of the matter asserted | Not offered for truth of the matter asserted |

South Carolina v. United States, No. 12-cv-203 (CKK-BMK-JDB)

Defendant-Intervenors' Trial Exhibits

| # | Title and Description | Date | Bates Number | Expect to Offer | May Offer | Objection and Grounds | Response |
|---|---|---|---|---|---|---|---|
| 426 | Email thread between Senator Larry Martin and Roger Owens re: Voter ID Law | | SC_00146152-SC_00146154 | | X | | |
| 427 | South Carolina Senate Rule 33 | | | | X | | |
| 428 | South Carolina Senate Rule 15 | | | | X | | |
| 429 | Building Confidence in the U.S. Elections: Report of the commission on Federal Election Reform (impeachment purposes only) | Sep-05 | N/A | | X | | |