# EXHIBIT

# B

**From**: Beeney, Garrard R.
**Sent**: Friday, June 15, 2012 09:37 AM
**To**: 'cbartolomucci@bancroftpllc.com' <cbartolomucci@bancroftpllc.com>; Amdur, Alicia K.; 'cdugan@bancroftpllc.com' <cdugan@bancroftpllc.com>; 'spotenza@bancroftpllc.com' <spotenza@bancroftpllc.com>; 'mmcginley@bancroftpllc.com' <mmcginley@bancroftpllc.com>
**Cc**: 'bradley.heard@usdoj.gov' <bradley.heard@usdoj.gov>; 'Anna.Baldwin@usdoj.gov' <Anna.Baldwin@usdoj.gov>; 'catherine.meza@usdoj.gov' <catherine.meza@usdoj.gov>
**Subject**: Re: Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Thanks for setting out your final position.

**From**: Christopher Bartolomucci [mailto:cbartolomucci@bancroftpllc.com]
**Sent**: Friday, June 15, 2012 08:39 AM
**To**: Beeney, Garrard R.; Amdur, Alicia K.; Conor Dugan <cdugan@bancroftpllc.com>; Steve Potenza <spotenza@bancroftpllc.com>; Michael McGinley <mmcginley@bancroftpllc.com>
**Cc**: 'bradley.heard@usdoj.gov' <bradley.heard@usdoj.gov>; 'Anna.Baldwin@usdoj.gov' <Anna.Baldwin@usdoj.gov>; 'catherine.meza@usdoj.gov' <catherine.meza@usdoj.gov>
**Subject**: RE: Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Garrard,

We object to your taking a formal deposition of an SCDOT official, and we also object to your taking a quasi-deposition. Information regarding public transportation schedules and the cost of public transportation is publicly available. The District Court said in its June 2 Order that Plaintiff should not have to bear the burden of collecting this publicly available information for you.

Thanks,

Chris

**From:** Beeney, Garrard R. [mailto:Beeneyg@sullcrom.com]
**Sent:** Friday, June 15, 2012 7:19 AM
**To:** Christopher Bartolomucci; Amdur, Alicia K.; Conor Dugan; Steve Potenza; Michael McGinley
**Cc:** 'bradley.heard@usdoj.gov'; 'Anna.Baldwin@usdoj.gov'; 'catherine.meza@usdoj.gov'
**Subject:** Re: Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Chris: can I get a response ? Thanks, Garrard

**From**: Beeney, Garrard R.
**Sent**: Thursday, June 14, 2012 11:34 AM
**To**: 'Christopher Bartolomucci' <cbartolomucci@bancroftpllc.com>; Amdur, Alicia K.; Conor Dugan

<cdugan@bancroftpllc.com>; Steve Potenza <spotenza@bancroftpllc.com>; Michael McGinley <mmcginley@bancroftpllc.com>
**Cc**: Bradley Heard (Bradley.Heard@usdoj.gov) <Bradley.Heard@usdoj.gov>; anna.baldwin@usdoj.gov <anna.baldwin@usdoj.gov>; catherine.meza@usdoj.gov <catherine.meza@usdoj.gov>
**Subject**: RE: Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Chris: without waiving any of our rights, would you be willing to have someone walk us through how we can obtain the information "publicly" ? Our request to DOT involves other issues , and we may pursue that depending on what the results of my request above request yields. Thanks

---

**From:** Christopher Bartolomucci [mailto:cbartolomucci@bancroftpllc.com]
**Sent:** Thursday, June 14, 2012 11:30 AM
**To:** Amdur, Alicia K.; Conor Dugan; Steve Potenza; Michael McGinley
**Cc:** Bradley Heard (Bradley.Heard@usdoj.gov); anna.baldwin@usdoj.gov; catherine.meza@usdoj.gov; Beeney, Garrard R.
**Subject:** RE: Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Dear Counsel,

The State of South Carolina objects to the Notice of Deposition to the South Carolina Department of Transportation. Defendant-Intervenors seek to obtain with the proposed deposition the same publicly available information that they sought to obtain with their Requests for Production of Documents Nos. 9-12. The District Court has already ruled that South Carolina is not required to produce such information. See June 2, 2012 Order at 6 (Doc. 88) (ordering that "no further response to Requests for Production Nos. 9-12 shall be required" because "this information is publicly available").

Chris Bartolomucci

Counsel for the State of South Carolina

---

**From:** Amdur, Alicia K. [mailto:amdura@sullcrom.com]
**Sent:** Wednesday, June 13, 2012 12:41 PM
**To:** Christopher Bartolomucci; Conor Dugan; Steve Potenza; Michael McGinley
**Cc:** Bradley Heard (Bradley.Heard@usdoj.gov); anna.baldwin@usdoj.gov; catherine.meza@usdoj.gov; jared.slade@usdoj.gov; adam.harris@friedfrank.com; aderfner@dawlegal.com; bkengle@lawyerscommittee.org; dho@naacpldf.org; GennE@exchange.law.nyu.edu; Beeney, Garrard R.; koconnor@aclu.org; keesha.gaskins@nyu.edu; laden@naacpldf.org; mposner@lawyerscommittee.org; Cooper, Michael A.; marziani@exchange.law.nyu.edu; nabudu@aclu.org; Natasha Korgaonkar; rhaygood@naacpldf.org; Camoni, Sean August; McCombs, Theodore A.B.; wendy.weiser@nyu.edu
**Subject:** Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation

Counsel,

Attached please find Defendant-Intervenors' 30(b)(6) Notice of Deposition to the South Carolina Department of Transportation.

Regards,
Alicia


Alicia Amdur
Sullivan & Cromwell LLP | 125 Broad Street | New York, NY  10004-2498
T: (212) 558-1863 | F: (212) 291-9437 | C: (973) 204-5439
amdura@sullcrom.com | http://www.sullcrom.com

2

*Not yet admitted to the bar

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.