# EXHIBIT

# C









Case 1:12-cv-00203-CKK-BMK-JDB   Document 204-3   Filed 08/20/12   Page 6 of 6

