# Exhibit 3

| | |
|---|---|
| **From:** | Steve Potenza |
| **To:** | Meza, Catherine (CRT) |
| **Cc:** | Heard, Bradley (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT); Christopher Bartolomucci |
| **Subject:** | RE: SC v. US - Questions and Requests for Additional Information Regarding DMV Data |
| **Date:** | Friday, May 25, 2012 3:07:22 PM |
| **Attachments:** | 2012.05.25 SCDMV - Database_Tables_and_Columns.pdf |

Catherine:

Herewith, information responding to the United States' two e-mails concerning DMV data.

- The CODE_RECEIVE_REASON table is now available on the FTP site.

- *In some instances, there are multiple licenses associated with a single license number (variable **license_no**) in the **license table**. Is the most valid/current license number the one with the latest expiration date (variable **expiration_date**)? If not, which license number is the most valid/current?*

    We understand that a customer can have more than one active credential at the same time. An active license has LICENSE_STATUS = '01' and EXPIRATION_DATE greater than or equal to today.

- *The **customer_address table** contains multiple addresses for several individual customers. When a customer/record contains more than one address, is the most valid/current address the address with the most recent time stamp (variable **last_update_ts**)?*

    ADDRESS_TYPE records four possible values. The value in ADDRESS_TYPE = 'PHYSIC' is the DMV's record of the customer's current physical address.
    Possible values:
    PHYSIC = Physical address where the customer resides.
    MAIL = Mailing address
    TEMP = Temporary address
    Snnnnn = Housed address of either a Registered vehicle or Mobile Home. Customer may live at one address (PHYSIC) but has a mobile home and/or a vehicles that housed at a different location. Mostly used for business customers, but can be applicable to CUSTOMER_INDIVIDUALS.

- *There is a variable named **ssn_verification_ind** in the **customer_individual table**, which includes the values "F," "N," and "V." Please provide a code table so the codes "F," "N," and "V" can be interpreted/decoded. Moreover, there are records in this table that have nothing coded for this variable—why don't these records contain a code? What is the protocol by which the variables "F," "N," or "V" are assigned to individual records?*

    F – Verification was attempted but the request failed. Usually system error or SSOLV (Social Security On-Line Verification) was not available when the attempt

> was made.
> N – Not Verified, SSN verification was successful but one or more key fields did not match, e.g., SSN & Name matched but the DOB sent by DMV did not match the DOB on file at SSA.
> V – Verified, SSN verification was successful and all the key fields matched.
> Blank – These were either converted records (prior to 8/2002 when DMV upgraded its legacy system to the current Phoenix System) or the customer was conducting business that did not require a validated SSN. Many of the CUSTOMER_INDIVIDUAL customer records do not have a Driver License associated with them.

We understand that these values are assigned by two COBOL programs, which work with the Social Security Administration computer system.

· The *office table* is not included in the document "SCDMV - Database Tables and Columns.pdf." Please provide the descriptive information for the *office table* that is contained in this document for other tables.

```
TABLE SC_DMV.OFFICE
(
    OFFICE_ID              CHAR(4 BYTE)          NOT NULL,
    OFFICE_NAME            VARCHAR2(20 BYTE),
    OFFICE_TYPE            CHAR(1 BYTE),
    BANK_ID                VARCHAR2(15 BYTE),
    BANK_NAME              VARCHAR2(30 BYTE),
    MERCHANT_NO            VARCHAR2(15 BYTE),
    TITLE_PRINT_AUTHORITY  CHAR(1 BYTE),
    CUST_SHORTG_ALWD_IND   CHAR(1 BYTE),
    OVERAGE_LIMIT_AMOUNT   NUMBER(9,2),
    SHORTAGE_LIMIT_AMOUNT  NUMBER(9,2),
    PETTY_CASH_AMOUNT      NUMBER(9,2),
    ADDRESS                VARCHAR2(30 BYTE),
    CITY                   VARCHAR2(28 BYTE),
    STATE                  CHAR(2 BYTE),
    ZIP                    VARCHAR2(9 BYTE),
    CC_TERM_ID             VARCHAR2(8 BYTE),
    ENCRYPTION_TYPE        CHAR(1 BYTE),
    CCARD_DBA_NAME         VARCHAR2(25 BYTE),
    CCARD_DBA_PHONE        VARCHAR2(20 BYTE),
    CCARD_DBA_FAX          VARCHAR2(20 BYTE),
    CCARD_ATTN_POC         VARCHAR2(25 BYTE),
    SALES_TAX_RATE         NUMBER(4,2),
    CREATE_TS              DATE                  DEFAULT SYSDATE         NOT NULL,
    USER_ID                VARCHAR2(16 BYTE)     DEFAULT ' '             NOT NULL,
    WORKSTATION_ID         VARCHAR2(20 BYTE)     DEFAULT ' '             NOT NULL,
    LAST_UPDATE_TS         DATE                  DEFAULT SYSDATE         NOT NULL
)
```

