# Exhibit 4

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3    --------------------------------x

4    STATE OF SOUTH CAROLINA,          :

5              Plaintiff,              :    Case No.

6         v.                           :    1:12-cv-203

7    UNITED STATES OF AMERICA and      :    (CKK-BMK-JDB)

8    ERIC H. HOLDER, JR., in  his      :

9    official capacity as              :

10   Attorney General,                 :

11             Defendants,             :

12         and                         :

13   JAMES DUBOSE, et al.,             :

14             Defendant-Intervenors.  :

15   --------------------------------x

16        Deposition of CHARLES STEWART, III Ph.D.

17              Washington, DC

18          Thursday, August 9, 2012

19                 9:32 a.m.

20   Job No.: 24251

21   Pages: 1 - 218

22   Reported by: Lee Bursten, RPR, CRR

DEPOSITION OF CHARLES STEWART, III, Ph.D.
CONDUCTED ON THURSDAY, AUGUST 9, 2012

90

1    are licenses that have been surrendered.

2         Q    But doesn't the reason code "must be

3    returned due to suspension" lead you to believe that

4    at least for that category, those licenses are not

5    yet returned?

6              MS. MEZA:  Objection.

7         A    One could draw that -- you're asking that

8    question.  To answer the question and confirm the

9    answer, I would look at other information in the

10   table.  For instance, there is a code in the table

11   about the date on which the license was received.

12   And I remember my examination of that date was that

13   as a general matter, that date was filled in.

14              And so I came to the conclusion that the

15   licenses in the table were licenses that had in fact

16   been surrendered and received.

17   BY MR. POTENZA:

18        Q    Now, you're familiar with the license

19   status code on the license table in the database?

20        A    Yes.

21        Q    And if the license status code is zero

22   zero, that means that the license has been

DEPOSITION OF CHARLES STEWART, III, Ph.D.
CONDUCTED ON THURSDAY, AUGUST 9, 2012

91

1    surrendered or canceled, right?

2         A      It indicates invalid, I guess.

3         Q      Okay.  And if the value of that code is 1,

4    then it's an active license, right?

5         A      Yes.

6         Q      Did you do anything to compare the licenses

7    that were listed on the license received table to the

8    license table to determine whether or not the license

9    was still coded active?

10        A      Yes, I did.  And there are licenses on the

11   receive table.  Some of them are coded active and

12   some of them are coded inactive.

13        Q      And then did you just exclude all of these

14   licenses irrespective of whether they were coded

15   active on the license table?

16              MS. MEZA:  Objection.

17        A      I excluded them all.

18   BY MR. POTENZA:

19        Q      So if for example there are DMV customers

20   whose license appears on the license received table

21   because they have not paid their parking tickets in a

22   long time, and then -- and so their license is coded

DEPOSITION OF CHARLES STEWART, III, Ph.D.
CONDUCTED ON THURSDAY, AUGUST 9, 2012

195

1                  EXAMINATION BY COUNSEL FOR

2                DEFENDANT UNITED STATES OF AMERICA

3     BY MS. MEZA:

4          Q     Dr. Stewart, at what point in the process

5     of your analysis and preparation of your report did

6     you make decisions about what data or records to

7     include or exclude in your analysis?

8          A     So which records are you referring to?

9          Q     There are specific data that you chose to

10    exclude from your analysis, correct?

11         A     Correct.

12         Q     Records from the DMV database and the voter

13    registration database, correct?

14         A     Correct.

15         Q     So at what point in your analysis did you

16    make decisions to exclude records?

17         A     Those decisions I made generally very early

18    in the process, before I had -- very early in the

19    process.

20         Q     And after running the analysis, having made

21    those decisions and excluded those records, and then

22    seeing the results regarding disparities, did you

DEPOSITION OF CHARLES STEWART, III, Ph.D.
CONDUCTED ON THURSDAY, AUGUST 9, 2012

196

1    then go back and change any of those decisions about

2    what records or data to exclude?

3        A    No.

4        Q    When making the decision to exclude

5    licenses returned from out of state and suspended

6    licenses specifically, did you rely exclusively on

7    the letter that you received, the letter sent by

8    Kevin Shwedo, the executive director of the DMV, to

9    the South Carolina Attorney General's Office?

10       A    I didn't rely exclusively on that.  It did

11   inform significantly my judgment in the matter.

12       Q    Had you not seen that letter or been made

13   aware of what it said, would you have made the same

14   decisions about what data and/or records to exclude

15   from your analysis?

16       A    I probably would have -- that's a

17   hypothetical.  I have a hard time answering, knowing

18   everything I know right now.  The Shwedo letter was,

19   again, a strong endorsement of the idea.

20   Nonetheless, what I would have discovered is that

21   these were people who were also behaving as if they

22   were not engaged, on the whole, engaged voters in the