# Exhibit 10

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3      STATE OF SOUTH CAROLINA,

 4              Plaintiff,

 5         vs.                     C/A No. 1:12-CV-203-CKK-BMK-JDB

 6      UNITED STATES OF AMERICA, AND
        ERIC HAMPTON HOLDER, JR., IN HIS
 7      OFFICIAL CAPACITY AS ATTORNEY GENERAL
        OF THE UNITED STATES,
 8
                Defendants,
 9              and

10      JOHN DUBOSE, et al.,

11              Defendants-Intervenors.

12

13                      D E P O S I T I O N

14      WITNESS:        COL. KEVIN SHWEDO

15      DATE:           Thursday, June 7, 2012

16      TIME:           9:46 a.m.

17      LOCATION:       Unites States Attorney's Office
                        1441 Main Street, Suite 500
18                      Columbia, South Carolina

19
        TAKEN BY:       Attorneys for the United States of
20                      America

21      REPORTED BY:    SHERI L. BYERS
                        Registered Professional Reporter
22      ------------------------------------------------
                          COMPUSCRIPTS, INC.
23                A Full-Service Court Reporting Agency
                        Post Office Box 7172
24                 Columbia, South Carolina 29202
                          803-988-0086
25                        1-888-988-0086
                          compuscripts.com
```

CERTIFIED COPY

Page 150

1  00059807, was marked for identification.)
2  BY MR. MCCOMBS:
3      Q.  This is a letter from Alan Wilson to Bill
4  Nettles dated January 19, 2012. I don't see you as a
5  recipient of this, Colonel, but have you ever seen this
6  document?
7      A.  I believe I've seen it, yes.
8      Q.  If you go down to the paragraph starting
9  "additionally."  "Additionally, the examination
10 discovered 4,965 voters that after they had
11 South Carolina IDs canceled because they applied for
12 IDs in other states had voted in South Carolina state
13 and federal elections.  That is not to say they voted
14 in both states and therefore voted illegally."
15          Is that 4,965 figure based on your data or
16 DMV's analysis?
17     A.  It's not data that I used, so without
18 screening the data, I couldn't speak to how they wrote
19 the letter.
20     Q.  Do you recognize that number as a figure that
21 DMV's analysis had determined?
22     A.  I don't recall running an excursion on it.
23     Q.  Does the fact of this number, 4,965 voters
24 with canceled IDs who had voted in South Carolina, does
25 that suggest to you that some or all of that figure

Page 151

1  were, in fact, South Carolina residents still?
2          MR. POTENZA:  Objection.
3          THE WITNESS:  It's vague.  It says that they
4  were -- after their South Carolina IDs had been
5  canceled because they applied for IDs in other states.
6  It doesn't say that they were applied for and received
7  other IDs.  So without further defining that, it would
8  be difficult for me to speculate.
9  BY MR. MCCOMBS:
10     Q.  Turning back to what I think is Number 13,
11 the letter to Mr. Smith.  Does the -- if you look at
12 the top bullet in which these canceled IDs are
13 described on the second page of the attachment, does
14 that indicate that the individual had received an ID
15 from another state?
16     A.  Where are you referring to now?
17     Q.  The top bullet on page 2 of the remaining
18 181,530 records.
19     A.  Okay.
20     Q.  And if you go down to the description of
21 91,000 number, it's canceled by the DMV in response to
22 a notification from another state's Department of Motor
23 Vehicles, but the individual had registered for a
24 driver's license in that state.
25     A.  If you're referring to the 91,466, those

Page 152

1  individuals to my knowledge are individuals that had
2  applied to and received a credential in another state.
3      Q.  So they had received them?
4      A.  I just don't know if the number that you're
5  referring to is a subset of that 91,466.
6      Q.  Okay.  Those 4,965 voters that had voted in
7  South Carolina elections after their IDs were canceled,
8  do you think that they should be included on Election
9  Commission's list?
10     A.  I think that the 4,000, if you're referring
11 to this document, should have been referred to SLED for
12 investigation.  I don't believe that I am qualified to
13 go ahead and address what they should or not done.
14         At some point in time I determined that
15 further investigation in this area was not in my area
16 of expertise, which is why we passed the investigations
17 to the AG who referred it to SLED.
18     Q.  Is your conclusion from this that these 4,900
19 people had voted illegally?
20         MR. POTENZA:  Objection.
21         THE WITNESS:  That is a conclusion that SLED
22 would have to make.
23 BY MR. MCCOMBS:
24     Q.  Going back to Number 15, headline of this
25 article is DMV -- that you forwarded, "DMV Official,

Page 153

1  South Carolina Board Used Flawed Voter Data." is this
2  the reporter that you referred to in this morning's
3  testimony?
4          MR. POTENZA:  Objection.
5          THE WITNESS:  I don't know what you're
6  referring to.
7  BY MR. MCCOMBS:
8      Q.  We earlier today, you said that a reporter
9  found out about the discrepancies you raised to the
10 Election Commission.  Was this that reporter that you
11 were referring to?
12         MR. POTENZA:  Objection.
13         THE WITNESS:  I think it was.
14 BY MR. MCCOMBS:
15     Q.  Okay.  And he reports that this 240,000
16 people that election -- that this 240,000 figure that
17 Election Commission has been forwarding, that it was
18 overstated by approximately 200,000 people.
19         Did you respond to this reporter at any
20 point?  Did you have any contact, follow-up
21 communication with this reporter after this article
22 came out?
23         MR. POTENZA:  Objection.
24         THE WITNESS:  I don't believe on this article
25 specifically.  I could have, but I don't recall doing