IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>   *Plaintiff,*<br><br> v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>   *Defendants,*<br><br> and,<br><br>JAMES DUBOSE, JUNIOR GLOVER, FAMILY UNIT, INC. BRENDA C. WILLIAMS, M.D., AMANDA WOLF, DELORES FREELON, NAOMI GORDON, JOSEPH RILEY, RAYMOND RUTHERFORD, and THE SOUTH CAROLINA PROGRESSIVE NETWORK,<br><br>   *Defendant-Intervenors,*<br><br> and,<br><br>LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA and CRAIG DEBOSE,<br><br>   *Defendant-Intervenors,*<br><br> and,<br><br>SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and KENYDA BAILEY,<br><br>   *Defendant-Intervenors.* | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

**DIRECT TESTIMONY OF DR. ANDREW D. MARTIN**

My name is Dr. Andrew D. Martin, and I have been retained by the Defendant-Intervenors as an expert witness in the above-captioned litigation, *South Carolina v. United States*. I am Vice Dean and a Professor of Law at the Washington University School of Law, where I also serve as the Founding Director of the Center for Empirical Research in the Law and as a Professor of Political Science. I received my Ph.D. in Political Science from Washington University in St. Louis, and have an A.B. in Mathematics and Government from the College of William & Mary.

My general research areas are political methodology, empirical legal studies, and American politics. Much of my previous work has involved performing statistical inference using large, complex, multiuser databases like the ones used in my expert reports dated June 19, 2012 and June 28, 2012. My research has been published in leading peer-reviewed political science and applied statistics journals, as well as in law review journals. My scholarship has been supported by the National Science Foundation for over a decade. I was recently elected a Fellow of the Society for Political Methodology, and have served as Associate Editor and Acting Co-Editor of *Political Analysis*. My complete curriculum vita is attached as Exhibit A to my expert report dated June 19, 2012.

My direct testimony is more fully set forth in my expert reports dated June 19, 2012 and July 28, 2012. I incorporate these reports in this testimony by reference.

In my expert reports, I offer two primary opinions. First, based on data from the American Community Survey ("ACS"), I show that there are significant disparities in socioeconomic status between the black and white voting age populations in South

Carolina, as measured by household income, individual employment status, household access to a vehicle, and educational attainment.

Second, there are significant differences in the political behavior between black and white voters in South Carolina. In particular:

- In four of the last five general elections in South Carolina, registered non-white voters voted at a lower rate than registered whites. The only exception was in the 2008 general election when the rate of non-white participation was slightly higher than the rate of white participation.

- Data from the South Carolina Voter Registration and Election Management System ("VREMS") demonstrate clear differences in the location of voter registration. Black voters are 1.3 times more likely to have registered to vote by mail than white voters; white voters are 1.5 times more likely to have registered at the Department of Motor Vehicles.

- Survey data from the Current Population Survey ("CPS") show that, in the 2004 and 2008 presidential elections, white voters were more than twice as likely to report voting by mail compared to black voters. In 2002 and 2006 the rates are statistically indistinguishable.

- Analysis of absentee voter data provided by the South Carolina State Election Commission and the VREMS data show that in the 2010 mid-term election, black voters were 1.5 times more likely to cast an in-person absentee ballot than white voters. Conversely, white voters were 1.5 times more likely to cast an absentee ballot by mail than black voters.

In addition to the contents of the reports, I testify to the following:

1. Political scientists largely agree that socioeconomic status is closely correlated with voter turnout. Voters of lower socioeconomic status are less likely to participate in the electoral process than those of higher socioeconomic status.

2. In my June 19, 2012 initial report, I rely upon ACS data to calculate disparities in various socioeconomic measures and the CPS to estimate the fraction of the electorate who report voting by mail. I have substantial confidence in these data

because I have reviewed the methodology used by the United States Census Bureau to conduct the ACS, as well as the methodology used by the Census Bureau and the United States Bureau of Labor Statistics for the CPS. In addition, both the ACS and CPS data are widely accepted within the social sciences, and are commonly relied upon by scholars conducting social scientific studies.

I declare under penalty of perjury that the report is true and correct, to the best of my knowledge.

Executed on this 21st day of August, 2012

Andrew D. Martin