# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>　　　　*Defendants,*<br><br>　and,<br><br>JAMES DUBOSE, JUNIOR GLOVER, FAMILY UNIT, INC. BRENDA C. WILLIAMS, M.D., AMANDA WOLF, DELORES FREELON, NAOMI GORDON, JOSEPH RILEY, RAYMOND RUTHERFORD, and THE SOUTH CAROLINA PROGRESSIVE NETWORK,<br><br>　　　　*Defendant-Intervenors,*<br><br>　and,<br><br>LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA and CRAIG DEBOSE,<br><br>　　　　*Defendant-Intervenors,*<br><br>　and,<br><br>SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and KENYDA BAILEY,<br><br>　　　　*Defendant-Intervenors.* | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## NOTICE OF FILING OF WRITTEN DIRECT TESTIMONY
## BY DR. ORVILLE BURTON

Defendant-Intervenors herewith submit the written direct testimony of Dr. Orville Burton, pursuant to the Court's Trial Procedures Order of August 7, 2012 (ECF No. 155).

Dated: August 21, 2012

Respectfully submitted,

/s/ Garrard R. Beeney

| | |
|---|---|
| Arthur B. Spitzer (DC Bar No. 235960) | Jon M. Greenbaum (D.C. Bar No. 489887) |
| AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL | Mark A. Posner (D.C. Bar No. 457833) |
| | Robert A. Kengle |
| 4301 Connecticut Avenue, NW, Suite 434 | LAWYERS' COMMITTEE FOR |
| Washington, DC 20008 | CIVIL RIGHTS UNDER LAW |
| (202) 457-0800 | 1401 New York Ave. NW |
| (202) 457-0805 (fax) | Ste. 400 |
| artspitzer@gmail.com | Washington, DC  20005 |
| | Tel:  (202) 662-8389 |
| Laughlin McDonald | Fax:  (202) 628-2858 |
| Nancy Abudu | mposner@lawyerscommittee.org |
| Katie O'Connor | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | Michael A. Cooper *(pro hac vice)* |
| | Garrard R. Beeney *(pro hac vice)* |
| 230 Peachtree Street, N.W., Suite 1440 | Peter A. Steciuk *(pro hac vice)* |
| Atlanta, GA 30303-1227 | Taly Dvorkis *(pro hac vice)* |
| (404) 523-2721 | Theodore A.B. McCombs *(pro hac vice)* |
| (404) 653-0331 (fax) | Sean A. Camoni *(pro hac vice)* |
| koconnor@aclu.org | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| Susan Dunn | New York, NY  10004-2498 |
| AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA | Tel:  (212) 558-4000 |
| | Fax:  (212) 291-9007 |
| P.O. Box 20998 | beeneyg@sullcrom.com |
| Charleston, SC 29413 | |
| sdunn@aclusouthcarolina.org | Wendy R. Weiser *(pro hac vice)* |
| | Keesha M. Gaskins *(pro hac vice)* |
| J. Gerald Hebert (D.C. Bar No. 447676) | Mimi Marziani *(pro hac vice)* |
| CAMPAIGN LEGAL CENTER | Elisabeth Genn *(pro hac vice)* |
| 215 E Street, NE | THE BRENNAN CENTER FOR JUSTICE |
| Washington, DC 20002 | AT NYU SCHOOL OF LAW |
| (202) 736-2200 | 161 Avenue of the Americas, Floor 12 |
| ghebert@campaignlegalcenter.org | New York, NY  10013-1205 |
| | Tel:  (646) 292-8310 |
| *Attorneys for Defendant-Intervenors James* | Fax:  (212) 463-7308 |

| | |
|---|---|
| *Dubose,* et al. | keesha.gaskins@nyu.edu |
| Debo P. Adegbile (D.C. Bar No. NY0143)<br>Elise C. Boddie<br>Ryan P. Haygood (D.C. Bar No. NY0141)<br>Dale E. Ho (D.C. Bar No. NY0142)<br>Natasha M. Korgaonkar<br>Leah C. Aden<br>NAACP LEGAL DEFENSE &<br>EDUCATIONAL FUND, INC.<br>99 Hudson Street, Suite 1600<br>New York, NY 10013<br>(212) 965-2200<br>rhaygood@naacpldf.org<br>laden@naacpldf.org | Armand Derfner (D.C. Bar No. 177204)<br>DERFNER, ALTMAN & WILBORN<br>575 King Street, Suite B<br>P.O. Box 600<br>Charleston, SC 29402<br>Tel: (843) 723-9804<br>Fax: (843) 723-7446<br>aderfner@dawlegal.com<br><br>*Counsel for Defendant-Intervenors the*<br>*League of Women Voters of South Carolina,*<br>et al. |
| Douglas H. Flaum<br>Michael B. de Leeuw<br>Adam M. Harris<br>FRIED, FRANK, HARRIS,<br>SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>(212) 859-8000 | |
| Victor L. Goode<br>NATIONAL ASSOCIATION FOR THE<br>ADVANCEMENT OF<br>COLORED PEOPLE<br>4805 Mt. Hope Dr.<br>Baltimore, MD 21215 | |
| *Counsel for Defendant-Intervenors South*<br>*Carolina State Conference of the NAACP,* et<br>al. | |

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2012, I filed the foregoing Request for Judicial Notice, through the Court's electronic filing system.

                                            /s/ Theodore A.B. McCombs
                                            Theodore A.B. McCombs