IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA, <br> *Plaintiff,* <br> v. <br> UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States, <br> *Defendants,* <br> and, <br> JAMES DUBOSE, JUNIOR GLOVER, FAMILY UNIT, INC. BRENDA C. WILLIAMS, M.D., AMANDA WOLF, DELORES FREELON, NAOMI GORDON, JOSEPH RILEY, RAYMOND RUTHERFORD, and THE SOUTH CAROLINA PROGRESSIVE NETWORK, <br> *Defendant-Intervenors,* <br> and, <br> LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA and CRAIG DEBOSE, <br> *Defendant-Intervenors,* <br> and, <br> SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and KENYDA BAILEY, <br> *Defendant-Intervenors.* | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

**DIRECT TESTIMONY OF DR. JOHN C. RUOFF**

1

My name is John C. Ruoff. I have been retained by the Defendant-Intervenors in the above-captioned litigation as a consultant and potential trial witness. I have been asked by counsel for the Defendant-Intevenors to prepare five maps. Those maps are described in my affirmation sworn to August 20, 2012, a copy of which is incorporated by reference in this testimony and attached hereto as Exhibit A.

In my affirmation I describe steps taken in the creation of the five maps. The purpose of my direct testimony is to provide additional information regarding inputs for the maps. In my affirmation, I refer to a "readily available computer software program" that I used to create the maps; that software program is Maptitude for Redistricting, version 6.0. All of the functionality I relied upon is available on the underlying Maptitude product.

I obtained data for the non-Hispanic Black Voting Age Population (shortened to "NHBVAP" on the maps) from the Maptitude for Redistricting product. NHBVAP data is also available on the South Carolina Senate redistricting site:

http://redistricting.scsenate.gov/2010VTD_Comp_rpl.xls

I obtained all information as to public transit in South Carolina from public sources. In most cases, those sources were websites, but for two transit offices, online information was unavailable, so I visited the offices in person. I understand that all of the public transit maps and schedules I used to create the maps were produced to all parties.

I created all five maps at the request of counsel. I understand that the purpose of the maps is to illustrate graphically the availability of public transit in the State, and how this availability relates to the State's minority population. The maps of Orangeburg and

2

Charleston Counties illustrate the availability of public transit in two particular scenarios, selected by counsel:

1. The first represents Orangeburg County and its polling precincts, with stars denoting the locations of polling places. The map shows the total population and NHBVAP for two precincts, Springfield and Eutawville 2, and shows the distance from their polling places to the county registrar's office, where the registration cards with photo are to be made available. The Springfield precinct comprises 1,817 people with a 47.06% NHBVAP, and its polling place is 26 miles from the registrar's office. The Eutawville 2 precinct comprises 2,764 people with a 73.16% NHBVAP, and its polling place is 34.7 miles to the registrar's office. The map also shows that all fixed route public transit is concentrated in the city of Orangeburg and its suburbs, with no routes reaching Springfield or Eutawville 2.

2. The second represents Charleston County, which, unlike Orangeburg, has a public transit system that extends across the county. The Charleston map illustrates the journey of a hypothetical voter from McClellanville (population 2,097, 60.22% NHBVAP) to the county registrar's office in Charleston. If she catches the 10:15 a.m. Tri-County C203, she will arrive at the registrar's office around 1:33 p.m. (If she wishes to leave McClellanville earlier, her next option is the 5:15 a.m.

C203.) Allowing one hour in the office, she will return by the 2:50 p.m. CARTA bus and return to McClellanville at 7:42 p.m. that evening, for a round trip of 9 hours, 27 minutes. The round trip will cost $5.20 and involve four transfers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Columbia, SC

___August 21, 2012

*John C. Ruoff* (signature)
John C. Ruoff