# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>*Defendants,*<br><br>and,<br><br>JAMES DUBOSE, *et al.*,<br><br>*Defendant-*<br>*Intervenors.* | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## AFFIRMATION OF JOHN C. RUOFF

John Ruoff, affirms under penalty of perjury the following:

1. I am the Principal of The Ruoff Group, a research and policy analysis firm located at 6142 Crabtree Road, Columbia, S.C. I have lived in South Carolina continuously for the past 34 years and have traveled extensively throughout the State.

2. I have been asked by counsel for the Defendant-Intervenor the League of Women Voters of South Carolina, acting on behalf of all Defendant-Intervenors, to prepare maps of the State of South Carolina that display:

   a) the non-Hispanic Black Voting Age Population ("NHBVAP") in each of South Carolina's 46 counties;

    b) the location of the voter registration offices and Department of Motor Vehicle ("DMV") offices in each of the 46 counties;

    c) the fixed route public transit systems operating in different portions of the State;

    d) the distances to the voter registration office in Orangeburg County from polling places in two towns, Springfield and Eutawville, near the county line in different directions; and

    e) the public transit available to transport individuals from McLellenville in Northeast Charleston County to the voter registration office in Charleston and back home to McLellanville.

3. For the purpose of creating the demonstrative maps I obtained transit route maps and schedules from the publicly available web sites of the public transit systems identified at the publicly available web site of the Office of Public Transit of the South Carolina Department of Public Transportation and *The 2011 South Carolina Annual Transit Trends Report* (Feb. 2012), which is also available on the web.[1]

4. After obtaining the factual information necessary from public sources, I created the maps at the request of counsel and in accordance with their instructions..

5. I created the maps using a readily available computer software program, and did not have occasion or need to use any skill that an expert in the social sciences may

---

[1] In the two instances where the information was not available on the web, I visited the office where the information could be obtained.

require, such as extrapolation, hypothesis testing, determining statistical significance, or analysis. The maps are no more than a visual reflection or compilation of publicly available data and do not in any way reflect any expert opinion of mine or anyone else. I understand from counsel who instructed me on what information to place on the maps that the maps were compiled in order to present to the court a visual portrayal of information that otherwise would have to be derived from scores, if not hundreds, of bits of information.

6. I will offer no expert opinions at trial concerning the maps I created, public transportation in South Carolina, Act R54, or any other related topic. I understand that I am on the Defendant-Intervenors' witness list only to testify about the foundation for the maps, e.g., where the data came from and how I compiled it, so that the court and all parties can confirm that the maps are accurate reflections of data from the public sources.

7. I understand that the pages I downloaded and used to compile the maps have been produced by Defendant Intervenors to all other parties in this action. I further understand that if no party objects to the admissibility of the maps, either in reduced size or as enlarged as demonstrative exhibits, I will not be called to testify.

_____
John C. Ruoff

Affirmed
SWORN TO ME THIS 20th DAY
OF August, 2012.

Marti Ann Fedrizzi

My Commission Expires 11-1-2021

