# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>      *Plaintiff,*<br><br>  v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>      *Defendants,*<br><br>  and,<br><br>JAMES DUBOSE, JUNIOR GLOVER, FAMILY UNIT, INC. BRENDA C. WILLIAMS, M.D., AMANDA WOLF, DELORES FREELON, NAOMI GORDON, JOSEPH RILEY, RAYMOND RUTHERFORD, and THE SOUTH CAROLINA PROGRESSIVE NETWORK,<br><br>      *Defendant-Intervenors,*<br><br>  and,<br><br>LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA and CRAIG DEBOSE,<br><br>      *Defendant-Intervenors,*<br><br>  and,<br><br>SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and KENYDA BAILEY,<br><br>      *Defendant-Intervenors.* | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## NOTICE OF FILING OF WRITTEN DIRECT TESTIMONY
## BY SENATOR JOHN SCOTT

Defendant-Intervenors herewith submit the written direct testimony of Senator John Scott, pursuant to the Court's Trial Procedures Order of August 7, 2012 (ECF No. 155).

Dated: August 21, 2012

Respectfully submitted,

/s/ Garrard R. Beeney

| | |
|---|---|
| Arthur B. Spitzer (DC Bar No. 235960) | Jon M. Greenbaum (D.C. Bar No. 489887) |
| AMERICAN CIVIL LIBERTIES UNION OF THE NATION'S CAPITAL | Mark A. Posner (D.C. Bar No. 457833) |
| | Robert A. Kengle |
| 4301 Connecticut Avenue, NW, Suite 434 | LAWYERS' COMMITTEE FOR |
| Washington, DC 20008 | CIVIL RIGHTS UNDER LAW |
| (202) 457-0800 | 1401 New York Ave. NW |
| (202) 457-0805 (fax) | Ste. 400 |
| artspitzer@gmail.com | Washington, DC  20005 |
| | Tel:  (202) 662-8389 |
| Laughlin McDonald | Fax:  (202) 628-2858 |
| Nancy Abudu | mposner@lawyerscommittee.org |
| Katie O'Connor | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | Michael A. Cooper *(pro hac vice)* |
| | Garrard R. Beeney *(pro hac vice)* |
| 230 Peachtree Street, N.W., Suite 1440 | Peter A. Steciuk *(pro hac vice)* |
| Atlanta, GA 30303-1227 | Taly Dvorkis *(pro hac vice)* |
| (404) 523-2721 | Theodore A.B. McCombs *(pro hac vice)* |
| (404) 653-0331 (fax) | Sean A. Camoni *(pro hac vice)* |
| koconnor@aclu.org | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| Susan Dunn | New York, NY  10004-2498 |
| AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA | Tel:  (212) 558-4000 |
| | Fax:  (212) 291-9007 |
| P.O. Box 20998 | beeneyg@sullcrom.com |
| Charleston, SC 29413 | |
| sdunn@aclusouthcarolina.org | Wendy R. Weiser *(pro hac vice)* |
| | Keesha M. Gaskins *(pro hac vice)* |
| J. Gerald Hebert (D.C. Bar No. 447676) | Mimi Marziani *(pro hac vice)* |
| CAMPAIGN LEGAL CENTER | Elisabeth Genn *(pro hac vice)* |
| 215 E Street, NE | THE BRENNAN CENTER FOR JUSTICE |
| Washington, DC 20002 | AT NYU SCHOOL OF LAW |
| (202) 736-2200 | 161 Avenue of the Americas, Floor 12 |
| ghebert@campaignlegalcenter.org | New York, NY  10013-1205 |
| | Tel:  (646) 292-8310 |
| *Attorneys for Defendant-Intervenors James* | Fax:  (212) 463-7308 |

*Dubose,* et al.

Debo P. Adegbile (D.C. Bar No. NY0143)
Elise C. Boddie
Ryan P. Haygood  (D.C. Bar No. NY0141)
Dale E. Ho (D.C. Bar No. NY0142)
Natasha M. Korgaonkar
Leah C. Aden
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, NY 10013
(212) 965-2200
rhaygood@naacpldf.org
laden@naacpldf.org

Douglas H. Flaum
Michael B. de Leeuw
Adam M. Harris
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

Victor L. Goode
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF
COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215

*Counsel for Defendant-Intervenors South Carolina State Conference of the NAACP,* et al.

keesha.gaskins@nyu.edu

Armand Derfner (D.C. Bar No. 177204)
DERFNER, ALTMAN & WILBORN
575 King Street, Suite B
P.O. Box 600
Charleston, SC 29402
Tel:  (843) 723-9804
Fax:  (843) 723-7446
aderfner@dawlegal.com

*Counsel for Defendant-Intervenors the League of Women Voters of South Carolina,* et al.

## CERTIFICATE OF SERVICE

I certify that on August 21, 2012, I filed the foregoing Request for Judicial Notice, through the Court's electronic filing system.

                    /s/ Theodore A.B. McCombs
                    Theodore A.B. McCombs