# EXHIBIT

# A



Begin forwarded message:

**From:** JoAnne Day <jvday@yahoo.com>
**Date:** August 15, 2012 1:24:47 PM EDT
**To:** Barbara Zia <ziab1@comcast.net>
**Cc:** Lynn Teague <Teague_L@bellsouth.net>
**Subject: SC Election Commission letter**
**Reply-To:** JoAnne Day <jvday@yahoo.com>

Attached is a scan of a letter from SC Election Commission requesting the League's help in providing notaries for the photo id affidavits needing to be notarized for the upcoming election.  Looks like they are anticipating voter id is going to clear or they are just getting a contingency plan in place.

JoAnne Day
Vice President, Issues and Action
LWVSC

**SOUTH CAROLINA ELECTION COMMISSION**

August 13, 2012

Ms. Barbara Zia
Co-President
League of Women Voters
PO Box 8453
Columbia, SC 29202

Dear Ms. Zia:

I am writing to request assistance from your organization in preparation for the 2012 general election in South Carolina. As you know, the State of South Carolina is currently seeking judicial preclearance of the South Carolina Voter ID law. If this law is precleared prior to the general election, the State Election Commission will be responsible for its implementation prior to and during the election. One of the requirements of the law provides that registered voters who lack photo identification will be allowed to cast a provisional ballot after submitting an affidavit confirming the reasonable impediment that prevented them from obtaining such identification. Under South Carolina law, such an affidavit must be notarized, which of course requires a notary public.

This is where your organization can step in to help ensure a smooth and orderly process on election day. I am calling on you to contact the people within your organization to determine (a) who is a registered notary public in South Carolina, and (b) who will be willing to serve as a poll worker or "volunteer notary" at polling places on election day in the event that the Voter ID law will be implemented.

Please respond to the State Election Commission with your list of volunteer notaries and their counties of residence on or before September 15, 2012. Thank you in advance for your assistance and your willingness to provide volunteers for this important effort.

Sincerely,

*Marci Andino*

Marci Andino

/mba

**COMMISSIONERS**

JOHN H. HUDGENS, III
Chairperson

MARK A. BENSON

MARILYN BOWERS

THOMAS WARING

NICOLE S. WHITE

MARCI ANDINO
Executive Director

2221 Devine Street
P.O. Box 5987
Columbia, SC 29250

803.734.9060
Fax: 803.734.9366
www.scvotes.org

