# EXHIBIT

# B



Begin forwarded message:

**From:** Barbara Zia <ziab1@comcast.net>
**Date:** August 17, 2012 7:29:20 PM EDT
**To:** Marci Andino <marci@elections.sc.gov>
**Cc:** LWV South Carolina - Barbara Zia <ZiaB1@comcast.net>
**Subject: SC Election Commission letter**

Dear Marci,
Thank you for your letter. As you know, LWVSC is an intervenor in South Carolina v Holder. But the request for League members who are registered notaries to volunteer their time is basically separate from the litigation; so this is only a question of whether there are League members who could do this.

In the very unfortunate event that the law is precleared and there is an attempt to implement it, it would probably be helpful for different groups to provide volunteer notaries but again, for the League, it depends on the actual ability of members to do this.

We do not keep records of whether our members are registered notaries. It's likely that members who are notaries are employed and unavailable to volunteer their services on Election Day. However, we will be happy to put out a call to members. In the event some want to volunteer it would be helpful for them to contact SEC or their county election offices directly, as our staff resources are insufficient to coordinate volunteers for this effort.

A related question, in the event that photo ID is implemented--If a voter lacks a requisite ID, claims a reasonable impediment, submits an affidavit and casts a provisional ballot, will that voter need to appear and produce a required photo id at her/his county election office before the election is certified in order to have that vote counted?

Thanks again.

Best regards,
Barbara

Barbara Zia
Co-President
League of Women Voters of South Carolina
PO Box 8453
Columbia, SC 29202
803-251-2726
ziab1@comcast.net

*The League of Women Voters is where hands-on work to safeguard democracy leads to civic improvement. Visit www.lwvsc.org to join the League and help keep our communities safe, strong and vibrant.*

Find us on Facebook

THINK GREEN - BEFORE YOU PRINT

2