IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>　　　　Defendants,<br><br>JAMES DUBOSE, *et al.*,<br><br>　　　　Defendant-Intervenors. | Civil Action No. 1:12-CV-203<br>(CKK-BMK-JDB)<br>Three Judge Court |

## UNITED STATES' MOTION TO EXCLUDE THE TESTIMONY AND REPORT OF DR. SCOTT BUCHANAN

Pursuant to Federal Rule of Evidence 702, the United States of America respectfully moves for an order excluding the testimony and report of Dr. Scott Buchanan. For the reasons set out in the United States' Memorandum in Support, attached hereto, the Court should exclude from evidence the testimony offered by Dr. Buchanan at trial, along with Dr. Buchanan's August 6, 2012 report. Dr. Buchanan admits he is not an expert on legislative purpose, but he nevertheless opined on the opinion of other experts concerning that exact subject. Dr. Buchanan also offered opinion testimony rooted in neither sufficient data nor reliable methods. As a result, Dr. Buchanan's testimony will not assist this Court as trier of fact to understand the evidence or to determine a fact in issue.

WHEREFORE, the United States respectfully requests that its motion to exclude Dr. Buchanan's testimony and report be GRANTED. A proposed order is attached for the Court's convenience.

Date:  September 7, 2012

Respectfully submitted,

| | |
|---|---|
| RONALD C. MACHEN, JR.<br>United States Attorney<br>District of Columbia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| | */s/ Bradley E. Heard*<br>T. CHRISTIAN HERREN, JR.<br>RICHARD DELLHEIM<br>BRADLEY E. HEARD<br>CATHERINE MEZA<br>ANNA M. BALDWIN<br>ERIN M. VELANDY<br>Attorneys<br>Voting Section, Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-4196<br>Facsimile:  (202) 307-3961 |