IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States, <br><br> Defendants, <br><br> JAMES DUBOSE, *et al.*, <br><br> Defendant-Intervenors. | Civil Action No. 1:12-CV-203 <br> (CKK-BMK-JDB) <br> Three Judge Court |

### ORDER EXCLUDING TESTIMONY AND REPORT OF DR. SCOTT BUCHANAN

Upon consideration of the United States' Motion to Exclude the Testimony and Report of Dr. Scott Buchanan (Doc. __), and the State of South Carolina's response thereto (Doc. __), it is hereby **ORDERED** that the United States' motion is **GRANTED**. Accordingly, the testimony offered by Dr. Buchanan at trial is hereby excluded from evidence. Likewise, the August 6, 2012 Expert Report of Dr. Scott Buchanan is hereby excluded from evidence.

**IT IS SO ORDERED.**

Date: September \_\_\_\_, 2012

_____
BRETT M. KAVANAUGH
UNITED STATES CIRCUIT JUDGE


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE