# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF SOUTH CAROLINA

 *Plaintiff*,

v.

THE UNITED STATES OF AMERICA
And ERIC HIMPTON HOLDER, JR. in his
Official Capacity as Attorney General
Of the United States,

 *Defendants*,

 AND

JAMES DUBOIS, *et al*.,

 *Defendant-Intervenors*.

Civil Action No.

1:12-CV-203-CKK-BMK-JDB
(Three Judge Court)

**DECLARATION OF SCOTT EUGENE BUCHANAN, PH.D.**

## I.  Introduction

My name is Scott Buchanan, and I am currently an associate professor of political science at The Citadel in Charleston, South Carolina.  Since August 2009, I have been on the faculty at The Citadel.  Prior to that, I was on the faculty at Columbus State University in Columbus, Georgia from August 2002-July 2009.  Previous to that, I was a faculty member at Gordon College in Barnesville, Georgia from August 1999-July 2002.  I teach courses in American politics at The Citadel.  Specifically, I focus on teaching courses on political parties, state and local government, civil rights, and southern politics.

I have been asked by the plaintiff in this lawsuit to investigate and, if appropriate, to state opinions I have in rebuttal to opinions expressed by Drs. Vernon Burton and Theodore Arrington in their initial and supplemental reports in this case as to what progress South Carolina has made since the enactment of the Voting Rights Act of 1965 regarding voter registration, voter turnout, and the number of black elected officials in the state.  Specifically, I have been asked to state whether or not South Carolina's history of racial discrimination will affect the ability of African Americans to vote under South Carolina's photo identification law, Act R54 (2011).  I have also been asked to investigate and provide any rebuttal opinions I have to specific points, methodologies, and analyses used by Drs. Burton and Arrington in this case and as set forth in their initial and supplemental reports.  In addition, I have been asked to comment upon expert witness assertions that voting fraud, including impersonation fraud, is not a problem in South Carolina and in the other states, and therefore does not affect the public confidence in the integrity of the voting process of South Carolina.  My opinions are based upon widely accepted methods of analysis in political science, and I have previously used these skills in a variety of research that focuses primarily on southern politics.

## II.  Qualifications, Publications, and Compensation

I earned my Ph.D. in political science at the University of Oklahoma in 1999.  My masters degree in political science is from Auburn University (1995), and my undergraduate degree is from the University of Georgia (1992).  My academic major at both Auburn University and the University of Georgia was political science.  Since 1995, I have been involved in political science research in a variety of ways.  My curriculum vitae is attached to this report as Appendix A.

All of my published research is included in my curriculum vitae.  I have published research in several peer-reviewed journals including, *American Review of Politics, Journal of Political Science, Legislative Studies Quarterly, Politics and Policy,* and *Southeastern Political Review*.  I have also contributed to three peer-reviewed scholarly books and have written several book reviews for scholarly journals.  Typically, the book reviews have been concentrated on an area of either southern politics or civil rights history.  I have also published a biography of Georgia governor Marvin Griffin who served from 1955-1959 and am knowledgeable concerning the state of southern politics in the mid-20th century to current day.  In addition, I have conducted a number of interviews with political leaders who served in office in the state of Georgia during the 1950s and 1960s.  From 2004-2005, I was president of the Georgia Political Science Association.  Finally, I have been the executive director of The Citadel Symposium on Southern Politics since 2009.

I am being compensated at the rate of $300 per hour.  I have not served as an expert witness on any previous court cases.

**III. Opinions**

My opinions can be summarized as follows:

- Since 1965, South Carolina has made dramatic progress in the area of minority voting rights regarding the ability of racial minority groups, especially African Americans, to participate in the political process, and to elect candidates of their choice.

- African-Americans in South Carolina have equal access to voting as demonstrated by voter registration statistics and voter turnout rates, which are presented below.

- The political empowerment of black elected officials has grown dramatically in the late 20th/early 21st centuries. The most dramatic growth occurred during the decade from 2002-2012.

- South Carolina in 2012 is no longer the state that it was in 1965 as it pertains to the ability of African-Americans to participate in the political process and elect candidates of their choice.

- The past history of racial discrimination in South Carolina does not continue to have present-day effects that affect voter registration, turnout, and the number of black elected officials in the state.

- Both Drs. Arrington and Burton utilize methodologies in their initial and supplemental expert reports that lead them to conclusions about the state's political racial environment and the motivations of the state's political figures that are not reliable.

- Neither Drs. Arrington nor Burton give due consideration to the potential for how photographic identification laws might help to deter voting fraud.

3

### IV.  Basis and Reasons for My Opinions

The data presented in the exhibits below are all publicly available data that helped lead me to the opinion that South Carolina has substantially changed since the passage of the Voting Rights Act of 1965, and particularly as to African American's participation in the voting process. The voter registration and turnout data in Exhibits 2-5 are based exclusively upon figures available from the South Carolina Elections Commission.  Turnout data in this study are always presented as white/non-white.  Essentially, the state computes the white turnout, and all other racial groupings are characterized non-white.

Data on black elected officials are readily available from 1970-2002.  After 2002 though, the Joint Center for Political and Economic Studies stopped compiling and publishing data on black elected officials.  As a result, I constructed the number of black elected officials in 2012 to compare to the now decade-old data of 2002.  Some data were available from the *South Carolina Legislative Manual*, while I obtained other numbers of black officials from various state associations representing certain officeholders at the state level.  For example, the South Carolina Coroners Association provided demographic information on coroners in the state's 46 counties.  I generated other numbers by using the Internet and determining the race of the individual from pictures of officeholders.

### A.  Voter Turnout

Exhibit 1 presents the impact of the Voting Rights Act of 1965 (VRA) on southern states by 1967.  Using an eleven state definition of the South, 55.3 percent of whites and 30.8 percent of non-whites were registered to vote in 1964.  In 1967, the region-wide voter registration averages had increased to 73.1 percent of age-eligible whites and 56.0 percent age eligible non-whites.  Political scientists often refer to South Carolina as a "Deep South" state.  The five states

of the Deep South have the largest black populations, and they were historically the most resistant to changes in racial segregation and featured low levels of black voter registration and turnout (Key 1949). However, South Carolina in 1964 had a non-white voter registration of 37.3 percent, which was higher than the other four states that make up the Deep South. After passage of the VRA, the black registration numbers began to rise and were comparable to the Deep South and the region as a whole. Simultaneously, the white voter registration also increased. Voter registration has increased for all racial groups since the late 1960s (see Exhibit 1).

Since 1968, South Carolina has maintained voter registration data divided into specific racial groupings: white, black/African American, Indian/Native American, and Asian. This data was the race which the voter claimed when he/she registered to vote. Through the mid-1980s, the majority of the state's voters claimed either white or black as their racial identity. Beginning in 1986, the number of Asians registering to vote began to increase, and in 1988 the state began the Hispanic grouping. Consistently since 2000, South Carolina has also maintained an "other" racial category. For the purposes of analysis, I computed the percentage of blacks, whites, and minority voters other than blacks using the voting age population (VAP) for each group. In all cases, VAP was based upon United States Census Bureau figures for each census between 1960-2010. I would like to make two observations in this regard. First, the 1960 Census only provides white and non-white VAP. Therefore, the 1968 black and non-white registration percentages are identical. Secondly, I used the VAP for 1970 of 21 years and older. Beginning with 1972 and the passage of the 26th Amendment, I used the population that was 18 and older.[1]

---

[1] One note is that some studies have begun to use the voting eligible population (VEP), which attempts to subtract non-citizens and convicted felons to create a more accurate voter registration rate than possible using VAP. However, this is not easily available data. If it were possible to use VEP, the registration percentages would undoubtedly be even higher for all racial groups since the VAP includes some individuals who cannot legally vote.

As Exhibit 2 demonstrates, the voter registration numbers for all racial groups have risen steadily.  Most notably, black registration as a percentage of VAP has increased at a rapid rate in the past decade.  In June 2012, African American registration rate is higher (81.2 percent) than the corresponding white registration percentage (78.5 percent) in South Carolina.  Although there are times when registration for black voters will go down between election cycles, the same decline always occurs among white registrations as well.  The fact that 81.5 percent of the black VAP of South Carolina in 2012 are registered to vote demonstrates the change that has been made in black voter registration since the mid-1960s.

## B.  Voter Turnout

Exhibit 3 presents voter turnout rates for the period from 1970-2010.[2]  An analysis of the non-white turnout data reveals the non-white voter turnout rate has consistently risen over the last four decades.  While the voter turnout rate is not a constant rise across all election cycles, turnout in presidential elections, which always draws the highest turnout for voters of any race, has consistently increased in terms of raw numbers of non-white voters.  While the percentages of non-white voter turnout vary across the time period, the white turnout has fluctuated as well.  One of the most important, if not the most important, measure of the ability of non-white voters to vote freely is to compare the non-white turnout rate to white turnout rates.

Since the 1972 presidential election, the difference between white turnout and non-white turnout has averaged eight percent across all ten presidential elections with more whites voting than non-whites.  In 2008, statewide non-white voter turnout was _higher_ than white turnout by 0.9 percent.

---

[2] South Carolina did not maintain racial turnout data for the 1968 general election.

Exhibit 4 focuses upon turnout in the Democratic primary.  Party primaries typically draw less turnout than a general election.  However, the South had a history of higher turnout in primaries than the general election due to the legacy of the one party Democratic South.  Stanley (1987) found that voter turnout for gubernatorial primaries and U.S. Senate primaries were more likely to draw higher turnout than general elections prior to the 1960s, and South Carolina certainly fits that pattern as well.  Into the 1980s, the legacy of the one party South continued to be seen with primary turnout often higher than one typically sees in party primaries.  To gain a sense of this trend, turnout data for party primaries for the years 1978-2010 are included.  Until 1992, both the Democratic and Republican Parties in South Carolina conducted party primaries, including maintaining turnout figures.[3]  Since 1978, the percentage of non-white voter turnout has outpaced white turnout in the Democratic primary.  Over the same period, the total turnout for the Democratic primary has becoming increasingly non-white with 64 percent of the total turnout being non-white voters in 2010.

The Republican Party figures are included in Exhibit 5.  While the Republican Party has become the party of choice for a majority of white South Carolinians since the 1980s, non-white turnout in the GOP primary has risen slightly since 1978.

Overall, voter turnout rates for all racial groups in South Carolina have increased over the last forty years.  Non-white voters now vote in much higher numbers than the 1970s, and, as noted above, in the case of the November 2008 general election, the non-white voter turnout rate was actually higher than white turnout.  Even in the 2010 general election when turnout for all racial groups decline in midterm elections, the non-white turnout rate was only 4.4 percent lower

---

[3] Prior to 1978, the South Carolina Elections Commission did not report primary turnout in the official election reports available from the Commission as a result statewide primary turnout are not readily available.

than white turnout.  In terms of raw numbers, non-white voters turned out in the highest numbers in 2010 than any midterm election in the history of the state.[4]

Another measure of the progress made in the area of voting participation by African Americans can be seen in Exhibit 6, which presents the United States Census Bureau estimates of voter registration and turnout.  While these figures are not official data like the registration and turnout data maintained by the State Election Commission, they are an indication of citizens' political efficacy in responding to whether or not they are registered to vote or cast ballots.  Based upon the Census Bureau surveys as well as actual registration and turnout figures, non-white voters are registered and voting at rates equal to the rates of white voters, and again in the 2008 general election, non-white turnout actually outpaces white turnout (see Exhibit 6).

**C.  Socioeconomic Factors in Voter Turnout**

Exhibits 7-9 present data related to the socioeconomic climate of South Carolina.  Exhibit 7 contains white voter turnout along with the white per capita income for the state's 46 counties.  Exhibit 8 focuses upon non-white turnout along with the black per capita income.  The table in Exhibit 9 compares the five poorest counties (Lee, Williamsburg, McCormick, Allendale, and Marion) in terms of black per capita income and the five wealthiest counties (Beaufort, Charleston, Richland, Georgetown, and Greenville) in terms of white per capita income.  A further analysis reveals that educational attainment rates in the five poorest counties are the

---

[4] Dr. Vernon Burton, expert witness for the defendant-intervenors in this case, states in his report that "the African American turnout rate returned to pre-2008 levels, suggesting that 2008 was tied to Obama's candidacy in particular" (Burton Report 2012, 13, note. 48).  Since Dr. Burton is using the state published non-white turnout rates, he cannot speak definitively to African American turnout.  In addition, non-white turnout was at 48.6 percent in the 2010 midterm elections which is higher than the 37.1 percent turnout rate among non-whites in the 2006 midterm election.  Significantly, the percentage of the total voter turnout that was non-white in 2010 was 28.5 percent which was a state record for a midterm election.

lowest in the state.  In the wealthiest counties, the educational attainment rates are the highest in the state.

A very large body of study in political science focuses upon socioeconomic influences on voter turnout.[5]  While education and income certainly play a role in the likelihood that a voter will cast a ballot, some scholars have found that the differences between black and white southerners are more complex.  Once controlling for socioeconomic factors, some have found that black turnout actually is higher than white turnout among comparable groups (Verba and Nie 1972; Wolfinger and Rosenstone 1980).  In order to see what patterns might exist in South Carolina, Exhibit 9 presents voter turnout rates in general elections between 2000 and 2010 in the state's wealthiest and poorest counties.  Due to the inability to obtain a specific black turnout rate for 2010, the figures are the non-white turnout rate.  However, the state's five poorest counties have overwhelmingly African American populations and feature non-white voter registration that is almost exclusively black.[6]

Turnout among non-white voters in the state's five poorest counties has increased over the last decade.  As was typical for the entire state, the 2008 general election saw the highest non-white turnout in the state's history.  The non-white turnout in the state's poorest counties was 77.8 percent in comparison to 76.3 percent non-white turnout statewide as was presented in Exhibit 3.  The non-white voter turnout rate across the state was approximately the same level regardless of the economic condition of the county.  Both on a statewide basis, and even more so

---

[5] The analysis of socioeconomic factors in voter turnout are so voluminous as to defy citation here.  However, Niemi and Weisberg (1993) provide a broad literature review of this area of study.
[6] According to the 2010 Census, the black populations for the poorest counties in the state were: Lee (64 percent), Williamsburg (65 percent), McCormick (49 percent), Allendale (72 percent), and Marion (56 percent).

in the state's poorest counties, non-white voter turnout in the state's five poorest counties was at historic highs for the past two election cycles.

To compare the opposite category, the wealthiest five counties in Exhibit 9 feature white voter turnout rates.  One of the expected outcomes is that the wealthiest counties would have higher turnout among white voters, and this was the case.  The point that is worth noting again is the last two election cycles.  The average difference between the wealthiest counties' white turnout rate and the poorest counties' non-white turnout rate was 13.8 percent in the 2000 and 2004 presidential elections.  Yet in 2008, non-white voter turnout outpaced white turnout in these counties by a 77.8-76.6 percent margin.  The average difference between the white and non-white turnout in these two groups was 11.2 percent for the 2002 and 2006 midterm elections with white voters turning out in higher numbers as was the historical norm.  In the 2010 midterm elections, however, the difference between the two opposite groups of voters shrank to 2.1 percent between white and non-white voters.

The comparison of African American and white turnout indicate that the state's past discrimination of African Americans is not affecting their political activity today.  This gives credence to Judge Duffy's opinion in *United States v. Charleston County* in which he stated that "the Court cannot conclude that there remain lingering effects from past discrimination touching the right of African Americans to vote" (316 F.Supp.2d 268, 291 n.23).  While turnout amongst non-white voters has historically been lower through the 1990s, this has changed since 2000. These trends have changed statewide with all non-white voters (including African Americans), and the trend is evident among non-white voters who live in the state's most impoverished counties.  While it is not surprising that non-white voter turnout was historically high in 2008, the correspondingly high turnout rate among non-whites in 2010 indicates that it is not limited

solely to presidential election cycles, where one of the candidates of a major political party is an African American.

## D.  Black Elected Officials in South Carolina

While South Carolina voters have yet to elect a black candidate to a statewide office, black elected officials have increased significantly since the early 1970s.  Exhibit 10 details the rise in black officeholders at the level of the United States House of Representatives and also the South Carolina General Assembly.  Exhibit 11 demonstrates the rise in black elected officials at the city and county level.[7]

In 1992, South Carolina saw its first black congressman since Reconstruction with the election of Democrat James Clyburn to represent the state's Sixth Congressional District. Clyburn's victory was in a district with a majority-minority population.  Clyburn easily won the Democratic nomination in 1992, without a runoff, garnering 55 percent of the vote in a five candidate field.  The 2010 population of the Sixth District was 54.2 percent African American.

In 2010, voters of the state's First Congressional District elected Timothy Scott to represent them in Congress.  Timothy Scott is a black conservative Republican who was elected easily in 2010 by a margin of 65-29 percent over his white Democratic opponent.  In securing the Republican nomination for the First District, Scott won a plurality in a nine candidate Republican primary, which also featured Carol Campbell, III and Paul Thurmond, the sons of

---

[7]Ruoff and Buhl (2006) have data for black elected officials in 2005.  However, their data does not contain municipal officeholders, which made an accurate comparison impractical.  While the number of black sheriffs remained constant from 2005-2012, the number of black candidates elected to the positions of county auditor, county treasurer, and coroner increased.

two famous white political figures in South Carolina.[8]  In the runoff, Scott easily defeated Paul Thurmond by a margin of 68-32 percent.  Scott's victory was also notable due to the fact that the First Congressional District had a 2010 population that was 66.1 percent white.  While Scott had not previously run for Congress, he was not a newcomer to politics.  Scott served on the Charleston County Council from 1995-2009, and he was chairman of the council from 2007-2009.  Scott was elected in 2008, and served from 2009-2011, as the representative of District 117 in the South Carolina House of Representatives.  When Scott was elected, 67.6 percent of registered voters in House District 117 were white (South Carolina Registration Demographics for House Seat 117).

One sign that South Carolina today is not the same as forty years ago, Timothy Scott is the only black Republican elected from the Deep South to represent a district in Congress since the Reconstruction era.[9]  Scott's election suggests that white South Carolina voters are willing to vote for a black candidate when the ideological preferences of both the voters and candidate coalesce.  The fact that Congressman Scott drew no Republican opposition in the 2012 primary is a further indication of Scott's popularity with his constituents.

While not elected to the United States Senate, Alvin Greene, a black Democrat, was the surprise winner of the Democratic nomination in 2010 defeating Charleston County Council member Vic Rawl, a white candidate, by a margin of 59-41 percent.  Given how improbable Greene's victory was, Representative James Clyburn speculated that Greene was possibly "a Republican plant" (Toeplitz 2010).  However, no evidence has ever been produced indicating

---

[8] Campbell's father is Carroll Campbell, Jr. who served as Governor of South Carolina from 1987-1995.  Thurmond's father is United States Senator Strom Thurmond who, among other offices, served as a senator from South Carolina from 1954-2003.

[9] Political scientists generally classify the South into two categories:  Deep South and Rim South.  The Deep South states are Alabama, Georgia, Louisiana, Mississippi, and South Carolina, while Arkansas, Florida, North Carolina, Tennessee, Texas, Virginia are the Rim South.

such a conspiracy was afoot. Despite a challenge by Rawl, the South Carolina Democratic Party refused to overturn the results of the primary, and Greene was announced as the Democratic nominee of the U.S. Senate despite the fact that Rawl would have undoubtedly been a stronger challenger to DeMint (*Id*). A homogenous precinct analysis of Greene's primary victory found that a biracial coalition was responsible for Greene's victory, and there was no evidence of any sort of a Republican plan, or voting fraud scheme, to corrupt the Democratic primary results (Bullock and Buchanan 2012).

In the General Assembly, the number of black members has steadily increased since the early 1970s. In 1970, three black candidates were elected to the state House of Representatives for the first time since Reconstruction. As presented in Exhibit 10, the ensuing years saw that number rise to 38 (21.1 percent) in the current session House and Senate (2011-2012). Representative Gilda Cobb-Hunter (D-Orangeburg) is an African-American member and formerly served as the Democratic minority leader of the state House from 1997-2000. She was also the first woman to hold that office.

