# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General,<br><br>        *Defendants*,<br><br>and,<br><br>JAMES DUBOSE, *et al*.,<br><br>        *Defendant-*<br>        *Intervenors*. | Case No. 1:12-cv-203 (CKK, BMK, JDB) |

## DEFENDANT-INTERVENORS' MOTION TO EXCLUDE THE TESTIMONY AND REPORT OF DR. SCOTT BUCHANAN

Defendant-Intervenors concur with the arguments and authorities contained in Defendants' September 7, 2012, Motion To Exclude the Testimony and Report of Dr. Scott Buchanan (Dkt. No. 270). For the reasons set forth therein, Defendant-Intervenors request that this Court exclude the testimony and report of Dr. Buchanan.

Dated: September 7, 2012

    Respectfully submitted,

/s/Garrard R. Beeney_____

| | |
|---|---|
| Arthur B. Spitzer (DC Bar No. 235960)<br>AMERICAN CIVIL LIBERTIES UNION OF<br>THE NATION'S CAPITAL<br>4301 Connecticut Avenue, NW, Suite 434<br>Washington, DC 20008<br>(202) 457-0800<br>(202) 457-0805 (fax)<br>artspitzer@gmail.com | Jon M. Greenbaum (D.C. Bar No. 489887)<br>Mark A. Posner (D.C. Bar No. 457833)<br>Robert A. Kengle<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1401 New York Ave. NW<br>Ste. 400<br>Washington, DC 20005<br>Tel: (202) 662-8389<br>Fax: (202) 628-2858<br>mposner@lawyerscommittee.org |
| Laughlin McDonald<br>Nancy Abudu<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION, INC.<br>230 Peachtree Street, N.W., Suite 1440<br>Atlanta, GA 30303-1227<br>(404) 523-2721<br>(404) 653-0331 (fax) | Michael A. Cooper *(pro hac vice)*<br>Garrard R. Beeney *(pro hac vice)*<br>Peter A. Steciuk *(pro hac vice)*<br>Taly Dvorkis *(pro hac vice)*<br>Theodore A.B. McCombs *(pro hac vice)*<br>Sean A. Camoni *(pro hac vice)* |
| Susan Dunn<br>AMERICAN CIVIL LIBERTIES UNION OF<br>SOUTH CAROLINA<br>P.O. Box 20998<br>Charleston, SC 29413<br>sdunn@aclusouthcarolina.org | SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel: (212) 558-4000<br>Fax: (212) 291-9007<br>beeneyg@sullcrom.com |
| J. Gerald Hebert (D.C. Bar No. 447676)<br>THE CAMPAIGN LEGAL CENTER<br>215 E. Street, NE<br>Washington, D.C. 20002<br>ghebert@campaignlegalcenter.org | Wendy R. Weiser *(pro hac vice)*<br>Keesha M. Gaskins *(pro hac vice)*<br>Mimi Marziani *(pro hac vice)*<br>Elisabeth Genn *(pro hac vice)*<br>THE BRENNAN CENTER FOR JUSTICE<br>AT NYU SCHOOL OF LAW |
| *Attorneys for Defendant-Intervenors James Dubose,* et al. | 161 Avenue of the Americas, Floor 12<br>New York, NY 10013-1205<br>Tel: (646) 292-8310<br>Fax: (212) 463-7308<br>keesha.gaskins@nyu.edu |
| Debo P. Adegbile (D.C. Bar No. NY0143)<br>Elise C. Boddie<br>Ryan P. Haygood (D.C. Bar No. NY0141)<br>Dale E. Ho (D.C. Bar No. NY0142)<br>Natasha M. Korgaonkar<br>Leah C. Aden<br>NAACP LEGAL DEFENSE & | Armand Derfner (D.C. Bar No. 177204)<br>DERFNER, ALTMAN & WILBORN<br>575 King Street, Suite B<br>P.O. Box 600 |

EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, NY 10013
(212) 965-2200
rhaygood@naacpldf.org
laden@naacpldf.org

Douglas H. Flaum
Michael B. de Leeuw
Adam M. Harris
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

Victor L. Goode
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF
COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215

*Counsel for Defendant-Intervenors South Carolina State Conference of the NAACP,* et al.

Charleston, SC 29402
Tel:  (843) 723-9804
Fax:  (843) 723-7446
aderfner@dawlegal.com

*Counsel for Defendant-Intervenors the League of Women Voters of South Carolina,* et al.

**CERTIFICATE OF SERVICE**

I certify that on September 7, 2012, I filed the foregoing Motion To Exclude the Testimony and Report of Dr. Scott Buchanan through the Court's electronic filing system and thereby effected service on counsel of record.

/s/ Theodore A.B. McCombs
Theodore A.B. McCombs