**South Carolina v. United States, No. 12-CV-203 (CKK-BMK-JDB)**
**Third U.S. Supplement to the Joint Appendix**

| Tab No. | USJA Bates Start | USJA Bates End | Original Bates Start | Original Bates End | Title | Description | Date |
|---|---|---|---|---|---|---|---|
| 285 | JA-US 003552 | JA-US 003598 | SC_00163912 | SC_00163958 | Transcript | Conference Committee Hearing | 6/3/2010 |
| 286 | JA-US 003685 | JA-US 003686 | | | US Demonstrative 179 | Comparison of GA Voter ID Statute and SC Voter ID Bill; **NOTE:** this exhibit is missing two check marks next to "DMV ID w/photo", per the 8/30/12 Tr. at 6:17-23 (Dellheim) | 8/29/2012; 8/30/2012 |
| 287 | JA-US 003687 | JA-US 003687 | | | US Demonstrative 184 | Stewart: Demonstrative Maps and Aids (Summary of Conclusions) | 8/31/2012 |
| 288 | JA-US 003688 | JA-US 003690 | | | US Demonstrative 185 | Turnout results in 2004 and 2008 GA elections | 8/29/2012 |