IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>    *Plaintiff,*<br>v.<br><br>UNITED STATES OF AMERICA, and ERIC HIMPTON HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    *Defendants,*<br><br>    and<br><br>JAMES DUBOSE, *et al.,*<br><br>    *Defendant-Intervenors.* | Civil Action No.<br><br>1:12-CV-203-CKK-BMK-JDB<br>(Three Judge Court) |

## NOTICE OF FILING OF UNITED STATES' FINAL EXHIBIT LIST

Pursuant to this Court's August 28, 2012 Order (ECF No. 251), and its September 10, 2012 Minute Order, Defendants, United States of America and Eric H. Holder, Jr. (collectively, "the United States"), hereby give notice of the electronic filing of the United States' final exhibit list, containing the exhibits cited in either the United States' Proposed Findings of Fact and Conclusions of Law (ECF No. 273) or the United States' Opposition to South Carolina's Proposed Findings of Fact and Conclusions of Law (ECF No. 281).

Dated: September 18, 2012

                                              Respectfully submitted,

RONALD C. MACHEN, JR.            THOMAS E. PEREZ
United States Attorney                Assistant Attorney General
District of Columbia                  Civil Rights Division

                                              */s/ Erin M. Velandy*
                                              T. CHRISTIAN HERREN, JR.
RICHARD DELLHEIM
BRADLEY E. HEARD
(D.C. Bar No. 458309)
CATHERINE MEZA
JARED M. SLADE
ANNA M. BALDWIN
(D.C. Bar No. 998713)
ERIN M. VELANDY
Attorneys, Voting Section
Civil Rights Division

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 305-4196
Facsimile:   (202) 307-3961

*Attorneys for Defendants*
*United States of America and*
*Eric H. Holder, Jr.*