South Carolina v. United States, No. 12-CV-203 (CKK-BMK-JDB)
United States' Trial Exhibit Index:
Exhibits Cited in the United States' FoF/CoL and the United States' Opposition to South Carolina's FoF/CoL

| Tab No. | US Ex. No. | Ex. Cross-References DI Ex. No. | Ex. Cross-References SC Ex. No. | JA Bates Numbers Start | JA Bates Numbers End | Original Bates Numbers Start | Original Bates Numbers End | Document Information Title | Document Information Description | Date | FoF/CoL Page Reference US FoF/CoL | FoF/CoL Page Reference Opp'n to SC FoF/CoL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 001 | 392 | 3 | JA_000001 | JA_000003 | SC_00078671 | SC_00078673 | H. 3003: Bill History | Bill History | 2011-2012 | 33 | |
| 2 | 002 | 121 | 3 | JA_000004 | JA_000017 | SC_00088580 | SC_00088593 | H. 3003: Bill Text | Draft introduced | 12/7/2010 | | 13 |
| 3 | 010 | 151 | 3 | JA_000055 | JA_000093 | SC_00086269 | Excerpt | H. 3003: House Journal | Member(s) request name added as sponsor: Brady, Herbkersman, Nanney, Brannon, Whitmire; amended; read second time | 1/26/2011 | 32 | |
| 4 | 011 | 152 | 3 | JA_000094 | JA_000109 | SC_00088435 | SC_00088450 | H. 3003: Bill Text | Amended | 1/26/2011 | | 14 |
| 5 | 018 | 172 | 3 | JA_000189 | JA_000193 | SC_00087548 | Excerpt | H. 3003: Senate Journal | Special order | 2/10/2011 | 33 | |
| 6 | 025 | 190 | 3 | JA_000270 | JA_000298 | SC_00087761 | Excerpt | H. 3003: Senate Journal | Read third time and returned to House with amendments | 2/24/2011 | 27 | 1 |
| 7 | 039 | 215 | 3 | JA_000391 | JA_000397 | SC_00087083 | Excerpt | H. 3003: Senate Journal | Non-concurrence in House amendment | 4/13/2011 | 34 | |
| 8 | 043 | 234 | 3 | JA_000417 | JA_000450 | SC_00087885 | Excerpt | H. 3003: Senate Journal | Conference report received and adopted; ordered enrolled for ratification | 5/11/2011 | 30 | |
| 9 | 044 | 235 | 3 | JA_000451 | JA_000460 | SC_00088570 | SC_00088579 | H. 3003: Bill Text | Conference Committee Report Adopted- Not Printed | 5/11/2011 | | 14 |
| 10 | 049 | 394 | 2 | JA_000488 | JA_000489 | SC_00088645 | SC_00088646 | H. 3418: Bill History | Bill History | 2009-2010 | 33 | 7 |
| 11 | 059 | 20 | 2 | JA_000514 | JA_000593 | SC_00088959 | Excerpt | H. 3418: House Journal | Member(s) request name added as sponsor: Bingham, Umphlett, Sandifer, Edge; amended; read second time; motion to reconsider tabled | 2/26/2009 | 31 | |
| 12 | 063 | 39 | 2 | JA_000607 | JA_000608 | SC_00091440 | Excerpt | H. 3418: Senate Journal | Committee report: Majority favorable with amendments, minority unfavorable Judiciary | 5/14/2009 | | 10 |
| 13 | 065 | 41 | 2 | JA_000627 | JA_000644 | SC_00092748 | SC_00092765 | H. 3418: Bill Text | Committee Report (SEC) | 5/15/2009 | | 10 |
| 14 | 067 | 51 | 2 | JA_000649 | JA_000652 | SC_00091660 | Excerpt | H. 3418: Senate Journal | Special order | 1/26/2010 | 33 | |
| 15 | 068 | 53 | 2 | JA_000653 | JA_000660 | SC_00091678 | Excerpt | H. 3418: Senate Journal | Debate interrupted | 1/27/2010 | | 10 |
| 16 | 069 | 55 | 2 | JA_000661 | JA_000679 | SC_00091710 | Excerpt | H. 3418: Senate Journal | Amended; read second time | 1/28/2010 | 34 | 11 |
| 17 | 094 | 86 | 2 | JA_000915 | JA_000929 | SC_00092715 | SC_00092729 | H. 3418: Bill Text | Amended; not printed in the House | 5/5/2010 | | 12 |
| 18 | 102 | 395 | 5 | JA_001026 | JA_001026 | Retreived online | | S. 334: Bill History | Bill History | 2009-2010 | | 7 |

