IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF SOUTH CAROLINA,

        Plaintiffs,

      vs.

UNITED STATES OF AMERICA, ET AL.,

        Defendants.

_____

CA No. 12-203
Washington, DC
August 27, 2012
9:00 a.m.

DAY 1 — AM SESSION

Page 1 thru 140


TRANSCRIPT OF TRIAL
BEFORE
DISTRICT JUDGE COLLEEN KOLLAR-KOTELLY
CIRCUIT JUDGE BRETT M. KAVANAUGH
DISTRICT JUDGE JOHN D. BATES


APPEARANCES:

For the Plaintiffs:       H. CHRISTOPHER BARTOLOMUCCI, ESQ
                            BRIAN J. FIELD, ESQUIRE
                            MICHAEL McGINLEY, ESQUIRE
                            STEPHEN POTENZA, ESQUIRE
                            Bancroft, PLLC
                            1919 M Street, NW
                            Suite 470
                            Washington, DC  20036
                            (202) 416-0257

                            H. CHRISTOPHER COATES, ESQUIRE
                            934 Compass Point
                            Charleston, SC  29412
                            (843) 609 7080

ALSO PRESENT:              ALAN M. WILSON
                             Attorney General South Carolina
                            BRYAN STIRLING
                             Deputy Attorney General
                             South Carolina
                            KARL S. BOWERS, ESQUIRE

For the Defendants:                BRADLEY E. HEARD, ESQUIRE
                                   RICHARD ALAN DELLHEIM, ESQUIRE
                                   BRYAN L. SELLS, ESQUIRE
                                   ANNA M. BALDWIN, ESQUIRE
                                   CATHERINE MEZA, ESQUIRE
                                   ERIN MARIE VELANDY, ESQUIRE
                                   DANIEL J. FREEMAN, ESQUIRE
                                   ANGELA MILLER, ESQUIRE
                                   U.S. Department of Justice
                                   Civil Rights Division
                                   Voting Section
                                   950 Pennsylvania Avenue, NW
                                   Washington, DC  20530
                                   (202) 353-8743


For Defendant Intervenors:         GARRARD R. BEENEY, ESQUIRE
                                   MICHAEL COOPER, ESQUIRE
                                   THEODORE A.B. McCOMBS, ESQUIRE
                                   TALY DVORKIS, ESQUIRE
                                   SEAN A. CAMONI, ESQUIRE
                                   ALICIA AMDUR, ESQUIRE
                                   Sullivan & Cromwell, LLP
                                   125 Broad Street
                                   New York, NY  10004
                                   (212) 558-1863

                                   NANCY ABUDU, ESQUIRE
                                   American Civil Liberties Union
                                     Foundation, Inc.
                                   230 Peachtree Street, NW
                                   Suite 1440
                                   Atlanta, GA  30303
                                   (404) 523 2721

                                   SUSAN K. DUNN, ESQUIRE
                                   American Civil Liberties Union
                                    Foundation of South Carolina
                                   40 Calhoun Street
                                   Suite 210
                                   Charleston, SC  29401
                                   (843) 720-1428

ARTHUR B. SPITZER, ESQUIRE
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, NW
Suite 434
Washington, DC  20008
(202) 457-0800 x113

J. GERALD HEBERT, ESQUIRE
The Campaign Legal Center
215 E Street, NE
Washington, DC  20002
(202) 736-2200

MIMI MARZIANI, ESQUIRE
Brennan Center for Justice
161 Avenue of the Americas
12th Floor
New York, NY  10013
(646) 292-8327

MARK A. POSNER, ESQUIRE
Lawyers' Committee for Civil
  Rights
1401 New York Avenue, NW
Suite 400
Washington, DC  20005
(202) 662-8389

Court Reporter:                Lisa M. Foradori, RPR
                               Official Court Reporter
                               U.S. Courthouse, Room 6706
                               333 Constitution Avenue, NW
                               Washington, DC  20001
                               (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

INDEX TO WITNESSES

|                                         | Page |
| --------------------------------------- | ---- |
| Opening Statement by Mr. Bartolomucci   | 8    |
| Opening Statement by Mr. Heard          | 20   |
| Opening Statement by Mr. Beeney         | 23   |

For the Plaintiffs:

|                               | Page |
| ----------------------------- | ---- |
| Examination by Mr. Coates     | 27   |
| Examination by Ms. Baldwin    | 107  |

```
1                      P R O C E E D I N G S
2            HON. COLLEEN KOLLAR-KOTELLY:  Good morning,
3    everyone.  Before we start I just wanted to hit a couple of
4    housekeeping things.  We're going to be calling the case, and
5    I'd ask if lead counsel could identify themselves, and then if
6    you'd identify those counsel at the table, particularly those
7    that are going to be actually addressing the Court with
8    witnesses, et cetera.  And then I would ask that when those
9    counsel come forward, if you would again identify yourself
10   so -- there is quite a number of you -- to make sure that we
11   know for the record who's speaking, as well as the Court.
12           I just wanted to let you know and remind you that
13   in terms of the testimony and the exhibits, we've accepted it
14   at this point subject to your objections, so you do not need
15   as part of the trial proceedings to object again.  We've
16   incorporated it as part of the trial record, so you don't need
17   to object as part of the proceedings in order to preserve any
18   of those objections.
19           And the last thing is we did get your revised joint
20   submission, which has the now consecutive listing on the
21   exhibits.  I would make sure that you use those numbers for
22   the exhibits.  We want to make sure that the exhibit numbers
23   match up between the trial testimony and exhibits, eventually
24   your joint appendices and supplemental appendices as well as
25   the objections which we have, so that we have the same numbers
```

1  that we're dealing with and we know which exhibits they are.

2        So with that, let's call the case and proceed.

3        COURTROOM DEPUTY:  Civil case 12-203, State of

4  South Carolina versus the United States of America, et al.

5  Counsel, would you please come forward and identify yourself

6  for the record.

7        MR. BARTOLOMUCCI:  H. Christopher Bartolomucci for

8  plaintiff, the State of South Carolina.  If I may introduce

9  first two attorneys who we do not anticipate will have a

10  speaking role.  The first is Alan Wilson, the Attorney General

11  of South Carolina.

12        HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

13        MR. WILSON:  Good morning.

14        MR. BARTOLOMUCCI:  And Bryan Stirling, the Deputy

15  Attorney General of South Carolina.

16        HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

17        MR. BARTOLOMUCCI:  Counsel who will be

18  participating in a speaking role in the trial include Stephen

19  Potenza, Christopher Coates.

20        HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

21        MR. BARTOLOMUCCI:  Brian Field, Karl Bowers.

22        MR. BOWERS:  Good morning.

23        MR. BARTOLOMUCCI:  And Michael McGinley.

24        HON. COLLEEN KOLLAR-KOTELLY:  All right.  Thank

25  you.  And for the Department of Justice.

1          MR. HEARD:  Good morning, Your Honor.  This is

2   Bradley Heard for the United States and Attorney General

3   Holder.

4          HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

5          MR. HEARD:  With me at counsel table are Richard

6   Dellheim.

7          MR. DELLHEIM:  Good morning.

8          HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

9          MR. HEARD:  Anna Baldwin.

10          MS. BALDWIN:  Good morning.

11          MR. HEARD:  Catherine Meza.

12          MS. MEZA:  Good morning.

13          HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

14          MR. HEARD:  All of those will have speaking roles

15   at some point during the trial.  And also Bryan Sells.

16          HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

17          MR. BEENEY:  Good morning, Your Honor.  This is

18   Garrard Beeney and I have the honor to speak on behalf of

19   intervenors.  With me at counsel table are Sean Camoni,

20   Michael Cooper, Taly Dvorkis, Alicia Amdur, and on our first

21   row there, Ted McCombs and Peter -- Peter, what's your last

22   name?

23          MR. STECIUK:  Steciuk.

24          MR. BEENEY:  Steciuk.

25          HON. COLLEEN KOLLAR-KOTELLY:  All right.

1           MR. BEENEY:  Also handling a witness will be Nancy

2   Abudu.

3           MS. ABUDU:  Good morning, Your Honor.

4           MR. BEENEY:  Thank you, Your Honor.

5           HON. COLLEEN KOLLAR-KOTELLY:  Good morning.

6           MR. HEARD:  Your Honor, I did neglect Erin Velandy,

7   she will also be speaking.

8           HON. COLLEEN KOLLAR-KOTELLY:  All right.  Good

9   morning.  We're ready to proceed.  I didn't know whether South

10  Carolina was going to do a short summary or not or move to

11  witnesses.

12          MR. BARTOLOMUCCI:  May it please the Court.  Chris

13  Bartolomucci for plaintiff, the state of South Carolina.  The

14  facts in this case, including the testimony you will hear this

15  week, will show that South Carolina's voter ID law was enacted

16  for important and legitimate purposes.  The voter ID law,

17  known as Act R54, was enacted by South Carolina to help

18  prevent election fraud and to enhance public confidence in the

19  integrity of the electoral process.  These are the intended

20  effects of the law.  The facts and expert testimony will also

21  show that the law will not have any forbidden effect.

22          No one disputes that a state must have a system for

23  identifying eligible registered voters who present themselves

24  to vote.  That is just common sense.  Current South Carolina

25  law requires a voter to show one of three forms of ID when

1   voting in person:  Driver's license, a DMV-issued photo ID

2   card, or a voter registration card.  If precleared, Act R54

3   will permit a voter to show one of five forms of photo ID on

4   election day:  Driver's license, a photo ID card issued by the

5   DMV, which is free, a passport, a U.S. military ID, or a photo

6   voter registration card.  That is a new kind of voter

7   registration card that has a photograph of the voter.  If R54

8   is precleared, anyone who is registered to vote or who

9   registers to vote will be able to receive a photo voter card

10  at no cost.

11          Now, the vast majority of South Carolinians will

12  have no trouble at all presenting photo ID because they

13  already have it.  In 2012, possession of photo ID is the norm

14  in America and in South Carolina.  But the South Carolina

15  legislature recognized that there are some voters who do not

16  currently have a voter ID, and so Act R54 includes four

17  provisions to mitigate any potential burden that might be

18  experienced by such voters.

19          The four mitigating provisions are:  One,

20  aggressive voter education; two, free photo IDs; three,

21  provisional ballots; and four, reasonable impediment and

22  religious objection affidavits.  As to voter education, the

23  law requires the State Election Commission to embark on an

24  aggressive voter education campaign upon preclearance.  The

25  executive director of the election commission, Ms. Marci

1   Andino, will testify about that program.  The election

2   commission will mail written notice about the law to every

3   registered voter who lacks a driver's license or a DMV ID

4   card, and they will be told how they can get a photo ID.  And

5   you will hear from the legislators who put this education

6   requirement in the bill.

7          The second burden mitigation provision in the law

8   is free photo IDs.  Photo IDs are already available at every

9   DMV office free of charge to persons age 17 and over.  That

10  part of R54 is already precleared and in effect now.  And

11  photo voter registration cards will be available at no charge

12  at every county election office after preclearance.

13         Third, provisional ballots.  On election day, if

14  you forget your ID, you can still vote; you can cast a

15  provisional ballot, which will count if you bring your photo

16  ID to the county election office before the election is

17  certified.  You can even cast a provisional ballot and then go

18  and get a photo ID that same day.  The election commission

19  will issue photo voter registration cards even on the day of

20  the election.

21         Fourth, religious objection and reasonable

22  impediment affidavits.  This is an important backstop in the

23  law.  If a voter has a religious objection to being

24  photographed or does not have a photo ID because a reasonable

25  impediment prevents her from obtaining such ID, she may

1  complete an affidavit citing the objection or impediment and

2  cast a provisional ballot which must be counted unless it is

3  false.

4         Your Honors, the testimony this week will confirm

5  that the purpose of Act R54 is the purpose stated in the law

6  itself, quote:  To confirm the person presenting himself to

7  vote is the elector on the poll list, end quote.

8         The testimony will also show that Act R54 was

9  enacted for a second purpose, to increase public confidence in

10  the electoral process.  When voters believe that elections are

11  tainted by fraud, they lose confidence and are less likely to

12  vote.  R54 was adopted to increase voter confidence and voter

13  participations.  To confirm these purposes, the state will

14  call to testify four members of the South Carolina General

15  Assembly:  Speaker of the House Bobby Harrell, Representative

16  Alan Clemmons, Senator Chip Campsen, and former Senator, now

17  Lieutenant Governor, Glenn McConnell.  All four were

18  instrumental in the passage of Act R54.

19         Now, election reform has been an area of

20  legislative interest ever since the 2000 presidential election

21  came down to a few votes in one state.  Following that

22  election, the bipartisan Carter-Baker Commission and others

23  made a number of recommendations for election reform,

24  including the adoption of photo ID requirements.  In the years

25  that followed, a number of states passed photo ID laws, and

1   today 18 states have passed such laws, although some of those

2   laws are not currently in effect, including South Carolina's.

3   These laws also pass legal hurdles.  The Justice Department

4   precleared voter ID laws in four states, including Georgia.

5   In April 2008, in the Crawford case, the Supreme Court upheld

6   Indiana's voter ID law against a constitutional challenge, and

7   in January of 2009, the Georgia law was upheld by the 11th

8   Circuit.

9            You can see on our demonstrative that the South

10   Carolina Voter ID Law, originally styled H.3418, this occurs

11   here shortly after the Crawford decision, and also very

12   shortly after the 11th Circuit's ruling in the Billups case.

13   And we've also noted on the demonstrative the 2000 election,

14   the Carter-Baker Commission report and other dates when voter

15   ID laws were adopted.

16            You will also hear testimony about the legislative

17   process that led to R54's enactment.  H.3418 was introduced on

18   February 3rd, 2009, shortly after Crawford and Billups.  Voter

19   ID legislation was considered by the general assembly for the

20   next two years in two legislative sessions.  The House and

21   Senate passed the legislation in May of 2011 and the governor

22   signed it that same month.

23            Now, some opponents of the law will testify that it

24   was a reaction to the large voter turnout in the 2008

25   presidential election.  But the testimony that we will present

1  and the timeline of events will refute that charge.

2          Testimony will also show that the General Assembly

3  took into account concerns raised by opponents of voter ID.

4  When the House first passed 3418 it did not include several of

5  the important burden mitigation provisions that Act R54 does

6  include.  3418 did not have photo voter registration cards,

7  reasonable impediment affidavits, religious objection

8  affidavits or a voter education requirement.  But then-Senator

9  McConnell convened a meeting on January 28, 2010, a meeting

10  that included both supporters and opponents of voter ID,

11  including Democratic Senators Malloy and Scott.  And an

12  important compromise was struck.  They agreed to an amendment

13  called amendment number 8 that added photo voter cards,

14  impediment affidavits and voter education.  This amendment

15  also included a 15-day early voting provision favored by

16  Democrats, but early voters would have to show photo ID.

17          Amendment 8 was co-sponsored by Senators Malloy and

18  Scott and many other Democrats, and it passed the Senate by a

19  vote of 36 to two.  That vote cut across political and racial

20  lines.  Twelve Democrats, six of them African American, voted

21  for Amendment 8, and every Senator opposed to R54 who will

22  testify in this courtroom actually voted in favor of

23  Amendment 8 and its photo ID requirement.  These facts we

24  submit confirm that R54 is proper and acceptable legislation.

25          Your Honor, you'll also hear testimony that after

1   the passage of Amendment 8 by the Senate, the House passed a

2   conference committee version containing voter ID, including

3   burden mitigation provisions.  It also had an early voting

4   provision.  Not only did that bill have a 10-day early voting

5   provision, but it had all the burden mitigation provisions of

6   R54, provisional ballots, impediment affidavits and aggressive

7   voter ed.  But Senate Democrats filibustered and killed that

8   bill.

9        In the next legislative session, R54 passed both

10  houses of the General Assembly.  R54 is essentially the same

11  as Amendment 8, only without the early voting provision and

12  without one extra category of IDs that Amendment 8 would have

13  allowed, government employee IDs issued by the federal

14  government, South Carolina, or a political subdivision of the

15  state.

16       The testimony will show that the House wanted to

17  pass voter ID as a standalone bill, without early voting, and

18  the Senate majority ultimately agreed.  But importantly, the

19  House accepted the burden mitigation provisions of

20  Amendment 8.  The plans for implementing R54 will be addressed

21  by two witnesses:  Ms. Andino, the director of the election

22  commission, and Ms. Bowers, who is one of the commissioners.

23  Ms. Andino will testify that the election commission is

24  prepared to implement R54 if it is precleared.  She will

25  testify that the commission is prepared to launch the

1  aggressive voter education campaign and provide notice to all

2  voters, to acquire and distribute to county offices the

3  equipment for photo voter cards, to operate a mobile unit to

4  provide photo voter cards at public events and in areas with

5  voters currently lacking photo ID, and to provide the

6  necessary guidance on R54 to the county offices to ensure that

7  all eligible voters can vote.  She will also testify that the

8  commission has the necessary funding to implement the law.

9        Commissioner Bowers for her part will confirm

10 that Ms. Andino's plans to implement R54 are indeed within her

11 authority as head of the commission, and that these plans will

12 be carried out.  Ms. Bowers will also draw on her years of

13 experience as executive director of two county election

14 offices.  She will testify that county officials are

15 accustomed to receiving guidance from the State Election

16 Commission and that the counties will follow the commission's

17 guidance.  Ms. Bowers will also testify to a report, indeed a

18 confession of voter impersonation made to her in her official

19 capacity.

20       Now, the effect of Act R54 will be the subject of

21 expert testimony.  The state will call Professor M.V. Hood of

22 the University of Georgia political science department.

23 Professor Hood will testify regarding the number and race of

24 registered voters in South Carolina who currently possess one

25 of the four already available forms of photo ID accepted under

1    the act.  The fifth form, photo voter cards, to be issued at

2    county offices, will be available after pre-clearance.

3    Professor Hood has examined the election commission's database

4    of registered voters and matched it against lists of persons

5    holding driver's licenses, DMV-issued ID cards, passports, and

6    military ID.  Professor Hood analyzes the actual voter roll as

7    of the date the data was provided.  He does not exclude

8    registered voters from his analysis or otherwise put a thumb

9    on the scale.  He examined the voter roll and asked which of

10   those voters currently have or do not have an R54 ID.

11          Now, there are about 2.8 million registered South

12   Carolina voters in the database that Professor Hood examined,

13   the database from the election commission.  He found that the

14   vast majority, some 95 percent already possess a driver's

15   license, a DMV ID, a passport or a military ID.  So even

16   today, before preclearance, some 95 percent of registered

17   voters already possess a photo ID they can vote with under

18   R54.  And that figure of course is pre-preclearance.  The

19   figure will certainly go up following preclearance.

20          Voters can already go to the DMV and get a free

21   photo ID card.  And after preclearance they can go to a county

22   election office and get a free photo voter registration card.

23   The data also show that voter ID affects minority voters and

24   white voters in nearly equal measure.  5.3 percent of

25   registered voters currently lack the already available forms

1  of ID accepted under R54.  The 5.3 percent represents about
2  149,000 voters.  Of those 149,000 who lack ID today, 57,000
3  are minority voters, 91,000 are white voters.  Thus, in
4  absolute numbers, the law affects many more white voters than
5  minority voters.  Broken down by race, 93 percent of minority
6  voters already have ID, compared to 95 percent of white
7  voters, for a difference of only 2 percent.  Again, that is
8  93 percent of minority voters, 95 percent white voters.

9         And importantly, these figures are before the law
10  is precleared and before the fifth form of R54 ID, the free
11  photo voter cards become available.  So these numbers are not
12  determinative of R54's actual effect following full
13  implementation.

14         Professor Hood will testify that the number of
15  voters who currently lack an R54 ID becomes even smaller when
16  one accounts for the fact that in South Carolina voters age 65
17  and up may vote absentee by mail without showing ID.  Of the
18  set of registered voters under the age of 65, only 3.57
19  percent lack an R54 ID.  So broken down by race, that's about
20  57,000 white voters and about 41,000 minority voters under age
21  65.  And in percentage terms, 97 percent of white voters under
22  65 already have an ID, and 95 percent of minority voters under
23  65 already have an ID, a difference of 2 percent.  In fact,
24  it's a little bit less than that, it's 1.97 percent.

25         Finally, Professor Hood will testify about

1    Georgia's voter ID law, which went into effect for the 2008

2    election.  He studied Georgia voters who lacked DMV ID before

3    Georgia's law.  He tracked voter turnout before and after the

4    implementation of voter ID.  He found that Georgia's voter ID

5    law seemed to have a slight depressive effect on overall

6    turnout, but racial and ethnic minorities in Georgia were not

7    disproportionately impacted by the law.  In fact, minority

8    voters turned out at a higher rate than whites following the

9    implementation of Georgia's law.

10           Those are the numbers.  Let's talk for a minute

11   about individuals.  A number of individual intervenors joined

12   this case based on their lawyers' claims that R54 would

13   prevent each of them from voting.  But the record shows that

14   every single individual intervenor in this case will be able

15   to vote under R54.  Take for example defendant-intervenor

16   Kenyda Bailey, a student at Benedict College in Columbia,

17   South Carolina.  Ms. Bailey has a driver's license.  It just

18   happens to be a Georgia driver's license.  She could get a

19   South Carolina driver's license, but she just doesn't want to

20   give up her Georgia license.  She's registered to vote in

21   South Carolina.  Until a few weeks ago she was registered to

22   vote in both South Carolina and Georgia.  She has a South

23   Carolina voter registration card.  So if R54 is precleared,

24   she can go to the Richland County voter registration office

25   and exchange that card for a photo voter card.  And that

1    county office is located across the street from Benedict

2    College.  She can get a photo ID after R54 is implemented

3    literally by walking across the street from her school.  Now,

4    Ms. Bailey gets counted among the 5 percent of minority voters

5    who lack South Carolina photo ID.  How many more Kenyda

6    Baileys are there in that 5 percent?

7                The two questions for this court are whether R54

8    has a discriminatory purpose and whether it will have a

9    discriminatory effect.  The facts will show that R54 has no

10   discriminatory purpose and no discriminatory effect, and does

11   not violate the Voting Rights Act.  There is no conflict

12   between the right to vote and R54.  On the contrary, R54 is

13   designed to detect and deter voter fraud, and doing that

14   safeguards the right to vote.  R54 was passed to ensure that

15   ballots cast by lawful voters are not nullified by fraudulent

16   ballots.

17               The bipartisan Carter-Baker Commission expressed

18   this point well when it wrote that, "In a democracy, it is

19   imperative that eligible voters have the opportunity to vote,

20   but only once."  R54 will not deter eligible, law abiding

21   voters from voting.  Instead, it will help deter illegal

22   votes, multiple votes, and tombstone votes.

23               Voting is a right, a precious right.  It's also a

24   responsibility.  South Carolina has the responsibility to

25   ensure that eligible registered voters have the opportunity to

1   vote.  The state also has the responsibility to ensure that

2   law abiding voters are not disadvantaged by those who would

3   cheat the system.  The state of South Carolina respectfully

4   asks this court to preclear Act R54 and allow its duly enacted

5   law to go into effect.  Thank you, Your Honor.

6              HON. COLLEEN KOLLAR-KOTELLY:  All right.  We had

7   not required that people do opening statements.  I wasn't sure

8   whether you wanted to do one or you wanted to reserve.

9   Mr. Heard.

10              MR. HEARD:  The United States has a brief opening.

11              HON. COLLEEN KOLLAR-KOTELLY:  All right.

12              MR. HEARD:  Again, good morning, Your Honors.

13   Bradley Heard again for the United States.  Your Honors, the

14   evidence in this case will establish that South Carolina

15   cannot meet its burden of demonstrating that Act R54's strict

16   photo voter identification requirement will not have a

17   retrogressive effect.  More than 170,000 registered voters in

18   South Carolina lack any of the required forms of photo ID

19   under Act R54, and a disproportionate number of those

20   individuals are members of racial minority groups.

21              The South Carolina State Election Commission

22   advised the General Assembly of that fact prior to the passage

23   of the bill in 2011.  The more comprehensive analysis of the

24   United States' expert, Dr. Charles Stewart, only confirms that

25   disparity.  And even South Carolina's expert, Dr. M.V. Hood,

agrees that a greater percentage of nonwhite registered voters in South Carolina lack the photo identification required by Act R54.  The evidence will also show that the burdens imposed by Act R54's photo identification requirement are material enough that they will likely cause some minority voters not to exercise the franchise.  Dr. Stewart and another United States expert, Dr. Ted Arrington, will testify that because minority voters in South Carolina are less likely to possess the same degree of socioeconomic resources and advantages as their white counterparts, such as income, educational and literacy levels, and access to transportation, that they will find it more difficult to acquire the necessary photo identification under Act R54.  Consequently, as the well established social science research confirms, those impacted minority voters will be less likely to participate in the political process.  And because South Carolina's expert failed to examine these demographic factors, the analyses of Drs. Stewart and Arrington are unrebutted in this regard.

The state cannot establish that any of the purportedly ameliorative provisions in Act R54, including voter education campaigns, the provision of nominally free photo IDs, and even the limited exemptions from Act R54's photo ID requirements, will effectively address the retrogressive impact of the law.  Indeed, the state's own expert, Dr. Hood, admits that any attempts at such analysis

1    are, quote, speculative in nature, closed quote.

2            Finally, the evidence will demonstrate that South

3    Carolina cannot meet its burden of showing that Act R54 was

4    not motivated even in part by a discriminatory purpose.  The

5    record will show that the legislature's purported reasons for

6    enacting R54, prevention of voter impersonation fraud and

7    enhancing electoral integrity, are unsupported by any factual

8    foundation and are likely pretexts to mask their actual

9    discriminatory motivation.

10           Even as they knew of the discriminatory effect of

11   the photo voter identification requirement that they sought to

12   impose, South Carolina's legislative majority fast-tracked

13   this legislation and employed rarely used procedural tactics

14   to squelch all efforts by African American legislators and

15   their allies to block or make improvements to this bill.

16           As a result of all of this evidence, South Carolina

17   will be unable to meet its burden under Section 5 of the

18   Voting Rights Act to establish that Act R54 was not enacted

19   with a discriminatory purpose and that it will not have a

20   discriminatory effect.  Accordingly, at the close of this

21   evidence and oral arguments, the United States will ask this

22   court to enter final judgment in its favor, denying South

23   Carolina's request for a declaratory judgment of preclearance

24   of Act R54.  Thank you, Your Honor.

25           HON. COLLEEN KOLLAR-KOTELLY:  Mr. Beeney, would you

1    want to be giving one to, or reserving?

2          MR. BEENEY:  Thank you, Your Honor.  We will

3    attempt to be equally as brief.  Your Honors, R54 is one of,

4    if not the most restrictive voter identification laws in the

5    country.  In fact, the state's expert was unable to identify a

6    single other voter ID law that was more restrictive than R54.

7          What the case is about is applying R54 to the

8    people who live in South Carolina under the standards that

9    this court recently articulated in the Florida against United

10   States decision.  R54 replaces a voter identification system

11   that has worked in South Carolina for more than a hundred

12   years.  There was no evidence in front of the General Assembly

13   and there will be no evidence in front of this court of a

14   single instance of successful voter impersonation fraud.

15         The reason for that is because voter impersonation

16   fraud under the current system is very difficult, if not

17   impossible to achieve.  There will be evidence of how the

18   current system indeed makes sure that the voter who shows up

19   at the polls is indeed the person who is shown on the voter

20   registration card that tens of thousands of minorities

21   currently use to vote in South Carolina.

22         In addition to the security, the benefits of voter

23   impersonation fraud are small, achieving a single vote, and

24   the risks are high, several years in prison and a significant

25   fine.  The state attempts to meet its burden with respect to

1    the effect prong of the Voting Rights Act based on the

2    assumption that it meets that burden by showing that it is not

3    impossible to obtain a photo ID.  But as this court showed and

4    demonstrated and ruled in Florida, that is not the test.  The

5    test is whether R54 will create material burdens that will

6    cause some reasonable minority voters to not exercise their

7    franchise.  And the evidence will show that that test is more

8    than met, even though it is the state's burden to prove the

9    contrary.

10          The fallacy behind the state's argument is that

11   many of the minorities impacted by R54 in South Carolina live

12   in the same world that we in this courtroom do.  They do not.

13   And as the evidence will show, minorities that are adversely

14   affected by R54 live in a world of lower levels of educational

15   attainment, lower per capita income, greater poverty, and not

16   least, a lack of access to public transportation that is

17   necessary to get the new forms of ID that this court just

18   heard about.

19          As to the second prong of the Section 5 analysis,

20   the state also cannot prove that R54 was not enacted with a

21   discriminatory purpose.  The facts regularly cited by the

22   state, for example, that the law was signed by a governor of

23   Indian descent or that African Americans of the General

24   Assembly voted in favor of a very different photo ID bill are

25   not evidence of lack of discriminatory purpose.  Indeed, when

1   it came time to voting on the very restrictive law that was

2   passed and is R54, every African American member of the

3   General Assembly voted against the law.  The House had

4   stripped from the law early voting, which would allow people

5   to make up for the fact that they didn't know about the law,

6   that they didn't have IDs.  The House also stripped from R54

7   several provisions that the House had in the bill that would

8   have allowed minorities to have photo IDs that they currently

9   possess.  And there was effort in the House to make this law

10  as restrictive as possible.

11         With respect to purpose, it bears noting, Your

12  Honor, that there will be evidence and there is agreement that

13  voting in South Carolina is racially polarized.  The voting

14  statistics are as stark as they are unassailable.  If one

15  impedes an African American from voting, the overwhelming

16  likelihood is that you have prevented a vote for a Democrat.

17  As one Republican member of the Senate put it, you just look

18  at the election results and the evidence is there.  There is

19  little dispute race and politics in South Carolina are

20  inextricably entwined.

21         Whether one or even the ultimate purpose of R54 is

22  partisanship, that purpose cannot be achieved by knowingly

23  disenfranchising minorities.  It is purposeful discrimination

24  and it is an unlawful purpose under the Voting Rights Act.

25  Any result to the contrary would eviscerate what Congress

1    intended in authorizing and reauthorizing the Voting Rights

2    Act.

3            Finally, Your Honors, as this court recognized in

4    the recent Florida decision, the central goal of the Voting

5    Rights Act is to provide meaningful protection for minority

6    voters.  At the end of the evidence, the intervenors will ask

7    the Court to carry out that very purpose by denying

8    preclearance to R54.  R54 is precisely the kind of change in

9    law that the Voting Rights Act was intended to prevent.

10            Thank you, Your Honors.

11            HON. COLLEEN KOLLAR-KOTELLY:  All right.  Mr.

12    Bartolomucci, you want to call your first witness?

13            MR. BARTOLOMUCCI:  Your Honors, at this time I

14    would ask the Court to enter an order for sequestration of

15    fact witnesses.  I believe that is without any opposition from

16    the defendants.

17            HON. COLLEEN KOLLAR-KOTELLY:  That's right.  I

18    would have thought they were gone already, but maybe not.

19            MR. BARTOLOMUCCI:  The state will call as its first

20    witness Senator Chip Campsen, who will be presented by

21    co-counsel Christopher Coates.

22    Thereupon,

23            GEORGE E. CAMPSEN, III,

24    the witness herein, having been first duly sworn, was examined

25    and testified as follows:

1        HON. COLLEEN KOLLAR-KOTELLY:  Senator, you can move

2   the chair up and down.  And make sure you speak into the

3   microphone so all of us can hear you.

4        THE WITNESS:  Yes, Your Honor.

5        MR. COATES:  May it please the Court, I'm Chris

6   Coates from Charleston, South Carolina, and I'm one of the

7   attorneys representing the state.

8                          EXAMINATION

9   BY MR. COATES:

10   Q.   Would you state your full name for the record, please,

11   sir?

12   A.   Yes.  My full name is George E. Campsen, III.  My

13   nickname is Chip.

14   Q.   And Senator Campsen, where do you reside?

15   A.   I reside on Isle of Palms in South Carolina.

16   Q.   And in which county is the Isle of Palms located?

17   A.   Charleston County.

18   Q.   What is your occupation or occupations?

19   A.   I am a attorney and a businessman.

20   Q.   And what type of business are you in?

21   A.   I own a passenger vessel business in Charleston and I

22   also am engaged in some real estate development.

23   Q.   Are you presently a member of the South Carolina

24   Senate?

25   A.   I am.

1    Q.    And when were you first elected to that body?

2    A.    In 2004.

3    Q.    And which Senatorial district do you represent?

4    A.    I represent District 43.

5    Q.    And what portions of the Low Country of South Carolina

6  does Senate District 43 include?

7    A.    It includes much of Charleston County and portions of

8  Berkeley County.  In Charleston County it includes the Isle of

9  Palms, Sullivan's Island, about half of Mount Pleasant,

10  downtown Charleston, about half of James Island, Folly Beach,

11  and then a large portion of North Charleston.

12    Q.    Approximately how many residents live in Senate

13  District 43 that you represent?

14    A.    Approximately 100,000.

15    Q.    Prior to being elected to the South Carolina Senate,

16  Senator Campsen, did you have an occasion to serve in the

17  General Assembly previously?

18    A.    I did.  I served in the House of Representatives for

19  six years.

20    Q.    And during what period of time did you serve in the

21  House?

22    A.    1996 to 2002.

23    Q.    And did you run for reelection in 2002?

24    A.    I did not.  I had made a term limit pledge when I first

25  ran for the House and did not seek reelection.

1    Q.    And then you ran for the Senate in 2004?

2    A.    That's correct.

3    Q.    Do you serve on the Senate Judiciary Committee?

4    A.    I do.

5    Q.    And how long have you served on that committee?

6    A.    Since I entered the Senate in 2004.

7    Q.    And was the Senate Judiciary Committee the full

8 committee that considered photo ID legislation during the

9 period from 2009 to 2011?

10    A.    It was.

11    Q.    And do you serve on other committees?

12    A.    I do.

13    Q.    Just briefly could you tell us which other committees

14 you're on?

15    A.    I serve on the Transportation Committee, the Fish, Game

16 and Forestry Committee, the Agriculture and Natural Resources

17 Committee, the Corrections and Penology Committee, and the

18 Invitations Committee.

19    Q.    Have you served on a subcommittee that considered photo

20 ID legislation during the period 2009 to 2011?

21    A.    I did.

22    Q.    And which committee is that, sir?

23    A.    The election laws subcommittee.

24    Q.    And have you served as chairman of that committee

25 during any period?

1    A.    I have.

2    Q.    And during what period of time have you served as

3    chairman of that committee?

4    A.    2009 to the present.

5    Q.    And did the election law committee consider photo

6    identification legislation during the period between 2009 to

7    2011?

8    A.    It did.

9    Q.    Are you familiar with Senate bill 334?

10   A.    I am.

11   Q.    And what part -- first let me ask you, what was Senate

12   Bill 334 and what year was it first introduced?

13   A.    That was introduced in 2009.

14   Q.    And were you the primary sponsor of that bill?

15   A.    I was.

16   Q.    And was that your first bill that you introduced

17   pertaining to photo identification legislation?

18   A.    It was.

19   Q.    And did you have an occasion to work on any drafts of

20   Senate Bill 334 after reading any Supreme Court, recent

21   Supreme Court cases?

22   A.    Yes, I had -- 334 had several technical corrections

23   that from -- let me correct something.  I misspoke.  I served

24   from prior to 2009, I was chairman of the election law

25   subcommittee.  It was either 2007 or '8.  I can't remember

1    when I became chair.

2    Q.    All right, sir.

3    A.    But in the process of serving as chairman prior to

4    2009, I had become aware of some technical changes that some

5    of the election officials had suggested and was putting that

6    together in a comprehensive bill that was 334.  And then in

7    April of 2008 when the Crawford v. Marion County decision was

8    handed down, I read that decision and was looking to

9    introduce -- add a voter ID provision and an early voting

10   provision to the 334.  Which I did, and was planning on

11   prefiling that actually in December of 2008.  We are in

12   session until the first week of June, and so when anything

13   happens -- a court decision is handed down in April, we don't

14   have time to put together legislation and get it passed.  It's

15   virtually impossible.

16          So I was looking toward prefiling, and then I

17   became aware that a decision out of Georgia from the 11th

18   Circuit was perhaps imminent, so we waited for that decision

19   to be handed down, which was in mid-January, I think, of 2009,

20   and then introduced 334, which had early voting, a voter ID

21   provision, and some of the other technical provisions that

22   election officials had brought to my attention during

23   previous -- in previous years.

24   Q.    In working on Senate Bill 334, did you have an occasion

25   to work with any staff that works for the Senate Judiciary

1  Committee?

2    A.   I did.

3    Q.   And who would that person or persons be?

4    A.   Heather Anderson.

5    Q.   And what position does Ms. Anderson hold?

6    A.   She's a staff attorney with the Senate Judiciary

7  Committee.

8    Q.   What instructions did you give Ms. Anderson concerning

9  the drafting of what became Senate Bill 334, and after your

10  reading of the Crawford decision and the Georgia decision that

11  you testified about?

12    A.   Well, to try to work -- look at those decisions, let's

13  try to work some elements into it from those decisions, try to

14  model them.  However, it's important to understand that a bill

15  when it's introduced is just the beginning, it's a starting

16  point.  Come January when the bill was introduced --

17    Q.   This would be January of 2009?

18    A.   January of 2009 it was introduced, and we knew we had

19  more work to do on it, but the session started.  I do have a

20  real job in the real word where I have to earn a living, and

21  we're not full-time law-makers.  And so we introduced a bill

22  that would ultimately be the basis of the voter ID, early

23  voting legislation that ultimately passed the Senate, with

24  some amendments through the subcommittee and committee

25  process.

1    Q.    You used the term "prefiling."  What does that

2    indicate?

3    A.    We don't convene until January each year, the second

4    week in January, and we have a prefiling period where you may

5    prefile bills in November and in December of the year before

6    the General Assembly convenes in January.

7    Q.    Okay.  And did you profile Senate Bill 334?

8    A.    No, I did not prefile it.  Again, I was planning on

9    prefiling it, but then I became aware of the Common Cause of

10   Georgia decision that was perhaps imminent.  The staff

11   informed me of that.  And so we wanted to wait for that

12   decision.

13   Q.    Okay.  In your judgment what purpose or purposes were

14   attempted to be served by Senate Bill 334?

15   A.    Well, there were several things that had to do with

16   voter ID.  One was establish an early voting period.  Another

17   was allowing poll managers to work less than a full day.  That

18   is one of the -- some of the feedback I had received from

19   election officials; it was difficult to get folks to work for

20   12 hours, but to get folks to work for six hours or eight

21   hours was easy.  So that was one of the changes.

22             Both the Democratic and the Republican party had

23   requested some system that would create parity with regards to

24   poll managers, and I embraced that idea and had that in 334,

25   and also had the voter ID provision in 334.

1     Q.    Specifically as to photo ID, in the bill that you

2     introduced in 2009, what in your judgment was the purpose or

3     the purposes underlying the photo ID provision in that bill?

4     A.    Well, the purpose was to implement a system that would

5     help deter voter fraud, number one.  And number two, I

6     embraced the holding in Crawford v. Marion County that a photo

7     ID requirement –– the state has a legitimate interest in

8     implementing a photo ID requirement in order to instill

9     confidence in the electoral process.  So it was a deterring or

10    deterrence, and also for that confidence.  And I had had

11    constituents and individuals express concern about the process

12    and the integrity of it over the course of recent years,

13    particularly since I had become chairman of the election laws

14    subcommittee.  And when I read Crawford, I saw that as an

15    opportunity to at least deal with one aspect of deterring

16    voter fraud and instilling confidence in the process.

17    Q.    What year did you graduate from law school?

18    A.    I graduated from law school in 1988.

19    Q.    And you had been a member of the bar from 1988 until

20    2008, some 20 years, when you had an occasion to read the

21    Crawford decision?

22    A.    Correct.

23    Q.    Did you take into account any nongovernment reports in

24    reaching your decisions concerning the provisions that you

25    placed in Senate Bill 334?

1    A.    Well, I had -- yeah, I had read some news accounts

2   about voter fraud and the lack of confidence, not just in

3   South Carolina but around the rest of the country.  I think I

4   read -- I recall -- I can't recall everything that I read.  I

5   have -- I work on -- I serve on five working committees and a

6   subcommittee chair of many committees.

7    Q.    Right.

8    A.    And again, I also work full time, but --

9    Q.    Let me ask you, Senator Campsen, specifically whether

10  or not you had an occasion to look at or take notice of some

11  of the findings in the Carter-Baker Commission report?

12   A.    Yes, I did review the findings.  I did not read the

13  entire report of the Carter-Baker Commission, that issued

14  their findings in 2005.  And their recommendation was that a

15  voter ID be required in U.S. elections.  And that was a

16  bipartisan commission chaired by former President Jimmy Carter

17  and former Secretary of State James Baker.

18   Q.    All right, sir.  You mentioned the -- you referred to

19  it as the Georgia decision by the 11th Circuit.  Are you

20  referring to the decision in the case of Billups versus Common

21  Cause --

22   A.    I am.

23   Q.    -- in the 11th Circuit?

24   A.    I am.

25   Q.    Did you have an occasion to read that case in

1    conjunction with your drafting of Senate Bill 334?

2    A.    I did.  I probably digested that case more fully after

3    the bill was introduced, but I read briefly the provisions,

4    reviewed the provisions of that order.

5    Q.    Now, as chairman of the election laws subcommittee in

6    the Georgia Senate, was it unusual in the period between 2009

7    and 2011 for you to be involved in legislation that pertained

8    to voting?

9    A.    In the South Carolina Senate?

10    Q.    Yes, sir.

11    A.    No, that was not unusual at all.

12    Q.    Have you ever done any work on, for example, the South

13    Carolina UOCAVA bill?

14    A.    Yes, I authored the UOCAVA bill and successfully

15    shepherded it through the General Assembly and it passed into

16    law.

17    Q.    What year was that enacted?

18    A.    That was 2011, I think it was.

19    Q.    And just briefly, what does the South Carolina UOCAVA

20    bill do?

21    A.    It provides for getting absentee ballots more quickly

22    to -- permits -- to overseas voters, to military voters, to

23    voters that are -- they don't have to be in the military,

24    voters who are overseas, permits a -- requires the absentee

25    ballots to go out sooner, earlier than under normal practice

 1   in South Carolina.  Trying to provide more opportunities or

 2   make sure that overseas voters have a sufficient and adequate

 3   opportunity to cast their votes.

 4       Q.   Did you work closely with one of the

 5   defendant-intervenors in this case on the UOCAVA bill?

 6       A.   Yes, as I recall, the League of Women Voters was very

 7   supportive of that, and also the Pew Foundation was very

 8   supportive.  Of course they are not an intervenor, but I

 9   worked closely with the Pew Foundation, and League of Women

10   Voters was supportive as I recall.

11       Q.   And have you had an occasion to work on any legislation

12   in the election laws subcommittee concerning the auditing of

13   election results in South Carolina?

14       A.   I did.  I authored a bill that would require audits of

15   elections prior to them being certified.  And I authored that

16   in response to a study by the South Carolina election

17   commission and an independent collateral study by the League

18   of Women Voters that had found problems with some of the

19   voting machines, some of the election results and their

20   reliability, and elections in fact were being certified prior

21   to an audit being done, and they uncovered, both of those

22   studies uncovered --

23       Q.   What is the --

24       A.   -- problems after certification, they audited after

25   certification.  So my bill would require an audit prior to

1    certification, and do a few other things.  But as I recall,

2    the League of Women Voters were very supportive of that.

3    Q.    I'm sorry.  I didn't mean to interrupt you.  Just what

4    is the present status of that?

5    A.    That bill has passed the Senate but it has not passed

6    the House.

7    Q.    Okay.  Have you been involved in any legislation that

8    would attempt to verify that persons are United States

9    citizens at the time that they register to vote in South

10   Carolina?

11   A.    I authored a bill and modeled that after a statute that

12   had been precleared, a Georgia statute that had been

13   precleared by the Justice Department.

14   Q.    In what year did you author that voting legislation?

15   A.    That was in 2012.

16   Q.    What is the status of that bill?

17   A.    That has passed the Judiciary Committee, to the Senate

18   calendar to the Senate floor, but did not pass the Senate.  We

19   will have a new General Assembly next year.  We have a

20   two-year General Assembly, and so anything that didn't pass

21   this year is dead.  It has to be reintroduced and go through

22   the whole subcommittee and committee process again.

23   Q.    All right, sir.  When you began working on the photo ID

24   legislation 2009, did you have an opinion concerning the level

25   of confidence that South Carolina voters had in our electoral

1  system?

2    A.  Well, I did.  As a law-maker people will share their

3  concerns with me.  That is part of my duty, to be responsive

4  to what my constituents have to say or what is on their mind.

5  So I had had several instances of individuals expressing

6  concern about that process, and their lack of confidence in

7  it.  And we had had, of course during this period there were a

8  lot of press reports about ACORN and that was all over the

9  news, and the news in the -- from the TV and on the printed

10  press, and had folks expressing concern about that.

11    Q.  When you say folks --

12    A.  Constituents.

13    Q.  -- who are you referring to?

14    A.  I'm talking constituents, voters.  And we had some

15  instances in South Carolina of election irregularities that

16  caused some concern or constituents who would express that

17  concern to me.

18    Q.  Let me ask you, did any elections occur during the

19  2009-2011 period that caused concerns about the public's

20  confidence in the South Carolina election system?

21    A.  Well, there was a --

22        MR. BEENEY:  Objection as to whether this witness

23  can speak about the public's level of confidence.  I think he

24  can certainly speak about his view of it, but not the public

25  level of confidence.

1          HON. COLLEEN KOLLAR-KOTELLY:  I would agree with

2     that in terms of his view --

3          MR. COATES:  I'll rephrase the question.

4          HON. COLLEEN KOLLAR-KOTELLY:  Go ahead.

5     BY MR. COATES:

6     Q.   Do you have a view of the public confidence that

7     persons in South Carolina have -- or let me strike and just

8     ask, go to the specific question.  Did any election occur in

9     the 2009-2011 period in which you saw person -- a person or

10    persons express low levels of confidence in our election

11    system in South Carolina?

12    A.   Well, there were some irregularities in the 2010

13    election that some constituents and even members of the public

14    who probably aren't my constituents still will relay their

15    concerns to me as a state Senator, had expressed some concern

16    about --

17    Q.   Any particular election in 2010 that you're referring

18    to?

19    A.   Well, probably the most prominent one was the -- in the

20    Democratic primary in 2010, and that was Alvin Greene versus

21    Vic Rawl in the Democratic primary.  Vic Rawl, I consider him

22    a good friend, he is a former member of the House of

23    Representatives -- I didn't serve with him then -- and a

24    former judge, former member of county council, and we share a

25    passion for hunting, and we always -- we've hunted together

1    some and converse about it when we are together.

2                But he was well qualified and considered to be

3    the shoe-in for that seat, but he was beat resoundedly by

4    Alvin Greene, who was an unknown essentially.  And really it's

5    Democrats who expressed lack of confidence in the outcome of

6    that primary.  I can recall David Gregory on NBC News asking

7    David Axelrod about that primary result and was it legitimate.

8    And Axelrod basically said it doesn't appear to be so to us.

9    Q.   Were there any high-ranking South Carolina officials

10   who expressed concern about the legitimacy of that outcome?

11   A.   Yeah.  Representative Jim Clyburn, he used the phrase

12   there was elephant dung all over that primary, as I recall.  I

13   don't know how he drew that conclusion, but nevertheless that

14   is an expression and statement that represents his lack of

15   confidence in that race.

16   Q.   When you speak of Representative Clyburn, you're --

17   A.   Congressman Clyburn.

18   Q.   -- speaking of James Clyburn?

19   A.   Congressman James Clyburn, yes, who was a House -- who

20   was the House majority whip.

21   Q.   Now let me ask you about some incidents --

22   A.   And there were others in 2010.  I mean, we had a race

23   in -- two instances in Dillon County where a lady went to vote

24   and was told that she had already voted, and was denied --

25   well, they let her vote a provisional ballot and then they

1   found out that someone had cast her vote for her previously.

2   Another lady --

3   Q.   Before you leave that, how did you learn that

4   information, the incident that arose in Dillon County?

5   A.   Well, I learned about that in the press, but then other

6   people read the press too and they -- members of the public

7   just expressed an outrage at that.  I found it so -- there's a

8   lot of folks follow those type of things.  They have concerns

9   about that.

10            And another account where a lady was promised --

11   was paid $230 and given a dress in order to cast an absentee

12   ballot in a certain way.  That happened in 2010.

13   Q.   In which county did that complaint arise?

14   A.   That was in Dillon County as well.

15   Q.   Did you have an occasion to take into consideration any

16   voting fraud incident that had arisen in Florence County

17   during the time that you were involved in the photo ID

18   litigation?

19   A.   I think that was in 2008, as I recall.  But there was

20   an incident in Florence County where an individual, a

21   Mr. Hines was caught having submitted approximately 1,400

22   fraudulent voter registration applications to the Florence

23   County election commission, and Mr. Hines was caught because

24   one of the names that he had placed on -- one of the names he

25   had placed on this new -- this application for a new voter

1    registration card was the mayor of Florence, the name of the

2    mayor of Florence.  And the election officials were pretty

3    confident that the mayor of Florence, the incumbent mayor of

4    Florence probably was registered to vote already.  That was a

5    red flag, and then they started investigating and there were

6    1,400 that were, approximately, that were fraudulent.

7    Q.    And you mentioned Mr. Hines.  Were you informed as to

8    whether or not he was prosecuted?

9    A.    I can't recall on that, but I know he worked for the

10   Progressive Network or was working on their behalf.  I'm not

11   sure about the prosecution.

12   Q.    How did you learn that he was associated with the South

13   Carolina Progressive Network?

14   A.    Press accounts is where I learned that.

15   Q.    And is that one of the organizations that is a

16   defendant-intervenor in this case?

17   A.    Yes.

18   Q.    Do you have an opinion as to whether an incident such

19   as occurred in Florence County in the 2004-2008 period has an

20   impact on the public's confidence in South Carolina in our

21   election systems?

22   A.    As far as I can perceive, it does, because again, I

23   would have -- individuals would read those accounts and they'd

24   call me because I'm a state Senator, and some call me just

25   because I chair the election laws committee who may not even

1   be a constituent, but they express concern about that.

2              And we had an instance in our own South Carolina

3   Senate, two of them.  1981, Senator Carmichael was indicted,

4   convicted and served -- sentenced to 18 months for -- and his

5   co-worker, for fraudulently -- for buying votes.  And we had,

6   in 2008 we had a mayor -- the mayor of Atlantic Beach in South

7   Carolina was removed from office by Governor Sanford, was

8   indicted and removed from office for buying three votes in an

9   election in which he lost by one vote.  So there is an

10  instance where it really came close to even making a

11  difference in the outcome of the election.

12              Probably the one closest to home, in 2004, the

13  year I was elected to the Senate, the class that I came into

14  the Senate in, one of my peers, currently an incumbent

15  Democratic Senator, a close friend, a very good Senator in my

16  opinion, he wouldn't be in the Senate now if it weren't for

17  the South Carolina Democratic party setting aside his

18  Democratic primary election in 2004 because of allegations,

19  and obviously they had a finding of voter fraud and

20  irregularity.  By a vote of 18 to 3, the South Carolina

21  Democratic party's executive committee set aside the results

22  of that Democratic primary in 2004, the year I was elected to

23  the Senate, and found -- and the incumbent Senator was Maggie

24  Glover, and Kent Williams, who's now the incumbent Senator --

25  Maggie Glover eventually lost -- alleged voter irregularities,

1   voter fraud, and so did a Tim Norwood, who was another --

2   there was a three-way primary.

3      Q.    Senator Campsen, let me ask you, after the Democratic

4   executive committee set aside Ms. Glover's Democratic primary

5   win, did Senator Glover appeal that ruling to the South

6   Carolina courts?

7      A.    Both state and federal courts.

8      Q.    What were the rulings of the state and federal courts

9   concerning whether or not Senator Glover was entitled to the

10  primary that she had won in that disputed election?

11     A.    She lost in both state and federal court.  And the

12  Democratic executive committee by a vote of 18 to 3 asked for

13  a new primary.  Governor Sanford granted that.  The governor

14  had to order it, it occurred, and Kent Williams was elected,

15  who's my peer in the Senate today and came into office with me

16  in 2004.  That's the way he became a state Senator.

17     Q.    During the time that you worked on the photo ID

18  legislation in the 2009-2011 period, were you aware of any

19  voter fraud problems that had arisen in McCormick County,

20  South Carolina?

21     A.    There had been a federal prosecution of a voter fraud

22  incident in McCormick in the mid-'90s, and an election

23  official was convicted and found guilty of absentee ballot

24  fraud.

25     Q.    Did anything of this nature occur in the city of

1   Eastover during 2010?

2   A.   In 2010 the mayor of Eastover was indicted and removed

3   from office for vote buying.

4   Q.   Is Eastover a municipality in Richland County?

5   A.   Eastover is a municipality in Richland County, South

6   Carolina.

7   Q.   During the time that you were working with the photo ID

8   legislation, did you know about any reports by the Charlotte

9   Observer concerning voter registration problems in North and

10  South Carolina that you took into account?

11  A.   Yes, I did.  The Charlotte Observer reported that they

12  had done, they had looked at the voter rolls in both North

13  Carolina and South Carolina and had found over 60,000 people

14  who apparently were registered in both states, and that some

15  had at least received absentee ballots from both states.  You

16  couldn't know whether they -- they couldn't discern whether

17  they had actually cast those absentee ballots.

18          But similarly, there was -- the Secretary of

19  State in Georgia had done a analysis after some complaints,

20  looked at Florida and Georgia and found 40-something-thousand

21  voters registered apparently in both Georgia and Florida.

22  Q.   Was the legislation that you worked on that was filed

23  in 2009, was that -- what type of voting fraud was it intended

24  to deter?

25  A.   It was intended to deter voter impersonation fraud.

1    Q.   And what other kinds?

2    A.   Every, any kind of fraud, because it would just have a

3    deterrent effect generally on voter fraud.  It would also

4    deter voter registration fraud.  For example, the 1,400

5    fraudulent voter registration forms, if that fraud is going to

6    be consummated, it must be consummated in a vote being cast,

7    and there are really three ways a vote can be cast:  By paper

8    absentee ballot, an in-person absentee vote, or an in-person

9    vote on election day.  And so this would stop two of those --

10   a voter ID provision would stop two of those three methods of

11   actually consummating that fraudulent scheme because that

12   fraudulent voter registration registrant, to consummate it, it

13   has to be voted in one of those three ways, and it would stop

14   two of them, or help stop two of them.

15   Q.   During the 2009-2011 period, did you receive -- or let

16   me state it this way.  Prior to or during the time that you

17   worked on photo ID legislation, did you receive any

18   information that indicated that any persons had been

19   prosecuted and convicted for impersonation fraud in South

20   Carolina?

21   A.   I did not, although I think you can't prosecute someone

22   if you don't have the devices or tools in place in order to

23   detect voter impersonation.  And I embrace and agree with the

24   holding of the 7th Circuit Court of Appeals in Crawford v.

25   Marion County.  They said that election officials cannot

1    uncover voter impersonation if they are denied the very tools

2    necessary to discover it.  That's simple logic.  That's true.

3    If you're denied the tools necessary to uncover voter

4    impersonation, it's not going to be uncovered.  That is not

5    just me speaking, that is the 7th Circuit Court of Appeals in

6    the Crawford v. Marion County decision that they handed down.

7    And I think they are correct.

8       Q.    Okay.  Let me ask you about some of the subcommittee

9    hearings that you held in the 2009-2011 period.  Do you

10   remember approximately how many subcommittee hearings that you

11   held with the election laws subcommittee on the subject of

12   photo identification, either specifically or approximately?

13      A.    I can't specifically.  It was a number, maybe eight, I

14   would guess.

15      Q.    And are subcommittee hearings of the election law

16   committee in South Carolina open to the public?

17      A.    They are.

18      Q.    Are they open to the press?

19      A.    They are.

20      Q.    Are the Senator judiciary committee's hearings that

21   were held on photo ID, were they open to the public?

22      A.    They are.

23      Q.    And were they open to the press?

24      A.    Yes.

25      Q.    And how does one get chosen or invited to provide

1    testimony or written statement to the public law subcommittee

2    in the South Carolina Senate?

3    A.    Well, they don't get invited, because then we'd be in

4    the process involved in selecting people.  But it's open to

5    the public, there is a public notice.

6    Q.    How is the public notice rendered?

7    A.    It's posted at the State House.  It's also posted on

8    the State House website.  If any individuals want to be made

9    aware of any developments or meetings on a particular bill or

10   subject matter, then they may -- they can notify staff of that

11   and they will be put on an e-mail list and staff will notify

12   them of hearings.

13   Q.    Do you know whether any organizations in South Carolina

14   were put on that list so that when you held your public law

15   subcommittee hearings on photo ID, that they would receive

16   automatically an e-mail telling them about the subcommittee

17   hearings?

18   A.    I don't know for sure but I suspect that the

19   intervenors were because they were at pretty much every -- I

20   think every subcommittee hearing.

21   Q.    Let me ask you about some of the people that may have

22   appeared before you and the subcommittee during the 2009-2011

23   period.  Do you remember three people whose last names were

24   Suber, Duffy and Dawson who were connected with the South

25   Carolina Republican party who testified on photo ID?

1    A.    Yes.

2    Q.    And do you remember a person by the name of Brett

3  Bursey, representing the South Carolina Progressive Network,

4  who testified?

5    A.    Yes.

6    Q.    Do you remember how many times Mr. Bursey appeared?

7    A.    Several, but I can't recall specifically.

8    Q.    Do you remember how many times Suber, Duffy and Dawson

9  appeared?

10   A.    I think once but I'm not sure.

11   Q.    Do you remember --

12   A.    I'm going by memory on this.

13   Q.    Just the best recollection that you have.  Do you

14  remember three persons by the name -- and I'm sorry, I don't

15  know their gender -- Fowler, Breslin and Temple from the

16  Democratic party in South Carolina appearing?

17   A.    Yes.

18   Q.    And do you remember whether they testified in favor or

19  opposed to photo ID?

20   A.    They were opposed.

21   Q.    Do you remember Mr. Bursey's position?

22   A.    As I -- well, he was opposed.

23   Q.    Do you remember a Dr. John Ruoff, R-U-O-F-F, appearing?

24   A.    Yes.

25   Q.    And do you remember his position on photo ID?

1     A.    He was opposed.

2     Q.    And do you remember Mrs. Daly, Mrs. Cato and Mrs.

3   Henderson from the League of Women Voters appearing before

4   your subcommittee?

5     A.    Yes.

6     Q.    And do you remember their positions?

7     A.    They were opposed to the voter ID provision.

8     Q.    Do you remember a Mr. Kringle from Common Cause

9   appearing?

10    A.    Yes.

11    Q.    Do you remember his position on photo ID?

12    A.    He was opposed.

13    Q.    Do you remember a Ms. Middleton from the American Civil

14   Liberties Union of South Carolina appearing?

15    A.    I do.

16    Q.    And do you remember Ms. Middleton's position?

17    A.    She was opposed.

18    Q.    Do you remember a Dr. Patricia Calkins, the chairman of

19   the Democratic party for York County, appearing?

20    A.    Yes.

21    Q.    And do you remember Dr. Calkins' position on photo ID?

22    A.    I believe she was opposed.

23    Q.    Did you also hear from the American Association of

24   Retired People and the Appleseed Legal Justice Center

25   concerning photo ID?

1    A.    Yes.

2    Q.    Do you remember those groups' positions?

3    A.    They were opposed.

4    Q.    Did you hear from the NAACP, either nationally or South

5    Carolina, concerning photo ID?

6    A.    I don't know that they testified at subcommittee, to be

7    honest.  I can't recall.  But I got the sense that they were

8    opposed.

9    Q.    Okay.  And did you hear from Ms. Andino, the Director

10   of the State Election Commission?

11   A.    Yes.

12   Q.    And did she take a position on photo ID?

13   A.    No.

14   Q.    Other organizations that you recall that appeared?

15   A.    I'll take that back.  She did take a position, but

16   her -- she took a position just to try to make it workable and

17   doable, something that they can administer.

18   Q.    But she didn't take a position as to whether or not

19   photo ID should be enacted?

20   A.    That is correct, she did not.

21   Q.    Do you remember any other organizations that appeared

22   before your subcommittee during the 2009-2011 period?

23   A.    I can't remember any more.

24   Q.    Let me ask you, Senator Campsen, was there anyone who

25   requested to appear before your subcommittee in the two and a

1    half years that photo ID was being considered who was denied

2    the opportunity to speak?

3      A.   No.

4      Q.   To file a written statement?

5      A.   No.

6      Q.   Was there a sign-in sheet used?

7      A.   We always use sign-in sheets for subcommittee hearings.

8      Q.   If a person gave you prior notice that they wanted to

9    be heard on photo ID, would their name appear on the sign-in

10   sheet?

11     A.   Yes, if they signed up and -- they would speak.

12     Q.   And if a person came to the subcommittee hearings and

13   had not given previous notice but requested to be heard on

14   that particular day, how was that matter disposed of?

15     A.   It's my practice to ask if anyone else wants to speak

16   who hasn't signed up.  And if they raise their hand and want

17   to speak, they can speak.

18     Q.   And was that practice used on every occasion that your

19   subcommittee was meeting concerning photo ID?

20     A.   As I recall, yes.

21     Q.   Now, during the subcommittee hearings, did you receive

22   any data or information that indicated the effect that might

23   occur if photo ID was enacted in South Carolina?

24     A.   Yes.

25     Q.   And could you tell us about that information and how

1   you received it?

2   A.   We received some information from the election

3   commission on the number --

4   Q.   That is the State Election Commission?

5   A.   State Election Commission, on the numbers of people who

6   don't have a South Carolina driver's license or South Carolina

7   ID card issued by the Department of Motor Vehicles.

8   Q.   So this just concentrated on documents issued by the

9   DMV?

10   A.   Right.  And they were more -- there were more IDs that

11   are permitted to be used under the photo ID legislation, but

12   we didn't have a military ID and a passport, but we didn't

13   have the information from those federal IDs, but we did have

14   it for the Department of Motor Vehicles.

15   Q.   Do you know how the State Election Commission had the

16   occasion to collect the data that was presented to your

17   subcommittee?

18   A.   The Senate asked her to do it.

19   Q.   Do you remember who in the Senate made that request?

20   A.   As I recall, it was the chairman of the judiciary and

21   president pro tem McConnell, I think.

22   Q.   Do you remember, either specifically or generally, the

23   nature of the data or information that was provided to your

24   subcommittee concerning how many registered -- how many

25   registered voters and how many nonwhite and white registered

1   voters possessed DMV-issued IDs?

2     A.   Yeah.  The result was between -- somewhere between 6

3   and 7 percent of registered voters did not have a DMV or -- a

4   DMV driver's license or ID card, and the percentage of those

5   that were nonwhite were, I think, of the total voters,

6   2-point-something percent were nonwhite, between 2 and 3, and

7   then around 4 percent were white of that total 6 to 7.

8     Q.   Okay.  And --

9     A.   That's what the election commission presented.

10    Q.   And do you remember either specifically or

11  approximately the date that the State Election Commission

12  presented this data to your subcommittee?

13    A.   That was, I think it was in early 2010, maybe January.

14    Q.   So in the session that was going on in 2010, y'all were

15  still working on the photo ID legislation and nothing had

16  passed so far?

17    A.   Correct.

18    Q.   What impact did the data presented by the State

19  Election Commission have upon you or other members of the

20  subcommittee?

21    A.   Well, actually I thought it was -- I was a little

22  surprised at how low the percentage was of those who didn't

23  have DMV-issued IDs, either a driver's license or ID.  I

24  thought that was good in that regard.  And then you look at

25  the breakdown between white and nonwhite, and it was not

1   exactly the racial breakdown in the state, but it was close.

2   And of course I wish it had been exactly the same, but the

3   numbers were -- they were not, but they were close.  It was --

4   if you do a further calculation, it's about 36 percent of the

5   nonwhite population doesn't have the DMV-issued ID.

6   Q.   What percent for the white population?

7   A.   64.

8   Q.   Okay.

9   A.   But yet the nonwhite population is, of course, if it's

10  nonwhite, it's not just African American, it's all Asians,

11  Hispanic, non- -- African American.  So 36 percent nonwhite

12  didn't have a DMV-issued ID, but yet they make up -- nonwhites

13  make up probably about 30 percent of the population of the

14  state.  So you had that difference, but it was -- it wasn't a

15  huge difference, but it was a difference.

16  Q.   Okay.  During the 2009-2011 period did you take any

17  action or advocate any positions that you believed would

18  mitigate any effect that the enforcement of a photo ID

19  requirement would have upon voters in South Carolina?

20  A.   Yeah, I put several --

21  Q.   Tell us what you did in that regard.

22  A.   I put several things in the bill to mitigate that.

23  Probably one of the most significant that none of the other

24  statutes that we had looked at and somewhat modeled this bill

25  after did not have, and that was the provision of the

1   reasonable impediment provision, where if someone has a

2   reasonable impediment that prevents them from obtaining an ID,

3   then they can still cast a vote.  We had a provision for that

4   without the ID.

5   Q.   Let me stop you right there and ask you a couple of

6   questions about reasonable impediment.  When you say that

7   other states didn't have it, did you -- were you looking at

8   Georgia and Indiana?

9   A.   Georgia and Indiana did not have it.  Actually, it

10  was -- actually, it was the Senate minority leader's, John

11  Land's suggestion as I recall, to me, and to Senator

12  McConnell, to put that in.  There was a lot of debate about

13  elderly people in South Carolina not having birth

14  certificates, and birth certificates are necessary to get a

15  driver's license or a DMV-issued ID.

16  Q.   Just generally, why would people not have birth

17  certificates?

18  A.   Well, if you were birthed by a midwife and not in a

19  hospital, which you take some folks that are in their 70s or

20  80s -- there's probably not any of that for the younger

21  generation, but older people in South Carolina, there are

22  rural areas, there may be more, there is more of that.  And so

23  there was a lot of discussion about that.  And we had made

24  several -- this was really the second attempt to address that.

25  The first was to provide an exemption for anyone over age 65,

1    and then there were some concerns about whether that

2    violated -- whether that was an equal protection violation,

3    making that kind of distinction where we would exempt people

4    over 65 from the photo ID requirement.  And so we removed that

5    and it was ultimately supplanted with a reasonable impediment.

6    Of course, a reasonable impediment is broader than simply

7    someone without a birth certificate.  And I think it's a good

8    provision to help mitigate and it's novel to our statute as

9    far as I can tell.  Certainly it wasn't in Georgia and

10   Indiana.

11            And another mitigating factor that we placed into

12   the bill was that you could have a voter registration card

13   issued with an ID in it.  And that was not in either the

14   Indiana or Georgia statute.  But we put a provision where,

15   again, when you registered to vote, if you don't have your

16   driver's license, you don't have a passport, a military ID,

17   you don't have a DMV-issued ID, you can get a voter

18   registration card with a photograph in it.  And the election

19   commission is going to permit you to exchange your voter

20   registration card without a photograph in it for one with a

21   photograph in it, if you choose to.

22   Q.    Let me ask you, whose idea was that --

23   A.    That was mine.

24   Q.    -- to have a voter registration card issued with a

25   photograph?

1    A.    That was my idea.

2    Q.    And by which office would that card be issued?

3    A.    It would be issued by the election commissions in the

4    various counties.

5    Q.    Where would the voter have to go to effectuate the

6    obtaining of a voter registration card with ID?

7    A.    Their voter registration office in their county.

8    Q.    Does each county of the 46 counties in South Carolina

9    have a election office that is called either election office

10   or registration and election office?

11   A.    They do, every county has one.

12   Q.    Okay.

13   A.    And then another mitigating factor was we modeled what

14   was in Georgia, the Georgia statute has a religious objection,

15   if a voter has a religious objection to being photographed,

16   and there's an exemption for that.  And if a voter simply

17   forgot their ID or in fact even didn't have an ID at the time

18   they go to vote, then they can cast a provisional ballot and

19   they bring an ID to the election commission before

20   certification, then the ballot would be counted.  That's

21   another provision.

22              MR. COATES:  Beg the Court's indulgence in terms of

23   the cough.

24              HON. COLLEEN KOLLAR-KOTELLY:  That's okay.

25

1  BY MR. COATES:

2   Q.   Let me ask you about the person -- you're talking now

3  about the category of people who would either have ID and

4  forget it and just not have it?

5   A.   That's correct.

6   Q.   So they are not going to be signing an affidavit for a

7  reasonable impediment exemption or religious objection

8  exemption?

9   A.   That's correct.

10   Q.   And you mentioned that they could then bring an ID card

11  to the county election office?

12   A.   That's correct.

13   Q.   And how long of a period of time is it after election

14  day that the certification period lasts?

15   A.   It's about a week.  It's either the Monday or

16  Tuesday -- no, excuse me, it's Friday after election day on

17  Tuesday, it's the Friday.

18   Q.   So two and a half to three days?

19   A.   Right.

20   Q.   Depending upon what time on Friday the certification

21  occurs?

22   A.   Correct.

23   Q.   And what about a person who comes to the poll and that

24  person doesn't say I left my card, that voter just says I

25  don't have a photo ID card, I didn't know that I was supposed

1    to have one or –– but does not claim a reasonable impediment

2    exemption or religious objection exemption, what does that

3    person do?

4      A.   That person could go to the election commission, turn

5    in their voter registration card and get one with a photograph

6    on it, and that would be the ID.

7      Q.   Could that ––

8      A.   There's no requirement in the bill that they possess

9    the ID at the time that they actually cast the vote in this

10   instance.  They could go to the DMV office and obtain an ID

11   during that three-day period as well.

12     Q.   All right, sir.  Did you place any educational program

13   requirements in the photo ID legislation?

14     A.   We did.

15     Q.   What was the purpose of placing an educational program

16   requirement in this legislation?

17     A.   Well, it was a mitigating factor, and it was also an

18   attempt to closely model what Georgia had done on the

19   mitigating factors that –– the 11th Circuit seemed to think

20   that was important.  And I got the idea from the reading of

21   that decision, and of course I embrace the idea.  I think it

22   is very important that people know that there's going to be a

23   change if you make one to the election laws, and have an

24   education outreach process.

25     Q.   Who will be in charge of that educational outreach?

1    A.    The election commission, State Election Commission.

2  And I've worked closely with Ms. Andino about drafting that

3  and making sure -- who is the Director of the State Election

4  Commission -- to make sure that that was doable and it could

5  be effective for its intended purpose, which is to educate the

6  voters.

7    Q.    Does the South Carolina photo ID law have any

8  provisions that provides for written contact to people who are

9  registered to vote but who the records of DMV show do not have

10  a DMV-issued ID?

11    A.    It does.  This is another thing that the -- it was

12  the -- at the suggestion of the Democratic caucus in the

13  Senate, and I embraced it immediately, and incorporated it

14  into the bill, that the list of registered voters who do not

15  have DMV IDs, driver's licenses or simple ID cards, would be

16  made public, so that there could be an outreach to those

17  voters, to help them secure ID cards.  And that's in the bill

18  originally upon the recommendation of the Senate minority

19  caucus, the Democratic caucus, and I concurred in their

20  opinion that that should happen.

21    Q.    Are there any provisions in the law that -- the photo

22  ID legislation that eventually was enacted, do any of those

23  provisions provide for written notice to voters who are

24  registered to vote but who do not, according to the records --

25    A.    Yes, there is a requirement that they be notified.

1    Q.    By how?

2    A.    By mail.

3    Q.    Who sends the mail out?

4    A.    The election commission would send that.

5    Q.    All right.  Any other mitigating provisions that you

6    can recall that were taken to --

7    A.    Well, I can say we did for a period, we had in a

8    conference report, we had a 65 or older provision where you

9    would exempt those 65 or over.  And we had some concern.  I

10   agreed to that because the Democratic caucus, the leader of

11   the Democratic caucus wanted it.  I had some reservations even

12   at that time about an equal protection issue, but they were

13   very adamant and so we put it in the bill.  Subsequently, the

14   House took a hard stand on not having it in the bill, and

15   based upon a -- they obtained a Attorney General's opinion

16   stating that it could have some equal protection problems.

17            So we took that out in conference committee and

18   we ended up supplanting that with a reasonable impediment,

19   which I think is a much better concept, because it doesn't

20   have an equal protection issue in my view, and it is very

21   broad.  That is a virtue, I think, its broadness, because

22   if -- we're law-makers but we're human and we have finite

23   minds, we are not omniscient, we can't know every fact and

24   circumstance that will come up, and the concept of a

25   reasonable impediment I think is -- its broadness is good

1   because if we were to try to list all these circumstances that

2   we think a reasonable impediment is, we would miss something,

3   we would make a mistake.  And administrators and ultimately

4   perhaps even the judiciary will end up giving interpretation

5   and applying the reasonable impediment principle to particular

6   cases of controversy, and that's kind of -- that was where the

7   legislative foresight ends and judicial and administrative

8   discretion or judicial scrutiny picks up, and apply that broad

9   principle in many ways.

10         The Attorney General issued an opinion that I

11  think is a very good opinion, given -- that a reasonable

12  impediment is something outside the control of the voter.

13  Q.   Okay.  Let me ask you about the 65 and over group of

14  voters.  Does South Carolina have an absentee ballot voting

15  statute?

16  A.   Yes, we do.

17  Q.   And does that statute provide that you can vote by

18  absentee ballot in person or at the election office, local

19  election office?

20  A.   You can vote by absentee ballot in person at the

21  election office on a machine, or you can vote by paper

22  absentee ballot that can be mailed in or delivered in person.

23  Q.   Does the law that was passed in 2011 that we're here

24  about here today, does that voter ID requirement apply to an

25  absentee ballot that would be voted by mail?

1    A.    It does not apply to a mailed-in absentee ballot.  It's

2  frankly an impossibility to apply it to that.

3    Q.    I'm sorry?

4    A.    It's impossible to apply it to that.  It doesn't apply

5  to that.  It does apply to an absentee vote cast in person on

6  a voting machine.

7    Q.    Right.  Now, let me --

8    A.    Absentee precincts open about 30 days before an

9  election, you can go vote on the machines, and it would apply

10  in that instance.

11    Q.    Let me ask you about the subject of photo student IDs.

12  I noticed in reading the Georgia law that student IDs are an

13  accepted form of ID in Georgia.  Let me ask you whether or not

14  student IDs are accepted in South Carolina?

15    A.    They are not.

16    Q.    And in your work on photo ID legislation in the

17  2009-2011 period, what was your position concerning whether or

18  not a student ID should be on the approved list of photo IDs

19  for voting purposes?

20    A.    I wasn't in favor of student IDs.

21    Q.    Could you tell us why not?

22    A.    Because student IDs are -- there had been many

23  accounts, several accounts of students kind of domicile

24  shopping, picking a domicile that may not really be their

25  domicile.  Under election law there is a requirement that you

1   vote where you are domiciled, where you live.

2   Q.   That's the law in South Carolina, the domicile

3   requirement?

4   A.   It is.   Now, we have a domicile provision in this, in

5   R54 that was precleared, so it is law in South Carolina now.

6   But prior to that, there was no objective criteria to evaluate

7   someone's statement with regards to domicile, and election

8   officials frankly expressed frustration to me over that.   They

9   basically said our hands are tied, the statute says we have to

10  take everyone's statement at face value.   Even though they

11  look like they live out of state and they have a driver's

12  license from out of state, they may pay taxes out of state,

13  they may pay out of state tuition at one of our in-state

14  colleges.   Everything about them looks like they are out of

15  state, but if they say they are in state, we can't stand in

16  judgment, we can't scrutinize that under the current law.   And

17  they expressed concern.

18  Q.   And you feel that you address that concern --

19  A.   I addressed that --

20  Q.   Hold on for just a second, please, sir.   And you

21  address that concern in Section 1 of R54?

22  A.   That's correct.

23  Q.   And that has been precleared, your understanding, by

24  the Attorney General of the United States?

25  A.   That's correct.

1    Q.    Okay.  Let's move on from that since that's not an

2    issue before this court, given the preclearance.  Were you

3    opposed to listing a student ID, a student photo ID as a

4    permissible form of ID in the section of R54 that specifies

5    what kind of IDs will be accepted at the polls?

6    A.    Yes, I was, because the dynamic I was talking about

7    happens probably more frequently with any other group of

8    people -- than any other group of people, with students,

9    because they live in one state, they grew up in one state,

10   they are going to school in another state.  And, for example,

11   in 2008 you had I think three students in Ohio that were

12   convicted of -- there is even a term for it, it's called

13   strategic voting, of voting strategically in a state that is a

14   battleground state.  They may not live in it but they claim

15   it, that they live there, and they are registered to vote.

16           And you had many press accounts about -- in

17   Virginia about the secretary of elections being instructed to

18   stop enforcing or educating people about domicile requirements

19   that they had in place, not statutorily but that were as a

20   matter of directive and policy in place, and stop issuing

21   those directives to students about be careful, if you choose

22   your domicile here but you live somewhere else, it may impact

23   your tuition situation.  And so there was a -- several press

24   accounts about that type of thing happening in Virginia in

25   2010, under Governor Kaine's administration.

1              We had a longstanding practice of communicating

2    to the voters that there are domicile criteria and this is

3    what you need to take into account when you choose your

4    domicile, but then a directive to stop doing that, don't issue

5    that, those directives about domicile criteria.

6              And so I had concerns about that type of

7    strategic voting.  I want people to vote but I want them to

8    vote where they live.  And when you have all these -- you have

9    Congressional districts, you have county council districts,

10   any office in which there is a district, whether you actually

11   live in that district or not is very important.  You ought to

12   not be able to vote if you don't live in that district because

13   you're not going to be represented by the person you're voting

14   for or against if you don't live in the district.  So there

15   were accounts of that and I had concern about that.

16   Q.   Had you received any complaints from any poll managers

17   or poll workers --

18   A.   I had.

19   Q.   -- in South Carolina concerning students voting in

20   South Carolina elections who they suspected were not permanent

21   resident domiciles in South Carolina?

22   A.   Yes, I had accounts of people who were poll watchers

23   doing that, people who look at election rolls, and I still

24   even just in the last few weeks, and see hundreds of students

25   registered at the same address, giving the same address.  Even

1   one address was a library, not even a dorm room.

2   Q.   Were any of those complaints --

3   A.   On their voter registration information.

4   Q.   Were any of those complaints concerning students at the

5   College of Charleston, located in Charleston County?

6   A.   Yes, there was.

7   Q.   And is the College of Charleston a predominantly black

8   or predominantly white institution?

9   A.   It's predominantly white, but it's in a predominantly

10  black area.

11  Q.   And were there other concerns that you had about the

12  reliability of student IDs that caused you not to want to put

13  them on the list of acceptable IDs for purposes of voting?

14  A.   There was concern because I guess they notoriously are

15  not reliable, when you have students who will modify them for

16  the purposes of being able to buy alcohol, for example, or

17  perhaps get into a amenity that a particular school may offer

18  when they may not even be a student.  But yes, I had those

19  kind of concerns as well.

20  Q.   And did you succeed in your opposition to the student

21  ID being placed on the photo identification legislation in

22  South Carolina?

23  A.   I did, and I also believe there are very, very few

24  students -- this is just intuition, I haven't looked at the

25  numbers.  But I suspect that there were very few college

1    students today who don't have a driver's license.

2    Q.   Is there anything that you know of in South Carolina

3    law that provides, as exists in some other states as I

4    understand it, a state law provision that says that a student

5    is legally entitled to vote in the location in which he or

6    she -- his or hers educational institution is located?

7    A.   I know of no law that permits that.

8    Q.   Okay.

9         HON. COLLEEN KOLLAR-KOTELLY:  Mr. Coates, we're at

10   the point of taking a break at this point.  Is this a good

11   point to stop?

12        MR. COATES:  Yes, ma'am.

13        HON. COLLEEN KOLLAR-KOTELLY:  Then let's take a

14   15-minute break, which would put us -- all the clocks are

15   different, but I have 10 to 11, so it's five after 11, and

16   figure out from your own clocks what that is.

17        COURTROOM DEPUTY:  All rise.  This court stands in

18   recess for 15 minutes.

19   BRIEF RECESS

20                         AFTER RECESS

21        HON. COLLEEN KOLLAR-KOTELLY:  Mr. Coates, you can

22   resume the direct of Senator Campsen.

23        MR. COATES:  Thank you, Your Honor.

24   BY MR. COATES:

25   Q.   Senator Campsen, let me ask you about early voting.

1    Just very quickly, what is the difference between early voting

2    and absentee voting in South Carolina?

3        A.    Well, absentee voting requires an excuse or a reason

4    why you're voting early.  South Carolina currently does not

5    have a early voting provision; all votes must be cast on

6    election day unless there is a reason to cast a vote, an

7    absentee ballot.  There are 17 different reasons, I think it

8    is in the code, that you must have one of those reasons, like

9    being out of town for work obligations, sick, someone in your

10   family is ill, those type of things.

11       Q.    And has South Carolina ever had early voting?

12       A.    No, it has always had absentee voting, but not --

13   no-excuse early voting it has not had.

14       Q.    Did you have a position on early voting during the

15   2009-2011 period when you were working on photo ID?

16       A.    Yes, I was supportive of early voting, creating an

17   early voting period.

18       Q.    Why were you supportive of early voting?  What reason

19   or reasons led you to believe that early voting would be a

20   good provision to enact?

21       A.    Early input from constituents and the public.  It's a

22   matter of convenience, it's something the public wants, and I

23   thought a -- of course, you need to pay some attention to the

24   amount of time you're going to early vote, it can't be too

25   long, but yes, I was in favor of it as a matter of

1    convenience.

2    Q.    And I noticed when you testified about the mitigating

3    factors that you had supported including in the photo ID bill,

4    factors that you thought would mitigate any adverse impact,

5    that you did not identify early voting as one of those

6    factors.  Why is that?

7    A.    Well, because I don't -- I don't think it's -- it would

8    mitigate any disparate impact, it would probably be

9    participation equally.  Primarily it's just a matter of

10   convenience, something the public wants.  Frankly, I've heard

11   more from Republicans, that they want early voting, is what

12   I've heard as far as constituent input.

13   Q.    What position did the House take -- well, first let me

14   ask you.  In 2010 did the House pass a bill numbered 3418 --

15   A.    Yes.

16   Q.    -- that pertained to photo ID legislation?

17   A.    That's correct.

18   Q.    And when -- did there come an occasion when that 3418

19   bill went over to the Senate?

20   A.    Yes.

21   Q.    And explain the process about why what you were doing

22   in the Senate in 2010 was referred to as 3418 as opposed to

23   Senate Bill 334?

24   A.    Well, it's not unusual to have bills addressing the

25   same subject matter working their way, originating in each

1    chamber and working their way through each chamber.  However,

2    once one of those bills passes out of its -- the chamber in

3    which it originated to the other chamber, that bill is much

4    further along in the legislative process procedurally.

5    Because for a bill to become law, it must pass the House and

6    the Senate in the same form and then be sent to the governor.

7            So it already cleared one procedural hurdle,

8    passing the House, so the House bill became the vehicle that

9    any Senate legislation would actually be attached to, and we

10   would simply amend the House bill to what the Senate desired

11   and use the House bill as a vehicle.  And so we dropped the

12   utilization of 334 as a vehicle, which was a Senate bill.

13   Q.   That is the explanation that, when you look at the

14   Senate journal, that the Senate will be talking about H bill

15   3418 in 2010?

16   A.   That's correct, because it passed out of the House

17   before our bill passed out of the Senate.

18   Q.   Now, what did 3418 provide for in 2010 concerning early

19   voting?  What did the House do on that particular subject?

20   A.   The House bill had a early voting period that began

21   five days before election day and actually had three days of

22   early voting in it.  It began five days before election day,

23   however.

24   Q.   Let me, just a clarification.  In the five-day period

25   before election, did that mean that on the Sunday and Monday

1    before election day, that you couldn't early vote?

2      A.   That's correct.  And that's something that the election

3    commission supports.  They need to update the voter rolls of

4    people who had voted early.  They need to update those,

5    because when election day comes around on that following

6    Tuesday, they have to -- there has to be a record that those

7    people had already voted either absentee or in the early

8    voting period.

9      Q.   That explains Monday.  Is there any history of

10   election -- voting activities, official voting activities

11   being conducted in South Carolina on the Sabbath?

12     A.   No.  We've never had Sunday voting.

13     Q.   So the House bill, if I understand you correctly, would

14   be the early voting would be the Saturday, the Friday, and the

15   Thursday prior to the election day the next Tuesday?

16     A.   Correct.

17     Q.   And that was one of the -- where was the Senate -- let

18   me ask you.  When you all went to conference committee, the

19   House and the Senate went to conference committee in 2010 on

20   House Bill 3418, where was the Senate provision concerning

21   early voting?

22     A.   The Senate had an early voting period that began 15

23   days prior to election day and actually had 12 days of actual

24   early voting in it.

25     Q.   Okay.

1    A.    So when we went to conference, they had a five-day

2    period, we had a 15-day period.  They had three days actual

3    voting, we had 12 days actual voting.

4    Q.    And on the conference committee in 2010, who were the

5    representatives from the Senate?

6    A.    It was myself, Senator Phil Shoopman, and Senator

7    Gerald Malloy.

8    Q.    And Mr. Senator Malloy is a Democrat of African

9    American ancestry, correct?

10   A.    Correct, yes.

11   Q.    And then were you the chair of the conference committee

12   in 2010?

13   A.    I was.

14   Q.    And Senator Shoopman is a Republican and a white

15   person?

16   A.    Correct.

17   Q.    Do you remember the members of that conference

18   committee from the House?

19   A.    Yes.  It was Alan Clemmons, Harry Cato and Harold

20   Mitchell.

21   Q.    And Representative Mitchell is a member of what party?

22   A.    Democrat.

23   Q.    And what is Mr. Mitchell's race?

24   A.    He is African American.

25   Q.    And Mr. Cato and yourself are Republicans?

1    A.    Right.

2    Q.    And Mr. Cato is white?

3    A.    Right.

4    Q.    What if anything was done at the conference committee

5    about the difference between the five days prior to election,

6    three days of early voting that was in the House bill, and 15

7    days prior to the election, 12 days of early voting that was

8    in the Senate bill?

9    A.    Well, I was able to, or I, we in the conference

10   committee, on the Senate conferees were able to persuade the

11   House conferees to accept an early voting period that began 10

12   days prior to election day and actually would have seven days

13   of actual voting.  So we had them to move from three days of

14   actual voting to seven, we got them to move that far, but we

15   could not get them to agree to our early voting period.

16   Q.    And did the Senate conferees agree to the 10-day

17   period, seven days of early voting?

18   A.    Two of the conferees did, yes.

19   Q.    Well, on the 10/7, on the 10/7 provision, how many

20   votes at conference committee was there for that compromise?

21   A.    For that, as I recall, it was -- as I recall, it was

22   two votes in the Senate and two votes in the House.

23   Q.    So it's four votes on the committee?

24   A.    Right, which is enough to -- enough to present a

25   conference report to the respective chambers for a vote.

1   Q.   Okay.  And who were the four members on the conference

2   committee in 2010 that voted for the 10-day period, seven days

3   of actual early voting?

4   A.   It was myself and Senator Shoopman and Representative

5   Clemmons and Representative Cato.

6   Q.   And Representative Mitchell and Malloy voted against

7   that compromise?

8   A.   That is my recollection.

9   Q.   And then when the -- I know that you're in the Senate,

10  but did you have an occasion to learn what the House did when

11  the, I'll call it the 10/7 early voting compromise, what the

12  House did when it went back to the House?

13  A.   The House adopted that conference report.

14  Q.   And what happened when the 10/7 compromise went to the

15  Senate in 2010?

16  A.   The Democrats filibustered the conference report in the

17  Senate.

18  Q.   And what effect did -- let me ask you, what options are

19  available in the South Carolina Senate when a person or

20  persons filibuster in the Senate?

21  A.   Well, they either sit down because they are physically,

22  emotionally and mentally worn out, or they can't speak any

23  longer, and then we can bring the matter to a vote, but as

24  long as they can keep talking, the only way you can bring the

25  issue to a vote is to invoke cloture.

1    Q.    How many votes do you have to have under the Senate

2    rules in South Carolina to invoke cloture against a

3    filibuster?

4    A.    You have to have 60 percent.

5    Q.    And in 2010 was cloture invoked against the filibuster?

6    A.    No.

7    Q.    And what was the result then -- did the people who were

8    participating in the filibuster, did they get tired and sit

9    down?

10   A.    No, they kept filibustering and we took some cloture

11   votes and failed to get the required 60 percent.

12   Q.    So the conference, what happened to the conference

13   report in light of the failure to get cloture and the

14   continuing filibuster?

15   A.    Well, that conference report was not adopted by the

16   Senate.

17   Q.    Okay.  Did you take any action after that to try to

18   move the photo ID legislation along?

19   A.    I did.

20   Q.    What did you do?

21   A.    We could not invoke cloture and we were getting near

22   the end of the session, and it was clear we weren't going to

23   invoke cloture, so I suggested that we take up, we draft

24   another conference report, which it was -- which was the

25   Senate version of the bill, and that we have our conferees

1    sign that Senate version of the bill and we deliver it to the

2    House for the House conferees' signature and then adoption of

3    the conference report.  So my suggestion was get our three

4    conferees to sign the Senate version of the bill, adopt that

5    in the Senate, send it over to the House to see if they would

6    accept that, because we had -- again, the House had a five-day

7    early voting period with three voting days, the Senate had a

8    15-day early voting period with 12 voting days.  And the

9    conference committee adopted a 10-day period with seven days

10   actual voting, and the Democrats wouldn't accept that, they

11   wanted the 15 days or nothing.  And we were at an impasse, and

12   so my suggestion was to sign a new conference report and send

13   it to the House and see if they'd take it.

14   Q.   In the new conference report that you signed, what did

15   the provision provide for concerning early voting?

16   A.   It was the Senate version, it was 15-day period, 12

17   days of actual voting.

18   Q.   And what did it provide for concerning the recognition

19   of government employee IDs?

20   A.   It had federal, state, county and municipal employee

21   IDs.  And passport and military ID, driver's license and

22   DMV-issued ID card as well.  Plus the photograph in the

23   registration card.

24   Q.   And then what type of vote was taken in the Senate on

25   taking the Senate version of 3418 and sending it back to the

1   House?

2      A.   Well, that conference report was adopted via a

3   unanimous consent motion that the president pro tem of the

4   Senate, Senator McConnell, made, which means there had been

5   agreement with the Democrat -- with the Democratic leadership

6   that we would do this.  They agreed to it.  Which is evidenced

7   by the fact that that unanimous consent request passed.  It

8   was a unanimous consent request to have the three conferees

9   sign the new conference report, adopt that new conference

10  report, and send it to the House.  The unanimous consent

11  request also contained some provisions regarding the sine die

12  resolution, which is a very important resolution that deals

13  with what we can take up in extended session.  And something

14  like that never happens without agreement, bipartisan

15  agreement.  And one objection from one Senator would have

16  stopped it.  And there was no objection, it did pass by

17  unanimous consent, and we sent that over to the House.

18     Q.   And what type of vote was taken on the version of the

19  bill that was being sent back to the House?

20     A.   In the Senate?

21     Q.   Yes.

22     A.   It was all part of that unanimous consent motion.

23     Q.   Okay.

24     A.   So the bill passed the Senate unanimously, is what it

25  did, or that conference report was adopted -- the proper way

1   to phrase it is the conference report was adopted unanimously

2   by the Senate through that unanimous consent request that the

3   leader of the Senate had made, and by agreement with the two

4   parties.

5   Q.    And when it got back over to the House --

6   A.    And if there had been disagreement between the two

7   parties, the unanimous consent would have failed, because one

8   person could stop it.

9   Q.    Okay.  So because there was unanimous consent, there

10  was no opposition expressed by any Senator, is your point?

11  A.    That's correct.

12  Q.    What happened to the version, that version when it got

13  back over to the House?

14  A.    The House did not adopt it.

15  Q.    And what importance do you attach, if any, to the fact

16  that the Senate version with the 15 days, 15-day period, 12

17  days of early voting, the acceptance of government employee

18  IDs, photo identification requirements was adopted by the

19  Senate by unanimous consent in the spring of 2010?

20  A.    Well, it means that everyone supported it, and that was

21  actually the last act that the Senate had to take for the bill

22  to become law.  There would be no other opportunity to revisit

23  that legislation.  If it totally lost, we would totally lose

24  control of it.  If the House signed that conference report, it

25  would go to the governor for her signature.  And so the last

1    opportunity to kill that bill, and it was a very easy

2    opportunity to kill it because it only would take one member

3    of the Senate to object and it would be dead.  But no one

4    objected.  It was the last opportunity to kill that bill, and

5    no one objected, in fact, everyone supported it.  And it was

6    the last act that the Senate needed to take for that bill to

7    become law.  They would never have another shot at it.

8      Q.   Okay.  Let me ask about, the language in the bill that

9    became R54 provides that documents, the driver's license --

10   for the driver's license to be accepted it has to be both

11   valid and current.  Why was that language in your opinion used

12   in the photo ID law in South Carolina?

13     A.   Well, it's really in there because there was an earlier

14   discussion, and actually provision -- it was in the bill at

15   one point to have a valid and unaltered driver's license would

16   be accepted.  And we subsequently rejected that, the House

17   didn't like it, we couldn't get the House to agree in

18   conference.  And I ultimately became convinced it was not good

19   public policy to have that "valid and unaltered" language.  So

20   we removed, we changed "unaltered" to "current," "valid and

21   current."

22     Q.   What was the purpose for wanting to require a current

23   driver's license if a voter chose to use that form of photo

24   ID, as opposed to just saying --

25     A.   Well, valid and unaltered, as we debated it and

1    discussed it, was an ID that was valid when it was issued and

2    it had not been altered.  But it could be expired and it could

3    have been expired by decades.  It could be decades old.  And

4    so we believe that people don't look the way they did 20 years

5    ago as normally the case.  Some people not even close.  So we

6    had already adopted a policy in South Carolina with our

7    driver's license that you have to have a new picture taken

8    every 10 years in order to make sure that you're easily and

9    properly identifiable.

10            And so that same principle or policy came into

11   play here, and we ended up rejecting the valid and unaltered.

12   Valid and unaltered was again trying to get -- we're not going

13   to have a doctored ID, we can't accept one that's been

14   altered, modified, and we went to valid and current, so that,

15   again, the same principle that applies to our driver's

16   licenses would apply to this.

17   Q.   You wanted a photo ID used that would accurately

18   reflect --

19   A.   Accurately reflect the way you looked.

20   Q.   Talking about the five and 10-year period, if you are

21   between the ages of 25 and 65, how often do you have to have

22   your picture made for the South Carolina driver's license?

23   A.   I actually authored that legislation.  It's 10 years.

24   Q.   And if you're over 65?

25   A.   It's five years.

1    Q.    And if you're between the ages of 16 and 25?

2    A.    It's five years.  So we had a well established policy

3    acknowledging that people change over time, their ID picture

4    needs to be updated.

5    Q.    How long has South Carolina been requiring that a

6    picture be on a South Carolina driver's license?

7    A.    I can't remember when there wasn't a picture.  It was

8    before my time for sure, if we ever had a driver's license

9    without a picture.

10   Q.    What year did you first get a driver's license?

11   A.    1975.

12   Q.    And so did you have an occasion to view your license at

13   the time you got it?

14   A.    Yes, I had a picture, and I don't look the same I did

15   in 1975 either, no.

16   Q.    Well, now, the voter registration card that will be

17   issued with the photo on it if this court preclears Act R54

18   does not have a current and valid requirement, correct?

19   A.    That's correct.

20   Q.    Why did in your opinion the legislature apply the valid

21   and current requirement to the South Carolina driver's license

22   but did not require it for the voter registration photo ID

23   card to be issued by the county election offices?

24   A.    Well, we didn't want to make someone come back and get

25   a new voter registration card, and it's something we can

1  change in the future.  Perhaps as a matter of policy we ought

2  to do that in the future, but that's something we could come

3  and change.  But it's mainly not making someone come back in

4  10 years and get another voter registration card.

5  Q.   At present are there a number of -- well, strike it.

6  I'll just move on.  I think you covered that.  Does Act R54,

7  the photo ID law, provide or require that the affidavit signed

8  by the voters who want to vote under the reasonable impediment

9  and religious objection exceptions, be -- do they require an

10 affidavit?  Does the law require an affidavit?

11 A.   It does require -- yeah, it requires an affidavit.

12 Q.   And under South Carolina law, does an affidavit have to

13 be notarized by a notary public?

14 A.   Yes.

15 Q.   And what were your intentions concerning the providing

16 of notaries at the polls if this law were to be precleared?

17 A.   Well, just to give some sense of gravity or certainty

18 to the statement that is being made.  These affidavits would

19 apply if someone is claiming a reasonable impediment or if

20 they are claiming a religious objection, and to provide some

21 gravity and certainty to the statements that they make.

22 Q.   What do you anticipate or who do you anticipate will be

23 in charge of making sure that notaries are provided at the

24 polls?

25 A.   That's the election commission.

1    Q.    The State Election Commission?

2    A.    Well, the county, each county would do that.  The state

3    would provide guidance, but the county election commission

4    implementing it.  Legislative delegations appoint, nominate

5    notaries, so that would be very easy to do en masse.

6    Q.    I note in the bill that eventually passed, there is no

7    provision, no specific provision in the bill for the providing

8    or the appointment of notaries at the polls.  Do you remember

9    that?

10   A.    Yes, I do, yes.

11   Q.    Why does that circumstance exist?

12   A.    Well, the election commission would take care of it.

13   And again, we appoint -- to become a notary in South Carolina

14   you simply have to have the approval of a county legislative

15   delegation.  That is all the Senators and House members

16   representing a particular county.  It's a ministerial function

17   that we perform, and we perform it en masse.  There is never

18   really any problem with anybody becoming a notary.  And that

19   is the way you become a notary.  But it's not in there because

20   the election commission would actually provide for them.  My

21   assumption is the poll managers would become notaries, if they

22   are not already.

23   Q.    Now, so your efforts in 2010 did not succeed.  Did you

24   stop there in your quest to enact a voter ID law in South

25   Carolina, or did you take actions in 2011?

1    A.   No, we took actions in 2011 as well.

2    Q.   What did you do in that year?

3    A.   Personally I introduced a bill that was very similar to

4    what the conference -- very similar to what the Senate had

5    passed previously, with even unanimously at one point, but

6    with slight modification.  Based upon the experience that I

7    had gleaned from the prior year's process, I knew there were

8    certain things that the House was just going to dig their

9    heels in, so I took that into account.

10   Q.   Okay.  And what number was the bill that you worked on

11   in 2011?

12   A.   The bill I introduced in 2011 was S.1.

13   Q.   Was that prefiled?

14   A.   That was prefiled, yes.

15   Q.   And it had the 15/12 day Senate version of early

16   voting?

17   A.   That's correct.

18   Q.   Did it recognize federal, state and county employee ID

19   cards?

20   A.   I think as introduced we didn't have the county; we had

21   federal and state, because the House had been very resistant

22   to county and other political subdivisions.  However, by the

23   time it worked through the Senate, we had put county and

24   municipal back in, with my support.  I think I actually

25   offered the amendment to put it back in.

1   Q.   Did you have any conversations at the conference

2   committee in 2010 or 2011 specifically on the issue of why the

3   House conferees were opposed to recognizing the government

4   employee IDs?

5   A.   Yes.  The House earlier versions of the bill had had

6   political subdivisions, IDs from political subdivisions as

7   permissible IDs.  And in South Carolina there are numerous

8   political subdivisions, really untold numbers of political

9   subdivisions.

10   Q.   Such as?  Give us a couple of examples of that, please,

11   sir.

12   A.   Well, a city and a county is a political subdivision,

13   but so is a state university, so is a special purpose district

14   that may provide water or sewer or fire protection.  There are

15   special purpose districts that are in control of just a local

16   lake, for example.  There are -- we stopped counting.  We had

17   staff count the number of special purpose districts in the

18   state, and we stopped counting at like 110 or 20, some number

19   like that.  So it's really ill defined, it's just ambiguous,

20   not clearly defined in the code, so the House had a problem

21   with using the term "political subdivision," and I eventually

22   became convinced that they had a reasonable point on that.  So

23   I was in favor of taking "political subdivision" out.  And one

24   reason I didn't include county and municipal IDs is because of

25   that whole debate we had with the House the year before about

1   political subdivision.  I ended up putting county and city

2   back in, but if you go beyond that, you really do get into

3   some problems as to what really a political subdivision is,

4   and the integrity of course of their identification cards.

5       Q.   Now, did the House enact a photo ID bill in 2011?

6       A.   They passed --

7       Q.   Not enact but pass?

8       A.   They passed one out of the House.

9       Q.   And did Senate bill number 1 pass the Senate?

10      A.   No.  Again, the House bill passed first from the House

11   to the Senate, so we took that up and used the House bill as a

12   vehicle to amend it to the Senate version, passed that, and

13   then we ended up in conference committee.

14      Q.   Okay.  At the conference committee in 2011 -- first let

15   me ask you about the conference committees.  Are they open to

16   the public in South Carolina?

17      A.   Yes.

18      Q.   And are they open to the press?

19      A.   Yes.

20      Q.   And in the conference committees in 2010 and 2011, was

21   there ever any person excluded from attending the conference

22   committees who wanted to attend?

23      A.   No.

24      Q.   In the conference committee in 2011, did you get back

25   onto the subject of the -- and this is going to be on House

1   Bill 3003, as I understand your testimony.  Did you get back

2   onto the subject of the differences between the House and

3   Senate concerning early voting?

4      A.   Yes.

5      Q.   And what was the House's position in 2011 on early

6   voting?

7      A.   That they were not going to support an early voting

8   period in the bill.

9      Q.   And given the fact that they had been willing to

10  compromise in 2010, what reason or reasons did they give for

11  not supporting early voting in 2011?

12     A.   Well, they indicated they wanted to focus just on

13  voter -- the voter ID provision because they had compromised

14  in 2010, in their opinion significantly, to go to the early

15  voting period that started 10 days before election day.  And

16  it was rebuffed by the Senate Democrats filibustering it.  So

17  I think they used the term there's no education in the second

18  kick at a mule, so we're not going to go for that this time.

19     Q.   On the merits of early voting or not having early

20  voting, do you remember any arguments made in the conference

21  committee in either 2010 or 2011 where the House conferees

22  were articulating why they were opposed to early voting?

23     A.   Yes.  They expressed a -- they expressed support for

24  election day versus election week or election month.  They

25  felt like a election ought to come to a culmination on a

1    particular day for the sake of not just the electorate but for

2    candidates as well.  And they mentioned things like October

3    surprises, which are last-minute revelations about a candidate

4    or a candidate's position that could turn an election to come

5    out in the very days before the final vote.  Made the point

6    that if you had an October surprise, you may have, if you have

7    an early voting period, you may have a lot of votes already

8    having been cast and that new information can't impact the

9    electorate like it ought.  And I understand that reasoning,

10   but I'm still for early voting myself.

11      Q.   Have we had incidents in South Carolina where

12   revelations have come out in close proximity to election date

13   that you recall?

14      A.   I can't recall specifically.  I know that we have --

15   there was a House race in the last election cycle I think that

16   that happened in a primary.  But I guess the most notorious

17   one, or it's not necessarily notorious, but well-known one is

18   in the 2000 race with Bush/Gore there was some revelation just

19   days before election day about Bush's numerous DUIs, I think

20   came out just days before the election.  That is typical

21   campaign tactics.  And so they were concerned about the impact

22   of those tactics in the context of an early voting provision,

23   voters would not have the opportunity to respond to those

24   revelations.

25      Q.   Okay.  And these were Democrats or Republicans

1   expressing the view that they wanted to make sure that voters

2   had an opportunity to absorb October surprise information in

3   making -- in casting their vote?  Were those members at the

4   conference committee Republicans or Democrats?

5       A.    They were Republicans.

6       Q.    Do you remember Representative Clemmons at the

7   conference committee making any arguments concerning the

8   subject of if the General Assembly accepted one government ID,

9   they would have to accept them -- one government employee ID,

10  they would have to accept them all?

11      A.    They did make that argument in the context of the

12  political subdivision debate.  The issue should we accept IDs

13  from political subdivisions, we researched that as I indicated

14  earlier, found problems with using political subdivisions, and

15  the question became well, do you use it from some political

16  subdivisions and not all.  They took the position, if you're

17  not going to use it from all political subdivisions, you

18  shouldn't use it from any political subdivisions.

19      Q.    Who was the chairman of the conference committee in

20  2011 concerning the photo ID legislation?

21      A.    In 2011 it was Senator McConnell.

22      Q.    And he is the present lieutenant governor?

23      A.    He's presently lieutenant governor.

24      Q.    What position did he hold in 2011?

25      A.    He was the president pro tem of the Senate, which is

1   the Senate leader, and he was also chairman of the Senate

2   Judiciary Committee.

3   Q.   And the other members of the Senate -- from the Senate

4   to the conference committee in 2011 were yourself?

5   A.   Correct.

6   Q.   And why were you appointed in 2011?

7   A.   Because I was the subcommittee chair who had dealt with

8   this legislation over the last two and a half years.

9   Q.   Was there a Democratic appointee?

10  A.   Yes, Senator John Scott.

11  Q.   And Senator Scott is African American?

12  A.   Correct.

13  Q.   And did the Republicans on the conference committee in

14  2011 have any agreement as to what you and Lieutenant Governor

15  McConnell were going to do at the conference committee?

16  A.   Yes, we were -- in fact, an agreement had been struck

17  with the Democrats when they were filibustering this bill in

18  2011, and the only way the filibuster was ended was because

19  Senator McConnell had struck an agreement with the Democratic

20  leadership that he would -- we would go to conference

21  committee, number one, and we would fight for the Senate

22  version of the bill; number two, and that he would be on the

23  conference committee along with me and whoever the Democrats

24  wanted to appoint as a third conferee.  And that was really an

25  agreement we had made and that's the way the filibuster was --

1    that's really the way the bill passed -- the Senate, the first

2    time.

3        Q.    Did you and Lieutenant Governor McConnell live up to

4    your agreement to fight for the Senate version at the

5    conference committee --

6        A.    We certainly did.

7        Q.    -- in 2011?

8        A.    We certainly did.  We did, yes.

9        Q.    Did you bring up the subject of the standard to be used

10   in South Carolina to determine whether or not someone is a

11   permanent resident domicile also at the conference committee?

12       A.    Yes.  The House had taken that domicile -- I had

13   authored and put into the bill, successfully amended into the

14   bill language regarding objective criteria an election

15   official could use to determine domicile, and the House had

16   taken it out.  And so when they sent the bill back over to us,

17   that's one of the reasons -- it's not the only reason but one

18   of the reasons I voted to nonconcur and encouraged other

19   members to as well.  The primary reason -- not the primary but

20   a major reason was because we had made a commitment, or

21   Senator McConnell had made a commitment to the Democrats that

22   we would go to conference committee and fight for the Senate

23   version.  If we concurred in the bill at that point in time,

24   there would be no conference committee and it would just be

25   taking the House version.

1    Q.    How many meetings of the conference committee were held

2    in 2011?

3    A.    I can't remember.  Maybe two or three.  I'm not sure,

4    though.

5    Q.    Do you remember any meetings held in 2011 of any

6    substantial duration in terms of time?

7    A.    Conference committee meetings?

8    Q.    Yes.

9    A.    Yeah, we had pretty -- we had -- I know our first

10   conference committee was pretty extended and had a lot of

11   debate, and we had a lot of arm twisting of the House.

12   Q.    Do you remember what issues that the arm twisting

13   pertained to?

14   A.    Yes, it was everything that was in the Senate version.

15   It was the domicile language that we have already discussed

16   that the House had taken out.  We argued to put that back in.

17   We argued for an early voting period.  There were other

18   problems in the House version that we ultimately prevailed

19   upon them to take out.  Problems dealing with the effective

20   date, the contingency on Section 5 preclearance, they did not

21   have that artfully drafted.  They drafted a provision about a,

22   what we called a pseudo birth certificate that could be used

23   to obtain a DMV ID or a driver's license from the DMV, the

24   Department of Motor Vehicles.  There were problems with that.

25   The agencies had never even seen the language and really

1   couldn't implement it, they didn't really even know what it

2   meant.  So we prevailed upon them to take that out.  So there

3   were several things that we got the domicile language put back

4   in that we --

5   Q.   What issue could you not agree on?

6   A.   We couldn't agree on early voting and we couldn't agree

7   on the permissible IDs.

8   Q.   During the time that the conference committee was going

9   on in 2011, did you participate in any informal meetings with

10  other members of the conference committee concerning the

11  subject matter of the conference, the House Bill 3003?

12  A.   Well, I had discussions with other members of the

13  conference committee, and that's the norm.  It would be

14  absolutely unusual if you didn't do that.  That meant you're

15  not trying to resolve the differences and come to some

16  compromise or agreement.  So I had discussions with members of

17  the conference committee.

18  Q.   Is there any rule or practice in the Senate or in the

19  House or in the General Assembly that governs how many members

20  of a conference committee can get together and discuss the

21  subject matter of the conference informally?

22  A.   Yeah, you can't have a majority of the conference

23  committee, you can't have four members.  But a conference

24  committee is about striking an agreement or finding common

25  ground or a compromise, if you will, on conflicting provisions

1   addressing the same subject matter.  If you don't have

2   discussions -- if you don't have discussions outside the

3   conference committee, no conference report would ever be

4   adopted, usually, on a contested bill anyway.

5   Q.   Did you ever participate in either 2010 or 2011 when

6   the conference committees were going on concerning the photo

7   ID legislation, did you ever participate in any informal

8   meeting outside of the conference committee that involved

9   yourself and three other members of the committee concerning

10   the subject of the conference committee?

11   A.   Not that I can recall.  I have so many meetings.  But I

12   wouldn't have done that because I'm aware I need to -- you

13   don't have a quorum, you can't form a quorum but you can

14   discuss with other conferees what we should do or should not

15   do.

16   Q.   What eventually happened with regards to the efforts to

17   reach agreement at the 2011 conference committee?

18   A.   Well, what ultimately happened is the House gave some

19   and the Senate gave some and there was a conference report

20   that was adopted, and that's how it became law.  We didn't get

21   everything we wanted and they didn't get everything they

22   wanted.

23   Q.   What was the Senate able to get, the Senate conferees?

24   A.   Well, we had --

25   Q.   In 2011?

1    A.    We had the domicile language put back in.  We took out

2    the problems they had with the effective date of the statute.

3    We removed the pseudo birth certificate language that the

4    state agencies didn't even know how they would implement.  And

5    several things like that, but we did not -- we were not able

6    to get early voting.  They just dug their heels in on that.

7    And also we were not able to get the state, county, municipal

8    IDs, because of their concern over political subdivision.

9    Q.    What happened next after that agreement could not be

10   reached?

11   A.    Well, the conference report was brought back to the

12   respective bodies and it was adopted.

13   Q.    By both the House and the Senate?

14   A.    Right.

15   Q.    And describe if you would the procedures that were

16   followed in the Senate in adopting the conference report that

17   did not provide for early voting and did not provide for

18   government employee ID?

19   A.    Well, we ended up, we had some debate and some of the

20   Democrats expressed their dislike, you know, or dismay that

21   the early voting was not in it.  I likewise expressed dismay

22   because I had a been proponent of that consistently

23   throughout.  However, at the end of the day we ended up

24   passing, adopting the conference report really without even,

25   as I recall, without a filibuster.  I think we didn't even

 1   have to take a cloture vote to shut off debate.  A cloture

 2   vote is the super majority vote you use to shut debate down.

 3   And Senator McConnell and I had fulfilled our commitment to go

 4   to conference and get as much as we could.

 5   Q.   Being a proponent of early voting, Senator Campsen, why

 6   did you vote for a conference report in 2011 that provided --

 7   that provided for a photo ID requirement in South Carolina but

 8   did not provide for an early voting requirement?

 9   A.   Well, because in the legislative process you often

10   don't get everything that you want.  And I did not think that

11   early voting was a condition precedent to requiring a voter

12   ID.  I was in favor of both proposals, independent of one

13   another.  So I had an opportunity to pass the photo ID because

14   the votes were there, so I did that and supported that, and

15   would fight another day for the early voting.

16   Q.   In your opinion is there anything that you or Senator

17   McConnell could have done at the conference committee in 2011

18   that would have caused the House to adopt or agree to some

19   form of early voting in 2011?

20   A.   No.

21   Q.   Did you have any conversations with any of the House

22   conferees that indicated to you that efforts in that regard

23   would be futile?

24   A.   Yes.

25   Q.   What did those conversations, could you just briefly --

1    A.    They just made it very clear that they weren't even

2    going to entertain it.  It was not going to be entertained.

3    So...

4    Q.    Okay.  Was a procedure that is called a special order

5    motion used in getting the vote on the photo ID bill after it

6    came back from conference committee voted on a majority vote

7    basis in the Senate?

8    A.    There was a motion to place the bill on special order

9    in the rules committee slot, which, pursuant to rule 33B of

10   the Senate rules, permits a majority of the rules committee to

11   vote in favor of putting a bill on special order, and then

12   when that -- after that happens, the majority of the Senate

13   votes to put it on special order.

14          And what special order does is the Senate rules

15   provide that if just one Senator objects to a bill that is on

16   the contested calendar, it will not be taken up unless that

17   objection to the bill is removed or the bill is placed on

18   special order.  And there are a limited number of special

19   order slots.  But special order is a way to get a contested

20   bill up for a vote.

21   Q.    Okay.  And when it goes up for a vote under a special

22   order motion, then the bill would -- the decision about

23   whether the bill would pass or not pass would be made on a

24   simple majority basis?

25   A.    On a rule -- on a rules committee special order motion,

1   it is a majority vote whether the bill will be taken up.

2   After that, the bill can still be filibustered.  The special

3   order slot lets it be taken up for debate.  It still can be

4   filibustered, though.

5   Q.   You mentioned rule 33B is the one that provides for

6   this special order procedure?

7   A.   Correct.

8   Q.   And it's a rule of which body?

9   A.   Of the Senate.

10  Q.   Was that used in 2011 --

11  A.   That was.

12  Q.   -- when a vote was held on House Bill 3003?

13  A.   That's correct.

14  Q.   And is that the way the photo ID bill eventually was

15  passed in the Senate?

16  A.   It did, but there was another hurdle.  It had to get by

17  a filibuster.  Again, special order slot just means it's going

18  to be taken up for debate.  That debate can involve a

19  filibuster, and you have to get by the filibuster.  And

20  really, the way we got by the filibuster was Senator McConnell

21  agreeing with the Democratic leadership, we'll go to

22  conference and we'll fight for the Senate version as best we

23  can, but we're not going to promise that we'll get it.  Of

24  course you can't make such a promise, but we'll do the best we

25  can.  And Senator McConnell served in the Senate for 30-some

1    years, he's very close personally, relationships, friendships

2    with the Democratic leadership, they trust him, he's always

3    kind of in the middle of negotiating contested provisions, and

4    that is why they wanted him in the conference committee, and

5    me as well.  They knew I would fight for early voting and some

6    of the other provisions.  But that is how you actually got the

7    bill past the Senate, is really by that agreement.

8        Q.    Okay.  Did you receive -- in 2011, you all had been

9    working on -- you worked on it in 2009 and 2010, like you've

10   testified.  And then you came down to 2011, and you were at a

11   conference committee again and compromise was not reached.  At

12   that time were you receiving any pressures from members of the

13   Republican party in South Carolina concerning their desire to

14   enact photo ID?

15       A.    Yes.

16       Q.    And what type of pressures were you getting?

17       A.    The pressure was to concur in the House amendment.

18       Q.    And what position did you take in that?

19       A.    That I would not concur in the House amendment for

20   several reasons.  The first and foremost is we had made a

21   commitment to the Democrats that we would go to conference

22   committee and fight for the Senate version.  If I had voted to

23   concur in the House amendment, there would be no conference

24   committee; the bill would go straight to the governor for her

25   signature.  So that's the first reason I didn't.

```
 1              The second reason I did not vote to concur is
 2   that there were several provisions in the House bill that
 3   needed fixing that we've already discussed, the domicile
 4   provision, the pseudo birth certificate language, the
 5   enactment -- enacting language, that were problematic.
 6   Q.   Is it unusual for you to hear from members of your own
 7   party advocating or making the argument that you should do
 8   certain things in the Senate?
 9   A.   That's not unusual, it doesn't happen regularly, but it
10   does happen.  It particularly happens in the Senate because
11   our rules give minority -- the minority party significant
12   power, where you have to deal with them and negotiate with
13   them, and so oftentimes you find whichever party is in power
14   in the Senate, the supporters of the minority party get
15   frustrated with -- or excuse me, the supporters of the
16   majority party in the Senate get frustrated with their Senator
17   because they think why aren't you doing everything that we
18   want done.  Well, because the Senate is designed to be a
19   deliberative body and slow down legislation and give minority
20   interests some -- minority party interest is what I'm
21   referring to -- some influence in the legislative process.
22   Q.   Do you think that you and other members of the Senate
23   or other members of the General Assembly rushed to enact photo
24   ID legislation in 2011?
25   A.   I sure don't feel like it was rushed.  I was ready
```

1    to -- I was ready -- I had spent a couple of -- two and a half

2    years dealing with it.  That's not rushing in my book.

3        Q.    Was there any degree of urgency as you came toward the

4    end of the 2011 session?

5        A.    Well, the urgency was we were about to adjourn, we were

6    getting close to adjournment.  We were running out of time.

7    That was the third year, third year that we had been dealing

8    with it, third legislative session, and we were coming close

9    to the end of that session, so that was the sense of urgency.

10       Q.    Is it correct to say that no African American members

11   of the Senate voted for the photo ID bill in 2011?

12       A.    I think that's correct in 2011.

13       Q.    Had any of the African American Senators voted for

14   bills containing photo ID prior to 2011?

15       A.    Yes, in 2010.  In 2010 the bill passed through the

16   Senate -- the first time the bill passed through the Senate

17   with only two dissenting votes.  One was a white Democrat, and

18   one was an African American Democrat, but you had, I think

19   there were 12 Democrats and six African American Democrats

20   that voted for the bill in 2010 that had the Senate's early

21   voting provision and the photo ID provision in it when it

22   passed the body the first time.

23       Q.    The white Senator that voted against photo ID in 2010,

24   that was Senator Sheheen?

25       A.    Correct.

1    Q.    Was he involved in a political campaign at that time?

2    A.    Yeah, he was -- Senator Sheheen is a very good friend

3    of mine and he's an ally on many, many pieces of legislation.

4    And he was the Democratic nominee for governor.  He was

5    involved in the gubernatorial race.  And he indicated to me

6    he'd made a commitment he's not going to vote for photo ID.

7    And one other member voted against it then when it passed the

8    Senate the first.  It passed the Senate again, however.  In

9    2010 it passed twice.  The second time it was without a

10   dissenting vote.  No one dissented.  Anyone could have stopped

11   the bill the second time that it was passed by simply saying

12   two words:  I object.  And it would have stopped it.  But they

13   didn't, because we had an agreement.

14   Q.    That was the unanimous consent --

15   A.    That was the unanimous consent request, and that was an

16   agreement again that was struck between the leadership of the

17   Republican party and the leadership of the Democratic party.

18   Q.    Senator Campsen, starting when you began working on

19   drafts of the photo ID bill in 2008, would you state whether

20   or not you took any action concerning photo ID that was taken

21   with the intent of discriminating against any voter, including

22   African American voters, on the basis of their race, their

23   color, or their membership in a language minority?

24   A.    No, I did not.

25   Q.    During the legislative process concerning photo ID did

1  you hear any members of the Senate or members of the House --

2  of the South Carolina House of Representatives or any members

3  of their staff make any statements that directly or indirectly

4  indicated that they were supporting the enactment of photo ID

5  because they desired or intended to discriminate against any

6  voters, including African American voters, on the basis of

7  their race, their color, or their membership in a language

8  minority?

9    A.    No.

10   Q.    Do you have any reason to believe or do you have any

11  evidence that any such racially discriminatory intent played a

12  part in the enactment of photo ID in South Carolina?

13   A.    No.

14          MR. COATES:  Excuse me for just a moment.

15          No further questions at this time, Your Honors.

16          HON. COLLEEN KOLLAR-KOTELLY:  All right.  I believe

17  that this is a witness for both sides, for both the DOJ and

18  the intervenors.  So I think we'll do it this way.  We'll have

19  DOJ start with -- and it's a combined cross based on what has

20  been presented, and a direct for whatever you would have

21  asked.  You don't need to break it up that way, but in essence

22  that is what is going to be covered.  All right?  So whoever

23  is going to be picking up here.

24          MS. BALDWIN:  May I proceed?

25          HON. COLLEEN KOLLAR-KOTELLY:  Yes.

1           MS. BALDWIN:  My name is Anna Baldwin, representing

2     the United States and the Attorney General.  And with

3     permission of the Court, if I could approach the witness just

4     to give a copy of his deposition.

5           HON. COLLEEN KOLLAR-KOTELLY:  Certainly.

6                           EXAMINATION

7     BY MS. BALDWIN:

8      Q.    Senator Campsen, I'd like to turn back to the process

9     that led up to the introduction of S.334.  As you testified

10    earlier, I believe, you did some research and reading prior to

11    introducing S.334; isn't that correct?

12     A.    Yes.

13     Q.    For instance, you read the Crawford case, correct?

14     A.    Yes.

15     Q.    And you also read the Common Cause case, correct?

16     A.    Well, staff read the Common Cause, I read an overview

17    of it.  I ultimately read it eventually, but --

18     Q.    But not in the draft?

19     A.    -- not just prior to introduction.

20     Q.    Okay.  And you began working on drafting a voter ID

21    bill toward the end of the 2008 session, around May 2008,

22    correct?

23     A.    Well, I started after Crawford came out in April.

24     Q.    And you worked collaboratively with Heather Anderson in

25    drafting S.334, correct?

1    A.    Yes.

2    Q.    And Ms. Anderson is a staff attorney in the Senate,

3    correct?

4    A.    Right.

5    Q.    And Ms. Anderson drafted the version of S.334 that was

6    introduced, correct?

7    A.    Yes.

8    Q.    And you recall that because Ms. Anderson drafted the

9    bill in response to instructions that you gave her, correct?

10   A.    Yes.

11   Q.    And you recall that you would instruct her and review

12   her work, correct?

13   A.    Yes.

14   Q.    And each of you did some research in that process,

15   isn't that right?

16   A.    Yes.

17   Q.    For instance, you looked at what other states had done,

18   correct?

19   A.    Yes.

20   Q.    And you were interested in what voter ID legislation

21   had been upheld by the courts?

22   A.    That's right.

23   Q.    You were also interested in what voter ID legislation

24   had been precleared?

25   A.    That's correct.

1    Q.   Isn't it true that you were looking for models from

2    other states because that is what competent law-makers do?

3    A.   Yes.

4    Q.   And as I believe you've mentioned, you're also trained

5    as a lawyer, correct?

6    A.   I am.

7    Q.   And so you read all or parts of the Georgia and Indiana

8    voter ID statutes, correct?

9    A.   I eventually did, through the process, yes.

10   Q.   And it was your goal to model the bills that you

11   introduced after the Indiana and Georgia laws, correct?

12   A.   My goal was to have a bill that ultimately passed that

13   modeled, yes.

14   Q.   Didn't you testify that in drafting you were also

15   looking to model the bills that you drafted on Indiana and

16   Georgia law?

17   A.   I was looking to model, yes, but also with the time

18   constraints of my work and the beginning of the legislative

19   process, which is very intense, there may be things that I

20   missed, or didn't include, but you still get the bill

21   introduced and refine it through the amendment process.

22   That's normal.

23   Q.   So it was your goal to incorporate as much as possible

24   from those statutes and even add additional protections, isn't

25   that correct?

1    A.    Right.

2    Q.    And isn't it true that your initial bill, S.334, would

3  have permitted two forms of ID, driver's licenses and DMV IDs

4  and no other forms of ID?

5    A.    That's correct.

6    Q.    In your direct testimony, Senator Campsen, you

7  testified about a number of news accounts regarding voter

8  fraud, is that correct?

9    A.    Yes.

10   Q.    And for example, you discussed an incident in Dillon

11 County regarding double voting, correct?

12   A.    I discussed an incident in Dillon County regarding a

13 woman coming to the polls and being told that her vote had

14 already been cast, and an incident where someone was -- who

15 alleged that they were offered $230 and a dress to cast a vote

16 in Dillon County.

17   Q.    In that double-voting incident, you're not aware of

18 whether that had anything to do with in-person impersonation

19 at the polls or absentee voting, correct, by mail?

20   A.    I don't, no.

21   Q.    And vote buying, that vote buying incident, you're not

22 aware that that has anything to do with in-person voter

23 impersonation, correct?

24   A.    No.

25   Q.    In fact, Act R54 doesn't address vote buying, which is

1   already illegal in South Carolina, isn't that correct?

2     A.   That's correct.

3     Q.   So for examples of vote buying, there's no way that Act

4   R54 instills confidence in the electoral process with regard

5   to those kinds of incidents, isn't that correct?

6     A.   No, I don't agree with that conclusion.

7     Q.   Well, didn't you in fact previously testify that you do

8   agree that incidents of vote buying aren't addressed even from

9   an electoral confidence perspective?

10    A.   Restate that, please.  Could you restate that.

11    Q.   Sure.  You didn't previously testify that you agreed

12  that vote buying -- incidents of vote buying wouldn't be

13  addressed even from an electoral confidence, electoral

14  integrity perspective through the introduction of Act R54?

15    A.   I don't believe I did.

16    Q.   Senator Campsen, if you'd like to turn to your

17  deposition on page 65.  I'm going to read from line 13.

18  "Question:  And so, for examples of vote buying, is there any

19  way that Act R54" --

20          HON. COLLEEN KOLLAR-KOTELLY:  Why don't you let him

21  find it first.  And then tell me the line again when you

22  start.

23  BY MS. BALDWIN:

24    Q.   Sure.  Have you found page 65, Senator Campsen?  And

25  I'm looking at line 13.

1    A.   Okay.

2    Q.   And I'm going to read from line 13 until line 18.  "And

3    so, for examples of vote buying, is there any way that Act R54

4    instills confidence in the electoral process with respect to

5    those kinds of incidents?

6              "Answer:  No.  We already have significant

7    penalties for that."

8              Wasn't that your previous testimony, Senator

9    Campsen?

10   A.   Yes.

11   Q.   So you in fact agree that incidents of vote buying

12   aren't addressed even from an electoral integrity perspective

13   by Act R54?

14   A.   No, they are not addressed in the act, they aren't.  I

15   do think that if you have -- I do think that --

16   Q.   There's not a question pending.

17             MR. COATES:  Objection, Your Honor.

18             HON. COLLEEN KOLLAR-KOTELLY:  I'll let him give his

19   explanation.  They're just going to ask him later.  We'll move

20   it along here.

21             MS. BALDWIN:  Okay.

22             HON. COLLEEN KOLLAR-KOTELLY:  Finish your answer.

23             THE WITNESS:  I do think if you have a general

24   implementation of legislation that is going to get tougher on

25   voter fraud in one form, it has an impact on all forms because

1    people generally become aware that there is a heightened level

2    of scrutiny that is occurring.  I do think there is a general

3    understanding of that in the population.  But this bill did

4    not address vote buying.

5    BY MS. BALDWIN:

6    Q.   And the 2004 allegations that you discussed with

7    respect to the Democratic primary and the Maggie Glover

8    election, you're not aware that that incident involved any

9    allegations of voter impersonation fraud, correct?

10   A.   Involved allegations of fraud.

11   Q.   Right, but not --

12   A.   I'm not aware of what type of fraud.

13   Q.   Okay.  And the McCormick County election official,

14   you're not aware that that involved any allegations of voter

15   impersonation fraud, are you?

16   A.   I'm not aware of that, no.

17   Q.   And the Eastover mayor indicted for vote buying, you're

18   not aware that that involved any allegations of voter

19   impersonation at the polls?

20   A.   No.

21   Q.   And the article that you mentioned from the Charlotte

22   Observer regarding dual registration in two states.

23   A.   Right.

24   Q.   That doesn't involve any allegations of voter

25   impersonation at the polls, does it?

1    A.   Not that I'm aware of.

2    Q.   In fact, none of the examples that you gave in your

3    direct testimony involve examples of voter impersonation

4    fraud, isn't that correct?

5    A.   That's correct.

6    Q.   And it's true that when you introduced act S.334 you

7    weren't aware of any credible incidents of voter impersonation

8    fraud in South Carolina, correct?

9    A.   I was not aware of that, but I was aware that according

10   to Crawford, the United States Supreme Court held that the

11   state has a legitimate interest in implementing a photo ID

12   requirement in order to instill confidence in the process.

13   And in Indiana they did not cite incidents of voter

14   impersonation.  They cited fraud in previous centuries, in

15   Tammany Hall in New York and the notorious Daley electoral

16   machine in Chicago.  They didn't cite anything in Indiana.

17             So I embraced their -- as a matter of policy I

18   embraced and thought that their decision in that regard was

19   credible.  I also believe, as the 7th Circuit held, when

20   Crawford v. Marion County was coming through the circuit

21   courts, the 7th Circuit held in that decision that if election

22   officials are denied the tools needed to uncover voter

23   impersonation, it will be not uncovered.  And without tools,

24   it doesn't surprise me we don't have any instances of voter

25   impersonation.  We do know that after Georgia passed its

1   legislation, there's been some 20 convictions of voter

2   impersonation because they have a device in place --

3                   HON. COLLEEN KOLLAR-KOTELLY:  Senator, if I could

4   just ask.  I don't like to cut people off, but I think we're

5   beginning to drift off.  So let me get back to this.  If

6   counsel feels that it's important to raise it again, they can

7   come back to it.  Why don't you go ahead.

8                   MS. BALDWIN:  Thank you, Your Honor.

9   BY MS. BALDWIN:

10    Q.   Just to make this clear -- and this is a yes or no

11   question, Senator Campsen -- at the time that voter ID was

12   before the General Assembly, you weren't aware at any time of

13   any incidents of voter impersonation fraud that you considered

14   credible in South Carolina?

15                   MR. COATES:  Objection to the form of the question.

16                   HON. COLLEEN KOLLAR-KOTELLY:  If he can't answer it

17   yes or no, he can indicate that.

18                   THE WITNESS:  That's correct.

19   BY MS. BALDWIN:

20    Q.   And Senator Campsen, the lack of awareness of

21   allegations of voter impersonation fraud wasn't for lack of

22   trying, correct?  You looked for incidents of voter

23   impersonation fraud in South Carolina?

24    A.   I looked some, yes.

25    Q.   In fact you asked other folks if they had heard of

1    incidents of voter impersonation in South Carolina, correct?

2        A.    That's correct.

3        Q.    And Katon Dawson is the former chairman of the South

4    Carolina Republican party, correct?

5        A.    That's right.

6        Q.    Did you ask Mr. Dawson if he could provide any research

7    on incidents of voter fraud in South Carolina?

8        A.    I did.

9        Q.    And did you ask for this research after you had already

10   introduced Act S.334?

11       A.    Yes, I did.

12       Q.    And Mr. Dawson ultimately wasn't able to provide any

13   incidents of voter impersonation fraud, isn't that correct?

14       A.    Not in South Carolina.

15       Q.    Senator Campsen, I'd like to turn to the topic of

16   electoral confidence.  While voter ID legislation was pending

17   before the General Assembly, you weren't aware of whether or

18   not the State Election Commission had done any surveys on

19   electoral confidence in South Carolina, correct?

20       A.    That's correct.

21       Q.    And in fact you didn't ask the SEC if they had ever

22   done any such surveys, correct?

23       A.    No, I didn't.

24       Q.    And you're not aware of whether any voter ID proponents

25   in the General Assembly had asked the SEC for that kind of

1   information?

2      A.    I'm not aware of that.

3      Q.    Senator Campsen, before introducing S.334, you didn't

4   attempt to determine the impact that that bill would have on

5   minority voters, did you?

6      A.    That would be determined in the process, in the

7   committee process.  I didn't because it would be determined in

8   the subcommittee process.

9      Q.    So that's a no, you didn't?

10     A.    That's correct.

11     Q.    And at the time that you introduced S.334, for example,

12  you didn't know how many South Carolina voters lacked a

13  driver's license or DMV ID or other forms of identification,

14  correct?

15     A.    No, I didn't.

16     Q.    And you didn't attempt to find that out in advance?

17     A.    It would be unusual to do so.  I did not.

18     Q.    Later in the legislative process, though, during the

19  consideration of H.3418 in the Senate, you did receive

20  information from the SEC on the number of registered voters

21  who lacked DMV IDs and driver's licenses, correct?

22     A.    That's correct.

23     Q.    And on direct I believe you mentioned that it's your

24  understanding that Senator McConnell requested this

25  information?

1    A.    That's my impression, but I may be wrong.

2    Q.    Didn't you previously testify that you were unsure and

3    that maybe it had been a consensus request?

4    A.    I may have.  I'm unsure.  My impression is McConnell,

5    but it may not have been.

6    Q.    But your impression at the time of your deposition

7    wasn't that it was Senator McConnell?

8    A.    I think I said I didn't know.

9    Q.    Okay.  I'd like to bring up the first page -- on the

10   computer if we could, switching from the ELMO -- of United

11   States Exhibit 201.  If we could zoom in to the top portion of

12   the document.  Can you read that on your screen all right,

13   Senator Campsen?

14   A.    I can.

15   Q.    Senator Campsen, you recognize this document, correct?

16   A.    Right.

17   Q.    And you received this e-mail from Heather Anderson,

18   correct?

19   A.    Correct.

20   Q.    And this is an e-mail from Heather Anderson forwarding

21   information from the State Election Commission, correct?

22   A.    Yes.

23   Q.    And by virtue of the fact that on the "to" line we see

24   that it's sent to the address "ALLSENATE," all members of the

25   South Carolina Senate received this e-mail, correct?

1    A.    Yes.

2    Q.    And this e-mail was sent in January 2010, correct?

3    A.    Right.

4    Q.    And at the top of the e-mail you can see that there's

5    an attachment that is included, correct?

6    A.    Yes.

7    Q.    And do you recall that the attachment contained a

8    series of charts regarding the numbers on how many South

9    Carolina voters lack driver's licenses or DMV IDs?

10   A.    Right.

11        MS. BALDWIN:  I'd like to approach the witness to

12   give a copy of the chart.  It's a little hard to see on the

13   screen.

14        HON. COLLEEN KOLLAR-KOTELLY:  Okay.  I think this

15   is -- it's 12:30.  I think before you start going into this,

16   why don't we break for lunch.  We'll say 12:30 to 1:30, then

17   we can resume.  And yes, you can give him the charts.

18        MS. BALDWIN:  Perfect.  Thank you, Your Honor.

19   LUNCHEON RECESS AT 12:30 P.M.

20

21

22

23

24

25

1

2                         C E R T I F I C A T E

3          I, Lisa M. Foradori, RPR, certify that the foregoing

4   is a correct transcript from the record of the proceedings in

5   the above-titled matter.

6

7

8

9   Date:  8-27-12                /s/ Lisa M. Foradori, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$230 [2]**  42/11 110/15

**'**

**'8 [1]**  30/25
**'90s [1]**  45/22

**/**

**/s [1]**  120/9

**0**

**0257 [1]**  1/18
**0800 [1]**  3/4

**1**

**1,400 [3]**  42/21 43/6 47/4
**1.97 percent [1]**  17/24
**10 [6]**  70/15 76/11 83/8 83/23 85/4 90/15
**10-day [4]**  14/4 76/16 77/2 79/9
**10-year [1]**  83/20
**10/7 [4]**  76/19 76/19 77/11 77/14
**100,000 [1]**  28/14
**10004 [1]**  2/14
**10013 [1]**  3/10
**107 [1]**  4/8
**11 [2]**  70/15 70/15
**110 [1]**  88/18
**11th [6]**  12/7 12/12 31/17 35/19 35/23 61/19
**12 [10]**  33/20 74/23 75/3 76/7 79/8 79/16 81/16 87/15 104/19 120/9
**12-203 [2]**  1/3 6/3
**125 [1]**  2/13
**12:30 [3]**  119/15 119/16 119/19
**12th [1]**  3/9
**13 [3]**  111/17 111/25 112/2
**140 [1]**  1/7
**1401 [1]**  3/13
**1428 [1]**  2/22
**1440 [1]**  2/17
**149,000 [2]**  17/2 17/2
**15 [5]**  70/18 74/22 76/6 79/11 81/16
**15-day [5]**  13/15 75/2 79/8 79/16 81/16
**15-minute [1]**  70/14
**15/12 [1]**  87/15
**16 [1]**  84/1
**161 [1]**  3/9
**17 [2]**  10/9 71/7
**170,000 [1]**  20/17
**18 [5]**  12/1 44/4 44/20 45/12 112/2
**1863 [1]**  2/14
**1919 [1]**  1/17
**1975 [2]**  84/11 84/15
**1981 [1]**  44/3
**1988 [2]**  34/18 34/19
**1996 [1]**  28/22
**1:30 [1]**  119/16

**2**

**2 percent [2]**  17/7 17/23
**2-point-something [1]**  55/6
**2.8 million [1]**  16/11
**20 [5]**  4/4 34/20 83/4 88/18 115/1
**2000 [3]**  11/20 12/13 91/18
**20001 [1]**  3/18
**20002 [1]**  3/6
**20005 [1]**  3/14
**20008 [1]**  3/3
**2002 [2]**  28/22 28/23
**20036 [1]**  1/18
**2004 [8]**  28/2 29/1 29/6 44/12 44/18 44/22 45/16 113/6

**2005 [1]**  85/14
**2007 [1]**  30/25
**2008 [13]**  12/5 12/24 18/1 31/7 31/11 34/20 42/19 43/19 44/6 67/11 105/19 107/21 107/21
**2009 [17]**  12/7 12/18 29/9 29/20 30/4 30/6 30/13 30/24 31/4 31/19 32/17 32/18 34/2 36/6 38/24 46/23 102/9
**2009-2011 [5]**  39/19 40/9 49/22 65/17 71/15
**201 [1]**  118/11
**2010 [36]**  13/9 40/12 40/17 40/20 41/22 42/12 46/1 46/2 74/25 55/14 67/25 72/14 72/22 73/15 73/18 74/19 75/4 75/12 77/2 77/15 78/5 81/19 86/23 88/2 89/20 90/10 90/14 90/21 97/5 102/9 104/15 104/15 104/20 104/23 105/9 119/2
**2011 [55]**  12/21 20/23 29/9 29/20 30/7 36/7 36/18 39/19 40/9 45/18 47/15 48/9 49/22 52/22 56/16 64/23 65/17 71/15 86/25 87/1 87/11 87/12 88/2 89/5 89/14 89/20 89/24 90/5 90/11 90/21 92/20 92/21 92/24 93/4 93/6 93/14 93/18 94/7 95/2 95/5 96/9 97/5 97/17 97/25 99/6 99/17 99/19 101/10 102/8 102/10 103/24 104/4 104/11 104/12 104/14
**2012 [3]**  1/4 9/13 38/15
**202 [6]**  1/18 2/7 3/4 3/7 3/14 3/18
**203 [2]**  1/3 6/3
**20530 [1]**  2/7
**210 [1]**  2/21
**212 [1]**  2/14
**215 [1]**  3/6
**2200 [1]**  3/7
**23 [1]**  4/5
**230 [1]**  2/17
**25 [2]**  83/21 84/1
**27 [2]**  1/4 4/8
**2721 [1]**  2/18
**292-8327 [1]**  3/10
**29401 [1]**  2/22
**29412 [1]**  1/20

**3**

**3.57 [1]**  17/18
**30 [1]**  65/8
**30 percent [1]**  56/13
**30-some [1]**  101/25
**3003 [3]**  90/1 96/11 101/12
**30303 [1]**  2/18
**3269 [1]**  3/18
**333 [1]**  3/17
**334 [17]**  30/9 30/12 30/20 30/22 31/6 31/10 31/20 31/24 32/9 33/7 33/14 33/24 33/25 34/25 36/1 72/23 73/12
**33B [2]**  100/9 101/5
**3418 [9]**  13/4 13/6 72/14 72/18 72/22 73/15 73/18 74/20 79/25
**353-8743 [1]**  2/7
**354-3269 [1]**  3/18
**36 [1]**  13/19
**36 percent [1]**  56/4 56/11

**4**

**4 percent [1]**  55/7
**40 [1]**  2/21
**40-something-thousand [1]**  46/20
**400 [1]**  3/13
**404 [1]**  2/18
**41,000 [1]**  17/20
**416-0257 [1]**  1/18
**43 [3]**  28/4 28/6 28/13
**4301 [1]**  3/2

**434 [1]**  3/3
**457-0800 [1]**  3/4
**46 [1]**  59/8
**470 [1]**  1/17

**5**

**5 percent [2]**  19/4 19/6
**5.3 percent [2]**  16/24 17/1
**523 [1]**  2/18
**558-1863 [1]**  2/14
**57,000 [2]**  17/2 17/20

**6**

**60 percent [2]**  78/4 78/11
**60,000 [1]**  46/13
**609 [1]**  1/21
**64 [1]**  56/7
**646 [1]**  3/10
**65 [14]**  17/16 17/18 17/21 17/22 17/23 57/25 58/4 63/8 63/9 64/13 83/21 83/24 111/17 111/24
**662-8389 [1]**  3/14
**6706 [1]**  3/17

**7**

**7080 [1]**  1/21
**70s [1]**  57/19
**720-1428 [1]**  2/22
**736-2200 [1]**  3/7
**7th [4]**  47/24 48/5 114/19 114/21

**8**

**8-27-12 [1]**  120/9
**80s [1]**  57/20
**8327 [1]**  3/10
**8389 [1]**  3/14
**843 [2]**  1/21 2/22
**8743 [1]**  2/7

**9**

**91,000 [1]**  17/3
**93 percent [2]**  17/5 17/8
**934 [1]**  1/20
**95 percent [5]**  16/14 16/16 17/6 17/8 17/22
**950 [1]**  2/6
**97 percent [1]**  17/21
**9:00 [1]**  1/5

**A**

**A.B [1]**  2/11
**a.m [1]**  1/5
**abiding [2]**  19/20 20/2
**able [10]**  9/9 18/14 68/12 69/16 76/9 76/10 97/23 98/5 98/7 116/12
**about [81]**  10/1 10/2 12/16 16/11 17/1 17/19 17/20 17/25 18/11 23/7 24/18 25/5 28/9 28/10 32/11 34/11 35/2 39/6 39/8 39/10 39/19 39/23 39/24 40/16 41/1 41/7 41/10 41/21 42/5 42/9 43/11 44/1 46/8 46/8 49/16 49/21 53/25 56/4 56/13 57/6 57/12 57/23 58/1 60/2 60/3 60/15 60/23 62/2 63/12 64/13 64/24 65/8 65/11 66/14 67/6 67/16 67/17 67/18 67/21 67/24 68/5 68/6 68/15 69/11 70/25 72/2 72/21 73/14 76/5 82/8 83/20 88/25 89/15 91/3 91/19 91/21 95/21 96/24 100/22 104/5 110/7
**above [1]**  120/5
**above-titled [1]**  120/5
**absentee [23]**  17/17 36/21 36/24 42/11 45/23 46/15 46/17 47/8 47/8 64/14 64/18 64/20 64/22 64/25 65/1 65/5 65/8 71/2 71/3 71/7 71/12 74/7 110/19

**absolute** [1] 17/4
**absolutely** [1] 96/14
**absorb** [1] 92/2
**ABUDU** [2] 2/15 8/2
**accept** [7] 76/11 79/6 79/10 83/13 92/9 92/10 92/12
**acceptable** [2] 13/24 69/13
**acceptance** [1] 81/17
**accepted** [10] 5/13 14/19 15/25 17/1 65/13 65/14 67/5 82/10 82/16 92/8
**access** [2] 21/11 24/16
**according** [2] 62/24 114/9
**Accordingly** [1] 22/20
**account** [6] 13/3 34/23 42/10 46/10 68/3 87/9
**accounts** [11] 17/16 35/1 43/14 43/23 65/23 65/23 67/16 67/24 68/15 68/22 110/7
**accurately** [2] 83/17 83/19
**accustomed** [1] 15/15
**achieve** [1] 23/17
**achieved** [1] 25/22
**achieving** [1] 23/23
**acknowledging** [1] 84/3
**ACORN** [1] 39/8
**acquire** [2] 15/2 21/12
**across** [3] 13/19 19/1 19/3
**act** [40] 8/17 9/2 9/16 11/5 11/8 11/18 13/5 15/20 16/1 19/11 20/4 20/15 20/19 21/3 21/4 21/13 21/20 21/22 22/3 22/18 22/18 22/24 24/1 25/24 26/2 26/5 26/9 81/21 82/6 84/17 85/6 110/25 111/3 111/14 111/19 112/3 112/13 112/14 114/6 116/10
**action** [3] 56/17 78/17 105/20
**actions** [2] 86/25 87/1
**activities** [2] 74/10 74/10
**actual** [11] 16/6 17/12 22/8 74/23 75/2 75/3 76/13 76/14 77/3 79/10 79/17
**actually** [20] 5/7 13/22 31/11 46/17 47/11 55/21 57/9 57/10 61/9 68/10 73/9 73/21 74/23 76/12 81/21 82/14 83/23 86/20 87/24 102/6
**adamant** [1] 63/13
**add** [2] 31/9 109/24
**added** [1] 13/13
**addition** [1] 23/22
**additional** [1] 109/24
**address** [10] 21/23 57/24 66/18 66/21 68/25 68/25 69/1 110/25 113/4 118/24
**addressed** [6] 14/20 66/19 111/8 111/13 112/12 112/14
**addressing** [3] 5/7 72/24 97/1
**adequate** [1] 37/2
**adjourn** [1] 104/5
**adjournment** [1] 104/6
**administer** [1] 52/17
**administration** [1] 67/25
**administrative** [1] 64/7
**administrators** [1] 64/3
**admits** [1] 21/25
**adopt** [4] 79/4 80/9 81/14 99/18
**adopted** [13] 11/12 12/15 77/13 78/15 79/9 80/2 80/25 81/1 81/18 83/6 97/4 97/20 98/12
**adopting** [2] 98/16 98/24
**adoption** [2] 11/24 79/2
**advance** [1] 117/16
**advantages** [1] 21/9
**adverse** [1] 72/4
**adversely** [1] 24/13
**advised** [1] 20/22

**advocate** [1] 56/17
**advocating** [1] 103/7
**affected** [1] 24/14
**affects** [2] 16/23 17/4
**affidavit** [7] 11/1 60/6 85/7 85/10 85/10 85/11 85/12
**affidavits** [7] 9/22 10/22 13/7 13/8 13/14 14/6 85/18
**African** [16] 13/20 22/14 24/23 25/2 25/15 56/10 56/11 75/8 75/24 93/11 104/10 104/13 104/18 104/19 105/22 106/6
**after** [31] 10/12 12/11 12/12 12/12 13/25 16/2 16/21 18/3 19/2 30/20 32/9 36/2 37/24 37/24 38/11 45/3 46/19 56/25 60/13 60/16 70/15 70/20 78/17 98/9 100/5 100/12 101/2 107/23 109/11 114/25 116/9
**again** [21] 5/9 5/15 17/7 20/12 20/13 33/8 35/8 38/22 43/22 58/15 79/6 83/12 83/15 86/13 89/10 101/17 102/11 105/8 105/16 111/21 115/6
**against** [12] 12/6 16/4 23/9 25/3 68/14 77/6 78/2 78/5 104/23 105/7 105/21 106/5
**age** [5] 10/9 17/16 17/18 17/20 57/25
**agencies** [2] 95/25 98/4
**ages** [2] 83/21 84/1
**aggressive** [4] 9/20 9/24 14/6 15/1
**ago** [2] 18/21 83/5
**agree** [12] 40/1 47/23 76/15 76/16 82/17 96/5 96/6 96/6 99/18 111/6 111/8 112/11
**agreed** [5] 13/12 14/18 63/10 80/6 111/11
**agreeing** [1] 101/21
**agreement** [17] 25/12 80/5 80/14 80/15 81/3 93/14 93/16 93/19 93/25 94/4 96/16 96/24 97/17 98/9 102/7 105/13 105/16
**agrees** [1] 21/1
**Agriculture** [1] 29/16
**ahead** [2] 40/4 115/7
**aided** [1] 3/24
**al** [2] 1/6 6/4
**ALAN** [1] 1/22 2/1 6/10 11/16 75/19
**alcohol** [1] 69/16
**ALICIA** [2] 2/12 7/20
**all** [42] 6/24 7/14 7/25 8/8 9/12 11/17 14/5 15/1 15/7 20/6 20/11 22/14 22/16 26/11 27/3 31/2 35/18 36/11 38/23 39/8 41/12 56/10 61/12 63/5 64/1 68/8 70/14 70/17 71/5 74/18 80/22 86/15 92/10 92/16 92/17 102/8 106/16 106/22 109/7 112/25 118/12 118/24
**allegations** [8] 44/18 113/6 113/9 113/10 113/14 113/18 113/24 115/21
**alleged** [2] 44/25 110/15
**allies** [1] 22/15
**allow** [2] 20/4 25/4
**allowed** [2] 14/13 25/8
**allowing** [1] 33/17
**ALLSENATE** [1] 118/24
**ally** [1] 105/3
**along** [4] 73/4 78/18 93/23 112/20
**already** [25] 9/13 10/8 10/10 15/25 16/14 16/17 16/20 16/25 17/6 17/22 17/23 26/18 41/24 43/4 73/7 74/7 83/6 86/22 91/7 95/15 103/3 110/14 111/1 112/6 116/9
**also** [43] 1/22 7/15 8/1 8/7 8/20 11/8 12/3 12/11 12/13 12/16 13/2 13/15 13/25 14/3 15/7 15/12 15/17 16/23 19/23 20/1 21/3 24/20 25/6 27/22 33/25

**advocate** [1] 56/17
31/10 35/8 37/7 47/3 49/7 51/23 61/17 69/23 80/1 99/1 94/1 98/7 107/15
108/23 109/4 109/14 109/17 114/19
**altered** [2] 83/2 83/14
**although** [2] 12/1 47/21
**Alvin** [2] 40/20 41/4
**always** [4] 40/25 53/7 71/12 102/2
**am** [8] 1/6 27/19 27/22 27/25 30/10 35/22 35/24 109/6
**ambiguous** [1] 88/19
**AMDUR** [2] 2/12 7/20
**ameliorative** [1] 21/20
**amend** [2] 73/10 89/12
**amended** [1] 94/13
**amendment** [15] 13/12 13/13 13/14 13/17 13/21 13/23 14/1 14/11 14/12 14/20 87/25 102/17 102/19 102/23 109/21
**Amendment 8** [2] 13/23 14/20
**amendments** [1] 32/24
**amenity** [1] 69/17
**AMERICA** [3] 1/6 6/4 9/14
**American** [20] 2/16 2/20 3/1 13/20 22/14 25/2 25/15 51/13 51/23 56/10 56/11 75/9 75/24 93/11 104/10 104/13 104/18 104/19 105/22 106/6
**Americans** [1] 24/23
**Americas** [1] 3/9
**among** [1] 19/4
**amount** [1] 71/24
**analyses** [1] 21/17
**analysis** [5] 16/8 20/23 21/25 24/19 46/19
**analyzes** [1] 16/6
**ancestry** [1] 75/9
**and 2010** [1] 102/9
**and 2011** [1] 89/20
**Anderson** [9] 32/4 32/5 32/8 107/24 108/2 108/5 108/8 118/17 118/20
**Andino** [5] 10/1 14/21 14/23 52/9 62/2
**Andino's** [1] 15/10
**ANGELA** [1] 2/4
**ANNA** [3] 2/2 7/9 107/1
**another** [16] 21/6 33/16 42/2 42/10 45/1 58/11 59/13 59/21 62/11 67/10 78/24 82/7 85/4 99/13 99/15 101/16
**answer** [3] 112/6 112/22 115/16
**anticipate** [3] 6/9 85/22 85/22
**any** [98] 5/17 8/21 9/17 20/18 21/19 21/25 22/7 25/25 26/15 29/25 30/19 30/20 31/25 34/23 36/12 37/11 38/7 39/18 40/8 40/17 41/9 42/15 45/18 46/8 47/2 47/17 47/18 49/8 49/9 49/13 52/21 52/23 53/22 56/16 56/17 56/18 57/20 61/12 62/7 62/21 62/22 63/5 67/7 67/8 68/10 68/16 68/16 69/2 69/4 72/4 72/8 73/9 74/9 77/22 78/17 81/10 81/15 86/18 88/1 89/21 90/20 92/7 92/18 93/14 95/5 95/5 96/9 96/18 97/7 99/21 99/21 102/12 104/3 104/13 105/20 105/21 106/1 106/2 106/3 106/5 106/10 106/10 106/11 111/18 112/3 113/8 113/14 113/18 113/24 114/7 114/24 115/12 115/13 116/6 116/12 116/18 116/22 116/24
**anybody** [1] 86/18
**anyone** [5] 9/8 52/24 53/15 57/25 105/10
**anything** [9] 31/12 38/20 45/25 70/2 76/4 99/16 110/18 110/22 114/16
**anyway** [1] 97/4
**apparently** [2] 46/14 46/21
**appeal** [1] 45/5
**Appeals** [2] 47/24 48/5

**A**

appear [3] 41/8 52/25 53/9
APPEARANCES [1] 1/13
appeared [5] 49/22 50/6 50/9 52/14 52/21
appearing [6] 50/16 50/23 51/3 51/9 51/14 51/19
appendices [2] 5/24 5/24
Appleseed [1] 51/24
application [1] 42/25
applications [1] 42/22
applies [1] 83/15
apply [11] 64/8 64/24 65/1 65/2 65/4 65/4 65/5 65/9 83/16 84/20 85/19
applying [2] 23/7 64/5
appoint [3] 86/4 86/13 93/24
appointed [1] 93/6
appointee [1] 93/9
appointment [1] 86/8
approach [2] 107/3 119/11
approval [1] 86/14
approved [1] 65/18
approximately [7] 28/12 28/14 42/21 43/6 48/10 48/12 55/11
April [4] 12/5 31/7 31/13 107/23
April 2008 [1] 12/5
are [100] 5/7 6/1 7/5 7/19 8/19 9/15 9/19 10/8 11/10 11/11 12/2 15/10 15/14 16/11 17/3 17/3 17/9 17/11 18/10 19/6 19/7 19/15 20/2 20/7 21/4 21/8 21/18 22/1 22/7 22/8 23/23 23/24 24/13 24/24 25/14 25/14 25/19 27/20 27/23 30/9 31/11 35/19 36/23 36/24 37/8 38/8 39/13 41/1 47/7 48/1 48/7 48/15 48/17 48/18 48/19 48/20 48/22 54/11 57/14 57/19 57/21 60/6 62/8 62/21 62/23 63/23 65/12 65/14 65/15 65/22 66/1 66/9 66/14 66/15 67/10 67/15 68/2 69/14 69/23 70/14 71/7 75/25 77/18 77/21 83/20 85/5 85/20 85/23 86/22 88/7 88/14 88/15 88/16 89/15 89/18 91/3 100/18 112/14 113/15 114/22
area [2] 11/19 69/10
areas [2] 15/4 57/22
aren't [5] 40/14 103/17 111/8 112/12 112/14
argued [2] 95/16 95/17
argument [3] 24/10 92/11 103/7
arguments [2] 22/21 90/20 92/7
arise [1] 42/13
arisen [2] 42/16 45/19
arm [2] 95/11 95/12
arose [1] 42/4
around [4] 35/3 55/7 74/5 107/21
Arrington [2] 21/7 21/18
artfully [1] 95/21
ARTHUR [1] 3/1
article [1] 113/21
articulated [1] 23/9
articulating [1] 90/22
as [107] 5/11 5/11 5/15 5/16 5/17 5/24 5/24 8/17 9/22 14/11 14/17 15/11 15/13 16/6 21/9 21/10 21/13 22/10 22/16 23/3 24/3 24/13 24/19 25/10 25/10 25/14 25/14 25/17 26/3 26/19 26/25 29/24 30/2 31/3 34/1 34/14 35/19 36/5 37/6 37/10 38/1 39/2 39/22 40/15 41/12 42/14 42/19 43/7 43/18 43/19 43/22 43/22 50/22 52/18 53/20 54/20 57/11 58/8 58/9 61/11 67/3 67/19 69/19 70/3 70/3 71/25 72/5 72/12 72/12 72/22 72/22 73/11 73/12 76/21 76/21 77/23 77/24 79/22 82/24 82/25 83/5 85/1 87/1 87/20 88/6 88/10 89/3 89/11 90/1 91/3 92/13 93/14 93/24 94/19 98/25 99/4 10 99/4 101/22 102/5 104/3 107/9 109/4 109/5 109/23 109/23 114/17 114/19
Asians [1] 56/10
aside [3] 44/17 44/21 45/4
ask [32] 5/5 5/8 22/21 26/6 26/14 30/11 35/9 39/18 40/8 41/21 45/3 48/8 49/21 52/24 53/15 57/5 58/22 60/2 64/13 65/11 65/13 70/25 72/14 74/18 77/18 82/8 89/15 112/19 115/4 116/6 116/9 116/21
asked [6] 16/9 45/12 54/18 106/21 115/25 116/25
asking [1] 41/6
asks [1] 20/4
aspect [1] 34/15
assembly [19] 11/15 12/19 13/2 14/10 20/22 23/12 24/24 25/3 28/17 33/6 36/15 38/19 38/20 92/8 96/19 103/23 115/12 116/17 116/25
associated [1] 43/12
Association [1] 51/23
assumption [2] 24/2 86/21
Atlanta [1] 2/18
Atlantic [1] 44/6
attach [1] 81/15
attached [1] 73/9
attachment [2] 119/5 119/7
attainment [1] 24/15
attempt [6] 23/3 38/8 57/24 61/18 117/4 117/16
attempted [1] 33/14
attempts [2] 21/25 23/25
attend [1] 89/22
attending [1] 89/21
attention [2] 31/22 71/23
attorney [12] 1/22 1/23 6/10 6/15 7/2 27/19 32/6 63/15 64/10 66/24 107/2 108/2
attorneys [2] 6/9 27/7
audit [2] 37/21 37/25
audited [1] 37/24
auditing [1] 37/12
audits [1] 37/14
August [1] 1/4
author [1] 38/14
authored [6] 36/14 37/14 37/15 38/11 83/23 94/13
authority [1] 15/11
authorizing [1] 26/1
automatically [1] 49/16
available [7] 10/8 10/11 15/25 16/2 16/25 17/11 77/19
Avenue [4] 2/6 3/2 3/9 3/13 3/17
aware [22] 31/4 31/17 33/9 45/18 49/9 97/12 110/17 110/22 113/1 113/8 113/12 113/14 113/16 113/18 114/1 114/7 114/9 114/9 115/12 116/17 116/24 117/2
awareness [1] 115/20
Axelrod [2] 41/7 41/8

**B**

back [22] 52/15 77/12 79/25 80/19 81/5 81/13 84/24 85/3 87/24 87/25 89/2 89/24 90/1 94/16 95/16 96/3 98/1 98/11 100/6 107/8 115/5 115/7
backstop [1] 10/22
Bailey [3] 18/16 18/17 19/4
Baileys [1] 19/6
Baker [6] 11/22 12/14 19/17 35/11 35/13 35/17
BALDWIN [4] 2/2 4/8 7/9 107/1

87/20 88/6 88/10 89/3 89/11 9/1 91/3 92/13 93/14 93/24 94/19 98/25 99/4 10 99/4 101/22 102/5 104/3 107/9 109/4 109/5 109/23 109/23 114/17 114/19

ballot [16] 10/15 10/17 11/3 41/25 42/12 45/23 47/8 59/18 59/20 64/14 64/18 64/20 64/22 64/25 65/1 71/7
ballots [9] 9/21 10/13 14/6 19/15 19/16 36/21 36/25 46/15 46/17
Bancroft [1] 1/16
bar [1] 34/19
BARTOLOMUCCI [5] 1/14 4/3 6/7 8/13 26/12
based [5] 18/12 24/1 63/15 87/6 106/19
basically [2] 41/8 66/9
basis [5] 32/22 100/7 100/24 105/22 106/6
BATES [1] 1/12
battleground [1] 67/14
be [129]
Beach [2] 28/10 44/6
bears [1] 25/11
beat [1] 41/3
became [11] 31/1 31/17 32/9 33/9 45/16 73/8 82/9 82/18 88/22 92/15 97/20
because [55] 9/12 10/24 21/7 21/16 23/15 42/23 43/22 43/24 43/25 44/18 47/2 47/11 49/3 49/19 63/10 63/19 63/21 64/1 65/22 67/6 67/9 68/12 69/14 72/7 73/5 73/16 74/5 77/21 79/6 81/7 81/9 82/2 82/13 86/19 87/21 88/24 90/13 93/7 93/18 94/20 97/12 98/8 98/22 99/9 99/13 103/10 103/17 103/18 105/13 106/5 108/8 109/2 112/25 115/2 117/7
become [10] 17/11 31/4 34/13 73/5 81/22 82/7 83/16 86/19 86/21 113/1
becomes [1] 17/15
becoming [1] 86/18
been [31] 11/19 26/24 34/19 38/7 38/12 38/12 45/21 47/18 56/2 65/22 66/23 80/4 81/6 83/2 83/3 83/13 84/5 87/21 90/9 91/8 93/16 98/22 102/8 104/7 106/20 108/21 108/24 110/14 115/1 118/3 118/5
BEENEY [4] 2/10 4/5 7/18 22/25
before [32] 1/10 5/3 10/16 16/16 17/9 17/10 18/2 18/3 33/5 42/3 49/22 51/3 52/22 52/25 59/19 65/8 67/2 73/17 73/21 73/22 73/25 74/1 84/8 88/25 90/15 91/5 91/19 91/20 115/12 116/17 117/3 119/15
Beg [1] 59/22
began [7] 38/23 73/20 73/22 74/22 76/11 105/18 107/20
beginning [3] 32/15 109/18 115/5
behalf [2] 7/18 43/10
behind [1] 24/10
being [17] 10/23 28/15 37/15 37/20 37/21 47/6 53/1 59/15 67/17 69/16 69/21 71/9 74/11 80/19 85/18 99/5 110/13
believe [13] 11/10 26/15 51/22 69/23 71/19 83/4 106/10 106/16 107/10 109/4 111/15 114/19 117/23
believed [1] 56/17
Benedict [2] 18/16 19/1
benefits [1] 23/22
Berkeley [1] 28/8
best [3] 50/13 101/22 101/24
better [1] 63/19
between [15] 5/23 19/12 30/6 36/6 55/2 55/2 55/6 55/25 71/1 76/5 81/6 83/21 84/1 90/2 105/16
between 2009 [2] 30/6 36/6
beyond [1] 89/2
bill [122]
bills [6] 33/5 72/24 73/2 104/14 109/10

**bills... [1]** 109/15
**Billups [3]** 12/12 12/18 35/20
**bipartisan [4]** 11/22 19/17 35/16 80/14
**birth [7]** 57/13 57/14 57/16 58/7 95/22 98/3 103/4
**birthed [1]** 57/18
**bit [1]** 17/24
**black [2]** 69/7 69/10
**block [1]** 22/15
**Bobby [1]** 11/15
**bodies [1]** 98/12
**body [4]** 28/1 101/8 103/19 104/22
**book [1]** 104/2
**both [16]** 13/10 14/9 18/22 33/22 37/21 45/7 45/11 46/12 46/14 46/15 46/21 82/10 98/13 99/12 106/17 106/17
**BOWERS [6]** 1/24 6/21 14/22 15/9 15/12 15/17
**BRADLEY [3]** 2/1 7/2 20/13
**break [4]** 70/10 70/14 106/21 119/16
**breakdown [2]** 55/25 56/1
**Brennan [1]** 3/8
**Breslin [1]** 50/15
**BRETT [2]** 1/11 50/2
**BRIAN [2]** 1/15 6/21
**brief [3]** 20/10 23/3 70/19
**briefly [4]** 29/13 36/3 36/19 99/25
**bring [7]** 10/15 59/19 60/10 77/23 77/24 94/9 118/9
**broad [3]** 2/13 63/21 64/8
**broader [1]** 58/6
**broadness [2]** 63/21 63/25
**broken [2]** 17/5 17/19
**brought [2]** 31/22 98/11
**BRYAN [4]** 1/23 2/2 6/14 7/15
**burden [12]** 9/17 10/7 13/5 14/3 14/5 14/19 20/15 22/2 22/17 23/25 24/2 24/8
**burdens [2]** 21/3 24/5
**Bursey [2]** 50/3 50/6
**Bursey's [1]** 50/21
**Bush [1]** 91/18
**Bush's [1]** 91/19
**Bush/Gore [1]** 91/18
**business [2]** 27/20 27/21
**businessman [1]** 27/19
**buy [1]** 69/16
**buying [15]** 44/5 44/8 46/3 110/21 110/21 110/25 111/3 111/8 111/12 111/12 111/18 112/3 112/11 113/4 113/17

**C**

**CA [1]** 1/3
**calculation [1]** 56/4
**calendar [2]** 38/18 100/16
**Calhoun [1]** 2/21
**Calkins [1]** 51/18
**Calkins' [1]** 51/21
**call [8]** 6/2 11/14 15/21 26/12 26/19 43/24 43/24 77/11
**called [5]** 13/13 59/9 67/12 95/22 100/4
**calling [1]** 5/4
**came [12]** 11/21 25/1 44/10 44/13 45/15 53/12 83/10 91/20 100/6 102/10 104/3 107/23
**CAMONI [2]** 2/12 7/19
**campaign [5]** 3/5 9/24 15/1 91/21 105/1
**campaigns [1]** 21/21
**Campsen [24]** 11/16 26/20 26/23 27/12 27/14 28/16 35/9 45/3 52/24 70/22 70/25 99/5 105/18 107/8 110/6 111/16 111/24 112/9 115/11 115/20 116/15

---

**can [53]** 10/4 10/14 10/14 10/17 12/9 15/7 16/17 16/20 16/21 18/24 19/2 27/1 27/3 39/23 39/24 41/6 43/22 47/7 49/10 52/17 53/17 57/3 58/9 58/17 59/18 63/6 63/7 64/17 64/20 64/21 64/22 65/9 70/21 77/23 77/24 77/24 80/13 84/25 96/20 97/11 97/13 101/2 101/3 101/18 101/23 101/25 115/6 115/17 118/12 118/14 119/4 119/17 119/17
**can't [23]** 30/25 35/4 43/9 47/21 48/13 50/7 52/7 52/23 63/23 66/15 66/16 71/24 77/22 83/13 84/7 91/8 91/14 95/3 96/22 96/23 97/13 101/24 115/16
**candidate [1]** 91/3
**candidate's [1]** 91/4
**candidates [1]** 91/2
**cannot [6]** 20/15 21/19 22/3 24/20 25/22 47/25
**capacity [1]** 15/19
**capita [1]** 24/15
**Capital [1]** 3/2
**card [32]** 9/2 9/2 9/4 9/6 9/7 9/9 10/4 16/21 16/22 18/23 18/25 18/25 23/20 43/1 54/7 55/4 58/12 58/18 58/20 58/24 59/2 59/6 60/10 60/24 60/25 61/5 79/22 79/23 84/16 84/23 84/25 85/4
**cards [13]** 10/11 10/19 13/6 13/13 15/3 15/4 16/1 16/5 17/11 62/15 62/17 87/19 89/4
**care [1]** 86/12
**careful [1]** 67/21
**Carmichael [1]** 44/3
**CAROLINA [133]**
**Carolina's [6]** 8/15 12/2 20/25 21/16 22/12 22/23
**Carolinians [1]** 9/11
**carried [1]** 15/12
**carry [1]** 26/7
**Carter [6]** 11/22 12/14 19/17 35/11 35/13 35/16
**Carter-Baker [1]** 11/22 12/14 19/17 35/11 35/13
**case [18]** 5/4 6/2 6/3 8/14 12/5 12/12 18/12 18/14 20/14 23/7 35/20 35/25 36/2 37/5 43/16 83/5 107/13 107/15
**cases [2]** 30/21 64/6
**cast [19]** 10/14 10/17 11/2 19/15 37/3 42/1 42/11 46/17 47/6 47/7 57/3 59/18 61/9 65/5 71/5 71/6 91/8 110/14 110/15
**casting [1]** 92/3
**category [2]** 14/12 60/3
**CATHERINE [2]** 2/3 7/11
**Cato [5]** 51/2 75/19 75/25 76/2 77/5
**caucus [5]** 62/12 62/19 62/19 63/10 63/11
**caught [2]** 42/21 42/23
**cause [7]** 21/5 24/6 33/9 35/21 51/8 107/15 107/16
**caused [4]** 39/16 39/19 69/12 99/18
**Center [3]** 3/5 3/8 51/24
**central [1]** 26/4
**centuries [1]** 114/14
**certain [3]** 42/12 87/8 103/8
**certainly [6]** 16/19 39/24 58/9 94/6 94/8 107/5
**certainty [2]** 85/17 85/21
**certificate [4]** 58/7 95/22 98/3 103/4
**certificates [3]** 57/14 57/14 57/17
**certification [6]** 37/24 37/25 38/1 59/20 60/14 60/20
**certified [3]** 10/17 37/15 37/20
**certify [1]** 120/3
**cetera [1]** 5/8

---

**chair [6]** 32/2 31/1 35/6 43/25 75/11 33/12
**chaired [1]** 35/16
**chairman [11]** 29/24 30/3 30/24 31/3 34/13 36/5 51/18 54/20 92/19 93/1 116/3
**challenge [1]** 12/6
**chamber [4]** 73/1 73/1 73/2 73/3
**chambers [1]** 76/25
**change [5]** 26/8 61/23 84/3 85/1 85/3
**changed [1]** 82/20
**changes [2]** 31/4 33/21
**charge [5]** 10/9 10/11 13/1 61/25 85/23
**Charles [1]** 20/24
**Charleston [12]** 1/20 2/22 27/6 27/17 27/21 28/7 28/8 28/10 28/11 69/5 69/5 69/7
**Charlotte [3]** 46/8 46/11 113/21
**chart [1]** 119/12
**charts [2]** 119/8 119/17
**cheat [1]** 20/3
**Chicago [1]** 114/16
**Chip [3]** 11/16 26/20 27/13
**choose [3]** 58/21 67/21 68/3
**chose [1]** 82/23
**chosen [1]** 48/25
**Chris [2]** 8/12 27/5
**CHRISTOPHER [5]** 1/14 1/19 6/7 6/19 26/21
**circuit [11]** 1/11 12/8 31/18 35/19 35/23 47/24 48/5 61/19 114/19 114/20 114/21
**Circuit's [1]** 12/12
**circumstance [2]** 63/24 86/11
**circumstances [1]** 64/1
**cite [2]** 114/13 114/16
**cited [2]** 24/21 114/14
**citing [1]** 11/1
**citizens [1]** 38/9
**city [3]** 45/25 88/12 89/1
**Civil [7]** 2/5 2/16 2/20 3/1 3/12 6/3 51/13
**claim [2]** 61/1 67/14
**claiming [2]** 85/19 85/20
**claims [1]** 18/12
**clarification [1]** 73/24
**class [1]** 44/13
**clear [3]** 78/22 100/1 115/10
**clearance [1]** 16/2
**cleared [1]** 73/7
**clearly [1]** 88/20
**Clemmons [4]** 11/16 75/19 77/5 92/6
**clocks [2]** 70/14 70/16
**close [10]** 22/20 44/10 44/15 56/1 56/3 83/5 91/12 102/1 104/6 104/8
**closed [1]** 22/1
**closely [4]** 37/4 37/9 61/18 62/2
**closest [1]** 44/12
**cloture [9]** 77/25 78/2 78/5 78/10 78/13 78/21 78/23 99/1 99/1
**Clyburn [5]** 41/11 41/16 41/17 41/18 41/19
**co [3]** 13/17 26/21 44/5
**co-counsel [1]** 26/21
**co-sponsored [1]** 13/17
**co-worker [1]** 44/5
**COATES [7]** 1/19 4/8 6/19 26/21 27/6 70/9 70/21
**code [2]** 71/8 88/20
**collaboratively [1]** 107/24
**collateral [1]** 37/17
**collect [1]** 54/16
**COLLEEN [1]** 1/11
**college [5]** 18/16 19/2 69/5 69/7 69/25
**colleges [1]** 66/14
**color [2]** 105/23 106/7

**COLUMBIA [2]** 1/1 18/16
**combined [1]** 106/19
**come [13]** 5/9 6/5 32/16 63/24 72/18 84/24 85/2 85/3 90/25 91/4 91/12 96/15 115/7
**comes [2]** 60/23 74/5
**coming [3]** 104/8 110/13 114/20
**commission [43]** 9/23 9/25 10/2 10/18 11/22 12/14 14/22 14/23 14/25 15/8 15/11 15/16 16/13 19/17 20/21 35/11 35/13 35/16 37/17 42/23 52/10 54/3 54/4 54/5 54/15 55/9 55/11 55/19 58/19 59/19 61/4 62/1 62/1 62/4 63/4 74/3 85/25 86/1 86/3 86/12 86/20 116/18 118/21
**commission's [2]** 15/16 16/3
**Commissioner [1]** 15/9
**commissioners [1]** 14/22
**commissions [1]** 59/3
**commitment [5]** 94/20 94/21 99/3 102/21 105/6
**committee [80]** 3/12 14/2 29/3 29/5 29/7 29/8 29/15 29/16 29/17 29/17 29/18 29/22 29/24 30/3 30/5 32/1 32/7 32/24 38/17 38/22 43/25 44/21 45/4 45/12 48/16 63/17 74/18 74/19 75/4 75/11 75/18 76/4 76/10 76/20 76/23 77/2 79/9 88/2 89/13 89/14 89/24 90/21 92/4 92/7 92/19 93/2 93/4 93/13 93/15 93/21 93/23 94/5 94/11 94/22 94/24 95/1 95/7 95/10 96/8 96/10 96/11 96/13 96/17 96/20 96/23 96/24 97/3 97/8 97/9 97/10 97/17 99/17 100/6 100/9 100/10 100/25 102/4 102/11 102/22 102/24 117/7
**committee's [1]** 48/20
**committees [8]** 29/11 29/13 35/5 35/6 89/15 89/20 89/22 97/6
**common [7]** 8/24 33/9 35/20 51/8 96/24 107/15 107/16
**communicating [1]** 68/1
**compared [1]** 17/6
**Compass [1]** 1/20
**competent [1]** 109/2
**complaint [1]** 42/13
**complaints [4]** 46/19 68/16 69/2 69/4
**complete [1]** 11/1
**comprehensive [2]** 20/23 31/6
**compromise [9]** 13/12 76/20 77/7 77/11 77/14 90/10 96/16 96/25 102/11
**compromised [1]** 90/13
**computer [2]** 3/24 118/10
**computer-aided [1]** 3/24
**concentrated [1]** 54/8
**concept [2]** 63/19 63/24
**concern [15]** 34/11 39/6 39/10 39/16 39/17 40/15 41/10 44/1 63/9 66/17 66/18 66/21 68/15 69/14 98/8
**concerned [1]** 91/21
**concerning [27]** 32/8 34/24 37/12 38/24 45/9 46/9 51/25 52/5 53/19 54/24 65/17 68/19 69/4 73/18 74/20 79/15 79/18 85/15 90/3 92/7 92/20 96/10 97/6 97/9 102/13 105/20 105/25
**concerns [9]** 13/3 39/3 39/19 40/15 42/8 58/1 68/6 69/11 69/19
**conclusion [2]** 41/13 111/6
**concur [4]** 102/17 102/19 102/23 103/1
**concurred [2]** 62/19 94/23
**condition [1]** 99/11
**conducted [1]** 74/11
**conferee [1]** 93/24
**conferees [12]** 76/10 76/11 76/16 76/18

**conferees' [1]** 79/2
**conference [83]** 14/2 63/8 63/17 74/18 74/19 75/1 75/4 75/11 75/17 76/4 76/9 76/20 76/25 77/1 77/13 77/16 78/12 78/12 78/15 78/24 79/3 79/9 79/12 79/14 80/2 80/9 80/9 80/25 81/1 81/24 82/18 87/4 88/1 89/13 89/14 89/15 89/20 89/21 89/24 90/20 92/4 92/7 92/19 93/4 93/13 93/15 93/20 93/23 94/5 94/11 94/22 94/24 95/1 95/7 95/10 96/8 96/10 96/11 96/13 96/17 96/20 96/21 96/22 96/23 97/3 97/3 97/6 97/8 97/10 97/17 97/17 97/19 98/11 98/16 98/24 99/4 99/6 99/17 100/6 101/22 102/4 102/11 102/21 102/23
**confession [1]** 15/18
**confidence [25]** 8/18 11/9 11/11 11/12 34/9 34/10 34/16 35/2 38/25 39/6 39/20 39/23 39/25 40/6 40/10 41/5 41/15 43/20 111/4 111/9 111/13 112/4 114/12 116/16 116/19
**confident [1]** 43/3
**confirm [5]** 11/4 11/6 11/13 13/24 15/9
**confirms [2]** 20/24 21/14
**conflict [1]** 19/11
**conflicting [1]** 96/25
**Congress [1]** 25/25
**Congressional [1]** 68/9
**Congressman [2]** 41/17 41/19
**conjunction [1]** 36/1
**connected [1]** 49/24
**Connecticut [1]** 3/2
**consecutive [1]** 5/20
**consensus [1]** 118/3
**consent [12]** 80/3 80/7 80/8 80/10 80/17 80/22 81/2 81/7 81/9 81/19 105/14 105/15
**Consequently [1]** 21/13
**consider [2]** 30/5 40/21
**consideration [2]** 42/15 117/19
**considered [6]** 12/19 29/8 29/19 41/2 53/1 115/13
**consistently [1]** 98/22
**constituent [2]** 44/1 72/12
**constituents [8]** 34/11 39/4 39/12 39/14 39/16 40/13 40/14 71/21
**Constitution [1]** 3/17
**constitutional [1]** 12/6
**constraints [1]** 109/18
**consummate [1]** 47/12
**consummated [2]** 47/6 47/6
**consummating [1]** 47/11
**contact [1]** 62/8
**contained [2]** 80/11 119/7
**containing [2]** 12/4 104/14
**contested [4]** 97/4 100/16 100/19 102/3
**context [2]** 91/22 92/11
**contingency [1]** 95/20
**continuing [1]** 78/14
**contrary [3]** 19/12 24/9 25/25
**control [3]** 64/12 81/24 88/15
**controversy [1]** 64/6
**convene [1]** 33/3
**convened [1]** 13/9
**convenes [1]** 33/6
**convenience [3]** 71/22 72/1 72/10
**conversations [3]** 88/1 99/21 99/25
**converse [1]** 41/1
**convicted [4]** 44/4 45/23 47/19 67/12
**convictions [1]** 115/1
**convinced [2]** 82/18 88/22
**COOPER [2]** 2/10 7/20

**correct [78]** 29/2 30/23 94/22 48/7 52/20 55/17 60/5 60/9 60/12 60/22 66/22 66/25 72/17 73/16 74/2 74/16 75/9 75/10 75/16 81/11 84/18 84/19 87/17 93/5 93/12 101/7 101/13 104/10 104/12 104/25 107/13 107/15 107/22 107/25 108/3 108/6 108/9 108/12 108/18 108/25 109/5 109/8 109/11 109/25 110/5 110/8 110/11 110/19 110/23 111/1 111/2 111/5 113/9 114/4 114/5 114/8 115/18 115/22 116/1 116/2 116/4 116/13 116/19 116/20 116/22 117/10 117/14 117/21 117/22 118/15 118/18 118/19 118/21 118/25 119/2 119/5 120/4
**corrections [2]** 29/17 30/22
**correctly [1]** 74/13
**cost [1]** 9/10
**cough [1]** 59/23
**could [35]** 5/5 18/18 29/13 53/25 58/12 60/10 61/4 61/7 61/10 62/4 62/16 63/16 65/21 76/15 78/21 81/8 83/2 83/2 83/3 85/2 91/4 94/15 95/22 96/5 98/9 99/4 99/17 99/25 105/10 107/3 111/10 115/3 116/6 118/10 118/11
**couldn't [7]** 46/16 46/16 74/1 82/17 96/1 96/6 96/6
**council [2]** 40/24 68/9
**counsel [9]** 5/5 5/6 5/9 6/5 6/17 7/5 7/19 26/21 115/6
**count [2]** 10/15 88/17
**counted [3]** 11/2 19/4 59/20
**counterparts [1]** 21/10
**counties [3]** 15/16 59/4 59/8
**counting [2]** 88/16 88/18
**country [3]** 23/5 28/5 35/3
**county [58]** 10/12 10/16 15/2 15/6 15/13 15/14 16/2 16/21 18/24 19/1 27/16 27/17 28/7 28/8 28/8 31/7 34/6 40/24 41/23 42/4 42/13 42/14 42/16 42/20 42/23 43/19 45/19 46/4 46/5 47/25 48/6 51/19 59/7 59/8 59/11 60/11 68/9 69/5 79/20 84/23 86/2 86/2 86/3 86/14 86/16 87/18 87/20 87/22 87/23 88/12 88/24 89/1 98/7 110/11 110/12 110/16 113/13 114/20
**couple [4]** 5/3 57/5 88/10 104/1
**course [11]** 16/18 34/12 37/8 39/7 56/2 56/9 58/6 61/21 71/23 89/4 101/24
**court [29]** 1/1 3/16 3/16 5/7 5/11 8/12 12/5 19/7 20/4 22/22 23/9 23/13 24/3 24/17 26/3 26/7 26/14 27/5 30/20 30/21 31/13 45/11 47/24 48/5 67/2 70/17 84/17 107/3 114/10
**Court's [1]** 59/22
**Courthouse [1]** 3/17
**courtroom [2]** 13/22 24/12
**courts [5]** 45/6 45/7 45/8 108/21 114/21
**covered [2]** 85/6 106/22
**Crawford [14]** 12/5 12/11 12/18 31/7 32/10 34/6 34/14 34/21 47/24 48/6 107/13 107/23 114/10 114/20
**create [2]** 24/5 33/23
**creating [1]** 71/16
**credible [3]** 114/7 114/19 115/14
**criteria [4]** 66/6 68/2 68/5 94/14
**Cromwell [1]** 2/13
**cross [1]** 106/19
**culmination [1]** 90/25
**current [11]** 8/24 23/16 23/18 66/16 82/11 82/20 82/21 82/22 83/14 84/18 84/21
**currently [11]** 9/16 12/2 15/5 15/24

**currently... [7]** 16/10 16/25 17/15 23/21 25/8 44/14 71/4
**cut [2]** 13/19 115/4
**cycle [1]** 91/15

# D

**Daley [1]** 114/15
**Daly [1]** 51/2
**DANIEL [1]** 2/4
**data [7]** 16/7 16/23 53/22 54/16 54/23 55/12 55/18
**database [3]** 16/3 16/12 16/13
**date [6]** 16/7 55/11 91/12 95/20 98/2 120/9
**dates [1]** 12/14
**David [2]** 41/6 41/7
**Dawson [5]** 49/24 50/8 116/3 116/6 116/12
**day [38]** 1/6 9/4 10/13 10/18 10/19 13/15 14/4 33/17 47/9 53/14 60/14 60/16 61/11 71/6 73/21 73/22 73/24 74/1 74/5 74/15 74/23 75/1 75/2 76/12 76/16 77/2 79/6 79/8 79/9 79/16 81/16 87/15 90/15 90/24 91/1 91/19 98/23 99/15
**days [29]** 60/18 65/8 73/21 73/21 73/22 74/23 74/23 75/2 75/3 76/5 76/6 76/7 76/7 76/12 76/12 76/13 76/17 77/2 79/7 79/8 79/9 79/11 79/17 81/16 81/17 90/15 91/5 91/19 91/20
**DC [7]** 1/4 1/18 2/7 3/3 3/6 3/14 3/18
**dead [2]** 38/21 82/3
**deal [2]** 34/15 103/12
**dealing [4]** 6/1 95/19 104/2 104/7
**deals [1]** 80/12
**dealt [1]** 93/7
**debate [10]** 57/12 88/25 92/12 95/11 98/19 99/1 99/2 101/3 101/18 101/18
**debated [1]** 82/25
**decades [2]** 83/3 83/3
**December [2]** 31/11 33/5
**decision [20]** 12/11 23/10 26/4 31/7 31/8 31/13 31/17 31/18 32/10 32/10 33/10 33/12 34/21 35/19 35/20 48/6 61/21 100/22 114/18 114/21
**decisions [3]** 32/12 32/13 34/24
**declaratory [1]** 22/23
**defendant [4]** 2/10 18/15 37/5 43/16
**defendant-intervenor [2]** 18/15 43/16
**defendant-intervenors [1]** 37/5
**defendants [3]** 1/7 2/1 26/16
**defined [2]** 88/19 88/20
**degree [2]** 21/9 104/3
**delegation [1]** 86/15
**delegations [1]** 86/4
**deliberative [1]** 103/19
**deliver [1]** 79/1
**delivered [1]** 64/22
**DELLHEIM [2]** 2/1 7/6
**democracy [1]** 19/18
**Democrat [2]** 25/16 75/8 75/22 80/5 104/17 104/18
**Democratic [26]** 13/11 33/22 40/20 40/21 44/15 44/17 44/18 44/21 44/22 45/3 45/4 45/12 50/16 51/19 62/12 62/19 63/10 63/11 80/5 93/9 93/19 101/21 102/2 105/4 105/17 113/7
**Democrats [17]** 13/16 13/18 13/20 14/7 41/5 77/16 79/10 90/16 91/25 92/4 93/17 93/23 94/21 98/20 102/21 104/19 104/19
**demographic [1]** 21/17

**demonstrate [1]** 22/2
**demonstrated [1]** 24/4
**demonstrating [1]** 20/15
**demonstrative [2]** 12/9 12/13
**denied [5]** 41/24 48/1 48/3 53/1 114/22
**denying [2]** 22/22 26/7
**department [8]** 2/5 6/25 12/3 15/22 38/13 54/7 54/14 95/24
**Depending [1]** 60/20
**deposition [3]** 107/4 111/17 118/6
**depressive [1]** 18/5
**Deputy [2]** 1/23 6/14
**descent [1]** 24/23
**describe [1]** 98/15
**designed [2]** 19/13 103/18
**desire [1]** 102/13
**desired [2]** 73/10 106/5
**detect [2]** 19/13 47/23
**deter [7]** 19/13 19/20 19/21 34/5 46/24 46/25 47/4
**determinative [1]** 17/12
**determine [3]** 94/10 94/15 117/4
**determined [2]** 117/6 117/7
**deterrence [1]** 34/10
**deterrent [1]** 47/3
**deterring [2]** 34/9 34/15
**development [1]** 27/22
**developments [1]** 49/9
**device [1]** 115/2
**devices [1]** 47/22
**did [148]**
**didn't [41]** 8/9 25/5 25/6 38/3 38/20 40/23 52/18 54/12 54/12 55/22 56/12 57/7 59/17 60/25 82/17 84/24 87/20 88/24 96/1 96/14 97/20 97/21 98/4 98/25 102/25 105/13 109/14 109/20 111/7 111/11 114/16 116/21 116/23 117/3 117/7 117/9 117/12 117/15 117/16 118/2 118/8
**die [1]** 80/11
**difference [8]** 17/7 17/23 44/11 56/14 56/15 56/15 71/1 76/5
**differences [2]** 90/2 96/15
**different [3]** 24/24 70/15 71/7
**difficult [3]** 21/12 23/16 33/19
**dig [1]** 87/8
**digested [1]** 36/2
**Dillon [6]** 41/23 42/4 42/14 110/10 110/12 110/16
**direct [5]** 70/22 106/20 110/6 114/3 117/23
**directive [2]** 67/20 68/4
**directives [2]** 67/21 68/5
**directly [1]** 106/3
**director [5]** 9/25 14/21 15/13 52/9 62/3
**disadvantaged [1]** 20/2
**disagreement [1]** 81/6
**discern [1]** 46/16
**discover [1]** 48/2
**discretion [1]** 64/8
**discriminate [1]** 106/5
**discriminating [1]** 105/21
**discrimination [1]** 25/23
**discriminatory [12]** 19/8 19/9 19/10 19/10 22/4 22/9 22/10 22/19 22/20 24/21 24/25 106/11
**discuss [2]** 96/20 97/14
**discussed [6]** 81/1 95/15 103/3 110/10 110/12 113/6
**discussion [2]** 57/23 82/14
**discussions [4]** 96/12 96/16 97/2 97/2
**disenfranchising [1]** 25/23
**dislike [1]** 98/20
**dismay [2]** 98/20 98/21

**disparate [1]** 72/8
**disparity [1]** 20/25
**disposed [1]** 53/14
**disproportionate [1]** 20/19
**disproportionately [1]** 18/7
**dispute [1]** 25/19
**disputed [1]** 45/10
**disputes [1]** 8/22
**dissented [1]** 105/10
**dissenting [2]** 104/17 105/10
**distinction [1]** 58/3
**distribute [1]** 15/2
**district [13]** 1/1 1/1 1/11 1/12 28/3 28/4 28/6 28/13 68/10 68/11 68/12 68/14 88/13
**districts [4]** 68/9 68/9 88/15 88/17
**Division [1]** 2/5
**DMV [28]** 9/1 9/5 10/3 10/9 16/5 16/15 16/20 18/2 54/9 55/1 55/3 55/4 55/23 56/5 56/12 57/15 58/17 61/10 62/9 62/10 62/15 79/22 95/23 95/23 110/3 117/13 117/21 119/9
**DMV-issued [10]** 9/1 16/5 55/1 55/23 56/5 56/12 57/15 58/17 62/10 79/22
**do [101]** 5/14 6/9 8/10 9/15 16/10 20/7 20/8 24/12 24/12 27/14 28/3 29/3 29/4 29/11 29/12 32/19 32/19 33/15 36/20 38/1 40/6 43/18 48/9 49/13 49/23 50/2 50/6 50/8 50/11 50/13 50/18 50/21 50/23 50/25 51/2 51/6 51/8 51/11 51/13 51/15 51/16 51/18 51/21 52/2 52/21 54/15 54/18 54/19 54/22 55/10 56/4 59/11 61/3 62/9 62/14 62/22 62/24 64/16 73/19 75/17 78/1 78/20 80/6 81/15 83/21 85/2 85/9 85/22 85/22 86/2 86/5 86/8 86/10 87/2 89/2 90/20 92/6 92/15 93/15 95/5 95/12 96/14 97/14 97/15 101/24 103/7 103/22 106/10 106/10 106/18 109/2 110/18 110/22 111/7 112/15 112/15 112/23 113/2 114/25 117/17 119/7
**doable [2]** 52/17 62/4
**doctored [1]** 83/13
**document [2]** 118/12 118/15
**documents [2]** 54/8 82/9
**does [31]** 10/24 13/5 16/7 19/10 28/6 32/5 33/1 36/19 43/22 48/25 59/8 61/1 61/2 62/7 62/11 64/14 64/17 64/23 64/24 65/1 65/5 71/4 84/18 85/6 85/10 85/11 85/12 86/11 100/14 103/10 113/25
**doesn't [10]** 18/19 41/8 56/5 60/24 63/19 65/4 103/9 110/25 113/24 114/24
**doing [5]** 19/13 68/4 68/23 72/21 103/17
**DOJ [2]** 106/17 106/19
**domicile [18]** 65/23 65/24 65/25 66/2 66/4 66/7 67/18 67/22 68/2 68/4 68/5 94/11 94/12 94/15 95/15 96/3 98/1 103/3
**domiciled [1]** 66/1
**domiciles [1]** 68/21
**don't [37]** 5/16 31/13 33/3 36/23 41/13 47/22 49/3 49/18 50/14 52/6 54/6 58/15 58/16 58/17 60/25 68/4 68/12 68/14 70/1 72/7 72/7 83/4 84/14 97/1 97/2 97/13 99/10 103/25 106/21 110/20 111/6 111/15 111/20 114/24 115/4 115/7 119/16
**done [12]** 36/12 37/21 46/12 46/19 61/18 76/4 97/12 99/17 103/18 108/17 116/18 116/22
**dorm [1]** 69/1
**double [2]** 110/11 110/17
**double-voting [1]** 110/17

**down [13]** 11/21 17/5 17/19 27/2 31/8 31/13 31/19 48/6 77/21 78/9 99/2 102/10 103/19
**downtown [1]** 28/10
**Dr [8]** 20/24 20/25 21/6 21/7 21/25 50/23 51/18 51/21
**draft [2]** 78/23 107/18
**drafted [5]** 95/21 95/21 108/5 108/8 109/15
**drafting [6]** 32/9 36/1 62/2 107/20 107/25 109/14
**drafts [2]** 30/19 105/19
**draw [1]** 15/12
**dress [2]** 42/11 110/15
**drew [1]** 41/13
**drift [1]** 115/5
**driver's [33]** 9/1 9/4 10/3 16/5 16/14 18/17 18/18 18/19 54/6 55/4 55/23 57/15 58/16 62/15 66/11 70/1 79/21 82/9 82/10 82/15 82/23 83/7 83/15 83/22 84/6 84/8 84/10 84/21 95/23 110/3 117/13 117/21 119/9
**dropped [1]** 73/11
**Drs [1]** 21/17
**dual [1]** 113/22
**Duffy [2]** 49/24 50/8
**dug [1]** 98/6
**DUIs [1]** 91/19
**duly [2]** 20/4 26/24
**dung [1]** 41/12
**DUNN [1]** 2/19
**duration [1]** 95/6
**during [25]** 7/15 28/20 29/8 29/20 29/25 30/2 30/6 31/22 39/7 39/18 42/17 45/17 46/1 46/7 47/15 47/16 49/22 52/22 53/21 56/16 61/11 71/14 96/8 105/25 117/18
**during 2010 [1]** 46/1
**duty [1]** 39/3
**DVORKIS [2]** 2/11 7/20
**dynamic [1]** 67/6

# E

**e-mail [7]** 49/11 49/16 118/17 118/20 118/25 119/2 119/4
**each [7]** 18/13 33/3 59/8 72/25 73/1 86/2 108/14
**earlier [5]** 36/25 82/13 88/5 92/14 107/10
**early [72]** 13/15 13/16 14/3 14/4 14/11 14/17 25/4 31/9 31/20 32/22 33/16 55/13 70/25 71/1 71/4 71/5 71/11 71/13 71/14 71/16 71/17 71/18 71/19 71/21 71/24 72/5 72/11 73/18 73/20 73/22 74/1 74/4 74/7 74/14 74/21 74/22 74/24 76/6 76/7 76/11 76/15 76/17 77/3 77/11 79/7 79/8 79/15 81/17 87/15 90/3 90/5 90/7 90/11 90/14 90/19 90/19 90/22 91/7 91/10 91/22 95/17 96/6 98/6 98/17 98/21 99/5 99/8 99/11 99/15 99/19 102/5 104/20
**early 2010 [1]** 55/13
**earn [1]** 32/20
**easily [1]** 83/8
**Eastover [5]** 46/1 46/2 46/4 46/5 113/17
**easy [3]** 33/21 82/1 86/5
**ed [1]** 14/7
**educate [1]** 62/5
**educating [1]** 67/18
**education [10]** 9/20 9/22 9/24 10/5 13/8 13/14 15/1 21/21 61/24 90/17
**educational [6]** 21/10 24/14 61/12 61/15

**effect [18]** 8/21 10/10 12/2 15/20 17/12 18/1 18/5 19/9 19/10 20/5 20/17 22/10 22/20 24/1 47/3 53/22 56/18 77/18
**effective [3]** 62/5 95/19 98/2
**effectively [1]** 21/23
**effects [1]** 8/20
**effectuate [1]** 59/5
**effort [1]** 25/9
**efforts [4]** 22/14 86/23 97/16 99/22
**eight [2]** 33/20 48/13
**either [15]** 30/25 48/12 52/4 54/22 55/10 55/23 58/13 59/9 60/3 60/15 74/7 77/21 84/15 90/21 97/5
**either 2010 [2]** 90/21 97/5
**elderly [1]** 57/13
**elected [5]** 28/1 28/15 44/13 44/22 45/14
**election [123]**
**elections [7]** 11/10 35/15 37/15 37/20 39/18 67/17 68/20
**elector [1]** 11/7
**electoral [14]** 8/19 11/10 22/7 34/9 38/25 111/4 111/9 111/13 111/13 112/4 112/12 114/15 116/16 116/19
**electorate [2]** 91/1 91/9
**elements [1]** 32/13
**elephant [1]** 41/12
**eligible [5]** 8/23 15/7 19/19 19/20 19/25
**ELMO [1]** 118/10
**else [2]** 53/15 67/22
**embark [1]** 9/23
**embrace [2]** 47/23 61/21
**embraced [5]** 33/24 34/6 62/13 114/17 114/18
**emotionally [1]** 77/22
**employed [1]** 22/13
**employee [8]** 14/13 79/19 79/20 81/17 87/18 88/4 92/9 98/18
**en [2]** 86/5 86/17
**enact [6]** 71/20 86/24 89/5 89/7 102/14 103/23
**enacted [10]** 8/15 8/17 11/9 20/4 22/18 24/20 36/17 52/19 53/23 62/22
**enacting [2]** 22/6 103/5
**enactment [4]** 12/17 103/5 106/4 106/12
**encouraged [1]** 94/18
**end [8]** 11/7 26/6 64/4 78/22 98/23 104/4 104/9 107/21
**ended [7]** 63/18 83/11 89/1 89/13 93/18 98/19 98/23
**ends [1]** 64/7
**enforcement [1]** 56/18
**enforcing [1]** 67/18
**engaged [1]** 27/22
**enhance [1]** 8/18
**enhancing [1]** 22/7
**enough [3]** 21/5 76/24 76/24
**ensure [4]** 15/6 19/14 19/25 20/1
**enter [2]** 22/22 26/14
**entered [1]** 29/6
**entertain [1]** 100/2
**entertained [1]** 100/2
**entire [1]** 35/13
**entitled [2]** 45/9 70/5
**entwined [1]** 25/20
**equal [5]** 16/24 58/2 63/12 63/16 63/20
**equally [2]** 23/3 72/9
**equipment [1]** 15/3
**ERIN [2]** 2/3 8/6
**ESQ [1]** 1/14
**ESQUIRE [25]** 1/15 1/15 1/16 1/19 1/24 2/1 2/1 2/2 2/2 2/3 2/3 2/4 2/4 2/10 2/10 2/11 2/11 2/12 2/12 2/15 2/19 3/1 3/5

**essence [1]** 106/21
**essentially [2]** 14/10 41/4
**establish [4]** 20/14 21/19 22/18 33/16
**established [2]** 21/13 84/2
**estate [1]** 27/22
**et [3]** 1/6 5/8 6/4
**ethnic [1]** 18/6
**evaluate [1]** 66/6
**even [34]** 10/17 10/19 16/15 17/15 20/25 21/22 22/4 22/10 24/8 25/21 40/13 43/25 44/10 59/17 63/11 64/4 66/10 67/12 68/24 68/25 69/1 69/18 83/5 87/5 95/25 96/1 98/4 98/24 98/25 100/1 109/24 111/8 111/13 112/12
**events [2]** 13/1 15/4
**eventually [9]** 5/23 44/25 62/22 86/6 88/21 97/16 101/14 107/17 109/9
**ever [9]** 11/20 36/12 71/11 84/8 89/21 97/3 97/5 97/7 116/21
**every [13]** 10/2 10/8 10/12 13/21 18/14 25/2 47/2 49/19 49/20 53/18 59/11 63/23 83/8
**everyone [3]** 5/3 81/20 82/5
**everyone's [1]** 66/10
**everything [7]** 35/4 66/14 95/14 97/21 97/21 99/10 103/17
**evidence [15]** 20/14 21/3 22/2 22/16 22/21 23/12 23/13 23/17 24/7 24/13 24/25 25/12 25/18 26/6 106/11
**evidenced [1]** 80/6
**eviscerate [1]** 25/25
**exactly [2]** 56/1 56/2
**Examination [4]** 4/8 4/8 27/8 107/6
**examine [1]** 21/16
**examined [4]** 16/3 16/9 16/12 26/24
**example [9]** 18/15 24/22 36/12 47/4 67/10 69/16 88/16 110/10 117/11
**examples [6]** 88/10 111/3 111/18 112/3 114/2 114/3
**exceptions [1]** 85/9
**exchange [2]** 18/25 58/19
**exclude [1]** 16/7
**excluded [1]** 89/21
**excuse [5]** 60/16 71/3 71/13 103/15 106/14
**executive [5]** 9/25 15/13 44/21 45/4 45/12
**exempt [2]** 58/3 63/9
**exemption [6]** 57/25 59/16 60/7 60/8 61/2 61/2
**exemptions [1]** 21/22
**exercise [2]** 21/6 24/6
**exhibit [2]** 5/22 118/11
**exhibits [5]** 5/13 5/21 5/22 5/23 6/1
**exist [1]** 86/11
**exists [1]** 70/3
**experience [2]** 15/13 87/6
**experienced [1]** 9/18
**expert [8]** 8/20 15/21 20/24 20/25 21/7 21/16 21/25 23/5
**expired [2]** 83/2 83/3
**explain [1]** 72/21
**explains [1]** 74/9
**explanation [2]** 73/13 112/19
**express [4]** 34/11 39/16 40/10 44/1
**expressed [12]** 19/17 40/15 41/5 41/10 42/7 66/8 66/17 81/10 90/23 90/23 98/20 98/21
**expressing [3]** 39/5 39/10 92/1
**expression [1]** 41/14
**extended [2]** 80/13 95/10
**extra [1]** 14/12

**fact [22]** 17/16 17/23 18/7 20/22 23/5 25/5 26/15 37/20 59/17 63/23 80/7 81/15 82/5 90/9 93/16 110/25 111/7 112/11 114/2 115/25 116/21 118/23
**factor [3]** 58/11 59/13 61/17
**factors [5]** 21/17 61/19 72/3 72/4 72/6
**facts [5]** 8/14 8/20 13/23 19/9 24/21
**factual [1]** 22/7
**failed [3]** 21/16 78/11 81/7
**failure [1]** 78/13
**fallacy [1]** 24/10
**false [1]** 11/3
**familiar [1]** 30/9
**family [1]** 71/10
**far [5]** 43/22 55/16 58/9 72/12 76/14
**fast [1]** 22/12
**fast-tracked [1]** 22/12
**favor [9]** 11/22 24/24 24/24 50/18 65/20 71/25 88/23 99/12 100/11
**favored [1]** 13/15
**February [1]** 12/18
**February 3rd, 2009 [1]** 12/18
**federal [9]** 14/13 45/7 45/8 45/11 45/21 54/13 79/20 87/18 87/21
**feedback [1]** 33/18
**feel [2]** 66/18 103/25
**feels [1]** 115/6
**felt [1]** 90/25
**few [6]** 11/21 18/21 38/1 68/24 69/23 69/25
**FIELD [1]** 1/15 6/21
**fifth [2]** 16/1 17/10
**fight [7]** 93/21 94/4 94/2 99/15 101/22 102/5 102/22
**figure [3]** 16/18 16/19 70/16
**figures [1]** 17/9
**file [1]** 53/4
**filed [1]** 46/22
**filibuster [12]** 77/20 78/3 78/5 78/8 78/14 93/18 93/25 98/25 101/17 101/19 101/19 101/20
**filibustered [4]** 14/7 77/16 101/2 101/4
**filibustering [3]** 78/10 90/16 93/17
**final [2]** 22/22 91/5
**Finally [3]** 17/25 22/2 26/3
**find [4]** 21/11 103/13 111/21 117/16
**finding [2]** 44/19 96/24
**findings [3]** 35/11 35/12 35/14
**fine [1]** 23/25
**Finish [1]** 112/22
**finite [1]** 63/22
**fire [1]** 88/14
**first [27]** 6/9 6/10 7/20 13/4 26/12 26/19 26/24 28/1 28/24 30/11 30/12 30/16 31/12 57/25 72/13 84/10 89/10 89/14 94/1 95/9 102/20 102/25 104/16 104/22 105/8 111/21 118/9
**Fish [1]** 29/15
**five [12]** 9/3 35/5 70/15 73/21 73/22 73/24 75/1 76/5 79/6 83/20 83/25 84/2
**five-day [3]** 73/24 75/1 79/6
**fixing [1]** 103/3
**flag [1]** 43/5
**floor [2]** 3/9 38/18
**Florence [8]** 42/16 42/20 42/22 43/1 43/2 43/3 43/4 43/19
**Florida [5]** 23/9 24/4 26/4 46/20 46/21
**focus [1]** 90/12
**folks [7]** 33/19 33/20 39/10 39/11 42/8 57/19 115/25
**follow [2]** 15/16 42/8
**followed [2]** 11/25 98/16

**following [5]** 11/21 16/19 17/12 18/8 74/5
**follows [1]** 26/25
**Folly [1]** 28/10
**Foradori [3]** 3/16 120/3 120/9
**forbidden [1]** 8/21
**foregoing [1]** 120/3
**foremost [1]** 102/20
**foresight [1]** 64/7
**Forestry [1]** 29/16
**forget [2]** 10/14 60/4
**forgot [1]** 59/17
**form [10]** 16/1 17/10 65/13 67/4 73/6 82/23 97/13 99/19 112/25 115/15
**former [7]** 11/16 35/16 35/17 40/22 40/24 40/24 116/3
**forms [11]** 8/25 9/3 15/25 16/25 20/18 24/17 47/5 110/3 110/4 112/25 117/13
**forward [2]** 5/9 6/5
**forwarding [1]** 118/20
**found [11]** 16/13 18/4 37/18 42/1 42/7 44/23 45/23 46/13 46/20 92/14 111/2
**foundation [5]** 2/16 2/20 22/8 37/7 37/9
**four [10]** 9/16 9/19 9/21 11/14 11/17 12/4 15/25 76/23 77/1 96/23
**Fourth [1]** 10/21
**Fowler [1]** 50/15
**franchise [2]** 21/6 24/7
**frankly [3]** 65/2 66/8 72/10
**fraud [37]** 8/18 11/11 19/13 22/6 23/14 23/16 23/23 34/5 34/16 35/2 42/16 44/19 45/1 45/19 45/21 45/24 46/23 46/25 47/2 47/3 47/4 47/5 47/19 110/8 112/25 113/9 113/10 113/12 113/15 114/4 114/8 114/14 115/13 115/21 115/23 116/7 116/13
**fraudulent [6]** 19/15 42/22 43/6 47/5 47/11 47/12
**fraudulently [1]** 44/5
**free [8]** 9/5 9/20 10/8 10/9 16/20 16/22 17/10 21/21
**FREEMAN [1]** 2/4
**frequently [1]** 67/7
**Friday [4]** 60/16 60/17 60/20 74/14
**friend [3]** 40/22 44/15 105/2
**friendships [1]** 102/1
**from 2009 [1]** 29/9
**front [2]** 23/12 23/13
**frustrated [2]** 103/15 103/16
**frustration [1]** 66/8
**fulfilled [1]** 99/3
**full [7]** 17/12 27/10 27/12 29/7 32/21 33/17 35/8
**full-time [1]** 32/21
**fully [1]** 36/2
**function [1]** 86/16
**funding [1]** 15/8
**further [3]** 56/4 73/4 106/15
**futile [1]** 99/23
**future [2]** 85/1 85/2

**G**

**GA [1]** 2/18
**Game [1]** 29/15
**GARRARD [2]** 2/10 7/18
**gave [5]** 53/8 97/18 97/19 108/9 114/2
**gender [1]** 50/15
**general [25]** 1/22 1/23 6/10 6/15 7/2 11/14 12/19 13/2 14/10 20/22 23/12 24/23 25/3 28/17 33/6 36/15 38/19 38/20 64/10 66/24 92/8 96/19 103/23 107/2 112/23 113/2 115/12 116/17 116/25
**General's [1]** 63/15

**generally [4]** 47/3 54/22 57/16 113/1
**generation [1]** 57/21
**GEORGE [2]** 26/23 27/12
**Georgia [30]** 12/4 12/7 15/22 18/2 18/6 18/18 18/20 18/22 31/17 32/10 33/10 35/19 36/6 38/12 46/19 46/20 46/21 57/8 57/9 58/9 58/14 59/14 59/14 61/18 65/12 65/13 109/7 109/11 109/16 114/25
**Georgia's [4]** 18/1 18/3 18/4 18/9
**GERALD [2]** 3/5 75/7
**get [47]** 5/19 10/4 10/18 16/20 16/22 18/18 19/2 24/17 31/14 33/19 33/20 48/25 49/3 57/14 58/17 61/5 69/17 76/15 78/8 78/11 78/13 79/3 82/17 83/12 84/10 84/24 85/4 89/2 89/24 90/1 96/20 97/20 97/21 97/23 98/6 98/7 99/4 99/10 100/19 101/16 101/19 101/23 103/14 103/16 109/20 112/24 115/5
**gets [1]** 19/4
**getting [5]** 36/21 78/21 100/5 102/16 104/6
**give [11]** 18/20 32/8 85/17 88/10 90/10 103/11 103/19 107/4 112/18 119/12 119/17
**given [5]** 42/11 53/13 64/11 67/2 90/9
**giving [3]** 23/1 64/4 68/25
**gleaned [1]** 87/7
**Glenn [1]** 11/17
**Glover [5]** 44/24 44/25 45/5 45/9 113/7
**Glover's [1]** 45/4
**go [26]** 10/17 16/19 16/20 16/21 18/24 20/5 36/25 38/21 40/4 40/8 59/5 59/18 61/4 61/10 65/9 81/25 89/2 90/14 90/18 93/20 94/22 99/3 101/21 102/21 102/24 115/7
**goal [2]** 26/4 109/10 109/12 109/23
**goes [1]** 100/21
**going [35]** 5/4 5/7 8/10 47/5 48/4 50/12 55/14 58/19 60/6 61/22 67/10 68/13 71/24 78/22 83/12 87/8 89/25 90/7 90/18 92/17 93/15 96/8 97/6 100/2 100/2 101/17 101/23 105/6 106/22 106/23 111/17 112/2 112/19 112/24 119/15
**gone [1]** 26/18
**good [29]** 5/2 6/12 6/13 6/16 6/20 6/22 7/1 7/4 7/7 7/8 7/10 7/12 7/13 7/16 7/17 8/3 8/5 8/8 20/12 40/22 44/15 55/24 58/7 63/25 64/11 70/10 71/20 82/18 105/2
**Gore [1]** 91/18
**got [9]** 52/7 61/20 76/14 81/5 81/12 84/13 96/3 101/20 102/6
**government [8]** 14/13 14/14 79/19 81/17 88/3 92/8 92/9 98/18
**governor [15]** 11/17 12/21 24/22 44/7 45/13 45/13 67/25 73/6 81/25 92/22 92/23 93/14 94/3 102/24 105/4
**governs [1]** 96/19
**graduate [1]** 34/17
**graduated [1]** 34/18
**granted [1]** 45/13
**gravity [2]** 85/17 85/21
**greater [2]** 21/1 24/15
**Greene [2]** 40/20 41/4
**Gregory [1]** 41/6
**grew [1]** 67/9
**ground [1]** 96/25
**group [3]** 64/13 67/7 67/8
**groups [1]** 20/20
**groups' [1]** 52/2
**gubernatorial [1]** 105/5
**guess [3]** 48/14 69/14 91/16

**guidance [4]** 15/6 15/15 15/17 86/3
**guilty [1]** 45/23

# H

**H.3418 [3]** 12/10 12/17 117/19
**had [175]**
**half [6]** 28/9 28/10 53/1 60/18 93/8 104/1
**Hall [1]** 114/15
**hand [1]** 53/16
**handed [4]** 31/8 31/13 31/19 48/6
**handling [1]** 8/1
**hands [1]** 66/9
**happen [4]** 62/20 103/9 103/10
**happened [8]** 42/12 77/14 78/12 81/12 91/16 97/16 97/18 98/9
**happening [1]** 67/24
**happens [6]** 18/18 31/13 67/7 80/14 100/12 103/10
**hard [2]** 63/14 119/12
**Harold [1]** 75/19
**Harrell [1]** 11/15
**Harry [1]** 75/19
**has [36]** 5/20 9/7 10/23 11/19 15/8 16/3 18/17 18/22 19/8 19/9 19/24 20/1 20/10 23/11 34/7 38/5 38/5 38/17 38/21 43/19 47/13 57/1 59/11 59/14 59/15 66/23 71/11 71/12 71/13 74/6 82/10 84/5 106/19 110/22 112/25 114/11
**hasn't [1]** 53/16
**have [181]**
**haven't [1]** 69/24
**having [6]** 26/24 42/21 57/13 63/14 90/19 91/8
**he [39]** 16/7 16/9 16/13 18/2 18/3 18/4 39/23 40/22 41/2 41/3 41/11 41/13 42/24 42/24 43/8 43/9 43/12 44/9 44/16 45/16 50/22 51/1 51/12 70/5 75/24 92/22 92/24 92/25 93/1 93/20 93/22 105/1 105/2 105/4 105/4 105/5 115/16 115/17 116/6
**he'd [1]** 105/6
**he's [5]** 92/23 102/1 102/2 105/3 105/6
**head [1]** 15/11
**hear [10]** 8/14 10/5 12/16 13/25 27/3 51/23 52/4 52/9 103/6 106/1
**heard [11]** 2/1 4/4 7/2 20/9 20/13 24/18 53/9 53/13 72/10 72/12 115/25
**hearing [1]** 49/20
**hearings [10]** 48/9 48/10 48/15 48/20 49/12 49/15 49/17 53/7 53/12 53/21
**Heather [4]** 32/4 107/24 118/17 118/20
**HEBERT [1]** 3/5
**heels [2]** 87/9 98/6
**heightened [1]** 113/1
**held [10]** 48/9 48/11 48/21 49/14 95/1 95/5 101/12 114/10 114/19 114/24
**help [6]** 8/17 19/21 34/5 47/14 58/8 62/17
**Henderson [1]** 51/3
**her [19]** 10/25 15/9 15/10 15/12 15/18 15/18 18/20 19/3 41/25 42/1 42/1 52/16 54/18 81/25 102/24 108/9 108/11 108/12 110/13
**here [7]** 12/11 64/23 64/24 67/22 83/11 106/23 112/20
**herein [1]** 26/24
**hers [1]** 70/6
**high [2]** 23/24 41/9
**high-ranking [1]** 41/9
**higher [1]** 18/8
**him [8]** 40/21 40/23 102/2 102/4 111/20

**himself [1]** 116/8
**Hines [3]** 42/21 42/23 43/7
**his [11]** 16/8 39/24 40/2 41/14 44/4 44/17 50/25 51/11 70/6 107/4 112/18
**Hispanic [1]** 56/11
**history [1]** 74/9
**hit [1]** 5/3
**hold [3]** 32/5 66/20 92/24
**Holder [1]** 7/3
**holding [3]** 16/5 34/6 47/24
**home [1]** 44/12
**honest [1]** 52/7
**honor [16]** 7/1 7/17 7/18 8/3 8/4 8/6 13/25 20/5 22/24 23/2 25/12 27/4 70/23 112/17 115/8 119/18
**Honors [8]** 11/4 20/12 20/13 23/3 26/3 26/10 26/13 106/15
**Hood [9]** 15/21 15/23 16/3 16/6 16/12 17/14 17/25 20/25 21/25
**hospital [1]** 57/19
**hours [3]** 33/20 33/20 33/21
**House [91]** 11/15 12/20 13/4 14/1 14/16 14/19 25/3 25/6 25/7 25/9 28/18 28/21 28/25 38/6 40/22 41/19 41/20 49/7 49/8 63/14 72/13 72/14 73/8 73/8 73/10 73/11 73/16 73/19 73/20 74/13 74/19 74/20 75/18 76/6 76/11 76/22 77/10 77/12 77/12 77/13 79/2 79/2 79/6 79/6 79/13 80/1 80/10 80/17 80/19 81/5 81/13 81/14 81/24 82/16 82/17 86/15 87/8 87/21 88/3 88/5 88/20 88/25 89/5 89/8 89/10 89/10 89/11 89/25 90/2 90/21 91/15 94/12 94/15 94/25 95/11 95/16 95/18 96/11 96/19 97/18 98/13 99/18 99/21 101/12 102/17 102/19 102/23 103/2 106/1 106/2
**House's [1]** 90/5
**housekeeping [1]** 5/4
**houses [1]** 14/10
**how [33]** 10/4 19/5 23/17 28/12 29/5 41/13 42/3 43/12 48/10 48/25 49/6 50/6 50/8 53/14 53/25 54/15 54/24 54/24 54/25 55/22 60/13 63/1 76/19 78/1 83/21 84/5 95/1 96/19 97/20 98/4 102/6 117/12 119/8
**however [6]** 32/14 73/1 73/23 87/22 98/23 105/8
**huge [1]** 56/15
**human [1]** 63/22
**hundred [1]** 23/11
**hundreds [1]** 68/24
**hunted [1]** 40/25
**hunting [1]** 40/25
**hurdle [2]** 73/7 101/16
**hurdles [1]** 12/3

# I

**I'd [5]** 5/5 107/8 116/15 118/9 119/11
**I'll [5]** 40/3 52/15 77/11 85/6 112/18
**I'm [22]** 27/5 27/6 38/3 39/14 43/10 43/24 50/10 50/12 50/14 65/3 91/10 95/3 97/12 103/20 111/17 111/25 112/2 113/12 113/16 114/1 117/2 118/4
**I've [3]** 62/2 72/10 72/12
**ID [187]**
**idea [5]** 33/24 58/22 59/1 61/20 61/21
**identifiable [1]** 83/9
**identification [14]** 20/16 21/2 21/4 21/12 22/11 23/4 23/10 30/6 30/17 48/12 69/21 81/18 89/4 117/13
**identify [6]** 5/5 5/6 5/9 6/5 23/5 72/5
**identifying [1]** 8/23
**IDs [35]** 9/20 10/8 10/8 14/12 14/13

**III [2]** 26/23 27/12
**ill [2]** 71/10 88/19
**illegal [2]** 19/21 111/1
**immediately [1]** 62/13
**imminent [2]** 31/18 33/10
**impact [10]** 21/24 43/20 55/18 67/22 72/4 72/8 91/8 91/21 112/25 117/4
**impacted [3]** 18/7 21/14 24/11
**impasse [1]** 79/11
**impedes [1]** 25/15
**impediment [21]** 9/21 10/22 10/25 11/1 13/7 13/14 14/6 57/1 57/2 57/6 58/5 58/6 60/7 61/1 63/18 63/25 64/2 64/5 64/12 85/8 85/19
**imperative [1]** 19/19
**impersonation [27]** 15/18 22/6 23/14 23/15 23/23 46/25 47/19 47/23 48/1 48/4 110/18 110/23 113/9 113/15 113/19 113/25 114/3 114/7 114/14 114/23 114/25 115/2 115/13 115/21 115/23 116/1 116/13
**implement [6]** 14/24 15/8 15/10 34/4 96/1 98/4
**implementation [4]** 17/13 18/4 18/9 112/24
**implemented [1]** 19/2
**implementing [4]** 14/20 34/8 86/4 114/11
**importance [1]** 81/15
**important [10]** 8/16 10/22 13/5 13/12 32/14 61/20 61/22 68/11 80/12 115/6
**importantly [2]** 14/18 17/9
**impose [1]** 22/12
**imposed [1]** 21/3
**impossibility [1]** 65/2
**impossible [4]** 23/17 24/3 31/15 65/4
**impression [3]** 118/1 118/4 118/6
**improvements [1]** 22/15
**in 2002 [1]** 28/23
**in 2004 [6]** 28/2 29/1 29/6 44/12 44/18 44/22
**in 2008 [3]** 42/19 44/6 105/19
**in 2009 [3]** 30/13 34/2 102/9
**in 2010 [20]** 40/17 41/22 46/2 55/14 72/14 72/22 73/18 74/19 75/4 77/2 78/5 86/23 88/2 89/20 90/10 90/14 104/15 104/15 104/20 104/23
**in 2011 [22]** 20/23 64/23 86/25 87/1 87/12 89/5 89/14 89/24 90/5 92/21 93/4 93/6 94/7 95/5 96/9 99/6 99/17 99/19 102/8 103/24 104/11 104/12
**in 2012 [1]** 38/15
**in-person [4]** 47/8 47/8 110/18 110/22
**in-state [1]** 66/13
**Inc [1]** 2/16
**incident [11]** 42/4 42/16 42/20 43/18 45/22 110/10 110/12 110/14 110/17 110/21 113/8
**incidents [14]** 41/21 91/11 111/5 111/8 111/12 112/5 112/11 114/7 114/13 115/13 115/22 116/1 116/7 116/13
**include [6]** 6/18 13/4 13/6 28/6 88/24 109/20
**included [3]** 13/10 13/15 119/5
**includes [3]** 9/16 28/7 28/8
**including [10]** 8/14 11/24 12/2 12/4 13/11 14/2 21/20 72/3 105/21 106/6
**income [2]** 21/10 24/15
**incorporate [1]** 109/23

**incorporated [2]** 5/16 62/13
**increase [2]** 11/9 11/12
**incumbent [4]** 43/3 44/14 44/23 44/24
**indeed [6]** 15/10 15/17 21/24 23/18 23/19 24/25
**independent [2]** 37/17 99/12
**INDEX [1]** 4/1
**Indian [1]** 24/23
**Indiana [9]** 57/8 57/9 58/10 58/14 109/7 109/11 109/15 114/13 114/16
**Indiana's [1]** 12/6
**indicate [2]** 33/2 115/17
**indicated [7]** 47/18 53/22 90/12 92/13 99/22 105/5 106/4
**indicted [4]** 44/3 44/8 46/2 113/17
**indirectly [1]** 106/3
**individual [3]** 18/11 18/14 42/20
**individuals [6]** 18/11 20/20 34/11 39/5 43/23 49/8
**indulgence [1]** 59/22
**inextricably [1]** 25/20
**influence [1]** 103/21
**informal [2]** 96/9 97/7
**informally [1]** 96/21
**information [14]** 42/4 47/18 53/22 53/25 54/2 54/13 54/23 69/3 91/8 92/2 117/1 117/20 117/25 118/21
**informed [2]** 33/11 43/7
**initial [1]** 110/2
**input [2]** 71/21 72/12
**instance [7]** 23/14 44/2 44/10 61/10 65/10 107/13 108/17
**instances [4]** 39/5 39/15 41/23 114/24
**Instead [1]** 19/21
**instill [2]** 34/8 114/12
**instilling [1]** 34/16
**instills [2]** 111/4 112/4
**institution [2]** 69/8 70/6
**instruct [1]** 108/11
**instructed [1]** 67/17
**instructions [2]** 32/8 108/9
**instrumental [1]** 11/18
**integrity [6]** 8/19 22/7 34/12 89/4 111/14 112/12
**intended [7]** 8/19 26/1 26/9 46/23 46/25 62/5 106/5
**intense [1]** 109/19
**intent [2]** 105/21 106/11
**intentions [1]** 85/15
**interest [4]** 11/20 34/7 103/20 114/11
**interested [2]** 108/20 108/23
**interests [1]** 103/20
**interpretation [1]** 64/4
**interrupt [1]** 38/3
**intervenor [4]** 18/14 18/15 37/8 43/16
**intervenors [7]** 2/10 7/19 18/11 26/6 37/5 49/19 106/18
**introduce [2]** 6/8 31/9
**introduced [20]** 12/17 30/12 30/13 30/16 31/20 32/15 32/16 32/18 32/21 34/2 36/3 87/3 87/12 87/20 108/6 109/11 109/21 114/6 116/10 117/11
**introducing [2]** 107/11 117/3
**introduction [1]** 107/9 107/19 111/14
**intuition [1]** 69/24
**investigating [1]** 43/5
**Invitations [1]** 29/18
**invited [2]** 48/25 49/3
**invoke [4]** 77/25 78/2 78/21 78/23
**invoked [1]** 78/5
**involve [3]** 101/18 113/24 114/3
**involved [11]** 36/7 38/7 42/17 49/4 97/8

**irregularities [1]** 39/15 40/12 44/25
**irregularity [1]** 44/20
**is [213]**
**Island [2]** 28/9 28/10
**Isle [3]** 27/15 27/16 28/8
**isn't [9]** 107/11 108/15 109/1 109/24 110/2 111/1 111/5 114/4 116/13
**issue [9]** 10/19 63/12 63/20 67/2 68/4 77/25 88/2 92/12 96/5
**issued [24]** 9/1 9/4 14/13 16/1 16/5 35/13 54/7 54/8 55/1 55/23 56/5 56/12 57/15 58/13 58/17 58/24 59/2 59/3 62/10 64/10 79/22 83/1 84/17 84/23
**issues [1]** 95/12
**issuing [1]** 67/20
**it [286]**
**it's [56]** 17/24 17/24 19/23 31/14 32/14 32/15 32/15 41/4 48/4 49/4 49/7 49/7 53/15 56/4 56/9 56/10 56/10 58/7 58/8 60/15 60/15 60/16 60/17 65/1 65/4 67/12 69/9 69/9 70/15 71/21 71/22 72/7 72/9 72/24 76/23 82/13 83/23 83/25 84/2 84/25 85/3 86/16 86/19 88/19 88/19 91/17 94/17 101/8 101/17 106/19 114/6 115/6 117/23 118/24 119/12 119/15
**its [13]** 13/23 20/4 20/15 22/3 22/17 22/22 23/25 26/19 62/5 63/21 63/25 73/2 114/25
**itself [1]** 11/6

**J**
**James [4]** 28/10 35/17 41/18 41/19
**January [11]** 12/7 13/9 31/19 32/16 32/17 32/18 33/3 33/4 33/6 55/13 119/2
**January 2010 [1]** 119/2
**January 28, 2010 [1]** 13/9
**Jim [1]** 41/11
**Jimmy [1]** 35/16
**job [1]** 32/20
**JOHN [4]** 1/12 50/23 57/10 93/10
**joined [1]** 18/11
**joint [2]** 5/19 5/24
**journal [1]** 73/14
**judge [4]** 1/11 1/11 1/12 40/24
**judgment [5]** 22/22 22/23 33/13 34/2 66/16
**judicial [2]** 64/7 64/8
**judiciary [9]** 29/3 29/7 31/25 32/6 38/17 48/20 54/20 64/4 93/2
**June [1]** 31/12
**just [52]** 5/3 5/12 8/24 18/17 18/19 24/17 25/17 29/13 32/15 35/2 36/19 38/3 40/7 42/7 43/24 47/2 48/5 50/13 52/16 54/8 56/10 57/16 60/4 66/20 68/24 69/24 71/1 72/9 73/24 82/24 85/6 85/17 87/8 88/15 88/19 90/12 91/1 91/18 91/20 94/24 98/6 99/25 100/1 100/15 101/17 106/14 107/3 107/19 112/19 115/4 115/10
**Justice [6]** 2/5 3/8 6/25 12/3 38/13 51/24

**K**
**Kaine's [1]** 67/25
**KARL [2]** 1/24 6/21
**Katon [1]** 116/3
**KAVANAUGH [1]** 1/11
**keep [1]** 77/24
**Kent [2]** 44/24 45/14
**Kenyda [2]** 18/16 19/5
**kept [1]** 78/10

**kick [1]** 90/18
**kill [3]** 82/1 82/2 82/4
**killed [1]** 14/7
**kind [10]** 9/6 26/8 47/2 58/3 64/6 65/23 67/5 69/19 102/3 116/25
**kinds [3]** 47/1 111/5 112/5
**knew [4]** 22/10 32/18 87/7 102/5
**know [28]** 5/11 5/12 6/1 8/9 25/5 41/13 43/9 46/8 46/16 49/13 49/18 50/15 52/6 54/15 60/25 61/22 63/23 70/2 70/7 77/9 91/14 95/9 96/1 98/4 98/20 114/25 117/12 118/8
**knowingly [1]** 25/22
**known [2]** 8/17 91/17
**KOLLAR [1]** 1/11
**KOLLAR-KOTELLY [1]** 1/11
**KOTELLY [1]** 1/11
**Kringle [1]** 51/8

**L**
**lack [16]** 16/25 17/2 17/15 17/19 19/5 20/18 21/2 24/16 24/25 35/2 39/6 41/5 41/14 115/20 115/21 119/9
**lacked [3]** 18/2 117/12 117/21
**lacking [1]** 15/5
**lacks [1]** 10/3
**lady [3]** 41/23 42/2 42/10
**lake [1]** 88/16
**Land's [1]** 57/11
**language [13]** 82/8 82/11 82/19 94/14 95/15 95/25 96/3 98/1 98/3 103/4 103/5 105/23 106/7
**large [2]** 12/24 28/11
**last [11]** 5/19 7/21 49/23 68/24 81/21 81/25 82/4 82/6 91/3 91/15 93/8
**last-minute [1]** 91/3
**lasts [1]** 60/14
**later [2]** 112/19 117/18
**launch [1]** 14/25
**law [68]** 8/15 8/16 8/20 8/21 8/25 9/23 10/2 10/7 10/23 11/5 12/6 12/7 12/10 12/23 15/8 17/4 17/9 18/1 18/3 18/5 18/7 18/9 19/20 20/2 20/5 21/24 23/6 24/22 25/1 25/3 25/4 25/5 25/9 26/9 30/5 30/24 32/21 34/17 34/18 36/16 39/2 48/15 49/1 49/14 62/7 62/21 63/22 64/23 65/12 65/25 66/2 66/5 66/16 70/3 70/4 70/7 73/5 81/22 82/7 82/12 85/7 85/10 85/12 85/16 86/24 97/20 109/2 109/16
**law-maker [1]** 39/2
**law-makers [3]** 32/21 63/22 109/2
**lawful [1]** 19/15
**laws [15]** 11/25 12/1 12/2 12/3 12/4 12/15 23/4 29/23 34/13 36/5 37/12 43/25 48/11 61/23 109/11
**lawyer [1]** 109/5
**lawyers [2]** 3/12 18/12
**lead [1]** 5/5
**leader [3]** 63/10 81/3 93/1
**leader's [1]** 57/10
**leadership [6]** 80/5 93/20 101/21 102/2 105/16 105/17
**League [5]** 37/6 37/9 37/17 38/2 51/3
**learn [3]** 42/3 43/12 77/10
**learned [2]** 42/5 43/14
**least [3]** 24/16 34/15 46/15
**leave [1]** 42/3
**led [3]** 12/17 71/19 107/9
**left [1]** 60/24
**legal [3]** 3/5 12/3 51/24
**legally [1]** 70/5
**legislation [42]** 12/19 12/21 13/24 22/13 29/8 29/20 30/6 30/17 31/14 32/23 36/7

**legislation... [31]** 37/11 38/7 38/14 38/24
45/18 46/8 46/22 47/17 54/11 55/15
61/13 61/16 62/22 65/16 69/21 72/16
73/9 78/18 81/23 83/23 92/20 93/8 97/7
103/19 103/24 105/3 108/20 108/23
112/24 115/1 116/16
**legislative [15]** 11/20 12/16 12/20 14/9
22/12 64/7 73/4 86/4 86/14 99/9 103/21
104/8 105/25 109/18 117/18
**legislators [2]** 10/5 22/11
**legislature [2]** 9/15 84/20
**legislature's [1]** 22/5
**legitimacy [1]** 41/10
**legitimate [4]** 8/16 34/7 41/7 114/11
**less [5]** 11/11 17/24 21/8 21/15 33/17
**let [30]** 5/12 30/11 30/23 35/9 39/18
40/7 41/21 41/25 45/3 47/15 48/8 49/21
52/24 57/5 58/22 60/2 64/13 65/7 65/11
65/13 70/25 72/13 73/24 74/17 77/18
82/8 89/14 111/20 112/18 115/5
**let's [5]** 6/2 18/10 32/12 67/1 70/13
**lets [1]** 101/3
**level [4]** 38/24 39/23 39/25 113/1
**levels [3]** 21/11 24/14 40/10
**Liberties [4]** 2/16 2/20 3/1 51/14
**library [1]** 69/1
**license [29]** 9/1 9/4 10/3 16/15 18/17
18/18 18/19 18/20 54/6 55/4 55/23
57/15 58/16 66/12 70/1 79/21 82/9
82/10 82/15 82/23 83/7 83/22 84/6 84/8
84/10 84/12 84/21 95/23 117/13
**licenses [6]** 16/5 62/15 83/16 110/3
117/21 119/9
**lieutenant [5]** 11/17 92/22 92/23 93/14
94/3
**light [1]** 78/13
**like [19]** 66/11 66/14 71/8 80/14 82/17
88/18 88/19 90/25 91/2 91/9 98/5 102/9
103/25 107/8 111/16 115/4 116/15
118/9 119/11
**likelihood [1]** 25/16
**likely [5]** 11/11 21/5 21/8 21/15 22/8
**likewise [1]** 98/21
**limit [1]** 28/24
**limited [2]** 21/22 100/18
**line [6]** 111/17 111/21 111/25 112/2
112/2 118/23
**lines [1]** 13/20
**Lisa [3]** 3/16 120/3 120/9
**list [7]** 11/7 49/11 49/14 62/14 64/1
65/18 69/13
**listing [2]** 5/20 67/3
**lists [1]** 16/4
**literacy [1]** 21/10
**literally [1]** 19/3
**litigation [1]** 42/18
**little [4]** 17/24 25/19 55/21 119/12
**live [15]** 23/8 24/11 24/14 28/12 66/1
66/11 67/9 67/14 67/15 67/22 68/8
68/11 68/12 68/14 94/3
**living [1]** 32/20
**LLP [1]** 2/13
**local [2]** 64/18 88/15
**located [4]** 19/1 27/16 69/5 70/6
**location [1]** 70/5
**logic [5]** 48/2
**long [5]** 29/5 60/13 71/25 77/24 84/5
**longer [1]** 77/23
**longstanding [1]** 68/1
**look [9]** 25/17 32/12 35/10 55/24 66/11
68/23 73/13 83/4 84/14
**looked [8]** 46/12 46/20 56/24 69/24

83/19 108/17 115/22 115/24
**looking [7]** 31/8 54/16 57/7 109/7
109/15 109/17 111/25
**looks [1]** 66/14
**lose [2]** 11/11 81/23
**lost [4]** 44/9 44/25 45/11 81/23
**lot [7]** 39/8 42/8 57/12 57/23 91/7 95/10
95/11
**low [3]** 28/5 40/10 55/22
**lower [2]** 24/14 24/15
**lunch [1]** 119/16
**LUNCHEON [1]** 119/19

**M**

**M.V [2]** 15/21 20/25
**ma'am [1]** 70/12
**machine [3]** 64/21 65/6 114/16
**machines [2]** 37/19 65/9
**made [20]** 11/23 15/18 28/24 49/8 54/19
57/23 62/16 80/4 81/3 83/22 85/18
90/20 91/5 93/25 94/20 94/21 100/1
100/23 102/20 105/6
**Maggie [3]** 44/23 44/25 113/7
**mail [13]** 10/2 17/17 49/11 49/16 63/2
63/3 64/25 110/19 118/17 118/20
118/25 119/2 119/4
**mailed [1]** 65/1
**mailed-in [1]** 65/1
**mainly [1]** 85/3
**major [1]** 94/20
**majority [13]** 9/11 14/18 16/14 22/12
41/20 96/22 99/2 100/6 100/10 100/12
100/24 101/1 103/16
**make [22]** 5/10 5/21 5/22 22/15 25/5
25/9 27/2 37/12 52/16 56/12 56/13 61/23
62/4 64/3 83/8 84/24 85/21 92/1 92/11
101/24 106/3 115/10
**maker [1]** 39/2
**makers [3]** 32/21 63/22 109/2
**makes [1]** 23/18
**making [8]** 44/10 58/3 62/3 85/3 85/23
92/3 92/7 103/9
**Malloy [5]** 13/11 13/17 75/7 75/8 77/6
**managers [4]** 33/17 33/24 68/16 86/21
**many [24]** 13/18 17/14 19/5 24/11 28/12
35/6 48/10 50/6 50/8 54/24 54/24 54/25
64/9 65/22 67/16 76/19 78/1 95/1 96/19
97/11 105/3 105/3 117/12 119/8
**Marci [1]** 9/25
**MARIE [1]** 2/3
**Marion [5]** 31/7 34/6 47/25 48/6 114/20
**MARK [1]** 3/11
**MARZIANI [1]** 3/8
**mask [1]** 22/8
**masse [2]** 86/5 86/17
**match [1]** 5/23
**matched [1]** 18/4
**material [2]** 21/4 24/5
**matter [14]** 49/10 53/14 67/20 71/22
71/25 72/9 72/25 77/23 85/1 96/11
96/21 97/1 114/17 120/5
**may [27]** 6/8 8/12 10/25 12/21 17/17
27/5 33/4 43/25 49/10 49/21 57/22
65/24 66/12 66/13 67/14 67/22 69/17
69/18 88/14 91/6 91/7 106/24 107/21
109/19 118/1 118/4 118/5
**May 2008 [1]** 107/21
**maybe [5]** 26/18 48/13 55/13 95/3 118/3
**mayor [8]** 43/1 43/2 43/3 43/3 44/6 44/6
46/2 113/17
**McCOMBS [2]** 2/11 7/21
**McConnell [17]** 11/17 13/9 54/21 57/12
92/21 92/21 93/15 93/19 94/3 94/21 99/3
99/17 101/20 101/25 117/24 118/4

**McCormick [3]** 45/13 49/22 113/13
**McGINLEY [2]** 1/15 6/23
**me [46]** 7/5 7/19 30/11 30/23 33/11 35/9
39/3 39/17 39/18 40/7 40/15 41/21
43/24 43/24 45/3 45/15 47/16 48/5 48/8
49/21 52/24 57/5 57/11 58/22 60/2
60/16 64/13 65/7 65/11 65/13 66/8
70/25 77/3 72/3 74/14 77/18 82/8 82/8
89/15 93/23 102/5 103/15 105/5 106/14
111/21 114/24 115/5
**mean [3]** 38/3 41/22 73/25
**meaningful [1]** 26/5
**means [3]** 80/4 81/20 101/17
**meant [2]** 96/2 96/14
**measure [1]** 16/24
**mechanical [1]** 3/24
**meet [4]** 20/15 22/3 22/17 23/25
**meeting [4]** 13/9 13/9 53/19 97/8
**meetings [6]** 49/9 95/1 95/5 95/7 96/9
97/11
**meets [1]** 24/2
**member [9]** 25/2 25/17 27/23 34/19
40/22 40/24 75/21 82/2 105/7
**members [26]** 11/14 20/20 40/13 42/6
55/19 75/17 77/1 86/15 92/3 93/3 94/19
96/10 96/12 96/16 96/19 96/23 97/9
102/12 103/6 103/22 103/23 104/10
106/1 106/1 106/2 118/24
**membership [2]** 105/23 106/7
**memory [1]** 50/12
**mentally [1]** 77/22
**mentioned [3]** 35/18 43/7 60/10 91/2
101/5 109/4 113/21 117/23
**merits [1]** 90/19
**met [1]** 24/8
**methods [1]** 47/10
**MEZA [2]** 2/3 7/11
**MICHAEL [4]** 1/15 2/10 6/23 7/20
**microphone [1]** 27/3
**mid [2]** 31/19 45/22
**mid-'90s [1]** 45/22
**mid-January [1]** 31/19
**middle [1]** 102/3
**Middleton [1]** 51/13
**Middleton's [1]** 51/16
**midwife [1]** 57/18
**might [2]** 9/17 53/22
**military [8]** 9/5 16/6 16/15 36/22 36/23
54/12 58/16 79/21
**MILLER [1]** 2/4
**million [1]** 16/11
**MIMI [1]** 3/8
**mind [1]** 39/4
**minds [1]** 63/23
**mine [2]** 58/23 105/3
**ministerial [1]** 86/16
**minorities [6]** 18/6 23/20 24/11 24/13
25/8 25/23
**minority [25]** 16/23 17/3 17/5 17/5 17/8
17/20 17/22 18/7 19/20 20/20 21/5 21/7
21/14 24/6 26/5 57/10 62/18 103/11
103/11 103/14 103/19 103/20 105/23
106/8 117/5
**minute [3]** 18/10 70/14 91/3
**minutes [1]** 70/18
**miss [1]** 64/2
**missed [1]** 109/20
**misspoke [1]** 30/23
**mistake [1]** 64/3
**Mitchell [3]** 75/20 75/21 77/6
**Mitchell's [1]** 75/23
**mitigate [6]** 9/17 56/18 56/22 58/8 72/4
72/8

mitigating [7] 9/19 58/11 59/13 61/17
61/19 63/5 72/2
mitigation [5] 10/7 13/5 14/3 14/5 14/19
mobile [1] 15/3
model [6] 32/14 61/18 109/10 109/15
109/17
modeled [4] 38/11 56/24 59/13 109/13
models [1] 109/1
modification [1] 87/6
modified [1] 83/14
modify [1] 69/15
moment [1] 106/14
Monday [3] 60/15 73/25 74/9
month [2] 12/22 90/24
months [1] 44/4
more [19] 17/4 19/5 20/17 20/23 21/12
23/6 23/11 24/7 32/19 36/2 36/21 37/1
52/23 54/10 54/10 57/22 57/22 67/7
72/11
morning [19] 5/2 6/12 6/13 6/16 6/20
6/22 7/1 7/4 7/7 7/8 7/10 7/12 7/13 7/16
7/17 8/3 8/5 8/9 20/12
most [4] 23/4 40/19 56/23 91/16
motion [6] 80/3 80/22 100/5 100/8
100/22 100/25
motivated [1] 22/4
motivation [1] 22/9
Motor [3] 54/7 54/14 95/24
Mount [1] 28/9
move [8] 8/10 27/1 67/1 76/13 76/14
78/18 85/6 112/19
Mr [7] 4/3 4/4 4/5 4/8 22/25 26/11 70/9
Mr. [14] 20/9 42/21 42/23 43/7 50/6
50/21 51/8 70/21 75/8 75/23 75/25 76/2
116/6 116/12
Mr. Bursey [1] 50/6
Mr. Bursey's [1] 50/21
Mr. Cato [2] 75/25 76/2
Mr. Coates [1] 70/21
Mr. Dawson [2] 116/6 116/12
Mr. Heard [1] 20/9
Mr. Hines [3] 42/21 42/23 43/7
Mr. Kringle [1] 51/8
Mr. Mitchell's [1] 75/23
Mr. Senator [1] 75/8
Mrs [2] 51/2 51/2
Mrs. [1] 51/2
Mrs. Daly [1] 51/2
Ms [20] 4/8 9/25 14/21 14/22 14/23
15/10 15/12 15/17 18/17 19/4 32/5 32/8
45/4 51/13 51/16 52/9 62/2 108/2 108/5
108/8
much [6] 28/7 49/19 63/19 73/3 99/4
109/23
mule [1] 90/18
multiple [1] 19/22
municipal [4] 79/20 87/24 88/24 98/7
municipality [2] 46/4 46/5
must [6] 8/22 11/2 47/6 71/5 71/8 73/5
my [26] 27/12 27/12 31/22 37/25 39/3
39/4 40/14 44/14 44/15 45/15 53/15
59/1 60/24 63/20 77/8 79/3 79/12 84/8
86/20 87/24 104/2 107/1 109/12 109/18
118/1 118/4
myself [3] 75/6 77/4 91/10

N

NAACP [1] 52/4
name [8] 7/22 27/10 27/12 43/1 50/2
50/14 53/9 107/1
names [3] 42/24 42/24 49/23
NANCY [1] 2/15 8/1

Nation's [1] 3/2
nationally [1] 52/4
Natural [1] 29/16
nature [3] 22/1 45/25 54/23
NBC [1] 41/6
NE [1] 3/6
near [1] 78/21
nearly [1] 16/24
necessarily [1] 91/17
necessary [7] 15/6 15/8 21/12 24/17
48/2 48/3 57/14
need [5] 5/14 5/16 68/3 71/23 74/3 74/4
97/12 106/21
needed [3] 82/6 103/3 114/22
needs [1] 84/4
neglect [1] 8/6
negotiate [1] 103/12
negotiating [1] 102/3
Network [3] 43/10 43/13 50/3
never [5] 74/12 80/14 82/7 86/17 95/25
nevertheless [1] 41/13
new [17] 2/14 3/10 3/13 9/6 24/17 38/19
42/25 42/25 45/13 79/12 79/14 80/9
80/9 83/7 84/25 91/8 114/15
news [5] 35/1 39/9 39/9 41/6 110/7
next [5] 12/20 14/9 38/19 74/15 98/9
nickname [1] 27/13
no [60] 1/3 8/22 9/10 9/12 10/11 19/9
19/10 19/11 23/12 23/13 33/8 36/11
52/13 53/3 53/5 60/16 61/8 66/6 70/7
71/12 71/13 74/12 78/6 78/10 80/16
81/10 81/22 82/3 82/5 84/15 86/6 86/7
87/1 89/10 89/23 90/17 94/24 97/3
99/20 102/23 104/10 105/10 105/24
106/9 106/13 106/15 110/4 110/20
110/24 111/3 111/6 112/6 112/14
113/16 113/20 115/10 115/17 116/23
117/9 117/15
no-excuse [1] 71/13
nominally [1] 21/21
nominate [1] 86/4
nominee [1] 105/4
non [1] 56/11
nonconcur [1] 94/18
none [2] 56/23 114/2
nongovernment [1] 34/23
nonwhite [9] 21/1 54/25 55/5 55/6 55/25
56/5 56/9 56/10 56/11
nonwhites [1] 56/12
norm [2] 9/13 96/13
normal [2] 36/25 109/22
normally [1] 83/5
North [3] 28/11 46/9 46/12
Norwood [1] 45/1
not [176]
notaries [5] 85/16 85/23 86/5 86/8 86/21
notarized [1] 85/13
notary [4] 85/13 86/13 86/18 86/19
note [1] 86/6
noted [1] 12/13
nothing [2] 55/15 79/11
notice [8] 10/2 15/1 35/10 49/5 49/6
53/8 53/13 62/23
noticed [2] 65/12 72/2
notified [1] 62/25
notify [2] 49/10 49/11
noting [1] 25/11
notorious [3] 91/16 91/17 114/15
notoriously [1] 69/14
novel [1] 58/8
November [1] 33/5
now [22] 5/20 9/11 10/10 11/16 11/19
12/23 15/20 16/11 19/3 36/5 41/21
44/16 44/24 53/21 60/2 65/7 66/4 66/5

73/18 84/16 86/23 89/5
nullified [1] 49/15
number [22] 5/10 11/23 11/25 13/13
15/23 17/14 18/11 20/19 34/5 34/5
48/13 54/3 85/5 87/10 88/17 88/18 89/9
93/21 93/22 100/18 110/7 117/20
numbered [1] 72/14
numbers [11] 5/21 5/22 5/25 17/4 17/11
18/10 54/5 56/3 69/25 88/8 119/8
numerous [2] 88/7 91/19
NW [1] 1/17 2/6 2/17 3/2 3/13 3/17
NY [2] 2/14 3/10

O

object [4] 5/15 5/17 82/3 105/12
objected [2] 82/4 82/5
objection [17] 9/22 10/21 10/23 11/1
13/7 39/22 59/14 59/15 60/7 61/2 80/15
80/16 85/9 85/20 100/17 112/17 115/15
objections [3] 5/14 5/18 5/25
objective [2] 66/6 94/14
objects [1] 100/15
obligations [1] 71/9
Observer [3] 46/9 46/11 113/22
obtain [3] 24/3 61/10 95/23
obtained [1] 63/15
obtaining [3] 10/25 57/2 59/6
obviously [1] 44/19
occasion [13] 28/16 30/19 31/24 34/20
35/10 35/25 37/11 42/15 53/18 54/16
72/18 77/10 84/12
occupation [1] 27/18
occupations [1] 27/18
occur [4] 39/18 40/8 45/25 53/23
occurred [2] 43/19 45/14
occurring [1] 113/2
occurs [2] 12/10 60/21
October [3] 91/2 91/6 92/2
of 2008 [2] 31/7 31/11
of 2009 [4] 12/7 31/19 32/17 32/18
of 2010 [1] 81/19
off [3] 99/1 115/4 115/5
offer [1] 69/17
offered [2] 87/25 110/15
office [21] 10/9 10/12 10/16 16/22 18/24
19/1 44/7 44/8 45/15 46/3 59/2 59/7
59/9 59/9 59/10 60/11 61/10 64/18
64/19 64/21 68/10
offices [5] 15/2 15/6 15/14 16/2 84/23
official [6] 3/16 15/18 45/23 74/10 94/15
113/13
officials [9] 15/14 31/5 31/22 33/19 41/9
43/2 47/25 66/8 114/22
often [2] 83/21 99/9
oftentimes [1] 103/13
Ohio [1] 67/11
okay [31] 33/7 33/13 38/7 48/8 52/9 55/8
56/8 56/16 59/12 59/24 64/13 67/1 70/8
74/25 77/1 78/17 80/23 81/9 82/8 87/10
89/14 91/25 100/4 100/21 102/8 107/20
112/1 112/21 113/13 118/9 119/14
old [1] 83/3
older [2] 57/21 63/8
omniscient [1] 63/23
once [3] 19/20 50/10 73/2
one [72] 8/22 8/25 9/3 9/19 11/21 14/12
14/22 15/24 17/16 20/8 23/1 23/3 25/14
25/17 25/21 27/6 33/16 33/18 33/21
34/5 34/15 37/4 40/19 42/24 42/24
43/15 44/9 44/12 44/14 47/13 48/25
56/23 58/20 59/11 61/1 61/5 61/23
66/13 67/9 67/9 69/1 71/8 72/5 73/2
73/7 74/17 80/15 80/15 81/7 82/2 82/3
82/5 82/15 83/13 87/5 88/23 89/8 91/17

**one... [14]** 91/17 92/8 92/9 93/21 94/17 94/17 99/12 100/15 101/5 104/17 104/18 105/7 105/10 112/25
**only [11]** 14/4 14/11 17/7 17/18 19/20 20/24 77/24 82/2 93/18 94/17 104/17
**open [8]** 48/16 48/18 48/21 48/23 49/4 65/8 89/15 89/18
**opening [5]** 4/3 4/4 4/5 20/7 20/10
**operate [1]** 15/3
**opinion [11]** 38/24 43/18 44/16 62/20 63/15 64/10 64/11 82/11 84/20 90/14 99/16
**opponents [3]** 12/23 13/3 13/10
**opportunities [1]** 37/1
**opportunity [12]** 19/19 19/25 34/15 37/3 53/2 81/22 82/1 82/2 82/4 91/23 92/2 99/13
**opposed [16]** 13/21 50/19 50/20 50/22 51/1 51/7 51/12 51/17 51/22 52/3 52/8 67/3 72/22 82/24 88/3 90/22
**opposition [3]** 26/15 69/20 81/10
**options [1]** 77/18
**or 2011 [3]** 88/2 90/21 97/5
**oral [1]** 22/21
**order [22]** 5/17 26/14 34/8 36/4 42/11 45/14 47/22 83/8 100/4 100/8 100/11 100/13 100/14 100/18 100/19 100/19 100/22 100/25 101/3 101/6 101/17 114/12
**organizations [4]** 43/15 49/13 52/14 52/21
**originally [2]** 12/10 62/18
**originated [1]** 73/3
**originating [1]** 72/25
**other [38]** 12/14 13/18 23/6 29/11 29/13 31/21 38/1 42/5 47/1 52/14 52/21 55/19 56/23 57/7 63/5 67/7 67/8 69/11 70/3 73/3 81/22 87/22 93/3 94/18 95/17 96/10 96/12 97/9 97/14 102/6 103/22 103/23 105/7 108/17 109/2 110/4 115/25 117/13
**others [2]** 11/22 41/22
**otherwise [1]** 16/8
**ought [4]** 68/11 85/1 90/25 91/9
**our [18]** 7/20 12/9 38/25 40/10 43/20 44/2 58/8 66/9 66/13 73/17 76/15 78/25 79/3 83/6 83/15 95/9 99/3 103/11
**out [32]** 15/12 18/8 26/7 31/17 36/25 42/1 63/3 63/17 66/11 66/12 66/12 66/13 66/14 70/16 71/9 73/2 73/16 73/17 77/22 88/23 89/8 91/5 91/12 91/20 94/16 95/16 95/19 96/2 98/1 104/6 107/23 117/16
**outcome [3]** 41/5 41/10 44/11
**outrage [1]** 42/7
**outreach [3]** 61/24 61/25 62/16
**outside [3]** 64/12 97/2 97/8
**over [20]** 10/9 34/12 39/8 41/12 46/13 57/25 58/4 63/9 64/13 66/8 72/19 79/5 80/17 81/5 81/13 83/24 84/3 93/8 94/16 98/8
**overall [1]** 18/5
**overseas [3]** 36/22 36/24 37/2
**overview [1]** 107/16
**overwhelming [1]** 25/15
**own [5]** 21/24 27/21 44/2 70/16 103/6

**P**

**P.M [1]** 119/19
**page [4]** 1/7 4/2 4/7 111/17 111/24 118/9
**paid [1]** 42/11

**Palms [3]** 27/15 27/16 28/8
**paper [2]** 47/7 64/21
**parity [1]** 33/23
**part [10]** 5/15 5/16 5/17 10/10 15/9 22/4 30/11 39/3 80/22 106/12
**participate [4]** 21/15 96/9 97/5 97/7
**participating [2]** 6/18 78/8
**participation [1]** 72/9
**participations [1]** 11/13
**particular [8]** 40/17 49/9 53/14 64/5 69/17 73/19 86/16 91/1
**particularly [3]** 5/6 34/13 103/10
**parties [2]** 81/4 81/7
**partisanship [1]** 25/22
**parts [1]** 109/7
**party [16]** 33/22 44/17 49/25 50/16 51/19 75/21 102/13 103/7 103/11 103/13 103/14 103/16 103/20 105/17 105/17 116/4
**party's [1]** 44/21
**pass [12]** 12/3 14/17 38/18 38/20 72/14 73/5 80/16 89/7 89/9 99/13 100/23 100/23
**passage [3]** 11/18 14/1 20/22
**passed [38]** 11/25 12/1 12/21 13/4 13/18 14/1 14/9 19/14 25/2 31/14 32/23 36/15 38/5 38/5 38/17 55/16 64/23 73/16 73/17 80/7 80/24 86/6 87/5 89/6 89/8 89/10 89/12 94/1 101/15 104/15 104/16 104/22 105/7 105/8 105/9 105/11 109/12 114/25
**passenger [1]** 27/21
**passes [1]** 73/2
**passing [2]** 73/8 98/24
**passion [1]** 40/25
**passport [5]** 9/5 16/15 54/12 58/16 79/21
**passports [1]** 16/5
**past [1]** 102/7
**Patricia [1]** 51/18
**pay [3]** 66/12 66/13 71/23
**Peachtree [1]** 2/17
**peer [1]** 45/15
**peers [1]** 44/14
**penalties [1]** 112/7
**pending [2]** 112/16 116/16
**Pennsylvania [1]** 2/6
**Penology [1]** 29/17
**people [32]** 20/7 23/8 25/4 39/2 42/6 46/13 49/4 49/21 49/23 51/24 54/5 57/13 57/16 57/21 58/3 60/3 61/22 62/8 67/8 67/8 67/18 68/7 68/22 68/23 74/4 74/7 78/7 83/4 83/5 84/3 113/1 115/4
**per [1]** 24/15
**perceive [1]** 43/22
**percent [25]** 16/14 16/16 16/24 17/1 17/5 17/6 17/7 17/8 17/8 17/19 17/21 17/22 17/23 17/24 19/4 19/6 55/3 55/6 55/7 56/4 56/6 56/11 56/13 78/4 78/11
**percentage [4]** 17/21 21/1 55/4 55/22
**Perfect [1]** 119/18
**perform [2]** 86/17 86/17
**perhaps [5]** 31/18 33/10 64/4 69/17 85/1
**period [46]** 28/20 29/9 29/20 29/25 30/2 30/6 33/4 33/16 36/6 39/7 39/19 40/9 43/19 45/18 47/15 48/9 49/23 52/22 56/16 60/13 60/14 61/11 63/7 65/17 75/2 75/2 76/11 76/15 76/17 77/2 79/7 79/8 79/9 79/16 81/16 83/20 90/8 90/15 91/7 95/17
**period 2009 [1]** 29/20
**permanent [2]** 68/20 94/11
**permissible [3]** 67/4 88/7 96/7

**permission [1]** 107/3
**permit [2]** 93/3 98/15
**permits [4]** 36/22 36/24 70/7 100/10
**permitted [2]** 54/11 110/3
**person [27]** 9/1 11/6 23/19 32/3 40/9 40/9 47/8 47/8 50/2 53/8 53/12 60/2 60/23 60/24 61/3 61/4 64/18 64/20 64/22 65/5 68/13 75/15 77/19 81/8 89/21 110/18 110/22
**personally [2]** 87/3 102/1
**persons [9]** 10/9 16/4 32/3 38/8 40/7 40/10 47/18 50/14 77/20
**perspective [3]** 111/9 111/14 112/12
**persuade [1]** 76/10
**pertained [3]** 36/7 72/16 95/13
**pertaining [1]** 30/17
**Peter [2]** 7/21 7/21
**Pew [2]** 37/7 37/9
**Phil [1]** 75/6
**photo [118]** 9/1 9/3 9/4 9/5 9/9 9/12 9/13 9/20 10/4 10/8 10/8 10/11 10/15 10/18 10/19 10/24 11/24 11/25 13/6 13/13 13/16 13/23 15/3 15/4 15/5 15/25 16/1 16/17 16/21 16/22 17/11 18/25 19/2 19/5 20/16 20/18 21/2 21/4 21/12 21/22 21/23 22/11 24/3 24/24 25/8 29/8 29/19 30/5 30/17 34/1 34/3 34/6 34/8 38/23 42/17 45/17 46/7 47/17 48/12 48/21 49/15 49/25 50/19 50/25 51/11 51/21 51/25 52/5 52/12 52/19 53/1 53/9 53/19 53/23 54/11 55/15 56/18 58/4 60/25 61/13 62/7 62/21 65/11 65/16 65/18 67/3 69/21 71/15 72/3 72/16 78/18 81/18 82/12 82/23 83/17 84/17 84/22 85/7 89/5 92/20 97/6 99/7 99/13 100/5 101/14 102/14 103/23 104/11 104/14 104/21 104/23 105/6 105/19 105/20 105/25 106/4 106/12 114/11
**photograph [7]** 9/7 58/18 58/20 58/21 58/25 61/5 79/22
**photographed [2]** 10/24 59/15
**phrase [2]** 41/11 81/1
**physically [1]** 77/21
**picking [2]** 65/24 106/23
**picks [1]** 64/8
**picture [7]** 83/7 83/22 84/3 84/6 84/7 84/9 84/14
**pieces [1]** 105/3
**place [6]** 47/22 61/12 67/19 67/20 100/8 115/2
**placed [6]** 34/25 42/24 42/25 58/11 69/21 100/17
**placing [1]** 61/15
**plaintiff [2]** 6/8 8/13
**Plaintiffs [3]** 1/4 1/14 4/7
**planning [2]** 31/10 33/8
**plans [3]** 14/20 15/10 15/11
**play [1]** 83/11
**played [1]** 106/11
**Pleasant [1]** 28/9
**please [7]** 6/5 8/12 27/5 27/10 66/20 88/10 111/10
**pledge [1]** 28/24
**PLLC [1]** 1/16
**Plus [1]** 2/4
**point [15]** 1/20 5/14 7/15 19/18 32/16 55/6 70/10 70/10 70/11 81/10 82/15 87/5 88/22 91/5 94/23
**polarized [1]** 25/13
**policy [17]** 67/20 82/19 83/6 83/10 84/2 85/1 114/17
**political [22]** 13/19 14/14 15/22 21/15 87/22 88/6 88/6 88/8 88/8 88/12 88/21 88/23 89/1 89/3 92/12 92/13 92/14

**political...** [5] 92/15 92/17 92/18 98/8 105/1
**politics** [1] 25/19
**poll** [8] 11/7 33/17 33/24 60/23 68/16 68/17 68/22 86/21
**polls** [9] 23/19 67/5 85/16 85/24 86/8 110/13 110/19 113/19 113/25
**population** [5] 56/5 56/6 56/9 56/13 113/3
**portion** [2] 28/11 118/11
**portions** [2] 28/5 28/7
**position** [18] 32/5 50/21 50/25 51/11 51/16 51/21 52/12 52/15 52/16 52/18 65/17 71/14 72/13 90/5 91/4 92/16 92/24 102/18
**positions** [3] 51/6 52/2 56/17
**POSNER** [1] 3/11
**possess** [6] 15/24 16/14 16/17 21/8 25/9 61/8
**possessed** [1] 55/1
**possession** [1] 9/13
**possible** [2] 25/10 109/23
**posted** [2] 49/7 49/7
**potential** [1] 9/17
**POTENZA** [2] 1/16 6/19
**poverty** [1] 24/15
**power** [2] 103/12 103/13
**practice** [5] 36/25 53/15 53/18 68/1 96/18
**pre** [2] 16/2 16/18
**pre-clearance** [1] 16/2
**pre-preclearance** [1] 16/18
**precedent** [1] 99/11
**precincts** [1] 65/8
**precious** [1] 19/23
**precisely** [1] 26/8
**preclear** [1] 20/4
**preclearance** [10] 9/24 10/12 16/16 16/18 16/19 16/21 22/23 26/8 67/2 95/20
**precleared** [13] 9/2 9/8 10/10 12/4 14/24 17/10 18/23 38/12 38/13 66/5 66/23 85/16 108/24
**preclears** [1] 84/17
**predominantly** [4] 69/7 69/8 69/9 69/9
**prefile** [3] 33/5 33/7 33/8
**prefiled** [2] 87/13 87/14
**prefiling** [5] 31/11 31/16 33/1 33/4 33/9
**prepared** [2] 14/24 14/25
**present** [8] 1/22 8/23 12/25 30/4 38/4 76/24 85/5 92/22
**presented** [6] 26/20 54/16 55/9 55/12 55/18 106/20
**presenting** [2] 9/12 11/6
**presently** [2] 27/23 92/23
**preserve** [1] 5/17
**president** [4] 35/16 54/21 80/3 92/25
**presidential** [2] 11/20 12/25
**press** [10] 39/8 39/10 42/5 42/6 43/14 48/18 48/23 67/16 67/23 89/18
**pressure** [1] 102/17
**pressures** [2] 102/12 102/16
**pretexts** [1] 22/8
**pretty** [4] 43/2 49/19 95/9 95/10
**prevailed** [2] 95/18 96/2
**prevent** [3] 8/18 18/13 26/9
**prevented** [1] 25/16
**prevention** [1] 22/6
**prevents** [2] 10/25 57/2
**previous** [5] 31/23 31/23 53/13 112/8 114/14
**previously** [6] 28/17 42/1 87/5 111/7

**Primarily** [1] 72/9
**primary** [16] 30/14 40/20 40/21 41/6 41/7 41/12 44/18 44/22 45/2 45/4 45/10 45/13 91/16 94/19 94/19 113/7
**principle** [4] 64/5 64/9 83/10 83/15
**printed** [1] 39/9
**prior** [19] 20/22 28/15 30/24 31/3 37/15 37/20 37/25 47/16 53/8 66/6 74/15 74/23 76/5 76/7 76/12 87/7 104/14 107/10 107/19
**prison** [1] 23/24
**pro** [3] 54/21 80/3 92/25
**probably** [10] 36/2 40/14 40/19 43/4 44/12 56/13 56/23 57/20 67/7 72/8
**problem** [2] 86/18 88/20
**problematic** [1] 103/5
**problems** [11] 37/18 37/24 45/19 46/9 63/16 89/3 92/14 95/18 95/19 95/24 98/2
**procedural** [2] 22/13 73/7
**procedurally** [1] 73/4
**procedure** [2] 100/4 101/6
**procedures** [1] 98/15
**proceed** [3] 6/2 8/9 106/24
**proceedings** [4] 3/24 5/15 5/17 120/4
**process** [31] 8/19 11/10 12/17 21/15 31/3 32/25 34/9 34/11 34/16 38/22 39/6 49/4 61/24 72/21 73/4 87/7 99/9 103/21 105/25 107/8 108/14 109/9 109/19 109/21 111/4 112/4 114/12 117/6 117/7 117/8 117/18
**produced** [1] 3/24
**Professor** [7] 15/21 15/23 16/3 16/6 16/12 17/14 17/25
**program** [3] 10/1 61/12 61/15
**Progressive** [3] 43/10 43/13 50/3
**prominent** [1] 40/19
**promise** [2] 101/23 101/24
**promised** [1] 42/10
**prong** [2] 24/1 24/19
**proper** [2] 13/24 80/25
**properly** [1] 83/9
**proponent** [2] 98/22 99/5
**proponents** [1] 116/24
**proposals** [1] 99/12
**prosecute** [1] 47/21
**prosecuted** [2] 43/8 47/19
**prosecution** [2] 43/11 45/21
**protection** [6] 26/5 58/2 63/12 63/16 63/20 88/14
**protections** [1] 100/24
**prove** [2] 24/8 24/20
**provide** [23] 15/1 15/4 15/5 26/5 37/1 48/25 57/25 62/23 64/17 73/18 79/15 79/18 85/7 85/20 86/3 86/20 88/14 98/17 98/17 99/8 100/15 116/6 116/12
**provided** [5] 16/7 54/23 85/23 99/6 99/7
**provides** [5] 36/21 62/8 70/3 82/9 101/5
**providing** [2] 85/15 86/7
**provision** [36] 10/7 13/15 14/4 14/5 14/11 21/21 31/9 31/10 31/21 33/25 34/3 47/10 51/7 56/25 57/1 57/3 58/8 58/14 59/21 63/8 66/4 70/4 71/5 71/20 74/20 76/19 79/15 82/14 86/7 86/7 90/13 91/22 95/21 103/4 104/21 104/21
**provisional** [8] 9/21 10/13 10/15 10/17 11/2 14/6 41/25 59/18
**provisions** [21] 9/17 9/19 13/5 14/3 14/5 14/19 21/20 25/7 31/21 34/24 36/3 36/4 62/8 62/21 62/23 63/5 80/11 96/25 102/3 102/6 103/2
**proximity** [1] 91/12
**pseudo** [3] 95/22 98/3 103/4

**public** [22] 8/18 11/9 15/4 34/16 39/24 40/6 40/13 42/6 45/16 48/21 49/1 49/5 49/5 49/6 49/14 62/16 71/21 71/22 72/10 82/19 85/13 89/16
**public's** [3] 39/19 39/23 43/20
**purported** [1] 22/5
**purportedly** [1] 21/20
**purpose** [23] 11/5 11/5 11/9 19/8 19/10 22/4 22/19 24/21 24/25 25/11 25/21 25/22 25/24 26/7 33/13 34/2 34/4 61/15 62/5 82/22 88/13 88/15 88/17
**purposeful** [1] 25/23
**purposes** [7] 8/16 11/13 33/13 34/3 65/19 69/13 69/16
**pursuant** [1] 100/9
**put** [20] 10/5 16/8 25/17 31/14 49/11 49/14 56/20 56/22 57/12 58/14 63/13 69/12 70/14 87/23 87/25 94/13 95/16 96/3 98/1 100/13
**putting** [3] 31/5 89/1 100/11

**Q**

**qualified** [1] 41/2
**quest** [1] 86/24
**question** [7] 40/3 40/8 92/15 111/18 112/16 115/11 115/15
**questions** [3] 19/7 57/6 106/15
**quickly** [2] 36/21 71/1
**quite** [1] 5/10
**quorum** [2] 97/13 97/13
**quote** [4] 11/6 11/7 22/1 22/1

**R**

**R-U-O-F-F** [1] 50/23
**R54** [70] 8/17 9/2 9/7 9/16 10/10 11/5 11/8 11/12 11/18 13/5 13/21 13/24 14/6 14/9 14/10 14/20 14/24 15/6 15/10 15/20 16/10 16/18 17/1 17/10 17/15 17/19 18/12 18/15 18/23 19/2 19/7 19/9 19/12 19/12 19/14 19/20 20/4 20/19 21/3 21/13 21/20 22/3 22/6 22/18 22/24 23/3 23/6 23/7 23/10 24/5 24/11 24/14 24/20 25/2 25/6 25/21 26/8 26/8 66/5 66/21 67/4 82/9 84/17 85/6 110/25 111/4 111/14 111/19 112/3 112/13
**R54's** [5] 12/17 17/12 20/15 21/4 21/22
**race** [12] 15/23 17/5 17/19 25/19 41/15 41/22 75/23 91/15 91/18 105/5 105/22 106/7
**racial** [4] 13/19 18/6 20/20 56/1
**racially** [2] 25/13 106/11
**raise** [2] 53/16 115/6
**raised** [1] 13/3
**ran** [2] 28/25 29/1
**ranking** [1] 41/9
**rarely** [1] 22/13
**rate** [1] 18/8
**Rawl** [2] 40/21 40/21
**reach** [1] 97/17
**reached** [2] 98/10 102/11
**reaching** [1] 34/24
**reaction** [1] 12/24
**read** [20] 31/8 34/14 34/20 35/1 35/4 35/4 35/12 35/25 36/3 42/6 43/23 107/13 107/15 107/16 107/16 107/17 109/7 111/17 112/2 118/12
**reading** [5] 30/20 32/10 61/20 65/12 107/10
**ready** [3] 8/9 103/25 104/1
**real** [3] 27/22 32/20 32/20
**really** [18] 41/4 44/10 47/7 57/24 65/24 82/13 86/18 88/8 88/19 89/2 89/3 93/24 94/1 95/25 96/1 98/24 101/20 102/7
**reason** [12] 23/15 71/3 71/6 71/18 88/24

**reason... [7]** 90/10 94/17 94/19 94/20 102/25 103/1 106/10
**reasonable [20]** 9/21 10/21 10/24 13/7 24/6 57/1 57/2 57/6 58/5 58/6 60/7 61/1 63/18 63/25 64/2 64/5 64/11 85/8 85/19 88/22
**reasoning [1]** 91/9
**reasons [8]** 22/5 71/7 71/8 71/19 90/10 94/17 94/18 102/20
**reauthorizing [1]** 26/1
**rebuffed [1]** 90/16
**recall [25]** 35/4 35/4 37/6 37/10 38/1 41/6 41/12 42/19 43/9 50/7 52/7 52/14 53/20 54/20 57/11 63/6 76/21 76/21 91/13 91/14 97/11 98/25 108/8 108/11 119/7
**receive [7]** 9/9 47/15 47/17 49/15 53/21 102/8 117/19
**received [7]** 33/18 46/15 54/1 54/2 68/16 118/17 118/25
**receiving [2]** 15/15 102/12
**recent [3]** 26/4 30/20 34/12
**recently [1]** 23/9
**recess [4]** 70/18 70/19 70/20 119/19
**recognition [1]** 79/18
**recognize [2]** 87/18 118/15
**recognized [2]** 9/15 26/3
**recognizing [1]** 88/3
**recollection [2]** 50/13 77/8
**recommendation [2]** 35/14 62/18
**recommendations [1]** 11/23
**record [8]** 5/11 5/16 6/6 18/13 22/5 27/10 74/6 120/4
**recorded [1]** 3/24
**records [2]** 62/9 62/24
**red [1]** 43/5
**reelection [2]** 28/23 28/25
**referred [2]** 35/18 72/22
**referring [4]** 35/20 39/13 40/17 103/21
**refine [1]** 109/21
**reflect [2]** 83/18 83/19
**reform [2]** 11/19 11/23
**refute [1]** 13/1
**regard [6]** 21/18 55/24 56/21 99/22 111/4 114/18
**regarding [5]** 15/23 80/11 94/14 110/7 110/11 110/12 113/22 119/8
**regards [3]** 33/23 66/7 97/16
**register [1]** 38/9
**registered [29]** 8/23 9/8 10/3 15/24 16/4 16/8 16/11 16/16 16/25 17/18 18/20 18/21 19/25 20/17 21/1 43/4 46/14 46/21 54/24 54/25 54/25 55/3 58/15 62/9 62/14 62/24 67/15 68/25 117/20
**registers [1]** 9/9
**registrant [1]** 47/12
**registration [31]** 9/2 9/6 9/7 10/11 10/19 13/6 16/22 18/23 18/24 23/20 42/22 43/1 46/9 47/4 47/5 47/12 58/12 58/18 58/20 58/24 59/6 59/7 59/10 61/5 69/3 79/23 84/16 84/22 84/25 85/4 113/22
**regularly [2]** 24/21 103/9
**reintroduced [1]** 38/21
**rejected [1]** 82/16
**rejecting [1]** 83/11
**relationships [1]** 102/1
**relay [1]** 40/14
**reliability [2]** 37/20 69/12
**reliable [1]** 69/15
**religious [10]** 9/22 10/21 10/23 13/7 59/14 59/15 60/7 61/2 85/9 85/20
**remember [34]** 30/25 48/10 49/23 50/2

50/6 50/8 50/11 50/14 50/18 50/21 50/23 50/25 51/2 51/6 51/8 51/11 51/13 51/16 51/18 51/21 52/2 52/21 52/23 54/19 54/22 55/10 75/17 84/7 86/8 90/20 92/6 95/3 95/5 95/12
**remind [1]** 5/12
**removed [7]** 44/7 44/8 46/2 58/4 82/20 98/3 100/17
**rendered [1]** 49/6
**rephrase [1]** 40/3
**replaces [1]** 23/10
**report [26]** 12/14 15/17 35/11 35/13 63/8 76/25 77/13 77/16 78/13 78/15 78/24 79/3 79/12 79/14 80/2 80/9 80/10 80/25 81/1 81/24 97/3 97/19 98/11 98/16 98/24 99/6
**reported [1]** 46/11
**Reporter [2]** 3/16 3/16
**reports [3]** 34/23 39/8 46/8
**represent [3]** 28/3 28/4 28/13
**Representative [8]** 11/15 41/11 41/16 75/21 77/4 77/5 77/6 92/6
**representatives [4]** 28/18 40/23 75/5 106/2
**represented [1]** 68/13
**representing [4]** 27/7 50/3 86/16 107/1
**represents [2]** 17/1 41/14
**Republican [7]** 25/17 33/22 49/25 75/14 102/13 105/17 116/4
**Republicans [6]** 72/11 75/25 91/25 92/4 92/5 93/13
**request [8]** 22/23 54/19 80/7 80/8 80/11 81/2 105/15 118/3
**requested [4]** 33/23 52/25 53/13 117/24
**require [8]** 37/14 37/25 82/22 84/22 85/7 85/9 85/10 85/11
**required [5]** 20/7 20/18 21/2 35/15 78/11
**requirement [21]** 10/6 13/8 13/23 20/16 21/4 22/11 34/7 34/8 56/19 58/4 61/8 61/16 62/25 64/24 65/25 66/3 84/18 84/21 99/7 99/8 114/12
**requirements [5]** 11/24 21/23 61/13 67/18 81/18
**requires [5]** 8/25 9/23 36/24 71/3 85/11
**requiring [2]** 84/5 99/11
**research [5]** 21/14 107/10 108/14 116/6 116/9
**researched [1]** 92/13
**reservations [1]** 63/11
**reserve [1]** 20/8
**reserving [1]** 23/1
**reside [2]** 27/14 27/15
**resident [2]** 68/21 94/11
**residents [1]** 28/12
**resistant [1]** 87/21
**resolution [2]** 80/12 80/12
**resolve [1]** 96/15
**resoundedly [1]** 41/3
**resources [2]** 21/9 29/16
**respect [4]** 25/25 25/11 112/4 113/7
**respectfully [1]** 20/3
**respective [2]** 76/25 98/12
**respond [1]** 91/23
**response [2]** 37/16 108/9
**responsibility [3]** 19/24 19/24 20/1
**responsive [1]** 39/3
**rest [1]** 35/3
**restate [1]** 111/10 111/10
**restrictive [2]** 23/4 23/6 25/1 25/10
**result [5]** 22/16 25/25 41/7 55/2 78/7
**results [4]** 25/18 37/13 37/19 44/21
**resume [2]** 70/22 119/17
**Retired [1]** 51/24

**retrogressive [2]** 20/17 21/24
**revelation [1]** 91/16
**revelations [3]** 91/3 91/12 91/24
**review [2]** 35/12 108/11
**reviewed [1]** 36/4
**revised [1]** 5/19
**revisit [1]** 81/22
**RICHARD [2]** 2/1 7/5
**Richland [3]** 18/24 46/4 46/5
**right [38]** 6/24 7/25 8/8 19/12 19/14 19/23 19/23 20/6 20/11 26/11 26/17 31/2 35/7 35/18 38/23 54/10 57/5 60/19 61/12 63/5 65/7 76/1 76/3 76/24 98/14 106/16 106/22 108/4 108/15 108/22 110/1 113/11 113/23 116/5 118/12 118/16 119/3 119/10
**Rights [9]** 2/5 3/12 19/11 22/18 24/1 25/24 26/1 26/5 26/9
**rise [1]** 70/17
**risks [1]** 23/24
**role [2]** 6/10 6/18
**roles [1]** 7/14
**roll [2]** 16/6 16/9
**rolls [3]** 46/12 68/23 74/3
**room [2]** 3/17 69/1
**row [1]** 7/21
**RPR [3]** 3/16 120/3 120/9
**rule [5]** 96/18 100/9 100/25 101/5 101/8
**ruled [1]** 24/4
**rules [7]** 78/2 100/9 100/10 100/10 100/14 100/25 103/11
**ruling [2]** 12/12 45/5
**rulings [1]** 45/8
**run [1]** 28/23
**running [1]** 104/6
**Ruoff [1]** 50/23
**rural [1]** 57/22
**rushed [2]** 103/23 103/25
**rushing [1]** 104/2

**S**

**S.1 [1]** 87/12
**S.334 [9]** 107/9 107/11 107/25 108/5 110/2 114/6 116/10 117/3 117/11
**Sabbath [1]** 74/11
**safeguards [1]** 19/14
**said [4]** 41/8 47/25 66/9 118/8
**sake [1]** 91/1
**same [15]** 5/25 10/18 12/22 14/10 21/8 24/12 56/2 68/25 68/25 72/25 73/6 83/10 83/15 84/14 97/1
**Sanford [2]** 44/7 45/13
**Saturday [1]** 74/14
**saw [2]** 34/14 40/9
**say [8]** 39/4 39/11 57/6 60/24 63/7 66/15 104/10 119/16
**saying [2]** 82/24 105/11
**says [3]** 60/24 66/9 70/4
**SC [2]** 1/20 2/22
**scale [1]** 16/9
**scheme [1]** 47/11
**school [5]** 19/3 34/17 34/18 67/10 69/17
**science [2]** 15/22 21/14
**Scott [4]** 13/11 13/18 93/10 93/11
**screen [2]** 118/12 119/13
**scrutinize [1]** 66/16
**scrutiny [2]** 64/8 113/2
**SEAN [2]** 2/12 7/19
**seat [1]** 41/3
**SEC [3]** 116/21 116/25 117/20
**second [10]** 10/7 11/9 24/19 33/3 57/24 66/20 90/17 103/1 105/9 105/11
**secretary [3]** 35/17 46/18 67/17
**section [6]** 2/6 22/17 24/19 66/21 67/4

**section...** [1] 95/20
**secure** [1] 62/17
**security** [1] 23/22
**see** [7] 12/9 68/24 79/5 79/13 118/23
119/4 119/12
**seek** [1] 28/25
**seemed** [2] 18/5 61/19
**seen** [1] 95/25
**selecting** [1] 49/4
**SELLS** [2] 2/7 7/15
**Senate** [138]
**Senate's** [1] 104/20
**Senator** [63] 11/16 11/16 13/8 13/21
26/20 27/1 27/14 28/16 35/9 40/15
43/24 44/3 44/15 44/15 44/23 44/24
45/3 45/5 45/9 45/16 48/20 52/24 57/11
70/22 70/25 75/6 75/6 75/8 75/14 77/4
80/4 80/15 81/10 92/21 93/10 93/11
93/19 94/21 99/3 99/5 99/16 100/15
101/20 101/25 103/16 104/23 104/24
105/2 105/18 107/8 110/6 111/16
111/24 112/8 115/3 115/11 115/20
116/15 117/3 117/24 118/7 118/13
118/15
**Senatorial** [1] 28/3
**Senators** [4] 13/11 13/17 86/15 104/13
**send** [4] 63/4 79/5 79/12 80/10
**sending** [1] 79/25
**sends** [1] 63/3
**sense** [4] 8/24 52/7 85/17 104/9
**sent** [6] 73/6 80/17 80/19 94/16 118/24
119/2
**sentenced** [1] 44/4
**sequestration** [1] 26/14
**series** [1] 119/8
**serve** [7] 28/16 28/20 29/3 29/11 29/15
35/5 40/23
**served** [9] 28/18 29/5 29/19 29/24 30/2
30/23 33/14 44/4 101/25
**serving** [1] 31/3
**session** [11] 1/6 14/9 31/12 32/19 55/14
78/22 80/13 104/4 104/8 104/9 107/21
**sessions** [1] 12/20
**set** [3] 17/18 44/21 45/4
**setting** [1] 44/17
**seven** [5] 76/12 76/14 76/17 77/2 79/9
**several** [16] 13/4 23/24 25/7 30/22 33/15
39/5 50/7 56/20 56/22 57/24 65/23
67/23 96/3 98/5 102/20 103/2
**sewer** [1] 88/14
**share** [2] 39/2 40/24
**she** [22] 8/7 10/25 14/24 15/7 15/14
18/18 18/19 18/21 18/22 18/24 19/2
41/24 45/10 45/11 51/17 51/22 52/12
52/15 52/16 52/18 52/20 70/6
**She's** [2] 18/20 32/6
**sheet** [2] 53/6 53/10
**sheets** [1] 53/7
**Sheheen** [2] 104/24 105/2
**shepherded** [1] 36/15
**shoe** [1] 41/3
**shoe-in** [1] 41/3
**Shoopman** [3] 75/6 75/14 77/4
**shopping** [1] 65/24
**short** [1] 8/10
**shortly** [3] 12/11 12/12 12/18
**shot** [1] 82/7
**should** [7] 52/19 62/20 65/18 92/12
97/14 97/14 103/7
**shouldn't** [1] 92/18
**show** [15] 8/15 8/21 8/25 9/3 11/8 13/2
13/16 14/16 16/23 19/9 21/3 22/5 24/7

31/13 62/9
**showed** [1] 24/5
**showing** [3] 17/17 22/3 24/2
**shown** [1] 23/19
**shows** [2] 18/13 23/18
**shut** [2] 99/1 99/2
**sick** [1] 41/9
**sides** [1] 106/17
**sign** [7] 53/6 53/7 53/9 79/1 79/4 79/12
80/9
**sign-in** [3] 53/6 53/7 53/9
**signature** [3] 79/2 81/25 102/25
**signed** [7] 12/22 24/22 53/11 53/16
79/14 81/24 85/7
**significant** [4] 23/24 56/23 103/11 112/6
**significantly** [1] 90/14
**signing** [1] 60/6
**similar** [2] 87/3 87/4
**similarly** [1] 46/18
**simple** [3] 48/2 62/15 100/24
**simply** [5] 58/6 59/16 73/10 86/14
105/11
**since** [4] 11/20 29/6 34/13 67/1
**sine** [1] 80/11
**single** [4] 18/14 23/6 23/14 23/23
**sir** [9] 27/11 29/22 31/2 35/18 36/10
38/23 61/12 66/20 88/11
**sit** [2] 77/21 78/8
**situation** [1] 67/23
**six** [4] 13/20 28/19 33/20 104/19
**slight** [2] 19/5 87/6
**slot** [3] 100/9 101/3 101/17
**slots** [1] 100/19
**slow** [1] 103/19
**small** [1] 23/23
**smaller** [1] 17/15
**so** [100] 5/10 5/14 5/16 5/25 6/2 9/16
16/15 17/11 17/19 18/23 27/3 31/12
31/16 31/18 32/21 33/11 33/21 34/9
37/25 38/20 39/5 41/8 42/7 44/9 45/1
47/9 49/14 54/8 55/14 55/16 56/11
56/14 57/22 58/4 60/6 60/18 62/16
63/13 63/17 66/5 67/23 68/6 68/14
70/15 73/7 73/8 73/11 74/13 75/1 76/13
76/23 78/12 78/23 79/3 79/12 80/24
81/9 81/25 82/19 83/4 83/5 83/10 83/14
84/2 84/12 86/5 86/23 87/9 88/13 88/13
88/19 88/20 88/22 89/11 90/16 90/18
91/21 94/16 96/2 96/2 96/16 97/11
99/13 99/14 100/3 102/25 103/13 104/9
106/18 106/22 109/7 109/23 111/3
111/18 112/3 112/11 114/17 115/5
117/9 117/17
**social** [1] 21/13
**socioeconomic** [1] 21/9
**some** [64] 7/15 9/15 12/1 12/23 16/14
16/16 21/5 24/6 27/22 31/4 31/4 31/21
32/13 32/24 33/18 33/23 34/20 35/1
35/10 37/18 37/19 39/14 39/16 40/12
40/13 40/15 41/1 41/21 43/24 46/14
46/19 48/8 49/21 54/2 57/19 58/1 63/9
63/11 63/16 70/3 71/23 78/10 80/11
83/5 85/17 85/20 88/18 89/3 91/18
92/15 96/15 97/18 97/19 98/19 98/19
99/18 101/25 102/5 103/20 103/21
107/10 108/14 115/1 115/24
**someone** [10] 42/1 47/21 57/1 58/7 71/9
84/24 85/3 85/19 94/10 110/14
**someone's** [1] 66/7
**something** [7] 30/23 46/20 52/17 55/6
64/2 64/12 71/22 72/10 74/2 80/13
84/25 85/2
**somewhat** [1] 56/24
**somewhere** [2] 55/2 67/22

**sooner** [1] 36/25
**sorry** [3] 38/3 56/14 65/3
**sought** [1] 22/11
**SOUTH** [139]
**speak** [11] 7/18 27/2 39/23 39/24 41/16
53/2 53/11 53/15 53/17 53/17 77/22
**Speaker** [1] 11/15
**speaking** [7] 5/11 6/10 6/18 7/14 8/7
41/18 48/5
**special** [16] 88/13 88/15 88/17 100/4
100/8 100/11 100/13 100/14 100/18
100/18 100/19 100/21 100/25 101/2
101/6 101/17
**specific** [2] 40/8 86/7
**specifically** [9] 34/1 35/9 48/12 48/13
50/7 54/22 55/10 88/2 91/14
**specifies** [1] 67/4
**speculative** [1] 22/1
**spent** [1] 104/1
**SPITZER** [1] 3/1
**sponsor** [1] 30/14
**sponsored** [1] 13/17
**spring** [1] 81/19
**squelch** [1] 22/14
**staff** [9] 31/25 32/6 33/10 49/10 49/11
88/17 106/3 107/16 108/2
**stand** [2] 63/14 66/15
**standalone** [1] 14/17
**standard** [1] 94/9
**standards** [1] 23/8
**stands** [1] 70/17
**stark** [1] 25/14
**start** [4] 5/3 106/19 111/22 119/15
**started** [4] 32/19 43/5 90/15 107/23
**starting** [2] 32/15 105/18
**state** [69] 1/3 6/3 6/8 8/13 8/22 9/23
11/13 11/21 14/15 15/15 15/21 20/1
20/3 20/21 21/19 23/25 24/20 24/22
26/19 27/7 27/10 34/7 35/17 40/15
43/24 45/7 45/8 45/11 45/16 46/19
47/16 49/7 49/8 52/10 54/4 54/5 54/15
55/11 55/18 56/1 56/14 62/1 62/3 66/11
66/12 66/13 66/13 66/13 66/15 66/15
67/9 67/9 67/10 67/13 67/14 70/4 79/20
86/1 86/2 87/18 87/21 88/13 88/18 98/4
98/7 105/19 114/11 116/18 118/21
**state's** [4] 21/24 23/5 24/8 24/10
**stated** [1] 11/5
**statement** [9] 4/3 4/4 4/5 41/14 49/1
53/4 66/7 66/10 85/18
**statements** [3] 20/7 85/21 106/3
**states** [24] 1/1 1/6 6/4 7/2 11/25 12/1
12/4 20/10 20/13 21/6 22/21 23/10 38/8
46/14 46/15 57/7 66/24 70/3 107/2
108/17 109/2 113/22 114/10 118/11
**States'** [1] 20/24
**stating** [1] 63/16
**statistics** [1] 25/14
**status** [2] 38/4 38/16
**statute** [9] 38/11 38/12 58/8 58/14 59/14
64/15 64/17 66/9 98/2
**statutes** [3] 56/24 109/8 109/24
**statutorily** [1] 67/19
**Steciuk** [2] 7/23 7/24
**stenography** [1] 3/24
**STEPHEN** [2] 1/16 6/18
**Stewart** [3] 20/24 21/6 21/17
**still** [9] 10/14 40/14 55/15 57/3 68/23
91/10 101/2 101/3 109/20
**STIRLING** [2] 1/23 6/14
**stop** [11] 47/9 47/10 47/13 47/14 57/5
67/18 67/20 68/4 70/11 81/8 86/24
**stopped** [5] 80/16 88/16 88/18 105/10
105/12

**straight [1]** 102/24
**strategic [2]** 67/13 68/7
**strategically [1]** 67/13
**street [7]** 1/17 2/13 2/17 2/21 3/6 19/1
19/3
**strict [1]** 20/15
**strike [2]** 40/7 85/5
**striking [1]** 96/24
**stripped [2]** 25/4 25/6
**struck [4]** 13/12 93/16 93/19 105/16
**student [13]** 18/16 65/11 65/12 65/14
65/18 65/20 65/22 67/3 67/3 69/12
69/18 69/20 70/4
**students [10]** 65/23 67/8 67/11 67/21
68/19 68/24 69/4 69/15 69/24 70/1
**studied [1]** 18/2
**studies [1]** 37/22
**study [2]** 37/16 37/17
**styled [1]** 12/10
**subcommittee [32]** 29/19 29/23 30/25
32/24 34/14 35/6 36/5 37/12 38/22 48/8
48/10 48/11 48/15 49/1 49/15 49/16
49/20 49/22 51/4 52/6 52/22 52/25 53/7
53/12 53/19 53/21 54/17 54/24 55/12
55/20 93/7 117/8
**subdivision [8]** 14/14 88/12 88/21 88/23
89/1 89/3 92/12 98/8
**subdivisions [10]** 87/22 88/6 88/6 88/8
88/9 92/13 92/14 92/16 92/17 92/18
**Suber [2]** 49/24 50/8
**subject [15]** 5/14 15/20 48/11 49/10
65/11 72/25 73/19 89/25 90/2 92/8 94/9
96/11 96/21 97/1 97/10
**submission [1]** 5/20
**submit [1]** 13/24
**submitted [1]** 42/21
**subsequently [2]** 63/13 82/16
**substantial [1]** 95/6
**succeed [2]** 69/20 86/23
**successful [1]** 23/14
**successfully [2]** 36/14 94/13
**such [10]** 9/18 10/25 12/1 21/10 21/25
43/18 88/10 101/24 106/11 116/22
**sufficient [1]** 37/2
**suggested [2]** 31/5 78/23
**suggestion [4]** 57/11 62/12 79/3 79/12
**Suite [5]** 1/17 2/17 2/21 3/3 3/13
**Sullivan [1]** 2/13
**Sullivan's [1]** 28/9
**summary [1]** 8/10
**Sunday [2]** 73/25 74/12
**super [1]** 99/2
**supplanted [1]** 58/5
**supplanting [1]** 63/18
**supplemental [1]** 5/24
**support [3]** 87/24 90/7 90/23
**supported [4]** 72/3 81/20 82/5 99/14
**supporters [2]** 13/10 103/14 103/15
**supporting [2]** 90/11 106/4
**supportive [6]** 37/7 37/8 37/10 38/2
71/16 71/18
**supports [1]** 74/3
**supposed [1]** 60/25
**Supreme [4]** 12/5 30/20 30/21 114/10
**sure [20]** 5/10 5/21 5/22 20/7 23/18 27/2
37/2 43/11 49/18 50/10 62/3 62/4 83/8
84/8 85/23 92/1 95/3 103/25 111/11
111/24
**surprise [3]** 91/6 92/2 114/24
**surprised [1]** 55/22
**surprises [1]** 91/3
**surveys [2]** 116/18 116/22

**suspect [2]** 49/18 69/25
**suspected [1]** 68/20
**switching [1]** 118/10
**sworn [1]** 26/24
**system [10]** 8/22 20/3 23/10 23/16 23/18
33/23 34/4 39/1 39/20 40/11
**systems [1]** 43/21

## T

**table [3]** 5/6 7/5 7/19
**tactics [3]** 22/13 91/21 91/22
**tainted [1]** 11/11
**take [27]** 18/15 34/23 35/10 42/15 52/12
52/15 52/15 52/18 56/16 57/19 66/10
68/3 70/13 72/13 78/17 78/23 79/13
80/13 81/21 82/2 82/6 86/12 86/25
95/19 96/2 99/1 102/18
**taken [12]** 63/6 79/24 80/18 83/7 94/12
94/16 95/16 100/16 101/1 101/3 101/18
105/20
**taking [4]** 70/10 79/25 88/23 94/25
**talk [1]** 18/10
**talking [6]** 39/14 60/2 67/6 73/14 77/24
83/20
**TALY [2]** 2/11 7/20
**Tammany [1]** 114/15
**taxes [1]** 66/12
**technical [3]** 30/22 31/4 31/21
**Ted [2]** 7/21 21/7
**tell [6]** 29/13 53/25 56/21 58/9 65/21
111/21
**telling [1]** 49/16
**tem [3]** 54/21 80/3 92/25
**Temple [1]** 50/15
**tens [1]** 23/20
**term [5]** 28/24 33/1 67/12 88/21 90/17
**terms [5]** 5/13 17/21 40/2 59/22 95/6
**test [3]** 24/4 24/5 24/7
**testified [10]** 26/25 32/11 49/25 50/4
50/18 52/6 72/2 102/10 107/9 110/7
**testify [7]** 10/1 11/14 12/23 13/22
14/23 14/25 15/7 15/14 15/17 15/23
17/14 17/25 21/7 109/14 111/7 111/11
118/2
**testimony [17]** 5/13 5/23 8/14 8/20 11/4
11/8 12/16 12/25 13/2 13/25 14/16
15/21 49/1 90/1 110/6 112/8 114/3
**than [11]** 17/4 17/24 18/8 20/17 23/6
23/11 24/8 33/17 36/25 58/6 67/8
**Thank [9]** 6/24 8/4 20/5 22/24 23/2
26/10 70/23 115/8 119/18
**that [761]**
**that's [52]** 17/19 26/17 29/2 45/16 48/2
48/2 55/9 59/20 59/24 60/5 60/9 60/12
62/17 64/6 66/2 66/22 66/25 67/1 72/17
73/16 74/2 74/2 81/11 83/13 84/19 85/2
85/25 87/17 93/25 94/1 94/17 96/13
97/20 101/13 102/25 103/9 104/2
104/12 108/22 108/25 109/22 110/5
111/2 114/5 115/18 116/2 116/5 116/20
117/9 117/10 117/22 118/1
**the 2000 [3]** 11/20 12/13 91/18
**the 2004-2008 [1]** 43/19
**the 2008 [2]** 12/24 107/21
**the 2009-2011 [5]** 45/18 47/15 48/9
52/22 56/16
**the 2010 [1]** 40/12
**the 2011 [2]** 97/17 104/4
**their [47]** 18/12 21/9 22/8 22/15 24/6
35/14 35/14 37/3 37/19 39/2 39/4 39/6
40/14 43/10 50/15 51/6 53/9 53/16
57/19 59/7 59/17 59/17 61/5 62/19 65/24
69/3 72/25 73/1 84/3 87/8 89/4 90/14

93/3 98/6 98/8 98/20 102/12 103/16
105/12 105/23 105/23 106/5 106/7
106/7 106/7 114/17 114/18
**them [25]** 13/20 18/13 32/14 37/15 44/3
47/14 47/14 49/12 49/16 57/2 62/17
66/14 68/7 69/13 69/15 76/13 76/14
76/15 86/20 92/9 92/10 95/19 96/2
103/12 103/13
**themselves [2]** 5/5 8/23
**then [40]** 5/5 5/8 10/17 13/8 28/11 29/1
31/6 31/16 31/20 33/9 40/23 41/25 42/5
43/5 49/3 49/10 55/7 55/24 57/3 58/1
59/13 59/18 59/20 60/10 68/4 70/13
73/6 75/11 77/9 77/23 78/7 79/2 79/24
89/13 100/11 100/22 102/10 105/7
111/21 119/16
**then-Senator [1]** 13/8
**THEODORE [2]** 2/11
**there [105]** 5/10 7/21 9/15 16/11 19/6
19/11 23/12 23/13 23/17 25/9 25/12
25/12 25/18 25/18 33/15 39/7 39/21
40/12 41/9 41/12 41/22 42/19 43/5 44/9
45/2 45/21 46/18 47/7 49/5 52/24 53/6
54/10 57/5 57/12 57/21 57/22 57/22
57/23 58/1 62/16 62/21 62/25 65/22
65/25 66/6 67/12 67/15 67/23 68/2
68/10 68/14 69/6 69/11 69/14 69/23
69/25 70/2 71/6 71/7 72/18 74/6 74/9
76/20 80/4 80/16 81/6 81/9 81/9 81/22
82/13 82/13 84/7 85/5 86/6 86/17 86/19
86/24 87/7 88/7 88/14 88/16 89/21
91/15 91/18 93/9 94/24 95/17 95/24
96/2 96/18 97/19 99/14 99/16 100/8
100/18 101/16 102/23 103/2 104/3
104/19 109/19 111/18 112/3 113/1
113/2
**there's [10]** 42/7 57/20 59/16 61/8 61/22
90/17 111/3 112/16 115/1 119/4
**Thereupon [1]** 26/22
**these [12]** 8/19 11/13 12/3 13/23 15/11
17/9 17/11 21/16 64/1 68/8 85/18 91/25
**they [177]**
**they'd [2]** 43/23 79/13
**They're [1]** 112/19
**thing [3]** 5/19 62/11 67/24
**things [12]** 5/4 33/15 38/1 42/8 56/22
71/10 87/8 91/2 96/3 98/5 103/8 109/19
**think [44]** 31/19 35/3 36/18 39/23 42/19
47/21 48/7 49/20 50/10 54/21 55/5
55/13 58/7 61/19 61/21 63/19 63/21
63/25 64/2 64/11 67/11 71/7 72/7 85/6
87/20 87/24 90/17 91/15 91/19 98/25
99/10 103/17 103/22 104/12 104/18
106/18 112/15 112/15 112/23 113/2
115/4 118/8 119/14 119/15
**third [5]** 10/13 93/24 104/7 104/7 104/8
**this [82]** 5/14 7/1 7/17 8/14 8/14 10/5
10/22 11/4 12/10 13/14 13/22 18/12
18/14 19/7 19/18 20/4 20/14 21/18
22/13 22/15 22/16 22/20 22/21 23/9
23/13 24/3 24/12 24/17 25/9 26/3 26/13
32/17 37/5 38/21 39/7 39/22 42/25
42/25 43/16 45/25 47/9 47/16 50/12
54/8 55/12 56/24 57/24 61/9 61/16
62/11 66/4 67/2 68/2 69/24 70/10 70/10
70/17 80/6 83/16 84/17 85/16 89/25
90/18 93/8 93/17 101/6 106/15 106/17
106/18 113/3 115/5 115/10 115/10
116/9 117/24 118/15 118/17 118/20
118/25 119/2 119/14 119/15
**those [47]** 5/6 5/6 5/8 5/18 5/21 7/14
12/1 16/10 17/2 18/10 20/2 20/19 21/14
32/12 32/13 37/21 42/8 43/23 46/17
47/9 47/10 47/13 52/2 54/13 55/4 55/22

those... **[21]** 62/16 62/22 63/9 67/21 68/5 69/2 69/4 69/18 71/8 71/10 72/5 73/2 74/4 74/6 91/22 91/23 92/3 99/25 109/24 111/5 112/5
**though [5]** 24/8 66/10 95/4 101/4 117/18
**thought [6]** 26/18 55/21 55/24 71/23 72/4 114/18
**thousand [1]** 46/20
**thousands [1]** 23/20
**three [21]** 8/25 9/20 44/8 45/2 47/7 47/10 47/13 49/23 50/14 60/18 61/11 67/11 73/21 75/2 76/6 76/13 79/7 79/7 80/8 95/3 97/9
**three-day [1]** 61/11
**three-way [1]** 45/2
**through [12]** 32/24 36/15 38/21 73/1 81/2 87/23 104/15 104/16 109/9 109/21 111/14 114/20
**throughout [1]** 98/23
**thru [1]** 1/7
**thumb [1]** 16/8
**Thursday [1]** 74/15
**Thus [1]** 17/3
**tied [1]** 66/9
**Tim [1]** 45/1
**time [40]** 25/1 26/13 28/20 30/2 31/14 32/21 35/8 38/9 42/17 45/17 46/7 47/16 59/17 60/13 60/20 61/9 63/12 71/24 84/3 84/8 84/13 87/23 90/18 94/2 94/23 95/6 96/8 102/12 104/6 104/16 104/22 105/1 105/9 105/11 106/15 109/17 115/11 115/12 117/11 118/6
**timeline [1]** 13/1
**times [2]** 50/6 50/8
**tired [1]** 78/8
**titled [1]** 120/5
**to 2002 [1]** 28/22
**to 2009 [1]** 30/24
**to 2011 [4]** 29/9 29/20 102/10 104/14
**today [6]** 12/1 16/16 17/2 45/15 64/24 70/1
**together [5]** 31/6 31/14 40/25 41/1 96/20
**told [3]** 10/4 41/24 110/13
**tombstone [1]** 19/22
**too [2]** 42/6 71/24
**took [12]** 13/3 46/10 52/16 63/14 63/17 78/10 87/1 87/9 89/11 92/16 98/1 105/20
**tools [5]** 47/22 48/1 48/3 114/22 114/23
**top [2]** 118/11 119/4
**topic [1]** 116/15
**total [2]** 55/5 55/7
**totally [2]** 81/23 81/23
**tougher [1]** 112/24
**toward [3]** 31/16 104/3 107/21
**town [1]** 71/9
**tracked [2]** 18/3 22/12
**trained [1]** 109/4
**transcript [3]** 1/10 3/24 120/4
**transcription [1]** 3/24
**transportation [3]** 21/11 24/16 29/15
**trial [6]** 1/10 5/15 5/16 5/23 6/18 7/15
**trouble [1]** 9/12
**true [4]** 48/2 109/1 110/2 114/6
**trust [1]** 102/2
**try [6]** 32/12 32/13 32/13 52/16 64/1 78/17
**trying [4]** 37/1 83/12 96/15 115/22
**Tuesday [4]** 60/16 60/17 74/6 74/15
**tuition [2]** 66/13 67/23
**turn [5]** 61/4 91/4 107/8 111/16 116/15

**turned [1]** 18/8
**turnout [3]** 12/24 18/3 18/6
**TV [1]** 39/9
**Twelve [1]** 13/20
**twice [1]** 105/9
**twisting [2]** 95/11 95/12
**two [31]** 6/9 9/20 12/20 12/20 13/19 14/21 15/13 19/7 34/5 38/20 41/23 44/3 47/9 47/10 47/14 47/14 52/25 76/18 76/18 76/22 76/22 81/3 81/6 93/8 93/22 95/3 104/1 104/17 105/12 110/3 113/22
**two-year [1]** 38/20
**type [11]** 27/20 42/8 46/23 67/24 68/6 71/10 79/24 80/18 102/16 113/12
**typical [1]** 91/20

## U

**U.S [4]** 2/5 3/17 9/5 35/15
**ultimate [1]** 25/21
**ultimately [11]** 14/18 32/22 32/23 58/5 64/3 82/18 95/18 97/18 107/17 109/12 116/12
**unable [2]** 22/17 23/5
**unaltered [6]** 82/15 82/19 82/20 82/25 83/11 83/12
**unanimous [12]** 80/3 80/7 80/8 80/10 80/17 80/22 81/2 81/7 81/9 81/19 105/14 105/15
**unanimously [1]** 80/24 81/1 87/5
**unassailable [1]** 25/14
**uncover [3]** 48/1 48/3 114/22
**uncovered [4]** 37/21 37/22 48/4 114/23
**under [23]** 15/25 16/17 17/1 17/18 17/20 17/21 17/22 18/15 20/19 21/13 22/17 23/8 23/16 25/24 36/25 54/1 61/25 66/16 67/25 78/1 85/8 85/12 100/21
**underlying [1]** 34/3
**understand [5]** 32/14 70/4 74/13 90/1 91/9
**understanding [3]** 66/23 113/3 117/24
**Union [4]** 2/16 2/20 3/1 51/14
**unit [1]** 15/3
**UNITED [15]** 1/1 1/6 6/4 7/2 20/10 20/13 20/24 21/6 22/21 23/9 38/8 66/24 107/2 114/10 118/10
**university [2]** 15/22 88/13
**unknown [1]** 41/4
**unlawful [1]** 25/24
**unless [3]** 11/2 71/6 100/16
**unrebutted [1]** 21/18
**unsupported [1]** 22/7
**unsure [2]** 118/2 118/4
**until [5]** 18/21 31/12 33/3 34/19 112/2
**untold [1]** 88/8
**unusual [7]** 36/6 36/11 72/24 96/14 103/6 103/9 117/17
**UOCAVA [4]** 36/13 36/14 36/19 37/5
**up [36]** 5/23 16/19 17/17 18/20 23/18 25/5 27/22 53/11 53/16 56/12 56/13 63/18 63/24 64/4 64/8 67/9 78/23 80/13 83/11 89/1 89/11 89/13 94/3 94/9 98/19 98/23 100/16 100/20 100/21 101/1 101/3 101/18 106/21 106/23 107/9 118/9
**update [2]** 74/3 74/4
**updated [1]** 84/4
**upheld [3]** 12/5 12/7 108/21
**upon [9]** 54/24 55/19 56/19 60/20 62/18 63/15 87/6 95/19 96/2
**urgency [3]** 104/3 104/5 104/9
**us [9]** 27/3 29/13 41/8 53/25 56/21 65/21 70/14 88/10 94/16
**use [10]** 5/21 23/21 53/7 73/11 82/23 92/15 92/17 92/18 94/15 99/2

**used [14]** 32/13 33/1 41/1 52/6 53/18 54/1 82/1 88/7 89/11 90/17 94/9 95/22 100/5 101/10
**using [2]** 88/21 92/14
**usually [1]** 97/4
**utilization [1]** 73/12

## V

**valid [11]** 82/11 82/15 82/19 82/20 82/25 83/1 83/11 83/12 83/14 84/18 84/20
**value [1]** 66/10
**various [1]** 59/4
**vast [2]** 9/11 16/14
**vehicle [4]** 73/8 73/11 73/12 89/12
**Vehicles [3]** 54/7 54/14 95/24
**VELANDY [2]** 2/3 8/6
**verify [1]** 38/8
**version [21]** 14/2 78/25 79/1 79/4 79/16 79/25 80/18 81/12 81/12 81/16 87/15 89/12 93/22 94/4 94/23 94/25 95/14 95/18 101/22 102/22 108/5
**versions [1]** 88/5
**versus [4]** 6/4 35/20 40/20 90/24
**very [30]** 12/11 23/16 24/24 25/1 26/7 37/6 37/7 38/2 44/15 48/1 61/22 63/13 63/20 64/11 68/11 69/23 69/23 69/25 71/1 80/12 82/1 86/5 87/3 87/4 87/21 91/5 100/1 102/1 105/2 109/19
**vessel [1]** 27/21
**via [1]** 80/2
**Vic [2]** 40/21 40/21
**view [6]** 39/24 40/2 40/6 63/20 84/12 92/1
**violate [1]** 19/11
**violated [1]** 58/2
**violation [1]** 58/2
**Virginia [2]** 67/17 67/24
**virtually [1]** 31/15
**virtue [2]** 63/21 118/23
**vote [90]** 8/24 9/8 9/9 10/14 11/7 11/12 13/19 13/19 15/7 16/17 17/17 18/15 18/20 18/22 19/12 19/14 19/19 20/1 23/21 23/23 25/16 38/9 41/23 41/25 42/1 43/4 44/9 44/20 45/12 46/3 47/6 47/7 47/8 47/9 57/3 58/15 59/18 61/9 62/9 62/24 64/17 64/20 64/21 65/5 65/9 66/1 67/15 68/7 68/8 68/12 70/5 71/6 71/24 74/1 76/25 77/23 77/25 79/24 80/18 85/8 91/5 92/3 99/1 99/2 99/2 99/6 100/5 100/6 100/11 100/20 100/21 101/1 101/12 103/1 105/6 105/10 110/13 110/15 110/21 110/21 110/25 111/3 111/8 111/12 111/12 111/18 112/3 112/11 113/4 113/17
**voted [19]** 13/20 13/22 24/24 25/3 41/24 47/13 64/25 74/4 74/7 77/2 77/6 94/18 100/6 102/22 104/11 104/13 104/20 104/23 105/7
**voter [143]**
**voters [83]** 8/23 9/15 9/18 11/10 13/16 15/2 15/5 15/7 15/24 16/4 16/8 16/10 16/12 16/17 16/20 16/23 16/24 16/25 17/2 17/3 17/3 17/4 17/5 17/6 17/7 17/8 17/8 17/15 17/16 17/18 17/20 17/20 17/21 17/22 18/2 18/8 19/4 19/15 19/19 19/21 19/25 20/2 20/17 21/1 21/5 21/8 21/14 24/6 26/6 36/22 36/22 36/23 36/24 37/2 37/6 37/10 37/18 38/2 38/25 39/14 46/21 51/3 54/25 55/1 55/3 55/5 56/19 62/6 62/14 62/17 62/23 64/14 68/2 85/8 91/23 92/1 105/22 106/6 106/6 117/5 117/12 117/20 119/9
**votes [18]** 11/21 19/22 19/22 19/22 37/3

votes... **[13]** 44/5 44/8 71/5 76/20 76/22 76/22 76/23 78/1 78/11 91/7 99/14 100/13 104/17

voting **[113]** 2/6 9/1 13/15 14/3 14/4 14/11 14/17 18/13 19/11 19/21 19/23 22/18 24/1 25/1 25/4 25/13 25/13 25/15 25/24 26/1 26/4 26/9 31/9 31/20 32/23 33/16 36/8 37/19 38/14 42/16 46/23 64/14 65/6 65/19 67/13 67/13 68/7 68/13 68/19 69/13 70/25 71/1 71/2 71/3 71/4 71/5 71/11 71/12 71/13 71/14 71/16 71/17 71/18 71/19 72/5 72/11 73/19 73/20 73/22 74/8 74/10 74/10 74/12 74/14 74/21 74/22 74/24 75/3 75/3 76/6 76/7 76/11 76/13 76/14 76/15 76/17 77/3 77/11 79/7 79/7 79/8 79/8 79/10 79/15 79/17 81/17 87/16 90/3 90/6 90/7 90/11 90/15 90/19 90/20 90/22 91/7 91/10 91/22 95/17 96/6 98/6 98/17 98/21 99/5 99/8 99/11 99/15 99/19 102/5 104/21 110/11 110/17 110/19

# W

wait **[1]** 33/11
waited **[1]** 31/18
walking **[1]** 19/3
want **[14]** 5/22 18/19 23/1 26/12 49/8 53/16 68/7 68/7 69/12 72/11 84/24 85/8 99/10 103/18
wanted **[17]** 5/3 5/12 14/16 20/8 20/8 33/11 53/8 63/11 79/11 83/17 89/22 90/12 92/1 93/24 97/21 97/22 102/4
wanting **[1]** 82/22
wants **[3]** 53/15 71/22 72/10
was **[312]**
was 2011 **[1]** 36/18
was either **[1]** 30/25
Washington **[7]** 1/4 1/18 2/7 3/3 3/6 3/14 3/18
wasn't **[9]** 20/7 56/14 58/9 65/20 84/7 112/8 115/21 116/12 118/7
watchers **[1]** 68/22
water **[1]** 88/14
way **[22]** 42/12 45/2 45/16 47/16 72/25 73/1 77/24 80/25 83/4 83/19 86/19 93/18 93/25 94/1 100/19 101/14 101/20 106/18 106/21 111/3 111/19 112/3
ways **[3]** 47/7 47/13 64/9
we **[182]**
we'd **[1]** 49/3
we'll **[8]** 101/21 101/22 101/23 101/24 106/18 106/18 112/19 119/16
we're **[12]** 5/4 6/1 8/9 32/21 63/22 63/22 64/23 70/9 83/12 90/18 101/23 115/4
we've **[6]** 5/13 5/15 12/13 40/25 74/12 103/3
website **[1]** 49/8
week **[6]** 8/15 11/4 31/12 33/4 60/15 90/24
weeks **[2]** 18/21 68/24
well **[63]** 5/11 5/24 19/18 21/13 32/12 33/15 34/4 35/1 39/2 39/21 40/12 40/19 41/2 41/25 42/5 42/14 49/3 50/22 55/21 57/18 61/11 61/17 63/7 69/19 71/3 72/7 72/13 72/24 76/9 76/19 77/21 78/15 79/22 80/2 81/20 82/13 82/25 84/2 84/16 84/24 85/5 85/17 86/2 86/12 87/1 88/12 90/12 91/2 91/17 92/15 94/19 96/12 97/18 97/24 98/11 98/19 99/9 102/5 103/18 104/5 107/16 107/23 111/7

were **[114]** 11/17 12/15 18/6 26/18 28/1 30/14 33/13 33/15 37/20 38/2 39/7 40/12 41/9 41/22 42/17 43/2 43/5 43/6 43/6 43/7 45/8 45/18 46/7 46/14 48/21 48/21 48/23 49/14 49/19 49/19 49/23 49/24 50/20 51/7 52/3 52/7 54/10 54/10 55/5 55/5 55/6 55/7 55/14 56/3 56/3 56/3 57/7 57/18 58/1 63/6 63/12 64/1 67/2 67/11 67/19 68/15 68/20 68/22 69/2 69/4 69/11 69/25 71/15 71/18 72/21 75/4 75/11 76/10 77/1 78/7 78/21 79/11 85/15 85/16 87/7 88/3 90/7 90/22 90/22 91/21 91/25 92/3 92/5 93/4 93/6 93/15 93/16 93/17 95/1 95/17 95/24 96/3 97/6 98/5 98/7 98/15 99/14 102/10 102/12 102/16 103/2 103/5 104/5 104/5 104/6 104/8 104/19 106/4 108/20 108/23 109/1 109/14 110/15 118/2
weren't **[6]** 44/16 78/22 100/1 114/7 115/12 116/17
what **[103]** 23/7 25/25 27/18 27/20 28/5 28/20 30/2 30/11 30/11 30/12 32/5 32/8 32/9 33/1 33/13 34/2 34/17 36/17 36/19 37/23 38/3 38/14 38/16 39/4 39/4 45/8 46/23 47/1 55/9 55/18 56/6 56/21 59/13 60/20 60/23 61/2 61/15 61/18 65/17 67/5 68/3 70/16 71/1 71/18 72/13 72/13 72/21 73/10 73/18 73/19 75/21 75/23 76/4 77/10 77/1 77/14 77/18 77/18 78/7 78/12 78/20 79/14 79/18 79/24 80/13 80/18 80/24 81/12 81/15 82/22 84/10 85/15 85/22 87/2 87/4 87/4 87/10 89/3 90/5 90/10 92/24 93/14 95/12 95/22 96/1 96/5 97/14 97/16 97/18 97/23 98/9 99/25 100/14 102/16 102/18 103/20 106/19 106/22 108/17 108/20 108/23 109/2 113/12
what's **[1]** 7/21
whatever **[1]** 106/20
when **[57]** 5/8 8/25 11/10 12/14 13/4 17/15 19/18 24/25 28/1 28/24 31/1 31/7 31/12 32/15 32/16 34/14 34/20 38/23 39/11 41/1 41/16 49/14 57/6 58/15 68/3 68/8 69/15 69/18 71/15 72/2 72/18 72/18 73/13 74/5 74/18 75/1 77/9 77/10 77/12 77/14 77/19 81/5 81/12 83/1 84/7 93/17 94/16 97/5 100/12 100/21 101/12 104/21 105/7 105/18 111/21 114/6 114/19
where **[23]** 27/14 32/20 33/4 41/23 42/10 42/20 43/14 44/10 57/1 58/3 58/14 59/5 63/8 64/6 66/1 66/1 68/8 74/17 74/20 90/21 91/11 103/12 110/14
whether **[28]** 8/9 19/7 19/8 20/8 24/5 25/21 35/9 39/22 43/8 43/18 45/9 46/16 46/16 49/13 50/8 51/18 58/1 58/2 65/13 65/17 68/10 94/10 100/23 101/1 105/19 110/18 116/17 116/24
which **[40]** 5/20 5/25 6/1 9/5 10/15 11/2 16/9 18/1 25/4 27/16 28/3 29/13 29/22 31/10 31/19 31/20 40/9 42/13 44/9 57/19 59/2 62/5 63/19 68/10 70/5 70/14 73/3 73/12 76/24 78/24 78/24 80/4 80/6 80/12 91/3 92/25 100/9 101/8 109/19 110/25
whichever **[1]** 103/13
While **[1]** 116/16
whip **[1]** 41/20
white **[18]** 16/24 17/3 17/4 17/6 17/8 17/20 17/21 21/10 54/25 55/7 55/25 56/6 69/8 69/9 75/14 76/2 104/17

who **[68]** 6/9 6/17 8/23 9/8 9/8 9/15 10/3 10/5 13/21 14/22 15/24 17/2 17/15 18/2 19/5 20/2 23/8 23/18 23/19 26/20 32/3 36/24 39/13 39/16 40/14 41/4 41/5 41/10 41/19 41/19 43/25 45/1 46/14 49/24 49/25 50/4 52/24 53/1 53/16 54/5 54/19 55/22 60/3 60/23 61/25 62/3 62/8 62/9 62/14 62/23 62/24 63/3 68/20 68/22 68/23 69/15 70/1 74/9 74/15 77/1 78/7 85/8 85/22 89/22 92/19 93/7 110/14 117/21
who's **[3]** 5/11 44/24 45/15
whoever **[2]** 93/23 106/22
whole **[2]** 38/22 88/25
whose **[2]** 49/23 58/22
why **[18]** 57/16 65/21 71/4 71/18 72/6 72/21 82/11 84/20 86/11 88/2 90/22 93/6 99/5 102/4 103/17 111/20 115/7 119/16
will **[92]** 6/9 6/17 7/14 8/1 8/7 8/14 8/15 8/20 8/21 9/3 9/9 9/11 10/1 10/2 10/4 10/5 10/11 10/15 10/19 11/4 11/8 11/13 12/16 12/23 12/25 13/1 13/2 13/21 14/16 14/20 14/23 14/24 15/7 15/9 15/11 15/12 15/14 15/16 15/17 15/20 15/21 15/23 16/2 16/19 17/14 17/25 18/14 19/8 19/9 19/20 19/21 20/14 20/16 21/3 21/5 21/7 21/11 21/14 21/23 22/2 22/5 22/17 22/19 22/21 23/2 23/13 23/17 24/5 24/5 24/7 24/13 25/12 26/6 26/19 26/20 38/19 39/2 40/14 49/11 49/11 61/25 63/24 64/4 67/5 69/15 73/14 84/16 85/22 96/25 100/16 101/1 114/23
Williams **[2]** 44/24 45/14
willing **[1]** 90/9
WILSON **[2]** 1/22 6/10
win **[1]** 45/5
wish **[1]** 56/2
within **[1]** 15/10
without **[14]** 14/11 14/12 14/17 17/17 26/15 57/4 58/7 58/20 80/14 84/9 98/24 98/25 105/9 114/23
witness **[8]** 8/1 26/12 26/20 26/24 39/22 106/17 107/3 119/11
witnesses **[5]** 4/1 5/8 8/11 14/21 26/15
woman **[1]** 110/13
Women **[5]** 37/6 37/9 37/18 38/2 51/3
won **[1]** 45/10
word **[1]** 32/20
words **[1]** 105/12
work **[17]** 30/19 31/25 32/12 32/13 32/19 33/17 33/19 33/20 35/5 35/8 36/12 37/4 37/11 65/16 71/9 108/12 109/18
workable **[1]** 52/16
worked **[11]** 23/11 37/9 43/9 45/17 46/22 47/17 62/2 87/10 87/23 102/9 107/24
worker **[1]** 44/5
workers **[1]** 68/17
working **[12]** 31/24 35/5 38/23 43/10 46/7 55/15 71/15 72/25 73/1 102/9 105/18 107/20
works **[1]** 31/25
world **[2]** 24/12 24/14
worn **[1]** 77/22
would **[117]** 5/8 5/9 5/21 6/5 13/16 14/12 18/12 20/22 22/25 25/4 25/7 25/25 26/14 26/18 27/10 32/3 32/17 32/22 33/23 34/4 37/14 37/25 38/8 39/16 40/1 43/23 43/23 47/2 47/3 47/9 47/10 47/13 48/14

| | |
|---|---|
| **would... [84]**  49/15 53/9 53/11 56/17 56/19 57/16 58/3 59/2 59/3 59/5 59/20 60/3 61/6 62/15 63/4 63/9 64/2 64/3 64/25 65/9 70/14 71/19 72/4 72/7 72/8 73/9 73/10 74/13 74/14 76/12 79/5 80/6 80/15 81/7 81/22 81/23 81/25 82/2 82/3 82/7 82/15 83/16 83/17 85/18 86/2 86/3 86/5 86/12 86/20 86/21 91/23 92/9 92/10 93/20 93/20 93/21 93/22 94/22 94/24 94/24 96/13 97/3 98/4 98/15 99/15 99/18 99/23 100/22 100/23 100/23 102/5 102/19 102/21 102/23 102/24 105/12 105/19 106/20 108/11 110/2 117/4 117/6 117/7 117/17 **wouldn't [4]**  44/16 79/10 97/12 111/12 **written [5]**  10/2 49/1 53/4 62/8 62/23 **wrong [1]**  118/1 **wrote [1]**  19/18 | 11/2 15/8 17/23 18/6 18/6 18/12 19/18 **yourself [5]**  5/9 6/5 75/25 93/4 97/9 **Z** **zoom [1]**  118/11 |
| **X** | |
| **x113 [1]**  3/4 | |
| **Y** | |
| **y'all [1]**  55/14 **yeah [8]**  35/1 41/11 55/2 56/20 85/11 95/9 96/22 105/2 **year [17]**  30/12 33/3 33/5 34/17 36/17 38/14 38/19 38/20 38/21 44/13 44/22 83/20 84/10 87/2 88/25 104/7 104/7 **year's [1]**  87/7 **years [19]**  11/24 12/20 15/12 23/12 23/24 28/19 31/23 34/12 34/20 53/1 83/4 83/8 83/23 83/25 84/2 85/4 93/8 102/1 104/2 **yes [80]**  27/4 27/12 30/22 35/12 36/10 36/14 37/6 41/19 43/17 46/11 48/24 50/1 50/5 50/17 50/24 51/5 51/10 51/20 52/1 52/11 53/11 53/20 53/24 62/25 64/16 67/6 68/22 69/6 69/18 70/12 71/16 71/25 72/15 72/20 75/10 75/19 76/18 80/21 84/14 85/14 86/10 86/10 87/14 88/5 89/17 89/19 90/4 90/23 93/10 93/16 94/8 94/12 95/8 95/14 99/24 102/15 104/15 106/25 107/12 107/14 108/1 108/7 108/10 108/13 108/16 108/19 109/3 109/9 109/13 109/17 110/9 112/10 115/10 115/17 115/24 116/11 118/22 119/1 119/6 119/17 **yet [2]**  56/9 56/12 **York [5]**  2/14 3/10 3/13 51/19 114/15 **you [406]** **you'd [2]**  5/6 111/16 **you'll [1]**  13/25 **you're [22]**  29/14 40/17 41/16 48/3 60/2 68/13 68/13 71/4 71/24 77/9 83/8 83/24 84/1 92/16 96/14 109/4 110/17 110/21 113/8 113/14 113/17 116/24 **you've [2]**  102/9 109/4 **younger [1]**  57/20 **your [81]**  5/14 5/19 5/24 7/1 7/17 7/21 8/3 8/4 8/6 10/14 10/15 11/4 13/25 20/5 20/12 20/13 22/24 23/2 23/3 25/11 26/3 26/10 26/12 26/13 27/4 27/10 27/18 30/16 32/9 33/13 34/2 34/24 36/1 49/14 51/4 52/22 52/25 53/18 54/16 54/23 55/12 58/15 58/19 65/16 65/17 66/23 67/22 67/23 68/3 69/20 70/16 70/23 71/9 81/10 82/11 83/22 84/12 84/20 85/15 86/23 86/24 90/1 94/4 99/16 103/6 106/15 109/10 109/23 110/2 110/6 111/16 112/8 112/17 112/22 | |