· Please provide the code table associated with the variable *office_type*, so the codes "A," "B," "C," "S," "V," and "W" can be interpreted/decoded. Additionally, please provide a definition of the office types that are associated with these codes.

The description of the specific variables requested appears below. We understand that the description is derived from a table entitled Code_Table, which is now available on

the FTP site, and that the DMV does not have a written definition of these codes other than this description.

| CODE | DESC |
|------|------|
| A | ADMIN (NON-INVY) |
| B | BRANCH OFFICE |
| C | COUNTY OFFICE |
| M | MAIL BRANCH OFFICE |
| S | SCRAP OFFICE |
| T | VIRTUAL SCRAP OFC |
| V | VENDOR OFFICE |
| W | WAREHOUSE OFFICE |

· *The document "SCDMV - Database Tables and Columns" was printed in "portrait" mode. However, there is some text that continues past the right margin of the document. Please reproduce this document in "landscape" mode or adjust the size/margins so that the text that is currently inaccessible (because it continues past the margin) is readable.*

Please see the attached document 2012.05.25 SCDMV – Database Tables and Columns, which is another version of the document we previously produced.

With respect to your question 3 below, we have asked SC DMV for answer.

Regards,
Steve

---

**From:** Meza, Catherine (CRT) [mailto:Catherine.Meza@usdoj.gov]
**Sent:** Tuesday, May 22, 2012 5:20 PM
**To:** Steve Potenza
**Cc:** Heard, Bradley (CRT); Baldwin, Anna (CRT); Slade, Jared (CRT)
**Subject:** SC v. US - Questions and Requests for Additional Information Regarding DMV Data

Hello Steve,

Below are some questions and requests for additional information we have regarding the DMV database:

1. In some instances, there are multiple licenses associated with a single license number (variable *license_no*) in the *license table*. Is the most valid/current license number the one with the latest expiration date (variable *expiration_date*)? If not, which license number is the most valid/current?

2. The *customer_address table* contains multiple addresses for several individual customers. When a customer/record contains more than one address, is the most valid/current

address the address with the most recent time stamp (variable *last_update_ts*)?

3. Please provide an explanation of the statistics concerning the number of driver licenses in the state reported at: http://www.scdmvonline.com/DMVNew/default.aspx?n=historical_information.  What is the query that was used to produce these figures?  Do these statistics reflect only one license per customer?  Did the query exclude suspended licenses or licenses associated with addresses outside of South Carolina?

4. There is a variable named *ssn_verification_ind* in the *customer_individual table*, which includes the values "F," "N," and "V."  Please provide a code table so the codes "F," "N," and "V" can be interpreted/decoded.  Moreover, there are records in this table that have nothing coded for this variable—why don't these records contain a code?  What is the protocol by which the variables "F," "N," or "V" are assigned to individual records?

5. The *office table* is not included in the document "SCDMV - Database Tables and Columns.pdf."  Please provide the descriptive information for the *office table* that is contained in this document for other tables.

6. Please provide the code table associated with the variable *office_type*, so the codes "A," "B," "C," "S," "V," and "W" can be interpreted/decoded.  Additionally, please provide a definition of the office types that are associated with these codes.

7. The document "SCDMV - Database Tables and Columns" was printed in "portrait" mode.  However, there is some text that continues past the right margin of the document.  Please reproduce this document in "landscape" mode or adjust the size/margins so that the text that is currently inaccessible (because it continues past the margin) is readable.

With respect to the items that request additional data sets or code tables, please let us know when the data is available for download from the DMV FTP site.  We appreciate your assistance.

Regards,

Catherine Meza
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
p: 202.305.0132
f:  202.307.3961
catherine.meza@usdoj.gov