The numbers of black elected officials at the county and city level have grown even more dramatically since 1970. The most significant change though has occurred in the decade from 2002-2012. Exhibit 11 presents the number of black elected officials at the county and city level. The numbers included are only those offices which are elected by either the voters or, in the case of judicial positions, appointed by members of the General Assembly. There are approximately 3,174 elected positions at all levels of government in South Carolina, and the total number of black elected officials in 2012 across the state is 931, or 29.3 percent of the total officeholders.[10] Considering that the statewide population of South Carolina, according to the 2010 Census, was

---

[10] The total of 3,174 elected positions comes by adding all elected positions at the federal, state, county, and city level.

approximately 27.9 percent African American, the proportion of black elected officials is slightly higher than the statewide population.

Further, some counties in the state with majority black populations feature county governments in which African Americans hold a majority of county positions beyond their proportion of the population.  For example, Williamsburg County had a 2010 population that was 65.8 percent African American, while black officials held 84.6 percent of county level offices.  Nor are majority black counties the only ones that feature African American officeholders.  For example, Abbeville County, in which blacks constituted 28.2 percent of the 2010 population, had four black officeholders in 2012, which was 30.8 percent of county offices.  While three of those officeholders were county council members representing single member districts, one was the sheriff who is elected countywide.

African Americans hold approximately 38 percent of the 617 school board seats in the 83 school districts across state.  Voters elect school board members in 76 of the 83 school districts.  Forty school boards have board members elected from single member districts, while 27 boards use an at-large method of voting.  The remainder uses some combination of at-large and single member districts.  Seven districts have school boards that have some or all members appointed.  In addition, 27 of the 83 (32.5 percent) school districts have a black school board chair.[11]  Members of school boards hire superintendents in 82 of the 83 districts (Oconee County has an elected superintendent, who is white).  Currently, there are 21 African American superintendents or 25 percent of the total.

---

[11] The voters in Horry and McCormick Counties elect school board chairs.  In 2012, Horry County's chair is white, while McCormick County's elected chair is black.  In all other school districts, the members of the school board elect the chair.

In the area of law enforcement, 12 of the 46 sheriffs (26.0 percent) across the state are African American, and eight coroners (17.4 percent) are black.  Of the 12 sheriffs, four serve in counties where African Americans constitute less than 50 percent of registered voters:  Abbeville (31.3 percent), Colleton (41.9 percent), Edgefield (37.1 percent), and McCormick (42.5 percent). The fact that these counties have majority white voter registration and black sheriffs is noteworthy since southern sheriffs have historically been seen as the head of the ticket when it comes to county elections (Greene 2003; Hendrickson 2003).  Also, unlike single member county council districts, sheriffs are elected countywide.

At the state level, one state supreme court justice is black, and there are black judges at the lower judicial levels with the largest number being at the magistrate level.  Of the state's 556 magistrates, 116 are black (20.9 percent).

## E.  Growing Diversification of the South Carolina Population

Despite South Carolina's historically biracial dichotomy of white and African American, the state's population is more diversified than a generation ago.  As Exhibit 3 highlights, the number of other racial minority groups, as defined by the United States Census Bureau, have begun to rise as a percentage of registered voters.

Republican Nikki Haley, a person of South Asian Indian-American heritage, is the first minority to be elected governor in South Carolina's history.  Haley was born in Bamberg, South Carolina, to parents who immigrated to the United States from India (Haley 2010; Dewan and Brown 2010).  After serving three terms in the South Carolina House of Representatives, Haley won the governorship in 2010.  Despite a field that included Congressman Gresham Barrett, Lieutenant Governor André Bauer, and Attorney General Henry McMaster, all of whom are

white, Haley won 49 percent of the vote in the four candidate field and easily defeated Gresham Barrett in the runoff by a 65-35 percent margin.

### V.  General Rebuttals To Expert Witnesses Reports of Drs. Burton and Arrington

Below are general rebuttals to the reports of Drs. Arrington and Burton.

### A.  Racial Polarization

After reading the reports of Drs. Vernon Burton and Theodore Arrington, a common theme in both reports is the racial polarization of voting in South Carolina.  While it is certainly true that many white and black South Carolinians have different expectations from government, one cannot automatically assume that racial motivations are the cause of the presence of polarized voting.  In fact, both Drs. Arrington and Burton seem to approach the political environment of South Carolina as if it were frozen in a late 1960s/early 1970s era.  An underlying assumption of both experts is that race relations have not changed and that state and local election officials are willing to engage in racially discriminatory practices as were done in the past.  Yet, neither Drs. Arrington or Burton seem to give consideration to the fact that local elections officials 45-50 years ago were exclusively white.  Today, the likelihood of local elections officials being a mixture of both white and black persons is much greater, and the likelihood of racial discrimination occurring as described is much less likely.  Drs. Arrington and Burton do not report any sort of data for the racial composition of elections officials across the state.

The mindset of many white South Carolinians is focused on keeping government small due to the traditionally small state government and low levels of taxes that are part of the politics of the state (Elazar 1972).  Prior to the 1960s, the expression for such political sentiments was

found in the Democratic Party in South Carolina.  Today, those same sentiments are best represented within the South Carolina Republican Party.  The South Carolina Republican Party first began to develop in Greenville, Charleston, and Columbia in the 1950s, and the nucleus of the state's party was the white middle class who tended to focus on business issues (Bass and Poole 2009).  Although the Goldwater presidential candidacy in 1964 helped to bring in white voters more concerned about racial issues, the Democratic Party continued to dominate state legislative elections until the early 1990s (Graham and Moore 1994).

Drs. Arrington and Burton neglect the role that national politics has played in the partisan environment.   Ronald Reagan's election in 1980 and 1984 played a large role in the transformation of the state's Republican Party.  While the Republicans did not take control of state government in the 1980s, the foundation was built during this decade.  Black and Black (2002) highlight the profound effect of the Reagan presidency in helping to transform the South into a Republican stronghold.  Graham, Moreland, and Steed (2010) argue that Reagan helped to lead to a steady partisan transformation during the 1980s and 1990s.  More recently, George W. Bush's two presidential elections helped to complete the partisan realignment in the state (*Id*).

Religion is another aspect in the growth of the Republican Party in the state.  Since the 1980s, religious conservatives, especially evangelical Protestants, have played a larger role in southern politics (Black and Black 2002).  Religion is a vital element to consider to understand political trends in the South since the 1980s (Green Kellstedt, Smidt, and Guth 2010).  Black and Black (2002) argue that the religious right plays an "integral part of the southern Republican electoral coalition" (215).  The importance of the role which religious conservatives play cannot be downplayed in South Carolina Republican politics.

17

Another factor is found in the state's profound demographic transformation since the 1990s.  In Dr. Burton's report, an underlying premise seems to be that South Carolina has not changed substantially in the last forty years with regards to race relations or the political environment, other than the fact that the Republicans are now more successful than the Democrats in elections.  However, South Carolina has undergone enormous demographic changes that have brought in many individuals who were neither born nor raised in South Carolina, and these demographic changes carried with them political implications.  As early as the 1980s, Black and Black (1987) found that Elazar's traditionalistic political culture was not as deeply rooted in southern cities as was historically the case.

Another dynamic at play is that South Carolina continues to attract wealthy retirees from northern states, especially to the coastal counties (Ottenhoff 2012).  According to the American Community Survey, nearly 21,000 citizens moved from the northeast to South Carolina with most of that number coming from New York, New Jersey, and Pennsylvania (U.S. Department of Commerce 2010).  Since the 1960s, Northerners who moved to the South have been more likely to be Republican which has helped to change the partisan composition of the South (Black and Black 1987).  In essence, a significant component in Republican growth in South Carolina is from voters who are new to the state.

In the Upstate, international corporations have been operating since the 1980s.  The recent construction of the Boeing facility in Charleston, and the corresponding move of workers from other portions of the country to South Carolina, continue to add to the demographic diversity of the state.  In large part, this influx of new residents from other areas of the country tends to be more supportive of the Republican Party (Graham, Moreland, and Steed 2010).  However, neither Drs. Arrington or Burton give any mention to this fact.

18

A sign of the relative weakness of the Democratic Party in this era can be assessed by examining the Democrats' lack of success in winning open seat statewide elections in recent history.  Richard Riley was the last Democratic candidate to win a gubernatorial election for an open seat in 1978, while Ernest Hollings was the last Democratic candidate to win an open seat in the U.S. Senate in 1966.  An examination reveals a similar pattern for all statewide elective offices.  Republicans are winning statewide offices as Democrats are either defeated or retire (Graham, Moreland, and Steed 2010). In 2010, this pattern continued when Republican Mick Mulvaney defeated Democrat John Spratt in the state's Fifth Congressional District.[12]

In sum, the argument that voting is racially polarized solely due to racial attitudes is specious.  The combination of South Carolina's traditional political culture, the popularity of Ronald Reagan and George W. Bush, the rise of religious conservatives in the 1980s and 1990s, and the growing demographic changes in the state have led to the ascendancy of the Republican Party.  One should not overlook the fact that the state's Republican Party began building a well-organized party structure that continues to serve it well (Edgar 1998).  Quite simply, the Republican Party has been well-placed since the 1990s to capitalize upon the conservative political environment in the state.

---

[12] While the Republican Party has certainly been the dominant party since the 1990s, the Democrats were able to win the governorship and reelect U.S. Senator Ernest Hollings in 1998. In order to win both of those statewide positions, it required the crossover of a number of white voters who had been typically voting Republican.

19

**B. DOJ Objections**

Both Drs. Arrington and Burton point out Department of Justice (DOJ) objections interposed against some South Carolina voting changes under § 5 of the Voting Rights Act and point out lawsuits brought against South Carolina jurisdictions by the DOJ under § 2 of the Voting Rights Act (Burton Initial Report on pp. 8, 9, and 11; Arrington Initial Report on p. 54). However, since 1972, DOJ has lodged a total of 122 § 5 objections (Bullock and Gaddie 2009).[13] In the decade from 2002-2012, there have been a total of 9 objections.  In the period from 1972-2012, only 12 of those objections were at the state level. All other objections focused on the local city or county level.[14]   Since 2002, the only objection to a statewide law has been over the photographic identification law at issue in this case.

The most recent local objection involved the Fairfield County School District.  In 2010, the legislative delegation from Fairfield County, Representative Boyd Brown (D-Fairfield) and Senator Creighton Coleman (D-Fairfield), co-sponsored legislation to allow the county's legislative delegation to appoint a five member financial board to oversee the Fairfield School Board (Act R135) due to financial mismanagement (Ulbrich 2010, 17; Littlefield 2010).  Act R136 (2010) would have allowed the Fairfield legislative delegation to appoint two additional board members to the Fairfield County School Board.  In his veto message, Governor Mark Sanford vetoed both acts because of his belief in home rule, and not on race discrimination grounds, even though Sanford clearly stated his agreement concerning the financial mismanagement of the Fairfield School Board (Sanford 2010).  Even though the General

---

[13] Since 2004, there have been two additional § 5, bringing the total number to 122.  Of the § 5 objections from 1972-2001, 15 were withdrawn.  Twelve of the objections in this time period were at the state level with all others involving objections at the local level (United States Department of Justice 2012).

[14] In December 2010, DOJ withdrew a 2003 objection over annexations in the Town of North in Orangeburg County (*Id*).

Assembly overrode that veto, the South Carolina Supreme Court ruled the overridden veto vote to be unconstitutional holding that the General Assembly lacked a quorum when casting the vote (*Board of Trustees v. State* 2011). However, before the South Carolina Supreme Court's ruling, the Department of Justice interposed an objection in August 2010 that focused on the discriminatory effect of Act R136.[15] Despite the concerns of DOJ over the discriminatory effects of Act R136, it did not find any racially discriminatory intent in the enactment of R136.

The DOJ has sued two separate South Carolina counties for § 2 violations of the VRA since 2000. In 2003, *United States v. Charleston County* (316 F. Supp. 2d 268), the DOJ challenged the at-large method of election for the Charleston County Council, first adopted in 1969. The DOJ brought suit arguing that the county's at-large method of election had a discriminatory effect upon the ability of African Americans to elect candidates of their choice to the county council. Private Plaintiffs intervened and alleged that the at-large method of election had a both discriminatory intent and result in violation of § 2.

In his opinion, Federal District Court Judge Patrick Michael Duffy found in favor of the Plaintiff that the at-large method of election indeed did have a discriminatory effect upon the ability of African-Americans voters to elect candidates of their choice to county council. However, the court rejected the private Plaintiffs' claims of discriminatory intent. In the opinion, Judge Duffy stated,

> Notwithstanding the Court's determination that the at-large electoral system
> results in unequal access to the electoral processes for African Americans, it
> cannot conclude on the evidence before it that such system was adopted with the
> intent to discriminate. The Court, therefore, rejects the claim of the private
> Plaintiffs that the adoption of the at-large system was motivated by a racially

---

[15] The Department of Justice did not object to Act R135 that established a financial oversight board for the Fairfield School Board (United States Department of Justice 2010). Ultimately due to the South Carolina Supreme Court's overturning of the General Assembly's veto override, Act R135 never took effect.

discriminatory purpose in violation of the intent standard of Section 2 and the 14th Amendment of the United States Constitution (316 F. Supp. 2d at 304).

The other suit brought under § 2 of the VRA by the DOJ against a South Carolina jurisdiction involved the case of *United States v. Georgetown County School District, South Carolina*.  Georgetown County used an at-large method of election for its school board, and in 2008 the DOJ brought suit challenging the use of at-large elections there.  The DOJ argued that the system of election diluted the voting strength of African American citizens as evidenced by the fact that the school board consisted of entirely white board members in a county that was 38.6 percent black in 2000 (Complaint, 2:08-cv-00889-DCN).  In the complaint, DOJ argued that the at-large method of election had a discriminatory effect under § 2; however, the complaint did not assert that the system had a racially discriminatory intent.

When presented with the complaint, the Georgetown County School District entered into negotiations with the DOJ, and the issue was quickly resolved with the Georgetown County School District abandoning the at-large method of election for the school board.  DOJ filed its complaint against the school board on 14 March 2008, and the consent degree between DOJ and the Georgetown County School District was agreed upon on 21 March 2008 (Consent Decree 2:08-cv-00889-DCN).

## C.  Voting Fraud in the United States

This portion of my report is submitted in rebuttal to the notion that voting fraud, including impersonation voter fraud, is not a problem about which members of the South Carolina General Assembly should have been concerned in enacting voting reform legislation in 2011.

Throughout their initial and supplemental reports, both Drs. Arrington and Burton assert that voting fraud is not a problem in South Carolina that Act R54 was enacted to combat. From pages 44-47 of his initial report, Dr. Burton argues that passing voter identification was simply a pretext for what he argues is a racially discriminatory intent on the part of the members of the South Carolina General Assembly. In a similar manner, in both his initial report and his supplemental report, Dr. Arrington argues from pages 44-52 of the initial report that voter fraud, including voter impersonation fraud, is not a problem in South Carolina. As did Dr. Burton, Dr. Arrington finds that voting fraud concerns were a pretext for racially discriminatory intent, underlying the enactment of Act R54.

One of the problems in addressing voter fraud is determining how widespread it is. Voter fraud is an illegal act, so the very nature of those who engage in such illegal activities is to endeavor to escape observation or detection. Another problem in discussing voter fraud is that there is little academic research on this issue. In a scholarly journal article, "They Just Do Not Vote Like They Used To: A Methodology to Empirically Assess Election Fraud," the authors note there is a lack of "rigorous empirical examination of contemporary election fraud by social scientists" (Hood and Gillespie 2012, 76).

Since little academic research exists on the subject of voting fraud, I choose, in forming my rebuttal opinion, to rely upon sources of voter fraud as reported either through the media, through a government report, *In Building Confidence in U.S. Elections* ("Carter-Baker Report") (see Exhibit 12, p. 28), and through an investigation conducted by a Philadelphia City Commissioner (see Exhibit 12, p. 12), to contradict the assertions made by Drs. Arrington and Burton, concerning their claims that voting fraud is not a problem in South Carolina. In addition to the last two documents, Exhibit 12 lists allegations of and voter fraud convictions that have

been collected and reported over the past 26 months by www.electionlawcenter.com.  The table set forth in Exhibit 12 was created by attorney Katie Crebo, who worked under my direction and guidance in doing this research.  While this list does not purport to include all instances of voting fraud that have taken place in the United States in the last 26 months, it certainly gives some sense of how widespread the allegations and prosecutions of all types of voter fraud are in the United States presently.

As shown in Exhibit 12, impersonation voter fraud has taken place recently in the United States.  This type of voting fraud is the hardest to detect, especially without the use of forms of detection, such as requiring the use of photographic identification at the polls.  In Texas, however, a Democratic precinct chairwoman candidate was indicted in 2012 for allegedly arranging impersonation fraud involving her son (Exhibit 12, p. 12).  Hazel Woodard James was accused of arranging for her son, who is not registered to vote, to impersonate and vote in place of her son's father.  Authorities were alerted to the problem when the son's father later attempted to vote the same day in the same precinct.

In Washington, D.C., in April 2012, a man associated with conservative activist James O'Keefe walked into a precinct and asked if Defendant Eric Holder was a registered voter there. The man was then invited by the poll worker to sign the voter sign-in list and proceed to vote. The man then asked if he needed to provide identification but was told by the poll worker that ID was not necessary.  The man then left the polling place without voting (Exhibit 12, p. 13).  While this is not a consummated case of impersonation fraud, it is a compelling indication that without a photo ID requirement, voter impersonation fraud would be relatively easy to commit in the District of Columbia.

In Alabama, it was recently discovered that an illegal alien who had resided in the state since the 1970s was registered to vote under an assumed name. Using a stolen birth certificate, Venustaino Hernandez-Hernandez fraudulently claimed to be Severo Benavidez. While federal prosecutors did not choose to prosecute him for voter fraud, Alabama elections records indicate that Hernandez-Hernandez was on the voter rolls since 1984 and had voted in several elections with his most recent ballot cast occuring in a local election in 2009 (Exhibit 12, p. 12).

In Philadelphia, City Commissioner Al Schmidt's investigation of the 2012 primary elections discovered a case of in-person voter impersonation fraud that dated to 1990 (Exhibit 12, page 12). In this particular case, a "Joseph Cheesboro" registered to vote with an address that is a vacant lot in Philadelphia. In 2003, a "Joseph J. Cheesborough" registered to vote using the address of a convenience store in Philadelphia as his home address. An examination of the poll books which voters are required to sign revealed that Cheesboro and Cheesborough both voted in the 2007 primary and elections in Philadelphia. It was determined that these signatures were written by the same person.

Virginia law enforcement has been conducting investigations of voting irregularities from the 2008 presidential election and recently charged 39 people across the state while another 26 cases are still being investigated. Of those charged, a majority of the cases resulted in convictions. The secretary of the Virginia Board of Elections, Donald Palmer stated, "these complaints ran the gamut from voter registration fraud issues through potential fraud at the polling place on Election Day" (Exhibit 12, p. 12).

The vast majority of documented cases of voter fraud appear to involve absentee ballot fraud. In Exhibit 12, there are six cases involving allegations of absentee ballot fraud and fourteen cases of person convicted of absentee ballot fraud (Exhibit 12, pp. 13-18). The very

25

fact that so much absentee ballot fraud is occurring suggests the extent to which voter fraud is taking place in the United States.   Furthermore, a number of documented cases exist where voters are casting both an absentee ballot, as well as voting in-person, i.e. double voting.   There have been three convictions of double voting and five allegations of double voting over the last 26 months (Exhibit 12, pp. 18-19).

Another form of voter fraud involves felons who are casting ballots in violation of various state laws that prohibit felons from voting (Exhibit 12, pp. 20-21).   Currently, felons in 35 states lose their right to vote while serving their prison sentences.   Of that number, 30 states, including South Carolina, prohibit felons from voting through parole and probation (State Felon Voting Laws 2012).