South Carolina v. United States, No. 12-CV-203 (CKK-BMK-JDB)
United States' Trial Exhibit Index:
Exhibits Cited in the United States' FoF/CoL and the United States' Opposition to South Carolina's FoF/CoL

| Tab No. | US Ex. No. | Ex. Cross-References DI Ex. No. | Ex. Cross-References SC Ex. No. | JA Bates Numbers Start | JA Bates Numbers End | Original Bates Numbers Start | Original Bates Numbers End | Document Information Title | Document Information Description | Date | FoF/CoL Page Reference US FoF/CoL | FoF/CoL Page Reference Opp'n to SC FoF/CoL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 105 | 369 | 55 | JA_001207 | JA_001305 | | | Expert Report Initial | Declaration of Charles Stewart, III, Ph.D. | 6/26/2012 | 8, 9, 10 | 29, 30 |
| 20 | 106 | 382 | 56 | JA_001306 | JA_001377 | | | Expert Report Rebuttal | Rebuttal Declaration of Charles Stewart, III, Ph.D. | 8/6/2012 | 8, 9, 11, 13 | 28, 29, 30, 31, 32, 34, 43, 44 |
| 21 | 107 | 396 | | JA_001378 | JA_001379 | SC_00059801 | SC_00059802 | Letter | Shwedo to Smith | No date | | 31, 33 |
| 22 | 108 | 363 | 57 | JA_001380 | JA_001453 | | | Expert Report Initial | Declaration of Theodore S. Arrington, Ph.D. | 6/18/2012 | 17, 18, 22, 24, 27, 28, 35 | |
| 23 | 116 | 376 | 59 | JA_001488 | JA_001517 | | | Expert Report Supplemental | Supplemental Declaration of Theodore S. Arrington, Ph.D. | 7/28/2012 | 33 | 12, 13, 14 |
| 24 | 117 | 383 | 60 | JA_001518 | JA_001536 | | | Expert Report Rebuttal | Rebuttal Declaration of Theodore S. Arrington, Ph.D. | 8/6/2012 | 10, 11 | |
| 25 | 120 | 98 | | JA_001691 | JA_001692 | SC_00000609 | SC_00000610 | Email | Clemmons to Siegling | 5/20/2010 | 34 | |
| 26 | 121 | 116 | | JA_001693 | JA_001693 | SC_00000637 | SC_00000637 | Email | Clemmons to Whetsell | 6/22/2010 | 27 | 8 |
| 27 | 143 | 32 | 19 | JA_001953 | JA_002080 | SC_00160840 | SC_00160967 | Transcript | Senate Judiciary Sub-Committee | 4/16/2009 | 29 | |
| 28 | 149 | 54 | 8 | JA_002536 | JA_003031 | SC_00161042 | SC_00161537 | Transcript | Senate Session | 1/27/2010 | | 10, 15 |
| 29 | 160 | 108 | 14 | JA_004070 | JA_004417 | SC_00161804 | SC_00162151 | Transcript | Senate Floor Session | 6/15/2010 | | 12 |
| 30 | 167 | 153 | 29 | JA_005202 | JA_005419 | SC1:3233330.1 | SC1:3233330.1 | Transcript | House Legislative Hearings: Special Public Service; South Carolina Voting Rights (900001; 2608) | 1/26/2011; 4/6/2011 | 30 | 2, 7 |
| 31 | 192 | 522 | | JA-US 000355 | JA-US 000385 | | | Interrogatories | SC Response to US Interrogatories | 5/16/2012 | 5, 26, 30 | |
| 32 | 196 | 523 | | JA-US 000426 | JA-US 000439 | | | RFAs | SC Response to US RFAs | 7/31/2012 | 7, 18, 29, 32 | |
| 33 | 199 | | | JA-US 000188 | JA-US 000250 | | | RFAs | USA First RFAs to SC (Ex B): Notary Public Reference Manual | 7/24/2010 | 18, 19, 20 | |
| 34 | 200 | 502 | | JA-US 002612 | JA-US 002616 | SC_00068165 | SC_00068169 | Email | Anderson to ALLSENATE | 1/25/2010 | 29 | |
| 35 | 201 | 48 | 125 | JA-US 002607 | JA-US 002611 | SC_00068146 | SC_00068150 | Email | Anderson to ALLSENATE | 1/22/2010 | 29 | |
| 36 | 208 | | | JA-US 002621 | JA-US 002626 | SC_00068188 | SC_00068193 | Email | Andino to Clemmons, Sellers, Horne, Nanney, and Allen | 1/26/2010 | 29 | |
| 37 | 212 | | | JA-US 001992 | JA-US 001992 | SC_00001245 | SC_00001245 | Email | Clemmons and Koziol | 1/17/2012 | 33 | 2 |
| 38 | 246 | | | JA-US 003109 | JA-US 003114 | USA_00000173 | USA_00000178 | Email | Smith to DOJ | 8/16/2011 | 6, 7, 16 | |
| 39 | 275 | | | JA-US 002588 | JA-US 002588 | SC_00064326 | SC_00064326 | Letter | Andino to Shwedo | 12/20/2011 | | 33 |
| 40 | 309 | | | JA-US 003275 | JA-US 003278 | USA_00020804 | USA_00020807 | Preclearance Determination Letter | Lubbock County Water Control and Improvement District | 3/19/1991 | 23 | |
| 41 | 310 | | | JA-US 003279 | JA-US 003281 | USA_00020808 | USA_00020810 | Preclearance Determination Letter | Jefferson County | 4/18/1994 | 24 | |