In addition, as documented in Exhibit 12, there have been eight convictions of voter registration fraud, and seven other investigations or indictments of voter registration fraud across the country in the past 26 months (Exhibit 12, pp. 21-24).   On page 21 of his initial report, Dr. Burton references H.B. 4549, which would have tightened voter registration procedures as it pertained to third-party registration organizations in South Carolina.   Dr. Burton asserts that the consideration of this bill was due to an attempt to "suppress the vote," and he argues H.B. 4549 is circumstantial evidence of a racially discriminatory intent on the part of members of the General Assembly, underlying their enactment of the voter ID bill (*Id*).   However, Dr. Burton does not apparently recognize the voter fraud problems posed by third-party registration activities and that the effort to reform these voting abuses was not done with a racially discriminatory purpose.   In my opinion, his conclusion that H.B. 4549 was proposed for racial reasons is incorrect.

Further, Dr. Burton fails to acknowledge the publicized abuses of voter registration laws by third-party organizations in South Carolina.  Such voter registration illegalities took place in Florence, South Carolina, and were perpetuated by Terence Hines.  The arrest warrant for Hines listed him as an employee of the South Carolina Progressive Network. (Exhibit 12, p. 23).[16]  In 2004, Hines submitted 1500 completed voter registration application forms to the voter registration office in Florence County.  Officials were alerted to a problem when one of the registration forms included the name of the Mayor of Florence Frank Willis.  Hines was charged with forgery and voter fraud (Rees 2004).  Hines was tried and convicted.

Exhibit 12 further shows that illegal voting of various other types is also taking place in the United States.  This involves a variety of states and a range of illegal actives from vote buying, voting numerous times in one day, and ballots being cast under the name of people who are deceased.  There are currently a numbers of investigations or allegations of voter fraud of this type occurring.  For example, in Minnesota there have been 113 convictions for various forms of illegal voting, while another 16 convictions were obtained for illegal voting in Mississippi (Exhibit 12, pp. 25-26).  Another investigation of illegal voting involves a voter who is allegedly registered, and has been voting, in both Ohio and South Carolina (Exhibit 12, p. 26).  Another type of illegal voting, where non-citizens are casting ballots, is also taking place in some states (Exhibit 12, p. 27).

Many prosecutors are reluctant to investigate and prosecute voter fraud cases, further complicating the problem of determining the prevalence of voter fraud.  The Carter-Baker Report found that district attorneys often refused to prosecute voter registration fraud violations since such acts were "victimless and nonviolent" (Carter-Baker 2005, 45).

---

[16] Ironically, the South Carolina Progressive Network is a defendant-intervenor in this case.

According to the Carter Baker Report,  one way to combat this problem is to create laws to protect the sanctity of the ballot box.  As the Carter-Baker Report states, "the electoral system cannot inspire public confidence if no safeguards exist to deter or detect fraud or to confirm the identity of voters.  Photo IDs currently are needed to board a plane, enter a federal building, and cash a check.  Voting is equally important." (Carter-Baker 2005, 18).

On page 21 of his supplemental report, Dr. Arrington asserts that the General Assembly acted without evidence that there was a lack of public confidence in the electoral system of South Carolina.   However, Dr. Arrington is basing his opinion on South Carolina Elections Commission surveys that were conducted in 2006.  Dr. Arrington appears to suggest that these confidence surveys mean that the public in South Carolina does not support enactment of photo ID laws.

More recent public opinion surveys done in 2012 indicate that there is broad support among the public for photographic identification laws.  A national survey done by Rasmussen Reports, taken in April 2012, indicates that 64 percent of the public believes voter fraud is a "somewhat serious" problem in the United States (Rasmussen Reports 2012).  Another survey conducted by the University of Delaware and published in July 2012 indicates that 61 percent of the public in a nationwide poll indicates strong support for voter ID laws (University of Delaware Center for Political Communication 2012).[17]

Based upon the cases of voter fraud discovered and presented in Exhibit 12, I conclude that voter fraud is occurring to an important degree in the United States.  This is a reality that both Drs. Arrington and Burton reject in their expert reports.  However, the evidence presented here seems to raise serious questions about the wisdom of rejecting the existence of voter fraud,

---

[17] No opinion surveys of South Carolina residents were available that question them on their opinions on voter ID.

including impersonation voting fraud.  In my opinion, photographic identification requirements at the polls would not eliminate all voter fraud, but it would certainly curtail some cases of it, including impersonation fraud.  Further, it is my opinion that the enforcement of photo ID at the polls would increase public confidence in the integrity of the voting process in South Carolina.

## VI. Specific Rebuttals To Expert Witnesses Drs. Burton and Arrington

Below are specific rebuttals to expert witnesses for the defendants and defendant-intervenors.

### A. Specific Rebuttal to Burton's Reports

At a variety of places in his report, Dr. Burton uses basic references that are highly questionable.  Examples include:

- Throughout his initial report, Dr. Burton relies on references that are focused on arguing a particular point rather than objective research.  As an example, at various points in his report, Dr. Burton cites to research presented in 2006, which argued in favor of renewing § 5 of the Voting Rights Act (see pages 5-8 for an example of this pattern.)  However, he never cites any research that focused on the opposite side of that debate.  Essentially, he cites one side of an argument without considering the other.  Normally one would expect a social scientist to cite sources on both sides of an argument of this kind.

- Throughout his initial report, Dr. Burton uses a number of newspapers from outside of South Carolina.  While there is certainly nothing wrong with consulting such resources, it is curious how little he cites from newspapers within South

Carolina.  One would assume that daily newspapers in the state would do a more in-depth examination of such stories compared to other media outlets.

- On page 5 of his initial report, Dr. Burton quotes from a book that is focused on the history of blacks in South Carolina.  However, the book was published in 1973, and the focus of the study was from 1895-1968.  Dr. Burton states: "the historical experience and background to the enactment of the Voter ID law can only be fully understood in the context of the State's past" (id).  Dr. Burton does not provide comparable scholarly sources to discuss the history of race relations since 1968.  To focus on such a dated work does not give an indication of the more recent history of the state.

- On page 13 of his initial report, Dr. Burton argues that South Carolina's voter identification law was introduced in the wake of the 2008 presidential election which saw a large African American turnout.  When he discusses this fact, he states that a "higher proportion of young black voters turned out to vote."  He then cites to a *New York Times* article that is focused on the black turnout nationwide, and not black turnout in South Carolina, rather than focusing on data that would show actual voter turnout in South Carolina in 2008.

- On page 14 of his initial report, Dr. Burton references a comment made by former Governor Mark Sanford in 2005 that "there never will be" a black candidate elected statewide in South Carolina.  Governor Sanford's comments were a personal opinion based on no actual scientific evidence or data.

- On page 17 of his initial report, Dr. Burton cites the website, www.fitsnews.com as source material.  That website is one that proclaims on its banner "Unfair.

30

Unbalanced."  While the blog can certainly shed light on political events in the state, it seems hardly worthy of citation in a document for a case of this importance.  Dr. Burton does not provide any mainstream media sources to corroborate this story.  Certainly, sources from the "new media" must be considered, but it seems objectivity would require using other sources on this point as well.

- On page 46 of his initial report, Dr. Burton cites to Marci Andino's deposition that mentions a survey conducted by the South Carolina Elections Commission, which indicates that the state's citizens have high confidence in the state's electoral system.  Dr. Burton does not provide that survey data.  Moreover, none of this vital information, such as the standard error of the survey, size and composition of the sample, and margin of error, is presented, and therefore the validity of the survey cannot be judged.

- Throughout Dr. Burton's initial report, he attempts to discuss the motivations of some of the proponents of the photographic voter identification law.  Yet, he apparently does not attempt to interview those legislators.  Interviewing political leaders is certainly a valid research tool employed by historians and political scientists alike.  It is noteworthy that no interviews were done, which might shed further light on the motivations of these lawmakers.

In other portions of his report, Dr. Burton draws conclusions based upon questionable assumptions in some cases and misleading use of source material in other cases.  In other instances, Dr. Burton omits information that might bring additional perspective to the case. Examples include:

- Dr. Burton has a tendency throughout his initial report to make broad assertions about the motivations of supporters of the voter identification law as well as the opponents.  However, he disturbingly references one legislator's comments as if that can explain the motivations of an entire group's support or opposition to the bill.  One example of this can be seen on page 22 of Dr. Burton's initial report where he references Representative Bill Clyburn's opposition to the bill as representing the views of all opponents.

- On page 6 of the initial report, Dr. Burton discusses Judge Patrick Michael Duffy's opinion in *United States v. Charleston County* regarding the history of state-sponsored discrimination in South Carolina.  What is not mentioned is the fact that Judge Duffy also stated "the Court cannot conclude that there remain lingering effects from past discrimination touching the right of African Americans to vote" (316 F.Supp.2d 268, 291 n.23).

- On page 13 of his initial report, Dr. Burton states that the evidence "illustrates a connection between President Obama's election and the push for photo ID."  Dr. Burton does not provide any objective data or sources to support this statement.  The supporters of the law have testified they were taking cues from Georgia and Indiana when it came to photo ID laws for voting.  However, Dr. Burton makes no attempt in either of his reports to explore this possibility.

- In that same spirit, Dr. Burton cites, on pages 13-14 of his initial report, the comments of three legislators, Representatives Leon Howard and David Mack along with Senator Phil Leventis, who opposed the bill and their perceptions of

timing.  Dr. Burton does not reveal why he chose these three legislators to represent the position of all other opponents of the bill.

- On page 23 of his initial report, Dr. Burton neglects to inform his readers that Timothy Scott, a black Republican who was elected to the Congress of the United States in 2010, voted for the 2009 version (H.B. 3418) of the photographic identification bill.  That information would certainly seem to give a different perspective to this case than what is set forward in Dr. Burton's reports.

- On pages 28 and 35 of his initial report, Dr. Burton states that a procedure used in the South Carolina General Assembly was "unusual" without providing information demonstrating, if in fact true, that the procedure in question was "unusual" in comparison with how the General Assembly proceeds.

- On page 29 of the initial report, Dr. Burton cites Senator Creighton Coleman's (D-Fairfield) opposition to the voter ID bill.  While willing to use Senator Coleman's comments to show his opposition to the voter identification bill, Dr. Burton earlier in his initial report on pages 8-9 discussed the Fairfield School District bill without mentioning the fact that Senator Coleman was also sponsoring that legislation, which the Department of Justice found to have a racially discriminatory effect.  Dr. Burton has relied on the Fairfield County School District bill as showing racial discrimination, while pointing to one of its primary supporter's—Senator Coleman—opposition to the voter ID bill.  It is difficult to determine whether Dr. Burton is arguing that Senator Coleman acts with racial motivations, or does not.

- Page 31 of Dr. Burton's initial report features a line stating, "a Senator from Charleston . . ." without informing readers who the Senator is.

- Later on page 31 of the initial report, Dr. Burton opines that the General Assembly did not hold enough public hearings and states, "[t]o my knowledge, there were only two public hearings on the bill."  Dr. Burton fails to provide information related to the number of public hearings held on the voter identification bill by House and Senate committees in the period 2009-2011.

- On page 41 of his initial report, Dr. Burton reports the findings of a newspaper reporter's analysis of precinct-level data and concluded that voter ID would have an adverse effect upon black voters.  Dr. Burton does not discuss the methodology employed by the Associated Press reporter to come to these conclusions.  Based upon the story, it is difficult to determine how the AP arrived at their conclusions.  However, it would seem that a more credible source might be sought, if one exists, on which to base such a claim.  Without knowing the methodology used by the AP, this analysis should be viewed with caution.

- On page 46 of his initial report, Dr. Burton states that local poll workers "tend to know voters because they are hired locally."  Dr. Burton provides no data to support this contention, nor does he explain how often poll workers know voters.  It is quite likely, even probable, that poll workers in rural counties will, in fact, know many local voters.  Logic would dictate, however, that this would become less likely in urban and suburban counties where most voters in South Carolina live today.

- On page 6 of his supplemental report, Dr. Burton states that Lieutenant Governor McConnell was forced to "call the Senate to order twice, apparently due to chaos in the chamber." As a casual observer of the legislative process, the writer knows that legislative bodies frequently must be called to order numerous times to restore deliberations, and without more information concerning this incident, it would not be warranted to conclude that anything of an inappropriate or of a racially motivated nature occurred during this Senate proceeding.

In other portions of the initial and supplemental reports, Dr. Burton draws conclusions without addressing alternative explanations. Some examples include:

- On page 21 of his initial report, Dr. Burton does not consider the possibility that the bill on third-party voter registration efforts could be a direct consequence of the much publicized abuses of ACORN when it came to registering fictitious persons or registering voters already registered to vote. South Carolina is not the only state that has passed or is considering such legislation.

- On page 44 of his initial report, Dr. Burton indicates that the legislature has not appropriated funds to implement various provisions of the Voter ID law. Dr. Burton does not indicate the basis for his conclusion.

- On page 16 of his supplemental report, Dr. Burton does not allow for the fact that legislative walkouts are a way of voicing opposition to majority rule in legislative bodies. Dr. Burton argues that since this involves the Legislative Black Caucus, the failure of the majority in the House to agree with the Caucus members who walked out of the House, demonstrates disregard for black political interests, but Dr. Burton did not interview anyone about this walkout.

35

- On page 17 of his supplemental report, Dr. Burton indicates that the special order has been used seven times in the past decade.  A perusal of the seven cases shows the Senate has used this procedure to deal with controversial bills as a way of getting a vote on legislation that is not supported by two-thirds of the Senate membership.  In other words, there is a history of the General Assembly using this procedure to deal with controversial bills as a way of dealing with controversial legislation.

In his introduction, Dr. Burton states the following: "I conclude that South Carolina's Law was intended to suppress the growing strength of the African American vote" (Burton Initial Report 2012, 2).  Yet, Dr. Burton never produces any persuasive evidence, either direct or circumstantial, in his reports to support such a contention.  In fact, many of the assumptions, sources of information, and methods employed by Dr. Burton raise serious concerns about his conclusions.  The evidence presented in the first half of my rebuttal report illustrates the dramatic progress made in South Carolina since the passage of the Voting Rights Act.  In my opinion, Dr. Burton's attempts to argue that discriminatory intent lay behind the passage of the voter ID law are simply not borne out by his analysis or the evidence, or lack thereof, on which he relies.

**B.  Specific Rebuttal to Arrington Report**

Much like Dr. Burton's initial report, Dr. Arrington does not indicate that he interviewed any of the members of the General Assembly, or other political leaders, who had a role in the passage of the voter ID law.  Interviewing available political figures would have been helpful in getting a sense of their motivations for supporting the law rather than making broad assumptions and assertions which may not be based in reality.

36

In portions of his initial report, Dr. Arrington presents research from one perspective without apparently giving consideration to other perspectives.   In other cases, Dr. Arrington draws conclusions for which other alternative explanations exist.   Examples of this pattern include:

- On page 20 of his initial report, Dr. Arrington fails to mention that Timothy Scott, a black conservative Republican, voted for the voter ID bill in 2010.  An interview with Congressman Scott would have provided some perspective as to his motivations, as the sole black Republican in the House, for voting for the bill.

- On page 24 of his initial report, Dr. Arrington asserts that African American members of the Senate voted for a bill that contained a voter ID provision because they were "casting a strategic vote."  There is no indication that Dr. Arrington interviewed any of the black members of Senate on this issue.  Without interviews with the African American members of the Senate, there is no basis for Dr. Arrington to conclude that these votes were "strategic."  This is speculation on Dr. Arrington's part.

- On page 25 of the initial report and with regard to the South Carolina General Assembly not approving student IDs as an acceptable form of photo ID, Dr. Arrington gives no consideration to the possibility that the General Assembly may have been motivated by concerns over out-of-state students who are not domiciled in South Carolina voting in South Carolina elections rather than race.  This same concern would apply to all college students—both those at HBCUs and non-HBCUs.

- On page 32 of his initial report, Dr. Arrington implies that the bureaucracy of the DMV might create an obstacle for those without photographic identification currently. Any inconvenience affects all South Carolinians regardless of race. In addition, Dr. Arrington seems to be relying on surveys that are six years old at this point and may not give a sense of the present day situation at DMV offices.

- On page 35 of his initial report, Dr. Arrington states that the voter ID law would essentially "turn back the clock" on advances in voting rights since the 1960s. However, the Supreme Court did not find this to be the case in *Crawford v. Marion County Election Board*. Dr. Arrington produces no evidence that the rights of voters have been curtailed in the other state that have photographic identification requirements to prove one's identity at the polls.

- On pages 35-36 of his initial report, Dr. Arrington alludes to the history of discrimination in Alabama and Mississippi as it pertained to the limited hours of business for voter registration offices. However, Dr. Arrington does not point to any evidence that the hours maintained by voter registration offices in South Carolina posed this problem. This is part of a pattern to be found in both Drs. Arrington and Burton's report where they seem to be arguing that the racial environment of the state has been frozen since the 1960s. These generalizations are simply not borne out by present-day practices.

- On page 43 of the Arrington initial report, there is another example of this anachronistic thinking in which Dr. Arrington argues local elections officials will arbitrarily throw out provisional ballots based upon racial discrimination and partisan reasons in the future. However, Dr. Arrington produces no data to

support this contention, nor did he apparently attempt to canvas the county elections boards to see the racial composition of those boards.  That racially integrated elections boards would engage in such overt practices seems unlikely.

- On page 45 of his initial report, Dr. Arrington argues that the chance of an election being decided by one vote is "virtually nil."  However, there are certainly cases where a candidate does, in fact, win by one vote or by a small number of votes.  To say that the chance of one vote, or even a small number of votes, deciding elections is "virtually nil" is simply not true.  Some examples over the past 12 years include:

  o In 2008, Stephen Wukela won the mayoral election in Florence, South Carolina, by one vote over the incumbent mayor Frank Willis (South Carolina Elections Commission 2008).

  o In July 2012, Walter Hundley won a special election for the South Carolina Senate District 41 race by 14 votes out of 6,100 cast (Behre 2012).

  o In May 2012, the winning candidate of a school board election in Texas won by one vote (Bahari 2012).

  o In 2008, Al Franken won the U.S. Senate contest in Minnesota by 225 votes (Minnesota Secretary of State 2008).

  o In 2000, George W. Bush won the state of Florida by 537 votes over Al Gore in 2000.  The election was decided by

.009 percent of all votes cast (Florida Elections Division

2000).

In other portions of both his initial and supplemental reports, Dr. Arrington makes assertions for which he provides no data to substantiate his claims.  Examples are:

- On page 17 of his initial report, Dr. Arrington asserts that asking voters to obtain identification cards creates "substantial costs to individuals who do not have ready transportation."  Dr. Arrington does not provide any data of the actual numbers of individuals who do not have a way to get to the county election office or DMV to obtain photo identification.  With the absence of any data, Dr. Arrington can only speculate on how much the costs for such individuals might be.

- On page 28 of his initial report, Dr. Arrington speculates on the motives of the legislature as it applies to a compromise over the issue of whether citizens needing a birth certificate to obtain a DMV-issued ID will be charged a fee. However, Dr. Arrington does not provide specific numbers for how many citizens in South Carolina lack a birth certificate.  Also, he engages in conjecture on the ease for citizens to go to the county elections commission versus the DMV. There is no data given to support his conclusion.

- On page 10 of his supplemental report, Dr. Arrington discusses the debate of the voter ID bill in the Senate and states "some Senators" objected to the use of the special order procedure that allowed for a vote on a bill on the basis of simple majority rule.  Dr. Arrington then says that "perhaps" these Senators objected due to how rare the procedure was.  However, Dr. Arrington (1) fails to detail who the

"some Senators" are and (2) does not give any sort of number to indicate how often the procedure is used.

- On page 11 of the Arrington supplemental report, Dr. Arrington does not state who the "several Black senators" are that he references.

- On page 21 of his supplemental report, Dr. Arrington cites South Carolina Elections Commission studies revealing high voter confidence in the process. However, he does not state whether he analyzed those studies for himself, nor does he provide these surveys for examination. Without information, such as the standard error of the survey, size and composition of the sample, and margin of error, the validity of the survey cannot be judged.

Another problem is that Dr. Arrington uses some sources that are questionable. Examples include:

- Dr. Arrington cites a newspaper article on page 25 of his initial report about a precinct level analysis, but it is not clear what methodology was employed by the reporter. Based upon his expertise in the field of elections, Dr. Arrington certainly has the ability to provide a more accurate analysis of his own rather than relying on a newspaper reporter whose expertise in this area is not known.