**South Carolina v. United States, No. 12-CV-203 (CKK-BMK-JDB)**
**United States' Trial Exhibit Index:**
**Exhibits Cited in the United States' FoF/CoL and the United States' Opposition to South Carolina's FoF/CoL**

| Tab No. | US Ex. No. | Ex. Cross-References DI Ex. No. | Ex. Cross-References SC Ex. No. | JA Bates Numbers Start | JA Bates Numbers End | Original Bates Numbers Start | Original Bates Numbers End | Document Information Title | Document Information Description | Date | US FoF/CoL | Opp'n to SC FoF/CoL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 311 | | | JA-US 003282 | JA-US 003283 | USA_00020811 | USA_00020812 | Preclearance Determination Letter | North Harris Montgomery Community College District | 5/5/2006 | 24 | |
| 43 | 312 | | | JA-US 003284 | JA-US 003286 | USA_00020813 | USA_00020815 | Preclearance Determination Letter | Perry County | 9/25/1981 | 23, 38 | |
| 44 | 313 | | | JA-US 003287 | JA-US 003289 | USA_00020816 | USA_00020818 | Preclearance Determination Letter | Pike County | 6/28/1999 | 24 | |
| 45 | 314 | | | JA-US 003290 | JA-US 003291 | USA_00020819 | USA_00020820 | Preclearance Determination Letter | Quitman County | 9/28/1987 | 24 | |
| 46 | 315 | | | JA-US 003292 | JA-US 003294 | USA_00020821 | USA_00020823 | Preclearance Determination Letter | Simpson County | 10/5/1990 | 24 | |
| 47 | 316 | | | JA-US 003295 | JA-US 003297 | USA_00020824 | USA_00020826 | Preclearance Determination Letter | St. Landry Parish | 10/21/1997 | 24 | |
| 48 | 320 | | | JA-US 000776 | JA-US 000783 | | | Web Printout | SC Annual Budget, Fiscal Year 2012 (H. 3700, 119th Leg.) | 2012 | 25 | |
| 49 | 353 | 505 | 99 | JA-US 003423 | JA-US 003426 | SC_00164943 | SC_00164946 | Training Material | SC Election Commmission Reasonable Impediment/ Religious Objection Procedures | Produced 8/14/2012 | 5, 16, 21 | |
| 50 | 354 | 506 | 100 | JA-US 003427 | JA-US 003429 | SC_00164947 | SC_00164949 | Mailer | SC Election Commmission Voter Mailer | Produced 8/14/2012 | | 25, 26 |
| 51 | | 417 | | JA–DI 003868 | JA–DI 003868 | | | Demonstrative Exhibit | Map of South Carolina Counties with non-Hispanic Black Percentage of Voting Age Population showing location of DMV and Voter Registration Offices | Introduced 8/27/2012 | 22 | |
| 52 | | 418 | | JA-DI 03866 | JA-DI 03866 | | | Demonstrative Exhibit | Map of South Carolina Counties showing Public Transportation fixed regular routes and non-Hispanic Black Percentage of Voting Age Population | Introduced 8/27/2012 | 23 | |
| 53 | | 429 | 47 | JA-SC 0188 | JA-SC 0300 | SC_00164690 | SC_00164802 | Carter-Baker Report | Building Confidence in U.S. Elections, Report of the Commission on Federal Election Reform | 9/2005 | | 4, 5 |

**South Carolina v. United States, No. 12-CV-203 (CKK-BMK-JDB)**
**United States' Trial Exhibit Index:**
**Exhibits Cited in the United States' FoF/CoL and the United States' Opposition to South Carolina's FoF/CoL**

| Tab No. | US Ex. No. | Ex. Cross-References | | JA Bates Numbers | | Original Bates Numbers | | Document Information | | | FoF/CoL Page Reference | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | DI Ex. No. | SC Ex. No. | Start | End | Start | End | Title | Description | Date | US FoF/CoL | Opp'n to SC FoF/CoL |
| 54 | | | 137 | JA-SC 1200 | JA-SC 1200 | | | Article | Alvarez, et al., Voter Opinions about Election Reform: Do They Support Making Voting More Convenient?, Election Law Journal, Vol. 10, No. 2 (2011) | 2011 | | 7 |
| 55 | | | 138 | | | | | Demonstrative Exhibit | Voter Identification Timeline | Introduced 8/27/2012 | | 3 |