- On page 32 of his initial report, Dr. Arrington uses www.fitsnews.com. As mentioned above, this hardly seems to be a reputable source upon which to rely without corroboration from other more mainstream media sources.

In sum, the above rebuttals raise questions about the way in which Dr. Arrington drew his conclusions about the racially discriminatory intent of the legislature when it passed the

photographic identification law.  Dr. Arrington presents evidence from one perspective without fully exploring other explanations.  The most troubling aspects of his reports are when he makes broad assertions for which he offers no clear evidence or data on which those conclusions rest. This is most evident when Dr. Arrington tries to explain the motivations of groups of political actors without actually interviewing anyone to see what motivated them to either support or oppose the voter identification bill.  This pattern as well as the other specific rebuttals raise concerns about the validity of Dr. Arrington's conclusions in his report, and in my opinion, his conclusions are not reliable.

## VII.  Conclusions

While no reasonable person would deny that South Carolina had a long history of racial discrimination, the data in this report demonstrate that South Carolina has made enormous strides in the area of civil rights, including minority voting rights, since the 1960s.  Furthermore, there is no evidence that the legacy of state-sponsored discrimination is affecting the ability of African Americans, or other racial minorities, to vote currently.  In fact, South Carolina in the past two years has elected its first minority person, Nikki Halley, who is a person of South Asian Indian ancestry, to the office of Governor.  It has also elected Timothy Scott, an African American Republican, to represent the state's First Congressional District, a majority-white district.  Both these events would have been almost unimaginable immediately after the passage of the Voting Rights Act in 1965.

The voter registration data and election turnout data presented in Exhibits 1-5 indicate that voter registration for all minorities, especially African Americans, has risen significantly over the last four decades, and the voting rates of black citizens now approach the levels of white voters.  In 2008, non-white voting rates surpassed those of white voters.  While the expert

witnesses for the defendants and defendant-intervenors in this case argue that the ability of racial minorities to participate in the political process in South Carolina has not changed substantially in the decades since the passage of the Voting Rights Act, that argument is not borne out by the data and analysis that is presented in this case.

The number of black officeholders has increased dramatically since the early 1970s, with the greatest increase coming in the decade from 2002-2012.  At all levels of state government and local government, the percentage of African American officeholders is approaching, or in some cases exceeding, the percentage of the statewide black population.  While, many black officeholders are elected in districts or counties with majority black populations, this is not exclusively the case.

As detailed previously, expert witnesses, Dr. Vernon Burton and Theodore Arrington, have argued that the state still suffers from racial discrimination, and they point to rather unconvincing circumstantial evidence to argue this case.  However, I have pointed out some problems with the reasoning that underlie these assertions.  One of the points argued consistently by Drs. Arrington and Burton is that voting patterns in South Carolina are racially polarized.  However, the expert witnesses do not, in my opinion, consider a variety of non-racial explanations for this polarization in voting in South Carolina.  One of the most notable oversights on their part is the role that ideology, not race, is playing in this polarized environment.  Research has indicated that a mixture of factors including ideology, national political trends, political culture, and religion, collectively helps to explain this phenomenon more than any one single factor.

Throughout their initial and supplemental reports, both Drs. Arrington and Burton reject the possibility that voter fraud, including impersonation voter fraud, is a problem South Carolina

lawmakers need to address, and Drs. Arrington and Burton further reject the idea of the public's confidence in the electoral system is injured by occurrences of voting fraud.  Evidence has been presented in this rebuttal report that voter fraud, including impersonation voter fraud, does in fact occur at an alarming rate across the nation and in South Carolina, and that this affects the public's view of the electoral system.

Drs. Burton and Arrington present circumstantial evidence that attempts to show racially discriminatory intent in the passage of the voter identification bill.  I disagree with that assessment.   In my opinion, the expert witnesses do not present a convincing case of circumstantial evidence of racially discriminatory intent and do not present any direct evidence of discriminatory intent.

I declare under penalty of perjury that the report is true and correct, to the best of my knowledge.

Executed on the 6th of August 2012

Scott E. Buchanan

## Sources Cited

Adcox, Seanna. 2012. "Bill Would Combine School Districts." *The Post and Courier*. 18 March. Accessed: 22 June 2012 http://www.postandcourier.com/article/20120121/PC1602/301219952.

Bahari, Sarah. 2012. "Aledo School Board Race Decided by One Vote." *Star-Telegram*. 13 May. Accessed: 22 July 2012 http://www.star-telegram.com/2012/05/13/3956060/aledo-school-board-race-decided.html.

Bass, Jack and W. Scott Poole. 2009. *The Palmetto State: The Making of Modern South Carolina*. Columbia: The University of South Carolina Press.

Behre, Robert. 2012. "Republican Walter Hundley Narrowly Wins Senate 41 Race." *The Post and Courier*. 17 July. Accessed: 22 July 2012 http://www.postandcourier.com/article/20120717/PC16/120719283/1177/democrat-paul-tinkler-nabs-narrow-lead-in-senate-41-race.

Black, Earl and Merle Black. 1987. *Politics and Society in the South*. Cambridge: Harvard University Press.

Black, Earl and Merle Black. 2002. *The Rise of Southern Republicans*. Cambridge: Harvard University Press.

*Board of Trustees of School District of Fairfield County v. State of South Carolina et al.*  Case No. 27035 South Carolina Supreme Court (29 August 2011).

Bowes, Mark. 2012. "Virginia Investigates Voter Fraud." *Richmond Times-Dispatch*. 22 April. Accessed 4 August 2012 http://www2.timesdispatch.com/news/news/2012/apr/22/tdmain01-va-investigates-voter-fraud-ar-1859666.

Bullock, Charles S. III and Scott E. Buchanan. Forthcoming in 2012. "Untangling the Mystery of Alvin Greene." *Journal of Political Science*.

Bullock, Charles S. III and Ronald Keith Gaddie. 2009. *The Triumph of Voting Rights in the South*. Norman, OK: University of Oklahoma Press.

Burton, Orville Vernon. 2012. "Expert Report on South Carolina's Voter Identification Law, Act R54.

Campbell, Angus. 1960. "Surge and Decline: A Study of Electoral Change." *Public Opinion Quarterly* 24:397-418.

Carter, Dan T. 1995. *The Politics of Rage: George Wallace, the Origins of the New Conservatism, and the Transformation of American Politics*. New York: Simon & Schuster.

Dewan, Shaila and Robbie Brown. 2010. "All Her Life, Nikki Haley Was the Different One." *New York Times*. 13 June. Accessed: 29 June 2012 http://www.nytimes.com/2010/06/14/us/politics/14haley.html?_r=1.

Edgar, Walter. 1998. *South Carolina: A History*. Columbia: The University of South Carolina Press.

Elazar, Daniel. 1972. *American Federalism*. New York: Thomas Y. Crowell.

Florida Elections Division. 2000. *November 7, 2000 General Election*. Accessed 27 July 2012: http://enight.dos.state.fl.us/Index.asp?ElectionDate=11/7/2000&DATAMODE=.

Haley, Nikki. 2012. "Nikki R. Haley, Governor of South Carolina." *South Carolina Office of the Governor*. Accessed 29 June 2012 http://www.governor.sc.gov/About/Pages/GovernorBio.aspx.

Graham, Cole Blease, Jr. and William V. Moore. 1994. *South Carolina Politics and Government*. Lincoln: University of Nebraska Press.

Graham, Cole Blease, Jr., Laurence Moreland, and Robert P. Steed. 2010. "South Carolina: The New Politics of the Palmetto State." In *The New Politics of the Old South: An Introduction to Southern Politics*, eds. Charles S. Bullock, III and Mark J. Rozell. Lanham, MD: Rowman and Littlefield.

Green, John C., Lyman A. Kellstedt, Corwin E. Smidt, and James L. Guth. 2010. "The Soul of the South: Religion and Southern Politics in the New Millennium." In *The New Politics of the Old South: An Introduction to Southern Politics*, eds. Charles S. Bullock, III and Mark J. Rozell. Lanham, MD: Rowman and Littlefield.

Greene, Melissa Faye. 2003. *Praying for Sheetrock: A Work of Nonfiction*. New York: Ballantine Books.

Hendrickson, Paul. 2003. *Sons of Mississippi: A Story of Race and Its Legacy*. New York: Alfred A. Knopf.

Hood, M.V., III and William Gillespie. 2012. "They Just Do Not Vote Like They Used To: A Methodology to Empirically Assess Election Fraud." *Social Science Quarterly* 93 (1): 76-94.

Hunt, Dianna. 2012. "Democratic Precinct Chairwoman Candidate Indicted in Vote Fraud Case in Fort Worth." *Star-Telegram*. 1 May. Accessed 4 August 2012 http://www.star-telegram.com/2012/04/30/3924376/democratic-precinct-chairwoman.html#storylink=cpy.

Jacobson, Gary. 2004. *The Politics of Congressional Elections*, 7th ed. New York: Pearson/Longman Press.

Key, V.O. 1949. *Southern Politics in State and Nation*. New York: Alfred A. Knopf.

Littlefield, Susan-Elizabeth. 2010. "Power Shift in Fairfield County School Board Moves Forward." 9 February. Accessed: 22 June 2012 http://www.wistv.com/Global/story.asp?S=11921810.

Minnesota Secretary of State. 2008. *2008 U.S. Senate Race*. Accessed 27 July 2012 http://www.sos.state.mn.us/Modules/ShowDocument.aspx?documentid=3218.

Niemi, Richard G. and Herbert F. Weisberg, eds. 1993. *Controversies in Voting Behavior, 3rd Edition*. Washington, D.C.: CQ Press.

Ottenhoff, Patrick. 2012. "In South Carolina, the Economy May Favor Romney." *The Atlantic*. 18 January. Accessed: 9 July 2012 http://www.theatlantic.com/politics/archive/2012/01/in-south-carolina-the-economy-may-favor-romney/251579.

Rasmussen Reports. 2012. "73% Think Photo ID Requirement Before Voting Does Not Discriminate." 16 April. Accessed: 6 August 2012 http://www.rasmussenreports.com/public_content/politics/general_politics/april_2012/73_think_photo_id_requirement_before_voting_does_not_discriminate.

Rees, Chris. 2004. "Florence Man Arrested, Charged with Voter Fraud." 7 October. Accessed 4 August 2012 http://www.wistv.com/Global/story.asp?s=2401141.

Ruoff, John C. and Herbert E. Buhl, III. 2006. *Voting Rights in South Carolina, 1982-2006. A Report of RenewtheVRA.ORG*. Accessed: 6 July 2012 http://www.protectcivilrights.org/pdf/voting/SouthCarolinaVRA.pdf.

Sanford, Mark. 2010. "Veto of H. 4331, R-135." Accessed 23 June 2012 http://dc.statelibrary.sc.gov/bitstream/handle/10827/2794/GOV_Veto_H4431_2010-2-24.pdf.

South Carolina Elections Commission. *Annual Report of the South Carolina Elections Commission*. 1968-2008. Columbia, South Carolina: South Carolina Elections Commission.

South Carolina Elections Commission. 2008. *2008 Republican and Democratic Primary* Accessed: 27 July 2012 http://www.enr-scvotes.org/SC/Florence/4207/6094/en/summary.html.

South Carolina Elections Commission. 2010. *South Carolina Registration Demographics for House Seat 117*. Accessed: 29 June 2012 http://www.scvotes.org/statistics/by_south_carolina_house_seats.

South Carolina Elections Commission. *Voter History*. 2010-2012. Accessed: 15 June 2012 http://www.scvotes.org/statistics/voter_history.

South Carolina General Assembly. *South Carolina Legislative Manual*. 1971-2011. Columbia, South Carolina: South Carolina General Assembly.

Stanley, Harold W. 1987. *Voter Mobilization and the Politics of Race: The South and Universal Suffrage , 1952-1984*. New York: Praeger.

"State Felon Voting Laws." 2012. *ProCon.org*. Accessed: 3 August 2012 http://felonvoting.procon.org/view.resource.php?resourceID=286.

Toeplitz, Shira. 2010. "S.C. Dems Reject Rawl Appeal." *Politico*.  18 June. Accessed: 29 June 2012 http://www.politico.com/news/stories/0610/38704.html.

Tufte, Edward R. 1975. "Determinants of the Outcomes of Midterm Congressional Elections. *American Political Science Review*. 69:812-826.

Ulbrich, Holley H. 2010. "School District Organization and Governance in South Carolina." *Strom Thurmond Institute of Government & Public Affairs*. Accessed: 22 June 2012 http://sti.clemson.edu/index.php?option=com_docman&task=doc_download&gid=541&Itemid=211.

United States Commission on Civil Rights. 1968. *Political Participation*. Washington, D.C.: United States Commission on Civil Rights.

United States Department of Commerce. Bureau of the Census. 1960-2010. *Census of the United States*. Washington, D.C.: United States Department of Commerce.

United States Department of Commerce. Bureau of the Census. 1970-2002. *Statistical Abstract of the United States*. Washington, D.C.: United States Department of Commerce.

United States Department of Commerce. Bureau of the Census. 1980-2010. *Voting and Registration*. Accessed: 15 June 2012 http://www.census.gov/hhes/www/socdemo/voting/publications/p20/index.html.

United States Department of Commerce. Bureau of the Census. 2010. *Geographical Mobility/Migration*. In the American Community Survey. Washington, D.C.: United States Department of Commerce. Accessed: 11 July 2012 http://www.census.gov/hhes/migration/files/acs/st-to-st/State_to_State_Migrations_Table_2010.xls.

United States Department of Commerce. Bureau of the Census. 2010. *Census of the United States*. Washington, D.C.: United States Department of Commerce.

United States Department of Justice. 2010. *Act Number R136*. Accessed: 30 June 2012 http://www.justice.gov/crt/about/vot/sec_5/pdfs/l_081610.pdf.

United States Department of Justice. 2012. *Section 5 Objection Determinations, South Carolina*. Accessed: 29 June 2012 http://www.justice.gov/crt/about/vot/sec_5/sc_obj2.php.

*United States v. Charleston County*. 2003. 316 F. Supp. 2d 268.

*United States v. Georgetown County School District, South Carolina*. 2008. Complaint. 2:08-cv-00889-DCN.  Accessed 30 June 2012
http://www.justice.gov/crt/about/vot/sec_2/georgetown_comp.pdf.

*United States v. Georgetown County School District, South Carolina*. 2008. Consent Decree. 2:08-cv-00889-DCN.  Accessed 30 June 2012
http://www.justice.gov/crt/about/vot/sec_2/georgetown_cd.pdf.

University of Delaware Center for Political Communication. 2012. "National Survey Shows Support for Voter ID Laws Strongest Among Those with Negative Attitudes Toward African Americans." 17 July. Accessed 6 August 2012
http://www.udel.edu/cpc/research/idrace2012/Voter_ID_and_Race_2012/Voter_ID_and_Race.html.

Verba, Sidney and Norman H. Nie. 1972. *Participation in America*. New York: Harper and Row.

Wolfinger Raymond E. and Steven J. Rosenstone. 1980. *Who Votes?* New Haven: Yale University Press.

# Appendix A

**Scott Eugene Buchanan, Ph.D.**
Department of Political Science and Criminal Justice
The Citadel
171 Moultrie Street
Charleston, SC 29409
843.953.4851
scott.buchanan@citadel.edu

**EDUCATION**

| | |
|---|---|
| Ph.D. | Political Science, The University of Oklahoma, December 1999. Dissertation Title: "Perspectives on the Racial Threat Hypothesis: Testing a Theory of Southern Politics." Dissertation Chair: Ronald Keith Gaddie. |
| M.A. | Political Science, Auburn University, June 1995. Thesis Title: "The Effects of the Abolition of the County-Unit System and Urbanization on the 1962 Georgia Gubernatorial Campaign." Thesis Chair: Robert A. Bernstein. |
| A.B. | Political Science, The University of Georgia, June 1992. |

**ACADEMIC APPOINTMENTS**

**Associate Professor of Political Science**　　　　　　　　**August 2011—**
The Citadel, Charleston, South Carolina

- Assistant Professor of Political Science　　　　August 2009-July 2011.

**Department Chair of Political Science**　　　　　　　　**August 2008-August 2009.**
Columbus State University, Columbus, Georgia

- Associate Professor (with tenure)　　　　August 2006-August 2009.
- Assistant Professor　　　　August 2002-July 2006.

**Assistant Professor of Political Science**　　　　　　　　**August 1999-May 2002.**
Gordon College, Barnesville, Georgia

**Graduate Teaching Assistant**　　　　　　　　**August 1996-May 1999.**
The University of Oklahoma, Norman, Oklahoma

**Adjunct Instructor**　　　　　　　　**September 1995-June 1996.**
Columbus College, Columbus, Georgia

**HONORS AND AWARDS**

Faculty member, Columbus State University Summer in Oxford program, 2009.
Capital Campaign Grant, Columbus State University, 2003 & 2006.
Faculty Development Grant, Columbus State University, 2003.
*Who's Who in America*, 2001-2008.
John Halvor Leek Memorial Scholarship (University of Oklahoma), 1998-2000.

**TEACHING**

**The Citadel, 2009-Present**

Introduction to Political Science
Presidency
State and Local Government (course developer)
Southern Politics
Political Parties and Interest Groups
Civil Rights Policy
Politics in Film

**Columbus State University, 2002-2009**

American Government
American Government (Honors)
State and Local Government
Southern Politics (course developer)
The Presidency
Legislative Process
Political Parties and Interest Groups
Politics in Film (course developer)
Political Science Research Methods
Public Policy
Senior Seminar on Public Policy

**Gordon College, 1999-2002**

American Government
State and Local Government (course developer)
Southern Politics (course developer)
Comparative Politics

**INTERNATIONAL TEACHING VISITS**

Columbus State University Summer in Oxford Program, June 21-July 9, 2009.


**SCHOLARLY ACTIVITIES**

**Books**

Scott E. Buchanan. 2011. "Some of the People Who Ate My Barbecue Didn't Vote for Me: The Life of Georgia Governor Marvin Griffin." Nashville: Vanderbilt University Press.

**Journal Articles**

Scott E. Buchanan and Charles S. Bullock, III. Forthcoming in 2012. "Untangling the Mystery of Alvin Greene." *Journal of Political Science*.

Scott E. Buchanan. 2012. "Runoff Voters Will Do the Darndest Things: A County-Level Analysis of the Martin/Jones Senate Runoff." *American Review of Politics* 32 (Winter): 301-317.

Scott E. Buchanan and DuBose Kapeluck. 2011. "Introduction: The Citadel Symposium on Southern Politics." *American Review of Politics* 31 (Fall/Winter): 175-178.

Scott E. Buchanan. 2005. "The Dixiecrat Rebellion:  Long-Term Partisan Implications in the Deep South." *Politics and Policy* 33 (December): 754-769.

Scott E. Buchanan. 2002. "The Realignment of 1964?" *Politics and Policy* 30 (March): 140-158.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan. 1999. "What Is So Special About Special Elections?." *Legislative Studies Quarterly* 24 (February):103-112.

Scott E. Buchanan. 1997. "The Effects of the Abolition of the County-Unit System on the 1962 Georgia Gubernatorial Campaign." *Southeastern Political Review* 25 (September): 687-704.

**Book Chapters**

Scott E. Buchanan. 2009. "Issues and the Southern Voter in the 2008 Presidential Election." In *The 2008 Presidential Election in the South*, eds. Branwell DuBose Kapeluck, Laurence W. Moreland, and Robert P. Steed. Fayetteville, Arkansas: The University of Arkansas Press.

Ronald Keith Gaddie and Scott E. Buchanan. 1998. "Oklahoma: GOP Realignment in the Buckle of the Bible Belt." In *The New Politics of the Old South*, eds. Charles S. Bullock, III and Mark J. Rozell. Lanham, Maryland: Rowan and Littlefield Publishers.

Ronald Keith Gaddie and Scott E. Buchanan. 1997. "Republican Growth in Oklahoma." In the *Almanac of Oklahoma Politics*, eds. Gary W. Copeland, Ronald Keith Gaddie, and Craig A. Williams. Stillwater, Oklahoma: Oklahoma Political Science Association.

**Encyclopedia Articles**

Scott E. Buchanan. 2008. "Georgia Politics." In the *Political Encyclopedia of U.S. States and Regions*, ed. Donald P. Haider-Markel. Washington, D.C.: Congressional Quarterly Press.

Scott E. Buchanan. 2005. "County Unit System." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2005. "Herman Talmadge." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2005. "The Office of Governor." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2004. "Marvin Griffin." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2004. "Dixiecrat Movement." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2004. "Joe Frank Harris." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2004. "The Office of Lt. Governor." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

Scott E. Buchanan. 2004. "Three Governors Controversy." In *The New Georgia Encyclopedia*, ed. John Inscoe. Atlanta: Georgia Humanities Council.

**Book Reviews**

Scott E. Buchanan. 2003. "Congress at the Grassroots: Representational Change in the South, 1970-1998." *Politics and Policy* 31 (March): 186-188.

Scott E. Buchanan. 2003. "Legislative Labyrinth." *Politics and Policy* 31 (December): 753-754.

Scott E. Buchanan. 1999. "Race, Politics, and Governance in the United States." *Social Science Quarterly* 80 (September): 615-616.

Scott E. Buchanan. 1998. "God at the Grassroots, 1996: The Christian Right in the 1996 Elections." APSA Legislative Studies Section Newsletter 21 (January): 29.

**Publisher-Requested Book Reviews**

Scott E. Buchanan. 2011. "Understanding American Politics and Government," 2nd ed. Pearson.

Scott E. Buchanan. 2011. "Central Ideas in American Government," Soomo Publishing.

Scott E. Buchanan. 2009. "Georgia Politics in a State of Change," 1st ed. Pearson Longman.

Scott E. Buchanan. 2008. "Understanding American Politics and Government." Longman.

Scott E. Buchanan. 2007. "American Government: Brief Version, 8th ed." Houghton-Mifflin.

Scott E. Buchanan. 2007. "American Government: Historical, Popular, and Global Perspectives." Wadsworth-Cengage Learning.

Scott E. Buchanan. 2007. "America's New Democracy." Penguin Academics.

Scott E. Buchanan. 2006. "American Government." Wadsworth.

Scott E. Buchanan. 2006. "America's New Democracy." Longman.

Scott E. Buchanan. 2006. "Introduction to State and Local Politics." Wadsworth.

Scott E. Buchanan. 2005. "The Enduring Democracy." Wadsworth.

Scott E. Buchanan. 2001. "Keeping the Republic: Power and Citizenship in American Politics." Houghton-Mifflin.

**Conference Papers**

Charles S. Bullock, III and Scott E. Buchanan. 2011. "Untangling the Mystery of Alvin Greene." Presented at the annual meeting of the Southern Political Science Association, New Orleans, Louisiana, 6 January.

Scott E. Buchanan and Ronald Keith Gaddie. 2010. "The Shifting Vote in the Hill Country South, 1992-2008." Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, 8 January.

Scott E. Buchanan. 2008. "Runoff Voters Will Do the Darndest Things: A County-Level Analysis of the Martin/Jones Senate Runoff." Presented at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 14 November.

Charles S. Bullock, III, Scott E. Buchanan, and Christopher Grant. 2008. "Political Success in African-American Participation." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 7 March.

Scott E. Buchanan. 2004. "The Dixiecrat Rebellion: Long-Term Political Implications in the Deep South, 1948-1960." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 5 March.

Scott E. Buchanan. 2003. "The Return of the Wool Hat Boys: The Unlikely Victory of Governor Sonny Perdue." Presented at the annual meeting of the Georgia Political Science Association, Pine Mountain, Georgia, 12 November.

Scott E. Buchanan and Craig A. Williams. 2002. "Redistricting in the Partisan Era: State Games & Federal Implications." Presented at the annual meeting of the American Political Science Association, Boston, Massachusetts, 30 August.

Charles S. Bullock, III and Scott E. Buchanan. 2002. "Bifactionalism and Friends and Neighbors Politics." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 8 March.

Scott E. Buchanan. 2001. "Racial Threat in the News?: An Analysis of Media Coverage of Gubernatorial Elections in Three Southern States." Presented at the annual meeting of the Midwest Political Science Association, Chicago, Illinois, 20 April.

Scott E. Buchanan. 2000. "The Realignment of 1964?: A Comparison of the 1960 and 1964 Presidential Elections in the Deep South." Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, 10 November.

Scott E. Buchanan. 2000. "The Role of Race in the 1960 and 1964 Presidential Elections: A County-Level Analysis of South Carolina." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 3 March.

Scott E. Buchanan. 1999. "Physical Proximity Racial Threat Voting: The Importance of Political Context," Presented at the annual meeting of the Southern Political Science Association, Savannah, Georgia, 6 November.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan. 1998. "The Lost Sixth: Disappearing White Democrats in Southern Congressional Elections." Presented at the annual meeting of the American Political Science Association, Boston, Massachusetts, 5 September.

Scott E. Buchanan and Craig A. Williams. 1998. "Luther and Calvin Unheeded?  The Protestant Understanding of the Christian Individual in the Secular State and the Contemporary Role of Religious Lobbies in Washington, DC." Presented at the annual meeting of the American Political Science Association, Boston, Massachusetts, 4 September.

Scott E. Buchanan. 1998. "Ecological Regression and White Voting Behavior." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 5 March.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan. 1997. "What Is So Special about Special Elections?  Candidates and Constituency in Open Seat and Special Elections." Presented at the annual meeting of the Southern Political Science Association, Norfolk, Virginia, 6 November.

Scott E. Buchanan. 1997. "Race and Gubernatorial Politics in Louisiana and South Carolina." Presented at the annual meeting of the Southwest Political Science Association, New Orleans, Louisiana, 28 March.

Ronald Keith Gaddie, Charles S. Bullock, III, and Scott E. Buchanan. 1996. "The Antecedent Effects of Redistricting and Retirement on Southern House Elections, 1992-1996." Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, 8 November.

Scott E. Buchanan. 1996. "Segregation and Gubernatorial Campaigns in the Deep South." Presented at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 7 March.

Scott E. Buchanan. 1995. "The Effects of the Abolition of the County-Unit System on the 1962 Georgia Gubernatorial Campaign." Presented at the annual meeting of the Southern Political Science Association, Tampa, Florida, 3 November.

## PROFESSIONAL ACTIVITIES

### Organization Membership

Southern Political Science Association                  South Carolina Political Science Association
Georgia Political Science Association                   *Phi Kappa Phi*
*Pi Sigma Alpha*

### Program Committees

Program Chair of Georgia Political Science Association, 2003-2004.

### Conference Leadership

Executive Director, The Citadel Symposium on Southern Politics, 2009—.
V.O. Key Book Award Committee, Southern Political Science Association, 2010.
Georgia Political Science Association *Ad Hoc* Committee on Finance, 2007-2008.
Chair of Nominating Committee, Georgia Political Science Association, 2005-2006.
President of Georgia Political Science Association, 2004-2005.
Vice President of Georgia Political Science Association, 2003-2004.
Chair of McBrayer Award Committee, Georgia Political Science Association, 2003.
Member of Georgia Political Science Association Executive Board, 2001-2003.

### Editorial Experience

Editor, with DuBose Kapeluck. 2011. "The 2010 Citadel Symposium on Southern Politics." *American Review of Politics*, 31 (Fall/Winter): 175-275.

### Editorial Boards

Project Vote Smart Review Board, 2006-Present.
Georgia Political Science Association Proceedings Editorial Board, 2005-Present.
*Georgia Journal of Public Policy*, 2010-Present.

### Manuscript Reviewer

*Politics & Policy*, 2003-Present.
*American Politics Research*, 2009-Present.
*Georgia Journal of Public Policy*, 2010-Present.
University of South Carolina Press, 2010-Present.
*American Review of Politics*, 2011-Present.
*Georgia Historical Quarterly*, 2011-Present.

**Panel Chair**

2011. "Elections and Voting Behavior: Congress and the Presidency," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 11 November.

2011. "South Carolina Politics" at the annual meeting of the South Carolina Political Science Association, Greenwood, South Carolina, 12 March.

2008. "2008 Elections: What Happened?" at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 14 November.

2007. "Georgia's Political Past," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 16 November.

2006. "Voting, Money, and Elections," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 17 November.

2003. "Parties and Elections," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 1 February.

2002. "State Politics and Federalism," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 2 February.

2001. "Contemporary American Politics," at the annual meeting of the Georgia Political Science Association, Hilton Head, South Carolina, 24 February.

2000. "Interpretations of Political Partisan Competition in the South," at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, 10 November.

**Panel Discussant**

2011. "South Carolina Politics," at the annual meeting of the South Carolina Political Science Association, Greenwood, South Carolina, 12 March.

2011. "Undergraduate Student Research and Training," at the annual meeting of the Southern Political Science Association, New Orleans, Louisiana, 8 January.

2010. "The Other Side of Federalism: Contemporary Analysis of State Governance," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 12 November.

2010. "The Retrospective (and Prospective) Panel on V.O. Key, Jr.'s Southern Politics," at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, 9 January.

2006. "Legislative Politics in the South," at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 3 March.

2002. "Issues in Southern Electoral Structures," at the biennial meeting of the Citadel Symposium on Southern Politics, Charleston, South Carolina, 8 March.

2001. "Contemporary American Politics," at the annual meeting of the Georgia Political Science Association, Hilton Head, South Carolina, 24 February.

**Roundtable Participant**

2011. "Election 2012 Prospects," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 11 November.

2011. "Election 2010 in South Carolina," at the annual meeting of the South Carolina Political Science Association, Greenwood, South Carolina, 12 March.

2007. "2008 Elections and Political Behavior in Georgia: More of the Same?" at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 16 November.

2006. "Election of 2006: Perils and Possibilities," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 17 November.

2005. "Election of 2006: Perils and Possibilities," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 11 November.

2003. "Elections of 2002 and 2004," at the annual meeting of the Georgia Political Science Association, Pine Mountain, Georgia, 12 November.

2003. "Elections of 2002 and 2004," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 1 February.

2002. "Election of 2002," at the annual meeting of the Georgia Political Science Association, Savannah, Georgia, 2 February.

**Grants**

2012 Citadel Foundation Faculty Development Grant of $1,100 to study the Civil Rights Collection at the National Archives.

2011 Citadel Foundation Research Grant of $3,000 for research project involving local government in the United Kingdom.

2011 Citadel Foundation Faculty Development Grant of $1,100 to study the Alexander Heard Papers at Vanderbilt University.

2011 Citadel Foundation Research Presentation Grant of $518 to attend the South Carolina Political Science Association, Greenwood, South Carolina.

2010 Citadel Foundation Research Presentation Grant of $1,440 to attend the Southern Political Science Association, New Orleans, Louisiana.

2010 Citadel Foundation Research Presentation Grant of $391 to attend the Georgia Political Science Association, Savannah, Georgia.
2009 Citadel Foundation Research Grant of $2,250 for research project involving Georgia Three Governors Controversy.

2009 Citadel Foundation Research Presentation Grant of $810 to attend the Southern Political Science Association, Atlanta, Georgia.

**WORKSHOPS AND PROFESSIONAL DEVELOPMENT**

The Citadel Online Teaching Academy, July-August 2010.

**UNIVERSITY SERVICE**

**University**

Executive Director of The Citadel Symposium on Southern Politics, 2009—
Columbus State University Admissions Policy Committee, 2004-2009.
Faculty Advisor, Columbus State University College Republicans, 2004-2009.
Faculty Advisor, *Pi Sigma Alpha*, *Upsilon Sigma* Chapter, 2003-2009.

**College**

Curriculum and Instruction Committee, 2010—
College of Arts and Letters Post-Tenure Review Committee, 2007-2009.
Faculty Senator, Columbus State University Faculty Senate, 2007-2010.
College of Arts and Letters Dean Search Committee, 2007-2008.
College of Arts and Letters Personnel Committee, 2007-2008.
Chair, College of Arts and Letters Personnel Committee, 2006-2007.
College of Arts and Letters Faculty Development Committee, 2005-2009.
Nominating Committee for USG Teaching and Research Awards, 2005-2007.
College of Arts and Letters Curriculum Committee, 2002-2006.

**Department**

Political Science Personnel Committee, 2007-2008.
Political Science Hiring Procedure *Ad Hoc* Committee, 2005.
Political Science Internship Director, 2004-2008.
Political Science Curriculum Revision *Ad Hoc* Committee, 2003-2004.

**COMMUNITY SERVICE**

**Organizational Membership**

Sons of the American Revolution, MGen. William Moultrie Chapter, 2010—
Coordinator SAR Bronze Medal JROTC Awards, MGen. William Moultrie Chapter, 2011—
Sons of the American Revolution, Coweta Falls Chapter, 2005-2009.

**Invited Speaker**

Speaker, "Marvin Griffin and Georgia Politics," St. Simons Literary Guild, St. Simons, Georgia, 8 February 2012.

Speaker, "Marvin Griffin and Georgia Politics," First Baptist Church, Augusta, Georgia, 21 January 2012.

Sons of the American Revolution, Coweta Falls Chapter, Columbus, Georgia, 14 July 2011.

Friends of the Daniel Library, Charleston, South Carolina, 26 April 2011.

"God and Government," Scots Kirk Presbyterian Church, Summerville, South Carolina, 8 June-6 July, 2010.

Sons of the American Revolution, Coweta Falls Chapter, Columbus, Georgia, 9 April 2009.

"God and Government," Christian Education Series, 1st Presbyterian Church, Columbus, Georgia, 22 October 2008—19 November 2008.

Harris County Rotary Club, Pine Mountain, Georgia, 6 August 2008.

International Student Training Detachment, Ft. Benning, Georgia, March 26, 2008.

Boy Scout Troop, Troop 777, Columbus, Georgia, 14 May 2007.

Constitution Day Speaker, Wynnbrook Christian School, Columbus, Georgia, 26 September 2006.

Daughters of the American Revolution, George Walton Chapter, Columbus, Georgia, 7 September 2006.

Sons of the American Revolution, Coweta Falls Chapter, Columbus, Georgia, 13 April 2006.

LIGHT Composition and Grammar Seminar, Columbus, Georgia, 5 April 2005.

Sons of the American Revolution, Coweta Falls Chapter, Columbus, Georgia, 13 January 2005.

Daughters of the American Revolution, George Walton Chapter, Columbus, Georgia, 4 September 2003.

East Columbus Rotary Club, Columbus, Georgia, 24 June 2003.
Manchester Kiwanis Club, Manchester, Georgia, 10 July 2000.

**Consulting**

Hope VI Project, Columbus, Georgia, 2005-2007.

**Other Service**

League of Women Voters Panel, Columbus, Georgia, 15 November 2004.
League of Women Voters Panel, Columbus, Georgia, 9 October 2003.
St. Anne's School History Fair Judge, Columbus, Georgia, 25 February 2003.


**MEDIA CONTRIBUTIONS AND INTERVIEWS**

**Electronic**

| | | | |
|---|---|---|---|
| ABC News | | WCSC-TV | (Charleston, SC) |
| CBS News | | WLTZ-TV | (Columbus, GA) |
| Fox News Radio | | WMAZ-TV | (Macon, GA) |
| MSNBC | | WRBL-TV | (Columbus, GA) |
| NBC News | | WRCG-AM | (Columbus, GA) |
| WCBD-TV | (Charleston, SC) | WSB-AM | (Atlanta, GA) |
| WCIV-TV | (Charleston, SC) | WTVM-TV | (Columbus, GA) |

**Print**

| | |
|---|---|
| *Atlanta Journal-Constitution* | *Environment & Energy Publishing* |
| *Albany (GA) Herald* | *Houston Chronicle* |
| *Associated Press* | *Los Angeles Times* |
| *Barnesville (GA) Herald-Gazette* | *Macon (GA) Telegraph* |
| *Charleston Post and Courier* | *New York Times* |
| *Columbus (GA) Ledger-Enquirer* | *Newsweek* |

| | |
|---|---|
| *Southern Political Report* | *Sunlight Foundation* |
| *San Antonio Express-News* | *The State* (Columbia, SC) |
| *Spartanburg Herald-Journal* | *USA Today* |

# EXHIBIT 1

**Exhibit 1**

**Voter Registration Rates for whites and non-whites prior to the Voting Rights Act of 1965 (VRA) and immediately after implementation of the VRA**

Source:  *Political Participation*

| State | Pre-VRA White Registration Percentage | Pre-VRA Non-white Registration Percentage | Post-VRA White Registration Percentage | Post-VRA Non-white Registration Percentage |
|---|---|---|---|---|
| Alabama | 69.2 | 19.3 | 89.6 | 51.6 |
| Georgia | 62.6 | 27.4 | 80.3 | 52.6 |
| Louisiana | 80.5 | 32.0 | 93.1 | 58.9 |
| Mississippi | 69.9 | 6.7 | 78.4 | 42.9 |
| *South Carolina* | *75.7* | *37.3* | *81.7* | *51.2* |
| **Deep South Avg.** | **70.7** | **24.6** | **85.1** | **51.8** |
| Arkansas | 65.5 | 48.1 | 72.6 | 62.8 |
| Florida | 74.8 | 51.2 | 81.4 | 63.6 |
| North Carolina | 96.8 | 46.8 | 79.9 | 50.4 |
| Tennessee | 72.9 | 69.5 | 80.6 | 71.7 |
| Texas | **** | **** | 53.2 | 61.6 |
| Virginia | 57.0 | 33.0 | 60.8 | 55.6 |
| **Rim South Avg.** | **48.7** | **36.5** | **68.0** | **59.9** |
| **South** | **55.3** | **30.8** | **73.1** | **56.0** |

Notes:  Percentages computed using the 1960 voting age population for each state and the region. Reported registration rates both pre-VRA and post-VRA were based on a number of different sources reported in *Political Participation*.  Figures are missing for Texas prior to 1965 because the state did not maintain such data.

# EXHIBIT 2

**Exhibit 2**

**Racial registration for South Carolina, 1968-2012**

Source:  South Carolina Elections Commission Reports

| Year | Indian | Asian | Hispanic | Other | Black | White | Non-white | Black Registration Percentage | White Registration Percentage | Non-white Registration Percentage |
|------|--------|-------|----------|-------|-------|-------|-----------|------------------------------|-------------------------------|-----------------------------------|
| 1968 | 78 | 62 | **** | **** | 200,778 | 625,096 | 200,918 | 54.1 | 69.8 | 54.1 |
| 1970 | 96 | 98 | **** | **** | 220,303 | 668,397 | 220,497 | 57.9 | 61.5 | 58.0 |
| 1972 | 161 | 175 | **** | **** | 260,749 | 772,603 | 261,085 | 60.7 | 64.3 | 60.1 |
| 1974 | 180 | 216 | **** | **** | 261,110 | 736,602 | 261,506 | 60.8 | 61.3 | 60.2 |
| 1976 | 219 | 406 | **** | **** | 284,876 | 827,810 | 285,501 | 66.3 | 68.9 | 65.7 |
| 1978 | 286 | 485 | **** | **** | 291,846 | 804,742 | 292,617 | 67.9 | 67.0 | 67.4 |
| 1980 | 467 | 865 | **** | **** | 319,826 | 914,363 | 321,158 | 53.7 | 58.4 | 52.3 |
| 1982 | 525 | 122 | **** | **** | 341,709 | 886,963 | 342,356 | 57.3 | 56.6 | 55.8 |
| 1984 | 715 | 865 | **** | **** | 388,948 | 1,005,186 | 390,528 | 65.2 | 64.2 | 63.7 |
| 1986 | 816 | 1,220 | **** | **** | 366,942 | 928,898 | 368,978 | 61.6 | 59.3 | 60.1 |
| 1988 | 1,061 | 1,901 | 416 | 1,037 | 384,362 | 1,048,952 | 388,777 | 64.5 | 67.0 | 63.4 |
| 1990 | 1,064 | 1,858 | 583 | 386 | 354,700 | 996,216 | 358,591 | 51.3 | 53.9 | 48.5 |
| 1992 | 1,592 | 3,053 | 1,359 | **** | 381,524 | 1,149,516 | 387,528 | 55.2 | 62.2 | 52.4 |
| 1994 | 1,818 | 3,182 | 1,616 | **** | 370,351 | 1,122,585 | 376,967 | 53.6 | 60.8 | 51.0 |
| 1996 | 2,947 | 5,091 | 3,752 | **** | 478,047 | 1,324,927 | 489,837 | 69.2 | 71.7 | 66.2 |
| 1998 | 3,834 | 6,459 | 5,526 | **** | 536,248 | 1,469,699 | 552,067 | 77.6 | 79.6 | 74.6 |
| 2000 | 1,868 | 8,367 | 8,234 | 4,083 | 599,692 | 1,643,956 | 622,244 | 73.9 | 79.6 | 67.8 |
| 2002 | 2,990 | 9,017 | 7,977 | 4,076 | 533,282 | 1,490,026 | 557,342 | 65.7 | 72.1 | 60.7 |
| 2004 | 3,987 | 10,787 | 11,759 | 7,461 | 625,452 | 1,656,016 | 659,446 | 77.1 | 80.2 | 71.9 |
| 2006 | 4,412 | 11,646 | 15,376 | 9,316 | 661,432 | 1,750,536 | 702,182 | 81.5 | 84.7 | 76.5 |
| 2008 | 4,622 | 13,927 | 21,279 | 12,629 | 721,045 | 1,778,779 | 773,502 | 88.9 | 86.1 | 84.3 |
| 2010 | 4,866 | 16,180 | 24,503 | 13,084 | 738,748 | 1,832,982 | 797,381 | 78.6 | 75.4 | 60.8 |
| 2012 | 5,259 | 17,867 | 27,298 | 13,923 | 765,227 | 1,901,025 | 829,574 | 81.5 | 78.2 | 63.3 |

Note:  The percentage of the population registered to vote is based on the voting age population (VAP) for each demographic.

2

# EXHIBIT 3

**Exhibit 3**

**Racial turnout data for South Carolina general elections, 1970-2010**

Source:  South Carolina Elections Commission Reports

| Year | White Turnout | Non-white Turnout | White Turnout Percentage | Non-white Turnout Percentage | Percentage Non-white of Election Turnout |
|------|---------------|-------------------|--------------------------|------------------------------|------------------------------------------|
| 1970 | 372,755 | 111,550 | 55.8 | 50.6 | 23.0 |
| 1972 | 533,812 | 152,546 | 69.1 | 58.4 | 22.2 |
| 1974 | 416,126 | 120,799 | 56.5 | 46.2 | 22.5 |
| 1976 | 620,878 | 192,170 | 75.0 | 67.3 | 23.6 |
| 1978 | 485,761 | 157,567 | 60.4 | 53.8 | 24.5 |
| 1980 | 696,901 | 222,580 | 76.2 | 69.3 | 24.2 |
| 1982 | 497,900 | 189,908 | 56.1 | 55.5 | 27.6 |
| 1984 | 754,155 | 262,476 | 75.0 | 67.2 | 25.8 |
| 1986 | 572,810 | 197,509 | 61.7 | 53.5 | 25.6 |
| 1988 | 796,542 | 244,471 | 75.9 | 62.9 | 23.5 |
| 1990 | 608,871 | 184,588 | 61.1 | 51.5 | 23.3 |
| 1992 | 949,572 | 286,637 | 82.6 | 74.0 | 23.2 |
| 1994 | 749,877 | 203,243 | 66.8 | 53.9 | 21.3 |
| 1996 | 908,503 | 294,983 | 68.6 | 60.2 | 24.5 |
| 1998 | 817,195 | 281,289 | 55.6 | 51.0 | 25.6 |
| 2000 | 1,082,784 | 350,749 | 65.9 | 56.4 | 24.5 |
| 2002 | 832,582 | 284,354 | 55.9 | 51.0 | 25.5 |
| 2004 | 1,197,422 | 433,734 | 72.3 | 65.8 | 26.6 |
| 2006 | 843,917 | 260,763 | 48.2 | 37.1 | 23.6 |
| 2008 | 1,340,312 | 590,047 | 75.4 | 76.3 | 30.6 |
| 2010 | 970,989 | 387,599 | 53.0 | 48.6 | 28.5 |

Note:  The South Carolina Elections Commission reports voter turnout on the basis of white/non-white racial categories.

# EXHIBIT 4

**Exhibit 4**

**Racial registration and turnout data for South Carolina Democratic Party primaries, 1978-2010**

Source:  South Carolina Elections Commission Reports

| Year | White Turnout | Non-white Turnout | White Turnout Percentage | Non-white Turnout Percentage | Percentage Non-white of Primary Turnout |
|------|------|------|------|------|------|
| 1978 | 320,446 | 133,953 | 41.2 | 48.0 | 29.5 |
| 1980 | 259,970 | 125,144 | 31.6 | 42.7 | 32.5 |
| 1982 | 223,142 | 124,401 | 25.9 | 38.7 | 35.8 |
| 1984 | 242,260 | 130,739 | 26.9 | 36.4 | 35.1 |
| 1986 | 224,106 | 134,626 | 25.4 | 39.3 | 37.5 |
| 1988 | 218,599 | 115,985 | 25.0 | 35.1 | 34.7 |
| 1990 | 123,870 | 93,675 | 12.9 | 27.2 | 43.1 |
| 1992 | 161,858 | 112,125 | 15.6 | 31.8 | 40.9 |
| 1994 | 177,999 | 136,241 | 16.5 | 37.6 | 43.4 |
| 1996 | 99,224 | 107,130 | 8.2 | 24.9 | 51.9 |
| 1998 | 75,542 | 73,715 | 5.3 | 13.8 | 49.4 |
| 2000 | 101,238 | 93,588 | 6.7 | 16.2 | 48.0 |
| 2002 | 44,343 | 70,003 | 3.0 | 13.0 | 61.2 |
| 2004 | 77,371 | 106,917 | 5.0 | 17.8 | 58.0 |
| 2006 | 58,942 | 87,120 | 3.4 | 12.7 | 59.6 |
| 2008 | 83,832 | 110,559 | 5.0 | 16.6 | 56.9 |
| 2010 | 71,176 | 128,221 | 4.0 | 16.4 | 64.3 |

Note:  The South Carolina Elections Commission does not report voter statistics for the Democratic Party primary prior to 1978.

# EXHIBIT 5

**Exhibit 5**

**Racial registration and turnout data for South Carolina Republican Party primaries, 1978-2010**

Source:  South Carolina Elections Commission Reports

| Year | White Turnout | Non-white Turnout | White Turnout Percent | Non-white Turnout Percent |
|------|--------------|-------------------|----------------------|---------------------------|
| 1978 | 23,629 | 320 | 3.0 | 0.1 |
| 1980 | 37,439 | 531 | 4.5 | 0.2 |
| 1982 | 22,014 | 320 | 2.6 | 0.1 |
| 1984 | 47,747 | 592 | 5.3 | 0.2 |
| 1986 | 58,199 | 752 | 6.6 | 0.2 |
| 1988 | 75,364 | 1,294 | 8.6 | 0.4 |
| 1990 | 100,835 | 2,337 | 10.5 | 0.7 |
| 1992 | 173,443 | 8,728 | 16.7 | 2.5 |
| 1994 | 298,390 | 4,340 | 27.7 | 1.2 |
| 1996 | 223,558 | 6,856 | 18.5 | 1.6 |
| 1998 | 173,373 | 3,033 | 12.1 | .0 |
| 2000 | 189,435 | 8,488 | 12.5 | 1.5 |
| 2002 | 374,207 | 10,737 | 25.5 | 2.0 |
| 2004 | 343,397 | 14,434 | 22.0 | 2.4 |
| 2006 | 268,444 | 8,559 | 15.6 | 1.2 |
| 2008 | 277,078 | 8,241 | 16.5 | 1.2 |
| 2010 | 461,824 | 10,738 | 25.6 | 1.4 |

Note:  The South Carolina Elections Commission does not report voter statistics for the Republican Party primary prior to 1978.

# EXHIBIT 6

**Exhibit 6**

**Census estimates of voter registration and voter turnout for various racial groups in South Carolina, 1980-2010**

Source:  U.S. Census Bureau estimates

| | Registered | | | Voted | | |
|---|---|---|---|---|---|---|
| Year | White | Black | White, non-Hispanic | White | Black | White, non-Hispanic |
| 1980 | 57.2 | 61.4 | **** | 51.7 | 51.3 | **** |
| 1982 | 54.5 | 53.3 | **** | 37.0 | 38.9 | **** |
| 1984 | 57.3 | 62.2 | **** | 47.9 | 51.4 | **** |
| 1986 | 56.4 | 58.8 | **** | 41.3 | 42.0 | **** |
| 1988 | 61.8 | 56.7 | **** | 52.3 | 40.7 | **** |
| 1990 | 56.2 | 61.9 | **** | 42.0 | 44.6 | **** |
| 1992 | 69.2 | 62.0 | **** | 61.6 | 48.8 | **** |
| 1994 | 62.8 | 59.0 | **** | 49.4 | 39.7 | **** |
| 1996 | 69.7 | 64.3 | **** | 56.2 | 49.9 | **** |
| 1998 | 67.9 | 68.0 | 68.4 | 48.8 | 42.8 | 49.3 |
| 2000 | 68.2 | 68.6 | 69.8 | 60.0 | 60.7 | 58.7 |
| 2002 | 66.2 | 68.3 | 68.2 | 45.1 | 48.7 | 46.4 |
| 2004 | 74.4 | 71.1 | 75.5 | 63.4 | 59.5 | 64.3 |
| 2006 | 60.2 | 67.8 | 63.5 | 41.2 | 43.5 | 48.9 |
| 2008 | 71.0 | 76.1 | 73.4 | 60.8 | 72.0 | 62.8 |
| 2010 | 67.1 | 68.6 | 69.4 | 48.5 | 53.7 | 50.4 |

Note:  The Census Bureau did not compile individual state estimates by race until 1980.  White, non-Hispanic category did not exist in Census estimates prior to 1998.

# EXHIBIT 7

**Exhibit 7**

**White Per Capita Income and White General Election Turnout by County, 2000-2010**

Sources: U.S. Census Bureau, 2006-2010 American Community Survey; South Carolina Elections Commission Reports

| County | Per Capita Income | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 |
|--------|-------------------|------|------|------|------|------|------|
| Abbeville | $18,706 | 64.8 | 59.4 | 72.9 | 48.9 | 77.8 | 53.3 |
| Aiken | $27,622 | 66.4 | 57.2 | 75.4 | 49.6 | 77.1 | 53.4 |
| Allendale | $24,106 | 62.3 | 50.8 | 67.7 | 50.3 | 74.8 | 51.6 |
| Anderson | $23,863 | 67.1 | 53.7 | 71.4 | 48.2 | 74.9 | 50.6 |
| Bamberg | $23,523 | 68.3 | 61.4 | 74.7 | 51.4 | 78.9 | 59.8 |
| Barnwell | $22,058 | 77.1 | 57.1 | 73.6 | 50.9 | 78.1 | 58.2 |
| ***Beaufort*** | $38,283 | 67.3 | 58.5 | 72.9 | 48.3 | 76.6 | 55.8 |
| Berkeley | $25,808 | 62.2 | 57.4 | 73.8 | 46.4 | 71.4 | 48.0 |
| Calhoun | $26,103 | 73.9 | 62.2 | 76.5 | 51.3 | 80.1 | 62.0 |
| ***Charleston*** | $37,109 | 67.2 | 61.1 | 76.7 | 55.9 | 75.2 | 48.8 |
| Cherokee | $19,497 | 60.4 | 50.8 | 66.6 | 49.0 | 73.1 | 48.9 |
| Chester | $21,524 | 63.4 | 45.8 | 60.4 | 42.9 | 72.8 | 50.1 |
| Chesterfield | $20,005 | 63.6 | 47.8 | 69.7 | 42.5 | 73.2 | 51.2 |
| Clarendon | $21,702 | 69.7 | 60.7 | 71.7 | 45.7 | 76.6 | 55.5 |
| Colleton | $21,960 | 72.5 | 57.9 | 70.0 | 51.4 | 79.5 | 53.2 |
| Darlington | $25,362 | 65.8 | 60.4 | 74.1 | 45.4 | 77.2 | 56.7 |
| Dillon | $18,884 | 55.3 | 38.7 | 57.2 | 37.2 | 78.0 | 47.8 |
| Dorchester | $27,825 | 61.9 | 54.3 | 69.3 | 44.0 | 69.6 | 47.9 |
| Edgefield | $25,666 | 66.8 | 55.1 | 73.1 | 50.5 | 78.8 | 56.1 |
| Fairfield | $27,078 | 70.9 | 60.1 | 74.0 | 54.4 | 79.3 | 63.6 |
| Florence | $27,745 | 65.2 | 55.8 | 72.8 | 47.7 | 78.2 | 55.2 |
| ***Georgetown*** | $30,429 | 70.6 | 59.0 | 74.1 | 46.3 | 78.8 | 56.8 |
| ***Greenville*** | $28,830 | 68.1 | 57.1 | 74.9 | 48.9 | 76.9 | 53.4 |
| Greenwood | $25,773 | 65.6 | 52.8 | 68.8 | 50.1 | 80.0 | 56.1 |
| Hampton | $21,643 | 61.8 | 55.6 | 64.9 | 51.9 | 77.2 | 56.7 |
| Horry | $27,704 | 62.3 | 51.4 | 66.6 | 41.2 | 72.9 | 47.5 |
| Jasper | $24,362 | 60.5 | 50.5 | 64.4 | 36.3 | 74.7 | 50.0 |
| Kershaw | $24,456 | 67.6 | 55.2 | 72.9 | 53.0 | 77.8 | 62.7 |
| Lancaster | $21,894 | 65.5 | 51.2 | 71.5 | 46.9 | 72.3 | 52.7 |
| Laurens | $20,805 | 64.9 | 58.8 | 70.3 | 46.0 | 74.6 | 51.0 |
| Lee | $19,657 | 67.3 | 56.2 | 72.1 | 45.7 | 81.8 | 59.7 |
| Lexington | $28,493 | 68.7 | 61.8 | 72.9 | 49.6 | 75.5 | 57.6 |
| Marion | $28,564 | 63.4 | 50.2 | 71.0 | 40.9 | 72.7 | 51.5 |
| Marlboro | $23,406 | 48.6 | 43.7 | 58.6 | 35.2 | 65.2 | 44.5 |
| McCormick | $18,691 | 71.4 | 69.7 | 79.3 | 58.7 | 81.6 | 66.7 |
| Newberry | $26,623 | 72.3 | 63.7 | 75.3 | 55.7 | 81.2 | 62.2 |
| Oconee | $25,195 | 66.8 | 61.5 | 76.0 | 51.5 | 76.3 | 51.5 |
| Orangeburg | $25,727 | 67.9 | 57.1 | 71.6 | 44.6 | 74.1 | 52.1 |
| Pickens | $21,341 | 63.4 | 54.5 | 73.1 | 47.6 | 74.3 | 51.1 |
| ***Richland*** | $33,779 | 67.1 | 60.1 | 72.0 | 50.1 | 75.1 | 57.0 |
| Saluda | $21,627 | 74.3 | 59.2 | 73.6 | 54.5 | 81.3 | 60.2 |
| Spartanburg | $24,193 | 63.6 | 48.7 | 72.1 | 46.9 | 73.3 | 51.4 |
| Sumter | $24,368 | 60.4 | 53.1 | 70.0 | 41.8 | 74.1 | 54.1 |
| Union | $21,090 | 68.9 | 60.4 | 72.2 | 50.1 | 79.3 | 55.8 |
| Williamsburg | $20,194 | 69.6 | 59.7 | 73.5 | 47.0 | 80.9 | 59.3 |
| York | $28,519 | 64.8 | 48.4 | 72.4 | 49.0 | 76.7 | 55.3 |
| | | | | | | | |
| Average | $24,822 | 66.0 | 55.8 | 71.3 | 47.9 | 76.3 | 54.4 |

7

# EXHIBIT 8

**Exhibit 8**

**Non-white Per Capita Income and Non-white General Election Turnout by County, 2000-2010**

Sources: U.S. Census Bureau, 2006-2010 American Community Survey; South Carolina Elections Commission Reports

| County | Per Capita Income | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 |
|---|---|---|---|---|---|---|---|
| Abbeville | $12,055 | 55.7 | 57.9 | 72.0 | 43.7 | 82.1 | 52.8 |
| Aiken | $15,963 | 57.7 | 50.3 | 66.6 | 39.4 | 76.3 | 49.6 |
| *Allendale* | $10,603 | 49.4 | 40.5 | 57.0 | 32.1 | 72.0 | 43.0 |
| Anderson | $15,060 | 56.9 | 49.4 | 65.2 | 37.5 | 75.9 | 44.6 |
| Bamberg | $12,028 | 55.6 | 54.9 | 69.2 | 39.5 | 74.8 | 51.5 |
| Barnwell | $12,437 | 65.5 | 49.2 | 67.2 | 38.4 | 76.5 | 51.6 |
| Beaufort | $16,558 | 58.5 | 51.5 | 65.2 | 33.9 | 75.4 | 45.9 |
| Berkeley | $17,265 | 60.4 | 56.7 | 71.2 | 40.9 | 77.7 | 48.9 |
| Calhoun | $14,425 | 59.2 | 53.3 | 66.1 | 39.5 | 79.9 | 56.3 |
| Charleston | $15,016 | 58.1 | 55.1 | 70.0 | 45.9 | 75.6 | 45.5 |
| Cherokee | $12,259 | 51.6 | 47.0 | 60.9 | 32.6 | 76.2 | 48.9 |
| Chester | $11,903 | 50.2 | 39.8 | 53.1 | 29.8 | 83.3 | 51.4 |
| Chesterfield | $12,260 | 52.6 | 48.7 | 66.5 | 34.2 | 77.2 | 48.3 |
| Clarendon | $11,893 | 57.3 | 54.4 | 62.0 | 37.1 | 75.2 | 50.0 |
| Colleton | $12,017 | 62.7 | 49.1 | 64.2 | 37.2 | 79.3 | 50.0 |
| Darlington | $13,126 | 56.5 | 54.9 | 68.2 | 35.3 | 75.7 | 54.2 |
| Dillon | $10,857 | 47.6 | 34.1 | 49.1 | 26.8 | 73.7 | 38.8 |
| Dorchester | $16,554 | 59.4 | 52.9 | 66.6 | 39.9 | 75.7 | 48.0 |
| Edgefield | $12,113 | 56.0 | 50.5 | 64.7 | 39.5 | 80.3 | 55.3 |
| Fairfield | $14,093 | 58.8 | 55.5 | 67.3 | 42.1 | 83.2 | 58.7 |
| Florence | $13,878 | 54.0 | 50.0 | 65.1 | 35.1 | 75.0 | 48.0 |
| Georgetown | $12,962 | 56.3 | 51.8 | 67.7 | 35.3 | 77.4 | 50.7 |
| Greenville | $16,097 | 58.6 | 50.8 | 68.6 | 35.4 | 75.1 | 42.8 |
| Greenwood | $14,521 | 53.9 | 44.6 | 59.2 | 36.7 | 78.0 | 48.4 |
| Hampton | $12,376 | 56.4 | 54.5 | 61.2 | 44.9 | 77.9 | 52.5 |
| Horry | $13,459 | 52.1 | 46.4 | 60.5 | 31.0 | 72.6 | 40.8 |
| Jasper | $13,122 | 56.9 | 54.2 | 60.3 | 35.1 | 77.2 | 50.7 |
| Kershaw | $15,074 | 58.8 | 52.4 | 68.0 | 45.2 | 79.0 | 58.3 |
| Lancaster | $12,031 | 53.2 | 52.6 | 67.9 | 37.9 | 77.5 | 49.9 |
| Laurens | $13,933 | 51.9 | 55.0 | 67.2 | 35.0 | 77.6 | 48.1 |
| *Lee* | $9,415 | 52.8 | 47.9 | 65.1 | 35.5 | 79.7 | 55.1 |
| Lexington | $16,285 | 56.8 | 52.8 | 64.6 | 32.6 | 73.5 | 47.1 |
| *Marion* | $10,619 | 53.1 | 44.5 | 60.6 | 30.1 | 76.1 | 50.6 |
| Marlboro | $11,693 | 43.5 | 43.5 | 54.1 | 28.8 | 72.2 | 44.6 |
| *McCormick* | $10,280 | 54.0 | 62.8 | 75.6 | 47.5 | 82.1 | 58.1 |
| Newberry | $13,597 | 54.7 | 54.1 | 67.4 | 39.0 | 77.8 | 50.0 |
| Oconee | $14,444 | 54.0 | 51.6 | 67.8 | 39.2 | 78.2 | 43.2 |
| Orangeburg | $12,839 | 58.8 | 54.5 | 67.1 | 37.6 | 75.6 | 50.2 |
| Pickens | $15,499 | 56.5 | 47.1 | 66.1 | 33.8 | 73.8 | 42.7 |
| Richland | $18,213 | 59.7 | 54.3 | 67.1 | 38.8 | 76.2 | 51.1 |
| Saluda | $14,545 | 56.5 | 46.9 | 62.4 | 37.8 | 80.0 | 54.5 |
| Spartanburg | $15,147 | 53.9 | 45.1 | 66.0 | 32.8 | 75.3 | 45.0 |
| Sumter | $13,455 | 51.2 | 47.1 | 63.6 | 34.2 | 74.7 | 50.1 |
| Union | $13,542 | 53.9 | 49.2 | 68.1 | 39.4 | 82.8 | 55.9 |
| *Williamsburg* | $10,255 | 56.2 | 53.8 | 64.9 | 38.3 | 78.2 | 54.0 |
| York | $16,678 | 55.6 | 42.8 | 65.7 | 35.6 | 78.0 | 49.5 |
| | | | | | | | |
| Average | $13,531 | 55.5 | 50.3 | 64.9 | 36.9 | 77.1 | 49.7 |

# EXHIBIT 9

**Exhibit 9**

**Comparison of Non-white and White Voter Turnout**

Sources: South Carolina Elections Commission Reports

| Poorest Counties | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 |
|---|---|---|---|---|---|---|
| Lee | 52.8 | 47.9 | 65.1 | 39.1 | 80.5 | 55.1 |
| Williamsburg | 56.2 | 53.8 | 65.0 | 38.3 | 78.2 | 54.0 |
| McCormick | 54.0 | 62.8 | 75.6 | 47.5 | 82.1 | 58.1 |
| Allendale | 49.4 | 40.5 | 57.0 | 32.1 | 72.0 | 43.0 |
| Marion | 53.1 | 44.5 | 60.6 | 30.1 | 76.1 | 50.6 |
| Non-white Turnout Average | 53.1 | 49.9 | 64.7 | 37.4 | 77.8 | 52.2 |
| **Wealthiest Counties** | | | | | | |
| Beaufort | 67.3 | 58.5 | 73.0 | 48.3 | 76.6 | 55.6 |
| Charleston | 67.2 | 61.1 | 76.7 | 55.9 | 75.2 | 48.8 |
| Richland | 67.1 | 60.6 | 72.0 | 50.1 | 75.1 | 57.0 |
| Georgetown | 70.6 | 59.0 | 74.1 | 46.3 | 79.1 | 56.8 |
| Greenville | 68.1 | 57.1 | 74.9 | 48.9 | 76.9 | 53.4 |
| White Turnout Average | 68.1 | 59.3 | 74.1 | 49.9 | 76.6 | 54.3 |

Notes: Turnout rates for the poorest counties are the non-white voter turnout.  Turnout for the wealthiest counties is exclusively the white voter turnout.

# EXHIBIT 10

**Exhibit 10**

**Black members of United States House of Representatives from South Carolina and South Carolina General Assembly, 1971-2011**

Sources:  *South Carolina Legislative Manual*

| Year | United States House of Representatives | General Assembly |
|------|--------------------------------------|------------------|
| 1971 | 0 | 3 |
| 1973 | 0 | 4 |
| 1975 | 0 | 13 |
| 1977 | 0 | 13 |
| 1979 | 0 | 13 |
| 1981 | 0 | 16 |
| 1983 | 0 | 18 |
| 1985 | 0 | 20 |
| 1987 | 0 | 20 |
| 1989 | 0 | 21 |
| 1991 | 0 | 21 |
| 1993 | 1 | 25 |
| 1995 | 1 | 24 |
| 1997 | 1 | 34 |
| 1999 | 1 | 33 |
| 2001 | 1 | 31 |
| 2003 | 1 | 31 |
| 2005 | 1 | 32 |
| 2007 | 1 | 35 |
| 2009 | 1 | 38 |
| 2011 | 2 | 38 |

# EXHIBIT 11

**Exhibit 11**

**Black elected officials in South Carolina, 1970-2002; 2012**

Sources:  *Statistical Abstract of the United States* for 1970-2002; data collected by author for 2012.

| Year | Total (including U.S. House and General Assembly) | County and City Level Offices | Law Enforcement | Education |
|------|---------------------------------------------------|-------------------------------|-----------------|-----------|
| 1970 | 38  | 32  | 4   | 2   |
| 1971 | 61  | 42  | 9   | 7   |
| 1972 | 66  | 48  | 9   | 6   |
| 1973 | 99  | 59  | 12  | 24  |
| 1974 | 116 | 77  | 12  | 24  |
| 1975 | 132 | 78  | 15  | 26  |
| 1976 | 148 | 90  | 16  | 29  |
| 1977 | 182 | 99  | 21  | 49  |
| 1978 | 229 | 122 | 20  | 74  |
| 1979 | 222 | 125 | 22  | 62  |
| 1980 | 238 | 138 | 20  | 66  |
| 1981 | 227 | 139 | 14  | 58  |
| 1982 | 235 | 151 | 14  | 55  |
| 1984 | 263 | 167 | 5   | 70  |
| 1985 | 310 | 188 | 3   | 99  |
| 1986 | 329 | 205 | 3   | 101 |
| 1987 | 340 | 200 | 5   | 115 |
| 1988 | 352 | 210 | 5   | 118 |
| 1989 | 373 | 217 | 6   | 129 |
| 1990 | 396 | 237 | 6   | 132 |
| 1991 | 405 | 246 | 12  | 126 |
| 1992 | 413 | 255 | 12  | 124 |
| 1993 | 450 | 269 | 15  | 140 |
| 1997 | 542 | 323 | 12  | 172 |
| 1998 | 554 | 342 | 11  | 167 |
| 1999 | 542 | 333 | 8   | 167 |
| 2000 | 540 | 334 | 8   | 164 |
| 2001 | 534 | 335 | 9   | 158 |
| 2002 | 547 | 345 | 12  | 158 |
| 2012 | 931 | 518 | 138 | 235 |

Notes:  Data on black elected officials was not collected from 1994-1996 or after 2002. County/city level offices include county councilors, probate judges, clerk of courts, county auditors, county treasurers, mayors, and city councilors.  Law enforcement includes judges, solicitors, sheriffs, coroners, and magistrates.  Education includes school board members and members of college and university boards of trustees elected by the General Assembly.

# EXHIBIT 12

**Exhibit 12**

**Cases of Voter Fraud**

**Impersonation Voter Fraud**

**Jurisdiction**: Alabama
**Date**: March 2012
**Type**: Registration Fraud – Illegal Alien Registered and Voted Under Assumed Name
**Disposition**: Convicted of Social Security fraud and theft of government funds
**Source**: Brendan Kirby, "Baldwin man convicted of fraud voted regularly under name of U.S. citizen, records show," Al.com, Mar. 6, 2012.
**Link**: http://blog.al.com/live/2012/03/baldwin_man_convicted_of_fraud.html.

**Jurisdiction**: Texas
**Date**: May 2012
**Type**: Voter impersonation fraud, conspiracy
**Disposition**: Indicted
**Source**s: Dianna Hunt, "Democratic Precinct Chairwoman Candidate Indicted in Voter Fraud Case in Fort Worth," Star-Telegram.com, May 1, 2012;
"Democrat Indicted for In-Person Voter Impersonation in TX," PJMedia.
**Link**s: http://www.star-telegram.com/2012/04/30/3924376/democratic-precinct-chairwoman.html#story**Link**=cpy%3C/DIV%3E%3CBR%3EMore#story**Link**=cpy;
http://pjmedia.com/tatler/2012/05/01/democrat-indicted-for-in-person-voter-impersonation-in-tx/.

**Jurisdiction:** Pennsylvania
City Commissioner Al Schmidt, "Voting Irregularities: Voting Irregularities in Philadelphia County, 2012 Primary Election," Report to City Commissioners, July 2012.
http://www.scribd.com/doc/100467031/Voting-Irregularities-Report.

**Jurisdiction**: Virginia
**Date**: November 2008
**Type**: Registration fraud, impersonation fraud
**Disposition**: 38 charged; 26 under investigation
**Source**: Mark Bowes, "Va. Investigates Voter Fraud," Richmond Times-Dispatch, Apr. 22, 2012.
**Link**: http://www2.timesdispatch.com/news/news/2012/apr/22/tdmain01-va-investigates-voter-fraud-ar-1859666/.

**Jurisdiction**: Washington, D.C.
**Date**: April 2012
**Type**: Attempted impersonation fraud
**Disposition**: Investigated
**Source**: Mike DeBonis, "D.C. Elections Officials Condemn O'Keefe Voting Ploy," Washington Post, Apr. 10, 2012.
**Link**: http://www.washingtonpost.com/blogs/mike-debonis/post/dc-elections-officials-condemn-okeefe-voting-ploy/2012/04/10/gIQASbeY8S_blog.html.


**Absentee Ballot Fraud**

**Jurisdiction**: Alabama
**Date**: July 14, 2008
**Type**: Absentee Ballot Fraud
**Disposition**: Alleged
**Source**: Audie Cornish, "Alabama County Accused Of Voter Fraud," NPR, July 14, 2008.
**Link**: http://www.npr.org/templates/story/story.php?storyId=92510441.

**Jurisdiction**: Alabama
**Date**: 1985
**Type**: Absentee Ballot Fraud
**Disposition**: Convicted
**Source**: Hans von Spakovsky, "Absentee Ballot Fraud: A Stolen Election in Greene County, Alabama," The Heritage Foundation, Sept. 5, 2008.
**Link**: http://www.heritage.org/research/reports/2008/09/absentee-ballot-fraud-a-stolen-election-in-greene-county-alabama#_ftnref37.

**Jurisdiction**: Alabama
**Date**: 1998 (1994 election)
**Type**: Furnishing false information to election officials, voting more than once, and providing false information on absentee ballot affidavits
**Disposition**: 11 Convicted
**Source**: Hans von Spakovsky, "Absentee Ballot Fraud: A Stolen Election in Greene County, Alabama," The Heritage Foundation, Sept. 5, 2008.
**Link**: http://www.heritage.org/research/reports/2008/09/absentee-ballot-fraud-a-stolen-election-in-greene-county-alabama#_ftnref37.

**Jurisdiction**: Alabama
**Date**: 2008
**Type**: voter fraud, forgery in the second degree, and possession of forged instruments (absentee ballots).
**Disposition**: Convicted
**Source**: Hans von Spakovsky, "Absentee Ballot Fraud: A Stolen Election in Greene County, Alabama," The Heritage Foundation, Sept. 5, 2008 (citing Interview with Greg Biggs, Apr. 22, 2008).
**Link**: http://www.heritage.org/research/reports/2008/09/absentee-ballot-fraud-a-stolen-election-in-greene-county-alabama#_ftnref37.

**Jurisdiction**: Alabama
**Date**: 2004/5 elections
**Type**: Absentee Ballot Fraud
**Disposition**: Convicted – 13 counts
**Source**: Hans von Spakovsky, "Absentee Ballot Fraud: A Stolen Election in Greene County, Alabama," The Heritage Foundation, Sept. 5, 2008 (citing "Former Hale County Circuit Clerk Arrested on Voter Fraud Charges," Assoc. Press, Mar. 18, 2008).
**Link**: http://www.heritage.org/research/reports/2008/09/absentee-ballot-fraud-a-stolen-election-in-greene-county-alabama#_ftnref37.

**Jurisdiction**: Florida
**Date**: Nov. 2011
**Type**: Absentee Ballot Fraud
**Disposition**: Under Investigation
**Source**: Melissa Sanchez, "Sister of absentee voter denies signing ballot collected in Hialeah," The Miami Herald,
**Link**: http://www.miamiherald.com/2012/08/02/2926694/sister-of-absentee-voter-denies.html#storylink=cpy.

**Jurisdiction**: Florida
**Date**: Jan. 2012
**Type**: Absentee Ballot Fraud
**Disposition**: Charged
**Source**: "'Madison 9' attorney announces suit against state," Assoc. Press, Real Clear Politics, Jan. 17, 2012.
**Link**:
http://www.realclearpolitics.com/news/ap/politics/2012/Jan/17/_quot_madison_9_quot__attorney_announces_suit_against_state.html.

**Jurisdiction**: Georgia
**Date**: Nov. 2011
**Type**: Absentee Ballot Fraud
**Disposition**: Indicted
**Source**: Stephen Abel, "12 former officials indicted for voter fraud," WALB News, Nov. 28, 2011
**Link**: http://www.walb.com/story/16104533/12-indicted-for-voter-fraud.

**Jurisdiction**: Georgia
**Date**: Oct. 2011
**Type**: Absentee Ballot Fraud
**Disposition**: Investigation dropped in exchange for immediate resignation from public office
**Source**: Mark Winne and Tahnee Tangherlini, "Mayor resigns following voter fraud investigation," WSBTV.com, Oct. 14, 2011.
**Link**: http://www.wsbtv.com/news/news/local/mayor-resigns-following-voter-fraud-investigation/nFG6R/.

**Jurisdiction**: Illinois
**Date**: Aug. 2010
**Type**: Absentee Ballot Fraud
**Disposition**: Convicted
**Source**: Matthew Walberg, "Former political workers sentenced for vote fraud," Chicago Tribune, Aug. 4, 2010.
**Link**: http://articles.chicagotribune.com/2010-08-04/news/ct-met-vote-fraud-sentence-0805-20100804_1_eapen-and-ramos-anish-eapen-absentee-ballots.

**Jurisdiction**: Indiana
**Date**: May 2012
**Type**: Absentee ballot voter fraud
**Disposition**: Charged
**Source**: Lexy Sheen, "Austin mayor, city employee charged with vote fraud," WLKY.com, May 1, 2012.
**Link**: http://www.wlky.com/news/local-news/indiana-news/Austin-mayor-city-employee-charged-with-vote-fraud/-/9718538/12395470/-/8pdn9f/-/index.html#ixzz22JtNOjSw.

**Jurisdiction**: Massachusetts
**Date**: Mar. 2012
**Type**: Absentee Ballot Fraud
**Disposition**: Charged
**Source**: Kendall Hatch, "Documents shed light on Marlborough voter fraud case," Marlborough Enterprise, Mar. 1, 2012.
**Link**: http://www.metrowestdailynews.com/news/x1170540406/Documents-shed-light-on-Marlborough-voter-fraud-case#ixzz22OO866KI.

15

**Jurisdiction**: Mississippi
**Date**(s): April 2012
**Type**: NAACP official Lessadolla Sowers convicted of 10 counts of fraudulently casting absentee ballots
**Disposition**: Convicted
**Source**: Matthew Vadum, Mississippi NAACP Leader Sent to Prison for Ten Count of Voter Fraud, The Daily Caller, July 29, 2011.
**Link**: http://dailycaller.com/2011/07/29/mississippi-naacp-leader-sent-to-prison-for-10-counts-of-voter-fraud/ .

**Jurisdiction**: Mississippi
**Date**: April 2011
**Type**: 10 counts of fraudulently casting absentee ballots
**Disposition**: Convicted
**Source**: Hans von Spakovsky, "The Constitution and the Right to Vote: Protecting Against Voter Fraud," The Foundry, Oct. 4, 2011;
"Mississippi NAACP leader sent to prison for 10 counts of voter fraud," Daily Caller, July 29, 2011.
**Link**: http://blog.heritage.org/2011/10/04/the-constitution-and-the-right-to-vote-protecting-against-voter-fraud/;
http://dailycaller.com/2011/07/29/mississippi-naacp-leader-sent-to-prison-for-10-counts-of-voter-fraud/#ixzz22LN3dQfr.

**Jurisdiction**: Mississippi
**Date**: May 2011 (2009 elections)
**Type**: 2 Counts Absentee Ballot Fraud – knowingly voting as a disenfranchised, convicted felon
**Disposition**: Convicted
**Source**: "Canton Man Receives Maximum Sentence for Voter Fraud," Press Release, Fox 40 TV, May 17, 2011.
**Link**: http://www.fox40tv.com/news/local/story/Canton-Man-Receives-Maximum-Sentence-for-Voter/peWWWvP_Nk2wib6hpum2Lw.cspx.

16

**Jurisdiction**: New York
**Date**: 2011-2012
**Type**: 4 Public Officials Forging Mail-In Ballots
**Disposition**: Convicted
**Sources**: Eric Shawn, "Officials Plead Guilty in New York Voter Fraud Case," Fox News, Dec. 12, 2011;
Bob Gardinier, "Key witness expected to testify in vote fraud trial," TimesUnion.com, Feb. 19, 2012;
Solomon Syed, "New Accusations in Troy Ballot Fraud Case," <u>Your News Now</u>, Apr. 16, 2012;
Neil Munro, "Voter ID rules protect seniors, minorities from fraudsters, says new study," <u>Daily Caller</u>, Aug. 2, 2012.
**Links**: http://www.foxnews.com/politics/2011/12/21/officials-plead-guilty-in-new-york-voter-fraud-case/#ixzz22OqXDtLV;
http://www.timesunion.com/local/article/Key-witness-expected-to-testify-in-vote-fraud-3342987.php#ixzz22OSMI9Mp;
http://hudsonvalley.ynn.com/content/top_stories/580751/new-accusations-in-troy-ballot-fraud-case/;
http://dailycaller.com/2012/08/02/voter-id-rules-protect-seniors-minorities-from-fraudsters-says-new-study/#ixzz22OLjU1Db.

**Jurisdiction**: Ohio
**Date**: Nov. 2011 (2010 general election)
**Type**: Absentee Ballot Fraud
**Disposition**: Alleged/Investigation
**Source**: "Attorney General agents continue absentee ballot investigation," <u>Ironton Tribune</u>, Nov. 24, 2011
**Link**: http://www.irontontribune.com/2011/11/24/attorney-general-agents-continue-absentee-ballot-investigation/.

**Jurisdiction**: West Virgina
**Date**: 2012
**Type**: Absentee Voter Fraud
**Disposition**: Two convicted and sentenced, one charged
**Source**: "Restoring Voter Confidence," MetroNews: The Voice of West Virginia, July 17, 2012
**Link**: http://www.wvmetronews.com/news.cfm?func=displayfullstory&storyid=53877.

**Jurisdiction**: West Virginia
**Date**: March 2012
**Type**: Falsifying over 100 absentee ballot applications and voting with some of the ballots himself
**Disposition**: Convicted
**Source**: Eric Shawn, "Former West Virginia sheriff, county clerk plead guilty to attempting to steal election," <u>Fox News</u>, Mar. 7, 2012.
**Link**: <u>http://www.foxnews.com/politics/2012/03/07/former-west-virginia-sheriff-county-clerk-plead-guilty-to-attempting-to-steal/?test=latestnews&utm_**Source**=pulsenews&utm_medium=referral&utm_**Source**=pulsenews&utm_medium=referral&utm_**Source**=pulsenews#ixzz22OJXMDh8</u>.

**Jurisdiction**: West Virginia
**Date**: Jan. 2012 (2010 Democratic Primary)
**Type**: Absentee Ballot Fraud
**Disposition**: Convicted
**Source**: Associated Press, "West Virginia county sheriff, clerk to plead guilty in voter fraud case," <u>Fox News</u>, Jan. 30, 2012.
**Link**: <u>http://www.foxnews.com/politics/2012/01/30/west-virginia-county-sheriff-clerk-to-plead-guilty-in-voter-fraud-case/#ixzz22Kirry9I</u>.

**<u>Voting Twice</u>**

**Jurisdiction**: Colorado
**Date**: Sept. 2011
**Type**: Voting twice – once at the polls, once by mail-in ballot – 2008/09 elections
**Disposition**: Convicted
**Source**: Sara Burnett, "Aurora man found guilty of voting twice multiple times," <u>Denver Post</u>, Sept. 12, 2011.
**Link**: <u>http://www.denverpost.com/commented/ci_18879141?**Source**=commented-</u>.

**Jurisdiction**: Florida
**Date**: Nov. 2011
**Type**: Double Voting
**Disposition**: Charged
**Source**: Lamaur Stancil, "Vero Beach woman charged with voter fraud," TC Palm, Dec. 30, 2011.
**Link**: <u>http://www.tcpalm.com/news/2011/dec/30/vero-beach-woman-charged-with-voter-fraud/</u>.

**Jurisdiction**: Idaho
**Date**: 2009
**Type**: Voted twice
**Disposition**: Convicted
**Source**: "N. Idaho officials investigating possible voter fraud," <u>KIVI-TV</u>, May 23, 2012.
**Link**: http://www.kivitv.com/news/local/153103225.html.

**Jurisdiction**: North Carolina
**Date**: November 2008
**Type**: Voting twice
**Disposition**: Charged; plead guilty
**Source**: "Four Wake residents charged with voting twice," <u>WTVD-TV</u>, Aug. 12, 2011.
**Link**: http://abclocal.go.com/wtvd/story?section=news%2Flocal&id=8301269.

**Jurisdiction**: North Carolina
**Date**: August 2011
**Type**: Voting Twice
**Disposition**: Charged
**Source**: Hans von Spakovsky, "The Constitution and the Right to Vote: Protecting Against Voter Fraud," <u>The Foundry</u>, Oct. 4, 2011.
**Link**: http://blog.heritage.org/2011/10/04/the-constitution-and-the-right-to-vote-protecting-against-voter-fraud/.

**Jurisdiction**: Texas
**Date**: June 2010
**Type**: Illegally returning a marked ballot and one count of improperly mailing another voter's ballot
**Disposition**: Convicted
**Source**: Jeremy Roebuck, "Starr county commissioner convicted on voter fraud charges," <u>The Monitor</u>, June 24, 2010.
**Link**: http://www.themonitor.com/articles/fraud-40148-charges-grande.html.

**Jurisdiction**: Texas
**Date**: Feb. 2012
**Type**: Registration, Voting Fraud – Nonresident Voting
**Disposition**: Charged/ On Trial
**Source**: Brett Shipp, "Medrano voter fraud trials begin," <u>WFAA.com</u>, Feb. 14, 2012; Rudolph Bush, "Medrano sisters offer differing accounts in vote fraud trial," <u>Dallas Morning News</u>, Feb. 15, 2012.
**Link**: http://www.wfaa.com/news/local/Medrano-voter-fraud-trials-begin-139324463.html; http://www.dallasnews.com/news/community-news/dallas/headlines/20120215-medrano-sisters-offer-differing-accounts-in-vote-fraud-trial.ece.

**<u>Felon Voting</u>**

**Jurisdiction**: Minnesota
**Date**: Nov. 2011
**Type**:  30 Felon Voting Charges
**Disposition**: Charged
**Source**: "Four Hastings residents charged with voter fraud," <u>Hastings Star Gazette</u>, Nov. 14, 2011.
**Link**: https://secure.forumcomm.com/?publisher_ID=8&article_id=26211&CFID=549940835&CFTOKEN=89584087.

**Jurisdiction**: North Carolina
**Date**: Dec. 2010
**Type**: Illegal Voting as a Felon on Probation
**Disposition**: Indicted
**Source**: Michael Barrett, "Ballot question leads to indictment," Gaston Gazette, Dec. 16, 2010.
**Link**: http://www.gastongazette.com/news/indictment-53524-gaston-county.html.

**Jurisdiction**: Tennessee
**Date**: April 2011
**Type**: Illegally Voting as a Disenfranchised Felon
**Disposition**: Convicted
**Source**: "County Commissioner Charged With Felony Voter Fraud," News Channel 5, April 14, 2011.
**Link**: http://www.newschannel5.com/story/14450226/county-commissioner-charged-with-felony-voter-fraud.

**Jurisdiction**: Wisconsin
**Date**: Mar. 22, 2012 (2008 election)
**Type**: Providing false information to election official – registered and voted while on active probation for felony convictions
**Disposition**: Convicted
**Source**: "Van Hollen announces voting fraud conviction," <u>Bay View Compass</u>, Mar. 22, 2012.
**Link**: http://bayviewcompass.com/archives/10687.

**Jurisdiction**: Wisconsin
**Date**: Jan. 2011 (2008 presidential election)
**Type**: Illegally Voting as a Disenfranchised Felon on Probation
**Disposition**: Convicted
**Source**: "Milwaukee man charged with voting illegally in '08," Assoc. Press, JS Online, Jan. 22, 2011.
**Link**: http://m.jsonline.com/114419014.htm.

**Jurisdiction**: Wisconsin
**Date**: Nov. 2010
**Type**: Illegal Voting as a Felon on Probation
**Disposition**: Charged
**Source**: "Milwaukee Man Charged with Election Fraud," TMJ 4, Nov. 2010
**Link**: http://www.todaystmj4.com/news/local/107048758.html?page=1.


## Voter Registration Fraud

**Jurisdiction**: California
**Date**: April 2012
**Type**: Improper registration
**Disposition**: Investigated
**Source**: Lachlan Markay, "City Council Election Decided by Five Voters After Fraud Investigation," The Foundry, Apr. 12, 2012.
**Link**: http://blog.heritage.org/2012/04/12/city-council-election-decided-by-five-voters-after-fraud-investigation/.


**Jurisdiction**: California
**Date**: May 2012
**Type**: Registration fraud
**Disposition**: Under investigation
**Source**: Brad Branan, "The Public Eye: Capital-area voter fraud suspects have criminal histories," The Sacramento Bee, May 13, 2012.
**Link**: http://www.sacbee.com/2012/05/13/4486043/public-eye-bounty-hunting-at-heart.html#story**Link**=cpy.

**Jurisdiction**: Illinois
**Date**: April 2011
**Type**: False Registration – False Address to Establish Eligibility to Vote
**Disposition**: Convicted, Sentenced
**Source**: "Michael Collins sentenced for tax evasion, voter fraud," KSDK.com. Apr. 13, 2011.
**Link**: http://www.ksdk.com/news/article/254593/3/Swansea-man-sentenced-for-tax-evasion-voter-fraud.

**Jurisdiction**: Minnesota
**Date**(s): 2004
**Type**: U.S. Sen. Amy Klobuchar, Voter Registration Fraud against Joshua Reed
**Disposition**: Convicted
**Source**: Matthew Vadum, Mississippi NAACP Leader Sent to Prison for Ten Count of Voter Fraud, The Daily Caller, July 29, 2011.
**Link**: http://dailycaller.com/2011/07/29/mississippi-naacp-leader-sent-to-prison-for-10-counts-of-voter-fraud/ .

**Jurisdiction**: Mississippi
**Date**: Indicted Aug. 18, 2010
**Type**: Felony False Registration – two instances
**Disposition**: Two guilty pleas
**Source**: J. Christian Adams, "Probation in MS voter fraud convictions," Election Law Center, May 24, 2011.
**Link**: http://electionlawcenter.com/2011/05/24/probation-in-ms-voter-fraud-convictions.aspx.

**Jurisdiction**: Nevada
**Date**: August 2012
**Type**: "Felony voter fraud" (voter registration fraud)
**Disposition**: Sentenced; fined $5,000
**Source**: Matthew Vadum, "Sentencing ACORN," Frontpagemag.com, Aug. 18, 2011.
**Link**: http://frontpagemag.com/2011/matthew-vadum/sentencing-acorn/.

**Jurisdiction**: New Mexico
**Date**: March – July 2012
**Type**: Extortion, Bribery, Fraudulent registration; registered out-of-state resident to vote in a city election
**Disposition**: Charged
**Source**s: "4 More Charged in Sunland Park Voter Fraud Case," San Francisco Chronicle, July 13, 2012;
"Sunland Park Investigation Leads to Additional Voter Fraud Charges," Las Cruces Sun-News, July 13, 2012;
Shaun Griswold, "3 Texans Charged with Voter Fraud in Sunland Park," KOB.com, July 13, 2012.
Eric Shawn, "Voter fraud allegations in mayoral election rock New Mexico city," FoxNews.com, May 17, 2012.
**Link**: http://www.sfgate.com/news/article/4-more-charged-in-Sunland-Park-voter-fraud-case-3706104.php;
http://www.lcsun-news.com/las_cruces-news/ci_21071873/sunland-park-investigation-leads-additional-voter-fraud-charges;
http://www.kob.com/article/stories/S2689245.shtml?cat=500;
http://www.foxnews.com/politics/2012/05/17/voter-fraud-new-mexico-city/.

**Jurisdiction**: North Carolina
**Date**: Feb. 2012
**Type**: Voter Registration and Voting Fraud
**Disposition**: Charged
**Source**: Mary Anderson, "Jackson charged with voter fraud in Montgomery County," Courier-Tribune, Feb. 19, 2012.
**Link**: http://www.courier-tribune.com/sections/news/local/jackson-charged-voter-fraud-montgomery-county.html-0.

**Jurisdiction**: Ohio
**Date**: March 2010
**Type**: Submission of fraudulent voter registrations (ACORN)
**Disposition**: Settled
**Source**: "Miller v. ACORN," The 1851 Center for Constitutional Law, Mar. 11, 2010.
**Link**: http://www.ohioconstitution.org/2010/03/11/acorn-settles-ohio-rico-case-folds-state-operation/.

**Jurisdiction**: South Carolina
**Date**: October 2004
**Type**: Submission of fraudulent voter registration applications
**Disposition**: Unknown
**Source**: "Man Is Charged in Vote Forgery," *Augusta Courier*, Oct. 8, 2004.
**Link**: http://chronicle.augusta.com/stories/2004/10/08/met_430698.shtml.

**Jurisdiction**: Texas
**Date**: May 8, 2010, election
**Type**: Voter registration fraud – used hotel address to register to vote
**Disposition**: seven Montgomery County residents indicted
**Source**: Howard Roden, "Trial Set for Seven Road Utility District Voters," YourWoodlandsNews.com, May 11, 2012.

**Jurisdiction**: Virginia
**Date**: 2008 presidential election
**Type**: Lying on voter registration forms
**Disposition**: Indicted
**Source**: Reed Williams, "Felons indicted on voter fraud charges in Richmond," Richmond Times-Dispatch, April 3, 2012.
**Link**: http://www2.timesdispatch.com/news/news/2012/apr/03/3/tdmain01-felons-indicted-on-voter-fraud-charges-in-ar-1813803/.

**Jurisdiction**: Washington
**Date**: Feb. 2012
**Type**: Voter Registration Fraud
**Disposition**: Charged
**Source**: Adam Pearson, "Glenoma Woman Charged With Voter Fraud," The Chronicle, Feb. 7, 2012.
**Link**: http://www.chronline.com/news/local/article_f113de72-51f2-11e1-8675-001871e3ce6c.html.

**Jurisdiction**: Wisconsin
**Date**(s): July 2012
**Type**: Using a Marriott hotel as a residence and using out of state IDs
**Disposition**: District Attorney subpoenaed SEIU officials and investigation underway
**Source**: Jonathon S. Tobin, "No Vote Fraud? Union Didn't Get the Memo," Commentary, July 19, 2012.
**Link**: http://www.commentarymagazine.com/2012/07/19/no-vote-fraud-union-didnt-get-the-memo/.

**Jurisdiction**: Wisconsin
**Date**: Nov. 2010
**Type**: Voter Registration Fraud
**Disposition**: Convicted
**Source**: Matthew Vadum, "The voter fraud hall of shame: Milwaukee voter fraud conviction makes ACORN's 2010 total at least 15," Daily Caller, Nov. 23, 2010.
**Link**: http://dailycaller.com/2010/11/23/the-voter-fraud-hall-of-shame-milwaukee-voter-fraud-conviction-makes-acorn%e2%80%99s-2010-total-at-least-15/#ixzz22Ly635ZY.

ACORN 2010 Convictions
Wisconsin – Voter Registration Fraud – Maria Miles (http://www.jsonline.com/news/crime/101418199.html), Frank Walton, Kendra Lynn Thill
Pennsylvania – Voter Registration Fraud – Alexis Givner, Mario Grisom, and Eric L. Jones
Florida – False Swearing in an Election – Convicted: Maurice Childress, Kashawn John, Liltovia Rhodes, Carlos Torres, Evangeline Williams, Lilkevia Williams, and Richard Williams
**Link**: http://dailycaller.com/2010/11/23/the-voter-fraud-hall-of-shame-milwaukee-voter-fraud-conviction-makes-acorn%e2%80%99s-2010-total-at-least-15/#ixzz22LzOOeRT.

**Illegal Voting**

**Jurisdiction**: California
**Date**: Within last two years
**Type**: State Sen. Roderick Wright (D-Inglewood), voter fraud and perjury, lied when he said he lived in his Senate district; Former state Sen. Richard Alarcon, lied about where he lived and voted fraudulently.
**Disposition**: Charged
**Source**: Patrick McGreevy, "Some California Legislators Bring Arrest Records to Their Campaigns," Los Angeles Times, May 5, 2012.
**Link**: http://articles.latimes.com/2012/may/05/local/la-me-legislature-arrests-20120505.

**Jurisdiction**: California
**Date**: 2007, 2009
**Type**: Fraudulent registration, bribery, extortion
**Disposition**: FBI subpoena and search warrant issued
**Source**s: "Feds: Cudahy officials threw away ballots, manipulated two elections," Los Angeles Times, July 12, 2012;
Hector Becerra and Jeff Gottlieb, "In Cudahy, FBI probes allegations of election fraud," Los Angeles Times, July 3, 2012.
**Link**: http://latimesblogs.latimes.com/lanow/2012/07/cudahy-corruption-election-fraud.html; http://www.latimes.com/news/local/la-me-election-fraud-20120704,0,5517685.story.
**Source**: Brad Branan, "The Public Eye: Capital-area voter fraud suspects have criminal histories," The Sacramento Bee, May 13, 2012.
**Link**: http://www.sacbee.com/2012/05/13/4486043/public-eye-bounty-hunting-at-heart.html#story**Link**=cpy.

**Jurisdiction**: Louisiana
**Date**: Nov. 2011
**Type**: Nonresident Voting
**Disposition**: Alleged
**Source**: Paul Murphy, "St. Bernard sheriff candidate questions votes," WWLTV.com, Nov. 16, 2011.
**Link**: http://www.wwltv.com/news/politics/St-Bernard-sheriff-candidate-questions-votes-133998913.html.

**Jurisdiction**: Indiana
**Date**: Feb. 2012
**Type**: Sheriff's Department employees and a Franklin police officer voted in the wrong precincts in the May 2010 primary
**Disposition**: Alleged/Under Investigation
**Source**s: Vic Ryckaert "Special prosecutor sought to investigate voting allegations involving 5 officers in Johnson County," Indianapolis Star, Feb. 27, 2012;
Gary R. Welsh, "Johnson County Law Enforcement Officers Accused Of Vote Fraud In Wake Of Charlie White Conviction," Advance Indiana, Feb. 27, 2012.
**Links**: http://www.indystar.com/article/20120227/LOCAL04/202270314/Special-prosecutor-sought-investigate-voting-allegations-involving-5-officers-Johnson-County?odyssey=tab|topnews|text|News;
http://advanceindiana.blogspot.com/2012/02/johnson-county-law-enforcement-officers.html.

**Jurisdiction**:  Minnesota
**Date**: Oct. 2011 for 2008 general election
**Type**: Illegal Voting
**Disposition**: 113 Convictions
**Source**: Jeff Davis, "113 convictions represent small fraction of total unlawful votes," Minnesota Majority, Oct. 13, 2011.
**Link**: http://www.minnesotamajority.org/Home/tabid/112/EntryID/375/Default.aspx.

**Jurisdiction**: Mississippi
**Date**: Nov. 2010 (2007 election)
**Type**: Vote Buying
**Disposition**: 16 Convictions
**Source**: "Benton County should serve as warning against voter fraud," The Bolivar Commercial, Nov. 2010.
**Link**: http://www.bolivarcom.com/pages/full_story/push?article-Benton+County+should+serve+as+warning+against+voter+fraud+&id=9966994&instance=main_article.

**Jurisdiction**: Ohio
**Date**(s): November 2009, May 2010, November 2010 and May 2011 elections
**Type**: Illegal voting
**Disposition**: Indictment
**Source**: Kaylee Remington, "Gilchrist Indicted for Voter Fraud," The Morning Journal, June 26, 2012.
**Link**:http://morningjournal.com/articles/2012/06/26/news/doc4fe938c15f2c2243133674.txt?viewmode=default.

**Jurisdiction**: Ohio
**Date**: 2008, 2010 elections
**Type**: Participating in same election in two different states
**Disposition**: Under investigation
**Source**: "Ohio elections chief asks for voter fraud probe," NorthwestOhio.com, Mar. 24, 2012.
**Link**: http://www.northwestohio.com/news/story.aspx?id=734222.

**Jurisdiction**: Pennsylvania
**Date**: June 2012
**Type**: perjury, false swearing in official matters and unlawful voting – voted four times in one township when she lived in another
**Disposition**: Charged
**Source**: Pocono Record, June 11, 2012 "DA charges ex-Middle Smithfield golf director Pugh with voter fraud"
**Link**: http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20120611/NEWS/120619972/-1/NEWS01.

**Jurisdiction**: Texas
**Date**: July 2012
**Type**: Dead voters casting votes in May primary
**Disposition**: Alleged
**Source**: Julie Silva, "Allegations of voter fraud in Jim Wells, Brooks counties," Caller.com, July 6, 2012.
**Link**: http://www.caller.com/news/2012/jul/06/allegations-voter-fraud-jim-wells-brooks-counties/.

**Non-Citizen Voting**

**Jurisdiction**: Florida
**Date**: June 2012
**Type**: Noncitizen voting
**Disposition**: Under investigation
**Source**: Marc Caputo, "County elections chiefs to state: We won't resume voter purge program," Miami Herald, June 8, 2012.
Read more here: http://www.miamiherald.com/2012/06/07/v-fullstory/2838176/county-elections-chiefs-to-state.html#story**Link**=cpy
**Link**: http://www.miamiherald.com/2012/06/07/v-fullstory/2838176/county-elections-chiefs-to-state.html#story**Link**=cpy.

**Jurisdiction**: Florida
**Date**: Feb. 2012
**Type**: Noncitizens Voting
**Disposition**: Under Investigation
**Source**: Andy Pierrotti, "Illegal voting story sparks criminal investigation," WZVN-HD, Feb. 17, 2012.
**Link**: http://www.abc-7.com/story/16961885/nbc2-investigation-sparks-criminal-investigation.

**Jurisdiction**: Maine
**Date**: Jan. 2012
**Type**: Noncitizens Registered and Voting
**Disposition**: Alleged
**Source**: Eric Russell, "Secretary of State says noncitizens may have voted in Maine, urges election reform," Bangor Daily News, Jan. 20, 2012.
**Link**: http://bangordailynews.com/2012/01/20/politics/secretary-of-state-says-non-citizens-may-have-voted-in-maine-urges-election-reform/.

**Jurisdiction**: North Carolina
**Date**: March 2012
**Type**: Illegal Voting – Noncitizen
**Disposition**: Charged
**Source**: Jim McNally, "Laghari: Voter Fraud Charges Have Been Upsetting," Statesville Record & Landmark, March 8, 2012.
**Link**: http://www2.statesville.com/news/2012/mar/08/3/laghari-voter-fraud-charges-have-been-upsetting-ar-2020206/.

27

**<u>Government Report</u>**

**Carter-Baker Commission Report, 2005—**Bipartisan Commission on Federal Election Reform headed by former president Jimmy Carter and former secretary of State James Baker recommended stronger photo-identification requirements at the polls.
**Link:** http://www1.american.edu/ia/cfer/report/full_report.pdf.